UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 08-3033
(Consolidated with Nos. 10-3108 & 11-3031)

**UNITED STATES OF AMERICA,**                                           Appellee,

    v.

**JOSEPH LEON JONES, <u>et al.</u>,**                                   Appellants.

<u>JOINT MOTION TO DISPENSE WITH PAPER-COPIES REQUIREMENT
OF CIRCUIT RULE 30(a)</u>

    Pursuant to Circuit Rule 30(d), the parties respectfully move to be relieved of the requirement that they file seven paper copies of the Joint Deferred Appendix. In support of this motion, the parties state as follows.

    1.   These appeals arise from a nine-month jury trial. On January 9, 2013, appellants filed their joint brief, and, on May 16, 2013, appellee filed its brief. Pursuant to the Court's scheduling order of May 8, 2013 (Document #1435024), appellants' joint reply brief is due by July 3, 2013, and the parties' Joint Deferred Appendix is due by July 10, 2013. The parties will be filing the Joint Deferred Appendix electronically, and they anticipate that it will exceed 5,000 pages.

    2.   Circuit Rule 30(a) provides that, when an appendix is filed electronically, "7 paper copies must be filed in addition to the electronic version."

1

3. Given the anticipated cost of producing seven paper copies of the Joint Deferred Appendix (at 7 cents per page, roughly $2,520),[1] the parties request that they be relieved of the requirement of filing paper copies and instead be permitted to file seven copies in CD-ROM format.

WHEREFORE, the parties respectfully request that their motion be granted, and that they be permitted to file seven CD-ROM copies of the Joint Deferred Appendix rather than seven paper copies.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH TROSMAN
United States Attorney

_____/s/_____
STRATTON C. STRAND
Assistant United States Attorney

---

[1] Rule 30(b)(2) of the Federal Rules of Appellate Procedure requires appellants to bear the cost of the appendix. Appellee joins in this motion because appellants' counsel are providing representation under the Criminal Justice Act of 1964, 18 U.S.C. § 3006A, and will be entitled to reimbursement for their reasonable expenses; thus, the United States ultimately will bear the cost of the Joint Deferred Appendix.

/s/ Stephen C. Leckar
STEPHEN C. LECKAR, #281691
Counsel for Antwuan Ball


/s/ Jonathan Zucker
JONATHAN ZUCKER, #384629
PATRICIA A. DAUS, #412174
Counsel for Desmond Thurston


/s/ Anthony D. Martin
ANTHONY D. MARTIN, #362537
Counsel for Joseph Jones


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June, 2013, I caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for the parties and the *amici*:

Anthony D. Martin (appellant Joseph Jones)
Jonathan Zucker (appellant Desmond Thurston)
Stephen C. Leckar (appellant Antwuan Ball)
Jeffrey T. Green (*Amici*).


/s/
STRATTON C. STRAND, DC Bar # 464992
Assistant United States Attorney
555 4th Street, N.W., Room 8104
Washington, D.C. 20530
(202) 252-6829

3