ORAL ARGUMENT NOT YET SCHEDULED

JOINT APPENDIX VOLUME I OF III

———————————

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 08-3033
(Consolidated with Nos. 10-3108 & 11-3031)

———————————

UNITED STATES OF AMERICA,                                        Appellee,

    v.

JOSEPH LEON JONES, *et al.*,                                     Appellants.

———————————

APPEALS FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

———————————

Stephen C. Leckar, #281691
1850 M St., NW
Suite 240
Washington, D.C. 20036
202.742.4242
*Counsel for Antwuan Ball*

Anthony D. Martin, #362537
Maryland Trade Center, III
7501 Greenway Center Drive
Suite 460
Greenbelt, MD 20770
301.220.3700
*Counsel for Joseph Jones*

Crim. No. 05-100 (RWR)

Jonathan Zucker, #384629
Patricia A. Daus, #412174
1350 Connecticut Ave., NW
Suite 202
Washington, D.C. 20036
202.624.0784
*Counsel for Desmond Thurston*

Stratton C. Strand, #464992
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
202.252.6829
*Counsel for the United States*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 08-3033
(Consolidated with Nos. 10-3108 & 11-3031)

_____

UNITED STATES OF AMERICA,                    Appellee,

v.

JOSEPH LEON JONES, *et al.*,                    Appellants.

_____

APPEALS FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

_____

## JOINT APPENDIX

_____

In accordance with D.C. Circuit Rule 30, appellants and appellee hereby submit the following appendix materials on which they rely:

### VOLUME I

PAGE

Docket, crim. no. 05-100 ............................................................................. 1

## Docket Entries

| Date | Document Description | |
|------|---------------------|---|

03/22/05   Indictment ......................................................................... 182

08/16/05   Information, *United States v. Mary McClendon*, 05-cr-307 ................................................................... 216

08/19/05   Proffer, *United States v. Mary McClendon*, 05-cr-307 ....... 218

08/19/05   Plea Agreement, *United States v. Mary McClendon*, 05-cr-307 ................................................................... 222

09/01/05   Information, *United States v. Burke Johnson,* 05-cr-328 ... 231

10/03/05   Proffer, *United States v. Burke Johnson,* 05-cr-328 .......... 233

10/03/05   Plea Agreement, *United States v. Burke Johnson,* 05-cr-328 ................................................................... 238

11/22/05   Information, *United States v. Joseph Langley,* 05-cr-416 ................................................................... 247

11/22/05   Proffer, *United States v. Joseph Langley,* 05-cr-416 ......... 248

11/22/05   Plea Agreement, *United States v. Joseph Langley,* 05-cr-416 ................................................................... 252

11/29/05   Superseding Indictment ...................................................... 261

05/30/06   Superseding Indictment ...................................................... 338

06/01/06   Order Granting Unopposed Motion to Dismiss Count Two of the Superseding Indictment as to Newett Vincent Ford ...................................................................... 418

06/14/06    Superseding Indictment as to Newett Vincent Ford.......... 419

06/26/06    Verdict Form as to Newett Vincent Ford ........................... 426

08/04/06    Plea Agreement as to Raymond Bell .................................. 428

08/04/06    Factual Proffer by Raymond Bell ....................................... 434

08/04/06    Plea Agreement as to Gerald Bailey................................... 439

08/04/06    Factual Proffer by Gerald Bailey........................................ 445

08/04/06    Plea Agreement as to Jasmine Bell..................................... 449

08/04/06    Factual Proffer by Jasmine Bell ......................................... 455

08/04/06    Plea Agreement as to Marcus Smith .................................. 459

08/04/06    Factual Proffer by Marcus Smith ....................................... 465

08/04/06    Plea Agreement as to Phillip Wallace ................................ 469

08/04/06    Factual Proffer by Phillip Wallace..................................... 475

08/04/06    Plea Agreement as to Lucious Fowler ................................ 479

08/04/06    Factual Proffer by Lucious Fowler ..................................... 485

09/01/06    Information, Plea Agreement, and Proffer, *United States v. Arthur Handon,* 06-cr-258.................................... 489

11/03/06    Plea Agreement and Proffer as to Daniel Collins .............. 515

11/16/06    Superseding Indictment....................................................... 525

3

01/22/07    Notice of Applicability of Enhanced Penalties and Information Concerning Defendant Jones's Prior Convictions ........................................................................ 585

11/28/07    Verdict Form as to Antwuan Ball, David Wilson, Gregory Bell, Desmond Thurston, Joseph Jones, and Dominic Samuels.............................................................. 587

12/06/07    Defendant Ball's Motion for Release from Custody Pending Sentencing ........................................................ 621

01/24/08    Factual Proffer by Dominic Samuels................................. 635

01/24/08    Plea Agreement as to Dominic Samuels............................ 638

02/20/08    Government's Sentencing Memorandum as to Defendant Thurston........................................................... 642

02/29/08    Government's Sentencing Memorandum as to Defendant Ball .................................................................... 899

03/03/08    Sentencing Memorandum by Defendant Thurston.......... 1393

03/05/08    Government's Reply to Defendant Thurston's Sentencing Memorandum ................................................. 1511

03/06/08    Defendant Thurston's Reply to Government's Reply....... 1566

03/06/08    Government's Revised Reply to Defendant Thurston's Sentencing Memorandum ................................................. 1571

03/07/08    Defendant Wilson's Motion for Consideration of Still Pending Motions, for a New Trial and for a Judgment of Acquittal ...................................................................... 1579

03/14/08    Government's Opposition to Defendant Wilson's Motion for Consideration of Still Pending Motions, for a New Trial and for Judgment of Acquittal ................................. 1883

03/26/08    Government's Sentencing Memorandum as to Defendant Jones ................................................ 1890

04/25/08    Sentencing Memorandum by Defendant Jones ............... 2122

04/25/08    Defendant Jones's Supplemental Sentencing Memorandum ................................................ 2172

05/01/08    Sentencing Memorandum by Defendant Ball ................ 2249

05/23/08    Government's Reply to Defendant Ball's Sentencing Memorandum ................................................ 2269

05/30/08    Judgment as to Defendant Jones ...................... 2296

05/30/08    Judgment as to Defendant Samuels .................... 2302

06/10/08    Judgment as to Gregory Bell ......................... 2308

08/13/08    Defendant Wilson's Reply to Government's Opposition to Defendant Wilson's Motion for New Trial .................... 2315

09/24/08    Defendant Ball's Unopposed Motion for Hearing for Sentencing ................................................ 2318

12/30/08    Defendant Thurston's Second Motion to Modify Bond or for Speedy Sentencing ................................ 2322

01/08/09    Government's Response to Defendant Thurston's Motion to Modify Bond or for Speedy Sentencing ............ 2329

5

10/14/09   Defendant Thurston's Motion for Hearing Regarding Speedy Sentencing ............................................................ 2333

10/26/09   Defendant Ball's Supplemental Memorandum in Regards to His Motion for Hearing for Sentencing .......... 2340

10/27/09   Government's Response to Defendant Thurston's Motion for Speedy Sentencing ......................................... 2343

12/30/09   Defendant Wilson's Supplement Regarding His Motion for Declaration of Mistrial and Motion for Consideration of Still Pending Motions ........................... 2346

01/15/10   Defendant Thurston's Motion to Dismiss ........................ 2376

01/24/10   Defendant Ball's Motion for Joinder ................................. 2386

02/02/10   Government's Opposition to Defendant Thurston's Motion to Dismiss and Defendant Ball's Motion for Joinder ................................................................................ 2389

07/02/10   Order Denying Defendant Thurston's Motion to Dismiss ............................................................................... 2393

07/03/10   Memorandum Opinion and Order Granting in Part and Denying in Part Defendant Wilson's Motion for Consideration of Still Pending Motions ........................... 2394

10/15/10   Order Setting Defendant Thurston's Sentencing Hearing ............................................................................... 2440

11/19/10   Judgment as to Defendant Thurston ................................. 2441

02/28/11   Government's Sentencing Memorandum as to Defendant Wilson ............................................................... 2446

03/10/11    Defendant    Ball's    Supplemental    Sentencing
Memorandum ................................................................... 2470

03/22/11    Judgment as to Defendant Ball ........................................ 2510

03/22/11    Judgment as to Defendant Wilson .................................... 2515

## Trial Exhibits

Government Exhibit 100.1 ................................................................ 2522

Government Exhibit 101.1 ................................................................ 2523

Government Exhibit 103.1 ................................................................ 2524

Government Exhibit 105.1 ................................................................ 2525

Government Exhibit 108.14 .............................................................. 2526

Government Exhibit 108.27 .............................................................. 2527

Government Exhibit 108.95 .............................................................. 2528

Government Exhibit 108.106 ............................................................ 2529

Government Exhibit 1008 ................................................................ 2530

Ball Exhibit 100 .............................................................................. 2547

Respectfully submitted,

/s/ *Stephen C. Leckar*
Stephen C. Leckar, #281691
1850 M St., NW
Suite 240
Washington, D.C. 20036
202.742.4242
*Counsel for Antwuan Ball*

/s/ *Jonathan Zucker*
Jonathan Zucker, #384629
Patricia A. Daus, #412174
1350 Connecticut Ave., NW
Suite 202
Washington, D.C. 20036
202.624.0784
*Counsel for Desmond Thurston*

/s/ *Anthony D. Martin*
Anthony D. Martin, #362537
Maryland Trade Center, III
7501 Greenway Center Drive
Suite 460
Greenbelt, MD 20770
301.220.3700
*Counsel for Joseph Jones*

/s/ *Stratton C. Strand*
Stratton C. Strand, #464992
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
202.252.6829
*Counsel for the United States*

8

# US District Court Criminal Docket

## U.S. District – District of Columbia
## (Washington, DC)

## 1:05cr100

## USA v. Ball et al

#### This case was retrieved from the court on Monday, July 01, 2013

| | |
|---|---|
| **Date Filed:** 03/17/2005 | **Class Code:** OPEN |
| **Other Docket:** Related Case: 1:12cv00270 | **Closed:** no |

### Defendants

| **Name** | **Attorneys** |
|---|---|
| Antwuan Ball(1)<br>  aka: TWAN, BIG ANT<br>Appeals court case number: 11-3031 | John James Carney<br>LEAD ATTORNEY<br>CARNEY & CARNEY<br>601 Pennsylvania Avenue, NW Suite 900 South Building<br>Washington, DC 20004<br>USA<br>(202) 434-8234<br>Fax: (703) 323-9760<br>Designation: CJA Appointment<br>Email: vetajohn@msn.com<br><br>Steven Carl Tabackman<br>ATTORNEY TO BE NOTICED<br>BUTZEL LONG TIGHE PATTON, PLLC<br>1747 Pennsylvania Avenue, NW Suite 300<br>Washington, DC 20006<br>USA<br>(202) 454-2811<br>Fax: (202) 454-2805<br>Designation: CJA Appointment<br>Email: stabackman@tighepatton.com |

| **Charges** | **Disposition** |
|---|---|
| **Complaints:** none | |
| **Pending:** 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1) | Dismissed on Oral Motion of the Government. |
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Posses with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1rsss) | Verdict of Not Guilty rendered. |

0001

| | |
|---|---|
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1s) | Dismissed on Oral Motion of the Government. |
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1ss) | Dismissed on oral motion of the U.S.A. |
| 18:1962(d); RACKETEERING - MURDER; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2rsss) | Verdict of Not Guilty rendered. |
| 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | Dismissed on Oral Motion of the Government. |
| 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss) | Dismissed on Oral Motion of the Government. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss) | Dismissed on Oral Motion of the Government. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(8rsss) | Verdict of Not Guilty rendered. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(9) | Dismissed on Oral Motion of the Government. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(9s) | Dismissed on Oral Motion of the Government. |
| 21:841(a)(1) and 841(b)(1)(B)(iii) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Five Grams or More of Cocaine Base and Aiding and Abetting.(22rsss) | Sentenced to Two Hundred and Twenty-Five(225) Months incarceration with credit for time served since 4/15/2004, Followed by a Supervised Release Term of Sixty(60)Months and a Special Assessment of $100.00. |
| 22 D.C.C. 2101 and 4502; MURDER, FIRST DEGREE; First-Degree Murder while Armed.(29rsss) | Verdict of Not Guilty rendered. |
| 18:1959(a)(1); RACKETEERING ACTIVITY, MURDER; Violent Crime in Aid of Racketeering Activity.(30rsss) | Verdict of Not Guilty rendered. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base.(34s) | Dismissed on Oral Motion of the Government. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Five Grams or More of Cocaine Base.(41) | Dismissed on Oral Motion of the Government. |
| 22 D.C.C. 2101,4502 and 1805; MURDER, FIRST DEGREE; First-Degree Murder while | Verdict of Not Guilty rendered. |

Armed and Aiding and Abetting.(47rsss)

| | |
|---|---|
| 18:1959(a)(1) and 2; RACKETEERING ACTIVITY, MURDER; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting. (48rsss) | Verdict of Not Guilty rendered. |
| 22 D.C.C. 2101 and 4502; MURDER, FIRST DEGREE; First-Degree Murder While Armed. (50s) | Dismissed on Oral Motion of the Government. |
| 22 DC Code 2101 and 4502; MURDER, FIRST DEGREE; First-Degree Murder While Armed. (50ss) | Dismissed on Oral Motion of the Government. |
| 18:1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity.(51s) | |
| 18:1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity.(51ss) | Dismissed on Oral Motion of the Government. |
| 18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(54rsss) | Verdict of Not Guilty rendered. |
| 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Convicted Felon. (58rsss) | Verdict of Not Guilty rendered. |
| 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Convicted Felon. (69) | Dismissed on Oral Motion of the Government. |
| 22 D.C.C. 2101, 4502, and 1805; MURDER, FIRST DEGREE; First-Degree Murder While Armed and Aiding and Abetting.(72s) | Dismissed on Oral Motion of the Government. |
| 22 DC Code 2101, 4502, and 1805; MURDER, FIRST DEGREE; First-Degree Murder While Armed and Aiding and Abetting.(72ss) | Dismissed on Oral Motion of the Government. |
| 18:2 and 1959(a)(5); RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(73s) | Dismissed on Oral Motion of the Government. |
| 18:2 and 1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Acivity and Aiding and Abetting.(73ss) | Dismissed on Oral Motion of the Government. |
| 18:924(c) 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Usae of Firearm and Aiding and Abetting (74ss-81ss) | Dismissed on Oral Motion of the Government. |
| 18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(81s) | Dismissed on Oral Motion of the Government. |
| 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Convicted Felon. (90s) | Dismissed on Oral Motion of the Government. |
| 18:922(g)(1); TRANSPORT FIREARMS | Dismissed on Oral Motion of the Government. |

INTERSTATE BY FELON; Unlawful Possession of
a Firearm and Ammunition by a Convicted
Felon.(90ss)
**Offense Level (Opening): Felony**

**Terminated:**   none

**Case Assigned to:** Judge Richard W. Roberts

## Name

David Wilson(2)
   aka: COOL WOP, COOTIE
Appeals court case number: 11-3032

## Attorneys

Cynthia Katkish, Attorney at Law
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 02/05/2007]
Cynthia Katkish
601 Pennsylvania Avenue, NW Suite 900-South, No. 221
Washington, DC 20004
USA
(202) 997-1386
Fax: (202) 639-2000
Designation: CJA Appointment
Email: ckatkish1@comcast.net

Gary E. Proctor
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
GARY E. PROCTOR, LLC
8 E. Mulberry Street
Baltimore, MD 21202
USA
(410) 444-1500
Fax: (866) 230-4455
Designation: CJA Appointment
Email: gary_proctor@verizon.net

Matthew F. Davies
LEAD ATTORNEY
[Term: 10/06/2010]
LAW FIRM OF ROBERTS & WOOD
6801 Kenilworth Avenue Suite 202
Riverdale, MD 20737
USA
(301) 699-0764
Fax: (301) 699-0764
Designation: CJA Appointment
Email: mdavies@robertsandwood.com

William Jackson Garber
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 12/12/2005]
717 D Street, NW Suite 400
Washington, DC 20004
USA
(202) 638-4667
Fax: (202) 842-8469
Designation: CJA Appointment
Email: docgarbdc@verizon.net

Jenifer Wicks
ATTORNEY TO BE NOTICED
LAW OFFICES OF JENIFER WICKS
The Jenifer Building 400 Seventh Street, NW Suite 202
Washington, DC 20004
USA
(202) 393-3004
Fax: (202) 478-0867

0004

Designation: CJA Appointment
Email: jenifer@jwickslaw.com

## Charges                                    Disposition

**Complaints:** none

| Pending: | | |
|---|---|---|
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1) | Dismissed on oral motion of USA. |
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Posses with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1rsss) | Verdict of Not Guilty rendered. |
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1s) | Dismissed on oral motion of USA |
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1ss) | Dismissed on oral motion of USA |
| | 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(2) | Dismissed on oral motion of USA |
| | 18:1962(d); RACKETEERING - MURDER; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2rsss) | Verdict of Not Guilty rendered. |
| | 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | Dismissed on oral motion of USA |
| | 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss) | Dismissed on oral motion of USA |
| | 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(3rsss) | Verdict of Not Guilty rendered. |
| | 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(3s) | Dismissed on oral motion of USA |
| | 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss) | Dismissed on oral motion of USA |
| | 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(4) | Dismissed on oral motion of USA |
| | 21:841(a)(1) and 18:2; NARCOTICS - SELL, | Sentenced to One Hundred Eighty-Eight (188) |

| | |
|---|---|
| DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(4rsss) | Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(5s) | Dismissed on oral motion of USA |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(6) | Dismissed on oral motion of USA |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(6rsss) | Sentenced to One Hundred Eighty-Eight (188) Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(7) | Dismissed on oral motion of USA |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(7s-8s) | Dismissed on oral motion of USA |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(7sss) | Judgment of Acquittal granted. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(11rsss) | 7/3/10: Verdict of not guilty rendered pursuant to Judge's Order. Original Disposition: Verdict of guilty rendered. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(14s) | Dismissed on oral motion of USA |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(15) | Dismissed on oral motion of USA |
| 21:841(a)(1) and 841(b)(1)(B)(iii) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Five Grams or More of Cocaine Base and Aiding and Abetting. (16rsss) | Sentenced to One Hundred Eighty-Eight (188) Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each |

0006

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 16 of 500

|  | of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. |
|---|---|
| 21:841(a)(1) and 841(b)(1)(B)(iii) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Five Grams or More of Cocaine Base and Aiding and Abetting. (18rsss) | Sentenced to One Hundred Eighty-Eight (188) Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(19rsss) | Sentenced to One Hundred Eighty-Eight (188) Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base.(19s) | Dismissed on oral motion of USA |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(20rsss) | Sentenced to One Hundred Eighty-Eight (188) Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(21rsss) | Sentenced to One Hundred Eighty-Eight (188) Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; |

0007

|  |  |
|---|---|
|  | and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base.(22s) | Dismissed on oral motion of USA |
| 21:841(a)(1) and 841(b)(1)(B)(iii) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting.(24) | Dismissed on oral motion of USA |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Five Grams or More of Cocaine Base.(27) | Dismissed on oral motion of USA |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(27s) | Dismissed on oral motion of USA |
| 22 D.C.C. 2101,4502 and 1805; MURDER, FIRST DEGREE; First-Degree Murder while Armed and Aiding and Abetting.(31rsss) | Sentenced to a term of Three Hundred and Sixty (360) Months to LIFE incarceration of each of Counts 31rsss and 33rsss, to run concurrently with each other, and consecutively to the terms of incarceration on Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss. Credit is to be given for Time Served since 4/16/04. A Victims of Violent Crimes Compensation Fund payment of $100.00 on each of Counts 31rsss and 33rsss is imposed, for a total of $200.00. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(31s) | Dismissed on oral motion of USA |
| 18:1959(a)(1) and 2; RACKETEERING ACTIVITY, MURDER; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting. (32rsss) | Verdict of Not Guilty rendered. |
| 22 D.C.C. 2101,4502 and 1805; MURDER, FIRST DEGREE; First-Degree Murder while Armed and Aiding and Abetting.(33rsss) | Sentenced to a term of Three Hundred and Sixty (360) Months to LIFE incarceration of each of Counts 31rsss and 33rsss, to run concurrently with each other, and consecutively to the terms of incarceration on Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss. Credit is to be given for Time Served since 4/16/04. A Victims of Violent Crimes Compensation Fund payment of $100.00 on each of Counts 31rsss and 33rsss is imposed, for a total of $200.00. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(33s) | Dismissed on oral motion of USA |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(34) | Dismissed on oral motion of USA |
| 18:1959(a)(1) and 2; RACKETEERING ACTIVITY, MURDER; Violent Crime in Aid of | Verdict of Not Guilty rendered. |

0008

Racketeering Activity and Aiding and Abetting.
(34rsss)

| | |
|---|---|
| 22 D.C.C. 403 and 4502; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Kill while Armed.(35rsss) | Verdict of Not Guilty rendered. |
| 18:1959(a)(3); ASSAULT; Violent Crime in Aid of Racketeering Activity.(36rsss) | Verdict of Not Guilty rendered. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(38) | Dismissed on oral motion of USA |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(40) | Dismissed on oral motion of USA |
| 22 D.C.C. 2101,4502 and 1805; MURDER, FIRST DEGREE; First-Degree Murder while Armed and Aiding and Abetting.(47rsss) | Verdict of Not Guilty rendered. |
| 18:1959(a)(1) and 2; RACKETEERING ACTIVITY, MURDER; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting. (48rsss) | Verdict of Not Guilty rendered. |
| 18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(49rsss) | Verdict of Not Guilty rendered. |
| 22 D.C.C. 2101, 4502, and 1805; MURDER, FIRST DEGREE; First-Degree Murder While Armed and Aiding and Abetting.(52s) | Dismissed on oral motion of USA |
| 22 DC Code 2101, 4502 and 1805; MURDER, FIRST DEGREE; First-Degree Murder While Armed and Aiding and Abetting.(52ss) | Dismissed on oral motion of USA |
| 18:2 and 1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(53s) | Dismissed on oral motion of USA |
| 18:2 and 1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(53ss) | Dismissed on oral motion of USA |
| 18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(54rsss) | Verdict of Not Guilty rendered. |
| 22 D.C.C. 2101, 4502, and 1805; MURDER, FIRST DEGREE; First-Degree Murder While Armed and Aiding and Abetting.(54s) | Dismissed on oral motion of USA |
| 22 DC Code 2101, 4502 and 1805; MURDER, FIRST DEGREE; First-Degree Murder While Armed and Aiding and Abetting.(54ss) | Dismissed on oral motion of USA |
| 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(55rsss) | Sentenced to One Hundred Eighty-Eight (188) Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each |

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 19 of 500

| | |
|---|---|
| | of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. |
| 18:2 and 1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(55s) | Dismissed on oral motion of USA |
| 18:2 and 1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(55ss) | Dismissed on oral motion of USA |
| 22 D.C.C. 403 and 4502; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Murder While Armed.(58s) | Dismissed on oral motion of USA |
| 22 DC Code 403 and 4502; ASSAULT WITH A DEADLY WEAPON; Assault with Intent to Kill While Armed.(58ss) | Dismissed on oral motion of USA |
| 18:1959(a)(3); RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity. (59s) | Dismissed on oral motion of USA |
| 18:1959(a)(3); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity.(59ss) | Dismissed on oral motion of USA |
| 21:841(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(60) | Dismissed on oral motion of USA |
| 22 D.C.C. 2101, 4502, and 1805; MURDER, FIRST DEGREE; First-Degree Murder While Armed and Aiding and Abetting.(72s) | Dismissed on oral motion of USA |
| 22 DC Code 2101, 4502, and 1805; MURDER, FIRST DEGREE; First-Degree Murder While Armed and Aiding and Abetting.(72ss) | Dismissed on oral motion of USA |
| 18:2 and 1959(a)(5); RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(73s) | Dismissed on oral motion of USA |
| 18:2 and 1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Acivity and Aiding and Abetting.(73ss) | Dismissed on oral motion of USA |
| 18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(74s) | Dismissed on oral motion of USA |
| 18:924(c) 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Usae of Firearm and Aiding and Abetting (74ss-81ss) | Dismissed on oral motion of USA |
| 18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(81s) | Dismissed on oral motion of USA |
| 21:843(b); USE COMMUNICATIONS FACILITY - | Dismissed on oral motion of USA |

0010

NARCOTIC - DISTRIBUTE; Using of a
Communication Facility.(82ss-89ss)

21:843(b); USE COMMUNICATIONS FACILITY -      Dismissed on oral motion of USA
NARCOTIC - DISTRIBUTE; Use of a
Communication Facility.(83s)
**Offense Level (Opening): Felony**

**Terminated:**   none

**Case Assigned to:** Judge Richard W. Roberts

---

## Name

Gregory Bell(3)
  aka: BOY-BOY, BUNGA

## Attorneys

James W. Beane , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 11/05/2009]
2101 S. Fillmore St
Arlington, VA 22204
USA
(202) 257-3920
Designation: CJA Appointment
Email: jamesbeane@mac.com

Robert Saul Becker
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
LAW OFFICES OF ROBERT S. BECKER
5614 Connecticut Avenue, NW PMB #155
Washington, DC 20015
USA
(202) 364-8013
Designation: CJA Appointment
Email: rbecker@dcappeals.com

## Charges

**Complaints:**   none

**Pending:**   21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Posses with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1rsss)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1s)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine and 50 Grams or More of
Cocaine Base.(1ss)

18:1962(d); RACKETEERING - MURDER;

## Disposition

Verdict of Not Guilty rendered.

Verdict of Not Guilty rendered.

Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2rsss)

18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s)

18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss)

21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss)

21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(5)

21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(5rsss)

Sentenced to One Hundred Ninety-Two (192) months incarceration on Counts 5rsss, 9rsss, 12rsss, to run concurrently with each other; followed by Thirty-Six (36) each count, for a total of $3months supervised release on each count, to run concurrently with each other. A $100.00 special assessment is imposed onSentenced to One Hundred Ninety-Two (192) months incarceration on Counts 5rsss, 9rsss, 12rsss, to run concurrently with each other; followed by Thirty-Six (36) months supervised release on each count, to run concurrently with each other. A $100.00 special assessment is imposed on each count for a total of $300.00.

21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(6s)

21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(9rsss)

Sentenced to One Hundred Ninety-Two (192) months incarceration on Counts 5rsss, 9rsss, 12rsss, to run concurrently with each other; followed by Thirty-Six (36) months supervised release on each count, to run concurrently with each other. A $100.00 special assessment is imposed on Sentenced to One Hundred Ninety-Two (192) months incarceration on Counts 5rsss, 9rsss, 12rsss, to run concurrently with each other; followed by Thirty-Six (36) months supervised release on each count, to run concurrently with each other. A $100.00 special assessment is imposed on each count for a total of $300.00.

21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(10)

21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(10s)

21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(12rsss)

Sentenced to One Hundred Ninety-Two (192) months incarceration on Counts 5rsss, 9rsss, 12rsss, to run concurrently with each other; followed by Thirty-Six (36) months supervised release on each count, to run concurrently with each other. A $100.Sentenced to One Hundred

0012

|  |  |
|---|---|
|  | Ninety-Two (192) months incarceration on Counts 5rsss, 9rsss, 12rsss, to run concurrently with each other; followed by Thirty-Six (36) months supervised release on each count, to run concurrently with each other. A $100.00 special assessment is imposed on each count for a total of $300.00.00 special assessment is imposed on each count for a total of $300.00. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(15rsss) | Verdict of Not Guilty rendered. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(15s-16s) |  |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(17) |  |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(18s) |  |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(22) |  |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(23) |  |
| 21:841(a)(1) and 841(b)(1)(B)(iii) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Five Grams or More of Cocaine Base and Aiding and Abetting. (25rsss) | Verdict of Not Guilty rendered. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base and Aiding and Abetting.(26rsss) | Verdict of Not Guilty rendered.Verdict of Not Guilty rendered. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base and Aiding and Abetting.(27rsss) | Verdict of Not Guilty rendered.Verdict of Not Guilty rendered. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(28rsss) | Verdict of Not Guilty rendered. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(44) |  |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base.(44s) |  |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base.(45s) |  |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of |  |

0013

Cocaine Base.(47s)

21:841(a)(1) and 841(b)(1)(B)(iii) and 18:2;
NARCOTICS - SELL, DISTRIBUTE, OR
DISPENSE; Distribution of Five Grams or More
of Cocaine Base and Aiding and Abetting.(49)

21:841(a)(1) and 18:2; NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE; Possession with
Intent to Distribute Cocaine Base and Aiding
and Abetting.(50)

21:841(a)(1) and 18:2; NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base and Aiding and Abetting.(52)

21:841(b); USE COMMUNICATIONS FACILITY -
NARCOTIC - DISTRIBUTE; Use of a
Communication Facility.(64-65)

21:843(b); USE COMMUNICATIONS FACILITY -
NARCOTIC - DISTRIBUTE; Using of a
Communication Facility.(82ss-89ss)

21:843(b); USE COMMUNICATIONS FACILITY -
NARCOTIC - DISTRIBUTE; Use of a
Communication Facility.(87s-88s)
**Offense Level (Opening): Felony**

| | | |
|---|---|---|
| **Terminated:** | 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(13rsss) | Verdict of Not Guilty rendered.Verdict of Not Guilty rendered. |
| | 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(56rsss) | Verdict of Not Guilty rendered.Verdict of Not Guilty rendered. |
| | 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(57rsss) **Offense Level (Terminated): Felony** | Verdict of Not Guilty rendered.Verdict of Not Guilty rendered. |

**Case Assigned to:** Judge Richard W. Roberts

---

## Name

Burke Johnson(4)
[Term: 04/25/2008]

## Attorneys

Thomas J. Saunders
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
3600 Clipper Mill Road Suite 201
Baltimore, MD 21211
USA
(410) 662-5586
Fax: (410) 662-5589
Designation: CJA Appointment
Email: thomas.j.saunders@gmail.com

## Charges

**Complaints:** none

**Pending:** 21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of

## Disposition

USCA Case #11-3031      Document #1445852        Filed: 07/10/2013      Page 24 of 500

Cocaine Base.(1)

21:841(a)(1); NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(8)

21:841(a)(1); NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(12)

21:841(a)(1) and 18:2; NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base and Aiding and Abetting.(13)

21:841(a)(1); NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(21)

21:841(a)(1); NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE; Possession with
Intent to Distribute Cocaine Base.(42)

21:841(a)(1) and 18:2; NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base and Aiding and Abetting.(54-56)

21:841(b); USE COMMUNICATIONS FACILITY -
NARCOTIC - DISTRIBUTE; Use of a
Communication Facility.(67)
**Offense Level (Opening): Felony**

**Terminated:**   none

**Case Assigned to:** Judge Richard W. Roberts

---

## Name

Joe Langley(5)

## Attorneys

James W. Rudasill , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
717 D Street, NW Suite 310
Washington, DC 20004
USA
(202) 783-7908
Fax: (202 628-2881
Designation: CJA Appointment
Email: rudasilljr7@aol.com

## Charges

**Complaints:**   none

**Pending:**   21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1)

21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS
- SELL, DISTRIBUTE, OR DISPENSE;
Distribution of Five Grams or More of Cocaine
Base.(14)

21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS
- SELL, DISTRIBUTE, OR DISPENSE;

## Disposition

Distribution of Five Grams or More of Cocaine Base.(16)

21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base.(18-20)

21:841(a)(1) and (b)(1)(C); CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Distribution of Phencyclidine.(73)
**Offense Level (Opening): Felony**

Terminated:    none

Case Assigned to: Judge Richard W. Roberts

---

## Name

Gerald Bailey(6)
  aka: CHOW WOW, CHARLIE

## Attorneys

Joanne D. Slaight
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
LAW OFFICE OF JOANNE D. SLAIGHT
400 Seventh Street, NW Suite 400
Washington, DC 20004
USA
(202) 408-2041
Fax: (202) 628-0249
Designation: CJA Appointment
Email: jslaight@att.net

## Charges

Complaints:    none

Pending:    18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss)
**Offense Level (Opening): Felony**

Terminated:    21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1)

21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1s)

21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1ss)

18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s)

21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful

## Disposition

Defendant sentenced to fifty-one (51) months imprisonment followed by sixty (60) months of Supervised Release; Special Assessment of $100.00 imposed.

Dismissed by Oral Motion of Government

Dismissed by Oral Motion of Government

Dismissed by Oral Motion of Government

Dismissed by Oral Motion of Government

Dismissed by Oral Motion of Government

Possession With Intent to Distribute, or
Distribution of 5 Grams or More of Cocaine Base
or Cocaine.(3ss-49ss)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by Oral Motion of Government
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(18s)

21:841(a)(1) and 18:2; NARCOTICS - SELL,    Dismissed by Oral Motion of Government
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base and Aiding and Abetting.(23)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by Oral Motion of Government
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(28s)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by Oral Motion of Government
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(35)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by Oral Motion of Government
DISTRIBUTE, OR DISPENSE; Possession with
Intent to Distribute Cocaine Base.(46s)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by Oral Motion of Government
DISTRIBUTE, OR DISPENSE; Possession with
Intent to Distribute Cocaine Base.(51)
**Offense Level (Terminated): Felony**

Case Assigned to: Judge Richard W. Roberts

---

## Name

Jasmine Bell(7)
  aka: JAZZ
R 01436-748 BENNETTSVILLE FEDERAL CORRECTIONAL
INSTITUTION Inmate Mail/Parcels P.O. BOX 52020
BENNETTSVILLE, SC 29512

## Attorneys

Joseph Edmund Beshouri
ATTORNEY TO BE NOTICED
419 Seventh Street, NW Suite 405
Washington, DC 20004
USA
(202) 842-0420
Fax: (202) 638-4279
Designation: CJA Appointment
Email: jbeshouri@aol.com

## Charges

**Complaints:**  none

**Pending:**  18:1962(d); RACKETEERING; Conspiracy to
Participate in Racketeer Influenced Corrupt
Organization.(2ss)
**Offense Level (Opening): Felony**

**Terminated:**  21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1s)

## Disposition

Sentenced to One Hundred Forty-Six (146) months
incarceration, followed by Five (5) years supervised
release. A $100.00 special assessment is imposed.

Dismissed by the Court.

Dismissed by the Court.

0017

| | |
|---|---|
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1ss) | Dismissed by the Court. |
| 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | Dismissed by the Court. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(3) | Dismissed by the Court. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss) | Dismissed by the Court. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(4s) | Dismissed by the Court. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(11) | Dismissed by the Court. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(11s) | Dismissed by the Court. |
| 21:841(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(59) | Dismissed by the Court. |
| 22 D.C.C. 402; ASSAULT WITH A DANGEROUS WEAPON; Assault with a Dangerous Weapon. (60s) | Dismissed by the Court. |
| 22 DC Code 402; ASSAULT WITH A DEADLY WEAPON; Assault with a Dangerous Weapon. (60ss) | Dismissed by the Court. |
| 18:1959(a)(3); RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity. (61s) | Dismissed by the Court. |
| 18:1959(a)(3w); ASSAULT, OTHER; Violent Crime in Aid of Racketeering Activity.(61ss) | Dismissed by the Court. |
| 18:924(c) 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Usae of Firearm and Aiding and Abetting (74ss-81ss) | Dismissed by the Court. |
| 18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(75s) | Dismissed by the Court. |
| 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(82s) | Dismissed by the Court. |
| 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Using of a Communication Facility.(82ss-89ss) **Offense Level (Terminated): Felony** | Dismissed by the Court. |

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 28 of 500

**Case Assigned to:** Judge Richard W. Roberts

---

## Name

Raymond Bell(8)
  aka: SANTUCE

## Attorneys

Joseph Roll Conte
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 03/19/2007]
LAW OFFICES OF J.R. CONTE, P.L.L.C.
400 Seventh Street, NW
Washington, DC 20004-2202
USA
(202) 638-4100
Fax: (202) 628-0249
Designation: CJA Appointment
Email: dcgunlaw@gmail.com

## Charges

## Disposition

| | Charges | Disposition |
|---|---|---|
| **Complaints:** | none | |
| **Pending:** | 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss)<br>**Offense Level (Opening): Felony** | Sentenced to One Hundred Forty-Six (146) months incarceration, followed by Five (5) years supervised release. A $100.00 special assessment is imposed. |
| **Terminated:** | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1) | Dismissed by the Court. |
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1s) | Dismissed by the Court. |
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1ss) | Dismissed by the Court. |
| | 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | Dismissed by the Court. |
| | 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss) | Dismissed by the Court. |
| | 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base.(35s) | Dismissed by the Court. |
| | 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base.(41s-44s) | Dismissed by the Court. |
| | 21:841(a)(1); NARCOTICS - SELL, | Dismissed by the Court. |

| | |
|---|---|
| DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base.(43) | |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base.(45s) | Dismissed by the Court. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Five Grams or More of Cocaine Base.(46-48) | Dismissed by the Court. |
| 21:841(a)(1) and 841(b)(1)(B)(iii) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Five Grams or More of Cocaine Base and Aiding and Abetting.(49) | Dismissed by the Court. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base and Aiding and Abetting.(50) | Dismissed by the Court. |
| 21:841(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(61-64) | Dismissed by the Court. |
| 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Convicted Felon. (70) | Dismissed by the Court. |
| 18:924(c)(1); VIOLENT CRIME/DRUGS/MACHINE GUN; Using and Carrying a Firearm During a Drug Trafficking Offense.(71) | Dismissed by the Court. |
| 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Convicted Felon. (72) | Dismissed by the Court. |
| 18:924(c) 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Usae of Firearm and Aiding and Abetting (74ss-81ss) | Dismissed by the Court. |
| 18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(76s) | Dismissed by the Court. |
| 18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(78s-80s) | Dismissed by the Court. |
| 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Using of a Communication Facility.(82ss-89ss) | Dismissed by the Court. |
| 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(84s-87s) | Dismissed by the Court. |
| 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Convicted Felon. (91s-92s) | Dismissed by the Court. |
| 18:922(g)(1); TRANSPORT FIREARMS INTERSTATE BY FELON; Unlawful Possession of | Dismissed by the Court. |

0020

a Firearm and Ammunition by a Convicted
Felon.(91ss-92ss)
**Offense Level (Terminated): Felony**

Case Assigned to: Judge Richard W. Roberts

## Name

Newett Vincent Ford(9)
Appeals court case number: '06-3150'

## Attorneys

Jensen Egerton Barber
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 01/08/2010]
LAW OFFICES OF J.E. BARBER PC
400 Seventh Street, NW Suite 400
Washington, DC 20004-2237
USA
(202) 737-8511
Fax: (202) 828-0249
Designation: CJA Appointment
Email: jebarberpc@aol.com

Steven Roy Kiersh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 05/09/2008]
STEVEN R. KIERSH
5335 Wisconsin Avenue, NW Suite 440
Washington, DC 20015
USA
(202) 347-0200
Fax: (202) 248-6795
Designation: CJA Appointment
Email: skiersh@aol.com

H. Heather Shaner
ATTORNEY TO BE NOTICED
1702 S Street, N.W.
Washington, DC 20009
USA
(202) 265-8210
Fax: (202) 332-8059
Designation: CJA Appointment
Email: hhsesq@aol.com

## Charges

**Complaints:**  none

**Pending:**  21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine and 50 Grams or More of
Cocaine Base.(1rss)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of

## Disposition

Defendant sentenced to Two Hundred Sixty Two
(262) Months incarceration. All counts are to run
concurrent to each other. Followed by Five (5)
Years Supervised Release. All counts are to run
concurrent to each other. Special Assessment of
$100.00 imposed.

0021

Cocaine Base.(1s)

| | |
|---|---|
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(2rss) | Defendant sentenced to Two Hundred Forty Months (240) Months incarceration. All counts are to run concurrent to each other. Followed by Three (3) Years Supervised Release. All counts are to run concurrent to each other. Special Assessment of $100.00 imposed. |
| 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | |
| 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss) | Dismissed on Motion of the U.S.A. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3rss) | Defendant sentenced to Two Hundred Forty Months (240) Months incarceration. All counts are to run concurrent to each other. Followed by Three (3) Years Supervised Release. All counts are to run concurrent to each other. Special Assessment of $100.00 imposed. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-27ss) | |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(29s) | |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(29ss-30ss) | |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(32s) | |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(32ss-49ss) | |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(36) | |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(39) | |

**Offense Level (Opening): Felony**

Terminated:  none

Case Assigned to: Judge Richard W. Roberts

---

## Name

## Attorneys

Lucious Fowler(10)                    Cary Clennon

LEAD ATTORNEY;ATTORNEY TO BE NOTICED
CARY CLENNON, ESQ.
P.O. Box 29302
Washington, DC 20017-0302
USA
(202) 269-0969
Fax: (202) 269-0969
Designation: CJA Appointment
Email: clennonlegal@hotmail.com

## Charges                                          ## Disposition

**Complaints:**  none

**Pending:**  18:1962(d); RACKETEERING; Conspiracy to          Sentenced to One Hundred Forty-One (141)
Participate in Racketeer Influenced Corrupt          months incarceration with all but Six (6) months to
Organization.(2ss)                                   run consecutively to any other unexpired term of
**Offense Level (Opening): Felony**                  incarceration currently being served. A Sixty (60)
                                                     month term of supervised release is imposed. A
                                                     $100.00 special assessment is imposed.

**Terminated:**  21:846; CONSPIRACY TO DISTRIBUTE              Dismissed by the Court.
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1)

21:846; CONSPIRACY TO DISTRIBUTE              Dismissed by the Court.
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1s)

21:846; CONSPIRACY TO DISTRIBUTE              Dismissed by the Court.
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine and 50 Grams or More of
Cocaine Base.(1ss)

18:1962(d); RACKETEERING - NARCOTICS;        Dismissed by the Court.
Conspiracy to Participate in Racketeer
Influenced Corrupt Organization.(2s)

21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS   Dismissed by the Court.
- SELL, DISTRIBUTE, OR DISPENSE; Unlawful
Possession With Intent to Distribute, or
Distribution of 5 Grams or More of Cocaine Base
or Cocaine.(3ss-49ss)

21:841(a)(1); NARCOTICS - SELL,              Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(21s)

21:841(a)(1); NARCOTICS - SELL,              Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(23s)

21:841(a)(1); NARCOTICS - SELL,              Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(26)

21:841(a)(1); NARCOTICS - SELL,              Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(26s)

21:841(a)(1); NARCOTICS - SELL,              Dismissed by the Court.

DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(28)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(30s)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(33)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Distribution of
Cocaine Base.(37)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Possession with
Intent to Distribute Cocaine Base.(40s)

21:841(a)(1); NARCOTICS - SELL,            Dismissed by the Court.
DISTRIBUTE, OR DISPENSE; Possession with
Intent to Distribute Cocaine Base.(45)
**Offense Level (Terminated): Felony**

Case Assigned to: Judge Richard W. Roberts

---

## Name

Arthur Handon(11)
 aka: JAY
[Term: 04/08/2008]

## Attorneys

Robert Lee Jenkins , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
BYNUM & JENKINS, PLLC
1010 Cameron Street
Alexandria, VA 22314
USA
(703) 309-0899
Fax: (703) 549-7701
Designation: CJA Appointment
Email: rjenkins@bynumandjenkinslaw.com

## Charges

Complaints:  none

Pending:  none

Terminated:  21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1s)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine and 50 Grams or More of
Cocaine Base.(1ss)

18:1962(d); RACKETEERING - NARCOTICS;

## Disposition

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 34 of 500

Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s)

18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss)

21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss)

21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(24s-25s)

21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(29)

21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(31)

22 D.C.C. 401 and 4502; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Kill While Armed.(56s)

22 DC Code 401 and 4502; ASSAULT WITH A DEADLY WEAPON; Assault with Intent to Kill While Armed.(56ss)
**Offense Level (Terminated): Felony**

Case Assigned to: Judge Richard W. Roberts

---

## Name

Marcus Smith(12)
  aka: MICK

## Attorneys

David Carey Woll
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
WOLL & WOLL, P.A.
4405 East West Hwy Suite 201
Bethesda, MD 20814
USA
(301) 652-6962
Fax: 301-652-2741
Designation: Retained
Email: woll.law@verizon.net

Michael S. Woll
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
WOLL & WOLL, P.A.
4405 East West Hwy Suite 201
Bethesda, MD 20814
USA
(301) 652-6962
Fax: 301-652-2741
Designation: Retained
Email: woll.law@verizon.net

## Charges

Complaints:   none

## Disposition

0025

| | | |
|---|---|---|
| **Pending:** | 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss)<br>**Offense Level (Opening): Felony** | Sentenced to One Hundred Twenty-One (121) months incarceration, followed by Sixty (60) months supervised release. A $100.00 special assessment is imposed. |
| **Terminated:** | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1) | Dismissed on oral motion of the U.S.A. |
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1s) | Dismissed on oral motion of the U.S.A. |
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1ss) | Dismissed on oral motion of the U.S.A.Dismissed on oral motion of the U.S.A. |
| | 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | Dismissed on oral motion of the U.S.A. |
| | 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss) | Dismissed on oral motion of the U.S.A. |
| | 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(48s) | Dismissed on oral motion of the U.S.A. |
| | 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(57) | Dismissed on oral motion of the U.S.A. |
| | 22 D.C.C. 401 and 4502; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Kill While Armed.(57s) | Dismissed on oral motion of the U.S.A. |
| | 22 DC Code 401 and 4502; ASSAULT WITH A DEADLY WEAPON; Assault with Intent to Kill While Armed.(57ss) | Dismissed on oral motion of the U.S.A. |
| | 21:841(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(68) | Dismissed on oral motion of the U.S.A. |
| | 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Using of a Communication Facility.(82ss-89ss) | Dismissed on oral motion of the U.S.A. |
| | 21:843(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(89s)<br>**Offense Level (Terminated): Felony** | Dismissed on oral motion of the U.S.A. |

**Case Assigned to:** Judge Richard W. Roberts

---

**Name**                                    **Attorneys**

Desmond Thurston(13)
  aka: DAZZ
Appeals court case number: 10-3108

Edward Charles Sussman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/2006]
601 Pennsylvania Avenue, NW Suite 900-South Building
Washington, DC 20004-2601
USA
(202) 737-7110
Fax: (202) 347-1999
Designation: CJA Appointment
Email: edwardsussman@yahoo.com

Jonathan Seth Zucker
ATTORNEY TO BE NOTICED
LAW OFFICE OF JONATHAN ZUCKER
1350 Connecticut Avenue, NW #202
Washington, DC 20036
USA
(202) 624-0784
Fax: (202) 223-7005
Designation: CJA Appointment
Email: jonathanzucker@aol.com

| **Charges** | **Disposition** |
| --- | --- |
| **Complaints:** none | |
| **Pending:** 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1) | |
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Posses with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1rsss) | Verdict of Not Guilty rendered. |
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1s) | |
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1ss) | |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(2) | |
| 18:1962(d); RACKETEERING - MURDER; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2rsss) | Verdict of Not Guilty rendered. |
| 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | |
| 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2ss) | |

USCA Case #11-3031    Document #1445852        Filed: 07/10/2013    Page 37 of 500

| | |
|---|---|
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(3rsss) | Verdict of Not Guilty rendered. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(3s) | |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss) | |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(11rsss) | Verdict of Guilty rendered. Defendant sentenced to One Hundred Ninety-Four (194) months incarceration on Count 11rsss to run concurrent to sentence imposed in Count 24rsss; followed by Thirty-Six (36) months of supervised release on Count 11rsss to run concurrent to supervised release imposed in Count 24rsss. $100.00 special assessment imposed; fine waived. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(14s) | |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(15) | |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(17rsss) | Verdict of Not Guilty rendered. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(20s) | |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(24rsss) | Verdict of Guilty rendered. Defendant sentenced to One Hundred Ninety-Four (194) months incarceration on Count 24rsss to run concurrent to sentence imposed in Count 11rsss; followed by Thirty-Six (36) months of supervised release on Count 24rsss to run concurrent to supervised release imposed in Count 11rsss. $100.00 special assessment imposed; fine waived. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(25) | |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(39s) | |
| 22 D.C.C. 403 and 4502 and 1805; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Kill While Armed and Aiding and Abetting.(41sss) | Judgment of Acquittal granted. |
| 18:1959(a)(5) and 2; RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(42sss) | Judgment of Acquittal granted. |
| 22 D.C.C. 403 and 4502 and 1805; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Kill While Armed and | Judgment of Acquittal granted. |

0028

USCA Case #11-3031     Document #1445852     Filed: 07/10/2013     Page 38 of 500

Aiding and Abetting.(43sss)

21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(44)

18:1959(a)(5) and 2; RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(44sss)                    Judgment of Acquittal granted.

22 D.C.C. 403 and 4502 and 1805; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Kill While Armed and Aiding and Abetting.(45sss)                    Judgment of Acquittal granted.

18:1959(a)(5) and 2; RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(46sss)                    Judgment of Acquittal granted.

18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(51sss-53sss)                    Judgment of Acquittal granted.

22 D.C.C. 403, 4502, and 1805; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Murder While Armed and Aiding and Abetting. (66s)

22 DC Code 403, 4502 and 1805; ASSAULT WITH A DEADLY WEAPON; Assault with Intent to Murder While Armed and Aiding and Abetting.(66ss)

18:2 and 1959(a)(5); RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(67s)

18:2 and 1959(a)(5); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(67ss)

22 D.C.C. 403, 4502, and 1805; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Murder While Armed and Aiding and Abetting. (68s)

22 DC Code 403, 4502, and 1805; ASSAULT WITH A DEADLY WEAPON; Assault with Intent to Murder While Armed and Aiding and Abetting.(68ss)

18:2 and 1959(a)(5); RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(69s)

18:2 and 1959(a)(5); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity and Aiding and Abetting.(69ss)

22 D.C.C. 403, 4502, and 1805; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Murder While Armed and Aiding and Abetting. (70s)

22 DC Code 403, 4502, and 1805; ASSAULT WITH A DEADLY WEAPON; Assault with Intent

0029

to Murder While Armed and Aiding and
Abetting.(70ss)

18:2 and 1959(a)(5); RACKETEERING
ACTIVITY; Violent Crime in Aid of Racketeering
Activity and Aiding and Abetting.(71s)

18:2 and 1959(a)(5); RACKETEERING
ACTIVITY, MURDER/KIDNAPPING; Violent Crime
in Aid of Racketeering Activity and Aiding and
Abetting.(71ss)

18:924(c) 2; VIOLENT CRIME/DRUGS/MACHINE
GUN; Usae of Firearm and Aiding and Abetting
(74ss-81ss)

18:924(c) and (2); VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a Firearm
and Aiding and Abetting.(78s-80s)
**Offense Level (Opening): Felony**

**Terminated:**  none

**Case Assigned to:** Judge Richard W. Roberts

---

## Name

Phillip Wallace(14)
  aka: PHIL
[Term: 11/28/2006]
Reg. No. 26926-016 CUMBERLAND FEDERAL
CORRECTIONAL INSTITUTION Inmate Mail/Parcels P.O.
BOX 1000 CUMBERLAND, MD 21501

## Attorneys

Thomas Todd Heslep
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
419 Seventh Street, NW Suite 401
Washington, DC 20004
USA
(202) 628-0293
Fax: (202) 628-1419
Designation: CJA Appointment
Email: ttheslep@aol.com

## Charges

**Complaints:**  none

**Pending:**  18:1962(d); RACKETEERING; Conspiracy to
Participate in Racketeer Influenced Corrupt
Organization.(2ss)
**Offense Level (Opening): Felony**

**Terminated:**  21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine, and 50 Grams or More of
Cocaine Base.(1s)

21:846; CONSPIRACY TO DISTRIBUTE
NARCOTICS; Conspiracy to Distribute and

## Disposition

10/4/2011: Supervised Release Revoked.
Defendant sentenced to Three (3) months
incarceration, followed by Three (3) years of
Supervised Release. Original Sentence: Defendant
sentenced to seventy-five (75) months
imprisonment followed by sixty (60) months of
Supervised Release, Special Assessment of
$100.00 imposed.

Dismissed by Oral Motion of Government

Dismissed by Oral Motion of Government

Dismissed by Oral Motion of Government

|  |  |
|---|---|
| Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1ss) |  |
| 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | Dismissed by Oral Motion of Government |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3ss-49ss) | Dismissed by Oral Motion of Government |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base.(19s) | Dismissed by Oral Motion of Government |
| 21:841(a)(1) and 841(b)(1)(B)(iii) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting.(24) | Dismissed by Oral Motion of Government |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base.(49s) | Dismissed by Oral Motion of Government |
| 21:841(a)(1; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Possession with Intent to Distribute Cocaine Base.(58) | Dismissed by Oral Motion of Government |

**Offense Level (Terminated): Felony**

**Case Assigned to:** Judge Richard W. Roberts
**Case Referred to:** Magistrate Judge Alan Kay

---

## Name

Mary Mcclendon(15)
  aka: NOONEY

## Attorneys

Joseph Virgilio
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
1629 K Street, NW Suite 300
Washington, DC 20006-1631
USA
(202) 686-6914
Fax: (202) 686-6914
Designation: CJA Appointment
Email: virgilio@usa.com

## Charges

## Disposition

| **Complaints:** | none |  |
|---|---|---|
| **Pending:** | none |  |
| **Terminated:** | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1) | Dismissed on Oral Motion of the Government |
|  | 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(30) | Dismissed on Oral Motion of the Government |

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 41 of 500

| | |
|---|---|
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(32) | Dismissed on Oral Motion of the Government |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(52) | Dismissed on Oral Motion of the Government |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(53) | Dismissed on Oral Motion of the Government |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(54-57) | Dismissed on Oral Motion of the Government |
| 21:841(b); USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE; Use of a Communication Facility.(65-68) | Dismissed on Oral Motion of the Government |

**Offense Level (Terminated): Felony**

Case Assigned to: Judge Richard W. Roberts

---

## Name

Joseph Jones(16)
  aka: JO-JO
Appeals court case number: '08-3033'

## Attorneys

Anthony Darnell Arnold
ATTORNEY TO BE NOTICED
One Research Court
Suite 450
Rockville, MD 20852
USA
(301) 519-8024
Designation: CJA Appointment
Email: ada@anthonydarnold.com

Anthony Douglas Martin
ATTORNEY TO BE NOTICED
ANTHONY D MARTIN, PC
7501 Greenway Center Drive Suite 460
Greenbelt, MD 20770
USA
(301) 220-3700
Fax: (301) 220-0791
Designation: CJA Appointment
Email: admartinnn@starpower.net

## Charges

## Disposition

| Complaints: | none | |
|---|---|---|
| Pending: | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Posses with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1) | Dismissed by the Court. |
| | 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Posses with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1rss) | Verdict of Not Guilty rendered. |
| | 21:846; CONSPIRACY TO DISTRIBUTE | Dismissed by the Court. |

NARCOTICS; Conspiracy to Distribute and
Possess with Intent to Distribute Five Kilograms
or More of Cocaine and 50 Grams or More of
Cocaine Base.(1s)

| | |
|---|---|
| 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2) | Dismissed by the Court. |
| 18:1962(d); RACKETEERING - MURDER; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2rss) | Verdict of Not Guilty rendered. |
| 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | Dismissed by the Court. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3s-49s) | Dismissed by the Court. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(10rss) | Defendant sentenced to One Hundred and Eighty (180) Months Incarceration to run concurrent with Count 14rss followed by Seventy-Two (72) Months of Supervised Release to run concurrent with Count 14rss; Special Assessment of $100.00 imposed |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(12) | Dismissed by the Court. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(14rss) | Defendant sentenced to One Hundred and Eighty (180) Months Incarceration to run concurrent with Count 10rss followed by Seventy-Two (72) Months of Supervised Release to run concurrent with Count 10rss; Special Assessment of $100.00 imposed |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(17) | Dismissed by the Court. |
| 22 D.C.C. 403 and 4502; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Kill While Armed.(39rss) | Verdict of Not Guilty rendered. |
| 18:1959(a)(5); RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity.(40rss) | Verdict of Not Guilty rendered. |
| 22 D.C.C. 403 and 4502; AGGRAVATED OR FELONIOUS ASSAULT; Assault with Intent to Murder While Armed.(64) | Dismissed by the Court. |
| 22 DC Code 403 and 4502; ASSAULT WITH A DEADLY WEAPON; Assault with Intent to Murder While Armed.(64s) | Dismissed by the Court. |
| 18:1959(a)(5); RACKETEERING ACTIVITY; Violent Crime in Aid of Racketeering Activity.(65) | Dismissed by the Court. |
| 18:1959(a)(5); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity.(65s) | Dismissed by the Court. |

**Offense Level (Opening): Felony**

USCA Case #11-3031      Document #1445852        Filed: 07/10/2013     Page 43 of 500

**Terminated:**   none

**Case Assigned to:** Judge Richard W. Roberts

| Name | Attorneys |
|---|---|

Dominic Samuels(17)
   aka: DON, DOM

A. Eduardo Balarezo
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
BALAREZO LAW
400 Fifth Street, NW Suite 300
Washington, DC 20001
USA
(202) 639-0999
Fax: (202) 639-0899
Designation: CJA Appointment
Email: filings@balarezolaw.com

William B. Purpura , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
LAW OFFICE OF PURPURA & PURPURA
8 East Mulberry Street
Baltimore, MD 21202
USA
(410) 727-8550
Fax: (410) 576-9351
Designation: CJA Appointment
Email: wpurp@aol.com

## Charges

### Disposition

**Complaints:**   none

**Pending:**   22 D.C.C. 2105 and 4502; MURDER, FIRST DEGREE; First-Degree Murder While Armed. (37rss)
**Offense Level (Opening): Felony**

Sentenced to Eighty-Four (84) months incarceration with credit for time served in D.C. Superior Court Case No. 7920-02 from 12/10/02 to 5/14/04. Sixty (60) months supervised release. A $100.00 special assessment is imposed.

**Terminated:**   21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1)

Dismissed by the Court.

21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Posses with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1rss)

Verdict of Not Guilty rendered.

21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1s)

Dismissed by the Court.

18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2)

Dismissed by the Court.

18:1962(d); RACKETEERING - MURDER; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2rss)

Verdict of Not Guilty rendered.

| | |
|---|---|
| 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) | Dismissed by the Court. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3s-49s) | Dismissed by the Court. |
| 21:841(a)(1) and 18:2; NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base and Aiding and Abetting.(23rss) | Dismissed by the Court. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(36) | Dismissed by the Court. |
| 18:1959(a)(1); RACKETEERING ACTIVITY, MURDER; Violent Crime in Aid of Racketeering Activity.(38rss) | Dismissed by the Court. |
| 18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(50rss) | Dismissed by the Court. |
| 22 D.C.C. 2101 and 4502; MURDER, FIRST DEGREE; First-Degree Murder While Armed.(62) | Dismissed by the Court. |
| 22 DC Code 2101 and 4502; MURDER, FIRST DEGREE; First-Degree Murder While Armed. (62s) | Dismissed by the Court. |
| 18:1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity.(63) | Dismissed by the Court. |
| 18:1959(a)(1); RACKETEERING ACTIVITY, MURDER/KIDNAPPING; Violent Crime in Aid of Racketeering Activity.(63s) | Dismissed by the Court. |
| 18:924(c) 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Usae of Firearm and Aiding and Abetting (74s-81s) | Dismissed by the Court. |
| 18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm and Aiding and Abetting.(77) **Offense Level (Terminated): Felony** | Dismissed by the Court. |

Case Assigned to: Judge Richard W. Roberts

---

## Name

Daniel Collins(18)
  aka: DC

## Attorneys

Mitchell Stuart Baer
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
717 D Street, NW Suite 310
Washington, DC 20004
USA
(202) 347-1250
Fax: (202) 628-2881
Designation: CJA Appointment
Email: mitchellbaer@msn.com

| **Charges** | **Disposition** |
|---|---|
| **Complaints:** none | |
| **Pending:** 18:1962(d); RACKETEERING; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2s) <br> **Offense Level (Opening): Felony** | Sentenced to One Hundred Twenty (120) months incarceration, followed by Sixty (60) months supervised release. A $100.00 special assessment is imposed. |
| **Terminated:** 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base.(1) | Dismissed by the Court. |
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base.(1s) | Dismissed by the Court. |
| 18:1962(d); RACKETEERING - NARCOTICS; Conspiracy to Participate in Racketeer Influenced Corrupt Organization.(2) | Dismissed by the Court. |
| 21:841(a)(1) and 841(b)(1)(B)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Possession With Intent to Distribute, or Distribution of 5 Grams or More of Cocaine Base or Cocaine.(3s-49s) | Dismissed by the Court. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(13) | Dismissed by the Court. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(37) | Dismissed by the Court. |
| 21:841(a)(1); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Distribution of Cocaine Base.(38) <br> **Offense Level (Terminated): Felony** | Dismissed by the Court. |

**Case Assigned to:** Judge Richard W. Roberts

## U. S. Attorneys

Ann H. Petalas
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE National Security Section
555 Fourth Street, NW Room 4209
Washington, DC 20530
USA
(202) 252-7807
Fax: (202) 616-2296
Email: Ann.Petalas@usdoj.gov

Glenn Stuart Leon
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Department of Justice Criminal Fraud Section
1400 New York Avenue, 3rd Floor
Washington, DC 20530
USA
(202) 252-7966
Fax: (202) 616-2296
Email: glenn.s.leon@usdoj.gov

M. Jeffrey Beatrice
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
Judiciary Center Building, Narcotics Section 555 Fourth Street, NW Room 4104
Washington, DC 20530
USA
(202) 353-8831
Fax: (202) 616-2296
Email: jeffrey.beatrice@usdoj.gov

Rikki DeVaughn McCoy
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE FOR DC Violent Crime & Narcotics Trafficking
555 4th Street, NW
Washington, DC 20531
USA
(202) 252-7034
Email: rikki.mccoy@usdoj.gov

Sherri Lee Berthrong
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
Judiciary Center Building 555 Fourth Street, NW Room 10-450
Washington, DC 20530
USA
(202) 252-7561
Fax: (202) 252-7559
Email: sherri.berthrong@usdoj.gov

Thomas Anthony Quinn
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
Special Proceedings Division 555 Fourth Street, NW
Washington, DC 20530
USA
(202) 252-7558
Fax: (202) 252-7559
Email: tony.quinn2@usdoj.gov

Angela S. George
ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
Criminal Division 555 Fourth Street, NW Room 4444
Washington, DC 20530
USA
(202) 252-7758
Fax: (202) 514-6010
Email: angela.george@usdoj.gov

Gilberto Guerrero , Jr.
ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW Room 9846
Washington, DC 20530
USA
(202) 252-7718
Email: gilberto.guerrero@usdoj.gov

Kathleen Ann Connolly
ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
USA
(202) 252-6890
Fax: (202) 514-6010
Email: kathleen.connolly@usdoj.gov

USCA Case #11-3031     Document #1445852        Filed: 07/10/2013     Page 47 of 500

Stratton Christopher Strand
ATTORNEY TO BE NOTICED
US ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
Appellate Division 555 Fourth Street, NW Room 8225
Washington, DC 20530
USA
(202) 252-6754
Fax: (202) 252-6720
Email: stratton.strand@usdoj.gov

| Date | # | Proceeding Text |
| --- | --- | --- |
| 03/23/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Arraignment as to DESMOND THURSTON (13),defendant pled not guilty Count 1,2,15,25,44 and MARCUS SMITH (12) defendant pled not guilty Count 1,57,68 held on 3/23/2005, Detention Hearing set for 3/24/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola; 3 day hold imposed for both defendants; defendants committed/commitment issued; (AUSA Jeff Beatrice, Barry Wiegand, Counsel defendant for 13, Ed Sussman, Counsel for defendant 12, David Woll) (Court Reporter Pro Typist). (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 4 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to DESMOND THURSTON. Detention Hearing set for 3/24/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/05. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 5 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to MARCUS SMITH. Detention Hearing set for 3/24/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/05. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 6 | NOTICE OF ATTORNEY APPEARANCE: Edward Charles Sussman appearing for DESMOND THURSTON (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 7 | Bench Warrant Returned Executed on 03/23/05. as to MARCUS SMITH, DESMOND THURSTON. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 8 | Arrest Warrant Returned Executed on 03/23/05. as to DESMOND THURSTON. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola : Oral motion to unseal this case by the Government heard and granted;Arraignment as to MARY MCCLENDON (15), defendant pled not guilty to Count 1,30,32,52,53,54-57,65-68 and GREGORY BELL (3) defendant pled not guilty toCount 1,5,10,17,22,23,44,49,50,52,64-65 and BURKE JOHNSON (4) Count 1,8,12,13,21,42,54-56,67 and GERALD BAILEY (6)defendant pled not guilty to Count 1,23,35,51 and LUCIOUS FOWLER (10) defendant pled not guilty to Count 1,26,28,33,37,45 and ARTHUR HANDON (11) defendant pled not guilty to Count 1,29,31 held on 3/23/2005; Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola; 3 day hold and 10 day imposed for defendants Fowler and Handon, 3 day hold imposed to all other defendants; defendant Burke Johnson concedes to detention; defendants held without bond; committed/commitment issued; (AUSA Jeff Beatric, Barry Wiegand, Counsel for defendant 3, James Beane, Counsel for defendant 4, Thomas Saunders, Counsel for defendant 6, James Beane standing in only CJA to be appointed; counsel for defendnat 10 Cary Clennon, Counsel for defendant 11, Robert Jenkins, Counsel for defendant 15, Joseph Virgilio) (Court Reporter Pro Typist.) (ldc, ) Modified on 3/24/2005 (ldc, ). Modified on 3/24/2005 (ldc, ). (Entered: 03/24/2005) |
| 03/23/2005 | 9 | ORDER FOR RELIEF OF TEMPORARY DETENTION to permit revocation of conditional release, deportation or exclusion - Defendant Held Without Bond as to ARTHUR HANDON. Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/05. (ldc, ) Modified on 3/24/2005 (ldc, ). (Entered: 03/24/2005) |
| 03/23/2005 | 10 | ORDER FOR RELIEF OF TEMPORARY DETENTION to permit revocation of conditional release, deportation or exclusion - Defendant Held Without Bond as to LUCIOUS FOWLER. Detention Hearing set for 3/24/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/05. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 11 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to ARTHUR HANDON. Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/05. (ldc, ) (Entered: 03/24/2005) |

| 03/23/2005 | 12 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to LUCIOUS FOWLER. Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/05. (ldc, ) (Entered: 03/24/2005) |
|---|---|---|
| 03/23/2005 | 13 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to MARY MCCLENDON. Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/04. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 14 | ENTERED IN ERROR.....ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to GERALD BAILEY. Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/05. (ldc, ) Modified on 4/13/2005 (mlp, ). (Entered: 03/24/2005) |
| 03/23/2005 | 15 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to GERALD BAILEY. Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/23/05. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 16 | NOTICE OF ATTORNEY APPEARANCE: James W. Beane, Jr appearing for GREGORY BELL (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 17 | NOTICE OF ATTORNEY APPEARANCE: Thomas J. Saunders appearing for BURKE JOHNSON (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 18 | NOTICE OF ATTORNEY APPEARANCE: Robert Lee Jenkins, Jr appearing for ARTHUR HANDON (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 19 | NOTICE OF ATTORNEY APPEARANCE: Joseph Virgilio appearing for MARY MCCLENDON (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 20 | NOTICE OF ATTORNEY APPEARANCE: Cary Clennon appearing for LUCIOUS FOWLER (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 21 | Arrest Warrant Returned Executed on 03/23/05. as to GREGORY BELL. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 22 | Arrest Warrant Returned Executed on 03/23/05. as to BURKE JOHNSON. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 23 | Arrest Warrant Returned Executed on 03/23/05. as to GERALD BAILEY. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 24 | Arrest Warrant Returned Executed on 03/23/05. as to LUCIOUS FOWLER. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 25 | Arrest Warrant Returned Executed on 03/23/05. as to ARTHUR HANDON. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | 26 | Arrest Warrant Returned Executed on 03/23/05. as to MARY MCCLENDON. (ldc, ) (Entered: 03/24/2005) |
| 03/23/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: Document #14 was entered in error due to clerical error and will be refiled as to correct defendant. (mlp, ) (Entered: 04/13/2005) |
| 03/23/2005 | 62 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to GREGORY BELL; detention hearing is set for 3/29/05 in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 3/23/05. (mlp, ) (Entered: 04/13/2005) |
| 03/24/2005 | 27 | NOTICE OF ATTORNEY APPEARANCE: Cynthia Katkish appearing for DAVID WILSON (Katkish, Cynthia) (Entered: 03/24/2005) |
| 03/24/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Detention Hearing as to MARCUS SMITH, DESMOND THURSTON held on 3/24/2005 Continuation of Detention Hearing set for 3/29/2005 01:45 PM for defendant Desmond Thurston; in Courtroom 4 before Magistrate Judge John M. Facciola; Government's oral motion for pretrial detention as to defendant Marcus Smith heard and granted; pretrial detention ordered; both defendants committed/commitment issued; ( AUSA Jeff Beatrice, Barry Wiegand, Glenn Leon, Counsel for defendant Marcus Smith, Michael Woll standing for David Woll, Counsel for Desmond Smith, Ed Sussman, not present)(Court Reporter Pro Typist.) (ldc, ) (Entered: 03/25/2005) |
| 03/24/2005 | 28 | ORDER COMMITTING TO THE ATTORNEY GENERAL as to MARCUS SMITH Signed by Magistrate Judge John M. Facciola on 03/24/05. (ldc, ) (Entered: 03/25/2005) |
| 03/24/2005 | 29 | NOTICE OF ATTORNEY APPEARANCE: David Carey Woll appearing for MARCUS SMITH (ldc, ) (Entered: 03/25/2005) |

| | | |
|---|---|---|
| 03/24/2005 | 30 | NOTICE OF ATTORNEY APPEARANCE: Michael S. Woll appearing for MARCUS SMITH (ldc, ) (Entered: 03/25/2005) |
| 03/24/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Arraignment as to ANTWUAN BALL (1) Count 1,9,41,69 held on 3/24/2005; Court appointed Counsel; Plea entered by ANTWUAN BALL (1) Count 1,9,41,69; defendant pled not guilty to all counts; 3 day hold imposed; Detention Hearing set for 4/4/2005 01:30 PM in Courtroom 25 before Magistrate Judge Deborah A. Robinson; defendant held without bond; committed/commitment issued; (AUSA Jeff Beatrice, Barry Wiegand, Glenn Leon, Counsel, John Carney)( Counsel should call courtroom deputy for status hearing date) (Court Reporter Pro Trypist.) (ldc, ) (Entered: 03/25/2005) |
| 03/24/2005 | 31 | Arrest Warrant Returned Executed on 03/24/05. as to ANTWUAN BALL. (ldc, ) (Entered: 03/25/2005) |
| 03/24/2005 | 32 | NOTICE OF ATTORNEY APPEARANCE: John James Carney appearing for ANTWUAN BALL (ldc, ) (Entered: 03/25/2005) |
| 03/24/2005 | 33 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to ANTWUAN BALL. Detention Hearing set for 4/4/2005 01:30 PM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. Signed by Magistrate Judge John M. Facciola on 03/24/05. (ldc, ) (Entered: 03/25/2005) |
| 03/24/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Arraignment as to DAVID WILSON (2) Count 1,2,4,6-7,15,24,27,34,38,40,60 held on 3/24/2005, Plea entered by DAVID WILSON (2) Count 1,2,4,6-7,15,24,27,34,38,40,60; Court appointed attorney; defendant pled not guilty to all counts; 3 day hold imposed; Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola; defendant held without bond; committed/commitment issued; ( AUSA Jeff Beatrice, Barry Wiegand, Glenn Leon, Counsel Cynthia Katish) ( counsel should call courtroom deputy for status hearing date) (Court Reporter Pro Typist.) (ldc, ) Modified on 3/25/2005 (ldc, ). (Entered: 03/25/2005) |
| 03/24/2005 | 34 | ENTERED IN ERROR.....Arrest Warrant Returned Executed on 03/24/05. as to DAVID WILSON. (ldc, ) Modified on 5/25/2006 (mlp) (Entered: 03/25/2005) |
| 03/24/2005 | 35 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to DAVID WILSON. Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/24/05. (ldc, ) (Entered: 03/25/2005) |
| 03/24/2005 | 36 | Bench Warrant Returned Executed on 3/24/05 as to DAVID WILSON. (hsj, ) (Entered: 03/26/2005) |
| 03/24/2005 | | Arrest of DAVID WILSON. (hsj, ) (Entered: 03/26/2005) |
| 03/24/2005 | 37 | Bench Warrant Returned Executed on 3/24/05 as to PHILLIP WALLACE. (hsj, ) (Entered: 03/26/2005) |
| 03/24/2005 | | Arrest of PHILLIP WALLACE. (hsj, ) (Entered: 03/26/2005) |
| 03/24/2005 | 38 | Bench Warrant Returned Executed on 3/24/05 as to ANTWUAN BALL. (hsj, ) (Entered: 03/26/2005) |
| 03/24/2005 | | Arrest of ANTWUAN BALL. (hsj, ) (Entered: 03/26/2005) |
| 03/24/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Arraignment as to PHILLIP WALLACE (14) Count 1,24,58 held on 3/24/2005, Plea entered by PHILLIP WALLACE (14) Count 1,24,58; Court appointed attorney; defendant pled not guilty to all counts; 3 day hold imposed; Detention Hearing set for 3/30/2005 09:30 AM in Courtroom 4 before Magistrate Judge John M. Facciola; defendant held without bond; committed/commitment issued; (AUSA Jeff Beatrice, Barry Wiegand, Glenn Leon, Counsel, Thomas Heslop) (Court Reporter Pro Typist.) (ldc, ) (Entered: 03/28/2005) |
| 03/24/2005 | 39 | Arrest Warrant Returned Executed on 03/24/05. as to PHILLIP WALLACE. (ldc, ) (Entered: 03/28/2005) |
| 03/24/2005 | 40 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to PHILLIP WALLACE. Detention Hearing set for 3/30/2005 09:30 AM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/24/05. (ldc, ) (Entered: 03/28/2005) |
| 03/24/2005 | | Attorney update in case as to DAVID WILSON. CJA attorney Cynthia Katkish for DAVID WILSON added. (mlp) (Entered: 04/05/2005) |
| 03/28/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Arraignment as to RAYMOND BELL (8) Count 1,43,46-48,49,50,61-64,70,71,72 held on 3/28/2005, Plea entered |

0040

by RAYMOND BELL (8) Count 1,43,46-48,49,50,61-64,70,71,72; Court appointed counsel; defendant pled not guilty to all counts; 3 day hold imposed; Counsel should call courtroom deputy for status hearing date; Preliminary/Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola; defendant held without bond; committed/commitment issued. (AUSA Barry Wiegand, Jeff Beatrice not present, Glenn Leon not present, counsel Joseph Conte)(Court Reporter Pro Typist.) (ldc, ) (Entered: 03/28/2005)

| 03/28/2005 | 41 | Arrest Warrant Returned Executed on 03/28/05. as to RAYMOND BELL. (ldc, ) (Entered: 03/28/2005) |
| 03/28/2005 | 42 | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to RAYMOND BELL. Detention Hearing set for 3/29/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Signed by Magistrate Judge John M. Facciola on 03/28/05. (ldc, ) (Entered: 03/28/2005) |
| 03/28/2005 | | Attorney update in case as to RAYMOND BELL. Attorney Joseph Roll Conte for RAYMOND BELL added. (zmlp, ) (Entered: 03/29/2005) |
| 03/28/2005 | 69 | NOTICE OF ATTORNEY APPEARANCE: Thomas Todd Heslep appearing for PHILLIP WALLACE. (mlp, ) (Entered: 04/19/2005) |
| 03/29/2005 | 43 | NOTICE OF ATTORNEY APPEARANCE: Joseph Roll Conte appearing for RAYMOND BELL Conte, Joseph (Conte, Joseph) (Entered: 03/29/2005) |
| 03/29/2005 | 44 | Superior Court Number SP-941-05 (wes, ) (Entered: 03/29/2005) |
| 03/29/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Detention Hearing as to GREGORY BELL, ARTHUR HANDON, DESMOND THURSTON, MARY MCCLENDON held on 3/29/2005; Government's oral motion for pretrial detention heard and granted; pretrial detention ordered as to all defendants; all defendants held without bond; committed/commitment issued; (AUSA Jeff Beatrice, Glenn Leon, Counsel for defendant Gregory Bell, James Beane, Counsel for Handon, Robert Jenkins, Counsel for McClendon, Joseph Virgilio, Counsel for defendant Thurston, Ed Sussman) (Court Reporter Pro Typist.) (ldc, ) (Entered: 03/29/2005) |
| 03/29/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Detention Hearing as to GERALD BAILEY, LUCIOUS FOWLER held on 3/29/2005; Government's oral motion for pretrial detention heard and denied; defendants placed in High Intensity Supervision Program; both defendants released on personal recognizance; released/release issued; (AUSA Jeff Beatrice, Counsel for Bailey, Joanne Slaight, Counsel for Fowler, Cary Clennon) (Court Reporter Pro Typist.) (ldc, ) (Entered: 03/29/2005) |
| 03/29/2005 | 45 | ORDER COMMITTING TO THE ATTORNEY GENERAL as to GREGORY BELL Signed by Magistrate Judge John M. Facciola on 03/29/05. (ldc, ) (Entered: 03/29/2005) |
| 03/29/2005 | 46 | ORDER COMMITTING TO THE ATTORNEY GENERAL as to MARY MCCLENDON Signed by Magistrate Judge John M. Facciola on 03/29/05. (ldc, ) (Entered: 03/29/2005) |
| 03/29/2005 | 47 | ORDER COMMITTING TO THE ATTORNEY GENERAL as to ARTHUR HANDON Signed by Magistrate Judge John M. Facciola on 03/29/05. (ldc, ) (Entered: 03/29/2005) |
| 03/29/2005 | 48 | ORDER COMMITTING TO THE ATTORNEY GENERAL as to DESMOND THURSTON Signed by Magistrate Judge John M. Facciola on 03/29/05. (ldc, ) (Entered: 03/29/2005) |
| 03/29/2005 | 49 | ORDER Setting Conditions High Intensity Supervision Program as to LUCIOUS FOWLER (10) Personal Recognizance Signed by Magistrate Judge John M. Facciola on 03/29/05. (ldc, ) (Entered: 03/29/2005) |
| 03/29/2005 | 50 | ORDER Setting Conditions for High Intensity Supervision Program as to GERALD BAILEY (6) Personal Recognizance Signed by Magistrate Judge John M. Facciola on 03/29/05. (ldc, ) (Entered: 03/29/2005) |
| 03/31/2005 | 51 | DETENTION MEMORANDUM as to MARCUS SMITH Signed by Magistrate Judge John M. Facciola on 03/24/05. (ldc, ) (Entered: 03/31/2005) |
| 03/31/2005 | 52 | First MOTION to modify conditions of release by DESMOND THURSTON. (Sussman, Edward) Modified on 4/1/2005 (mlp, ). (Entered: 03/31/2005) |
| 03/31/2005 | 53 | NOTICE OF ATTORNEY APPEARANCE: Joanne D. Slaight, I appearing for GERALD BAILEY (Slaight, Joanne) (Entered: 03/31/2005) |
| 03/31/2005 | | Attorney update in case as to GERALD BAILEY. Attorney Joanne D. Slaight, I for GERALD BAILEY added. (mlp, ) (Entered: 04/01/2005) |
| 03/31/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Detention Hearing as to RAYMOND BELL held on 3/31/2005; Government's oral motion for pretrial detention heard |

USCA Case #11-3031      Document #1445852        Filed: 07/10/2013     Page 51 of 500

|            |    | and granted; pretrial detention ordered; defendant held without bond; committed/commitment issued; (AUSA Glenn Leon, Counsel Joseph Conte) (Court Reporter Pro Typist.) (ldc, ) (Entered: 04/01/2005) |
|------------|----|---|
| 03/31/2005 | 54 | ORDER COMMITTING TO THE ATTORNEY GENERAL as to RAYMOND BELL Signed by Magistrate Judge John M. Facciola on 03/31/05. (ldc, ) (Entered: 04/01/2005) |
| 04/01/2005 |    | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Arraignment as to NEWETT VINCENT FORD (9) Count 1,36,39 held on 4/1/2005. Plea Not Guilty Entered. Motion deadlines within 10 days. Parties to contact Court Deputy for future dates. Defendant held without bond; defendant committed/commitment issued. (AUSA Barry Wiegand, counsel for defendant appointed by the court CJA Steven R. Kiersh) (Court Reporter Pro-Typists Inc.) (lm) Modified on 4/1/2005 (lm, ). (Entered: 04/01/2005) |
| 04/01/2005 | 55 | NOTICE OF ATTORNEY APPEARANCE: Steven R. Kiersh appearing for NEWETT VINCENT FORD (lm) (Entered: 04/01/2005) |
| 04/01/2005 | 56 | Bench Warrant Returned Executed on 04/1/05. as to NEWETT VINCENT FORD, before Magistrate Judge Robinson (lm) (Entered: 04/01/2005) |
| 04/04/2005 |    | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Detention Hearing as to ANTWUAN BALL held in part on 4/4/2005. Detention Hearing continued to 4/6/2005 at 01:30 PM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. Defendant committed/commitment issued.(AUSA Jeffrey Beatress, Counsel for defense John Carney)(Court Reporter Pro-Typist Inc.) (lm) (Entered: 04/05/2005) |
| 04/04/2005 | 57 | DETENTION MEMORANDUM as to GREGORY BELL, RAYMOND BELL, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON Signed by Magistrate Judge John M. Facciola on 04/04/05. (ldc, ) (Entered: 04/06/2005) |
| 04/05/2005 |    | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON Status Conference set for 4/18/2005 12:00 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/05/2005) |
| 04/06/2005 |    | THIS IS A TEST. Please accept our apology for this entry. It will be deleted at the conclusion of the test. (jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 | 65 | Writ of Habeas Corpus ad Prosequendum Issued to Beckley, FCI, signed by Judge Richard W. Roberts on 4/4/05 as to JASMINE BELL to appear on 4/18/05 for a status call. (mlp, ) (Entered: 04/15/2005) |
| 04/06/2005 |    | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Detention Hearing as to ANTWUAN BALL held on 4/6/2005. Court grants government's request for detention. Defendant remains held without bond. Status Conference set for 4/18/2005 12:00 PM in Courtroom 9 before Judge Richard J. Leon. (AUSA- Glen Leon and M. Jeffrey Beatrice, Defense counsel John Carney)(Court Reporter Pro-typist.) (lm) (Entered: 07/15/2005) |
| 04/07/2005 | 58 | NOTICE OF ATTORNEY APPEARANCE M. Jeffrey Beatrice appearing for USA. Notice of Assignment and Apperance as Co-Counsel (Beatrice, M.) (Entered: 04/07/2005) |
| 04/07/2005 |    | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Detention Hearing as to NEWETT VINCENT FORD held on 4/7/2005. Court denies government's request for pretrial detention. Bond Hearing set for 4/8/2005 at 09:30 AM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. Defendant remains held without bond. Defendant committed/commitment issued. (AUSA GLEN LEON, Defense Steven Kiersh)(Court Reporter Pro-Typists Inc.) (lm ) (Entered: 04/08/2005) |
| 04/08/2005 |    | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Detention Hearing as to NEWETT VINCENT FORD held on 4/8/2005. Further Bond Hearing continued to 4/11/2005 at 11:00 AM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. Defendant remains held without bond. Defendant committed/commitment issued. (AUSA Arvind Lal, Defense counsel Richard Gilbert)(Court Reporter Pro-Typists Inc.) (lm) (Entered: 04/08/2005) |
| 04/08/2005 | 59 | MOTION to Exclude of Time Under the Speedy Trial Act by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON. (Beatrice, M.) (Entered: 04/08/2005) |
| 04/11/2005 |    | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Bond Hearing as to NEWETT VINCENT FORD held on 4/11/2005, Bond set to Personal Recognizance. Defendant released/release issued. Status Conference set for 4/25/2005 at 1:30 PM in |

| | | |
|---|---|---|
| | | Courtroom 25 before Magistrate Judge Deborah A. Robinson. (AUSA Barry Wiegand, Defense: Steven Kiersh)(Court Reporter Pro-Typists Inc.) (lm) (Entered: 04/11/2005) |
| 04/11/2005 | 60 | MOTION for Bond Motion for Revocation of Detention Order by MARY MCCLENDON. (Virgilio, Joseph) (Entered: 04/11/2005) |
| 04/11/2005 | 61 | CJA 20 as to RAYMOND BELL: Appointment of Attorney Joseph Roll Conte for RAYMOND BELL. Signed by Judge Richard W. Roberts on 4/11/05 NPT 3/28/05. (cp, ) (Entered: 04/12/2005) |
| 04/11/2005 | 76 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Pro-Typist, Inc. for Transcript of proceeding held on 3/29/05. Signed by Judge Richard W. Roberts on 4/11/05. (erd) (Entered: 04/25/2005) |
| 04/11/2005 | 77 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Pro-Typist, Inc. for Transcript of proceeding held on 3/23/05. Signed by Judge Richard W. Roberts on 4/11/05. (erd) (Entered: 04/25/2005) |
| 04/12/2005 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Detention Hearing as to DAVID WILSON not held on 4/12/2005. Defendant's Oral Motion for continuance is granted. Detention Hearing continued to 4/14/2005 at 01:30 PM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. Defendant remains held without bond. Defendant committed/commitment issued. (AUSA Glen Leon; Defense- Cynthia Katkish)(Court Reporter Pro-Typists Inc.) (lm) (Entered: 04/12/2005) |
| 04/13/2005 | 63 | MOTION for Hearing Motion for pretrial hearing to determine existence of a conspiracy and to determine the admissibility of co-conspirators' acts and statements by NEWETT VINCENT FORD. (Kiersh, Steven) Modified on 4/14/2005 (mlp) (Entered: 04/13/2005) |
| 04/13/2005 | 64 | TRANSCRIPT of Proceedings as to ANTWUAN BALL before Magistrate Judge Deborah A. Robinson held on 4/4/05 Court Reporter: Pro Typists, Inc.. (cp, ) (Entered: 04/14/2005) |
| 04/14/2005 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Detention Hearing as to DAVID WILSON held in part on 4/14/2005. Detention Hearing continued to 4/15/2005 at 03:00 PM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. Defendant remains held without bond. commitment issued. (AUSA GLEN LEON, Defense-Cynthia Katkish)(Court Reporter Pro-Typists Inc.) (lm) (Entered: 04/14/2005) |
| 04/15/2005 | 66 | MOTION in Limine Seeking Admissibility of Defendants Prior Felony Convictions Pursuant to Rule 609 by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON. (Attachments: # 1 Text of Proposed Order)(Beatrice, M.) (Entered: 04/15/2005) |
| 04/15/2005 | 67 | CJA 21 as to MARCUS SMITH: Authorization to Pay Mark Glick $65.00 PH. for Expert Services, Signed by Magistrate Judge Deborah A. Robinson on 4/15/05. (erd) (Entered: 04/18/2005) |
| 04/15/2005 | 94 | DETENTION MEMORANDUM as to ANTWUAN BALL Signed by Magistrate Judge Deborah A. Robinson on 4/15/05 non pro tunc to 4/6/05. (lm ) (Entered: 05/12/2005) |
| 04/18/2005 | | NOTICE OF HEARING as to JASMINE BELL, PHILLIP WALLACE Status Conference set for 4/19/2005 02:45 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/18/2005) |
| 04/18/2005 | 81 | ORDER as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON: excluding speedy trial time between 4/18/05 and 6/17/05 in the interest of justice. Signed by Judge Richard W. Roberts on 4/18/05. (mlp, ) (Entered: 05/04/2005) |
| 04/19/2005 | 68 | APPEAL OF MAGISTRATE JUDGE'S PRETRIAL DETENTION ORDER by RAYMOND BELL. (Attachment: # 1 Text of Proposed Order)(Conte, Joseph) Modified on 4/20/2005 (mlp) (Entered: 04/19/2005) |
| 04/19/2005 | 70 | NOTICE OF ATTORNEY APPEARANCE: Joseph Edmund Beshouri appearing for JASMINE BELL (Beshouri, Joseph) (Entered: 04/19/2005) |
| 04/19/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Arraignment as to PHILLIP WALLACE (14) Count 1, 24, 58 and JASMINE BELL (7) Count 1, 3, 11, 59 held on 4/19/2005. Plea not guilty entered as to JASMINE BELL on count(s) 1, 24, 58. Plea not guilty entered as to PHILLIP WALLACE on count(s) 1, 3, 11, 59. Status Conference set for 6/17/2005 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. Speedy Trial excluded from 4/18/05 to 6/17/05 in the interest of justice. (Defendants Committed/Commitment Issued)(Court Reporter Susan Tyner.) (hsj, ) (Entered: 06/15/2005) |
| 04/20/2005 | 71 | RESPONSE by USA as to DESMOND THURSTON re 52 First MOTION for Bond GOVERNMENT?S OPPOSITION TO DEFENDANT?S MOTION TO AMEND CONDITIONS OF RELEASE (Leon, Glenn) |

| | | (Entered: 04/20/2005) |
|---|---|---|
| 04/20/2005 | 72 | ENTERED IN ERROR.....NOTICE Amendment to Proposed Order by RAYMOND BELL re 68 MOTION for Bond (Conte, Joseph) Modified on 4/20/2005 (mlp) (Entered: 04/20/2005) |
| 04/20/2005 | 73 | NOTICE Amendment to proposed order by RAYMOND BELL (Conte, Joseph) (Entered: 04/20/2005) |
| 04/20/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: re: RAYMOND BELL, Amendment to Proposed Order 72 was entered in error and counsel was instructed to refile said pleading. (mlp, ) (Entered: 04/20/2005) |
| 04/21/2005 | 90 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for Transcript of Detention Hearings for All Defendants on 3/24/05, 3/29/05, 3/30/05, 3/28/05, 3/31/05, 4/05/05, 4/11/05, 4/14/05, 4/12/05, 4/7/05, and 4/1/05. Signed by Judge Richard W. Roberts on 4/21/05. (mlp, ) (Entered: 05/11/2005) |
| 04/22/2005 | 74 | APPEAL of Magistrate Judge Facciola's pretrial detention order by MARCUS SMITH; attachment #1 (text of proposed order). (Woll, David) Modified on 4/25/2005 (mlp) (Entered: 04/22/2005) |
| 04/22/2005 | 75 | RESPONSE by USA as to MARY MCCLENDON re 60 MOTION for Bond Motion for Revocation of Detention Order; attachment (#1) text of proposed order. (Beatrice, M.) Modified on 4/25/2005 (mlp) (Entered: 04/22/2005) |
| 04/25/2005 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Status Hearing as to NEWETT VINCENT FORD held on 4/25/2005. Status Conference continued to 4/27/2005 at 01:30 PM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. (Defendant remain on PR. (AUSA-Barry Wiegand; Defense- Atty Zucker for Steven Kiersh)(Court Reporter Pro-typists.) (lm, ) (Entered: 04/28/2005) |
| 04/27/2005 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Status Hearing as to NEWETT VINCENT FORD held on 4/27/2005, Bond set as to NEWETT VINCENT FORD (9) HIGH INTENSITY SUPERVISION PROGRAM. Defendant released/release issued. Bond Review set for 6/17/2005 at 11:00 AM in Courtroom 4 before Magistrate Judge John M. Facciola. (AUSA-GLEN LEON; DEFENSE ATTY- CYNTHIA KATKISH)(Court Reporter Pro-typist.) (lm, ) (Entered: 04/28/2005) |
| 04/27/2005 | 79 | ORDER Setting Conditions for NEWETT VINCENT FORD (9) HIGH INTENSITY SUPERVISION PROGRAM. Signed by Magistrate Judge Deborah A. Robinson on 4/27/05. (lm, ) (Entered: 04/28/2005) |
| 04/28/2005 | 78 | RESPONSE by USA as to RAYMOND BELL re 68 MOTION for Bond Government's Opposition to Defendant's Motion for Revocation of Appeal of Dentention Order (Attachments: # 1 Text of Proposed Order)(Leon, Glenn) (Entered: 04/28/2005) |
| 05/02/2005 | 80 | Memorandum in Opposition by USA as to MARCUS SMITH re 74 MOTION for Bond GOVERNMENTS OPPOSITION TO DEFENDANTS MOTION FOR REVOCATION OF DETENTION ORDER (Attachment: # 1 text of proposed order)(Beatrice, M.) Modified on 5/3/2005 (mlp) (Entered: 05/02/2005) |
| 05/06/2005 | 82 | TRANSCRIPT of Proceedings as to ANTWUAN BALL before Magistrate Judge Deborah A. Robinson held on April 4, 2005 Court Reporter: Pro Typists, Inc. (cp, ) (Entered: 05/09/2005) |
| 05/06/2005 | 83 | TRANSCRIPT of Proceedings as to DAVID WILSON before Magistrate Judge Deborah A. Robinson held on April 15, 2005 Court Reporter: Pro Typists, Inc. (cp, ) (Entered: 05/09/2005) |
| 05/06/2005 | 85 | TRANSCRIPT of Proceedings as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson held on April 11, 2005 Court Reporter: Pro Typists, Inc. (cp, ) (Entered: 05/09/2005) |
| 05/06/2005 | 84 | TRANSCRIPT of Proceedings as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson held on April 7, 2005 Court Reporter: Pro Typists, Inc. (cp, ) (Entered: 05/09/2005) |
| 05/06/2005 | 91 | CJA 20 as to LUCIOUS FOWLER: Appointment of Attorney Cary Clennon for LUCIOUS FOWLER. Signed by Judge Richard W. Roberts on 5/6/05; NPT 3/23/05. (cp, ) (Entered: 05/11/2005) |
| 05/06/2005 | 92 | CJA 20 as to MARCUS SMITH: Appointment of Attorney David Carey Woll for MARCUS SMITH. Signed by Judge Richard W. Roberts on 5/6/05; NPT 3/23/05. (cp, ) (Entered: 05/11/2005) |
| 05/06/2005 | 93 | CJA 20 as to DESMOND THURSTON: Appointment of Attorney Edward Charles Sussman for DESMOND THURSTON. Signed by Judge Richard W. Roberts on 5/6/05; NPT 3/21/05. (cp, ) (Entered: 05/11/2005) |
| 05/10/2005 | 86 | MOTION for Hearing on Detention by BURKE JOHNSON. (Saunders, Thomas) (Entered: 05/10/2005) |
| 05/11/2005 | 89 | ERRATA Order for Detention Hearing by BURKE JOHNSON (Saunders, Thomas) (Entered: 05/11/2005) |

| | | |
|---|---|---|
| 05/12/2005 | 95 | ORDER as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON: stating that this case is "complex," tolling the Speedy Trial act serves the ends of justice; granting re 59 U.S.A.'s MOTION to Exclude Speedy Trial Act time; a period of 180 days shall be excluded from the computation of time within which to commence trial; such period will commence when the last of the 15 defendants charged in this case is brought before this Court for arraignment or a motion to sever all defendants who have not yet been brought before the Court for arraignment has been granted, whichever is earlier, or after a reasonable period of time as provided by further Order of this Court. Signed by Judge Richard W. Roberts on 5/12/05. (mlp, ) (Entered: 05/18/2005) |
| 05/19/2005 | 96 | MOTION for Bond Hearing by DAVID WILSON. (Attachments: # 1 Text of Proposed Order) (Katkish, Cynthia) (Entered: 05/19/2005) |
| 05/19/2005 | 97 | First MOTION to Appoint Counsel or ascertain counsel by ANTWUAN BALL. (Attachment: # 1 Text of Proposed)(Carney, John) Modified on 5/20/2005 (mlp) (Entered: 05/19/2005) |
| 05/19/2005 | 98 | MOTION to Revoke Pretrial Detention Order by GREGORY BELL. (Attachment: # 1 Text of Proposed Order)(Beane, James) Modified on 5/20/2005 (mlp) (Entered: 05/19/2005) |
| 05/20/2005 | 99 | TRANSCRIPT of Proceedings as to ANTWUAN BALL before Magistrate Judge Deborah A. Robinson held on 4/6/05. Court Reporter: Pro-Typists, Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C. 20005. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 05/24/2005) |
| 05/23/2005 | 112 | Rule 40 Documents Received as to JOE LANGLEY from United States District Court for the District of South Carolina, Florence Division Case Number 4:05-487. (hsj, ) (Entered: 06/14/2005) |
| 05/24/2005 | | Arrest of JOE LANGLEY (kk) (Entered: 05/25/2005) |
| 05/24/2005 | | Minute Entry for Return on Bench Warrant and Arraignment as to JOE LANGLEY (5) held before Magistrate Judge Alan Kay on 5/24/05 : Plea of Not Guilty entered by JOE LANGLEY (5) to Counts 1,14,16,18-20,73. Status Hearing set for 6/17/05 at 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. 10-day deadline set for filing motions. Request by the Government for a detention hearing, heard and granted. Detention Hearing set for 5/26/05 at 1:45 PM in Courtroom 4 before Magistrate Judge Alan Kay. JOE LANGLEY (5) Held Without Bond. Defendant committed/commitment issued. [AUSA: Barry Wiegand for Jeff Beatrice; Ret.: James Rudasill] (Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 05/25/2005) |
| 05/24/2005 | 100 | Bench Warrant, dated 3/17/05, Returned Executed on 5/24/05 as to JOE LANGLEY (5). (kk) (Entered: 05/26/2005) |
| 05/24/2005 | 101 | ORDER FOR TEMPORARY DETENTION - Defendant JOE LANGLEY (5) Held Without Bond; Detention Hearing set for 5/26/05 at 1:45 PM in Courtroom 4 before Magistrate Judge Alan Kay; signed by Magistrate Judge Alan Kay on 5/24/05. (kk) (Entered: 05/26/2005) |
| 05/26/2005 | 102 | ORDER as to BURKE JOHNSON directing that a detention hearing be held before the criminal duty magistate judge. Signed by Judge Richard W. Roberts on 5/24/05. (lin, ) (Entered: 05/26/2005) |
| 05/26/2005 | | Minute Entry for Detention Hearing as to JOE LANGLEY (5) held before Magistrate Judge Alan Kay on 5/26/05 : The defendant agrees to waive the detention hearing. Pretrial Detention Ordered. Status Hearing remains set for 6/17/05 at 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. JOE LANGLEY (5) Ordered Held Without Bond. Defendant committed/commitment issued. [AUSA: Barry Wiegand for Jeff Beatrice; Ret.: James Rudasill] (Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 05/27/2005) |
| 05/26/2005 | 103 | ORDER COMMITTING JOE LANGLEY (5) TO THE ATTORNEY GENERAL; signed by Magistrate Judge Alan Kay on 5/26/05. (kk) (Entered: 05/27/2005) |
| 05/27/2005 | | NOTICE OF HEARING as to BURKE JOHNSON Detention Hearing set for 6/10/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. (lin, ) (Entered: 05/27/2005) |
| 05/27/2005 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Status Conference as to DAVID WILSON held on 5/27/2005 Detention Hearing set for 6/10/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola; defendant held without bond; committed/commitment issued;(AUSA Jeff Beatrice, Glenn Leon, Counsel Cynthia Katkish (CJA)) (Court Reporter Pro Typist.) (ldc, ) (Entered: 05/27/2005) |
| 05/27/2005 | 104 | (DUPLICATIVE ENTRY) for document #102.....ORDER as to BURKE JOHNSON directing that a detention hearing be held before the criminal duty magistrate judge Signed by Judge Richard W. Roberts on 5/27/05. (lin, ) Modified on 6/15/2005 (lin, ). (Entered: 05/27/2005) |

| 05/27/2005 | 106 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Pro-Typist, Inc. for Transcript on 5/27/05; EXPEDITED. Signed by Magistrate Judge Deborah A. Robinson on 5/27/05. (erd) (Entered: 06/02/2005) |
| --- | --- | --- |
| 05/31/2005 | 105 | RESPONSE by USA as to GREGORY BELL re 98 MOTION to Revoke Pretiral Detention Order (Attachment: # 1) Text of Proposed Order)(Beatrice, M.) Modified on 6/1/2005 (mlp) (Entered: 05/31/2005) |
| 06/03/2005 | 107 | TRANSCRIPT of Proceedings as to MARCUS SMITH, DESMOND THURSTON before Magistrate Judge John M. Facciola held on 3/24/05. Court Reporter: Pro-Typists, Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C. 20005. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/07/2005) |
| 06/09/2005 | 108 | MOTION to Amend/Correct Request for Detention Hearing filed on May 19, 2005 by DAVID WILSON. (Katkish, Cynthia) (Entered: 06/09/2005) |
| 06/09/2005 | 109 | TRANSCRIPT of Proceedings as to DAVID WILSON before Magistrate Judge Deborah A. Robinson held on May 27, 2005 Court Reporter: Pro-Typists, Inc.. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 06/10/2005) |
| 06/10/2005 | 110 | MOTION for Emergency Review and Appeal of Release Orders by USA as to DAVID WILSON. (Attachments: # 1 Proposed Order)(Beatrice, M.) (Entered: 06/10/2005) |
| 06/10/2005 | 111 | MOTION Requesting a Detention Hearing by USA as to DAVID WILSON. (Attachments: # 1 Proposed Order for Scheduling Detention Hearing)(Beatrice, M.) (Entered: 06/10/2005) |
| 06/10/2005 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Detention Hearing as to DAVID WILSON held on 6/10/2005, Bond set to High Intensity Supervision Program. Government's request to stay release order pending appeal hearing before Judge Roberts is granted. Appeal Hearing set for 6/10/2005 04:00 PM in Courtroom 9 before Judge Richard W. Roberts. Defendant remains held without bond pending appeal hearing. (Court Reporter Pro-typists.) (AUSA- Glenn Leon; Defense counsel- Cynthia Katkish) (lm ) Modified on 6/13/2005 (lm, ). (Entered: 06/13/2005) |
| 06/10/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Appeal on Detention Hearing as to DAVID WILSON held on 6/10/2005. Court Vacates release and High Intensity Supervion order filed by Magistrate Judge Robinson and held defendant without bond pending full detention hearing. Detention Hearing set for 6/24/2005 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Defendant committed/ commitment issued. (AUSA-Glenn Leon; Defense- Cynthia Katkish)(Court Reporter Jon Hundley.) (lm ) Modified on 6/13/2005 (lm, ). (Entered: 06/13/2005) |
| 06/16/2005 | | NOTICE OF HEARING as to ANTWUAN BALL Hearing on motion for ascertainment of counsel set for 6/24/2005 01:45 PM in Courtroom 4 before Magistrate Judge John Facciola (lin, ) (Entered: 06/16/2005) |
| 06/16/2005 | 113 | MOTION to Continue June 24, 2005 Detention Hearing by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Katkish, Cynthia) (Entered: 06/16/2005) |
| 06/17/2005 | 122 | CJA 20 as to JASMINE BELL: Appointment of Attorney Joseph Edmund Beshouri for JASMINE BELL. Signed by Judge Richard W. Roberts on 6/17/05, nunc pro tunc to 4/12/05. (mlp, ) (Entered: 06/27/2005) |
| 06/18/2005 | 114 | MOTION for Bond Review by ARTHUR HANDON. (Jenkins, Robert) (Entered: 06/18/2005) |
| 06/21/2005 | | NOTICE OF HEARING as to DAVID WILSON Detention Hearing set for 7/8/2005 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/21/2005) |
| 06/21/2005 | | NOTICE OF HEARING as to GREGORY BELL Bond Hearing set for 6/23/2005 02:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/21/2005) |
| 06/21/2005 | | NOTICE OF HEARING as to RAYMOND BELL Bond Hearing set for 6/23/2005 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/21/2005) |
| 06/21/2005 | | NOTICE OF HEARING as to ARTHUR HANDON Bond Hearing set for 7/6/2005 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/21/2005) |
| 06/21/2005 | | NOTICE OF HEARING as to MARCUS SMITH Bond Hearing set for 6/23/2005 10:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/21/2005) |
| 06/21/2005 | | NOTICE OF HEARING as to DESMOND THURSTON Bond Hearing set for 6/23/2005 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/21/2005) |
| 06/21/2005 | | NOTICE OF HEARING as to MARY MCCLENDON Bond Hearing set for 6/24/2005 10:00 AM in |

Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/21/2005)

| | | |
|---|---|---|
| 06/21/2005 | 115 | TRANSCRIPT of Proceedings as to GREGORY BELL, GERALD BAILEY, LUCIOUS FOWLER, ARTHUR HANDON, DESMOND THURSTON, MARY MCCLENDON before Magistrate Judge John M. Facciola held on 3/29/05. Court Reporter: Pro-Typists, Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C., 20005. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) Modified on 6/23/2005 (hsj, ). (Entered: 06/23/2005) |
| 06/22/2005 | 116 | TRANSCRIPT of Proceedings as to DAVID WILSON before Magistrate Judge Deborah A. Robinson held on 4/11/05. Court Reporter: Pro-Typists, Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C., 20005. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) Modified on 6/23/2005 (hsj, ). (Entered: 06/23/2005) |
| 06/22/2005 | 117 | TRANSCRIPT of Proceedings as to DAVID WILSON before Magistrate Judge Deborah A. Robinson held on 4/12/05. Court Reporter: Pro-Typists Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C. 20005. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/23/2005) |
| 06/22/2005 | 118 | TRANSCRIPT of Proceedings as to DAVID WILSON before Magistrate Judge Deborah A. Robinson held on 4/14/05. Court Reporter: Pro-Typists Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C. 20005. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/23/2005) |
| 06/22/2005 | 119 | TRANSCRIPT of Proceedings as to DAVID WILSON before Magistrate Judge Deborah A. Robinson held on 6/22/05. Court Reporter: Pro-Typists Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C. 20005. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/23/2005) |
| 06/23/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Present: AUSAS Jeff Beatrice and Glenn Leon; Joseph Conte for Defendant;Bond Hearing as to RAYMOND BELL held on 6/23/2005; Motion to revoke pretrial detention order denied. Defendant committed; commitment issued. (Court Reporter Scott Wallace.) (lin, ) (Entered: 06/24/2005) |
| 06/23/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Bond Hearing as to MARCUS SMITH held on 6/23/2005; Present: AUSAS Jeff Beatrice and Glenn Leon, David Woll for Defendant; Motion for revocation of pretrial detention order denied; Defendant committed; commitment issued. (Court Reporter Scott Wallace.) (lin, ) (Entered: 06/24/2005) |
| 06/23/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Bond Hearing as to GREGORY BELL held on 6/23/2005; Present AUSAS Jeff Beatrice and Glenn Leon, James Beane for Defendant; Motion for revocation of pretrial detention order heard and denied; Defendant committed; commitment issued. (Court Reporter Scott Wallace.) (lin, ) (Entered: 06/24/2005) |
| 06/23/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Present: AUSAS Jeff Beatrice and Glenn Leon; Edward Sussman for Defendant;Bond Hearing as to DESMOND THURSTON begun on 6/23/2005 and continued to 6/24/05 at 9:30 a.m. Defendant committed; commitment issued. (Court Reporter Scott Wallace.) (lin, ) (Entered: 06/24/2005) |
| 06/24/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Bond Hearing as to DESMOND THURSTON resumed and concluded on 6/24/05; Present: AUSA Glenn Leon, Edward Sussman for Defendant; Motion for revocation of pretrial detention order denied; Defendant committed; commitment issued.(Court Reporter Scott Wallace.) (lin, ) (Entered: 06/24/2005) |
| 06/24/2005 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Motion Hearing for Ascertainment of Counsel as to ANTWUAN BALL held on 6/24/2005; motion granted by The Court; Court appointed counsel; Counsel Bernard Grimm deemed withdrawn by The Court; defendant committed/commitment issued; (AUSA Jeff Beatrice for Barry Wiegand, Counsel CJA John Carney) (Court Reporter Pro Typist.) (ldc, ) (Entered: 06/24/2005) |
| 06/26/2005 | 120 | MOTION for Bond by ANTWUAN BALL. (Attachments: # 1 Memorandum of Points and Authorities# 2 Text of Proposed Order)(Carney, John) (Entered: 06/26/2005) |
| 06/27/2005 | 124 | CJA 20 as to DAVID WILSON: Appointment of Attorney Cynthia Katkish for DAVID WILSON. Signed by Judge Richard W. Roberts on 6/26/05, nunc pro tunc to 3/24/05. (mlp, ) (Entered: 06/29/2005) |
| 06/28/2005 | 123 | ENTERED IN ERROR.....JOINT MOTION ex parte request for interim compensation by DESMOND THURSTON. (Attachments: # 1)(Sussman, Edward) Modified on 6/29/2005 (mlp) (Entered: 06/28/2005) |
| 06/29/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: re 123 JOINT MOTION ex parte request for interim compensation as to defendant DESMOND THURSTON was entered in error and counsel was instructed to refile said pleading. (mlp, ) (Entered: 06/29/2005) |

0047

| 06/30/2005 | 125 | JOINT MOTION interim compensation by DESMOND THURSTON. (Attachments: # 1 Text of Proposed Order interim compensation)(Sussman, Edward) (Entered: 06/30/2005) |
| 07/05/2005 | 126 | RESPONSE by DAVID WILSON re 110 MOTION for Emergency Review and Appeal of Release Orders, 113 MOTION to Continue June 24, 2005 Detention Hearing, 111 MOTION Requesting a Detention Hearing (Attachments: # 1 Text of Proposed Order)(Katkish, Cynthia) Modified on 7/6/2005 (mlp) (Entered: 07/05/2005) |
| 07/05/2005 | 127 | ERRATA Defendant's Response to the Government's Motion Requesting Detention Hearing and Motion for Review and Appeal of Release Order by DAVID WILSON (Attachments: # 1)(Katkish, Cynthia) (Entered: 07/05/2005) |
| 07/06/2005 | 128 | Memorandum in Opposition by USA as to ARTHUR HANDON re 114 MOTION for Bond Review GOVERNMENT?S OPPOSITION TO DEFENDANT'S MOTION FOR REVOCATION OF APPEAL OF DETENTION ORDER (Leon, Glenn) (Entered: 07/06/2005) |
| 07/06/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Present: AUSA Glenn Leon, Robert Jenkins for Defendant;Bond Hearing as to ARTHUR HANDON held on 7/6/2005; Defendant's motion for revocation of pretrial detention order heard and denied; Defendant committed; commmitment issued. (Court Reporter Scott Wallace.) (lin, ) (Entered: 07/06/2005) |
| 07/14/2005 | 131 | Memorandum in Opposition by USA as to ANTWUAN BALL re 120 MOTION for Bond GOVERNMENT?S OPPOSITION TO DEFENDANT?S MOTION TO RESCIND THE PRETRIAL DETENTION ORDER (Attachments: # 1 Text of Proposed Order)(Beatrice, M.) (Entered: 07/14/2005) |
| 07/14/2005 | | NOTICE OF HEARING as to DAVID WILSON Bond Hearing set for 7/15/2005 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 07/14/2005) |
| 07/15/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Present: AUSA Jeff Beatrice, Cynthia Katkish for Defendant;Bond Review as to DAVID WILSON held on 7/15/2005 Status Report due by 7/29/2005. Defendant committed; commitment issued.(Court Reporter Scott Wallace.) (lin, ) (Entered: 07/19/2005) |
| 07/18/2005 | 132 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for Transcript of Detention Hearing on 4/4/05 and 4/6/05. Signed by Judge Richard W. Roberts on 7/18/05. (mlp, ) (Entered: 07/20/2005) |
| 07/29/2005 | 135 | STATUS REPORT by DAVID WILSON (Katkish, Cynthia) Modified on 8/1/2005 (mlp) (Entered: 07/29/2005) |
| 08/01/2005 | 136 | CJA 20 as to BURKE JOHNSON: Appointment of Attorney Thomas J. Saunders for BURKE JOHNSON. Signed by Judge Richard W. Roberts on 7/30/05, nunc pro tunc to 3/22/05. (mlp, ) (Entered: 08/02/2005) |
| 08/01/2005 | 138 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, PHILLIP WALLACE before Magistrate Judge John M. Facciola held on 3/24/05. Court Reporter: Pro-Typists, Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C.. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 08/02/2005) |
| 08/01/2005 | 139 | TRANSCRIPT of Proceedings as to RAYMOND BELL before Magistrate Judge John M. Facciola held on 3/28/05. Court Reporter: Pro-Typists, Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 08/02/2005) |
| 08/01/2005 | 140 | TRANSCRIPT of Proceedings as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson held on 4/1/05. Court Reporter: Pro-Typists, Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C.. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 08/02/2005) |
| 08/01/2005 | 141 | TRANSCRIPT of Proceedings as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson held on 4/8/05. Court Reporter: Pro-Typists, Inc., 1012 14th Street, N.W., Suite 307, Washington, D.C.. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 08/02/2005) |
| 08/09/2005 | 143 | NOTICE OF ATTORNEY APPEARANCE: David Carey Woll appearing for MARCUS SMITH Notice of Appearance: Michael S. Woll appearing as co-counsel for Marcus Smith (Woll, David) (Entered: 08/09/2005) |
| 08/10/2005 | 144 | TRANSCRIPT of Bond Review Hearing Proceedings as to DESMOND THURSTON before Judge Richard W. Roberts held on 6/24/05. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp, ) (Entered: 08/11/2005) |
| 08/15/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to |

0048

| | | |
|---|---|---|
| | | ANTWUAN BALL, DAVID WILSON, GREGORY BELL, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE held on 8/15/2005; Present: AUSAs Jeff Beatrice and Glenn Leon; Cynthia Katkish, James Beane, Joanne Slaight, Joseph Beshouri, Steven Kiersch, Cary Clennon, Robert Jenkins, Michael Woll, Edward Sussman and Thomas Heslep for Defendants; Status Report due by 9/30/2005. Bond Hearing as to Defendant Wilson set to resume on 9/1/2005 01:00 PM in Courtroom 9 before Judge Richard W. Roberts. Defendants Bailey and Ford continued on PR; all other Defendants committed; commitments issued.(Court Reporter Scott Wallace.) (lin, ) (Entered: 08/16/2005) |
| 09/01/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Present: AUSA Glenn Leon, Cynthia Katkish for DefendantBond Hearing as to DAVID WILSON held on 9/1/2005 to be continued on 9/29/2005 11:00 AM before Judge Richard W. Roberts. Defendant committed; committtment issued.(Court Reporter Scott Wallace.) (lin, ) (Entered: 09/02/2005) |
| 09/09/2005 | 146 | TRANSCRIPT of Detention Hearing Proceedings as to RAYMOND BELL before Magistrate Judge John M. Facciola held on 3/31/05. Court Reporter: Pro-Typists, Inc. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/12/2005) |
| 09/12/2005 | 147 | CJA 20 as to ARTHUR HANDON: Appointment of Attorney Robert Lee Jenkins, Jr. for ARTHUR HANDON. Signed by Judge Richard W. Roberts on 9/12/05 nunc pro tunc to 4/22/05. (mlp) Modified on 9/14/2005 (mlp) (Entered: 09/14/2005) |
| 09/16/2005 | 148 | MOTION to transfer defendant to CTF by RAYMOND BELL. (Conte, Joseph) (Attachment: text of proposed order) Modified on 9/19/2005 (mlp) (Entered: 09/16/2005) |
| 09/22/2005 | 149 | MOTION to Access Law Library by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order) (Carney, John) (Entered: 09/22/2005) |
| 09/27/2005 | 150 | MOTION to Travel issuance of travel voucher for investigator by MARCUS SMITH. (Attachments: # 1 Exhibit voucher# 2 Text of Proposed Order)(Woll, David) (Entered: 09/27/2005) |
| 09/28/2005 | 151 | MOTION for Transfer to the Community Treatment Facility by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 09/28/2005) |
| 09/29/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Present AUSA Glen Leon, Cynthia Katkish and William Garber for Defendant;Bond Hearing as to DAVID WILSON held on 9/29/2005; Motion of Government for revocation of Magistrate's Judge's pretrial release order granted; defendant committed; commitment issued. (Court Reporter Scott Wallace.) (lin, ) (Entered: 09/29/2005) |
| 09/30/2005 | 152 | NOTICE OF ATTORNEY APPEARANCE: William Jackson Garber appearing for DAVID WILSON (jeb, ) (Entered: 09/30/2005) |
| 09/30/2005 | 153 | STATUS REPORT by USA as to ANTWUAN BALL (Beatrice, M.) (Entered: 09/30/2005) |
| 09/30/2005 | 154 | NOTICE OF FILING by USA as to DAVID WILSON (Attachments: # 1 Letter re: Substantial Potential)(Leon, Glenn) (Entered: 09/30/2005) |
| 09/30/2005 | 156 | CJA 20 as to GERALD BAILEY: Appointment of Attorney Joanne D. Slaight for GERALD BAILEY. Signed by Judge Richard W. Roberts on 9/30/05, nunc pro tunc to 3/24/05. (mlp, ) (Entered: 10/03/2005) |
| 09/30/2005 | 158 | CJA 20 as to DAVID WILSON: Appointment of Attorney William Jackson Garber for DAVID WILSON. Signed by Judge Richard W. Roberts on 9/30/05, nunc pro tunc to 9/2/05. (mlp, ) (Entered: 10/03/2005) |
| 09/30/2005 | 159 | CJA 24 as to RAYMOND BELL: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for Transcript of Detention Hearing held on 3/31/05. Signed by Judge Richard W. Roberts on 9/30/05. (mlp) (Entered: 10/03/2005) |
| 10/03/2005 | 155 | MOTION for Reconsideration of Pretrial Release Conditions by MARCUS SMITH. (Attachment: # 1 Text of Proposed Order)(Woll, David) Modified on 10/4/2005 (mlp) (Entered: 10/03/2005) |
| 10/04/2005 | 160 | ORDER granting 150 Motion for issuance of travel voucher for investigator as to MARCUS SMITH (12)Signed by Judge Richard W. Roberts on 9/30/05. (lin, ) (Entered: 10/04/2005) |
| 10/13/2005 | 161 | MOTION to Travel for travel voucher by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order # 2 voucher for travel)(Woll, David) (Entered: 10/13/2005) |
| 10/14/2005 | 162 | STATUS REPORT GOVERNMENT'S UPDATED STATUS REPORT by USA as to ANTWUAN BALL (Beatrice, M.) (Entered: 10/14/2005) |
| 10/17/2005 | 163 | ORDER as to ANTWUAN BALL, et al., Status Conference set for 11/30/2005 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Signed by Judge Richard W. Roberts on |

10/14/05. (lin, ) (Entered: 10/17/2005)

| 10/21/2005 | 164 | Memorandum in Opposition by USA as to RAYMOND BELL re 148 MOTION to Transfer to Community Treatment Facility. (Attachment: # 1 Text of Proposed Order)(Beatrice, M.) Modified on 10/24/2005 (mlp) (Entered: 10/21/2005) |
|---|---|---|
| 10/21/2005 | 165 | Memorandum in Opposition by USA as to MARCUS SMITH re 151 MOTION to Transfer to the Community Treatment Facility. (Attachment: # 1 Text of Proposed Order)(Beatrice, M.) Modified on 10/24/2005 (mlp) (Entered: 10/21/2005) |
| 10/21/2005 | 166 | RESPONSE by USA as to ANTWUAN BALL re 149 MOTION to Access Law Library at the D.C. Jail. (Attachment: # 1 Text of Proposed Order)(Beatrice, M.) Modified on 10/24/2005 (mlp) (Entered: 10/21/2005) |
| 10/26/2005 | 167 | ORDER denying 149 Motion to Access law library as to ANTWUAN BALL (1) with recommendation the D.C. Dept. of Corrections facilitate for defendant more prompt access to law library materials.Signed by Judge Richard W. Roberts on 10/25/05. (lin, ) (Entered: 10/26/2005) |
| 10/26/2005 | 169 | CJA 21 as to MARCUS SMITH: Authorization to Pay Mark Glick $65.00 PH. for Expert Services, Signed by Judge Richard W. Roberts on 10/26/05. (erd) (Entered: 10/31/2005) |
| 10/27/2005 | 168 | ORDER granting 161 Motion for Issuance of a Travel Voucher for Investigator to travel to FCI, Butner to interview a defense witness as to MARCUS SMITH (12)Signed by Judge Richard W. Roberts on 10/26/05. (mon, ) (Entered: 10/27/2005) |
| 11/16/2005 | 170 | DETENTION MEMORANDUM OPINION as to DAVID WILSON Signed by Judge Richard W. Roberts on 11/11/05. (lin, ) (Entered: 11/16/2005) |
| 11/29/2005 | 171 | MOTION to seal the criminal indictment and other pleadings, records, proceedings and files, and to delay entry on the public docket of the filing of this motion to seal and all related matters by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS. (Unsealed 11/30/05) (mlp) (Entered: 12/01/2005) |
| 11/29/2005 | 172 | ORDER granting 171 U.S.A.'s motion to seal the indictment, bench warrants, and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of the motion to seal as to ANTWUAN BALL (1), DAVID WILSON (2), GREGORY BELL (3), GERALD BAILEY (6), JASMINE BELL (7), RAYMOND BELL (8), NEWETT VINCENT FORD (9), LUCIOUS FOWLER (10), ARTHUR HANDON (11), MARCUS SMITH (12), DESMOND THURSTON (13), PHILLIP WALLACE (14), JOSEPH JONES (16), DOMINIC SAMUELS (17), DANIEL COLLINS (18). (Unsealed 11/30/05)Signed by Magistrate Judge Alan Kay on 11/29/05. (mlp) (Entered: 12/01/2005) |
| 11/29/2005 | 173 | SUPERSEDING INDICTMENT as to ANTWUAN BALL (1) counts 1s, 2s, 9s, 34s, 50s, 51s, 72s, 73s, 81s, 90s; DAVID WILSON (2) counts 1s, 2s, 3s, 5s, 7s-8s, 14s, 19s, 22s, 27s, 31s, 33s, 52s, 53s, 54s, 55s, 58s, 59s, 72s, 73s, 74s, 81s, 83s; GREGORY BELL (3) counts 1s, 2s, 6s, 10s, 15s-16s, 18s, 44s, 45s, 47s, 87s-88s; GERALD BAILEY (6) counts 1s, 2s, 18s, 28s, 46s; JASMINE BELL (7) counts 1s, 2s, 4s, 11s, 60s, 61s, 75s, 82s; RAYMOND BELL (8) counts 1s, 2s, 35s, 41s-44s, 45s, 76s, 78s-80s, 84s-87s, 91s-92s; NEWETT VINCENT FORD (9) counts 1s, 2s, 29s, 32s; LUCIOUS FOWLER (10) counts 1s, 2s, 21s, 23s, 26s, 30s, 40s; ARTHUR HANDON (11) counts 1s, 2s, 24s-25s, 56s; MARCUS SMITH (12) counts 1s, 2s, 48s, 57s, 89s; DESMOND THURSTON (13) counts 1s, 2s, 3s, 14s, 20s, 39s, 66s, 67s, 68s, 69s, 70s, 71s, 78s-80s; PHILLIP WALLACE (14) counts 1s, 2s, 19s, 49s; JOSEPH JONES (16) counts 1, 2, 12, 17, 64, 65; DOMINIC SAMUELS (17) counts 1, 2, 36, 62, 63, 77; DANIEL COLLINS (18) counts 1, 2, 13, 37-38. (Unsealed 11/30/05) (mlp) (Entered: 12/01/2005) |
| 11/30/2005 | | Arrest of JOSEPH JONES (16). (kk) (Entered: 12/02/2005) |
| 11/30/2005 | 176 | Bench Warrant, dated 11/29/05, returned executed on 11/30/05 as to JOSEPH JONES (16). (kk) (Entered: 12/02/2005) |
| 11/30/2005 | | Minute Entry for Return on Bench Warrant and Arraignment as to JOSEPH JONES (16) held before Magistrate Judge Alan Kay on 11/30/05 : Bench Warrant, dated 11/29/05, returned executed. The defendant may attempt to retain counsel. CJA counsel, Anthony Martin, appointed to represent JOSEPH JONES (16) at this time. Plea of Not Guilty entered by JOSEPH JONES (16) to Counts 1, 2, 12, 17, 64, 65. Status Hearing set before Judge Richard W. Roberts on 1/24/06 at 9:30 AM in Courtroom 9. Request by the Government for a detention hearing. 3-day hold request granted. Detention Hearing set for 12/5/05 at 1:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. JOSEPH JONES (16) Held Without Bond. Defendant committed/commitment issued. [AUSA: Barry Wiegand and Angela George for Glenn Leon; CJA: Anthony Martin] (Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 12/02/2005) |

0050

USCA Case #11-3031     Document #1445852        Filed: 07/10/2013     Page 60 of 500

| | |
|---|---|
| 11/30/2005 | Minute Entry for proceedings held before Judge Richard W. Roberts :Arraignment as to GREGORY BELL (3) Count 1s,2s,6s,10s,15s-16s,18s,44s,45s,47s,87s-88s and DAVID WILSON (2) Count 1s,2s,3s,5s,7s-8s,14s,19s,22s,27s,31s,33s,52s,53s,54s,55s,58s,59s,72s,73s,74s,81s, 83s and ANTWUAN BALL (1) Count 1s,2s,9s,34s,50s,72s,73s,81s,90s held on 11/30/2005. Plea not guilty entered by ANTWUAN BALL on count(s) 1s,2s,9s,34s,50s,72s,73s,81s,90s, Plea not guilty entered by DAVID WILSON on Count(s) 1s,2s,3s,5s,7s-8s,14s,19s,22s,27s,31s,33s,52s,53s,54s,55s,58s,59s,72s,73s,74s,81s, 83s, Plea not guilty entered by GREGORY BELL on count(s) 1s,2s,6s,10s,15s-16s,18s,44s,45s,47s,87s-88s. Oral motion to unseal superseding indictment, granted. Status Conference set for 1/24/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Speedy Trial Excludable: 11/30 o5 to 1/24/06. (Defendants Committed/Commitment Issued)(Court Reporter Scott Wallace) (Defense Attorney John Carney representing Defendant Ball, Cynthia Katkish representing Defendant Wilson, Jas Beane representing Defendant Bell; US Attorney Jeff Beatrice and Ann Petales) (hsj, ) (Entered: 12/06/2005) |
| 11/30/2005 | Minute Entry for proceedings held before Judge Richard W. Roberts:Arraignment as to RAYMOND BELL (8) Count 1s,2s,35s,41s-44s,45s,76s,78s-80s,84s-87s,91s-92s and GERALD BAILEY (6) Count 1s,2s,18s,28s,46s and JASMINE BELL (7) Count 1s,2s,4s,11s,60s,61s,75s,82s held on 11/30/2005. Plea guilty entered as to GERALD BAILEY (6) on count(s) on count(s) 1s, 2s, 18s, 28s, 46s, Plea not guilty as to JASMINE BELL (7) on count(s) 1s, 2s, 4s, 11s, 60s, 61s, 75s, 82s, Plea not guilty entered as to RAYMOND BELL (8) on 1s, 2s, 35s, 41s-44s, 45s, 76s, 78s-80s, 84s-87s, 91s-92s. Oral motion of government to unseal superseding indictment, granted. Status Conference set for 1/24/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Speedy Trial Excludable: 11/30/05 to 1/24/06. (Defendant GERALD BAILEY on PR Bond, Defendant JASMINE BELL AND RAYMOND BELL Committed/Commitment Issued)(Court Reporter Scott Wallace) (Defense Attorney Joanne Slaight representing Defendant Bailey, Jos Beshouri representing JASMINE BELL, Jos Conte representing Defendant RAYMOND BELL; US Attorney Jeff Beatrice and Ann Petales) (hsj, ) (Entered: 12/06/2005) |
| 11/30/2005 | Minute Entry for proceedings held before Judge Richard W. Roberts :Arraignment as to NEWETT VINCENT FORD (9) Count 1s,2s,29s,32s and ARTHUR HANDON (11) Count 1s,2s,24s-25s,56s and LUCIOUS FOWLER (10) Count 1s,2s,21s,23s,26s,30s,40s held on 11/30/2005. Plea not guilty entered as to NEWETT VINCENT FORD on count(s) Count 1s,2s,29s,32s, Plea not guilty as to LUCIOUS FOWLER on count(s) 1s,2s,21s,23s,26s,30s,40s, Plea not guilty as to ARTHUR HANDON on count(s) 1s,2s,24s-25s,56s. Status Conference set for 1/24/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Defendant #9 NEWETT FORD is directed to report to Magistrate Judge Facciola's Courtroom on 12/2/05 at 1:45 p.m. for Hearing on Violation of Conditions. Oral motion of government to unseal superseding indictment, granted. Speedy Trial Excludable: 11/30/05 to 1/24/06. (Defendant Fowler and Handon Committed/Commitment Issued, Defendant Ford on PR Bond)(Court Reporter Scott Wallace) (Defense Attorney Steven Kiersch representing Defendant Ford, Cary Clennon representing Defendant Fowler, Robert Jenkins representing Defendant Handon; US Attorney Jeff Beatrice and Ann Petales; (hsj, ) (Entered: 12/06/2005) |
| 11/30/2005 | Minute Entry for proceedings held before Judge Richard W. Roberts:Arraignment as to DESMOND THURSTON (13) Count(s) 1s,2s,3s,14s,20s,39s,66s,67s,68s,69s,70s,71s,78s-80s and MARCUS SMITH (12) Count(s) 1s,2s,48s,57s,89s and PHILLIP WALLACE (14) Count(s) 1s,2s,49s held on 11/30/2005. Plea not guilty entered as to MARCUS SMITH on Count(s) 1s,2s,48s,57s,89s, Plea not guilty entered as to DESMOND THURSTON on Count(s) 1s,2s,3s,14s,20s,39s,66s,67s,68s,69s,70s,71s,78s-80s, Plea not guilty entered as to PHILLIP WALLACE on count(s) 1s,2s,49s. Status Conference set for 1/24/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Review set for Defendant #12 MARCUS SMITH on 1/4/06 at 9:15 a.m. in Courtroom 9 before Judge Richard W. Roberts. Oral motion to unseal superseding indictment, granted. Speedy Trial Excludable: 11/30/05 to 1/24/06. (Defendants Committed/Commitment Issued)(Court Reporter Scott Wallace) (Defense Attorney David Woll representing MARCUS SMITH, Ed Sussman representing DESMOND THURSTON, Thomas Heslep representing PHILLIP WALLACE; US Attorney Jefff Beatrice and Ann Petales) (hsj, ) (Entered: 12/06/2005) |
| 11/30/2005 | Arrest of DOMINIC SAMUELS in Western District of Virginia. (mlp) (Entered: 12/14/2005) |
| 12/01/2005 | Attorney update in case as to DANIEL COLLINS. Attorney Mitchell Stuart Baer for DANIEL COLLINS added. (ldc, ) (Entered: 12/01/2005) |
| 12/01/2005 | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :HEARING ON VIOLATION OF PRETRIAL CONDITIONS OF RELEASE as to NEWETT VINCENT FORD held on 12/1/2005; Pretrial Services request to remove defendant from The High Intensity Supervision Program was withdrawn and heard and accepted by The Court; defendant's conditions of release shall remain the same; defendant warned by The Court. Status Hearing set for |

|  |  | 12/14/2005 09:30 AM in Courtroom 4 before Magistrate Judge John M. Facciola; defendant remains of personal recognizance. (Court Reporter Pro Typist) (Defense Attorney Steve Kiersh; US Attorney Ann Petalas for Glenn Leon; Pretrial Services Eric Mitchell) (ldc, ) (Entered: 12/01/2005) |
|---|---|---|
| 12/01/2005 |  | Minute Entry for proceedings held before Magistrate Judge John M. Facciola : Oral motion by the Government to unseal bench warrant, search warrants and affidavit heard and granted; Court appointed counsel;Arraignment as to DANIEL COLLINS (18) Count 1,2,13,37-38 held on 12/1/2005. Plea of not guilty as to all counts entered by DANIEL COLLINS (18) Count 1,2,13,37-38; three day and 10 day hold imposed. Detention Hearing set for 12/12/2005 01:45 PM in Courtroom 4 before Magistrate Judge John M. Facciola. Status Conference set for 1/24/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts; defendant held without bond; committed/commitment issued. (Court Reporter Pro Typist) (Defense Attorney Mitchell Baer; US Attorney Ann Petalas for Jeff Beatrice; Pretrial Services Vaughn Wilson) (ldc, ) (Entered: 12/01/2005) |
| 12/01/2005 |  | Arrest of DANIEL COLLINS (ldc, ) (Entered: 12/01/2005) |
| 12/01/2005 | 174 | Bench Warrant Returned Executed on 12/01/05. as to DANIEL COLLINS. (ldc, ) (Entered: 12/01/2005) |
| 12/02/2005 | 175 | MOTION to Withdraw as Attorney by william j. garber. by DAVID WILSON. (Attachments: # 1) (Garber, William) (Entered: 12/02/2005) |
| 12/05/2005 |  | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Detention Hearing as to JOSEPH JONES held on 12/5/2005; pretrial detention ordered. Status Conference set for 1/24/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Pro Typist) (Defense Attorney Anthony Martin; US Attorney Glenn Leon;) (ldc, ) (Entered: 12/05/2005) |
| 12/07/2005 | 177 | STATUS REPORT UPDATED by USA as to ANTWUAN BALL (Beatrice, M.) (Entered: 12/07/2005) |
| 12/08/2005 | 188 | Rule 40 Documents Received as to DOMINIC SAMUELS from Western District of Virginia. Case Number 05-M-672-001. (mlp) (Entered: 12/14/2005) |
| 12/09/2005 | 178 | DETENTION MEMORANDUM as to JOSEPH JONES Signed by Magistrate Judge John M. Facciola on 12/09/05. (ldc, ) Modified on 12/9/2005 (ldc, ). Modified on 12/9/2005 (ldc, ). (Entered: 12/09/2005) |
| 12/12/2005 | 179 | ENTERED IN ERROR.....NOTICE OF ATTORNEY APPEARANCE Ann H. Petalas appearing for USA. (Petalas, Ann) Modified on 12/13/2005 (mlp) (Entered: 12/12/2005) |
| 12/12/2005 |  | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Detention Hearing as to DANIEL COLLINS held on 12/12/2005; pretrial detention ordered; defendant committed/commitment issued. (Court Reporter Pro Typist) (Defense Attorney Mitchell Baer; US Attorney Ann Petalas) (ldc, ) (Entered: 12/12/2005) |
| 12/12/2005 | 180 | ORDER granting Motion to substitute counsel as to DAVID WILSON signed by Richard W. Roberts on 12/8/05. (lin, ) Modified on 12/12/2005 (lin, ). Modified on 12/13/2005 (lin, ). (Entered: 12/12/2005) |
| 12/12/2005 | 181 | ORDER TO WITHDRAW AS CO-COUNSEL as to DAVID WILSON Signed by Judge Richard W. Roberts on 12/8/05. (lin, ) (Entered: 12/12/2005) |
| 12/12/2005 | 182 | NOTICE OF SUBSTITUTION OF COUNSEL as to DAVID WILSON. Substituting for attorney William Garber (Wicks, Jenifer) (Entered: 12/12/2005) |
| 12/12/2005 | 184 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of detention hearings on 7/15/05, 9/1/05 and 9/29/05. Signed by Judge Richard W. Roberts on 12/8/05. (mlp) (Entered: 12/12/2005) |
| 12/13/2005 | 183 | NOTICE OF ATTORNEY APPEARANCE Ann H. Petalas appearing for USA. (Petalas, Ann) (Entered: 12/13/2005) |
| 12/13/2005 |  | Attorney update in case as to DOMINIC SAMUELS. Attorney A. Eduardo Balarezo for DOMINIC SAMUELS added. (ldc, ) (Entered: 12/13/2005) |
| 12/13/2005 |  | Arrest of DOMINIC SAMUELS (ldc, ) (Entered: 12/13/2005) |
| 12/13/2005 |  | Minute Entry for proceedings held before Magistrate Judge John M. Facciola : Oral motion to unseal bench warrant by the Government heard and granted; The Court appointed counsel.Arraignment as to DOMINIC SAMUELS (17) Count 1,2,36,62,63,77 held on 12/13/2005. Plea of not guilty entered as to all counts by DOMINIC SAMUELS (17) Count 1,2,36,62,63,77; three day hold imposed. Detention Hearing set for 12/16/2005 09:30 AM in Courtroom 4 before Magistrate Judge John M. Facciola. Status Conference set for 1/24/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts; defendant held without bond; committed/commitment |

0052

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 62 of 500

|  |  |  |
|---|---|---|
|  |  | issued;(Court Reporter Pro Typist) (Defense Attorney A. Eduardo Balarezo; US Attorney Angela George for Glenn Leon; Pretrial Services Jeremy Schumacher) (ldc, ) (Entered: 12/13/2005) |
| 12/13/2005 | 185 | Bench Warrant Returned Executed on 12/13/05. as to DOMINIC SAMUELS. (ldc) (Entered: 12/13/2005) |
| 12/13/2005 | 186 | DETENTION MEMORANDUM as to DANIEL COLLINS Signed by Magistrate Judge John M. Facciola on 12/13/05. (ldc, ) (Entered: 12/14/2005) |
| 12/13/2005 |  | Attorney update in case as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS. Attorney Ann H. Petalas added as co-counsel for USA. (mlp) (Entered: 12/14/2005) |
| 12/14/2005 | 187 | NOTICE OF ATTORNEY APPEARANCE: Steven Carl Tabackman appearing for ANTWUAN BALL (Tabackman, Steven) (Entered: 12/14/2005) |
| 12/14/2005 |  | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Status Conference as to NEWETT VINCENT FORD held on 12/14/2005; defendant remains in compliance and shall also remain in the program; defendant remains on personal recognizance; (Court Reporter Pro Typist) (Defense Attorney Steve Kiersh; US Attorney Ann Petalas for Glenn Leon; Pretrial Services Eric Mitchell) (ldc, ) (Entered: 12/14/2005) |
| 12/14/2005 | 192 | CJA 30: Appointment of Attorney John James Carney for ANTWUAN BALL in Death Penalty Proceedings as to ANTWUAN BALL. Signed by Judge Richard W. Roberts on 12/14/05, nunc pro tunc to 11/30/05. (mlp) (Entered: 12/16/2005) |
| 12/14/2005 | 193 | CJA 30: Appointment of Attorney Steven Carl Tabackman for ANTWUAN BALL in Death Penalty Proceedings as to ANTWUAN BALL. Signed by Judge Richard W. Roberts on 12/14/05, nunc pro tunc to 11/30/05. (mlp) (Entered: 12/16/2005) |
| 12/15/2005 | 194 | ENTERED IN ERROR.....CJA 20 as to DAVID WILSON: Appointment of Attorney Cynthia Katkish for DAVID WILSON. Signed by Judge Richard W. Roberts on 12/15/05, nunc pro tunc to 11/30/05. (mlp) Modified on 1/23/2006 (mlp) (Entered: 12/16/2005) |
| 12/16/2005 |  | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Detention Hearing as to DOMINIC SAMUELS held on 12/16/2005; pretrial detention ordered; defendant committed/commitment issued; (Court Reporter Pro Typist) (Defense Attorney A. Eduardo Balarezo; US Attorney Glenn Leon) (ldc, ) (Entered: 12/16/2005) |
| 12/19/2005 | 195 | NOTICE OF ATTORNEY APPEARANCE: A. Eduardo Balarezo appearing for DOMINIC SAMUELS (Balarezo, A.) (Entered: 12/19/2005) |
| 12/19/2005 | 196 | NOTICE of Filing and Attached Request for Discovery by DOMINIC SAMUELS (Attachments: # 1 Attached Discovery Request)(Balarezo, A.) (Entered: 12/19/2005) |
| 12/19/2005 | 197 | DETENTION MEMORANDUM as to DOMINIC SAMUELS Signed by Magistrate Judge John M. Facciola on 12/19/05. (ldc, ) (Entered: 12/19/2005) |
| 12/21/2005 | 198 | MOTION REQUESTING EX PARTE AND INTERIM VOUCHERS by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 12/21/2005) |
| 12/21/2005 | 199 | NOTICE of Filing by DAVID WILSON (Attachments: # 1 Exhibit Discovery Letter 1)(Wicks, Jenifer) (Entered: 12/21/2005) |
| 12/21/2005 | 200 | NOTICE of filing by ANTWUAN BALL (Attachments: # 1 Exhibit Mitigation discovery letter) (Carney, John) (Entered: 12/21/2005) |
| 12/30/2005 | 201 | NOTICE of Filing Discovery Request Relevant to Death Penalty Determination by DAVID WILSON (Katkish, Cynthia) (Entered: 12/30/2005) |
| 01/04/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Bond Hearing as to MARCUS SMITH held on 1/4/2006; Motions for reconsideration of pretrial release conditions and for placement in CTF denied; defendant committed; commitment issued. (Court Reporter Scott Wallace) (Defense Attorney David Woll; US Attorney Ann Petales; (lin, ) (Entered: 01/04/2006) |
| 01/06/2006 | 203 | CJA 30 as to DAVID WILSON: Appointment of Attorney Jenifer Wicks for DAVID WILSON. Signed by Judge Richard W. Roberts on 1/6/06, nunc pro tunc to 12/12/05. (mlp) Modified on 1/10/2006 (mlp) (Entered: 01/10/2006) |
| 01/12/2006 | 208 | CJA 20 as to DAVID WILSON: Appointment of Attorney Cynthia Katkish for DAVID WILSON; Signed by Judge Richard W. Roberts on 1/12/06 NPT 11/30/05. (erd) (Entered: 01/18/2006) |
| 01/12/2006 | 209 | CJA 20 as to DANIEL COLLINS: Appointment of Attorney Mitchell Stuart Baer for DANIEL COLLINS; Signed by Judge Richard W. Roberts on 1/12/06 NPT 12/1/05. (erd) (Entered: 01/18/2006) |

| | | |
|---|---|---|
| 01/13/2006 | 204 | TRANSCRIPT of Proceedings as to DAVID WILSON before Judge Richard W. Roberts held on 9/29/06 Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 01/17/2006) |
| 01/13/2006 | 205 | TRANSCRIPT of Proceedings as to DAVID WILSON before Judge Richard W. Roberts held on 9/1/05 Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 01/17/2006) |
| 01/13/2006 | 206 | TRANSCRIPT of Proceedings as to DAVID WILSON before Judge Richard W. Roberts held on 7/15/05 Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 01/17/2006) |
| 01/17/2006 | 207 | STATUS REPORT by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS (Leon, Glenn) (Entered: 01/17/2006) |
| 01/19/2006 | 210 | CJA 30: Appointment of Attorney A. Eduardo Balarezo for DOMINIC SAMUELS in Death Penalty Proceedings as to DOMINIC SAMUELS. Signed by Judge Richard W. Roberts on 1/19/06, nunc pro tunc to 12/13/05. (mlp) (Entered: 01/20/2006) |
| 01/19/2006 | 211 | CJA 30: Appointment of Attorney William B. Purpura as co-counsel for DOMINIC SAMUELS in Death Penalty Proceedings as to DOMINIC SAMUELS. Signed by Judge Richard W. Roberts on 1/19/06, nunc pro tunc to 1/9/06. (mlp) (Entered: 01/20/2006) |
| 01/19/2006 | 215 | CJA 20 as to MARY MCCLENDON: Appointment of Attorney Joseph Virgilio for MARY MCCLENDON. Signed by Judge Richard W. Roberts on 1/19/06, nunc pro tunc to 3/23/05. (mlp) (Entered: 01/24/2006) |
| 01/23/2006 | 212 | NOTICE OF ATTORNEY APPEARANCE: Anthony Douglas Martin appearing for JOSEPH JONES (Martin, Anthony) (Entered: 01/23/2006) |
| 01/23/2006 | 213 | ENTERED IN ERROR.....Second MOTION in Limine Government's Second Omnibus Motion in Limine Seeking Admissibility of Defendants' Prior Felony Convictions Pursuant to Rule 609 by USA as to JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS. (Attachments: # 1 Text of Proposed Order)(Petalas, Ann) Modified on 1/25/2006 (mlp) (Entered: 01/23/2006) |
| 01/24/2006 | 214 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for Transcript of detention hearings on 3/24/05, 3/29/05, 3/31/05, 4/4/05, 4/14/05, 4/11/05, 4/12/05, 4/7/05, 7/15/05 and 9/1/05. Signed by Judge Richard W. Roberts on 1/24/06. (mlp) (Entered: 01/24/2006) |
| 01/24/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to GERALD BAILEY, RAYMOND BELL, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, PHILLIP WALLACE held on 1/24/2006 Motions due by 4/24/2006. Jury Trial set for 10/3/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Status Conference set for 4/28/2006 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. Defendant #6 on PR; All other defendants committed; commitments issued.(Court Reporter Scott Wallace) (Defense Attorneys Joanne Slaight, Joseph Conte, David Woll, Robert Jenkins, Thomas Heslep; US Attorneys Glenn Leon, Ann Petales; (lin, ) (Entered: 01/27/2006) |
| 01/24/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, JASMINE BELL, NEWETT VINCENT FORD, DESMOND THURSON,JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS held on 1/24/2006; Defendant #9 continued on PR; All other defendants committed; commitments issued. (Reporter: Scott Wallace) (Defense Attorneys John Carney, Steven Tabackman, Cynthia Katkish, James Beane, Joseph Beshouri, Steven Kiersch, Edward Sussman, Anthony Marin, Eduardo Balarezo, Mitchell Baer; US Attorneys Glenn Leon, Ann Petales) (lin, ) (Entered: 01/27/2006) |
| 01/25/2006 | 216 | ENTERED IN ERROR.....Second MOTION in Limine Seeking Admissibility of Defendants' Prior Felony Convictions Pursuant To Rule 609 by USA as to DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON. (Petalas, Ann) Modified on 1/25/2006 (mlp) (Entered: 01/25/2006) |
| 01/25/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS re 213 MOTION in Limine, 216 Second MOTION in Limine Seeking Admissibility of Defendants' Prior Felony Convictions Pursuant To Rule 609 were entered in error and counsel was instructed to refile said pleadings with correct defendants' names in the caption of the motion and Order and correct defendants' numbers (as part of the case number) in the motion and Order. (mlp) (Entered: 01/25/2006) |

0054

| 01/25/2006 | 217 | Second MOTION in Limine SEEKING ADMISSIBILITY OF DEFENDANTS' PRIOR FELONY CONVICTIONS PURSUANT TO RULE 609 by USA as to JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS. (Attachments: # 1 Text of Proposed Order)(Petalas, Ann) Modified on 1/26/2006 (mlp) (Entered: 01/25/2006) |
|---|---|---|
| 01/26/2006 | 218 | ORDER as to ANTWUAN BALL,et al. Status Report due by 2/7/2006. Signed by Judge Richard W. Roberts on 1/24/06. (lin, ) (Entered: 01/26/2006) |
| 02/07/2006 | 220 | STATUS REPORT by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS (Petalas, Ann) (Entered: 02/07/2006) |
| 02/08/2006 | 221 | ORDER denying 148 Motion to transfer to CTF as to RAYMOND BELL (8)Signed by Judge Richard W. Roberts on 2/7/06. (lin, ) (Entered: 02/08/2006) |
| 02/10/2006 | 222 | Memorandum in Opposition by DOMINIC SAMUELS re 217 MOTION in Limine Seeking Admissibility of Defendant's Prior Felony Conviction Pursuant to Rule 609 (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 02/10/2006) |
| 02/15/2006 | 223 | ORDER as to ANTWUAN BALL, et al regarding voucher processing; Signed by Judge Richard W. Roberts on 1/23/06 and by Judge Janice Brown on 2/7/06. (lin, ) (Entered: 02/15/2006) |
| 02/17/2006 | 224 | ORDER as to ANTWUAN BALL, et al Status Report due by 2/23/2006. Signed by Judge Richard W. Roberts on 2/16/06. (lin, ) (Entered: 02/17/2006) |
| 02/20/2006 | 227 | CJA 31: Authorization to Pay Vincent Alson in Death Penalty Proceedings as to DAVID WILSON. Signed by Judge Richard W. Roberts on 2/20/06. (hsj, ) (Entered: 02/24/2006) |
| 02/21/2006 | 229 | CJA 20 as to ANTWUAN BALL: Appointment of Attorney John James Carney for ANTWUAN BALL. Signed by Judge Richard W. Roberts on 2/21/06; NPT 3/24/05. (cp, ) (Entered: 02/24/2006) |
| 02/23/2006 | 225 | MOTION to reconsider detention Order issued 12/13/05 by DANIEL COLLINS with attached proposed Order. (Baer, Mitchell) Modified on 2/24/2006 (mlp) (Entered: 02/23/2006) |
| 02/23/2006 | 226 | ENTERED IN ERROR.....STATUS REPORT by USA as to ANTWUAN BALL (Leon, Glenn) Modified on 2/24/2006 (mlp) (Entered: 02/23/2006) |
| 02/24/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL re 226 Status Report was entered in error and counsel was instructed to refile said pleading as it pertains to other defendants as well. (mlp) (Entered: 02/24/2006) |
| 02/24/2006 | 228 | STATUS REPORT by USA as to DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS (Leon, Glenn) (Entered: 02/24/2006) |
| 02/27/2006 | 230 | MOTION to Modify Conditions of Release to permit attendance at mother's funeral by DESMOND THURSTON, with attached Proposed Order. (Sussman, Edward) Modified on 2/28/2006 (mlp) (Entered: 02/27/2006) |
| 02/27/2006 | 231 | Emergency MOTION for Bond to attend funeral by PHILLIP WALLACE, with attached Proposed Order. (Sussman, Edward) Modified on 2/28/2006 (mlp) (Entered: 02/27/2006) |
| 02/28/2006 | 232 | NOTICE of Filing by DAVID WILSON (Attachments: # 1 Appendix February 28, 2006 discovery letter)(Wicks, Jenifer) (Entered: 02/28/2006) |
| 03/01/2006 | 233 | RESPONSE by USA as to PHILLIP WALLACE re 231 Emergency MOTION for Bond to attend funeral (Leon, Glenn) (Entered: 03/01/2006) |
| 03/01/2006 | 234 | RESPONSE by USA as to DESMOND THURSTON re 230 MOTION to Modify Conditions of Release to permit attendance at mother's funeral (Leon, Glenn) (Entered: 03/01/2006) |
| 03/02/2006 | 235 | RESPONSE by USA as to DANIEL COLLINS re 225 MOTION for Bond Government's Opposition to Defendant's Motion to Reconsider Detention Order (Attachments: # 1 ORDER)(Leon, Glenn) (Entered: 03/02/2006) |
| 03/02/2006 | 236 | CJA 20 as to NEWETT VINCENT FORD: Appointment of Attorney Steven R. Kiersh for NEWETT VINCENT FORD. Signed by Judge Richard W. Roberts on 3/2/06, nunc pro tunc to 4/1/05. (mlp) (Entered: 03/03/2006) |
| 03/03/2006 | 237 | NOTICE of time and place of funeral by DESMOND THURSTON as to DESMOND THURSTON, PHILLIP WALLACE (Sussman, Edward) (Entered: 03/03/2006) |
| 03/06/2006 | 238 | STATUS REPORT by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE |

| | | JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS (Leon, Glenn) (Entered: 03/06/2006) |
|---|---|---|
| 03/07/2006 | 239 | RESPONSE by JASMINE BELL re 238 Status Report, (Beshouri, Joseph) (Entered: 03/07/2006) |
| 03/22/2006 | 240 | ENTERED IN ERROR.....MOTION to Quash Subpoena and/or Motion for Protective Order by DISTRICT OF COLUMBIA DEPARTMENT OF HUMAN SERVICES as to DAVID WILSON with attached proposed Order. (Valdes, Leticia) Modified on 3/23/2006 (mlp) Modified on 3/23/2006 (mlp) (Entered: 03/22/2006) |
| 03/23/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DAVID WILSON re 240 MOTION to Quash Subpoena and/or Motion for Protective Order was entered in error and counsel was instructed to file said pleading as a Miscellaneous Case. (mlp) (Entered: 03/23/2006) |
| 03/27/2006 | 241 | MOTION for Review of Pre-Trial Detention and Release to Third Party Custody by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 3/28/2006 (mlp) (Entered: 03/27/2006) |
| 03/27/2006 | 242 | MOTION to Dismiss Count 19 by PHILLIP WALLACE. (Heslep, Thomas) Modified on 3/28/2006 (mlp) (Entered: 03/27/2006) |
| 03/28/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to PHILLIP WALLACE re 242 MOTION to Dismiss Count was modified to read "MOTION to Dismiss Count 19."(mlp) (Entered: 03/28/2006) |
| 03/28/2006 | 243 | NOTICE Notice of Filing by PHILLIP WALLACE (Attachment: # 1 Text of Proposed Order)(Heslep, Thomas) Modified on 3/28/2006 (mlp) (Entered: 03/28/2006) |
| 03/28/2006 | 244 | MOTION in Limine for Preliminary Determination of a Conspiracy by PHILLIP WALLACE. (Attachment: # 1 Text of Proposed Order)(Heslep, Thomas) Modified on 3/28/2006 (mlp) (Entered: 03/28/2006) |
| 03/28/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to PHILLIP WALLACE re 244 MOTION in Limine was modified to read, "MOTION in Limine for Preliminary Determination of a Conspiracy." (mlp) (Entered: 03/28/2006) |
| 03/31/2006 | 245 | ENTERED IN ERROR.....RESPONSE by DAVID WILSON re 240 MOTION to Quash Subpoena and/or Motion for Protective Order (Attachments: # 1)(Katkish, Cynthia) Modified on 4/3/2006 (mlp) (Entered: 03/31/2006) |
| 04/03/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DAVID WILSON re 245 Response to motion to quash subpoena and/or motion for protective order was entered in error and counsel was instructed to refile said pleading in the appropriate Miscellaneous Case. (mlp) (Entered: 04/03/2006) |
| 04/06/2006 | 246 | Memorandum in Opposition by USA as to JOSEPH JONES re 241 MOTION for Release from Custody Government's Opposition To Defendant's Motion to Review Pre-Trial Detention and Release to Third Party Custody (Attachments: # 1 Text of Proposed Order)(Petalas, Ann) (Entered: 04/06/2006) |
| 04/06/2006 | 247 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for Transcripts of detention hearings for all defendants on 3/24/05, 3/29/05, 3/30/05, 33/28/05, 3/31/05, 4/4/05, 4/11/05, 4/14/05, 4/12/05, 4/7/05, 4/1/05, 4/6/05. Signed by Judge Richard W. Roberts on 4/6/06. (mlp) (Entered: 04/07/2006) |
| 04/07/2006 | 249 | RESPONSE by USA as to PHILLIP WALLACE re 242 MOTION to Dismiss Count Governments Opposition to Defendant's Motion to Dismiss Count Nineteen of the Indictment (Leon, Glenn) Modified on 4/11/2006 (mlp) (Entered: 04/07/2006) |
| 04/20/2006 | 251 | SUPPLEMENTAL ORDER as to ANTWUAN BALL, et al. regarding payment of experts and investigators.(lin, ) Modified on 4/21/2006 (lin, ). (Entered: 04/20/2006) |
| 04/20/2006 | 252 | MOTION to Dismiss Count by NEWETT VINCENT FORD. (Attachments: # 1 memorandum points and authorities# 2 Text of Proposed Order)(Kiersh, Steven) (Entered: 04/20/2006) |
| 04/20/2006 | 253 | MOTION Motion for Pretrial Hearing on Admissibility of Co-Conspirator's Statements by ARTHUR HANDON. (Jenkins, Robert) (Entered: 04/20/2006) |
| 04/20/2006 | 254 | MOTION to Strike Surplage From Indictment by ARTHUR HANDON. (Jenkins, Robert) (Entered: 04/20/2006) |
| 04/21/2006 | 255 | NOTICE Regarding Severance by RAYMOND BELL (Attachments: # 1 Text of Proposed Order) (Conte, Joseph) (Entered: 04/21/2006) |
| 04/21/2006 | 256 | MOTION for Leave to Join Adopt co-defendant motions by RAYMOND BELL. (Attachments: # 1 Text of Proposed Order)(Conte, Joseph) (Entered: 04/21/2006) |

| 04/21/2006 | 257 | MOTION for Leave to Join Motion to Adopt Co-Defendant Raymond Bell's Motion for Severance by ARTHUR HANDON. (Jenkins, Robert) Additional attachment(s) added on 4/24/2006 (nmw, ). (Entered: 04/21/2006) |
| --- | --- | --- |
| 04/21/2006 | 258 | ENTERED IN ERROR..... MOTION for Order by ARTHUR HANDON. (Jenkins, Robert) Modified on 4/24/2006 (nmw, ). (Entered: 04/21/2006) |
| 04/21/2006 | 259 | MOTION for Leave to Join Adopt Codefendants' Motions Join in motions Adopt Codefendants' Motions by GERALD BAILEY. (Attachments: # 1 Text of Proposed Order)(Slaight, Joanne) (Entered: 04/21/2006) |
| 04/21/2006 | 260 | ENTERED IN ERROR..... MOTION for Order Strike Surplage From Indictment by ARTHUR HANDON. (Jenkins, Robert) Modified on 4/24/2006 (nmw, ). (Entered: 04/21/2006) |
| 04/21/2006 | 261 | ENTERED IN ERROR..... MOTION for Order Order for Pretrial Hearing 801(D)(1) by ARTHUR HANDON. (Jenkins, Robert) Modified on 4/24/2006 (nmw, ). (Entered: 04/21/2006) |
| 04/21/2006 | 262 | MOTION for Order Preliminary Determination of Conspiracy & Admissibility of Co-conspirators' Statements by GERALD BAILEY. (Attachments: # 1 Supplement)(Slaight, Joanne) (Entered: 04/21/2006) |
| 04/21/2006 | 263 | MOTION to Sever Defendant by GERALD BAILEY. (Attachments: # 1 Text of Proposed Order) (Slaight, Joanne) (Entered: 04/21/2006) |
| 04/21/2006 | 264 | MOTION for Leave to Join Motion to Strike Racketeering Count Motion to Strike Racketeering Count by GERALD BAILEY. (Attachments: # 1 Text of Proposed Order)(Slaight, Joanne) (Entered: 04/21/2006) |
| 04/24/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ARTHUR HANDON. Document No. 258 was entered in error as a motion and was added to Document No. 257. Document Nos. 260 and 261 were also entered in error as motions and counsel was instructed to refile the proposed orders along with a Notice of Filing. (nmw, ) (Entered: 04/24/2006) |
| 04/24/2006 | 265 | MOTION for Leave to Join Co-Defendant Ford's Motion to Strike Racketeering Count by PHILLIP WALLACE. (Attachment: # 1 Text of Proposed Order)(Heslep, Thomas) Modified on 4/25/2006 (mlp) (Entered: 04/24/2006) |
| 04/24/2006 | 266 | MOTION for Leave to File further motions this week by PHILLIP WALLACE. (Attachment: # 1 Text of Proposed Order)(Heslep, Thomas) Modified on 4/25/2006 (mlp) (Entered: 04/24/2006) |
| 04/24/2006 | 267 | MOTION to Sever Defendant by MARCUS SMITH. (Attachments: # 1 Statement of Facts)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 268 | MOTION for 404(b) and 609 Evidence by MARCUS SMITH. (Attachment: # 1 Text of Proposed Order)(Woll, David) Modified on 4/25/2006 (mlp) (Entered: 04/24/2006) |
| 04/24/2006 | 269 | MOTION for Bill of Particulars by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order) (Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 270 | MOTION to Suppress Photo I.D. and In-Court I.D. by MARCUS SMITH. (Attachment# 1 Text of Proposed Order)(Woll, David) Modified on 4/25/2006 (mlp) (Entered: 04/24/2006) |
| 04/24/2006 | 271 | MOTION to Produce witnesses statements and notes by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 272 | MOTION for Disclosure expert witnesses by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 273 | MOTION for Disclosure for statements and testimony of coconspirators the government does not intend to call as witnesses by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 274 | MOTION for Disclosure of all plea agreements and bias evidence by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 275 | MOTION for Disclosure of government's intention to use hearsay under rule 807 by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 276 | Amended MOTION to Produce grand jury testimony by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 277 | Amended MOTION to Dismiss Count 57 as well as racketeering act 60 by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 278 | NOTICE Proposed Orders to Strike Surplage and For Pretrial Hearing on Co-Conspirator Statements by ARTHUR HANDON (Jenkins, Robert) (Entered: 04/24/2006) |
| 04/24/2006 | 279 | NOTICE Proposed Order for Pretrial Hearing on Co-Conspirator Statements by ARTHUR HANDON |

|  |  | (Jenkins, Robert) (Entered: 04/24/2006) |
|---|---|---|
| 04/24/2006 | 280 | MOTION to Suppress statements by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order # 2 Exhibit)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 281 | MOTION to Compel plea bargain by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order # 2 Errata)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 282 | MOTION to Suppress evidence and custodial statements by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order # 2 Exhibit)(Woll, David) (Entered: 04/24/2006) |
| 04/24/2006 | 283 | MOTION for Bill of Particulars or to dismiss counts one and two by PHILLIP WALLACE. (Attachment: # 1 Text of Proposed Order)(Heslep, Thomas) Modified on 4/25/2006 (mlp) (Entered: 04/24/2006) |
| 04/24/2006 | 284 | MOTION for 404(b) Evidence by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS. (Leon, Glenn) (Entered: 04/24/2006) |
| 04/25/2006 | 285 | NOTICE OF FILING by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS (Attachments: # 1 Text of Proposed Order) (Leon, Glenn) Modified on 4/26/2006 (mlp) (Entered: 04/25/2006) |
| 04/26/2006 | 286 | RESPONSE by DESMOND THURSTON re 284 MOTION for 404(b) Evidence (Sussman, Edward) (Entered: 04/26/2006) |
| 04/27/2006 | 287 | CJA 20 as to PHILLIP WALLACE: Appointment of Attorney Thomas Todd Heslep for PHILLIP WALLACE. Signed by Judge Richard W. Roberts on 4/27/06, nunc pro tunc to 3/23/05. (mlp) (Entered: 05/01/2006) |
| 04/28/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL,,GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS held on 4/28/2006; (See additional entries for deadlines set.) Defendants 7,8,10,11,12,14 and 18 committed; commitments issued; Defendants 6 and 9 continued on PR; remaining defendants not present.(Court Reporter Scott Wallace) (Defense Attorneys Joanne Slaight, Joseph Beshouri, Joseph Conte, Steven Kiersch, Cary Clennon, Robert Jenkins, David Woll, Cynthia Nordone, Mitchell Baer, Edouardo Balarezo, John Carney, Anthony Martin) (AUSAs Glenn Leon, Ann Petalas) (lin, ) (Entered: 04/28/2006) |
| 04/28/2006 |  | Set/Reset Deadlines as to LUCIOUS FOWLER, MARCUS SMITH, PHILLIP WALLACE: Motions due by 5/12/2006. (lin, ) (Entered: 04/28/2006) |
| 04/28/2006 |  | Set/Reset Deadlines/Hearings as to JASMINE BELL: Motions due by 5/8/2006. Jury Trial set for 6/12/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Status Conference set for 5/10/2006 12:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/28/2006) |
| 04/28/2006 |  | Set/Reset Deadlines/Hearings as to NEWETT VINCENT FORD: Motions due by 5/12/2006. Jury Trial set for 7/28/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Status Conference set for 5/15/2006 12:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/28/2006) |
| 04/28/2006 |  | Set/Reset Deadlines/Hearings as to DANIEL COLLINS: Motions due by 5/30/2006. Bond Hearing set for 5/5/2006 04:00 PM in Courtroom 9 before Judge Richard W. Roberts. Status Conference set for 5/31/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/28/2006) |
| 04/28/2006 |  | Set/Reset Hearings as to GERALD BAILEY, RAYMOND BELL, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, PHILLIP WALLACE: Motion Hearing set for 6/23/2006 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/28/2006) |
| 04/28/2006 |  | Set/Reset Hearings as to JOSEPH JONES: Bond Hearing set for 5/26/2006 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/28/2006) |
| 04/28/2006 |  | Set/Reset Deadlines as to JASMINE BELL: Status Report due by 5/5/2006. (lin, ) (Entered: 04/28/2006) |
| 04/28/2006 |  | Set/Reset Deadlines as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, DOMINIC SAMUELS: Notice of intention of Government due by 9/15/2006. (lin, ) |

| | | |
|---|---|---|
| | | (Entered: 04/28/2006) |
| 05/04/2006 | 288 | ORDER granting 264 Motion for Joinder as to GERALD BAILEY (6)Signed by Judge Richard W. Roberts on 5/3/06. (lin, ) (Entered: 05/04/2006) |
| 05/04/2006 | 289 | ORDER granting 265 Motion for Joinder as to PHILLIP WALLACE (14)Signed by Judge Richard W. Roberts on 5/3/06. (lin, ) (Entered: 05/04/2006) |
| 05/04/2006 | 290 | ORDER denying 256 Motion for Joinder without prejudice as to RAYMOND BELL (8)Signed by Judge Richard W. Roberts on 5/3/06. (lin, ) (Entered: 05/04/2006) |
| 05/04/2006 | 291 | ORDER denying 259 Motion for Joinder without prejudice as to GERALD BAILEY (6)Signed by Judge Richard W. Roberts on 5/3/06. (lin, ) (Entered: 05/04/2006) |
| 05/04/2006 | 292 | ORDER granting 257 Motion for Joinder as to ARTHUR HANDON (11)Signed by Judge Richard W. Roberts on 5/3/06. (lin, ) (Entered: 05/04/2006) |
| 05/04/2006 | 293 | STATUS REPORT by JASMINE BELL (Attachments: # 1)(Beshouri, Joseph) (Entered: 05/04/2006) |
| 05/04/2006 | 294 | ORDER as to RAYMOND BELL directing that defendant's notice regarding severance be made part of the record. Signed by Judge Richard W. Roberts on 5/3/06. (lin, ) (Entered: 05/04/2006) |
| 05/04/2006 | | Joined Motion Submission as to GERALD BAILEY and PHILLIP WALLACE re 252 MOTION to strike racketeering count from the indictment filed by NEWETT VINCENT FORD (9).(mlp) (Entered: 05/05/2006) |
| 05/04/2006 | | JOINT MOTION SUBMISSION as to ARTHUR HANDON (11) re 255 Notice Regarding Severance indicating that counsel reserves the right to move the court to sever his trial from that of the co-defendants, filed by RAYMOND BELL (8). (mlp) (Entered: 05/05/2006) |
| 05/05/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Bond Hearing as to DANIEL COLLINS held on 5/5/2006; Motion of defendant for pretrial release heard and denied; defendant committed; commitment issued. (Court Reporter Scott Wallace) (Defense Attorney Mitchell Baer; AUSA Glenn Leon) (lin, ) (Entered: 05/08/2006) |
| 05/09/2006 | 295 | ORDER as to JASMINE BELL, NEWETT VINCENT FORD; Trial date of defendant Jasman Bell vacated; Responses to defendant Ford's motions due by 5/15/2006; Jury Trial of Newett Ford reset for 6/12/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Motion Hearing set for 5/31/2006 09:45 AM in Courtroom 9 before Judge Richard W. Roberts. Signed by Judge Richard W. Roberts on 5/8/06. (lin, ) (Entered: 05/09/2006) |
| 05/09/2006 | 296 | PRETRIAL ORDER as to NEWETT VINCENT FORD Signed by Judge Richard W. Roberts on 5/8/06. (lin, ) (Entered: 05/09/2006) |
| 05/09/2006 | 297 | ENTERED IN ERROR.....Joint JOINT MOTION by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order adopt and conform motions of codefendants)(Woll, David) Modified on 5/10/2006 (mlp) (Entered: 05/09/2006) |
| 05/09/2006 | 298 | ENTERED IN ERROR.....JOINT MOTION by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order adopt and conform defendant desmond thurston's motion)(Woll, David) Modified on 5/10/2006 (mlp) (Entered: 05/09/2006) |
| 05/09/2006 | 299 | MOTION to Suppress Physical Evidence by JASMINE BELL. (Attachment: # 1 Text of Proposed Order)(Beshouri, Joseph) Modified on 5/10/2006 (mlp) (Entered: 05/09/2006) |
| 05/09/2006 | 300 | MOTION For An Order Directing The Government To Provide Impeachment Evidence As To All Hearsay Declarants by JASMINE BELL. (Attachment: # 1 Text of Proposed Order)(Beshouri, Joseph) Modified on 5/10/2006 (mlp) (Entered: 05/09/2006) |
| 05/09/2006 | 301 | MOTION In Limine Regarding Rule 609 Admissibility by JASMINE BELL. (Attachment: # 1 Text of Proposed Order)(Beshouri, Joseph) Modified on 5/10/2006 (mlp) (Entered: 05/09/2006) |
| 05/09/2006 | 302 | Unopposed MOTION for Extension of Time to File The Defendant's Pre-trial Motions by JASMINE BELL. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit: Motion in Limine, and # 3 Exhibit: Text of Proposed Order)(Beshouri, Joseph) Modified on 5/10/2006 (mlp) (Entered: 05/09/2006) |
| 05/09/2006 | 303 | MOTION for Leave to Join Defendant Thurston's Response to Government's Motion to Admit Other Crimes Evidence and Defendant Ford's Motion to Strike Racketeering Count from Indictment by JASMINE BELL. (Attachment: # 1 Text of Proposed Order)(Beshouri, Joseph) Modified on 5/10/2006 (mlp) (Entered: 05/09/2006) |
| 05/10/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to MARCUS SMITH re 297 Joint JOINT MOTION, 298 JOINT MOTION were entered in error and counsel was instructed to refile said pleadings as motions for leave to join certain motions and responses by co-defendants. (mlp) (Entered: 05/10/2006) |

| 05/10/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to JASMINE BELL held on 5/10/2006; Motions #s 302,303 granted; Evidentiary Hearing set for 6/20/2006 09:30 AM before Judge Richard W. Roberts. Jury Trial set for 2/12/2007 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Motion Hearing set for 5/31/2006 09:45 AM in Courtroom 9 before Judge Richard W. Roberts. (Defendant waives appearance at this hearing) Defendant committed; commitment issued.(Court Reporter Scott Wallace) (Defense Attorney Joseph Beshouri; AUSA Ann Petalas) (lin, ) (Entered: 05/11/2006) |
| 05/11/2006 | 304 | MOTION FOR ORDER FOR ADMITTANCE OF COUNSEL'S LAPTOP INTO DC JAIL by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 05/11/2006) |
| 05/11/2006 | 305 | ENTERED IN ERROR.....MOTION for Leave to Join motions filed by co-defendants Raymond Bell, Arthur Handon, Philip Wallace and Gerald Bailey and Newett Ford by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) Modified on 5/11/2006 (mlp) Modified on 5/12/2006 (mlp) (Entered: 05/11/2006) |
| 05/11/2006 | 306 | MOTION for Leave to Join co-defendant Desmond Thurston's response to Government's Motion to Admit Other Crimes Evidence by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order) (Woll, David) (Entered: 05/11/2006) |
| 05/11/2006 | 307 | MOTION for Hearing, Amended MOTION to Suppress evidence and custodial statements by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order # 2 Exhibit Affidavit) (Woll, David) (Entered: 05/11/2006) |
| 05/11/2006 | 308 | Amended MOTION to Suppress Photo Identification and In-Court Identification, MOTION for Hearing by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order # 2 Affidavit support of an arrest, 1 of 2 pages# 3 Affidavit support of an arrest warrant, 2 or 2 pages)(Woll, David) (Entered: 05/11/2006) |
| 05/11/2006 | 309 | MOTION for Hearing, Amended MOTION to Suppress Statements. by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order # 2 Exhibit Federal Bureau of Investigation, 3 pages) (Woll, David) (Entered: 05/11/2006) |
| 05/11/2006 | 310 | Amended MOTION to Compel Performance of Plea Bargain, MOTION for Hearing by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order # 2 Exhibit Order Imposing Probation Without Adjudication of Guilt, 3 pages)(Woll, David) (Entered: 05/11/2006) |
| 05/11/2006 | 313 | MOTION in Limine in Response to the Government's Motion to Admit Evidence of Other Crimes by JASMINE BELL. (Attachment: # 1 Text of Proposed Order)(mlp) (Entered: 05/12/2006) |
| 05/11/2006 | 314 | ORDER granting 313 Defendant's Motion in Limine in Response to Government's Motion to Admit Evidence of Other Crimes as to JASMINE BELL (7).Signed by Judge Richard W. Roberts on 5/10/06. (lin, ) (Entered: 05/15/2006) |
| 05/12/2006 | 311 | ENTERED IN ERROR.....ORDER granting 301 Motion in limine in response to Government's motion to admit evidence of other crimes.Signed by Judge Richard W. Roberts on 5/11/06. (lin, ) Modified on 5/15/2006 (mlp) (Entered: 05/12/2006) |
| 05/12/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to MARCUS SMITH re 305 MOTION for Leave to Join motions filed by co-defendants Raymond Bell, Arthur Handon, Philip Wallace and Gerald Bailey and Newett Ford was entered in error and counsel was instructed to refile said pleading with a scanned image of the motion. (mlp) (Entered: 05/12/2006) |
| 05/12/2006 | 312 | MOTION for Leave to Join motions filed by co-defendants Raymond Bell, Arthur Handon, Philip Wallace, Gerald Bailey and Newett Ford by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) Modified on 5/12/2006 (mlp) (Entered: 05/12/2006) |
| 05/15/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: 311 Order granting 301 motion in limine as to JASMINE BELL was entered in error and was refiled linking the order to the appropriate motion. (mlp) (Entered: 05/15/2006) |
| 05/15/2006 | 315 | RESPONSE by USA as to GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, ARTHUR HANDON, MARCUS SMITH, PHILLIP WALLACE re 283 MOTION for Bill of Particulars and to dismiss counts one and two Government's Response in Opposition to the Defendant's Motion to Strike Racketeering Count from the Indictment (Attachments: # 1 Text of Proposed Order)(Petalas, Ann) (Entered: 05/15/2006) |
| 05/15/2006 | 316 | ENTERED IN ERROR.....RESPONSE by USA as to NEWETT VINCENT FORD re 252 MOTION to Dismiss Count Government's Reponse in Oposition to the Defendant's Motion to Strike Racketeering Count from the Indictment (Attachments: # 1 Text of Proposed Order)(Petalas, Ann) Modified on 5/16/2006 (mlp) (Entered: 05/15/2006) |
| 05/15/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to NEWETT VINCENT FORD held on 5/15/2006 Motion Hearing reset for 5/30/2006 12:30 PM in Courtroom 9 before Judge Richard W. Roberts. Defendant continued on release conditions. |

|  |  |  |
|---|---|---|
|  |  | (Court Reporter Scott Wallace) (Defense Attorney Steven Kiersch; AUSA Ann Petalas) (lin, ) (Entered: 05/15/2006) |
| 05/15/2006 | 317 | RESPONSE by USA as to NEWETT VINCENT FORD re 63 MOTION for Hearing Motion for pretrial hearing to determine existence of a conspiracy Government's Response in Oppostion to the Defendant's Fords Motion for PreTrial Hearing to Detemine Existence of a Conspiracy and to Determine the Admissibility of Co-Conspirators' Statements (Attachments: # 1 Text of Proposed Order)(Petalas, Ann) (Entered: 05/15/2006) |
| 05/15/2006 | 318 | ENTERED IN ERROR.....MOTION for 404(b) Evidence Government's Memorandum Supplementing Government's Motion to Admit Evidence of Other Crimes by USA as to NEWETT VINCENT FORD. (Petalas, Ann) Modified on 5/16/2006 (mlp) (Entered: 05/15/2006) |
| 05/15/2006 | 319 | ENTERED IN ERROR.....MOTION Government's Notice of Applicability of Enhanced Penalties and Information Concerning Defendant's Prior Convictions by USA as to NEWETT VINCENT FORD. (Petalas, Ann) Modified on 5/16/2006 (mlp) (Entered: 05/15/2006) |
| 05/16/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to NEWETT VINCENT FORD re 318 MOTION for 404 (b) Evidence Government's Memorandum Supplementing Government's Motion to Admit Evidence of Other Crimes, was entered in error and counsel was instructed to refile said pleading as a Supplemental Document to be linked to Motion 284 ; 319 MOTION Government's Notice of Applicability of Enhanced Penalties and Information Concerning Defendant's Prior Convictions, was entered in error and counsel was instructed to refile said pleading as a Notice; and 316 Response in Opposition to the Defendant's Motion to Strike Racketeering Count from the Indictment was entered in error and counsel was instructed to refile said pleading indicating only defendant Ford's name and defendant number in the caption and case number on the document. (zmlp, ) (Entered: 05/16/2006) |
| 05/16/2006 | 320 | MOTION for Leave to Join to Adopt and Join Defendant Jasman Bell's Motion In Limine to Adopt and Join Defendant Jasman Bell's Motion In Limine by MARCUS SMITH. (Attachments: # 1 Text of Proposed Order)(Woll, David) (Entered: 05/16/2006) |
| 05/22/2006 | 321 | RESPONSE by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS re 299 MOTION to Suppress Physical Evidence, 300 MOTION For An Order Directing The Government To Provide Impeachment Evidence As To All Hearsay Declarants, 301 MOTION In Limine Regarding Rule 609 Admissibility GOVERNMENT'S RESPONSE IN OPPOSITION TO THE DEFENDANT BELL'S MOTION TO SUPPRESS PHYSICAL EVIDENCE, MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE IMPEACHMENT EVIDENCE AS TO ALL HEARSAY DECLARANTS, AND MOTION IN LIMINE REGARDING RULE 609 (Attachment: # 1 Text of Proposed Order)(Leon, Glenn) Modified on 5/25/2006 (mlp) (Entered: 05/22/2006) |
| 05/25/2006 | 323 | REPLY in Support by JASMINE BELL re 299 MOTION to Suppress Physical Evidence (Beshouri, Joseph) (Entered: 05/25/2006) |
| 05/26/2006 |  | NOTICE OF HEARING as to DANIEL COLLINS Status Conference reset for 5/31/2006 11:30 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 05/26/2006) |
| 05/26/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Bond Hearing as to JOSEPH JONES held on 5/26/2006; Motion to revoke pretrial detention order heard and denied; defendant committed; commitment issued. (Court Reporter Scott Wallace) (Defense Attorney Anthony Martin; AUSAs Ann Petalas, Glenn Leon) (lin, ) (Entered: 05/26/2006) |
| 05/30/2006 | 324 | MOTION for Leave to Join Motions Of Co-Defendants by DANIEL COLLINS. (Attachment: # 1 Text of Proposed)(Baer, Mitchell) Modified on 5/31/2006 (mlp) (Entered: 05/30/2006) |
| 05/30/2006 | 325 | ENTERED IN ERROR.....NOTICE GOVERNMENT'S NOTICE OF EXPERT TESTIMONY by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS (Leon, Glenn) Modified on 5/31/2006 (mlp) (Entered: 05/30/2006) |
| 05/30/2006 | 326 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE before Judge Richard W. Roberts held on 1/24/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 05/31/2006) |
| 05/30/2006 | 329 | SUPERSEDING INDICTMENT as to ANTWUAN BALL (1) count(s) 1ss, 2ss, 3ss-49ss, 50ss, 51ss, 72ss, 73ss, 74ss-81ss, 90ss, DAVID WILSON (2) count(s) 1ss, 2ss, 3ss-49ss, 52ss, 53ss, 54ss, |

|  |  | 55ss, 58ss, 59ss, 72ss, 73ss, 4ss-81ss, 82ss-89ss, GREGORY BELL (3) count(s) 1ss, 2ss, 3ss-49ss, 82ss-89ss, GERALD BAILEY (6) count(s) 1ss, 2ss, 3ss-49ss, JASMINE BELL (7) count(s) 1ss, 2ss, 3ss-49ss, 60ss, 61ss, 74ss-81ss, 82ss-89ss, RAYMOND BELL (8) count(s) 1ss, 2ss, 3ss-49ss, 74ss-81ss, 82ss-89ss, 91ss-92ss, NEWETT VINCENT FORD (9) count(s) 1ss, 2ss, 3ss-49ss, LUCIOUS FOWLER (10) count(s) 1ss, 2ss, 3ss-49ss, ARTHUR HANDON (11) count(s) 1ss, 2ss, 3ss-49ss, 56ss, MARCUS SMITH (12) count(s) 1ss, 2ss, 3ss-49ss, 57ss, 82ss-89ss, DESMOND THURSTON (13) count(s) 1ss, 2ss, 3ss-49ss, 66ss, 67ss, 68ss, 69ss, 70ss, 71ss, 74ss-81ss, PHILLIP WALLACE (14) count(s) 1ss, 2ss, 3ss-49ss, JOSEPH JONES (16) count(s) 1s, 2s, 3s-49s, 64s, 65s, DOMINIC SAMUELS (17) count(s) 1s, 2s, 3s-49s, 62s, 63s, 74s-81s, DANIEL COLLINS (18) count(s) 1s, 2s, 3s-49s. (RICO FORFEITURE) (hsj, ) Modified on 6/2/2006 (hsj, ). (Entered: 06/02/2006) |
| 05/30/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Motion Hearing as to NEWETT VINCENT FORD held on 5/30/2006. Re 252 MOTION to Dismiss Count filed by NEWETT VINCENT FORD, denied. Re 63 MOTION for Hearing Motion for pretrial hearing to determine existence of a conspiracy filed by NEWETT VINCENT FORD, denied. Ruling deferred on 609 Motion. (Defendant Continued on PR Bond) (Court Reporter Scott Wallace) (Defense Attorney Steven Kiersch; US Attorney Glenn Leon) (hsj, ) (Entered: 06/06/2006) |
| 05/31/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS re 325 U.S.A.'s Notice of Expert Testimony was entered in error and counsel was instructed to refile said pleading and link it to defendant NEWETT VINCENT FORD only. (mlp) (Entered: 05/31/2006) |
| 05/31/2006 | 327 | NOTICE GOVERNMENT'S NOTICE OF EXPERT TESTIMONY by USA as to NEWETT VINCENT FORD (Leon, Glenn) (Entered: 05/31/2006) |
| 05/31/2006 | 328 | Unopposed MOTION to Dismiss Count TWO OF THE SUPERCEDING INDICTMENT by USA as to NEWETT VINCENT FORD. (Attachments: # 1 ORDER)(Leon, Glenn) (Entered: 05/31/2006) |
| 05/31/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Arraignment as to DANIEL COLLINS (18) Count 1s,2s,3s-49s held on 5/31/2006. Plea not guilty entered by DANIEL COLLINS on counts 1s, 2s, 3s-49s. Motion to Adopt Co-Defendant's Motions and responses, granted. Motion Hearing set for 6/20/2006 09:30 AM, 6/22/06 at 3:00 PM and 6/23/06 at 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. Defendant's appearance waived on 6/20/06 and 6/23/06. Submission regarding ruling on Co-Defendant Ford's motions due from this defendant by 6/12/06. (Defendant Committed/Commitment Issued)(Court Reporter Scott Wallace) (Defense Attorney Mitchell Baer; US Attorney Glenn Leon) (hsj, ) (Entered: 06/06/2006) |
| 05/31/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Status Conference as to DANIEL COLLINS held on 5/31/2006. Motion to adopt co-defendants' motions and responses, granted. Motion Hearing set for 6/20/2006 09:30 AM, 6/22/06 at 3:00 PM, and 6/23/06 at 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. Defendant's appearance waived on 6/20/06 and on 6/23/06. Submission regarding ruling on Co-Defendant Ford's Motions due from this defendant by 6/12/06. (Defendant Committed/Commitment Issued)(Court Reporter Scott Wallace) (Defense Attorney Mitchell Baer; US Attorney Glenn Leon) (hsj, ) (Entered: 06/06/2006) |
| 06/01/2006 | 332 | ORDER granting 328 Unopposed MOTION to Dismiss Count TWO OF THE SUPERCEDING INDICTMENT as to NEWETT VINCENT FORD (9).Signed by Judge Richard W. Roberts on 5/31/06. (hsj, ) (Entered: 06/06/2006) |
| 06/01/2006 |  | DISMISSAL OF COUNTS on Government Motion by USA. (Hilton, Tommy) (Entered: 06/20/2006) |
| 06/02/2006 | 330 | CJA 20 as to JOSEPH JONES: Appointment of Attorney Anthony Douglas Martin for JOSEPH JONES. Signed by Judge Richard W. Roberts on 6/2/06, nunc pro tunc to 11/30/05. (mlp) (Entered: 06/05/2006) |
| 06/02/2006 | 331 | CJA 20 as to GREGORY BELL: Appointment of Attorney James W. Beane, Jr. for GREGORY BELL. Signed by Judge Richard W. Roberts on 6/2/06, nunc pro tunc to 3/23/05. (mlp) (Entered: 06/05/2006) |
| 06/08/2006 | 333 | MOTION for Leave to Join Specific Motions of Codefendants by GERALD BAILEY as to JASMINE BELL, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE. (Attachment: # 1 Text of Proposed Order)(Slaight, Joanne) Modified on 6/9/2006 (mlp) (Entered: 06/08/2006) |
| 06/09/2006 | 334 | RESPONSE by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, |

0062

JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS re 244 MOTION in Limine, 309 MOTION for HearingAmended MOTION to Suppress Statements., 268 MOTION for 404(b) Evidence, 277 Amended MOTION to Dismiss Count 57 as well as racketeering act 60, 307 MOTION for HearingAmended MOTION to Suppress evidence evidence and custodial statements, 273 MOTION for Disclosure for statements and testimony of coconspirators the government does not intend to call as witnesses, 264 MOTION for Leave to Join Motion to Strike Racketeering Count, 276 Amended MOTION to Produce grand jury testimony, 320 MOTION for Leave to Join to Adopt and Join Defendant Jasman Bell's Motion In Limine, 267 MOTION to Sever Defendant, 256 MOTION for Leave to Join Adopt co-defendant motions, 298 JOINT MOTION, 282 MOTION to Suppress evidence and custodial statements, 262 MOTION for Order Preliminary Determination of Conspiracy & Admissibility of Co-conspirators' Statements, 263 MOTION to Sever Defendant, 283 MOTION for Bill of Particulars and to dismiss counts one and two, 254 MOTION to Strike Surplage From Indictment, 271 MOTION to Produce witnesses statements and notes, 280 MOTION to Suppress statements, 259 MOTION for Leave to Join Adopt Codefendants' Motions Join in motions, 275 MOTION for Disclosure of government's intention to use hearsay under rule 807, 253 MOTION Motion for Pretrial Hearing on Admissibility of Co-Conspirator's Statements, 272 MOTION for Disclosure expert witnesses, 270 MOTION to Suppress, 281 MOTION to Compel plea bargain, 297 Joint JOINT MOTION, 265 MOTION for Leave to Join codefendant's motion, 308 Amended MOTION to Suppress Photo Identification and In-Court Identification MOTION for Hearing MOTION for Hearing, 312 MOTION for Leave to Join motions filed by co-defendants Raymond Bell, Arthur Handon, Philip Wallace, Gerald Bailey and Newett Ford, 274 MOTION for Disclosure of all plea agreements and bias evidence, 310 Amended MOTION to Compel Performance of Plea Bargain MOTION for Hearing, 269 MOTION for Bill of Particulars, 306 MOTION for Leave to Join co-defendant Desmond Thurston's response to Government's Motion to Admit Other Crimes Evidence, 257 MOTION for Leave to Join Motion to Adopt Co-Defendant Raymond Bell's Motion for Severance, 301 MOTION In Limine Regarding Rule 609 Admissibility Governments Omnibus Response in Opposition to the Defendants Motions (Leon, Glenn) (Entered: 06/09/2006)

| | | |
|---|---|---|
| 06/12/2006 | | NOTICE OF HEARING as to NEWETT VINCENT FORD Jury Trial set for 6/13/2006 10:00 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/12/2006) |
| 06/12/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Voir Dire held on 6/12/2006 as to NEWETT VINCENT FORD (9) on Counts 1ss,2ss,3ss-49ss. Jury of 12 and 2 alternates selected and sworn. (Court Reporter Scott Wallace) (Defense Attorney Steven Kiersch; US Attorney Glenn Leon and Ann Petalas) (mlp) (Entered: 06/19/2006) |
| 06/12/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to NEWETT VINCENT FORD (9) begun on 6/12/2006 on Counts 1ss,2ss,3ss-49ss with same jury and alternates. Witness: Robert Lockhart. Jury trial respited to 6/13/06 at 9:45 A.M. Defendant remains on personal recognizance bond. (Court Reporter Scott Wallace) (Defense Attorney Steven Kiersch; US Attorney Glenn Leon and Ann Petalas) (mlp) (Entered: 06/19/2006) |
| 06/13/2006 | | NOTICE OF HEARING as to NEWETT VINCENT FORD Jury Trial set to resume on 6/14/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/13/2006) |
| 06/13/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to NEWETT VINCENT FORD (9) resumed on 6/13/2006 on Counts 1ss,2ss,3ss-49ss with same jury and alternates. Witnesses: Robert Lockhart, Willis Campbell, and Burke Johnson. Defendant remains on personal recognizance bond. (Court Reporter Scott Wallace) (Defense Attorney Steven Kiersch; US Attorney Glenn Leon and Ann Petalas) (mlp) (Entered: 06/19/2006) |
| 06/14/2006 | 335 | MOTION for Bond and proposed order by PHILLIP WALLACE. (Heslep, Thomas) (Entered: 06/14/2006) |
| 06/14/2006 | | NOTICE OF HEARING as to NEWETT VINCENT FORD Jury Trial set to resume on 6/15/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/14/2006) |
| 06/14/2006 | 337 | CJA 24 as to LUCIOUS FOWLER: Order Authorizing Payment to Court Reporter S. Graybill, Official Court Reporter, D. C. Superior Court, 500 Indiana Avenue, N.W., #5500, Washington, D.C. 20001 for Transcript of Detention Hearingin U.S.A. vs Fowler, #F-12072-93, D. C. Superior Court, 11/23/93, Courtroom 319. Signed by Judge Richard W. Roberts on 6/14/06. (mlp) (Entered: 06/16/2006) |
| 06/14/2006 | 340 | RETYPED and RENUMBERED SUPERSEDING INDICTMENT as to NEWETT VINCENT FORD (9): Former count 28ss is now count 2rss. Former count 31ss is now count 3rss. Former count 1ss is now count 1rss. (mlp) (Entered: 06/19/2006) |
| 06/14/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to NEWETT VINCENT FORD (9) resumed on 6/14/2006. Retyped and Renumbered Superseding Indictment |

|  |  | filed in Open Court. Jury trial held on Counts 1rss,2rss,3rss with same jury and alternates. Witnesses: Burke Johnson, Mary McClendon, Gail Parson, and Anthony Washington. Trial respited to 6/15/06 at 9:15 A.M. Defendant remains on personal recognizance bond. (Court Reporter Scott Wallace) (Defense Attorney Steven Kiersch; US Attorney Glenn Leon and Ann Petalas) (mlp) (Entered: 06/19/2006) |
|---|---|---|
| 06/15/2006 | 336 | MOTION to Withdraw as Attorney by Edward C. Sussman as to DESMOND THURSTON. (Attachment: # 1 Text of Proposed Order)(Sussman, Edward) Modified on 6/16/2006 (mlp) (Entered: 06/15/2006) |
| 06/15/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to NEWETT VINCENT FORD (9) resumed and concluded on 6/15/2006 on Counts 1rss,2rss,3rss with same jury and alternates. Alternate jurors discharged. Deliberations begun and concluded. Verdict: Guilty on Counts 1rss, 2rss, and 3rss. Jurors discharged. Defendant referred for presentence investigation report. Sentence set for 9/1/06 at 3:15 P.M. Defendant remains on personal recognizance bond. (Court Reporter Scott Wallace) (Defense Attorney Steven Kiersch; US Attorney Glenn Leon and Ann Petalas) (mlp) (Entered: 06/19/2006) |
| 06/15/2006 |  | JURY VERDICT as to NEWETT VINCENT FORD (9): Guilty on Counts 1rss,2rss,3rss. (mlp) (Entered: 06/19/2006) |
| 06/15/2006 |  | Set Hearing as to NEWETT VINCENT FORD: Sentencing set for 9/1/2006 03:15 PM in Courtroom 9 before Judge Richard W. Roberts. (mlp) (Entered: 06/19/2006) |
| 06/19/2006 | 344 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Trial Proceedings for Co-Defendant Newett Ford on 6/13/06, 6/14/06 and 6/15/06. Signed by Judge Richard W. Roberts on 6/19/06. (mlp) (Entered: 06/22/2006) |
| 06/20/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Motion Hearing as to JASMINE BELL held on 6/23/2006. re 299 MOTION to Suppress Physical Evidence filed by JASMINE BELL, dneied. Joint Pretrial Materials due by 2/5/07. Defendant Bond Status (Defendant Committed/Commitment Issued)(Court Reporter Scott L. Wallace) (Defense Attorney Joseph Beshouri; US Attorney Glenn Leon and Ann Petalals) (hsj, ) Modified on 6/29/2006 (hsj, ). (Entered: 06/29/2006) |
| 06/21/2006 | 341 | ORDER as to NEWETT VINCENT FORD directing that sentencing motions and memoranda be filed no later than 5 business days before sentencing. Signed by Judge Richard W. Roberts on 6/20/06. (lin, ) (Entered: 06/21/2006) |
| 06/21/2006 | 342 | PRETRIAL ORDER as to JASMINE BELL Signed by Judge Richard W. Roberts on 6/20/06. (lin, ) (Entered: 06/21/2006) |
| 06/21/2006 | 343 | MEMORANDUM ORDER denying 309 Motion for Hearing as to MARCUS SMITH (12)Signed by Judge Richard W. Roberts on 6/20/06. (lin, ) Modified on 6/22/2006 (mlp) (Entered: 06/21/2006) |
| 06/22/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Motion Hearing as to DANIEL COLLINS held on 6/22/2006. Re 284 MOTION for 404(b) Evidence filed by USA, deferred as to this defendant. Re 217 MOTION in Limine SEEKING ADMISSIBILITY OF DEFENDANTS' PRIOR FELONY CONVICTIONS PURSUANT TO RULE 609 filed by USA, moot as to this defendant. Re 324 MOTION for Leave to Join Leave To Join Motions Of Co-Defendants filed by DANIEL COLLINS, moot as to this defendant. Defendant Bond Status (Defendant Committed/Commitment Issued)(Court Reporter Scott L. Wallace) (Defense Attorney Mitchell Baer; US Attorney Glenn Leon) (hsj, ) (Entered: 06/29/2006) |
| 06/23/2006 | 345 | ORDER granting 320 Motion for Joinder as to MARCUS SMITH (12)Signed by Judge Richard W. Roberts on 6/21/06. (lin, ) (Entered: 06/23/2006) |
| 06/23/2006 | 346 | ORDER granting 333 Motion for Joinder as to MARCUS SMITH (12)Signed by Judge Richard W. Roberts on 6/21/06. (lin, ) (Entered: 06/23/2006) |
| 06/23/2006 | 347 | ORDER granting 306 Motion for Joinder as to MARCUS SMITH (12)Signed by Judge Richard W. Roberts on 6/21/06. (lin, ) (Entered: 06/23/2006) |
| 06/23/2006 | 348 | ORDER as to JASMINE BELL directing that government is precluded from introducing certain trial evidence. Signed by Judge Richard W. Roberts on 6/20/06. (lin, ) (Entered: 06/23/2006) |
| 06/23/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Motion Hearing as to GERALD BAILEY, RAYMOND BELL, LUCIOUS FOWLER held on 6/23/2006. Re 284 MOTION for 404(b) Evidence filed by USA,granted in part and denied in part. Re 262 MOTION for Order Preliminary Determination of Conspiracy & Admissibility of Co-conspirators' Statements filed by GERALD BAILEY, denied. Re 263 MOTION to Sever Defendant filed by GERALD BAILEY, denied. Defendant Bond Status Defendant GERALD BAILEY Continued on PR Bond, Defendant RAYMOND BELL Committed/Commitment Issued, Defendant Committed/Commitment Issued) (Defense Attorney Joanne Slaight representing Defendant GERALD BAILEY, Joseph Conte representing |

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 74 of 500

|  |  | Raymond Bell, Cary Clennon representing LUCIOUS FOWLER; US Attorney Glenn Leon and Ann Pelalas) (hsj, ) (Entered: 06/29/2006) |
|---|---|---|
| 06/23/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Motion Hearing as to ARTHUR HANDON, MARCUS SMITH, PHILLIP WALLACE held on 6/23/2006. Re 244 MOTION in Limine for Preliminary Determination of a Conspiracy filed by PHILLIP WALLACE, denied. Re 268 MOTION for 404(b) Evidence filed by MARCUS SMITH, denied in part. Re 277 Amended MOTION to Dismiss Count 57 as well as racketeering act 60 filed by MARCUS SMITH, denied. Re 273 MOTION for Disclosure for statements and testimony of coconspirators the government does not intend to call as witnesses filed by MARCUS SMITH, denied in part. 276 Amended MOTION to Produce grand jury testimony filed by MARCUS SMITH, denied in part. Re 267 MOTION to Sever Defendant filed by MARCUS SMITH, denied. 282 MOTION to Suppress evidence and custodial statements filed by MARCUS SMITH, denied. Re 283 MOTION for Bill of Particulars and to dismiss counts one and two filed by PHILLIP WALLACE, denied. Re 254 MOTION to Strike Surplage From Indictment filed by ARTHUR HANDON, denied without prejudice. Re 271 MOTION to Produce witnesses statements and notes filed by MARCUS SMITH, denied. Re 275 MOTION for Disclosure of government's intention to use hearsay under rule 807 filed by MARCUS SMITH, denied as moot. Re 253 MOTION Motion for Pretrial Hearing on Admissibility of Co-Conspirator's Statements filed by ARTHUR HANDON, denied. Re 272 MOTION for Disclosure expert witnesses filed by MARCUS SMITH, denied as moot. Re 281 MOTION to Compel plea bargain filed by MARCUS SMITH, deferred. Re 274 MOTION for Disclosure of all plea agreements and bias evidence< filed by MARCUS SMITH, denied. Re 269 MOTION for Bill of Particulars filed by MARCUS SMITH, denied. Re 242 MOTION to Dismiss Count filed by PHILLIP WALLACE, denied. Re 309 MOTION for HearingAmended MOTION to Suppress Statements filed by MARCUS SMITH, granted in part and denied in part. Re 307 MOTION for Hearing/Amended MOTION to Suppress evidence evidence and custodial statements filed by MARCUS SMITH, denied. Defendant Bond Status (Defendants Committed/Commitment Issued) (Defense Attorney Robert Jenkins representing Defendant ARTHUR HANDON, David Woll representing Defendant MARCUS SMITH, Thomas Heslep representing PHILLIP WALLACE; US Attorney Glenn Leon and Ann Pelalas) (hsj, ) Modified on 6/29/2006 (hsj, ). (Entered: 06/29/2006) |
| 06/26/2006 | 349 | Jury Notes as to NEWETT VINCENT FORD (lin, ) (Entered: 06/26/2006) |
| 06/26/2006 | 350 | VERDICT FORM as to NEWETT VINCENT FORD (lin, ) (Entered: 06/26/2006) |
| 06/26/2006 | 351 | TRANSCRIPT of Proceedings as to NEWETT VINCENT FORD before Judge Richard W. Roberts held on 6/15/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/26/2006) |
| 06/26/2006 | 352 | RESPONSE by USA as to PHILLIP WALLACE re 335 MOTION for Bond and proposed order Government's Opposition to Defendant's Motion to Reconsider Detention Order (Attachments: # 1 Order)(Leon, Glenn) (Entered: 06/26/2006) |
| 06/27/2006 | 353 | ENTERED IN ERROR.....MOTION to Modify Conditions of Release Response to Opposition by PHILLIP WALLACE. (Heslep, Thomas) Modified on 6/28/2006 (mlp) (Entered: 06/27/2006) |
| 06/28/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to PHILLIP WALLACE re 353 MOTION to Modify Conditions of Release Response to Opposition was entered in error and counsel was instructed to refile said pleading as a reply in support of motion to modify conditions of release. (mlp) (Entered: 06/28/2006) |
| 06/28/2006 |  | NOTICE OF HEARING as to MARCUS SMITH MOTION Hearing set for 7/25/2006 09:30 AM before Judge Richard W. Roberts. (lin, ) (Entered: 06/28/2006) |
| 06/28/2006 |  | NOTICE OF HEARING as to DANIEL COLLINS Status Conference set for 8/4/2006 12:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/28/2006) |
| 06/28/2006 | 354 | ENTERED IN ERROR.....PRETRIAL ORDER as to GERALD BAILEY, RAYMOND BELL, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, PHILLIP WALLACE Signed by Judge Richard W. Roberts on 6/23/06. (lin, ) INCORRECT IMAGE ATTACHED; DOCUMENT TO BE RESCANNED.Modified on 6/28/2006 (lin, ). Modified on 6/29/2006 (nmw, ). (Entered: 06/28/2006) |
| 06/28/2006 | 355 | PRETRIAL ORDER as to GERALD BAILEY, RAYMOND BELL, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, PHILLIP WALLACE Signed by Judge Richard W. Roberts on 6/23/06. (lin, ) (Entered: 06/28/2006) |
| 06/28/2006 | 356 | ORDER denying 304 as moot Motion for order for admittance of counsel's laptop into DC Jail as to DAVID WILSON (2)Signed by Judge Richard W. Roberts on 6/27/06. (lin, ) (Entered: 06/28/2006) |
| 06/29/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to GERALD BAILEY, RAYMOND BELL, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, PHILLIP WALLACE. Document No. 354 Pretrial |

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 75 of 500

|  |  | Order was entered in error and was refiled as Document No. 355. (nmw, ) (Entered: 06/29/2006) |
|---|---|---|
| 06/29/2006 | 357 | REPLY in Support by PHILLIP WALLACE re 335 MOTION for Bond and proposed order (Heslep, Thomas) (Entered: 06/29/2006) |
| 07/03/2006 | 358 | CJA 24 as to PHILLIP WALLACE: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Trial Testimony in the U.S.A. vs Newett Ford case on 6/12/06-6/15/06. Signed by Judge Richard W. Roberts on 7/3/06. (mlp) (Entered: 07/05/2006) |
| 07/10/2006 | 361 | ORDER as to GERALD BAILEY granting motion to adopt Signed by Judge Richard W. Roberts on 7/7/06. (lin, ) (Entered: 07/12/2006) |
| 07/10/2006 |  | Joined Motion Submission as to GERALD BAILEY, ARTHUR HANDON re 254 MOTION to Strike Surplage From Indictment originally filed by ARTHUR HANDON. (mlp) (Entered: 07/13/2006) |
| 07/10/2006 |  | Joined Motion Submission as to GERALD BAILEY, MARCUS SMITH (all motions originally filed by MARCUS SMITH) re 275 MOTION for Disclosure of government's intention to use hearsay under rule 807, 268 MOTION for 404(b) and 609 Evidence, 273 MOTION for Disclosure for statements and testimony of coconspirators the government does not intend to call as witnesses, 272 MOTION for Disclosure expert witnesses, 276 Amended MOTION to Produce grand jury testimony, 274 MOTION for Disclosure of all plea agreements and bias evidence, 269 MOTION for Bill of Particulars, 271 MOTION to Produce witnesses' statements and notes. (mlp) Modified on 7/25/2006 (mlp) (Entered: 07/13/2006) |
| 07/10/2006 |  | Joined Motion Submission as to GERALD BAILEY, PHILLIP WALLACE re 283 MOTION for Bill of Particulars or to dismiss counts one and two, originally filed by PHILLIP WALLACE. (mlp) (Entered: 07/13/2006) |
| 07/10/2006 |  | Joined Reply Submission as to GERALD BAILEY, DESMOND THURSTON re 286 MOTION for 404 (b) Evidence, originally filed by DESMOND THURSTON. (mlp) (Entered: 07/13/2006) |
| 07/10/2006 |  | Joined Motion Submission as to GERALD BAILEY, JASMINE BELL re 300 MOTION For An Order Directing The Government To Provide Impeachment Evidence As To All Hearsay Declarants, originally filed by JASMINE BELL. (mlp) (Entered: 07/13/2006) |
| 07/11/2006 | 360 | ORDER granting 333 Motion for Joinder as to GERALD BAILEY (6)Signed by Judge Richard W. Roberts on 7/7/06. (lin, )ENTERED IN ERROR INCORRECT IMAGE ATTACHED Modified on 7/11/2006 (lin, ). (Entered: 07/11/2006) |
| 07/12/2006 | 362 | ORDER granting 336 Motion to Withdraw as Attorney. Edward Charles Sussman withdrawn from case effective upon the filing of a notice of appearance by replacement appointed counsel as to DESMOND THURSTON (13). Signed by Judge Richard W. Roberts on 7/7/06. (lin, ) Modified on 7/13/2006 (mlp) (Entered: 07/12/2006) |
| 07/14/2006 | 363 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Clerk, D.C. Superior Court for Transcript of Motions Hearing in case F-595-97 held on 11/2/98 and 11/3/98 in Courtroom 312 before Judge Tignor. Signed by Judge Richard W. Roberts on 7/14/06. (cp, ) (Entered: 07/19/2006) |
| 07/14/2006 | 364 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Lyndon Rust; D.C. Superior Court for Transcript of Status Hearing in case F-7920-02 held on 7/11/03 in Room 112 before Judge Broderick. Signed by Judge Richard W. Roberts on 7/14/06. (cp, ) (Entered: 07/19/2006) |
| 07/14/2006 | 365 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to the Clerk of the Court; D.C. Superior Court for Transcript of Status Hearing in case F-7920-02 held on 5/14/04 in room 112 before Judge Broderick. Signed by Judge Richard W. Roberts on 7/14/06. (cp, ) (Entered: 07/19/2006) |
| 07/14/2006 | 366 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Beverly Mahoney for Transcript of Trial in case F-595-47 held on 11/6/98. Signed by Judge Richard W. Roberts on 7/14/06. (cp, ) (Entered: 07/19/2006) |
| 07/14/2006 | 367 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Clerk; D.C. Superior Court for Transcript of Trial in case F-595-97 held on 11/5/98. Signed by Judge Richard W. Roberts on 7/14/06. (cp, ) (Entered: 07/19/2006) |
| 07/14/2006 | 368 | CJA 24 as to RAYMOND BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Jury Trial of Newton Ford held on 6/12/06-6/15/06. Signed by Judge Richard W. Roberts on 7/14/06. (cp, ) (Entered: 07/19/2006) |
| 07/14/2006 | 369 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Jury Trial of Newton Ford held on 6/12/06-6/15/06. Signed by Judge Richard W. Roberts on 7/14/06. (cp, ) (Entered: 07/19/2006) |

| 07/19/2006 | 371 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Susan Tyner for Copies of Transcript of Trial Proceedings dated 4/4/05, 4/5/05 and 4/6/05 in CR 03-488, U.S.A. vs Sirocco Johnson. Signed by Judge Richard W. Roberts on 7/19/06. (mlp) (Entered: 07/24/2006) |
|---|---|---|
| 07/19/2006 | 372 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Rachel King for Copies of Transcripts of Trial Proceedings dated 10/6/04, 10/7/04, 10/12/04-10/15/04, 10/18/04-10/21/04, 10/25/04-10/28/04, and 11/1/04 in CR 03-348, U.S.A. vs Jack Davis. Signed by Judge Richard W. Roberts on 7/19/06. (mlp) (Entered: 07/24/2006) |
| 07/19/2006 | 373 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Susan Tyner for Copies of Transcript of Trial Proceedings dated 10/06/04-10/07/04, 10/12/04-10/15/04, 10/18/04-10/21/04, 10/25/04-10/28/04, and 11/1/04 in CR 03-348, U.S.A. vs Jack Davis. Signed by Judge Richard W. Roberts on 7/19/06. (mlp) (Entered: 07/24/2006) |
| 07/19/2006 | 374 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Copies of Transcript of Trial Proceedings dated 1/14/04-1/16/04, 1/20/04-1/23/04, 1/27/04-1/30/04, 2/2/04-2/6/04, 2/9/04-2/13/04, in CR 02-479, U.S.A. vs Anthony Cherry, Darryl Williams, and Harry Settles. Signed by Judge Richard W. Roberts on 7/19/06. (mlp) (Entered: 07/24/2006) |
| 07/19/2006 | 375 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Miller Reporting Co. for Copies of Transcripts of Trial Proceedings dated 1/14/04-1/16/04, 1/20/04-1/23/04, 1/27/04-1/30/04, 2/2/04-2/6/04, 2/9/04-2/13/04 in CR 02-479, U.S.A. vs Anthony Cherry, Darryl Williams, and Harry Settles. Signed by Judge Richard W. Roberts on 7/19/06. (mlp) (Entered: 07/24/2006) |
| 07/21/2006 | 370 | TRANSCRIPT (copy) of Proceedings as to MARCUS SMITH before Associate Judge Harold Cusenberry, Jr. held on 9/4/02 in D.C. Superior Court in Case Number F-2859-02. Court Reporter: Sandra J. Robin, Official Court Transcriber. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 07/21/2006) |
| 07/24/2006 | 376 | Consent MOTION to Continue Motions Hearings by MARCUS SMITH. (Attachments: # 1)(Woll, David) (Entered: 07/24/2006) |
| 07/24/2006 | 377 | ORDER granting 376 Motion to Continue motions hearing as to MARCUS SMITH (12); Parties to file status report by 9/1/06.Signed by Judge Richard W. Roberts on 7/24/06. (lin, ) (Entered: 07/24/2006) |
| 07/25/2006 | | Set Deadline as to MARCUS SMITH: Status Report due by 9/1/2006. (mlp) (Entered: 07/25/2006) |
| 07/25/2006 | 378 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Dianne Pirfo, Official Court Reporter, D.C. Superior Court for Transcripts of preliminary hearing on 4/26/04 in U.S. vs David Wilson/Antwan Ball, F-2527-04 and F-2483-04 before Judge Richter in Courtroom 213. Signed by Judge Richard W. Roberts on 7/25/06. (mlp) (Entered: 07/25/2006) |
| 07/25/2006 | 379 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Kate Whalen, Official Court Reporter, D.C. Superior Court for Transcript of trial proceedings on 10/10/97 in U.S. vs Jack Davis, F-8145-96 before Judge Abrecht in Courtroom 313. Signed by Judge Richard W. Roberts on 7/25/06. (mlp) (Entered: 07/25/2006) |
| 07/25/2006 | 380 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Marian Calhoun, Official Court Reporter, D.C. Superior Court for Transcripts of trial proceedings on 10/10/97, 10/14/97, 10/15/97 in U.S. vs Jack Davis, F-8145-96, before Judge Abrecht in Courtroom 313. Signed by Judge Richard W. Roberts on 7/25/06. (mlp) (Entered: 07/25/2006) |
| 07/25/2006 | 381 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Annie Shaw, Official Court Reporter, D.C. Superior Court for Transcript of trial proceedings on 10/9/97, in U.S. vs Jack Davis, F-8145-96, before Judge Abrecht in courtroom 313. Signed by Judge Richard W. Roberts on 7/25/06. (mlp) (Entered: 07/25/2006) |
| 07/25/2006 | 382 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Ford motions hearing on 5/30/06, Ford trial 6/12-6/15/06, and motions hearing on 6/23/06 regardings defendants Arthur Handon, Marcus Smith, Phillip Wallace. Signed by Judge Richard W. Roberts on 7/25/06. (mlp) (Entered: 07/25/2006) |
| 07/25/2006 | 383 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Carol Robinson, Official Court Reporter, D.C. Superior Court for Transcript of pretrial motions and trial proceedings on 10/9/98 in U.S. vs. David Wilson, F-9004-95 before Judge Mize in Courtroom 221. Signed by Judge Richard W. Roberts on 7/25/06. (mlp) (Entered: 07/25/2006) |
| 07/25/2006 | 384 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Thomas Ronan, Official Court Reporter, D.C. Superior Court for Transcript of testimony of Burke Johnson on |

|  |  | 11/30/05 before Judge Christian in U.S. vs Delmar Whitley, F-7141-05 in Courtroom 310. Signed by Judge Richard W. Roberts on 7/25/06. (mlp) (Entered: 07/25/2006) |
|---|---|---|
| 07/25/2006 | 385 | CJA 24 as to DANIEL COLLINS: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Trial Testimony in USA vs Newton Ford on 6/12-6/15/06. Signed by Judge Richard W. Roberts on 7/25/06. (mlp) (Entered: 07/25/2006) |
| 07/25/2006 | 420 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Robin Watson for Trial Transcripts on 10/7/97-10/8/97 in U.S.A. vs Jack Davis in F-8145-96 before Judge Abrecht in Courtroom 313 in D.C. Superior Court. Special Authorizations: Prosecution and Defense Opening Statements. Signed by Judge Richard W. Roberts on 7/25/06. (mlp, ) (Entered: 08/09/2006) |
| 07/25/2006 | 421 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter "Bankins" for Transcripts of Trial on 10/13/98-10/15/98 in U.S.A. vs David Wilson in F-9004-95 before Judge Mize in Courtroom 221 in D.C. Superior Court. Special Authorizations: Prosecution and Defense Opening Statements, Prosecution and Defense Arguments, and Prosecution Rebuttal. Signed by Judge Richard W. Roberts on 7/25/06. (mlp, ) Modified on 8/10/2006 (mlp, ). (Entered: 08/10/2006) |
| 07/25/2006 | 422 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Kathy Jackson for Transcripts of Trial on 3/16/99-3/18/99 in U.S.A. vs David Wilson, F-8164-98, before Judge Retchin in Courtroom 201 in D.C. Superior Court. Special Authorizations: Prosecution and Defense Opening Statements, Prosecution and Defense Arguments, and Prosecution Rebuttal (if any). Signed by Judge Richard W. Roberts on 7/25/06. (mlp, ) (Entered: 08/10/2006) |
| 07/25/2006 | 423 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Loretta Kaczorowski for Transcripts of Trial on 7/1/02-7/3/02 in U.S.A. vs Vincent Hunnicutt, F-4485-00, before Judge Retchin in Courtroom 316 in D.C. Superior Court. Special Authorizations: Prosecution and Defense Opening Statements. Signed by Judge Richard W. Roberts on 7/25/06. (mlp, ) (Entered: 08/10/2006) |
| 07/25/2006 | 424 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Celestine Franklin for Transcript of Trial on 7/8/02 in U.S.A. vs Vincent Hunnicutt, F-4485-00, before Judge Retchin in Courtroom 316 in D.C. Superior Court. Special Authorizations: Prosecution and Defense Arguments and Prosecution Rebuttal. Signed by Judge Richard W. Roberts on 7/25/06. (mlp, ) (Entered: 08/10/2006) |
| 07/27/2006 | 387 | CJA 20 as to JOE LANGLEY: Appointment of Attorney James W. Rudasill, Jr. for JOE LANGLEY, with attached executed financial affidavit. Signed by Judge Richard W. Roberts on 7/27/06, nunc pro tunc to 5/25/05. (mlp) Modified on 8/1/2006 (mlp) (Entered: 08/01/2006) |
| 07/27/2006 | 388 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Miller Reporting Co. for Transcripts of Trial of U.S.A. vs Anthony Cherry, CR 02-479, on 1/14/04-1/16/04, 1/20/04-1/23/04, 1/27/04-1/30/04, 2/2/04-2/6/04, 2/9/04-2/13/04. Signed by Judge Richard W. Roberts on 7/27/06. (mlp) (Entered: 08/01/2006) |
| 07/27/2006 | 389 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Trial Proceedings in CR 02-479, U.S.A. vs Anthony Cherry; dates 1/4/04-1/16/04, 1/20/04-1/23/04, 1/27/04-1/30/04, 2/2/04-2/6/04, 2/9/04-2/13/04. Signed by Judge Richard W. Roberts on 7/27/06. (mlp) (Entered: 08/01/2006) |
| 08/03/2006 |  | Set/Reset Hearings as to GERALD BAILEY, JASMINE BELL, RAYMOND BELL, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, PHILLIP WALLACE: Plea Agreement Hearing set for 8/4/2006 01:00 PM in Courtroom 9 before Judge Richard W. Roberts. (Case will be called at 1:30, but parties should appear one half hour early to execute necessary documents) (lin, ) (Entered: 08/03/2006) |
| 08/04/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to DANIEL COLLINS held on 8/4/2006 Status Conference set for 9/13/2006 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. Speedy Trial time excluded between 8/4/06 and 9/13/06 in the interest of justice (X-T).Bond Status of Defendant: Committed/commitment issued; Court Reporter: Scott Wallace Defense Attorney: Mitchell Baer; US Attorney: Glenn Leon; (lin, ) (Entered: 08/08/2006) |
| 08/04/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Arraignment as to GERALD BAILEY (6) on Counts 1ss and 2ss held on 8/4/2006. Plea of guilty entered on Count 2ss. Defendant referred for presentence investigation report. Sentencing set for 11/17/2006 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. Sentencing memoranda due 11/8/06.Bond Status of Defendant: personal recognizance bond; Court Reporter: Scott Wallace; Defense Attorney: Joanne Slaight; US Attorney: Glenn Leon. (mlp) (Entered: 08/09/2006) |
| 08/04/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Arraignment as to RAYMOND BELL (8) on Counts 1ss,2ss,3ss-49ss,74ss-81ss,82ss-89ss,91ss-92ss and JASMINE |

BELL (7) on Counts 1ss,2ss,3ss-49ss,60ss,74ss-81ss,82ss-89ss held on 8/4/2006. Pleas of guilty entered by RAYMOND BELL (8) on Count 2ss and JASMINE BELL (7) on Count 2ss. Defendants referred for presentence investigation reports. Sentencings set for 12/1/2006 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. Sentencing memoranda due 11/21/06. Bond Status of Defendant: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorney: Joseph Beshouri and Joseph Conte; US Attorney: Glenn Leon. (mlp) (Entered: 08/09/2006)

| | | |
|---|---|---|
| 08/04/2006 | 391 | WAIVER of Right to Trial by Jury as to RAYMOND BELL. Approved by Judge Richard W. Roberts on 8/4/06. (mlp) (Entered: 08/09/2006) |
| 08/04/2006 | 392 | PLEA AGREEMENT as to RAYMOND BELL. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 393 | FACTUAL PROFFER by RAYMOND BELL and USA. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 394 | WAIVER of Right to Trial by Jury as to GERALD BAILEY. Approved by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 395 | PLEA AGREEMENT as to GERALD BAILEY. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 396 | FACTUAL PROFFER by GERALD BAILEY and USA.(mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 397 | WAIVER of Right to Trial by Jury as to JASMINE BELL. Approved by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 398 | PLEA AGREEMENT as to JASMINE BELL. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 399 | FACTUAL PROFFER by JASMINE BELL and USA. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Arraignment as to MARCUS SMITH (12) on Counts 1ss,2ss,3ss-49ss,57ss,82ss-89ss and LUCIOUS FOWLER (10) on Counts 1ss,2ss,3ss-49ss held on 8/4/2006. Plea of guilty entered by MARCUS SMITH (12) on Count 2ss and by LUCIOUS FOWLER (10) on Count 2ss. Defendants referred for presentence investigation reports. Sentencings set for 11/13/2006 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. Sentencing memoranda due 11/3/06.Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorney: Cary Clennon and David Woll; US Attorney: Glen Leon. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Arraignment as to PHILLIP WALLACE (14) on Counts 1ss,2ss,3ss-49ss held on 8/4/2006. Plea of guilty entered by PHILLIP WALLACE (14) on Count 2ss. Defendant referred for presentence investigation report. Sentencing set for 11/17/2006 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. Sentencing memoranda due by 11/8/06.Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace; Defense Attorney: Thomas Heslep; US Attorney: Glenn Leon. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 400 | WAIVER of Right to Trial by Jury as to MARCUS SMITH. Approved by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 401 | PLEA AGREEMENT as to MARCUS SMITH. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 402 | FACTUAL PROFFER by MARCUS SMITH and USA. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 403 | WAIVER of Right to Trial by Jury as to PHILLIP WALLACE. Approved by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 404 | PLEA AGREEMENT as to PHILLIP WALLACE. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 405 | FACTUAL PROFFER by PHILLIP WALLACE and USA. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 406 | WAIVER of Right to Trial by Jury as to LUCIOUS FOWLER. Approved by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 407 | PLEA AGREEMENT as to LUCIOUS FOWLER. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 408 | FACTUAL PROFFER by LUCIOUS FOWLER and USA. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 409 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Cathryn Jones for Transcript of Proceedings on 5/30/02 in United States v. David Wilson F-3872-01 in Ctrm 213 before Judge Richter in D.C. Superior Court. Special Authorizations: Prosecution Opening Statement, Prosecution Argument, Prosecution Rebuttal, Defense Opening Statement and Defense Argument. Signed by Judge Richard W. Roberts on 8/4/06. (tnr, ) Modified on 8/10/2006 (Entered: 08/09/2006) |
| 08/04/2006 | 410 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Larry Pavlish for Transcript of Trial Proceedings on April 7, 8, 9, 10, 2003 in United States v. Desmond Thurston/Phillip Wallace F-947-02/F-948-02 before Judge Diaz in Ctrm 301 in D.C. Superior Court. Special Authorizations: Prosecution Opening Statement, Prosecution Argument, |

|  |  | Prosecution Rebuttal, Defense Opening Statement and Defense Argument. Signed by Judge Richard W. Roberts on 8/4/06. (tnr, ) Modified on 8/10/2006 (mlp) (Entered: 08/09/2006) |
|---|---|---|
| 08/04/2006 | 411 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Janice Hunt for Transcript of Proceedings on April 10, 2003 in United States v. Desmond Thurston/Phillip Wallace F-947-02/F-948-02 in D.C. Superior Court before Judge Diaz in Ctrrm 301. Special Authorizations: Prosecution Opening Statement, Prosecution Argument, Prosecution Rebuttal, Defense Opening Statement and Defense Argument. Signed by Judge Richard W. Roberts on 8/4/06. (tnr, ) (Entered: 08/09/2006) |
| 08/04/2006 | 412 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Diane Pirfo for Transcript of Proceedings on April 14, 15, 16, 17, 2003 in United States v. Desmond Thurston/Phillip Wallace F-947-02/F-948-02 in D.C. Superior Court before Judge Diaz in Ctrm 301. Special Authorizations: Prosecution Opening Statement, Prosecution Argument, Prosecution Rebuttal, Defense Opening Statement and Defense Argument. Signed by Judge Richard W. Roberts on 8/4/06. (tnr, ) (Entered: 08/09/2006) |
| 08/04/2006 | 413 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Derrick Coney for Transcript of Proceedings on April 3, 2003 in United States v. Desmond Thurston/Phillip Wallace F-947-02/F-948-02 in D.C. Superior Court before Judge Diaz in Ctrm 301. Special Authorizations: Prosecution Opening Statement, Prosecution Argument, Prosecution Rebuttal, Defense Opening Statement and Defense Argument. Signed by Judge Richard W. Roberts on 8/4/06. (tnr, ) (Entered: 08/09/2006) |
| 08/04/2006 | 414 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Tracy Dunlap for Transcript of Trial on December 3, 2003 in United States v. David Wilson F-3872-01 in Superior Court before Judge Richter in Ctrm 213. Special Authorizations: Prosecution Opening Statement, Prosecution Argument, Prosecution Rebuttal, Defense Opening Statement and Defense Argument. Signed by Judge Richard W. Roberts on 8/4/06. (tnr, ) (Entered: 08/09/2006) |
| 08/04/2006 | 415 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Dianne Foster for Transcript of Trial on December 3, 2003 in United States v. David Wilson F-3872-01 in D.C. Superior Court before Judge Richter in Ctrm 213. Special Authorizations: Prosecution Opening Statement, Prosecution Argument, Prosecution Rebuttal, Defense Opening Statement and Defense Argument. Signed by Judge Richard W. Roberts on 8/4/06. (tnr, ) (Entered: 08/09/2006) |
| 08/04/2006 | 416 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Bruce Herzfeld for Trial Transcripts in U.S.A. vs David Wilson, F-3872-01 in courtroom 213 before Judge Richter in D.C. Superior Court on 12/8/03-12/12/03. Special Authorizations: Prosecution and Defense Opening Statements, Prosecution and Defense Arguments, Prosecution Rebuttal. Signed by Judge Richard W. Roberts on 8/4/06. (mlp, ) Modified on 8/9/2006 (mlp) (Entered: 08/09/2006) |
| 08/04/2006 | 417 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Maria Allison for Transcripts of Proceedings in U.S.A. vs David Wilson F-3872-01 in Courtroom 213 before Judge Richter in D.C. Superior Court on 5/20/02-5/24/02. Special Authorizations: Prosecution and Defense Opening Statements, Prosecution and Defense Arguments, and Prosecution Rebuttal. Signed by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 418 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Donna Hawkins for Transcript of Proceedings in U.S.A. vs David Wilson in F-3872-01 in Courtroom 213 Judge Richter in D.C. Superior Court on 5/24/02. Special Authorizations: Prosecution and Defense Opening Statements, Prosecution and Defense Arguments, and Prosecution Rebuttal. Signed by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 419 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Elizabeth Graybill for Transcripts of Proceedings in U.S.A. vs David Wilson in F-3872-01 in Courtroom 213 before Judge Richter in D.C. Superior Court on 5/28/02-5/29/02. Special Authorizations: Prosecution and Defense Opening Statements, Prosecution and Defense Arguments, and Prosecution Rebuttal. Signed by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/09/2006) |
| 08/04/2006 | 425 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Motions Hearing and Trial on 5/30/06 and 6/12/06-6/15/06 in U.S.A. vs Ford, CR 05-100-09-RWR. Signed by Judge Richard W. Roberts on 8/4/06. (mlp, ) (Entered: 08/10/2006) |
| 08/04/2006 | 462 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of motions hearing and trial testimoney on 5/30/06 and 6/12/06-6/15/06 in U.S.A. v. Ford (CR 05-100-04-RWR). Signed by Judge Richard W. Roberts on 8/4/06. (mlp) (Entered: 10/06/2006) |
| 08/07/2006 | 390 | ORDER as to ARTHUR HANDON Status Report due by 8/10/2006. Signed by Judge Richard W. |

USCA Case #11-3031     Document #1445852      Filed: 07/10/2013     Page 80 of 500

|  |  | Roberts on 8/4/06. (lin, ) Modified on 8/9/2006 (mlp) (Entered: 08/08/2006) |
|---|---|---|
| 08/10/2006 | 426 | MOTION Joint Written Status Report by USA as to ARTHUR HANDON. (Attachments: # 1 Text of Proposed Order)(Leon, Glenn) Modified on 8/11/2006 (mlp) (Entered: 08/10/2006) |
| 08/11/2006 | 427 | ORDER signed by Judge Ricardo M. Urbina on August 11, 2006 for Judge Ricard W. Roberts as to ARTHUR HANDON directing that parties submit another Joint Status Report by 8/22/2006 reflecting proposals, if any, for modifying the Court's June 23 2006 pretrial order. (jwd) (Entered: 08/11/2006) |
| 08/14/2006 | 428 | ENTERED IN ERROR.....Second MOTION to Modify conditions of confinement by RAYMOND BELL. (Attachments: # 1 Text of Proposed Order)(Conte, Joseph) Modified on 8/15/2006 (nmw, ). (Entered: 08/14/2006) |
| 08/14/2006 | 429 | Renewed MOTION to Transfer to Community Treatment Facility by RAYMOND BELL. (Attachments: # 1 Text of Proposed Order)(nmw, ) (Entered: 08/15/2006) |
| 08/15/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to RAYMOND BELL. Document No. 428 Second MOTION to Modify conditions of confinement was entered in error and will be refiled. (nmw, ) (Entered: 08/15/2006) |
| 08/22/2006 | 430 | JOINT STATUS REPORT by USA and ARTHUR HANDON (Attachment: # 1 Text of Proposed Order)(Leon, Glenn) Modified on 8/23/2006 (mlp) (Entered: 08/22/2006) |
| 08/22/2006 | 431 | RESPONSE by USA as to RAYMOND BELL re 429 MOTION to Transfer to Community Treatment Facility (Attachment: # 1 Text of Proposed Order)(Leon, Glenn) Modified on 8/23/2006 (mlp) (Entered: 08/22/2006) |
| 08/24/2006 | 432 | SENTENCING MEMORANDUM by USA as to NEWETT VINCENT FORD (Attachments: # 1 Appendix)(Leon, Glenn) (Entered: 08/24/2006) |
| 08/25/2006 | 433 | NOTICE OF ATTORNEY APPEARANCE: Anthony Darnell Arnold appearing for JOSEPH JONES (Arnold, Anthony) (Entered: 08/25/2006) |
| 08/25/2006 | 435 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of status and plea proceedings on 8/4/06 for Gerald Bailey, Jasmine Bell, Raymond Bell, Lucious Fowler, Arthur Handon, Marcus Smith, Daniel Collins, and Phillip Wallace. Signed by Judge Richard W. Roberts on 8/25/06. (mlp) (Entered: 08/29/2006) |
| 08/28/2006 | 434 | ORDER as to ARTHUR HANDON Trial materials due by 9/12/2006. Jury Trial set for 10/10/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Signed by Judge Richard W. Roberts on 8/25/06. (lin, ) (Entered: 08/28/2006) |
| 09/01/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Sentencing Hearing begun on 9/1/2006 as to NEWETT VINCENT FORD (9), to be continued to later date. Bond Status of Defendant: PR; Court Reporter: Scott Wallace Defense Attorney: Steven Kiersch; US Attorney: Glenn Leon, Ann Petalas; Prob Officer: Rene Moses Gregory; Defendant continued on PR. (lin, ) (Entered: 09/05/2006) |
| 09/05/2006 |  | NOTICE OF HEARING as to NEWETT VINCENT FORD Sentencing set for 9/6/2006 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/05/2006) |
| 09/06/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to NEWETT VINCENT FORD held on 9/6/2006 Bond Status of Defendant: PR; Court Reporter: Scott Wallace Defense Attorney: Steven Kiersch; US Attorney: Glenn Leon, Ann Petalas; Prob Officer: Deborah Stevens Panzer; Defendant continued on PR. (lin, ) (Entered: 09/06/2006) |
| 09/13/2006 | 437 | TRANSCRIPT of Sentencing Proceedings as to NEWETT VINCENT FORD before Judge Richard W. Roberts held on 9/1/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/14/2006) |
| 09/13/2006 | 438 | TRANSCRIPT of Sentencing Proceedings as to NEWETT VINCENT FORD before Judge Richard W. Roberts held on 9/9/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/14/2006) |
| 09/13/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to DANIEL COLLINS held on 9/13/2006 Jury Trial set for 11/27/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Status Conference set for 10/16/2006 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. Joint pretrial materials due 11/17/06;Bond Status of Defendant: JAIL; Court Reporter: Scott Wallace Defense Attorney: Mitchell Baer; US Attorney: Glenn Leon, Ann Petalas; Defendant committed; commitment issued. (lin, ) (Entered: 09/14/2006) |
| 09/14/2006 | 439 | NOTICE OF ATTORNEY APPEARANCE: Jonathan Seth Zucker appearing for DESMOND |

|  |  | THURSTON (Zucker, Jonathan) (Entered: 09/14/2006) |
|---|---|---|
| 09/15/2006 | 440 | MOTION to Exclude Sentencing Enhancement by NEWETT VINCENT FORD. (Kiersh, Steven) (Entered: 09/15/2006) |
| 09/15/2006 | 441 | STATUS REPORT by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Attachments: # 1 Order)(Leon, Glenn) (Entered: 09/15/2006) |
| 09/15/2006 | 442 | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to NEWETT VINCENT FORD (Petalas, Ann) Modified on 9/18/2006 (mlp) (Entered: 09/15/2006) |
| 09/15/2006 | 443 | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to NEWETT VINCENT FORD (Leon, Glenn) Modified on 9/18/2006 (mlp) (Entered: 09/15/2006) |
| 09/15/2006 | 444 | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to NEWETT VINCENT FORD (Leon, Glenn) Modified on 9/18/2006 (mlp) (Entered: 09/15/2006) |
| 09/18/2006 | 445 | NOTICE of Filing/Proposed Order by NEWETT VINCENT FORD re 440 MOTION to Exclude Sentencing Enhancement (Kiersh, Steven) (Entered: 09/18/2006) |
| 09/19/2006 | 446 | ORDER as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, JOSEPH JONES, DOMINIC SAMUELS Status Conference set for 10/27/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Signed by Judge Richard W. Roberts on 9/18/06. (clv, ) (Entered: 09/19/2006) |
| 09/19/2006 | 447 | MOTION to Continue Sentencing by PHILLIP WALLACE. (Attachments: # 1 Text of Proposed Order)(Heslep, Thomas) (Entered: 09/19/2006) |
| 09/20/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Sentencing held on 9/20/2006 as to NEWETT VINCENT FORD (9). Count(s) 1rss, Defendant sentenced to Two Hundred Sixty Two (262) Months incarceration. All counts are to run concurrent to each other. Followed by Five (5) Years Supervised Release. All counts are to run concurrent to each other. Special Assessment of $100.00 imposed. Count(s) 2rss, Defendant sentenced to Two Hundred Forty Months (240) Months incarceration. All counts are to run concurrent to each other. Followed by Three (3) Years Supervised Release. All counts are to run concurrent to each other. Special Assessment of $100.00 imposed. Count(s) 3rss, Defendant sentenced to Two Hundred Forty Months (240) Months incarceration. All counts are to run concurrent to each other. Followed by Three (3) Years Supervised Release. All counts are to run concurrent to each other. Special Assessment of $100.00 imposed. Total amount of Special Assessment is $300.00. Fine of $2,000.00 imposed. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Scott Wallace) (Defense Attorney: Steven Kiersch; US Attorney: Ann Petalas and Glenn Leon; Prob Officer: Michael Penders and Renee Moses Gregory) (hsj, ) (Entered: 10/03/2006) |
| 09/22/2006 | 448 | TRANSCRIPT of Motion Hearing Proceedings as to JASMINE BELL, NEWETT VINCENT FORD before Judge Richard W. Roberts held on May 30, 2006. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/25/2006) |
| 09/22/2006 | 449 | TRANSCRIPT of Status Call Proceedings as to NEWETT VINCENT FORD before Judge Richard W. Roberts held on 5/15/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/25/2006) |
| 09/22/2006 | 450 | TRANSCRIPT of Status Call Proceedings as to JASMINE BELL before Judge Richard W. Roberts held on 5/10/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/25/2006) |
| 09/22/2006 | 451 | TRANSCRIPT of Status Call Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE before Judge Richard W. Roberts held on 4/28/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/25/2006) |
| 09/22/2006 | 452 | TRANSCRIPT of Motion Hearing Proceedings as to MARCUS SMITH before Judge Richard W. Roberts held on 6/23/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/25/2006) |
| 09/25/2006 | 453 | MOTION for Reconsideration re 446 Order, Set Hearings by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(Petalas, Ann) (Entered: 09/25/2006) |

| 09/25/2006 | 454 | NOTICE OF INTENT TO SEEK THE DEATH PENALTY as to ANTWUAN BALL (Petalas, Ann) (Entered: 09/25/2006) |
| 09/25/2006 | 455 | NOTICE OF INTENT TO SEEK THE DEATH PENALTY as to DAVID WILSON (Petalas, Ann) (Entered: 09/25/2006) |
| 09/28/2006 | 458 | TRANSCRIPT of Proceedings as to PHILLIP WALLACE before Magistrate Judge John M. Facciola held on March 30, 2005 Court Reporter: Pro-Typists, Inc. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 09/29/2006) |
| 09/29/2006 | 456 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to NEWETT VINCENT FORD (lin, ) (Entered: 09/29/2006) |
| 09/29/2006 | 457 | Receipt and Acknowledgment of Presentence Investigation Report by NEWETT VINCENT FORD. (lin, ) (Entered: 09/29/2006) |
| 09/29/2006 | 459 | NOTICE OF APPEAL - Final Judgment by NEWETT VINCENT FORD re Sentencing imposed on 9/20/06 and entered on 10/3/06. Appeal reference NEWETT VINCENT FORD count(s) 1rss, 2rss, 3rss. Counsel and defendant notified. Docketing Statement received. Filing fee $455. Fee Status: No Fee Paid, CJA. (hsj, ) (Entered: 10/03/2006) |
| 10/03/2006 | | Transmission of Notice of Appeal and Docket Sheet as to NEWETT VINCENT FORD to US Court of Appeals re 459 Notice of Appeal - Final Judgment. (hsj, ) (Entered: 10/03/2006) |
| 10/05/2006 | 463 | JUDGMENT as to NEWETT VINCENT FORD. Signed by Judge Richard W. Roberts on 10/4/06. (mlp) (Entered: 10/06/2006) |
| 10/05/2006 | 464 | TRANSCRIPT of Bond Review Proceedings as to DANIEL COLLINS before Judge Richard W. Roberts held on 5/5/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/06/2006) |
| 10/05/2006 | 465 | TRANSCRIPT of Bond Review Proceedings as to JOSEPH JONES before Judge Richard W. Roberts held on 5/26/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/06/2006) |
| 10/05/2006 | 466 | TRANSCRIPT of Motion Hearing Proceedings as to JASMINE BELL before Judge Richard W. Roberts held on 6/20/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/06/2006) |
| 10/05/2006 | 467 | ORDER as to DANIEL COLLINS excluding speedy trial between 9/13/06 and 11/27/06 in the interest of justice (X-T). Signed by Judge Richard W. Roberts on 10/4/06. (lin, ) Modified on 10/10/2006 (zlin, ). (Entered: 10/06/2006) |
| 10/05/2006 | 468 | PRETRIAL ORDER as to DANIEL COLLINS Signed by Judge Richard W. Roberts on 10/4/06. (lin, ) Modified on 10/10/2006 (zlin, ). (Entered: 10/06/2006) |
| 10/06/2006 | 469 | Memorandum in Opposition by DAVID WILSON re 453 MOTION for Reconsideration (Wicks, Jenifer) (Entered: 10/06/2006) |
| 10/06/2006 | 470 | MOTION to Strike 455 GOVERNMENT'S NOTICE OF INTENT TO SEEK THE DEATH PENALTY by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 10/10/2006 (tnr, ). (Entered: 10/06/2006) |
| 10/06/2006 | 471 | MOTION for Leave to Join IN ARGUMENT MADE IN CODEFENDANT 472 ANTWUAN BALL'S MEMORANDUM IN OPPOSITION TO GOVERNMENT'S MOTION FOR RECONSIDERATION by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 10/10/2006 (tnr, ). (Entered: 10/06/2006) |
| 10/06/2006 | 483 | CJA 20 as to DESMOND THURSTON: Appointment of Attorney Jonathan Seth Zucker for DESMOND THURSTON. Signed by Judge Richard W. Roberts on 10/06/06, nunc pro tunc to 7/7/06. (mlp) (Entered: 10/11/2006) |
| 10/07/2006 | 472 | Memorandum in Opposition by ANTWUAN BALL re 453 MOTION for Reconsideration (Tabackman, Steven) (Entered: 10/07/2006) |
| 10/08/2006 | 473 | First MOTION for 404(b) Evidence by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 10/08/2006) |
| 10/08/2006 | 474 | MOTION for Leave to Join Defendant David Wilson's Motion to Strike Death Penalty Notice and Opposition to Government's Motion for Reconsideration by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 10/08/2006) |
| 10/08/2006 | 475 | MOTION for Disclosure of Notice of Intent to Use Suppressible Evidence Under Rule 12 (b)(4)(B) |

by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 10/08/2006)

| 10/08/2006 | 476 | MOTION for Disclosure of Rule 1006 Summaries by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 10/08/2006) |
| 10/08/2006 | 477 | MOTION for Discovery of Electronic Surveillance by ANTWUAN BALL. (Attachments: # 1) (Carney, John) (Entered: 10/08/2006) |
| 10/08/2006 | 478 | MOTION for Disclosure of Impeaching Evidence by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 10/08/2006) |
| 10/09/2006 | 480 | NOTICE of Filing by DAVID WILSON (Attachments: # 1 Appendix Discovery Letter 3# 2 Appendix Discovery Letter 4)(Wicks, Jenifer) (Entered: 10/09/2006) |
| 10/10/2006 | 479 | MOTION for Leave to Adopt, Join and Conform to Motions 473 , 474 , 475 , 476 , 477 and 478 filed by Codefendant Antwuan Ball by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(tnr, ) (Entered: 10/10/2006) |
| 10/11/2006 | 481 | REPLY in Support by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 453 MOTION for Reconsideration Reply to Defendant Antwaun Ball's and Defendant David Wilson's Opposition to Government's Motion for Reconsideration (Leon, Glenn) (Entered: 10/11/2006) |
| 10/11/2006 | 482 | ORDER denying 447 Motion to Continue as to PHILLIP WALLACE (14)Signed by Judge Richard W. Roberts on 10/5/06. (lin, ) (Entered: 10/11/2006) |
| 10/11/2006 | 489 | USCA Case Number as to NEWETT VINCENT FORD 06-3150 for 459 Notice of Appeal - Final Judgment, filed by NEWETT VINCENT FORD. (hsj, ) (Entered: 10/12/2006) |
| 10/12/2006 | 484 | MOTION to Dismiss allegations predating 11/28/00 by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 10/13/2006 (mlp) (Entered: 10/12/2006) |
| 10/12/2006 | 485 | MOTION for discovery by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 10/13/2006 (mlp) (Entered: 10/12/2006) |
| 10/12/2006 | 486 | MOTION for 404(b) Evidence by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order) (Martin, Anthony) Modified on 10/13/2006 (mlp) (Entered: 10/12/2006) |
| 10/12/2006 | 487 | MOTION for Leave to Join Motions filed by Co-Defendants by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 10/13/2006 (mlp) (Entered: 10/12/2006) |
| 10/12/2006 | 488 | ENTERED IN ERROR.....MOTION to Sever Defendant by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 10/13/2006 (mlp) Modified on 10/13/2006 (mlp) (Entered: 10/12/2006) |
| 10/12/2006 | 490 | MOTION to Dismiss Superseding Indictment by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 10/13/2006 (mlp) (Entered: 10/12/2006) |
| 10/13/2006 | 491 | MOTION for Transfer to C.T.F. for Medical Treatment by JOSEPH JONES. (Attachments: # 1) (Martin, Anthony) Modified on 10/16/2006 (cp, ). (Entered: 10/13/2006) |
| 10/13/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to JOSEPH JONES re 488 MOTION to Sever Defendant was entered in error and counsel will refile said pleading with a correct title on the document. (mlp) (Entered: 10/13/2006) |
| 10/13/2006 | 492 | MOTION for Order directing the D.C. Jail to provide defendant with a nutritional lunch during the trial by JOSEPH JONES. (Attachments: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 10/16/2006 (cp, ). (Entered: 10/13/2006) |
| 10/13/2006 | 493 | MOTION for weekly haircut by JOSEPH JONES. (Attachments: # 1 Text of Proposed Order) (Martin, Anthony) Modified on 10/16/2006 (cp, ). (Entered: 10/13/2006) |
| 10/13/2006 | 494 | MOTION to Sever Count(s) by JOSEPH JONES. (Attachments: # 1 Text of Proposed Order) (Martin, Anthony) (Entered: 10/13/2006) |
| 10/13/2006 | 495 | MOTION for 404(b) Evidence by JOSEPH JONES. (Attachments: # 1 Text of Proposed Order) (Martin, Anthony) (Entered: 10/13/2006) |
| 10/13/2006 | 496 | NOTICE by JOSEPH JONES (Martin, Anthony) (Entered: 10/13/2006) |
| 10/16/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to DANIEL COLLINS held on 10/16/2006 Status Conference set for 10/20/2006 12:00 PM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: defendant committed; commitment issued; Court Reporter: Rebecca Stonestreet Defense Attorney: Mitchell Baer; US Attorney: Glenn Leon; (lin, ) (Entered: 10/17/2006) |
| 10/17/2006 | 499 | TRANSCRIPT of Status Call Proceedings as to DANIEL COLLINS before Judge Richard W. Roberts |

held on 5/31/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/18/2006)

| 10/17/2006 | 500 | TRANSCRIPT of Motion Hearing Proceedings as to DANIEL COLLINS before Judge Richard W. Roberts held on 6/22/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/18/2006) |
| 10/18/2006 | 498 | MEMORANDUM ORDER denying 453 Motion for Reconsideration (17)Signed by Judge Richard W. Roberts on 10/17/06. (lin, ) (Entered: 10/18/2006) |
| 10/19/2006 | 501 | CORRECTED MEMORANDUM ORDER as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 453 MOTION for Reconsideration filed by USA; denying the motion. Signed by Judge Richard W. Roberts on 10/19/06. (mlp) (Entered: 10/19/2006) |
| 10/20/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to DANIEL COLLINS held on 10/20/2006 Bond Status of Defendant: defendant committed; commitment issued; Court Reporter: Scott Wallace; Defense Attorney: Mitchell Baer; US Attorney: Ann Petalas. (lin, ) (Entered: 10/23/2006) |
| 10/20/2006 | 509 | CJA 24 as to NEWETT VINCENT FORD: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of motions hearing and trial on 5/30/06, 6/12/06-6/15/06. Special Authorizations: prosecution opening statement, defense argument and prosecution rebuttal. Signed by Judge Richard W. Roberts on 10/20/06. (mlp) Modified on 11/7/2006 (mlp) (Entered: 11/07/2006) |
| 10/24/2006 | 502 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Miller Reporting Co. for Transcripts of Trial Proceedings in CR 02-479-RWR held on 1/15/04, 1/20/04, 1/21/04, 1/29/04, and 2/10/04. Signed by Judge Richard W. Roberts on 10/24/06. (mlp) (Entered: 10/24/2006) |
| 10/24/2006 | 503 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Trial Proceedings in CR 02-479-RWR held on 1/14/04, 1/16/04, 1/22/04, 1/23/04, 1/27/04, 1/28/04, 1/29/04, 1/30/04, 2/2/04 through 2/6/04. Signed by Judge Richard W. Roberts on 10/24/06. (mlp) Modified on 10/25/2006 (mlp) (Entered: 10/24/2006) |
| 10/27/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 10/27/2006 Jury Trial set for 2/13/2007 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Joint pretrial materials due by 2/5/07; Proposed juror questionaire due by 11/27/06; Defendants #s 1, 2, 16 and 17 to oppose the Government's motions and file any new motions by 11/27/06; Government to respond by 12/11/06; Motion Hearing set for 12/18/06 at 9:30 a.m.; Defendants #s 3 and 13 to oppose the Government's motions and file any new motions by 12/29/06; Government to respond by 1/16/07; Motion Hearing set for 1/22/07 at 9:30 a.m.; Hearing re: representation of defendants #s 1, 2 and 17 to be held on 11/6/06 at 12:30 p.m.; (Defendants waive presence at this hearing.)Bond Status of Defendants: All defendants committed; commitments issued; Court Reporter: Scott Wallace Defense Attorney: John Carney, Steven Tabackman, Jenifer Wicks, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, William Purpura, Eduardo Balerezo; US Attorney: Glenn Leon, Ann Petalas; (lin, ) (Entered: 10/27/2006) |
| 10/27/2006 | | Set/Reset Deadlines/Hearings as to ANTWUAN BALL, DAVID WILSON, DOMINIC SAMUELS: Hearing set for 11/6/2006 12:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 10/27/2006) |
| 10/27/2006 | | Set/Reset Deadlines/Hearings as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS: Motions due by 11/27/2006. Responses due by 12/11/2006 Evidentiary Hearing set for 12/18/2006 09:30 AM before Judge Richard W. Roberts. (lin, ) (Entered: 10/27/2006) |
| 10/27/2006 | | Set/Reset Deadlines/Hearings as to GREGORY BELL, DESMOND THURSTON: Motions due by 12/29/2006. Responses due by 1/16/2007 Evidentiary Hearing set for 1/22/2007 09:30 AM before Judge Richard W. Roberts. (lin, ) (Entered: 10/27/2006) |
| 10/31/2006 | 504 | SENTENCING MEMORANDUM by MARCUS SMITH (Woll, David) (Entered: 10/31/2006) |
| 11/01/2006 | 511 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of all codefendants matters on 11/30/05, 1/24/06 and 4/28/06. Signed by Judge Richard W. Roberts on 11/1/06. (mlp) (Entered: 11/07/2006) |
| 11/02/2006 | 505 | PRETRIAL ORDER as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Signed by Judge Richard W. Roberts on 10/31/06. (lin, ) (Entered: 11/02/2006) |

0075

| 11/03/2006 | 506 | SENTENCING MEMORANDUM by USA as to LUCIOUS FOWLER (Leon, Glenn) (Entered: 11/03/2006) |
| 11/03/2006 | 507 | SENTENCING MEMORANDUM by USA as to MARCUS SMITH (Leon, Glenn) (Entered: 11/03/2006) |
| 11/03/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Plea Agreement Hearing as to DANIEL COLLINS held on 11/3/2006. Plea of not guilty withdrawn as to Count 2s. Plea of guilty entered on Count 2s. Defendant referred for presentence investigation report. Sentencing Memoranda due by 1/8/2007. Sentencing set for 1/16/2007 09:45 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace; Defense Attorney: Mitchell Baer; US Attorney: Glenn Leon. (mlp) (Entered: 11/08/2006) |
| 11/03/2006 | 512 | PLEA AGREEMENT as to DANIEL COLLINS. (mlp) (Entered: 11/08/2006) |
| 11/03/2006 | 513 | WAIVER of Right to Trial by Jury as to DANIEL COLLINS. Approved by Judge Richard W. Roberts on 11/3/06. (mlp) (Entered: 11/08/2006) |
| 11/06/2006 | 508 | SENTENCING MEMORANDUM by RAYMOND BELL (Conte, Joseph) (Entered: 11/06/2006) |
| 11/06/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Hearing as to ANTWUAN BALL, DAVID WILSON, DOMINIC SAMUELS held on 11/6/2006; Request of defendants to allow 2 counsel to represent each defendant granted; Bond Status of Defendant: All defendants waived presence; Court Reporter: Edward Hawkins; Defense Attorney: Steven Tabackman, John Carney, Cynthia Katkish, Jenifer Wicks, Eduardo Balerezo, William Purpura; US Attorney: Glenn Leon; (zlin, ) (Entered: 11/06/2006) |
| 11/07/2006 | 510 | Transmitted Supplemental Record on Appeal, consisting of copy of CJA 24 voucher ordering transcripts, to USCA as to NEWETT VINCENT FORD re 459 Notice of Appeal - Final Judgment. (mlp) (Entered: 11/07/2006) |
| 11/08/2006 | 514 | MOTION for Extension of Time to File Sentencing Memorandum by PHILLIP WALLACE. (Attachment: # 1 Text of Proposed Order)(Heslep, Thomas) Modified on 11/9/2006 (mlp) (Entered: 11/08/2006) |
| 11/08/2006 | 515 | SENTENCING MEMORANDUM by GERALD BAILEY (Slaight, Joanne) (Entered: 11/08/2006) |
| 11/08/2006 | 516 | ENTERED IN ERROR.....SENTENCING MEMORANDUM by USA as to GREGORY BELL (Leon, Glenn) Modified on 11/9/2006 (mlp) (Entered: 11/08/2006) |
| 11/08/2006 | 517 | SENTENCING MEMORANDUM by USA as to PHILLIP WALLACE (Leon, Glenn) (Entered: 11/08/2006) |
| 11/08/2006 | 518 | ENTERED IN ERROR.....JOINT MOTION Emergency Review and Modification of Conditions of Detention by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) Modified on 11/9/2006 (mlp) (Entered: 11/08/2006) |
| 11/09/2006 | 519 | SENTENCING MEMORANDUM by USA as to GERALD BAILEY (Leon, Glenn) (Entered: 11/09/2006) |
| 11/09/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to GREGORY BELL re 516 Sentencing Memorandum was entered in error and counsel will refile the document and link it to the correct defendant (Gerald Bailey). (mlp) (Entered: 11/09/2006) |
| 11/09/2006 | 520 | Emergency MOTION for Review and Modification of Conditions of Detention by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Katkish, Cynthia) Modified on 11/13/2006 (mlp) (Entered: 11/09/2006) |
| 11/09/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL re 518 JOINT MOTION Emergency Review and Modification of Conditions of Detention was entered in error and counsel was instructed to refile said pleading and link it to two defendants, Antwuan Ball and David Wilson, or file individual motions for these defendants. (mlp) (Entered: 11/09/2006) |
| 11/09/2006 | 521 | EMERGENCY MOTION for Review and Modification of Conditions of Release by ANTWUAN BALL. (Attachment: # 1 Text of Proposed Order)(mlp) (Entered: 11/09/2006) |
| 11/09/2006 | 522 | MOTION to Continue Sentencing Hearing by LUCIOUS FOWLER. (Attachments: # 1 Text of Proposed Order)(Clennon, Cary) (Entered: 11/09/2006) |
| 11/10/2006 | 523 | MOTION for Leave to Join motions of codefendants by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 11/10/2006) |
| 11/13/2006 | 524 | ENTERED IN ERROR.....SENTENCING MEMORANDUM by USA as to MARCUS SMITH (Leon, Glenn) Modified on 11/14/2006 (mlp) (Entered: 11/13/2006) |
| 11/13/2006 | 525 | ENTERED IN ERROR.....SENTENCING MEMORANDUM by USA as to LUCIOUS FOWLER (Leon, |

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 86 of 500

| | | |
|---|---|---|
| | | Glenn) Modified on 11/14/2006 (mlp) (Entered: 11/13/2006) |
| 11/13/2006 | 526 | SENTENCING MEMORANDUM by PHILLIP WALLACE (Heslep, Thomas) (Entered: 11/13/2006) |
| 11/13/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Sentencing held on 11/13/2006 as to MARCUS SMITH (12). Counts 1, 1s, 1ss, 2s, 3ss-49ss, 48s, 57, 57s, 57ss, 68, 82ss-89ss, 89s are dismissed on oral motion of the U.S.A. Count 2ss: sentenced to One Hundred Twenty-One (121) months incarceration, followed by Sixty (60) months supervised release. A $100.00 special assessment is imposed. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace; Defense Attorney: David Woll; US Attorneys: Glenn Leon and Ann Petalas; Prob Officer: Michael Penders; Witnesses: William Truesdale, Sr., Atrlin Larry Lee and Antoine McKee. (mlp) (Entered: 11/14/2006) |
| 11/13/2006 | 529 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to MARCUS SMITH. (mlp) (Entered: 11/14/2006) |
| 11/13/2006 | 530 | Receipt and Acknowledgment of Presentence Investigation Report by MARCUS SMITH. (mlp) (Entered: 11/14/2006) |
| 11/13/2006 | 531 | TRANSCRIPT of Proceedings as to GERALD BAILEY, JASMINE BELL, RAYMOND BELL, LUCIOUS FOWLER, MARCUS SMITH, PHILLIP WALLACE before Judge Richard W. Roberts held on 8/4/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 11/14/2006) |
| 11/13/2006 | 535 | ORDER granting 522 Defendant's Motion to Continue Sentencing Hearing as to LUCIOUS FOWLER (10). Ordered that the sentencing hearing on 11/13/06 is vacated. The sentencing hearing in this matter will be conducted on 11/15/06 @ 9:15 a.m.Signed by Judge Richard W. Roberts on 11/9/06. (mm) . Modified on 11/22/2006 (mlp) (Entered: 11/15/2006) |
| 11/13/2006 | | Set Hearing as to LUCIOUS FOWLER: Sentencing set for 11/15/2006 @ 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (mm) (Entered: 11/15/2006) |
| 11/14/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to LUCIOUS FOWLER, MARCUS SMITH re 524 Sentencing Memorandum, 525 Sentencing Memorandum were entered in error and counsel was instructed to refile said pleadings as Motions for Guidelines Credit. (mlp) (Entered: 11/14/2006) |
| 11/14/2006 | 532 | ENTERED IN ERROR.....RESPONSE by USA as to ANTWAN BALL, DAVID WILSON re 520 Emergency MOTION for Bond, 521 MOTION to Modify Conditions of Release Government's Response to Defendants' Joint Emergency Motion For Review and Modification of Conditions of Detention (Leon, Glenn) Modified on 11/14/2006 (mlp) (Entered: 11/14/2006) |
| 11/14/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, U.S.A.'s Response re 520 Emergency MOTION for Bond and 521 MOTION to Modify Conditions of Release was entered in error and counsel will refile a revised version of said pleading. (mlp ) (Entered: 11/14/2006) |
| 11/14/2006 | 533 | RESPONSE by USA as to ANTWUAN BALL, DAVID WILSON re 520 Emergency MOTION for Bond, 521 MOTION to Modify Conditions of Release Government's Response to Defendants' Joint Emergency Motion For Review and Modification of Conditions of Detention (Leon, Glenn) (Entered: 11/14/2006) |
| 11/14/2006 | 534 | MOTION to Suppress Identification Testimony and Supporting Memorandum by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 11/14/2006) |
| 11/15/2006 | 536 | REPLY TO OPPOSITION to Motion by DAVID WILSON re 520 Emergency MOTION for Bond (Katkish, Cynthia) (Entered: 11/15/2006) |
| 11/15/2006 | 537 | MOTION Government's Motion for Guidelines Credit by USA as to GERALD BAILEY. (Leon, Glenn) (Entered: 11/15/2006) |
| 11/15/2006 | 538 | MOTION Government's Motion for Guidelines Credit by USA as to PHILLIP WALLACE. (Leon, Glenn) (Entered: 11/15/2006) |
| 11/15/2006 | 539 | MOTION Government's Motion for Guidelines Credit by USA as to JASMINE BELL. (Leon, Glenn) (Entered: 11/15/2006) |
| 11/15/2006 | 540 | MOTION Government's Motion for Guidelines Credit by USA as to RAYMOND BELL. (Leon, Glenn) (Entered: 11/15/2006) |
| 11/15/2006 | 541 | MOTION Government's Motion for Guidelines Credit by USA as to LUCIOUS FOWLER. (Leon, Glenn) (Entered: 11/15/2006) |
| 11/15/2006 | 542 | MOTION Government's Motion for Guidelines Credit by USA as to MARCUS SMITH. (Leon, Glenn) (Entered: 11/15/2006) |
| 11/16/2006 | 543 | MOTION in Limine as to expert testimony by ANTWUAN BALL. (Attachments: # 1 Text of |

0077

Proposed Order)(Carney, John) (Entered: 11/16/2006)

| 11/16/2006 | 544 | SUPERSEDING INDICTMENT as to ANTWUAN BALL (1) counts 1sss, 2sss, 8sss, 22sss, 29sss, 30sss, 47sss, 48sss, 54sss, 58sss; DAVID WILSON (2) counts 1sss, 2sss, 3sss-4sss, 6sss-7sss, 11sss, 16sss, 18sss, 19sss-21sss, 31sss, 32sss, 33sss, 34sss, 35sss, 36sss, 47sss, 48sss, 49sss, 54sss, 55sss; GREGORY BELL (3) counts 1sss, 2sss, 5sss, 9sss, 12sss-13sss, 15sss, 25sss, 26sss-27sss, 28sss, 56sss-57sss; DESMOND THURSTON (13) counts 1sss, 2sss, 3sss, 11sss, 17sss, 24sss, 41sss, 42sss, 43sss, 44sss, 45sss, 46sss, 51sss-53sss; JOSEPH JONES (16) counts 1ss, 2ss, 10ss, 14ss, 39ss, 40ss; DOMINIC SAMUELS (17) counts 1ss, 2ss, 23ss, 37ss, 38ss, 50ss. (RICO FORFEITURE) (mlp) (Entered: 11/17/2006) |
| --- | --- | --- |
| 11/17/2006 | 546 | NOTICE of Filing by DAVID WILSON (Attachments: # 1 Exhibit Discovery Letter 11/17/2006) (Wicks, Jenifer) (Entered: 11/17/2006) |
| 11/17/2006 | 555 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to GERALD BAILEY. (tnr, ) (Entered: 11/21/2006) |
| 11/17/2006 | 556 | Receipt and Acknowledgment of Presentence Investigation Report with inaccuracies by GERALD BAILEY. (tnr, ) (Entered: 11/21/2006) |
| 11/17/2006 | 557 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to PHILLIP WALLACE. (tnr, ) (Entered: 11/21/2006) |
| 11/17/2006 | 558 | Receipt and Acknowledgment of Presentence Investigation Report and inaccuracies by PHILLIP WALLACE. (tnr, ) (Entered: 11/21/2006) |
| 11/17/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Sentencing held on 11/17/2006 as to PHILLIP WALLACE (14). Counts 1, 24, 58, 1s, 2s, 19s, 49s, 1ss and 3ss-49ss: Dismissed by Oral Motion of Government; Count 2ss: Defendant sentenced to seventy-five (75) months imprisonment followed by sixty (60) months of Supervised Release, Special Assessment of $100.00 imposed. Bond Status of Defendant: Defendant Committed; Commitment Issued. (Court Reporter: Scott Wallace;Defense Attorney: Thomas Heslep; US Attorney: Glenn Leon and Ann Petalas; Prob Officer: Michael Penders) (tnr, ) (Entered: 11/21/2006) |
| 11/17/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Sentencing held on 11/17/2006 as to GERALD BAILEY (6). Counts 1, 23, 35, 51, 1s, 2s, 18s, 28s, 46s, 1ss and 3ss-49ss: Dismissed by Oral Motion of Government. Count 2ss: Defendant sentenced to fifty-one (51) months imprisonment followed by sixty (60) months of Supervised Release; Special Assessment of $100.00 imposed. Defendant to voluntarily surrender for service of sentence. Bond Status of Defendant: Defendant remains on Personal Recognizance. (Court Reporter: Scott Wallace; Defense Attorney: Joanne Slaight; US Attorney: Glenn Leon and Ann Petalas; Prob Officer: Michael Penders) (tnr, ) (Entered: 11/21/2006) |
| 11/18/2006 | 547 | MOTION to Suppress Statements and Supporting Memorandum by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 11/18/2006) |
| 11/20/2006 | 548 | NOTICE of Filing by DAVID WILSON (Attachments: # 1 Exhibit Discovery Letter #6)(Wicks, Jenifer) (Entered: 11/20/2006) |
| 11/20/2006 | | NOTICE OF HEARING as to LUCIOUS FOWLER Sentencing reset for 11/22/2006 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 11/20/2006) |
| 11/20/2006 | 549 | MOTION to Suppress Identification by DOMINIC SAMUELS. (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(Balarezo, A.) (Entered: 11/20/2006) |
| 11/20/2006 | 550 | MOTION for Bill of Particulars by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 11/20/2006) |
| 11/20/2006 | 551 | MOTION to Adopt and Conform to Codefendants' Motions by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 11/20/2006) |
| 11/20/2006 | 552 | MOTION to Sever Count(s) by DOMINIC SAMUELS. (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(Balarezo, A.) (Entered: 11/20/2006) |
| 11/20/2006 | 553 | MOTION to Suppress Statements by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 11/20/2006) |
| 11/20/2006 | 554 | Memorandum in Opposition by DOMINIC SAMUELS re 284 MOTION for 404(b) Evidence (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 11/20/2006) |
| 11/21/2006 | 559 | SENTENCING MEMORANDUM by USA as to RAYMOND BELL (Leon, Glenn) (Entered: 11/21/2006) |
| 11/21/2006 | 560 | SENTENCING MEMORANDUM by USA as to JASMINE BELL (Leon, Glenn) (Entered: 11/21/2006) |
| 11/21/2006 | 563 | Receipt and Acknowledgment of Supplemental Record on Appeal as to NEWETT VINCENT FORD re 459 Notice of Appeal. Appeal Case Number: 06-3150. Receipt of document: copy of CJA 24 |

USCA Case #11-3031     Document #1445852          Filed: 07/10/2013     Page 88 of 500

| | | |
|---|---|---|
| | | voucher ordering transcripts. (USCA No. 06-3150) (mlp) (Entered: 11/22/2006) |
| 11/22/2006 | 561 | Consent MOTION for Extension of Time to File Sentencing Memorandum by LUCIOUS FOWLER. (Attachments: # 1 Text of Proposed Order # 2 Sentencing Memorandum)(Clennon, Cary) (Entered: 11/22/2006) |
| 11/22/2006 | 562 | NOTICE of Filing by DAVID WILSON (Attachments: # 1 Exhibit Discovery Letter #7)(Wicks, Jenifer) (Entered: 11/22/2006) |
| 11/22/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Sentencing held on 11/22/2006 as to LUCIOUS FOWLER (10). Counts 1, 1s, 1ss, 21s, 23s, 26, 26s, 28, 2s, 30s, 33, 37, 3ss-49ss, 40s, 45 are dismissed by the Court. Count 2ss: sentenced to One Hundred Forty-One (141) months incarceration with all but Six (6) months to run consecutively to any other unexpired term of incarceration currently being served. A Sixty (60) month term of supervised release is imposed. A $100.00 special assessment is imposed. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace Defense Attorney: Cary Clennon; US Attorney: Ann Petalas; Prob Officer: Michael Penders. (mlp) (Entered: 11/27/2006) |
| 11/22/2006 | 568 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to LUCIOUS FOWLER. (mlp) (Entered: 11/27/2006) |
| 11/22/2006 | 569 | Receipt and Acknowledgment of Presentence Investigation Report by LUCIOUS FOWLER. (mlp) (Entered: 11/27/2006) |
| 11/23/2006 | 565 | NOTICE of Supplement by ANTWUAN BALL re 534 MOTION to Suppress Identification Testimony and Supporting Memorandum (Carney, John) (Entered: 11/23/2006) |
| 11/23/2006 | 566 | MOTION for Joinder in Motion of codefendant Dominic Samuels for a Bill of Particulars by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 11/23/2006) |
| 11/23/2006 | 567 | Unopposed MOTION for Extension of Time to File Defendant's Sentencing Memorandum by JASMINE BELL. (Attachments: # 1Text of Proposed Order)(Beshouri, Joseph) (Entered: 11/23/2006) |
| 11/27/2006 | 570 | Supplemental MOTION for 404(b) Evidence Government's Supplemental Notice and Motion to Admit Evidence of Other Crimes by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Leon, Glenn) (Entered: 11/27/2006) |
| 11/27/2006 | 571 | SUPPLEMENT by DAVID WILSON re 479 MOTION for Leave to Join to Adopt, Join and Conform to Motions filed by Codefendant Antwuan Ball , Dominic Samuels and Joseph Jones (Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 572 | NOTICE Concerning Defense Exhibits by DAVID WILSON (Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 573 | Memorandum in Opposition by DAVID WILSON re 284 MOTION for 404(b) Evidence (Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 574 | MOTION for Bill of Particulars by DAVID WILSON. (Attachments: # 1 Text of Proposed Order) (Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 575 | MOTION in Limine to Preclude Hearsay from Coconspirators by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 576 | ENTERED IN ERROR.....MOTION to Exclude Evidence and Dismiss Counts Related to Prior Acquitted Conduct by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 11/28/2006 (mlp) (Entered: 11/27/2006) |
| 11/27/2006 | 577 | MOTION in Limine to Exclude "Congress Park Crew" Listing Recovered from Bell Residence by DAVID WILSON. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 578 | MOTION for Disclosure of Statements and/or Grand Jury Testimony from Coconspirators whom the Government does not intent to call as a witness at trial or whom the Government is unable to call as a Witness by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 579 | ENTERED IN ERROR.....NOTICE of Filing of Proposed Order by DAVID WILSON re 578 MOTION for Disclosure of Statements and/or Grand Jury Testimony from Coconspirators whom the Government does not intent to call as a witness at trial or whom the Government is unable to call as a Witness (Wicks, Jenifer) Modified on 11/28/2006 (mlp) (Entered: 11/27/2006) |
| 11/27/2006 | 580 | MOTION to Dismiss Counts/Overt Acts or in the Alternative Compel Discovery by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 11/28/2006 |

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 89 of 500

(mlp) (Entered: 11/27/2006)

| | | |
|---|---|---|
| 11/27/2006 | 581 | ENTERED IN ERROR.....MOTION to Exclude Cooperating Witness Testimony and Request for Reliability Hearing by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 11/28/2006 (mlp) (Entered: 11/27/2006) |
| 11/27/2006 | 582 | ENTERED IN ERROR.....MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this Case by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 11/28/2006 (mlp) (Entered: 11/27/2006) |
| 11/27/2006 | 583 | ENTERED IN ERROR.....MOTION to Suppress Identification Evidence by DAVID WILSON. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1 - Affidvit in Support of Arrest Warrant) (Wicks, Jenifer) Modified on 11/28/2006 (mlp) (Entered: 11/27/2006) |
| 11/27/2006 | 584 | MOTION for Order Directing the Government to Provide Brady/Giglio/Jencks material including impeachment evidence as to all hearsay declarants by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 585 | MOTION in Limine to Preclude the Admission of Clothing Evidence by DAVID WILSON. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 586 | ENTERED IN ERROR.....MOTION to Compel Discovery on Expert Testimony by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 11/28/2006 (mlp) (Entered: 11/27/2006) |
| 11/27/2006 | 587 | MOTION to Compel Production of 10-day Wiretap Reports by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 588 | MOTION in Limine to Preclude Testimony on Witness's Certainty of Identification by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 589 | MOTION to Strike Racketeering Count and Acts from the Indictment by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 590 | MOTION to Compel Election by the Government of its Proceeding Under Count One or Two Based on Multipicitous Charging of Offenses by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 591 | MOTION for Declaration of Presentation Order by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 592 | ENTERED IN ERROR.....MOTION to Suppress Tangible Evidence (4/16/2004 Seizure) by DAVID WILSON. (Attachments: # 1 Exhibit 1 - Affidavit in Support of Search Warrant# 2 Text of Proposed Order)(Wicks, Jenifer) Modified on 11/28/2006 (mlp) (Entered: 11/27/2006) |
| 11/27/2006 | 593 | MOTION to Sever Defendant or in the alternative Exclude Prejudicial Evidence by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 594 | MOTION to Dismiss Count s for Violation of Statute of Limitations by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 595 | MOTION to Suppress Evidence Seized in 2000 and 2001 by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2006) |
| 11/27/2006 | 596 | MOTION to Suppress Wiretap Communications by DAVID WILSON. (Attachments: # 1 Affidavit # 2 Text of Proposed Order)(Wicks, Jenifer) Modified on 11/28/2006 (mlp) (Entered: 11/27/2006) |
| 11/27/2006 | 597 | MOTION for Joinder of Motions of Codefendant Wilson by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 11/27/2006) |
| 11/27/2006 | 598 | Supplemental MOTION to Adopt and Conform to CoDefendant Motions by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 11/27/2006) |
| 11/27/2006 | 599 | MOTION for Disclosure of Identity of Informant and Supporting Memorandum by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 11/27/2006) |
| 11/27/2006 | 600 | MOTION for Joinder of motions of Wilson by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 11/27/2006) |
| 11/28/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DAVID WILSON re 576 MOTION to Exclude Evidence and Dismiss Counts Related to Prior Acquitted Conduct, 592 MOTION to Suppress Tangible Evidence (4/16/2004 Seizure), 583 MOTION to Suppress Identification Evidence, 582 MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this Case, 581 MOTION to Exclude Cooperating Witness Tetsimony and Request for Reliability Hearing, 586 MOTION to Compel Discovery on Expert Testimony were entered in error and counsel was instructed to refile said pleadings with the correct case number. (mlp) |

|            |     | Modified on 11/28/2006 (mlp) (Entered: 11/28/2006) |
|------------|-----|----|
| 11/28/2006 | 601 | MOTION to Exclude Evidence and Dismiss Counts Related to Prior Acquitted Conduct by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/28/2006) |
| 11/28/2006 | 602 | JUDGMENT as to GERALD BAILEY. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 11/27/06. (mlp) (Entered: 11/28/2006) |
| 11/28/2006 | 603 | MOTION to Exclude Cooperating Witness Testimony and Request for Reliability Hearing by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/28/2006) |
| 11/28/2006 | 604 | MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this case by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/28/2006) |
| 11/28/2006 | 605 | MOTION to Suppress Identification Evidence by DAVID WILSON. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/28/2006) |
| 11/28/2006 | 606 | MOTION to Compel Discovery on Expert Testimony by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/28/2006) |
| 11/28/2006 | 607 | MOTION to Suppress Tangible Evidence (4/16/2004 Seizure) by DAVID WILSON. (Attachments: # 1 Exhibit 1 - Affidavit in Support of Search Warrant# 2 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/28/2006) |
| 11/28/2006 | 608 | ENTERED IN ERROR.....MOTION for Extension of Time to File Response/Reply as to 284 MOTION for 404(b) Evidence by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 11/29/2006 (mlp) (Entered: 11/28/2006) |
| 11/28/2006 | 609 | ENTERED IN ERROR.....RESPONSE by JOSEPH JONES re 284 MOTION for 404(b) Evidence (Attachments: # 1)(Martin, Anthony) Modified on 11/29/2006 (mlp) (Entered: 11/28/2006) |
| 11/28/2006 | 610 | JUDGMENT as to MARCUS SMITH. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 11/27/06. (mlp) (Entered: 11/28/2006) |
| 11/28/2006 | 611 | JUDGMENT as to PHILLIP WALLACE. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 11/27/06. (mlp) (Entered: 11/28/2006) |
| 11/28/2006 | 612 | ENTERED IN ERROR.....MOTION to Amend/Correct 597 MOTION for Joinder of Motions of Codefendant Wilson filed by ANTWUAN BALL, regard Wilson's refiled ECF numbers by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) Modified on 11/29/2006 (mlp) (Entered: 11/28/2006) |
| 11/29/2006 | 613 | SUPPLEMENTAL SENTENCING MEMORANDUM by JASMINE BELL (Beshouri, Joseph) Modified on 11/30/2006 (mlp) (Entered: 11/29/2006) |
| 11/29/2006 |     | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL re 612 MOTION to Amend/Correct 597 MOTION for Joinder of Motions of Codefendant Wilson filed by ANTWUAN BALL, regard Wilson's refiled ECF numbers was entered in error and counsel will refile said pleading as a motion with a proposed order, rather than two proposed orders. (mlp) (Entered: 11/29/2006) |
| 11/29/2006 | 614 | MOTION to Amend/Correct 597 MOTION for Joinder of Motions of Codefendant Wilson, filed by ANTWUAN BALL, regarding David Wilson's refiled ECF numbers. (Attachment: # 1 Text of Proposed Order)(mlp) (Entered: 11/29/2006) |
| 11/29/2006 |     | NOTICE OF CORRECTED DOCKET ENTRY: as to JOSEPH JONES re 609 Response to motion for 404(b) evidence and 608 motion for extension of time to file response/reply were entered in error and counsel was instructed to refile said pleadings with 609 Response with a correct title and as an exhibit to 608 motion for extension of time to file response/reply. (mlp) Modified on 11/29/2006 (mlp) (Entered: 11/29/2006) |
| 11/30/2006 | 615 | MOTION for Extension of Time to File Response/Reply as to 284 MOTION for 404(b) Evidence by JOSEPH JONES. (Attachments: # 1 Text of Proposed Order # 2 # 3 Text of Proposed Order)(Martin, Anthony) (Entered: 11/30/2006) |
| 11/30/2006 | 616 | REPLY by IN LIMINE OPPOSITION by ANTWUAN BALL re 570 Supplemental Notice and Motion to admit Evidence of Other Crimes filed by U.S.A. (mlp) (Entered: 11/30/2006) |
| 12/01/2006 |     | Minute Entry for proceedings held before Judge Richard W. Roberts :Sentencing held on 12/1/2006 as to JASMINE BELL (7). Counts 1, 11, 11s, 1s, 1ss, 2s, 3, 3ss-49ss, 4s, 59, 60s, 60ss, 61s, 61ss, 74ss-81ss, 75s, 82s, 82ss-89ss: dismissed by the Court. Count 2ss: sentenced to One Hundred Forty-Six (146) months incarceration, followed by Five (5) years supervised release. A $100.00 special assessment is imposed. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace; Defense Attorney: Joseph |

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 91 of 500

Beshouri; US Attorney: Glenn Leon; Prob Officer: Michael Penders. (mlp) (Entered: 12/05/2006)

| | | |
|---|---|---|
| 12/01/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Sentencing held on 12/1/2006 as to RAYMOND BELL (8). Counts 1, 1s, 1ss, 2s, 35s, 3ss-49ss, 41s-44s, 43, 45s, 46-48, 49, 50, 61-64, 70, 71, 72, 74ss-81ss, 76s, 78s-80s, 82ss-89ss, 84s-87s, 91s-92s, 91s-92ss: dismissed by the Court. Count 2ss: sentenced to One Hundred Forty-Six (146) months incarceration, followed by Five (5) years supervised release. A $100.00 special assessment is imposed. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace; Defense Attorney: Joseph Conte; US Attorney: Glenn Leon; Prob Officer: Michael Penders. (mlp) (Entered: 12/05/2006) |
| 12/08/2006 | 618 | JUDGMENT as to RAYMOND BELL. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 12/8/06. (hsj, ) (Entered: 12/08/2006) |
| 12/08/2006 | 619 | JUDGMENT as to LUCIOUS FOWLER. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 12/8/06. (hsj, ) (Entered: 12/08/2006) |
| 12/08/2006 | 624 | JUDGMENT as to JASMINE BELL. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 12/8/06. (mlp) (Entered: 12/12/2006) |
| 12/08/2006 | 626 | ORDER denying without prejudice 600 Motion for Joinder as to ANTWUAN BALL (1); granting 614 Motion to Amend/Correct Joinder Motion as to ANTWUAN BALL (1).Signed by Judge Richard W. Roberts on 12/7/06. (mlp) (Entered: 12/12/2006) |
| 12/10/2006 | 620 | NOTICE of Filing by DAVID WILSON (Attachments: # 1 Exhibit Discovery Letter #9)(Wicks, Jenifer) (Entered: 12/10/2006) |
| 12/11/2006 | 621 | SUPPLEMENT by DAVID WILSON re 573 Memorandum in Opposition to 404(b) Evidence (Wicks, Jenifer) (Entered: 12/11/2006) |
| 12/11/2006 | 622 | NOTICE of Second Supplement by ANTWUAN BALL re 534 MOTION to Suppress Identification Testimony and Supporting Memorandum (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 12/11/2006) |
| 12/11/2006 | 623 | RESPONSE by USA as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS re 576 MOTION to Exclude Evidence and Dismiss Counts Related to Prior Acquitted Conduct, 591 MOTION for Declaration of Presentation Order, 582 MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this Case, 605 MOTION to Suppress Identification Evidence, 547 MOTION to Suppress Statements and Supporting Memorandum, 581 MOTION to Exclude Cooperating Witness Tetsimon and Request for Reliability Hearing, 488 MOTION to Sever Defendant, 484 MOTION to Dismiss Count, 595 MOTION to Suppress Evidence Seized in 2000 and 2001, 495 MOTION for 404(b) Evidence, 588 MOTION in Limine to Preclude Testimony on Witness's Certainty of Identification, 553 MOTION to Suppress Statements, 570 MOTION for 404(b) Evidence, 552 MOTION to Sever Count(s), 476 MOTION for Disclosure of Rule 1006 Summaries, 584 MOTION for Order Directing the Government to Provide Brady/Giglio/Jencks material including impeachment evidence as to all hearsay declarants, 575 MOTION in Limine to Preclude Hearsay from Coconspirators, 585 MOTION in Limine to Preclude the Admission of Clothing Evidence, 491 MOTION for Medical Treatment, 478 MOTION for Disclosure of Impeaching Evidence, 477 MOTION for Discovery of Electronic Surveillance, 543 MOTION in Limine as to expert testimony, 578 MOTION for Disclosure of Statements and/or Grand Jury Testimony from Coconspirators whom the Government does not intent to call as a witness at trial or whom the Government is unable to call as a Witness, 590 MOTION to Compel Election by the Government of its Proceeding Under Count One or Two Based on Multipicitous Charging of Offenses, 593 MOTION to Sever Defendant or in the alternative Exclude Prejudicial Evidence, 551 MOTION to Adopt and Conform to Codefendants' Motions, 606 MOTION to Compel Discovery on Expert Testimony, 601 MOTION to Exclude Evidence and Dismiss Counts Related to Prior Acquitted Conduct, 589 MOTION to Strike Racketeering Count and Acts from the Indictment, 594 MOTION to Dismiss Count s for Violation of Statute of Limitations, 604 MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this case, 487 MOTION for Leave to Join, 534 MOTION to Suppress Identification Testimony and Supporting Memorandum, 580 MOTION to Dismiss Count s/Overt Acts or in the Alternative Compel Discovery, 485 MOTION, 596 MOTION to Suppress Wiretap Communications, 566 MOTION for Joinder in Motion of codefendant Dominic Samuels for a Bill of Particulars, 473 First MOTION for 404(b) Evidence, 574 MOTION for Bill of Particulars, 490 MOTION to Dismiss Count, 549 MOTION to Suppress Identification, 592 MOTION to Suppress Tangible Evidence (4/16/2004 Seizure), 494 MOTION to Sever Count (s), 475 MOTION for Disclosure of Notice of Intent to Use Suppressible Evidence Under Rule 12 (b)(4)(B), 583 MOTION to Suppress Identification Evidence, 599 MOTION for Disclosure of Identity of Informant and Supporting Memorandum, 598 Supplemental MOTION to Adopt and Conform to CoDefendant Motions, 586 MOTION to Compel Discovery on Expert Testimony, 607 MOTION to Suppress Tangible Evidence (4/16/2004 Seizure), 577 MOTION in Limine to Exclude "Congress Park Crew" Listing Recovered from Bell Residence, 603 MOTION to Exclude |

|            |     | Cooperating Witness Testimony and Request for Reliability Hearing, 587 MOTION to Compel Production of 10-day Wiretap Reports, 550 MOTION for Bill of Particulars, 486 MOTION for 404 (b) Evidence Omnibus Opposition (Attachments: # 1 Exhibit A-Waiver# 2 Exhibit B-Jury Trial Transcript)(Petalas, Ann) (Entered: 12/11/2006) |
|------------|-----|------|
| 12/12/2006 | 625 | SUPPLEMENT by DAVID WILSON re 595 MOTION to Suppress Evidence Seized in 2000 and 2001 and November 1998 (Wicks, Jenifer) (Entered: 12/12/2006) |
| 12/14/2006 | 627 | ORDER as to ANTWUAN BALL, DAVID WILSON, DOMINIC SAMUELS Responses due by 12/21/2006 Signed by Judge Richard W. Roberts on 12/13/06. (lin, ) (Entered: 12/14/2006) |
| 12/14/2006 | 628 | ENTERED IN ERROR.....Unopposed MOTION for Leave to File Late Government's Supplemental Opposition to Defendant Antwuan Ball's Motion to Suppress Identification by USA as to ANTWUAN BALL. (Attachments: # 1 Order)(Leon, Glenn) Modified on 12/15/2006 (tnr, ). (Entered: 12/14/2006) |
| 12/14/2006 | 629 | Unopposed MOTION for Leave to File Late Government's Supplemental Opposition to Defendant Antwuan Ball's Motino to Suppress Identification by USA as to ANTWUAN BALL. (Attachments: # 1 Order# 2 Supplemental Opposition to Defendant's Motion to Suppress Identification)(Leon, Glenn) (Entered: 12/14/2006) |
| 12/14/2006 |     | NOTICE OF CORRECTED DOCKET ENTRY: (628) Unopposed MOTION for Leave to File Late Government's Supplemental Opposition to Defendant Antwuan Ball's Motion to Suppress Identification was entered in error as a duplicate entry has been filed as to ANTWUAN BALL. (tnr, ) (Entered: 12/15/2006) |
| 12/15/2006 |     | NOTICE TO ALL PARTIES: For the motions hearing dated December 18, 2006, all motions involving requests for evidentiary hearings and requiring testimony from witnesses will be taken up first by the Court. (lin, ) Modified on 12/15/2006 (lcrwr1). (Entered: 12/15/2006) |
| 12/15/2006 | 630 | NOTICE and Motion Relating to A Conflict of Interest by USA as to DAVID WILSON (Leon, Glenn) (Entered: 12/15/2006) |
| 12/17/2006 | 631 | RESPONSE by DAVID WILSON re 630 Notice (Other) (Wicks, Jenifer) (Entered: 12/17/2006) |
| 12/17/2006 | 632 | NOTICE of Filing of Correct Exhibit 1 by DAVID WILSON re 577 MOTION in Limine to Exclude "Congress Park Crew" Listing Recovered from Bell Residence (Attachments: # 1 Exhibit 1 "Congress Park Crew")(Wicks, Jenifer) (Entered: 12/17/2006) |
| 12/17/2006 | 633 | ENTERED IN ERROR.....REPLY TO OPPOSITION to Motion by DAVID WILSON re 607 MOTION to Suppress Tangible Evidence (4/16/2004 Seizure) (Attachments: # 1 Exhibit 2)(Wicks, Jenifer) Modified on 12/19/2006 (tnr, ). (Entered: 12/17/2006) |
| 12/17/2006 | 634 | NOTICE by DAVID WILSON re 520 Emergency MOTION for Bond (Wicks, Jenifer) (Entered: 12/17/2006) |
| 12/18/2006 |     | Minute Entry for proceedings held before Judge Richard W. Roberts: Motion Hearing as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS held on 12/18/2006. Motions Hearing begun and continued to 12/19/2006 11:30 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendants: Defendants Committed/Commitments Issued) (Court Reporter: Scott Wallace) (Defense Attorneys: John Carney, Steven Tabackman, Cynthia Katkish, Jenifer Wicks, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon and Ann Petalas) (Witnesses: Christopher Huxol and Robert Lockhart) (hsj, ) Modified on 12/28/2006 (mlp) (Entered: 12/27/2006) |
| 12/18/2006 | 642 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Copy of Transcript of Hearing on 12/27/06. Signed by Judge Richard W. Roberts on 12/18/06. (mlp) (Entered: 12/29/2006) |
| 12/19/2006 | 635 | REPLY TO OPPOSITION to Motion by DAVID WILSON re 584 MOTION for Order Directing the Government to Provide Brady/Giglio/Jencks material including impeachment evidence as to all hearsay declarants, 479 MOTION for Leave to Join to Adopt, Join and Conform to Motions filed by Codefendant Antwuan Ball as well as 496 and 478 (Attachments: # 1 Exhibit 1)(Wicks, Jenifer) (Entered: 12/19/2006) |
| 12/19/2006 | 636 | MOTION to Strike TESTIMONY AND OVERT ACT FOR FAILURE TO PRESERVE EVIDENCE by DAVID WILSON. (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(Wicks, Jenifer) (Entered: 12/19/2006) |
| 12/19/2006 | 637 | REPLY TO OPPOSITION to Motion by DAVID WILSON re 588 MOTION in Limine to Preclude Testimony on Witness's Certainty of Identification (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Wicks, Jenifer) (Entered: 12/19/2006) |
| 12/19/2006 |     | NOTICE OF CORRECTED DOCKET ENTRY: (633) Reply to Opposition to Motion was entered in error as Exhibit was labeled incorrectly. Counsel was instructed to refile said pleading as to DAVID WILSON. (tnr, ) (Entered: 12/19/2006) |

0083

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 93 of 500

| 12/19/2006 | 638 | REPLY TO OPPOSITION to Motion by DAVID WILSON re 607 MOTION to Suppress Tangible Evidence (4/16/2004 Seizure) (Attachments: # 1 Exhibit 2)(Wicks, Jenifer) (Entered: 12/19/2006) |
|---|---|---|
| 12/19/2006 | 641 | ORDER granting 523 Motion for Leave to Join as to ANTWUAN BALL (1); denying 566 Motion for Joinder as to ANTWUAN BALL (1); denying 597 Motion for Joinder as to ANTWUAN BALL (1); denying 479 Motion for Leave to Join as to DAVID WILSON (2); denying 487 Motion for Leave to Join as to JOSEPH JONES (16); denying 551 Motion as to DOMINIC SAMUELS (17); denying 598 Motion as to DOMINIC SAMUELS (17). Wilson's supplemental motion 571 be and hereby is denied.Signed by Judge Richard W. Roberts on 12/19/06. (hsj, ) (Entered: 12/22/2006) |
| 12/19/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Motions Hearing as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS held on 12/19/2006. Re 636 MOTION to Strike TESTIMONY AND OVERT ACT FOR FAILURE TO PRESERVE EVIDENCE filed by DAVID WILSON,denied. 547 MOTION to Suppress Statements and Supporting Memorandum filed by ANTWUAN BALL, denied. 607 MOTION to Suppress Tangible Evidence (4/16/2004 Seizure) filed by DAVID WILSON, denied. 595 MOTION to Suppress Evidence Seized in 2000 and 2001 filed by DAVID WILSON,Denied. 553 MOTION to Suppress Statements filed by DOMINIC SAMUELS granted in part and denied in part. Motions Hearing (Contested Proceeding) begun and continued to 12/20/2006 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendant: Defendants Committed/Commitments Issued) (Court Reporter: Scott Wallace) (Defense Attorneys: John Carney, Steven Tabackman, Cynthia Katkish, Jenifer Wicks, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon and Ann Petalasl) (Witnesses: Elbert Griffin, Gerald Neill) (hsj) Modified on 12/28/2006 (mlp) (Entered: 12/27/2006) |
| 12/20/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Motions Hearing as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS resumed on 12/20/2006 and continued to 1/9/2007 02:00 PM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Anthony Martin and Eduardo Balarezo; US Attorney: Glenn Leon. (mlp) (Entered: 01/05/2007) |
| 12/21/2006 | 639 | RESPONSE by USA as to ANTWUAN BALL, DAVID WILSON, DOMINIC SAMUELS re 604 MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this case Government's Supplemental Opposition to Defendant Wilson's Motion to Exclude Expert Testimony Regarding Ballistics and Fingerprints (Attachments: # 1 Exhibit # 2 Exhibit Testimony)(Leon, Glenn) (Entered: 12/21/2006) |
| 12/21/2006 | 640 | NOTICE OF FILING an Exhibit to 639 by USA. (Attachments: # 1 Exhibit)(Leon, Glenn) (Entered: 12/21/2006) |
| 12/28/2006 | 646 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Edward Hawkins for Transcript of hearings on 11/6/06. Signed by Judge Richard W. Roberts on 12/28/06. (mlp) (Entered: 01/04/2007) |
| 12/28/2006 | 648 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Hearings on 8/15/05, 5/30/06, 6/20/06, 6/22/06-6/23/06, 9/1/06, 9/6/06, 9/13/06, 9/20/06, 11/3/06, 11/13/06, 11/17/06, 11/22/06 and 12/1/06. Signed by Judge Richard W. Roberts on 12/28/06. (mlp) (Entered: 01/05/2007) |
| 12/28/2006 | 649 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Hearings on 12/18/06-12/20/06. Signed by Judge Richard W. Roberts on 12/28/06. (mlp) (Entered: 01/05/2007) |
| 12/29/2006 | 643 | MOTION for Leave to Join Codefendants' Motions by DESMOND THURSTON. (Attachments: # 1 Text of Proposed Order)(Zucker, Jonathan) (Entered: 12/29/2006) |
| 12/29/2006 | 644 | MOTION for Leave to Join To Join pretrial motions by GREGORY BELL. (Attachments: # 1 Text of Proposed Order)(Beane, James) (Entered: 12/29/2006) |
| 01/03/2007 | 645 | MOTION for Bond Review of Conditions of Detention by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 01/03/2007) |
| 01/03/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Motions Hearing as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS held on 1/3/2007 re 574 MOTION for Bill of Particulars filed by DAVID WILSON denied, 490 MOTION to Dismiss Count filed by JOSEPH JONES denied, 494 MOTION to Sever Counts filed by JOSEPH JONES denied, 606 MOTION to Compel Discovery on Expert Testimony filed by DAVID WILSON granted, 601 MOTION to Exclude Evidence and Dismiss Counts Related to Prior Acquitted Conduct filed by DAVID WILSON denied, 589 MOTION to Strike Racketeering Count and Acts from the Indictment filed by DAVID WILSON denied, 594 MOTION to Dismiss Count s for Violation of Statute of Limitations filed by DAVID WILSON denied, 484 MOTION to Dismiss Count filed by JOSEPH |

0084

|  |  | JONES denied, 543 MOTION in Limine as to expert testimony filed by ANTWUAN BALL granted, 580 MOTION to Dismiss Count s/Overt Acts or in the Alternative Compel Discovery filed by DAVID WILSON granted and denied, 590 MOTION to Compel Election by the Government of its Proceeding Under Count One or Two Based on Multipicitous Charging of Offenses filed by DAVID WILSON denied, 593 MOTION to Sever Defendant or in the alternative Exclude Prejudicial Evidence filed by DAVID WILSON denied, 552 MOTION to Sever Counts filed by DOMINIC SAMUELS denied, 550 MOTION for Bill of Particulars filed by DOMINIC SAMUELS denied. Matter respited to 1/4/07 at 10:00 A.M. in Courtroom 9. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Edward Hawkins; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Anthony Martin and Eduardo Balerezo; US Attorneys: Glenn Leon and Ann Petalas. (mlp) (Entered: 01/10/2007) |
| 01/04/2007 | 647 | RESPONSE by USA as to DAVID WILSON re 625 MOTION to Suppress Evidence Seized in 2000 and 2001 Government's Opposition To Defendant Wilson's Supplemental Motion To Suppress Evidence (Attachment: # 1 Text of Proposed Order and # 2 Exhibit)(Leon, Glenn) Modified on 1/5/2007 (mlp) (Entered: 01/04/2007) |
| 01/04/2007 | 650 | TRANSCRIPT of Status Call and Arraignment Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE before Judge Richard W. Roberts held on 6/23/05. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 01/05/2007) |
| 01/04/2007 | 651 | TRANSCRIPT of Status Call Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE before Judge Richard W. Roberts held on 11/30/05. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 01/05/2007) |
| 01/04/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Motion Hearing as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS held on 1/4/2007 re 566 granting in part MOTION for Joinder in Motion of codefendant Dominic Samuels for a Bill of Particulars filed by ANTWUAN BALL, 591 denying MOTION for Declaration of Presentation Order filed by DAVID WILSON, 520 denying Emergency MOTION for Bond filed by DAVID WILSON, 588 denying MOTION in Limine to Preclude Testimony on Witness's Certainty of Identification filed by DAVID WILSON, 603 denying MOTION to Exclude Cooperating Witness Testimony and Request for Reliability Hearing filed by DAVID WILSON, 521 denying MOTION to Modify Conditions of Release filed by ANTWUAN BALL, 485 denying MOTION for discovery filed by JOSEPH JONES. Motions terminated as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS: 591 MOTION for Declaration of Presentation Order filed by DAVID WILSON, 588 MOTION in Limine to Preclude Testimony on Witness's Certainty of Identification filed by DAVID WILSON, 520 Emergency MOTION for Bond filed by DAVID WILSON, 521 MOTION to Modify Conditions of Release filed by ANTWUAN BALL, 485 MOTION for discovery filed by JOSEPH JONES, 603 MOTION to Exclude Cooperating Witness Testimony and Request for Reliability Hearing filed by DAVID WILSON. Motions Hearing set for 1/22/2007 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Anthony Martin, Eduardo Balerezo; US Attorney: Glenn Leon. (mlp) (Entered: 01/11/2007) |
| 01/05/2007 | 654 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter R. Tanner, D.C. Superior Court for Transcript of trial proceedings on 7/8/02-7/9/02 in F-3424-01 before Judge Alperin. Special authorizations: Prosecution opening statement, argument and rebuttal; defense opening statement and argument. Signed by Judge Richard W. Roberts on 1/5/07. (mlp) (Entered: 01/09/2007) |
| 01/05/2007 | 655 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter M. Simon, D.C. Superior Court for Transcripts of Trial Proceedings on 7/18/02 and 7/24/02 in F-3424-01 before Judge Alperin. Special Authorizations: Prosecution opening statement, argument and rebuttal; defense opening statement and argument. Signed by Judge Richard W. Roberts on 1/5/07. (mlp) Modified on 1/9/2007 (mlp) (Entered: 01/09/2007) |
| 01/05/2007 | 656 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter L. Shelton, D. C. Superior Court for Transcript of Trial Proceedings on 7/15/02 in F-3424-01 before Judge Alperin. Special authorizations: prosecution opening statement, argument and rebuttal; defense opening statement and argument. Signed by Judge Richard W. Roberts on 1/5/07. (mlp) (Entered: 01/09/2007) |
| 01/05/2007 | 657 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Gerald Van Bremen, |

|  |  | D.C. Superior Court for Transcripts of Trial Proceedings on 7/22/02, 7/23/02, 7/25/03 in F-3424-01 before Judge Alperin. Special Authorizations: prosecution opening statement, argument and rebuttal; defense opening statement and argument. Signed by Judge Richard W. Roberts on 1/5/07. (mlp) Modified on 1/9/2007 (mlp) (Entered: 01/09/2007) |
|---|---|---|
| 01/05/2007 | 658 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter C. Sargent-Burns, D.C. Superior Court for Transcripts of Trial Proceedings on 7/16/02-7/18/02 and 7/22/02 in F-3424-01 before Judge Alperin. Special Authorizations: prosecution opening statement, argument and rebuttal; defense opening statement and argument. Signed by Judge Richard W. Roberts on 1/5/07. (mlp) (Entered: 01/09/2007) |
| 01/05/2007 | 659 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter L. Graybill at D.C. Superior Court for Transcript of Trial Proceedings on 7/11/02 in F-3424-01 before Judge Alperin. Special Authorizations: prosecution opening statement, argument and rebuttal; defense opening statement and argument. Signed by Judge Richard W. Roberts on 1/5/07. (mlp) (Entered: 01/09/2007) |
| 01/05/2007 | 661 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Testimony of Officer Gerald Neil at Motions Hearing on 12/19/06. Signed by Judge Richard W. Roberts on 1/5/07. (mlp) (Entered: 01/09/2007) |
| 01/05/2007 | 662 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Copies of Trial Transcripts starting 2/13/06. Special authorizations: daily copy; prosecution opening statement, argument and rebuttal; defense opening statement and argument. Signed by Judge Richard W. Roberts on 1/5/07. (mlp) (Entered: 01/09/2007) |
| 01/08/2007 | 652 | SENTENCING MEMORANDUM by USA as to DANIEL COLLINS (Petalas, Ann) (Entered: 01/08/2007) |
| 01/08/2007 | 653 | SENTENCING MEMORANDUM by DANIEL COLLINS (Baer, Mitchell) (Entered: 01/08/2007) |
| 01/08/2007 | 660 | ORDER regarding discovery and Daubert hearings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Signed by Judge Richard W. Roberts on 1/5/07. (lin, ) Modified on 1/10/2007 (mlp) (Entered: 01/09/2007) |
| 01/09/2007 | 663 | NOTICE OF ATTORNEY APPEARANCE Gilberto Guerrero, Jr appearing for USA. (Guerrero, Gilberto) (Entered: 01/09/2007) |
| 01/09/2007 | 665 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Motions Hearing on 1/4/07. Signed by Judge Richard W. Roberts on 1/9/07. (mlp) (Entered: 01/10/2007) |
| 01/09/2007 | 666 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Edward Hawkins for Transcript of Motions Hearing on 1/3/07. Signed by Judge Richard W. Roberts on 1/9/07. (mlp) (Entered: 01/10/2007) |
| 01/09/2007 | 667 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of Hearing on 10/16/06 before Judge Roberts. Signed by Judge Richard W. Roberts on 1/9/07. (mlp) (Entered: 01/10/2007) |
| 01/10/2007 | 664 | NOTICE of Filing of Discovery Letter #10 by DAVID WILSON (Attachments: # 1 Exhibit Discovery Letter #10)(Wicks, Jenifer) (Entered: 01/10/2007) |
| 01/10/2007 | 668 | REPLY TO OPPOSITION to Motion by DAVID WILSON re 606 MOTION to Compel Discovery on Expert Testimony, 604 MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this case (Attachments: # 1 Exhibit 1 - CV's for proposed experts# 2 Exhibit 2 - Reports)(Wicks, Jenifer) (Entered: 01/10/2007) |
| 01/11/2007 | 673 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 12/18/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 01/16/2007) |
| 01/11/2007 | 674 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 12/19/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 01/16/2007) |
| 01/11/2007 | 675 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 12/20/06. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 01/16/2007) |
| 01/12/2007 | 669 | ENTERED IN ERROR......RESPONSE by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 585 MOTION in Limine to Preclude the Admission of Clothing Evidence Government's Supplemental Motion To Introduce |

0086

Clothing Relevant to the Conspiracy and Used in Furtherance of the Conspiracy (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17)(Leon, Glenn) Modified on 1/18/2007 (mlp) (Entered: 01/12/2007)

| | | |
|---|---|---|
| 01/12/2007 | 670 | ENTERED IN ERROR.....SENTENCING MEMORANDUM by USA as to DANIEL COLLINS (Leon, Glenn) Modified on 1/17/2007 (mlp) (Entered: 01/12/2007) |
| 01/12/2007 | 676 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial beginning 2/13/07. Special Authorization: Daily. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 01/16/2007) |
| 01/12/2007 | 678 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Edward Hawkins for Transcript of Motions Hearing on 1/3/07. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 01/17/2007) |
| 01/12/2007 | 679 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Motions Hearing on 1/4/07. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 01/17/2007) |
| 01/12/2007 | 680 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Motions Hearings on 12/18/06-12/20/06. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 01/17/2007) |
| 01/12/2007 | 681 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Trial Proceedings on 1/14/04, 1/16/04, 1/23/04, 1/27/04, 1/30/04, 2/6/04 and 2/12/04 in Criminal Case No. 02-479. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 01/17/2007) |
| 01/12/2007 | 693 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceedings beginning 2/13/07. Special Authorizations: daily, prosecution and defense opening statements, prosecution and defense argument and prosecution rebuttal. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 01/23/2007) |
| 01/12/2007 | 719 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Edward N. Hawkins for Transcript of Motions Hearing held on 1/3/07. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 02/06/2007) |
| 01/12/2007 | 778 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceeding beginning with 2/13/07. Special Authorizations: daily and e-mail. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 03/15/2007) |
| 01/12/2007 | 779 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for daily and e-mail transcripts of trial proceedings beginning 2/13/07. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 03/15/2007) |
| 01/12/2007 | 804 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceeding held 3/12/07 to 3/15/07, A.M. and P.M. sessions. Special authorizations: e-mail and daily. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 03/23/2007) |
| 01/12/2007 | 823 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for trial Transcripts of proceedings beginning 2/13/07 until conclusion. Special authorizations: daily and e-mails. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 03/29/2007) |
| 01/12/2007 | 871 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Daily Transcripts for trial beginning 2/13/07. Signed by Judge Richard W. Roberts on 1/12/07. (mlp) (Entered: 04/18/2007) |
| 01/12/2007 | 884 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Daily Transcripts of trial proceeding beginning 2/13/07. Signed by Judge Richard W. Roberts on 1/12/07 and 3/2/07. (mlp) (Entered: 04/27/2007) |
| 01/12/2007 | 900 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial proceeding beginning 2/13/07 until the conclusion of the trial. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 4/30/07. (mlp) (Entered: 05/03/2007) |
| 01/12/2007 | 926 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial proceedings held beginning 2/13/07. Special authorizations: daily and e-mails. Signed by Judge Richard W. Roberts on 5/9/07. (mlp) (Entered: 05/11/2007) |
| 01/12/2007 | 1019 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Trial Transcripts of proceedings 2/13/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/15/07. (mlp) (Entered: 06/25/2007) |
| 01/12/2007 | 1064 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for |

|  |  | Transcripts of jury trial proceedings held on 6/25, 6/27, 6/28, 7/9, 7/10, 7/11, 7/12 and 7/16/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 7/23/07. (mlp) (Entered: 07/24/2007) |
|---|---|---|
| 01/15/2007 | 671 | SUPPLEMENT by ANTWUAN BALL as to ANTWUAN BALL, DAVID WILSON re 585 MOTION in Limine to Preclude the Admission of Clothing Evidence, 577 MOTION in Limine to Exclude "Congress Park Crew" Listing Recovered from Bell Residence and Spplemental Opposition to Supplemental U.S. Motion (Tabackman, Steven) (Entered: 01/15/2007) |
| 01/16/2007 | 672 | RESPONSE IN OPPOSITION by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 644 MOTION for Leave to Join To Join pretrial motions, 643 MOTION for Leave to Join Codefendants' Motions Government's Opposition To Defendant Gregory Bell and Desmond Thurston's Motions To Join and Conform Pre-Trial Motions Filed By Co-Defendants (Leon, Glenn) Modified on 1/17/2007 (mlp) (Entered: 01/16/2007) |
| 01/16/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to DANIEL COLLINS re 670 Sentencing Memorandum was entered in error and counsel was instructed to refile said pleading as a motion for Guidelines credit. (mlp) (Entered: 01/17/2007) |
| 01/16/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :sentencing held on 1/16/2007 as to DANIEL COLLINS (18). Counts 1, 13, 1s, 2, 37, 38, 3s-49s are dismissed by the Court. Count 2s: sentenced to One Hundred Twenty (120) months incarceration, followed by Sixty (60) months supervised release. A $100.00 special assessment is imposed. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Theresa Sorensen; Defense Attorney: Mitchell Baer; US Attorney: Glenn Leon; Probation Officer: Michael Penders. (mlp) Modified on 1/19/2007 (mlp) (Entered: 01/19/2007) |
| 01/16/2007 | 686 | Receipt and Acknowledgment of Presentence Investigation Report by DANIEL COLLINS. (mlp) (Entered: 01/19/2007) |
| 01/16/2007 | 687 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to DANIEL COLLINS. (mlp) (Entered: 01/19/2007) |
| 01/17/2007 | 684 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of Trial beginning 2/13/07. (Special Authorizations: daily copies, opening, closing and rebuttal) Signed by Judge Richard W. Roberts on 1/17/07. (mlp) (Entered: 01/18/2007) |
| 01/17/2007 | 685 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Motions Hearing Testimony of MPD Officer Gerald Neil on 12/19/06. Signed by Judge Richard W. Roberts on 1/17/07. (mlp) (Entered: 01/18/2007) |
| 01/18/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 669 Response to motion was entered in error and counsel was instructed to refile said pleading as a supplemental response to documents 585 and 623 . (mlp) (Entered: 01/18/2007) |
| 01/18/2007 | 682 | RESPONSE by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 585 MOTION in Limine to Preclude the Admission of Clothing Evidence and Government's Supplemental Response to 623 Omnibus Response Motion to Introduce Clothing Relevant to the Conspiracy and Used in Furtherance of the Conspiracy (Attachments: # 1 Attachment 1# 2 Attachment 2# 3 Attachment 3# 4 Attachment 4# 5 Attachment 5# 6 Attachment 6# 7 Attachment 7# 8 Attachment 8# 9 Attachment 9# 10 Attachment 10# 11 Attachment 11# 12 Attachment 11# 13 Attachment 13# 14 Attachment 14# 15 Attachment 15# 16 Attachment 15-a# 17 Attachment 16)(Leon, Glenn) Modified on 1/19/2007 (mlp) (Entered: 01/18/2007) |
| 01/18/2007 | 683 | MOTION for Guidelines Credit by USA as to DANIEL COLLINS. (Leon, Glenn) Modified on 1/19/2007 (mlp) (Entered: 01/18/2007) |
| 01/19/2007 | 688 | NOTICE Government's Notice of Expert Witness by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Leon, Glenn) (Entered: 01/19/2007) |
| 01/19/2007 | 689 | NOTICE Government's Notice of Expert Testimony by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Leon, Glenn) (Entered: 01/19/2007) |
| 01/22/2007 | 690 | NOTICE of Applicability of Enhanced Penalties and Information Concerning Defendant's Prior Convictions by USA as to JOSEPH JONES (Petalas, Ann) (Entered: 01/22/2007) |
| 01/22/2007 | 691 | NOTICE Government's Notice of Expert Testimony by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Leon, Glenn) (Entered: 01/22/2007) |

| 01/22/2007 | 692 | VACATED PURSUANT TO ORDER FILED 2/14/07.....ORDER denying as moot 644 Motion for Leave to Join as to GREGORY BELL (3); denying as moot 643 Motion for Leave to Join as to DESMOND THURSTON (13)Signed by Judge Richard W. Roberts on 1/22/07. (lin, ) Modified on 1/24/2007 (mlp) Modified on 2/15/2007 (mlp) (Entered: 01/23/2007) |
|---|---|---|
| 01/22/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Motions, Hearing as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 1/22/2007 re 584 MOTION for Order Directing the Government to Provide Brady/Giglio/Jencks material including impeachment evidence as to all hearsay declarants filed by DAVID WILSON, granted; 473 First MOTION by DAVID WILSON, denied; 585 MOTION in Limine to Preclude the Admission of Clothing Evidence filed by DAVID WILSON, denied; 475 MOTION for Disclosure of Notice of Intent to Use Suppressible Evidence Under Rule 12 (b)(4)(B) filed by ANTWUAN BALL, granted; 604 MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this case filed by DAVID WILSON, denied; 599 MOTION for Disclosure of Identity of Informant and Supporting Memorandum filed by ANTWUAN BALL, denied; 570 MOTION for 404(b) Evidence filed by USA, granted; 577 MOTION in Limine to Exclude "Congress Park Crew" Listing Recovered from Bell Residence filed by DAVID WILSON, granted; 587 MOTION to Compel Production of 10-day Wiretap Reports filed by DAVID WILSON, denied; 476 MOTION for Disclosure of Rule 1006 Summaries filed by ANTWUAN BALL, granted; 486 MOTION for 404(b) Evidence filed by JOSEPH JONES, denied; 625 SUPPLEMENT to 595 MOTION to Suppress Evidence Seized in 2000 and 2001 and November 1998, denied; 66 MOTION in Limine Seeking Admissibility of Defendants Prior Felony Convcitons Pursuant to Rule 609 denied as to defendant ANTWUAN BALL and deferred as to other defendants. Motions terminated as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS: 476 MOTION for Disclosure of Rule 1006 Summaries filed by ANTWUAN BALL, 584 MOTION for Order Directing the Government to Provide Brady/Giglio/Jencks material including impeachment evidence as to all hearsay declarants filed by DAVID WILSON, 585 MOTION in Limine to Preclude the Admission of Clothing Evidence filed by DAVID WILSON, 604 MOTION to Exclude the Government's Expert Testimony Regarding Fingerprint and Ballistic Evidence in this case filed by DAVID WILSON, 570 MOTION for 404(b) Evidence filed by USA, 473 First MOTION for 404(b) Evidence filed by ANTWUAN BALL, 475 MOTION for Disclosure of Notice of Intent to Use Suppressible Evidence Under Rule 12 (b)(4)(B) filed by ANTWUAN BALL, 599 MOTION for Disclosure of Identity of Informant and Supporting Memorandum filed by ANTWUAN BALL, 577 MOTION in Limine to Exclude "Congress Park Crew" Listing Recovered from Bell Residence filed by DAVID WILSON, 587 MOTION to Compel Production of 10-day Wiretap Reports filed by DAVID WILSON, 486 MOTION for 404(b) Evidence filed by JOSEPH JONES. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, James Beane and Jonathan Zucker; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. (mlp) Modified on 1/26/2007 (mlp) (Entered: 01/26/2007) |
| 01/23/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Hearing as to DAVID WILSON held on 1/23/2007 regarding possible conflict issue; Defendant committed; commitment issued; Court Reporter: Scott Wallace; Defense Attorney: Jenifer Wicks; US Attorney: Glenn Leon; (lin, ) Modified on 1/26/2007 (lin, ). (Entered: 01/25/2007) |
| 01/24/2007 | 695 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Motions Hearing on 1/22/07 and 1/23/07. Signed by Judge Richard W. Roberts on 1/24/07. (mlp) (Entered: 01/25/2007) |
| 01/26/2007 | 696 | RESPONSE by USA as to ANTWUAN BALL re 477 MOTION for Discovery of Electronic Surveillance Government's Supplemental Opposition To Defendant Ball's Motion for Disclosure of Electronic Surveillance (Attachments: # 1)(Leon, Glenn) (Entered: 01/26/2007) |
| 01/26/2007 | 697 | RESPONSE by DAVID WILSON re 630 Notice (Other) - Supplemental Response (Wicks, Jenifer) (Entered: 01/26/2007) |
| 01/26/2007 | 699 | ORDER as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS directing that all motions to quash subpoenas filed in this case shall be referred to Magistrate Judge Kay. Signed by Judge Richard W. Roberts on 1/25/07. (lin, ) Modified on 1/30/2007 (mlp) (Entered: 01/29/2007) |
| 01/27/2007 | 698 | NOTICE of Filing by DAVID WILSON (Attachments: # 1 Exhibit Discovery Letter #10)(Wicks, Jenifer) (Entered: 01/27/2007) |
| 01/29/2007 | 700 | NOTICE of DEFENDANT'S JOINT NOTICE CONCERNING EXHIBITS by DAVID WILSON as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Wicks, Jenifer) (Entered: 01/29/2007) |
| 01/29/2007 | 701 | MOTION to Continue by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 01/29/2007) |

USCA Case #11-3031     Document #1445852     Filed: 07/10/2013     Page 99 of 500

| 01/29/2007 | 702 | CONSENT ORDER as to ANTWUAN BALL Signed by Judge Richard W. Roberts on 1/26/07. (lin, ) (Entered: 01/29/2007) |
| 01/29/2007 | 705 | JUDGMENT as to DANIEL COLLINS. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 1/19/07. (hsj, ) (Entered: 01/31/2007) |
| 01/30/2007 | 703 | RESPONSE by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 701 MOTION to Continue Government's Opposition to defendant David Wilson's Motion for a Continuance (Attachments: # 1 Text of Proposed Order)(Petalas, Ann) (Entered: 01/30/2007) |
| 01/30/2007 | 704 | REPLY TO OPPOSITION to Motion by DAVID WILSON re 701 MOTION to Continue (Wicks, Jenifer) (Entered: 01/30/2007) |
| 02/01/2007 | 706 | ENTERED IN ERROR.....MOTION TO RESCHEDULE SOCIAL VISITS by DAVID WILSON as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 2/2/2007 (mlp) (Entered: 02/01/2007) |
| 02/01/2007 | 707 | ENTERED IN ERROR.....MOTION FOR A GROOMING ORDER by DAVID WILSON as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 2/2/2007 (mlp) (Entered: 02/01/2007) |
| 02/02/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 706 DAVID WILSON's MOTION to Reschedule Social Visits was entered in error and counsel was instructed to refile said pleading to include filers ANTWUAN BALL, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS. Also, counsel was requested to include defendants' assigned numbers as part of the criminal case number. (mlp) (Entered: 02/02/2007) |
| 02/02/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 707 DAVID WILSON's MOTION for Grooming Order was entered in error and counsel was instructed to refile said pleading to include filers ANTWUAN BALL, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS. Also, counsel was requested to include defendants' assigned numbers as part of the criminal case number. (mlp) (Entered: 02/02/2007) |
| 02/02/2007 | 708 | MOTION for a Grooming Order by ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order) (Wicks, Jenifer) (Entered: 02/02/2007) |
| 02/02/2007 | 709 | MOTION to Reschedule Social Visits by ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 02/02/2007) |
| 02/02/2007 | 710 | MOTION Defendants' Joint Motion for Order Directing Warden of Central Detention Facility to Provide Greater Variety of Lunch to Defendants During Trial by DOMINIC SAMUELS as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 02/02/2007) |
| 02/03/2007 | 711 | MOTION FOR ADMISSION PRO HAC VICE by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 02/03/2007) |
| 02/03/2007 | 714 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for Transcripts of Proceedings in CR 03-348-02-RWR, U.S.A. vs Cedric Conner, on 8/22/03 and 8/27/03 before Magistrate Judge Kay. Signed by Judge Richard W. Roberts on 2/3/07. (mlp) Modified on 2/5/2007 (mlp) (Entered: 02/05/2007) |
| 02/03/2007 | 715 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Motions Hearing on 1/22/07. Signed by Judge Richard W. Roberts on 2/3/07. (mlp) (Entered: 02/05/2007) |
| 02/05/2007 | 712 | NOTICE Concerning Exhibits by ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 505 Order (Wicks, Jenifer) (Entered: 02/05/2007) |
| 02/05/2007 | | NOTICE TO COUNSEL as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS that the pretrial order of 11/2/06 contains a typographical error stating that the trial is set to begin on 2/14/07 when in fact Jury Selection is set for 2/13/2007 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) Modified on 2/6/2007 (mlp) (Entered: 02/05/2007) |
| 02/05/2007 | 716 | PRETRIAL MEMORANDUM on Proposed Second Paragraph for Direct and Circumstantial Evidence |

0090

|  |  | Instruction by ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Wicks, Jenifer) (Entered: 02/05/2007) |
|---|---|---|
| 02/05/2007 | 717 | ORDER denying 701 Motion to Continue trial as to DAVID WILSON (2); granting request for appointment of replacement counsel.Signed by Judge Richard W. Roberts on 2/2/07. (lin, ) (Entered: 02/05/2007) |
| 02/05/2007 | 718 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Motions Hearing held on 1/22/07. Signed by Judge Richard W. Roberts on 2/5/07. (mlp) (Entered: 02/06/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to FCI Loretto, signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS, for Raymond Bell to appear 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to FCI Petersburg Med; signed by Judge Richard W. Roberts on 2/2/07. as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Kamau Sula Blakney to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to Warden, CI Rivers; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Anthony Cherry to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to USP Lewisburg; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Kevin Clayborne to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to USP Hazelton; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Stephen C. Crawford to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to FCI Loretto; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, DOMINIC SAMUELS, DANIEL COLLINS for Jack Davis to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to USP Beaumont; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Joseph Davis to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to USP Allenwood; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Earl Edelin to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to FCI Fairton; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Garrett Farmer to appear 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to Beaumont Med FCI; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Anthony Fields to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to FCI Petersburg Medium; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Thaddeus Foster to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to USP Atwater; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Darryl Hazel to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 |  | Writ of Habeas Corpus ad Testificandum Issued to USP Big Sandy; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Henry Chris Johnson to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |

| | | |
|---|---|---|
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to USP Canaan; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Windell Juggins to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to USP Big Sandy; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Abdur Rahim Mahdi to appear on 3/5/07. (mlp) (Entered: 02/08/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to USP LEE; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Shelton Marbury to appear on 3/5/07. (mlp) (Entered: 02/09/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to USP Big Sandy; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Men'ses Donzell Menes to appear on 3/5/07. (mlp) (Entered: 02/09/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to USP Hazelton; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Nakia Roy to appear 3/5/07. (mlp) (Entered: 02/09/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to CI Moshannon Valley; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Daniel C. Short to appear on 3/5/07. (mlp) (Entered: 02/09/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to USP Victorville; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Antoine Thompson to appear on 3/5/07. (mlp) (Entered: 02/09/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to FCI Schuykill; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Alphonso Walker to appear 3/5/07. (mlp) (Entered: 02/09/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to USP Lewisburg; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Antoine Wilson to appear on 3/5/07. (mlp) (Entered: 02/09/2007) |
| 02/06/2007 | | Writ of Habeas Corpus ad Testicandum Issued to USP Lewisburg; signed by Judge Richard W. Roberts on 2/2/07, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for Gregory Wright to appear on 3/5/07. (mlp) (Entered: 02/09/2007) |
| 02/07/2007 | 720 | ENTERED IN ERROR.....JOINT MOTION re 505 Order setting the order of cross-examination of Government witnesses by DAVID WILSON as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS. (Attachments: # 1 Text of Proposed Order)(Proctor, Gary) Modified on 2/8/2007 (mlp) (Entered: 02/07/2007) |
| 02/07/2007 | 721 | ORDER as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS directed to Warden of D.C. Jail setting forth procedures for handling of defendants for duration of trial. Signed by Judge Richard W. Roberts on 2/5/07. (lin, ) (Entered: 02/08/2007) |
| 02/08/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS re 720 JOINT MOTION regarding 505 Order setting the order of cross-examination of Government witnesses was entered in error and counsel was instructed to refile said pleading indicating the following six defendants only, as filers: Antwan Ball, David Wilson, Gregory Bell, Desmond Thurston, Joseph Jones and Dominic Samuels. (mlp) (Entered: 02/08/2007) |
| 02/08/2007 | 722 | JOINT MOTION to Allow Defendants to determine the order of cross-examining Government |

witnesses re 505 Order by DAVID WILSON as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Proctor, Gary) Modified on 2/9/2007 (mlp) (Entered: 02/08/2007)

| 02/08/2007 | 723 | TRANSCRIPT of Motions Hearing Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/27/06. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 02/09/2007) |
|---|---|---|
| 02/08/2007 | 724 | TRANSCRIPT of Motions Hearing Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 1/4/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 02/09/2007) |
| 02/08/2007 | 725 | TRANSCRIPT of Motions Hearing Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 1/22/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 02/09/2007) |
| 02/09/2007 | 726 | MOTION in Limine to Preclude Evidence, Argument or Cross Examination Regarding Polygraph Examinations by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Order)(Leon, Glenn) (Entered: 02/09/2007) |
| 02/12/2007 | 727 | Memorandum in Opposition by DAVID WILSON re 726 MOTION in Limine (Wicks, Jenifer) (Entered: 02/12/2007) |
| 02/12/2007 | 728 | MOTION in Limine To Preclude Evidence, Argument Or Cross-Examination Regarding The Fact That The Metropolitan Police Department Previously Closed Out The Troy Lewis Homicide To Someone Other Than Antwan Ball by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 ORDER)(Leon, Glenn) (Entered: 02/12/2007) |
| 02/12/2007 | 729 | MOTION for Reconsideration re 577 MOTION in Limine to Exclude "Congress Park Crew" Listing Recovered from Bell Residence filed by DAVID WILSON, by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Petalas, Ann) (Entered: 02/12/2007) |
| 02/12/2007 | | Leave to File Denied, by Judge Richard W. Roberts on 2/5/07 as to defendant GREGORY BELL. Document: Pro se Motion to Dismiss Indictment. (mlp) (Entered: 02/13/2007) |
| 02/12/2007 | 731 | TRANSCRIPT of Status Conference Proceedings as to ANTWUAN BALL, DAVID WILSON, DOMINIC SAMUELS before Judge Richard W. Roberts held on 11/6/06. Court Reporter: Edward Hawkins. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 02/13/2007) |
| 02/12/2007 | 732 | TRANSCRIPT of Motions Hearing Proceedings as to ANTWUAN BALL, DAVID WILSON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 1/3/07. Court Reporter: Edward Hawkins. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 02/13/2007) |
| 02/13/2007 | 730 | NOTICE of Filing of Declaration of Gary Proctor by DAVID WILSON re 711 MOTION FOR ADMISSION PRO HAC VICE (Wicks, Jenifer) (Entered: 02/13/2007) |
| 02/13/2007 | 736 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Trial Transcripts starting 2/13/07, afternoon sessions. Signed by Judge Richard W. Roberts on 2/13/07. (mlp) (Entered: 02/16/2007) |
| 02/13/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Voir dire begun as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS on 2/13/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1s,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Voir dire respited to 2/14/07 at 9:15 A.M. before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, |

|  |  | Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorney: Glenn Leon, Ann Petalas and Gilberto Guerrero. (mlp) (Entered: 02/20/2007) |
|---|---|---|
| 02/14/2007 |  | Voir Dire continued for 2/15/2007 09:15 AM in Courtroom 8 before Judge Richard W. Roberts as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (tb, ) (Entered: 02/14/2007) |
| 02/14/2007 | 733 | OPPOSITION to Government's Oral Request for Additional Peremptories by DAVID WILSON as to DAVID WILSON, GREGORY BELL. (Proctor, Gary) Modified on 2/15/2007 (mlp) (Entered: 02/14/2007) |
| 02/14/2007 | 735 | ORDER vacating the 1/22/07 Order [#692], granting 644 Motion for Leave to Join as to GREGORY BELL (3); granting 643 Motion for Leave to Join as to DESMOND THURSTON (13); the rulings that have already been issued on those Group Two defendants' motions that Thurston and Bell have now joined remain in effect.Signed by Judge Richard W. Roberts on 2/12/07. (mlp) (Entered: 02/15/2007) |
| 02/14/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Voir dire as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 2/14/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Voir dire respited to 2/15/07 at 9:15 A.M. before Judge Richard W. Roberts in Courtroom 9. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. (mlp) (Entered: 02/20/2007) |
| 02/15/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to DAVID WILSON, GREGORY BELL re 733 Opposition to Government's Oral Motion for Additional Peremptories was entered with an incorrect title. The Clerk modified the entry.(mlp) (Entered: 02/15/2007) |
| 02/15/2007 | 734 | Memorandum in Opposition by ANTWUAN BALL re 728 MOTION in Limine (Attachments: # 1 Exhibit)(Tabackman, Steven) (Entered: 02/15/2007) |
| 02/15/2007 |  | Set/Reset Hearings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS: Jury Trial set to resume on 2/20/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 02/15/2007) |
| 02/15/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Voir dire as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 2/15/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Voir dire respited to 2/20/07 at 9:15 A.M. before Judge Richard W. Roberts in Courtroom 9. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. (mlp) Modified on 2/21/2007 (mlp) (Entered: 02/20/2007) |
| 02/16/2007 | 741 | CJA 20 as to DAVID WILSON: Appointment of Attorney Gary E. Proctor for DAVID WILSON. Signed by Judge Richard W. Roberts on 2/16/07, nunc pro tunc to 2/2/07. (mlp) (Entered: 02/22/2007) |
| 02/18/2007 | 737 | RESPONSE by DAVID WILSON re 729 MOTION for Reconsideration of Admission of Congress Park Crew Sheet (Proctor, Gary) Modified on 2/20/2007 (mlp) (Entered: 02/18/2007) |
| 02/19/2007 | 738 | MOTION to Dismiss Count for Violation of Brady v. Maryland by DOMINIC SAMUELS. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Text of Proposed Order)(Balarezo, A.) (Entered: 02/19/2007) |
| 02/20/2007 | 739 | MOTION in Limine to exclude portions of Tapes NT-70, NT-74, NT-102, NT-104, and NT-107 by |

|  | | DAVID WILSON as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Errata 5)(Wicks, Jenifer) Modified on 2/21/2007 (mlp) (Entered: 02/20/2007) |
|---|---|---|
| 02/20/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury selection as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed and concluded on 2/20/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Jury and six alternates sworn. Matter respited to 2/21/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 02/28/2007) |
| 02/21/2007 | 742 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of trial proceedings starting 2/13/07. Special Authorizations: daily, e-mail copy, prosecution and defense opening statements, prosecution and defense argument, prosecution rebuttal. Signed by Judge Richard W. Roberts on 2/12/07. (mlp) (Entered: 02/23/2007) |
| 02/21/2007 | 743 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of trial beginning 2/13/07. Special authorizations: daily, copy plus e-mail. Signed by Judge Richard W. Roberts on 2/12/07. (mlp) (Entered: 02/23/2007) |
| 02/21/2007 | 744 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial beginning 2/13/07. Special authorizations: daily, copy plus e-mail. Signed by Judge Richard W. Roberts on 2/12/07. (mlp) (Entered: 02/23/2007) |
| 02/21/2007 | 745 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceedings beginning 2/13/07. Special authorizations: daily, e-mail copy, prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal. Signed by Judge Richard W. Roberts on 2/12/07. (mlp) (Entered: 02/23/2007) |
| 02/21/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS began on 2/21/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial is respited to 2/22/07 at 9:15 A.M.Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steve Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) Modified on 3/1/2007 (mlp) (Entered: 02/28/2007) |
| 02/22/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 2/22/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates; juror #1 discharged. Jury trial respited to 2/26/07 at 9:30 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US |

0095

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 105 of 500

Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero, Witness: Robert Lockhart. (mlp) (Entered: 02/28/2007)

| | | |
|---|---|---|
| 02/25/2007 | 746 | MOTION to Strike Overt Act 92 of Count 1 of the Indictment by DAVID WILSON as to DAVID WILSON, DESMOND THURSTON. (Attachments: # 1 Text of Proposed Order)(Proctor, Gary) (Entered: 02/25/2007) |
| 02/26/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS unable to resume on 2/26/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,32sss,33sss,34sss,35sss, 36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1s,2ss,38ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Juror absent. Jury trial respited to 6/27/07 to 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 02/28/2007) |
| 02/27/2007 | 747 | RESPONSE by USA as to DAVID WILSON, DESMOND THURSTON re 746 MOTION to Strike Overt Act 92 of Count 1 of the Indictment Government's Opposition to Defendant's Motions to Preclude Testimony Concerning Overt Act 92 of Count 1 of the Conspiracy (Lal, Arvind) (Entered: 02/27/2007) |
| 02/27/2007 | 748 | MOTION to Compel COMPLIANCE WITH THE COURT?S ORDER REGARDING DISCLOSURE OF GIGLIO AND JENCKS by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 02/27/2007) |
| 02/27/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 2/27/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,33sss,34sss,35sss, 36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury. Jury Trial respited to 2/28/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witness: Robert Lockhart. (mlp) (Entered: 02/28/2007) |
| 02/28/2007 | 749 | MOTION FOR ADEQUATE SPACE FOR JURORS AND SEPARATION FROM GOVERNMENT MATERIALS by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 02/28/2007) |
| 02/28/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 2/28/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss, 47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Trial respited to 3/1/07 at 9:15 A.M. Witnesses: Robert Lockhart, Richard Stallings and Season Wood. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. (mlp) Modified on 3/5/2007 (mlp) (Entered: 03/05/2007) |
| 02/28/2007 | | Set Hearing as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS: Jury Trial respited to 3/1/2007 09:15 AM in Courtroom 9 |

0096

| | | |
|---|---|---|
| | | before Judge Richard W. Roberts. (mlp) (Entered: 03/05/2007) |
| 03/01/2007 | 750 | RESPONSE by USA as to DOMINIC SAMUELS re 738 MOTION to Dismiss Count for Violation of Brady v. Maryland (Guerrero, Gilberto) (Entered: 03/01/2007) |
| 03/01/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/1/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 3/5/2007 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero, Witnesses: Season Wood and Larry Brown. (mlp) (Entered: 03/05/2007) |
| 03/05/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/5/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Trial respited to 3/6/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witness: Larry Brown. (mlp) Modified on 3/7/2007 (mlp) (Entered: 03/06/2007) |
| 03/05/2007 | | Set Hearing as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS: Jury Trial set for 3/6/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (mlp) (Entered: 03/06/2007) |
| 03/06/2007 | 751 | Government's Memorandum of Law: Prior Identifications Admissible Pursuant to Rule 801(d) (1C) by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Guerrero, Gilberto) Modified on 3/6/2007 (mlp) (Entered: 03/06/2007) |
| 03/06/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/6/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,31sss,32sss,33sss,34sss,35sss,36sss, 47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 3/7/2007 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Larry Brown and Gail Parson. (mlp) (Entered: 03/08/2007) |
| 03/07/2007 | 752 | SUPPLEMENT by DAVID WILSON re 748 MOTION to Compel COMPLIANCE WITH THE COURT'S ORDER REGARDING DISCLOSURE OF GIGLIO AND JENCKS (Attachments: # 1 Exhibit 1 - Excerpt from January 22, 2007 hearing)(Wicks, Jenifer) Modified on 3/8/2007 (mlp) (Entered: 03/07/2007) |

03/07/2007   753   SECOND SUPPLEMENT by DAVID WILSON re 748 MOTION to Compel COMPLIANCE WITH THE COURT'S ORDER REGARDING DISCLOSURE OF GIGLIO AND JENCKS (Attachments: # 1 Exhibit 1 Discovery Requests and # 2 Exhibit 2 - Disclosures)(Wicks, Jenifer) Modified on 3/8/2007 (mlp) (Entered: 03/07/2007)

03/07/2007         Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/7/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,33sss,34sss,35sss, 36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 3/8/07 at 9:15 a.m. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: Jon Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witness: Gail Parson (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007)

03/07/2007         Set Hearing as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS: Jury Trial respited to 3/8/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (mlp) (Entered: 03/12/2007)

03/08/2007   754   NOTICE of Filing of March 8, 2007 Discovery Letter by DAVID WILSON (Attachments: # 1 Exhibit March 8, 2007 Discovery Letter)(Wicks, Jenifer) (Entered: 03/08/2007)

03/08/2007         Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/8/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 3/12/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Gail Parson and Kyle Fulmer (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007)

03/09/2007   755   MOTION to Exclude TESTIMONY OF GENEVA MCCOY by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 03/09/2007)

03/09/2007   756   MOTION to Exclude ANY EVIDENCE INTRINSIC TO THE CHARGED CRIMINAL ACTS (without prior notice) by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 03/09/2007)

03/09/2007   760   TRANSCRIPT of Status Call Proceedings as to DANIEL COLLINS before Judge Richard W. Roberts held on 9/13/06. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007)

03/09/2007   761   TRANSCRIPT of Change of Plea Proceedings as to DANIEL COLLINS before Judge Richard W. Roberts held on 11/3/06. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007)

03/09/2007   762   TRANSCRIPT of Change of Plea Proceedings as to MARCUS SMITH before Judge Richard W. Roberts held on 11/13/06. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007)

03/09/2007   763   TRANSCRIPT of Sentencing Proceedings as to GERALD BAILEY, PHILLIP WALLACE before Judge Richard W. Roberts held on 11/17/06. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through

0098

Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007)

| | | |
|---|---|---|
| 03/09/2007 | 764 | TRANSCRIPT of Sentencing Proceedings as to LUCIOUS FOWLER before Judge Richard W. Roberts held on 11/22/06. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007) |
| 03/09/2007 | 765 | TRANSCRIPT of Sentencing Proceedings as to JASMINE BELL, RAYMOND BELL before Judge Richard W. Roberts held on 12/1/06. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007) |
| 03/09/2007 | 766 | TRANSCRIPT of jury Proceedings, morning session, Volume 9, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 2/28/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007) |
| 03/09/2007 | 767 | TRANSCRIPT of Jury Trial Proceedings, Morning Session, Volume 10, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/1/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007) |
| 03/09/2007 | 768 | TRANSCRIPT of Jury Trial Proceedings, Morning Session, Volume 11, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/5/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007) |
| 03/09/2007 | 777 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Daily Copies plus E-Mail Transcripts of Trial beginning 2/13/07 through the conclusion of the trial. Signed by Judge Richard W. Roberts on 3/9/07. (mlp) (Entered: 03/15/2007) |
| 03/09/2007 | 780 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for daily transcripts of trial witnesses examination and jury instructions, copy and e-mail. Signed by Judge Richard W. Roberts on 3/9/07. (mlp) (Entered: 03/15/2007) |
| 03/09/2007 | 781 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for daily copies and e-mails of transcripts of trial beginning 2/13/07 through the conclusion of the trial. Signed by Judge Richard W. Roberts on 3/9/07. (mlp) (Entered: 03/15/2007) |
| 03/09/2007 | 782 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for daily and e-mail transcripts of afternoon sessions of trial. Signed by Judge Richard W. Roberts on 3/9/07. (mlp) (Entered: 03/15/2007) |
| 03/09/2007 | 783 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts (daily copy and e-mail and jury instructions for witness examinations). Signed by Judge Richard W. Roberts on 3/9/07. (mlp) (Entered: 03/15/2007) |
| 03/11/2007 | 757 | MOTION Limit the Scope of Government's Redirect by DAVID WILSON. (Proctor, Gary) (Entered: 03/11/2007) |
| 03/12/2007 | 758 | ENTERED IN ERROR.....MOTION to Exclude Testimony of Geneva McCoy by USA as to DAVID WILSON. (Leon, Glenn) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007) |
| 03/12/2007 | 759 | ENTERED IN ERROR.....MOTION to Compel Compliance Regarding Disclosure of Giglio and Jencks by USA as to DAVID WILSON. (Leon, Glenn) Modified on 3/13/2007 (mlp) (Entered: 03/12/2007) |
| 03/12/2007 | 769 | OPPOSITION by USA re Defendant's 748 Motion to Compel, 752 Supplement to Motion to Compel and 753 Second Supplement to Motion to Compel as to DAVID WILSON. (Leon, Glenn) (Entered: 03/12/2007) |
| 03/12/2007 | 770 | RESPONSE by USA as to DAVID WILSON re 755 MOTION to Exclude TESTIMONY OF GENEVA MCCOY Government's Opposition to Defendant David Wilson's Motion to Exclude Testimony of Geneva McCoy (Leon, Glenn) (Entered: 03/12/2007) |
| 03/12/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 3/13/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/12/2007) |
| 03/12/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/12/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and |

0099

GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. with same jury and alternates. Jury Trial respited to 3/13/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Kyle Fulmer and Sandra White. (mlp) (Entered: 03/14/2007)

| | | |
|---|---|---|
| 03/12/2007 | 784 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts (daily copy and e-mail and jury instructions) of witness examinations. Signed by Judge Richard W. Roberts on 3/12/07. (mlp) (Entered: 03/15/2007) |
| 03/12/2007 | 785 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts (daily copies and e-mails and jury instructions) of witness examinations. Signed by Judge Richard W. Roberts on 3/12/07. (mlp) (Entered: 03/15/2007) |
| 03/12/2007 | 786 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for daily copies plus e-mails of transcripts of trial beginning 2/13/07 through the conclusion of the trial. Signed by Judge Richard W. Roberts on 3/12/07. (mlp) (Entered: 03/15/2007) |
| 03/12/2007 | 787 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for daily copies and e-mails of transcripts of trial beginning 2/13/07 through the conclusion of the trial. Signed by Judge Richard W. Roberts on 3/12/07. (mlp) (Entered: 03/15/2007) |
| 03/13/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DAVID WILSON re 759 MOTION to Compel Compliance Regarding Disclosure of Giglio and Jencks, 758 MOTION to Exclude Testimony of Geneva McCoy were entered in error and counsel refiled said pleadings as oppositions to defendant's motions. (mlp) (Entered: 03/13/2007) |
| 03/13/2007 | 771 | TRANSCRIPT of Jury Trial Proceedings, a.m. session, Volume 8 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 2/27/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/14/2007) |
| 03/13/2007 | 772 | TRANSCRIPT of Jury Trial Proceedings, a.m. session, Volume 12 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/6/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/14/2007) |
| 03/13/2007 | 773 | TRANSCRIPT of Jury Trial Proceedings, a.m. session, Volume 13 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/7/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/14/2007) |
| 03/13/2007 | 774 | TRANSCRIPT of Jury Trial Proceedings, a.m. session, Volume 14 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/8/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/14/2007) |
| 03/13/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/13/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 3/14/07 at 11:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary |

0100

|  |  | Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Sandra White and Kyle Fulmer. (mlp) (Entered: 03/19/2007) |
|---|---|---|
| 03/14/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 3/15/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/14/2007) |
| 03/14/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/14/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial resited to 3/15/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witness: Kyle Fulmer. (mlp) (Entered: 03/19/2007) |
| 03/15/2007 | 775 | MOTION pursuant to Rule 404(b) Evidence to exclude alleged bad acts and uncharged misconduct by JOSEPH JONES. (Attachment: # 1 Text of Proposed Order)(Martin, Anthony) Modified on 3/16/2007 (mlp) (Entered: 03/15/2007) |
| 03/15/2007 |  | Set/Reset Hearings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS: Jury Trial set to resume on 3/19/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/15/2007) |
| 03/15/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/15/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial resited to 3/19/07 at 9:30 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero; Witnesses: Kyle Fulmer and Willis Earl Campbell. (mlp) Modified on 3/21/2007 (mlp) (Entered: 03/20/2007) |
| 03/16/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to JOSEPH JONES re 775 MOTION for 404(b) Evidence was modified to indicate complete title of document. (mlp) (Entered: 03/16/2007) |
| 03/19/2007 | 788 | RESPONSE IN OPPOSITION by USA as to DAVID WILSON re 756 MOTION to Exclude ANY EVIDENCE INTRINSIC TO THE CHARGED CRIMINAL ACTS (without prior notice) (Leon, Glenn) Modified on 3/20/2007 (mlp) (Entered: 03/19/2007) |
| 03/19/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 3/20/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/19/2007) |
| 03/19/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/19/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial resited to 3/20/07 at 9:15 A.M. Bond Status of Defendants: defendants |

committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, James Beane, Jenifer Wicks, Gary Proctor, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Willis Earl Campbell and Horace Smith. (mlp) (Entered: 03/21/2007)

| | | |
|---|---|---|
| 03/20/2007 | 789 | REPLY by USA as to ANTWUAN BALL re 734 Memorandum in Opposition Government's Reply Memorandum to Defendant Antwuan Ball's Opposition Memorandum to the Government's 728 Motion in Limine to Preclude Evidence, Argument or Cross-Examination Regarding The Fact that the Metropolitan Police Department Previously Closed Out the Troy Lewis Homocide To Someone Other Than Antwuan Ball (Attachments: # 1 PD-252# 2 PD-123p1# 3 PD-123p2)(Leon, Glenn) Modified on 3/21/2007 (mlp) (Entered: 03/20/2007) |
| 03/20/2007 | 790 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 5, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 2/21/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 791 | TRANSCRIPT of Jury Trial Proceedings, Volume 6, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 2/22/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 792 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 7, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 2/26/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 793 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 8, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 2/27/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 794 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 9, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 2/28/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 795 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 10, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/1/07 Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 796 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 11, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/5/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 797 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 12, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/6/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 798 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 13, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/7/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | 799 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 14, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/8/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |

0102

| | | |
|---|---|---|
| 03/20/2007 | 800 | TRANSCRIPT of Jury Trial Proceedings, Afternoon Session, Volume 19, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/19/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/21/2007) |
| 03/20/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 3/20/2007. Jury trial did not go forward due to the unavailability of a juror. Bond Status of Defendants: defendants did not appear in the courtroom; defendants are committed; Court Reporters: Scott Wallace and Rebecca Stonestreet;; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. (mlp) (Entered: 03/23/2007) |
| 03/21/2007 | 802 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceeding held 3/12/07 to 3/15/07, A.M. and P.M. sessions. Special Authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 3/21/07. (mlp) (Entered: 03/23/2007) |
| 03/21/2007 | 803 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceeding held 3/12/07 to 3/15/07, A.M. and P.M. sessions. Special authorizations: copy and e-mail, daily, jury instructions. Signed by Judge Richard W. Roberts on 3/21/07. (mlp) (Entered: 03/23/2007) |
| 03/21/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/21/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 3/22/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero, Witnesses: Horace Smith, Geneva McCoy, Marylin Proctor and Robert Lockhart. (mlp) Modified on 3/23/2007 (mlp) Modified on 3/26/2007 (zmlp, ). (Entered: 03/23/2007) |
| 03/22/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/22/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Edward Lewis Martin, Jr., Kevin Ashby, Brian Wade, Robert Lockhart and Minh Dang. (mlp) (Entered: 03/23/2007) |
| 03/23/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 3/26/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/23/2007) |
| 03/26/2007 | 805 | MOTION in Limine Seeking to Exclude Marquita Giles' Statements Regarding Desmond Thurston by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1 Exhibit Marquita Giles Plea Transcript)(Petalas, Ann) (Entered: 03/26/2007) |
| 03/26/2007 | 806 | MOTION in Limine SEEKING TO EXCLUDE MARQUITA GILE'S STATEMENTS REGARDING DESMOND THURSTON by USA as to ANTWUAN BALL. (Attachments: # 1)(Petalas, Ann) |

0103

(Entered: 03/26/2007)

| | | |
|---|---|---|
| 03/26/2007 | 808 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 13, 2007 (a.m.). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 03/27/2007) |
| 03/26/2007 | 809 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 13, 2007 (p.m.). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 03/27/2007) |
| 03/26/2007 | 810 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 14, 2007 (a.m.). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 03/27/2007) |
| 03/26/2007 | 811 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 14, 2007 (p.m.). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 03/27/2007) |
| 03/26/2007 | 812 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 15, 2007 (a.m.). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 03/27/2007) |
| 03/26/2007 | 813 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 19, 2007 (a.m.). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 03/27/2007) |
| 03/26/2007 | 814 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 20, 2007 (a.m.). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 03/27/2007) |
| 03/26/2007 | 815 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 21, 2007. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 03/27/2007) |
| 03/26/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/26/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Count 1ss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 3/27/07 at 9:15 A.M. in Courtroom 9. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Minh Dang, James Burton, Eileen Waninger, Joyce Leftwich, Christopher Clark and Anthony Commodore. (mlp) (Entered: 03/29/2007) |
| 03/26/2007 | 821 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of trial proceedings held on 2/13/07 through the conclusion of the trial. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 3/26/07. (mlp) (Entered: 03/29/2007) |

| 03/26/2007 | 822 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for trial transcripts of proceedings: witness examinations. Special Authorizations: daily copy and e-mails and jury instructions. Signed by Judge Richard W. Roberts on 3/26/07. (mlp) (Entered: 03/29/2007) |
|---|---|---|
| 03/26/2007 | 824 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Gerald Van Bremen for transcripts of trial proceedings in U.S. v Antoine Draine, F-11391-94 before Judge Burgess on May 10-12, 1995. (D.C. Superior Court) Special authorizations: expedited, prosecution and defense opening statements, prosecution and defense argument, and prosecution rebuttal. Signed by Judge Richard W. Roberts on 3/26/07. (mlp) (Entered: 03/29/2007) |
| 03/27/2007 | 807 | MEMORANDUM IN OPPOSITION by USA as to JOSEPH JONES re 775 MOTION for 404(b) Evidence.(Leon, Glenn) Modified on 3/28/2007 (mlp) (Entered: 03/27/2007) |
| 03/27/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/27/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 3/28/07 at 9:15 A.M. in Courtroom 9. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Anthony Commodore, Dwayne Fails, Kemper Age, Toni Walls, Anthony Guice, Howard Anderson, Shaun Epeinger and Andrew Sites. (mlp) (Entered: 03/29/2007) |
| 03/28/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to JOSEPH JONES re 807 Reply to document was modified to indicate correct title of Memorandum in Opposition to 775 Motion for 404(b) Evidence. (mlp) (Entered: 03/28/2007) |
| 03/28/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 3/29/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/28/2007) |
| 03/28/2007 | 816 | SUPPLEMENT by ANTWUAN BALL re 734 Memorandum in Opposition Motion in Limine #728 (Attachments: # 1 Exhibit Case Summary# 2 Exhibit Letter excerpt)(Tabackman, Steven) Modified on 3/29/2007 (mlp) (Entered: 03/28/2007) |
| 03/28/2007 | 818 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 22, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/22/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/29/2007) |
| 03/28/2007 | 819 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 23, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/26/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/29/2007) |
| 03/28/2007 | 820 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 24, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/27/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 03/29/2007) |
| 03/28/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/28/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same |

|  |  | jury and alternates. Jury trial respited to 3/29/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Andrew Sites, Joseph Powell, Frank Magna, Harry Allen, Darlene Irving, Quenton Milstead and Bobby Capies. (mlp) (Entered: 03/30/2007) |
|---|---|---|
| 03/29/2007 | 817 | ERRATA in Connection with Doc. No. 816 by ANTWUAN BALL 816 Supplement to 734 Memorandum in Opposition to 728 Motion in Limine filed by ANTWUAN BALL (Attachment: # 1 Exhibit 1: Summary of Relevant Cases)(Tabackman, Steven) Modified on 3/30/2007 (mlp) (Entered: 03/29/2007) |
| 03/29/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL. Exhibit #1 re 816 Supplement to 734 Memorandum in Opposition to 728 Motion in Limine reflects an incorrect image. Corrected image was filed 3/29/07. (mlp) (Entered: 03/29/2007) |
| 03/29/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 3/29/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 4/2/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalasa and Gilberto Guerrero. Witness: Bobby Capies (mlp) (Entered: 04/02/2007) |
| 03/30/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL re 817 Errata filed by ANTWUAN BALL was modified to clarify docket entry. (mlp) (Entered: 03/30/2007) |
| 03/30/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/2/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/30/2007) |
| 03/30/2007 | 825 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 20, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/20/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/02/2007) |
| 03/30/2007 | 826 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 21, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/21/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/02/2007) |
| 03/30/2007 | 827 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 22, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/22/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/02/2007) |
| 03/30/2007 | 828 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 23, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/26/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/02/2007) |
| 03/30/2007 | 829 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 25, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/28/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/02/2007) |
| 03/30/2007 | 830 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 25, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS |

0106

|  |  | before Judge Richard W. Roberts held on 3/27/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/02/2007) |
|---|---|---|
| 03/30/2007 | 831 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 24, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/28/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 4/3/2007 (mlp) (Entered: 04/02/2007) |
| 04/02/2007 |  | Set/Reset Hearings as to ANTWUAN BALL, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS: Jury Trial set to resume on 4/3/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/02/2007) |
| 04/02/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/2/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 4/3/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witness: Bobby Capies. (mlp) (Entered: 04/03/2007) |
| 04/02/2007 | 832 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of trial proceedings starting February 13, 2007. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 833 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of Trial beginning 2/13/07; copy plus email. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 834 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of proceeding held on Trial beginning 2/13/07; copy plus email Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 835 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of Trial proceedings starting February 13, 2007. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 836 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of trial transcripts for U.S. vs Antwun Ball-afternoon session. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 837 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of testimony heard 3/19/07; 3/21/07; and 3/22/07. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 838 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of Trial held 3/26/07 through 3/29/07. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 839 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of 3/26/07 through 3/29/07. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 840 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of trial (witness examination) held on 3/26/07 through 3/29/07. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/02/2007 | 841 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of Trial held on 3/19/07; 3/20/07; and 3/22/07. Signed by Judge Richard W. Roberts on 4/2/07. (cp, ) (Entered: 04/05/2007) |
| 04/03/2007 | 842 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Trial (witness examination); copy and email. Signed by Judge Richard W. Roberts on 4/3/07. (cp, ) (Entered: 04/05/2007) |

0107

| | | |
|---|---|---|
| 04/03/2007 | 843 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of Trial 2/13/07 through conclusion of trial. Signed by Judge Richard W. Roberts on 4/3/07. (cp, ) (Entered: 04/05/2007) |
| 04/03/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Jury Trial resumed as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 4/3/2007. DESMOND THURSTON (13) Count 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Count 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Count 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Count 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Count 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury present. Jury Trial respited until 4/4/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendant: Defendants Committed/Commitment Issued) (Court Reporter: Scott Wallace and Rebecca Stonestreet) (Defense Attorney: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US Attorney: Glenn Leon, Ann Petalas, Giberto Guerrero) (hsj, ) Modified on 4/10/2007 (hsj, ). (Entered: 04/09/2007) |
| 04/04/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Jury Trial resumed as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 4/4/2007 DESMOND THURSTON (13) Count 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Count 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Count 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Count 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Count 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury present. Jury Trial respited until 4/5/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendant: Defendants Committed/Commitment Issued) (Court Reporter: Scott Wallace and Rebecca Stonestreet) (Defense Attorney: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorney: Glenn Leon, Ann Petalas, Gilberto Guerrero) (Witnesses: Bobby Capies) (hsj, ) Modified on 4/10/2007 (hsj, ). (Entered: 04/09/2007) |
| 04/05/2007 | 844 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on March 29, 2007. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 04/06/2007) |
| 04/05/2007 | 845 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 2, 2007. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 04/06/2007) |
| 04/05/2007 | 846 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 2, 2007 (p.m. session). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 04/06/2007) |
| 04/05/2007 | 847 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 3, 2007. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 04/06/2007) |
| 04/05/2007 | 848 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 4, 2007. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 04/06/2007) |
| 04/05/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Jury Trial resumed as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, |

0108

|  |  | DOMINIC SAMUELS held on 4/5/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury present. Jury Trial respited until 4/10/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendants: Defendants Committed/Commitment Issued) (Court Reporters: Scott Wallace and Rebecca Stonestreet) (Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura) (US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero) (Witness: Bobby Capies) (hsj, ) Modified on 4/11/2007 (mlp) Modified on 4/12/2007 (hsj, ). (Entered: 04/10/2007) |
| 04/06/2007 | 856 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Dennis Dinkel for Copy of Transcript of Motions Hearing in USA vs Bobby Capies (CR 01-261-EGS) held on 12/18/01. Signed by Judge Richard W. Roberts on 4/6/07. (mlp) (Entered: 04/12/2007) |
| 04/06/2007 | 857 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Kay Moomey, Miller Reporting Co. for Copy of Motions Hearing Transcript in U.S.A. vs Bobby Capies (CR 01-261-EGS) held on 12/18/01/ Signed by Judge Richard W. Roberts on 4/6/07. (mlp) (Entered: 04/12/2007) |
| 04/09/2007 | 849 | REQUEST as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS for juvenile case files of Bobby Capies for in camera review Signed by Judge Richard W. Roberts on 4/5/07. (lin, ) (Entered: 04/09/2007) |
| 04/09/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial to resume on 4/10/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/09/2007) |
| 04/09/2007 | 850 | ENTERED IN ERROR.....NOTICE Motion to Quash by District of Columbia by ANTWUAN BALL (Attachments: # 1)(Anderson, Steven) Modified on 4/10/2007 (nmw, ). (Entered: 04/09/2007) |
| 04/09/2007 | 852 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/5/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 04/10/2007) |
| 04/09/2007 | 853 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/29/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 04/10/2007) |
| 04/09/2007 | 854 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/3/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 04/10/2007) |
| 04/09/2007 | 855 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/4/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 04/10/2007) |
| 04/10/2007 | 851 | MOTION for Declaration of Mistrial by ANTWUAN BALL. (Attachments: # 1 Exhibit Ex 1-E-mail correspondence# 2 Exhibit Ex. 2 - FBI 302# 3 Exhibit Ex. 3-FBI 302# 4 Exhibit Ex. 4 - Letter-3/4/06# 5 Text of Proposed Order)(Tabackman, Steven) (Entered: 04/10/2007) |
| 04/10/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL Document No. 850 Notice (Other) was entered in error and counsel was instructed to refile said pleading as a miscellaneous case. (nmw, ) (Entered: 04/10/2007) |
| 04/10/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Jury Trial resumed as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 4/10/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss |

and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,35sss, 36sss,47sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury present. Jury Trial resited until 4/11/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendants: Defendants Committed/Commitment Issued; Court Reporters: Scott Wallace and Rebecca Stonestreet) (Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero) (Witnesses: Christopher Huxall, Kyle Fulmer) (hsj, ) Modified on 4/13/2007 (mlp) (Entered: 04/12/2007)

| | | |
|---|---|---|
| 04/11/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/12/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/11/2007) |
| 04/11/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/11/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. with same jury and alternates. Trial resited to 4/12/07 at 9:15 A.M. in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Kyle Fulmer and Bobby Capies. (mlp) (Entered: 05/03/2007) |
| 04/12/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/16/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/12/2007) |
| 04/12/2007 | 861 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of proceeding held on 4/3/07 through 4/5/07. Special authorizations: daily and daily copies plus e-mail. Signed by Judge Richard W. Roberts on 4/12/07. (mlp) (Entered: 04/16/2007) |
| 04/12/2007 | 862 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for Transcript of proceeding held on 3/23/07. Special authorization: expedited. Signed by Judge Richard W. Roberts on 4/12/07. (mlp) (Entered: 04/16/2007) |
| 04/12/2007 | 863 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of proceeding held on 4/3/07 through 4/5/07. Special authorizations: daily and jury instructions. Signed by Judge Richard W. Roberts on 4/12/07. (mlp) (Entered: 04/16/2007) |
| 04/12/2007 | 864 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of trial proceedings held on 2/13/07 through the conclusion of the trial. Special authorizations: daily copies plus e-mails and daily. Signed by Judge Richard W. Roberts on 4/12/07. (mlp) (Entered: 04/16/2007) |
| 04/12/2007 | 865 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of witness examinations during the trial. Special authorizations: daily, copy and e-mail, and jury instructions. Signed by Judge Richard W. Roberts on 4/12/07. (mlp) (Entered: 04/16/2007) |
| 04/12/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/12/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with |

same jury and alternates. Jury Trial respited to 4/16/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: defendants committed/commitments issued; Court Reporter: Scott Wallace and Rebecca Stonestreet Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, and William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Bobby Capies and Richard Pane. (mlp) (Entered: 04/19/2007)

| | | |
|---|---|---|
| 04/13/2007 | 858 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 31, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/10/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/16/2007) |
| 04/13/2007 | 859 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 32, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/11/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/16/2007) |
| 04/13/2007 | 860 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 33, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/12/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/16/2007) |
| 04/16/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/17/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/16/2007) |
| 04/16/2007 | 866 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 33, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 3/13/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/17/2007) |
| 04/16/2007 | 867 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 30, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/5/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/17/2007) |
| 04/16/2007 | 868 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 31, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/10/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/17/2007) |
| 04/16/2007 | 869 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 32, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/11/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/17/2007) |
| 04/16/2007 | 870 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of trial testimony beginning 2/13/07. Special Authorizations: e-mail transcripts and daily. (Duplicate voucher - original voucher lost) Signed by Judge Richard W. Roberts on 4/16/07. (mlp) (Entered: 04/18/2007) |
| 04/16/2007 | 872 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of witnesses' testimony at trial. Special authorizations: daily copy and e-mail and jury instructions. Signed by Judge Richard W. Roberts on 4/16/07. (mlp) (Entered: 04/18/2007) |
| 04/16/2007 | 873 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial beginning 2/13/07 until conclusion. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 4/16/07. (mlp) (Entered: 04/18/2007) |
| 04/17/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/18/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/17/2007) |
| 04/17/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/17/2007; DESMOND THURSTON (13) Counts |

USCA Case #11-3031    Document #1445852        Filed: 07/10/2013    Page 121 of 500

|  |  |  |
|---|---|---|
|  |  | 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial resipted to 4/18/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Robert Crawford and Keith Barnett. (mlp) (Entered: 04/19/2007) |
| 04/18/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/19/2007 01:00 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/18/2007) |
| 04/18/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/18/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero; Witness: Keith Barnett. (mlp) Modified on 4/30/2007 (mlp) (Entered: 04/27/2007) |
| 04/19/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/19/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero; Witness: Keith Barnett. (mlp) Modified on 4/30/2007 (mlp) (Entered: 04/27/2007) |
| 04/20/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/23/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/20/2007) |
| 04/20/2007 | 874 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 33, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/16/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/23/2007) |
| 04/20/2007 | 875 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 35, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/17/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/23/2007) |
| 04/20/2007 | 876 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 36, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS |

0112

before Judge Richard W. Roberts held on 4/18/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/23/2007)

| 04/20/2007 | 877 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 37, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/19/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/23/2007) |
|---|---|---|
| 04/20/2007 | 878 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Edward Hawkins for Transcript of proceeding held on 1/3/07. Signed by Judge Richard W. Roberts on 1/20/07. (hsj, ) (Entered: 04/23/2007) |
| 04/23/2007 | 880 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/16/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) Modified on 4/24/2007 (hsj, ). (Entered: 04/24/2007) |
| 04/23/2007 | 881 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/17/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 04/24/2007) |
| 04/23/2007 | 882 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/18/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 04/24/2007) |
| 04/23/2007 | 885 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of examination of witnesses. Special Authorizations: daily, copy and e-mail, and jury instructions. Signed by Judge Richard W. Roberts on 4/23/07. (mlp) (Entered: 04/27/2007) |
| 04/23/2007 | 886 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial proceedings beginnin 2/13/07 through the conclusion of the trial. Special Authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 4/23/07. (mlp) (Entered: 04/27/2007) |
| 04/23/2007 | 887 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of examinations of witnesses. Special Authorizations: daily copies and e-mails and jury instructions. Signed by Judge Richard W. Roberts on 4/23/07. (mlp) (Entered: 04/27/2007) |
| 04/23/2007 | 888 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceedings beginning 2/13/07 through the conclusion of the trial. Special Authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 4/23/07. (mlp) (Entered: 04/27/2007) |
| 04/23/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/23/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero; Witness: Keith Barnett. (mlp) (Entered: 04/27/2007) |
| 04/24/2007 | 879 | MOTION to Restrict the Testimony of A Limited Portion of a Proposed Government Witness by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachment: # 1 Text of Proposed Order)(Leon, Glenn) Modified on 4/25/2007 (mlp) (Entered: 04/24/2007) |
| 04/24/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/25/2007 09:15 |

0113

AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/24/2007)

04/24/2007    883    Memorandum in Opposition by DOMINIC SAMUELS re 879 Government's Motion to Restrict the Testimony of A Limited Portion of a Proposed Government Witness (Attachment: # 1 Text of Proposed Order)(Balarezo, A.) Modified on 4/25/2007 (mlp) (Entered: 04/24/2007)

04/24/2007    Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/24/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero; Witness: Keith Barnett. (mlp) Modified on 4/30/2007 (mlp) (Entered: 04/27/2007)

04/25/2007    NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 4/26/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/25/2007)

04/25/2007    Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/25/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 4/26/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Cedric Connor, Janet Knight and Marie Louis. (mlp) (Entered: 04/30/2007)

04/26/2007    889    TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 38, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/23/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/30/2007)

04/26/2007    890    TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 39, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/24/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/30/2007)

04/26/2007    891    TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 40, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/25/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 04/30/2007)

04/26/2007    Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/26/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and

ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 4/30/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Harvey Smith, John Allai and Lowell Grier. (mlp) (Entered: 04/30/2007)

| 04/26/2007 | 894 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of trial beginning 2/13/07 through the conclusion of the trial. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 4/26/07. (mlp) (Entered: 05/01/2007) |
|---|---|---|
| 04/26/2007 | 895 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of trial proceedings between 4/16/07 and 4/19/07. Special authorizations: daily copy plus e-mails and jury instructions. Signed by Judge Richard W. Roberts on 4/26/07. (mlp) (Entered: 05/01/2007) |
| 04/30/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 5/1/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/30/2007) |
| 04/30/2007 | 892 | NOTICE and Motion to Introduce Summaries and Charts Pursuant to Federal Rules of Evidence 611(a) and 1006 by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Attachments: # 1 Chart of Chemist Findings# 2 Chart of Controlled Cocaine Based Purchases# 3 Chart of Additional Narcotics Seized# 4 Chart of Cocaine Crack Price List# 5 Order)(Leon, Glenn) (Entered: 04/30/2007) |
| 04/30/2007 | 893 | MOTION to introduce summaries and charts pursuant to Federal Rules of Evidence 611(a) and 1006 by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (See scanned image of document 892 ) (mlp) (Entered: 05/01/2007) |
| 04/30/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 4/30/2007 DESMOND THURSTON (13) Count 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero; Witnesses: Morgan Boyd, Joseph Anderson, Kenneth Arrington and Steven Marsh. (mlp) (Entered: 05/02/2007) |
| 04/30/2007 | 899 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts jury trial proceedings beginning 2/13/07 through the conclusion of the trial. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 4/30/07. (mlp) (Entered: 05/03/2007) |
| 04/30/2007 | 901 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of witnesses' testimony during jury trial. Special authorizations: daily copies and e-mails and jury instructions. Signed by Judge Richard W. Roberts on 4/30/07. (mlp) (Entered: 05/03/2007) |
| 05/01/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 5/2/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 05/01/2007) |
| 05/01/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/1/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, |

35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 5/2/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero; Witnesses: Steven Marsh, Steve Wasem, Henry Blum, Roxanne Taylor and Norman Newby. (mlp) (Entered: 05/02/2007)

| 05/02/2007 | 896 | RESPONSE by USA as to ANTWUAN BALL re 851 MOTION for Declaration of Mistrial GOVERNMENT'S RESPONSE TO DEFENDANT ANTWAUN BALL'S MOTION FOR MISTRIAL OR DISMISSAL OF COUNTS 29 AND 30 PERTAINING TO THE MURDER OF TROY LEWIS OR FOR SUCH RELIEF AS COURT DEEMS JUST AND PROPER FOR GOVERNMENT'S VIOLATION OF BRADY V. MARYLAND (Leon, Glenn) (Entered: 05/02/2007) |
| --- | --- | --- |
| 05/02/2007 | 897 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial proceedings beginning 2/13/07 through the conclusion of the trial. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 5/2/07. (mlp) (Entered: 05/03/2007) |
| 05/02/2007 | 898 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of witnesses' testimony during the jury trial. Special instructions: daily and jury instructions. Signed by Judge Richard W. Roberts on 5/2/07. (mlp) (Entered: 05/03/2007) |
| 05/02/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/2/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Trial respited to 5/3/07 at 9:15 A.M. in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Gwyn Marshall Reel, Peter Schumacher, Paul Szala, Stanley Greene, Robert Lockhart, Quintia Pendergrast and Shanay Glenn. (mlp) Modified on 5/4/2007 (mlp) (Entered: 05/04/2007) |
| 05/03/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/3/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 5/7/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Shanay Glenn, Tanya Gross, Stephanie Carre and Toya Ryals. (mlp) (Entered: 05/08/2007) |
| 05/04/2007 | 902 | NOTICE of Filing Re Access to Bobby Capies' Court Records by DAVID WILSON (Attachments: # 1 Appendix Wilson Petition for Access# 2 Appendix Government Opposition to Access# 3 Appendix Judge Richter Order)(Wicks, Jenifer) (Entered: 05/04/2007) |
| 05/04/2007 | 903 | NOTICE of Filing RE Bobby Capies Other Superior Court Matter by DAVID WILSON (Attachments: # 1 Appendix Wilson Access to Court Records)(Wicks, Jenifer) (Entered: 05/04/2007) |
| 05/04/2007 | 904 | TRANSCRIPT of Motion Hearing Proceedings as to ANTWUAN BALL, DAVID WILSON, JOSEPH |

0116

JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 12/18/06. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/07/2007)

05/04/2007    905    TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 38, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/23/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/07/2007)

05/04/2007    906    TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 39, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 4/24/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/07/2007)

05/04/2007    907    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 25, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/04/2007    908    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 26, 2007 (Morning session). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/04/2007    909    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 26, 2007 (Afternoon session). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/04/2007    910    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 30, 2007 (Morning session). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/04/2007    911    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on April 30, 2007 (Afternoon session). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/04/2007    912    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 1, 2007 (Morning session). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/04/2007    913    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 1, 2007 (Afternoon session). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/04/2007    914    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 2, 2007 (Morning session). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/04/2007    915    TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 3, 2007 (Morning session). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/07/2007)

05/07/2007    NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 5/8/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 05/07/2007)

| 05/07/2007 | 916 | ORDER as to DAVID WILSON, direct the government to file within seven calendar days a memorandum. (See order for detail) Signed by Judge Richard W. Roberts on 5/4/07. (gdf) (Entered: 05/08/2007) |
|---|---|---|
| 05/07/2007 | 917 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of proceeding held on 4/30/07 through 5/3/07. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 5/7/07. (mlp) (Entered: 05/08/2007) |
| 05/07/2007 | 918 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of witnesses' examination at proceedings held on 4/30/07 through 5/3/07. Special authorizations: daily copies and e-mails and jury instructions. Signed by Judge Richard W. Roberts on 5/7/07. (mlp) (Entered: 05/08/2007) |
| 05/07/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/7/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss,59ss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with the same jury and alternates. Jury trial respited to 5/8/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero; Witnesses: Kairi Kellibrew and Toya Ryals. (mlp) (Entered: 05/10/2007) |
| 05/08/2007 | 919 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 2, 2007 (afternoon session). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/09/2007) |
| 05/08/2007 | 920 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 3, 2007 (afternoon session). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/09/2007) |
| 05/08/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/8/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with the same jury and alternates. Jury trial respited to 5/9/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilbert Guerrero. Witness: Kairi Kellibrew. (mlp) Modified on 5/10/2007 (mlp) (Entered: 05/10/2007) |
| 05/09/2007 | 921 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 46, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/7/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/10/2007) |
| 05/09/2007 | 922 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 47, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/8/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/10/2007) |

| 05/09/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/9/2007. DESMOND THURSTON (13) Counts 1sss,2sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,54sss,55sss, 59sss amd and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with the same jury and alternates. Jury trial respited to 5/14/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witness: Kairi Kellibrew. (mlp) Modified on 5/11/2007 (mlp) (Entered: 05/10/2007) |
| 05/09/2007 | 927 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial proceeding held beginning 2/13/07 through the conclusion of the trial. Special authorizations: daily copies plue e-mails. Signed by Judge Richard W. Roberts on 5/9/07. (mlp) (Entered: 05/11/2007) |
| 05/09/2007 | 928 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of witness examinations. Special authorizations: daily copies and e-mails and jury instructions. Signed by Judge Richard W. Roberts on 5/9/07. (mlp) (Entered: 05/11/2007) |
| 05/10/2007 | 923 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 46, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/7/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/11/2007) |
| 05/10/2007 | 924 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 47, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/8/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/11/2007) |
| 05/10/2007 | 925 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 48, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/9/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/11/2007) |
| 05/11/2007 | 929 | RESPONSE by USA as to DAVID WILSON re 902 Notice of Filing copies of Bobby Capies' Superior Court File filed by defendant DAVID WILSON (Attachments: # 1 Exhibit A# 2 Exhibit B)(Leon, Glenn) Modified on 5/14/2007 (mlp) (Entered: 05/11/2007) |
| 05/14/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 5/15/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 05/14/2007) |
| 05/14/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/14/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 5/15/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guettero. Witness: Kairi Kellibrew (mlp) (Entered: 05/15/2007) |
| 05/15/2007 | 930 | MOTION for Order Granting Leave to Visit Terminally Ill Mother by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 05/15/2007) |

| 05/15/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Jury Trial resumed as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 5/15/2007. DESMOND THURSTON (13) Count 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Count 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Count 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Count 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Count 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury is present. Jury Trial respited until 5/16/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendant: Defendants Committed/Commitment Issued) (Court Reporter: Scott Wallace and Rebecca Stonestreet) (Defense Attorney: John James Carney and Steven Tabackman-#1, Gary E. Proctor and Jenifer Wicks-#2, James W. Beane, Jr.-#3, Jonathan Seth Zucker-#13, Anthony Darnell Arnold and Anthony Martin-#16, A. Eduardo Balarezo and William Purpura-#17; US Attorney: Glen Leon, Ann Petalas and Giberto Guerrero) (Witnesses: Kairi Kellibrew, William Talbert, James Savage, Dawn Leary Robert Lockhart) (hsj, ) Modified on 5/24/2007 (mlp) (Entered: 05/23/2007) |
| 05/16/2007 | 932 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of proceedings held on 5/7/07 through 5/9/07. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 5/16/07. (mlp) (Entered: 05/18/2007) |
| 05/16/2007 | 933 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of witness examination during trial. Special authorizations: daily copies and e-mails and jury instructions. Signed by Judge Richard W. Roberts on 5/16/07. (mlp) (Entered: 05/18/2007) |
| 05/16/2007 | 934 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of proceedings held on 5/7/07 through 5/9/07. Special authorizations: daily and e-mails. Signed by Judge Richard W. Roberts on 5/16/07. (mlp) (Entered: 05/18/2007) |
| 05/16/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Jury Trial resumed as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 5/16/2007. DESMOND THURSTON (13) Count 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Count 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Count 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Count 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Count 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury is present. Jury Trial respited until 5/17/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendant: Defendants Committed/Commitment Issued) (Court Reporter: Scott Wallace and Rebecca Stonestreet) (Defense Attorney: John James Carney and Steven Tabackman-#1, Gary E. Proctor and Jenifer Wicks-#2, James W. Beane, Jr.-#3, Jonathan Seth Zucker-#13, Anthony Darnell Arnold and Anthony Martin-#16, A. Eduardo Balarezo and William Purpura-#17; US Attorney: Glenn Leon, Ann Petalas, Gilberto Guerrero) (Witnesses: Robert Lockhart, Andre Morgan, Donnie Womack) (hsj, ) (Entered: 05/23/2007) |
| 05/17/2007 | 931 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 50, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/15/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/18/2007) |
| 05/17/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Jury Trial resumed as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 5/17/2007. DESMOND THURSTON (13) Count 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Count 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Count 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Count 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Count 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury is present. Jury Trial respited until 5/21/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendant: Defendants Committed/Commitment Issued) |

0120

|            |     | (Court Reporter: Scott Wallace and Rebecca Stonestreet) (Defense Attorney: John James Carney and Steven Tabackman-#1, Gary E. Proctor and Jenifer Wicks-#2, James W. Beane, Jr.-#3, Jonathan Seth Zucker-#13, Anthony Darnell Arnold and Anthony Martin-#16, A. Eduardo Balarezo and William Purpura-#17; US Attorney: Glenn Leon, Ann Petalas, Gilberto Guerrero) (Witness: Robert Pough) (hsj, ) Modified on 5/24/2007 (mlp) (Entered: 05/23/2007) |
|------------|-----|---|
| 05/18/2007 |     | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 5/21/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 05/18/2007) |
| 05/18/2007 | 945 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of jury trial proceedings held on 5/7/07 through 5/9/07. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 5/18/07. (mlp) (Entered: 05/22/2007) |
| 05/18/2007 | 946 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of jury trial proceeding held on 5/7/07 through 5/9/07. Special authorizations: witness examination, daily copies and e-mails, and jury instructions. Signed by Judge Richard W. Roberts on 5/18/07. (mlp) (Entered: 05/22/2007) |
| 05/20/2007 | 935 | MOTION for Order Granting Leave to Attend Mother's Funeral by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 05/20/2007) |
| 05/20/2007 | 936 | MOTION to Sever Defendant or, Alternatively, to Preclude the Introduction of Prior Testimony by DOMINIC SAMUELS. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Text of Proposed Order)(Balarezo, A.) Modified on 5/21/2007 (mlp) (Entered: 05/20/2007) |
| 05/21/2007 |     | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 5/22/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 05/21/2007) |
| 05/21/2007 | 937 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 48, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/9/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/22/2007) |
| 05/21/2007 | 938 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 49, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/14/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/22/2007) |
| 05/21/2007 | 939 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 49, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/14/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/22/2007) |
| 05/21/2007 | 940 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 50, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/15/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/22/2007) |
| 05/21/2007 | 941 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 51, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/16/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/22/2007) |
| 05/21/2007 | 942 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 51, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/16/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/22/2007) |
| 05/21/2007 | 943 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 52, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/17/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/22/2007) |
| 05/21/2007 | 944 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 52, as to ANTWUAN BALL, |

0121

DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/17/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 05/22/2007)

| 05/21/2007 | 949 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial between 5/14/07 and 5/17/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 5/21/07. (mlp) (Entered: 05/24/2007) |
|---|---|---|
| 05/21/2007 | 950 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial between 5/14/07 and 5/17/07. Special authorizations: witness examinations, daily copy and e-mails, and jury instructions. Signed by Judge Richard W. Roberts on 5/21/07. (mlp) (Entered: 05/24/2007) |
| 05/21/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/21/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 5/22/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Robert Pough and Jacques Powell. (mlp) (Entered: 05/25/2007) |
| 05/22/2007 | 947 | MOTION for Declaration or Dismissal of Counts 31,32,33,34 on the basis of repeated and profound Brady violations by DAVID WILSON. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Proctor, Gary) Modified on 5/23/2007 (mlp) (Entered: 05/22/2007) |
| 05/22/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/22/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 5/23/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas, and Gilberto Guerrero. Witness: Jacques Powell. (mlp) (Entered: 05/25/2007) |
| 05/23/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DAVID WILSON re 947 MOTION for Declaration of Mistrial on the basis of repeated and profound Brady violations was modified by the clerk to include "or Dismissal of Counts 31, 32, 33, 34" in the description of the document. (mlp) (Entered: 05/23/2007) |
| 05/23/2007 | 948 | Memorandum in Opposition by USA as to DOMINIC SAMUELS re 936 MOTION to Sever Defendant (Leon, Glenn) (Entered: 05/23/2007) |
| 05/23/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/23/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury and alternates. Jury trial respited to 5/24/07 at 9:15 A.M. Bond Status of Defendants: defendants |

|  |  | committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas, and Gilberto Guerrero. Witnesses: Jacques Powell, Aden Bushee, and Linda Roberson. (mlp) (Entered: 05/25/2007) |
|---|---|---|
| 05/23/2007 | 951 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial from 2/13/07 through the conclusion of the trial. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 5/23/07. (mlp) (Entered: 05/25/2007) |
| 05/23/2007 | 952 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial; witness examination. Special authorizations: daily copies, e-mail, and jury instructions. Signed by Judge Richard W. Roberts on 5/23/07. (mlp) (Entered: 05/25/2007) |
| 05/24/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/24/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 5/29/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Jacques Powell and James Faison. (mlp) (Entered: 06/01/2007) |
| 05/25/2007 | 953 | MEMORANDUM of Law: Opinion and Reputation Character Evidence to Impeach Truthfulness by DESMOND THURSTON (Zucker, Jonathan) Modified on 5/29/2007 (hsj, ). (Entered: 05/25/2007) |
| 05/25/2007 | 954 | GOVERNMENT'S MEMORANDUM OF LAW: OPINION AND REPUTATION CHARACTER EVIDENCE TO IMPEACH TRUTHFULNESS by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Guerrero, Gilberto) Modified on 5/29/2007 (hsj, ). (Entered: 05/25/2007) |
| 05/25/2007 | 955 | MEMORANDUM in OPPOSITION by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 947 MOTION for Declaration of Mistrial on the basis of repeated and profound Brady violations (Petalas, Ann) Modified on 5/29/2007 (hsj, ). (Entered: 05/25/2007) |
| 05/25/2007 | 958 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/21/07 Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 05/29/2007) |
| 05/25/2007 | 959 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/22/07 Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 05/29/2007) |
| 05/25/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos 953, 954, 955, 956 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS was Modified to correct names of document and counsel was instructed not to refile said pleading. (hsj, ) (Entered: 05/29/2007) |
| 05/27/2007 | 956 | NOTICE OF INTENT to ask for missing evidence instruction by DAVID WILSON. (Proctor, Gary) Modified on 5/29/2007 (hsj, ). (Entered: 05/27/2007) |
| 05/28/2007 | 957 | REPLY TO OPPOSITION to Motion by DAVID WILSON re 947 MOTION for Declaration of Mistrial on the basis of repeated and profound Brady violations or dismissal of Counts 31-34 (Proctor, Gary) (Entered: 05/28/2007) |
| 05/29/2007 | 960 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/24/07 Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the |

Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 05/30/2007)

| | | |
|---|---|---|
| 05/29/2007 | 961 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/23/07 Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 05/30/2007) |
| 05/29/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/29/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss, 56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 5/30/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: James Faison and Craig Royal. (mlp) Modified on 6/4/2007 (mlp) (Entered: 06/01/2007) |
| 05/30/2007 | 963 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 21, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/31/2007) |
| 05/30/2007 | 964 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 22, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/31/2007) |
| 05/30/2007 | 965 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 23, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/31/2007) |
| 05/30/2007 | 966 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 24, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/31/2007) |
| 05/30/2007 | 967 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on May 29, 2007. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 05/31/2007) |
| 05/30/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/30/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 5/31/07 at 9:15 A.M. Bond Status of Defendant: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: |

0124

Craig Royal, Todd Perkins and Bradley Carter. (mlp) (Entered: 06/01/2007)

| 05/31/2007 | 962 | MOTION GOVERNMENTS MOTION TO RECONSIDER THE ADMISSIBILITY OF GRAND JURY TRANSCRIPTS AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES by USA as to DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Petalas, Ann) (Entered: 05/31/2007) |

| 05/31/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/4/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 05/31/2007) |

| 05/31/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 5/31/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss same jury of 12. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Bradley Carter, Oliver Garvey and Damian Green. (mlp) (Entered: 06/05/2007) |

| 06/01/2007 | | MINUTE ORDER, directing Defense counsel to respond by Monday 6/4/07 at 9:00 am re: 962 GOVERNMENTS MOTION TO RECONSIDER THE ADMISSIBILITY OF GRAND JURY TRANSCRIPTS. Signed by Judge Richard W. Roberts on 6/1/07. (whb) (Entered: 06/01/2007) |

| 06/01/2007 | 968 | MOTION for Reconsideration by DAVID WILSON. (Attachments: # 1 Text of Proposed Order) (Wicks, Jenifer) (Entered: 06/01/2007) |

| 06/01/2007 | 969 | ENTERED IN ERROR.....MOTION for Reconsideration Reply by ANTWUAN BALL. (Carney, John) Modified on 6/4/2007 (mlp) (Entered: 06/01/2007) |

| 06/01/2007 | 972 | RESPONSE by ANTWUAN BALL as to ANTWUAN BALL re 962 GOVERNMENTS MOTION TO RECONSIDER THE ADMISSIBILITY OF GRAND JURY TRANSCRIPTS AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES. (mlp) (Entered: 06/04/2007) |

| 06/03/2007 | 970 | Memorandum in Opposition by DOMINIC SAMUELS re 962 MOTION GOVERNMENTS MOTION TO RECONSIDER THE ADMISSIBILITY OF GRAND JURY TRANSCRIPTS AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES (Balarezo, A.) (Entered: 06/03/2007) |

| 06/03/2007 | 971 | ENTERED IN ERROR.....SUPPLEMENT by DOMINIC SAMUELS re 970 Memorandum in Opposition to Government's Motion to Reconsider the Admissibility of Grand Jury Transcripts (Balarezo, A.) Modified on 6/4/2007 (mlp) (Entered: 06/03/2007) |

| 06/04/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL 969 motion for reconsideration reply was entered in error and counsel was instructed to refile said pleading as response to 962 motion for reconsideration. (mlp) (Entered: 06/04/2007) |

| 06/04/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DOMINIC SAMUELS re 971 Supplement re 970 memorandum in opposition to government's motion to reconsider the admissibility of grand jury transcripts was entered in error and counsel was instructed to refile said pleading with a cover sheet and signature page indicating counsel's address and telephone number. (mlp) (Entered: 06/04/2007) |

| 06/04/2007 | 973 | NOTICE of Filing of Exhibit to Filing # 970 by DOMINIC SAMUELS re 970 Memorandum in Opposition (Attachments: # 1 Exhibit)(Balarezo, A.) (Entered: 06/04/2007) |

| 06/04/2007 | 974 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 57, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/29/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/05/2007) |

| 06/04/2007 | 975 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 58, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/30/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/05/2007) |

0125

| | | |
|---|---|---|
| 06/04/2007 | 976 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 59 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/31/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/05/2007) |
| 06/04/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 6/4/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Juror #14 taken ill; remaining jurors excused and trial adjourned until 6/5/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witness: Damian Green (mlp) Modified on 6/8/2007 (zmlp, ). (Entered: 06/07/2007) |
| 06/04/2007 | 980 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial proceedings beginning 2/13/07. Special authorizations: daily and e-mail. Signed by Judge Richard W. Roberts on 6/4/07. (mlp) (Entered: 06/07/2007) |
| 06/04/2007 | 981 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial proceedings beginning 2/13/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/4/07. (mlp) (Entered: 06/07/2007) |
| 06/04/2007 | 982 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial, witness examinations. Special authorizations: copy and e-mail and jury instructions. Signed by Judge Richard W. Roberts on 6/4/07. (mlp) (Entered: 06/07/2007) |
| 06/04/2007 | 983 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial witness examinations held 5/21/07 through 5/24/07. Special authorizations: daily copies and jury instructions. Signed by Judge Richard W. Roberts on 6/4/07. (mlp) (Entered: 06/07/2007) |
| 06/04/2007 | 984 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial proceedings held between 5/21/07 and 5/24/07. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 6/4/07. (mlp) (Entered: 06/07/2007) |
| 06/05/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/6/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 06/05/2007) |
| 06/05/2007 | 977 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 58 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/30/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/06/2007) |
| 06/05/2007 | 978 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 59, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 5/31/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/06/2007) |
| 06/05/2007 | 979 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 60, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/4/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/06/2007) |
| 06/05/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 6/5/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss- |

7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWAUN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 6/6/07 at 9:15 A.m. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerraro. Witness: Damian Green (mlp) (Entered: 06/07/2007)

| 06/06/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/7/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/06/2007) |
|---|---|---|
| 06/06/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 6/6/2007. DESMOND THURSTON (13) Counts 1sss,2sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 6/7/07 at 9:15 A.M. Bond Status of Defendanst: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero.Witnesses: John Ewing, Antonio Duncan and Mary Turner. (mlp) (Entered: 06/07/2007) |
| 06/07/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/11/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 06/07/2007) |
| 06/07/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 6/7/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 6/11/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Joe Morquecho, Andre Williams, Joseph Anderson, Patrice Johnson, Lamont West, Thomas Webb and Maureen Walsh. (mlp) (Entered: 06/11/2007) |
| 06/09/2007 | 985 | ENTERED IN ERROR.....MOTION to Exclude Testimony of Anthony Pleasant or in the Alternative Sever Defendant's Trial from Antwaun Ball by DAVID WILSON. (Proctor, Gary) Modified on 6/11/2007 (mlp. (Entered: 06/09/2007) |
| 06/10/2007 | 986 | MOTION for a Mistrial by DAVID WILSON. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1# 3 Exhibit 2)(Wicks, Jenifer) (Entered: 06/10/2007) |
| 06/11/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DAVID WILSON re 985 MOTION to Exclude Testimony of Anthony Pleasant or in the Alternative Sever Defendant's Trial from Antwaun Ball was entered in error and counsel was instructed to refile said pleading using two separate reliefs "exclude" and "sever defendant." (mlp) (Entered: 06/11/2007) |
| 06/11/2007 | 987 | MOTION to Exclude Portions of Testimony of Anthony Pleasant, MOTION to Sever Defendant from co-defendant Antwaun Ball by DAVID WILSON. (Attachments: # 1 Text of Proposed Order) (Proctor, Gary) (Entered: 06/11/2007) |
| 06/11/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/12/2007 09:15 |

0127

AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/11/2007)

| 06/11/2007 | 988 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 61, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/5/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/12/2007) |
|---|---|---|
| 06/11/2007 | 989 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 61, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/5/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 990 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 62, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/6/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 991 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 62, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/6/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 992 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 63, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/7/07. Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 993 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 63, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/7/07. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 994 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial proceedings held between 5/29/07 and 5/31/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/11/07. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 995 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of jury trial proceedings held between 5/29/07 and 5/31/07. Special authorizations: witness examinations, daily copies and e-mails, jury instructions. Signed by Judge Richard W. Roberts on 6/11/07. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 996 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of jury trial proceedings held between 6/5/07 and 6/7/07. Special authorizations: witness examinations, daily copies and e-mails, jury instructions. Signed by Judge Richard W. Roberts on 6/11/07. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 997 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of jury trial proceedings held between 6/5/07 and 6/7/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/11/07. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 998 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of jury trial proceeding; witness examinations. Special authorizations: daily copies and e-mails and jury instructions. Signed by Judge Richard W. Roberts on 6/11/07. (mlp) (Entered: 06/12/2007) |
| 06/11/2007 | 999 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of jury trial proceedings beginning 2/13/07 until the conclusion of the trial. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/11/07. (mlp) (Entered: 06/12/2007) |
| 06/12/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/13/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/12/2007) |
| 06/12/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial resumed on 6/12/2007 as to DESMOND THURSTON (13) on Counts |

|  |  | 1sss,3sss,11sss,17sss,24sss,41sss,46sss,51sss-53sss; GREGORY BELL (3) on Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss; DAVID WILSON (2) on Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss; DOMINIC SAMUELS (17) on Counts 1ss,2ss,23ss,37ss,38ss,50ss; JOSEPH JONES (16) on Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) on Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury. Jury Trial respited until 6/13/2007 at 9:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: all defendants committed/commitments issued; Court Reporter: Scott Wallace and Rebecca Stonestreet Defense Attorney: John Carney; Steven Tabackman; Jennifer Wicks; Gary Proctor; James Beane; Jonathan Zucker; Anthony Martin; Anthony Arnold; Eduardo Balarezo; and William Purpura; US Attorney: Glenn Leon; Ann Petelas; and Gilberto Guerrero; Witnesses: Robt Lockhart; Sam Weston; and Torran Scott (cp, ) (Entered: 06/20/2007) |
| 06/13/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/14/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/13/2007) |
| 06/13/2007 | 1000 | NOTICE OF CASE AUTHORITY REGARDING PSYCHIATRIC AND MEDICAL RECORDS by ANTWUAN BALL (Carney, John) Modified on 6/14/2007 (mlp) (Entered: 06/13/2007) |
| 06/13/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts : Jury Trial resumed on 6/13/2007 as to DESMOND THURSTON (13) on Counts 1sss,3sss,11sss,17sss,24sss,41sss,46sss,51sss-53sss; GREGORY BELL (3) on Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss; DAVID WILSON (2) on Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss; DOMINIC SAMUELS (17) on Counts 1ss,2ss,23ss,37ss,38ss,50ss; JOSEPH JONES (16) on Counts 1ss,2ss,10ss,14ss,39ss,40ss; and ANTWUAN BALL (1) on Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury. Jury Trial respited until 6/14/2007 at 9:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: all defendants committed/commitments issued; Court Reporter: Scott Wallace and Rebecca Stonestreet Defense Attorney: John Carney; Steven Tabackman; Jennifer Wicks; Gary Proctor; James Beane; Jonathan Zucker; Anthony Martin; Anthony Arnold; Eduardo Balarezo; and William Purpura; US Attorney: Glenn Leon; Ann Petelas; and Gilberto Guerrero; Witnesses: Torran Scott; David Murray; and Renee Cottingham (cp, ) (Entered: 06/20/2007) |
| 06/14/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL re 1000 Notice of case authority was modified by the clerk to indicate complete title of the document. (mlp) (Entered: 06/14/2007) |
| 06/14/2007 | 1004 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/11/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/18/2007) |
| 06/14/2007 | 1005 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/12/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/18/2007) |
| 06/14/2007 | 1006 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/13/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/18/2007) |
| 06/14/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts : Jury Trial resumed on 6/14/07 as to DESMOND THURSTON (13) on Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss; GREGORY BELL (3) on Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss; DAVID WILSON (2) on Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss; DOMINIC SAMUELS (17) on Counts 1ss,2ss,23ss,37ss,38ss,50ss; JOSEPH JONES (16) on Counts 1ss,2ss,10ss,14ss,39ss,40ss; and ANTWUAN BALL (1) on Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss. Same jury of 12 and 2 alternates. Jury Trial respited until 6/18/2007 at 9:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: all defendants committed/commitments isued; Court Reporter: Scott Wallace and Rebecca Stonestreet Defense Attorney: John Carney; Steven Tabackman; Jenifer |

|  |  | Wicks; Gary Proctor; James Beane; Jonoathan Zucker; Anthony Martin; Anthony Arnold; Eduardo Balarezo; and William Purpura; US Attorney: Glenn Leon; Ann Petelas; and Gilberto Guerrero; Witnesses: Michael Smallwood; James Frances; and Marie Louis (cp, ) (Entered: 06/22/2007) |
|---|---|---|
| 06/15/2007 | 1020 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding held 6/4/07-6/7/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/15/07. (mlp) (Entered: 06/25/2007) |
| 06/16/2007 | 1001 | MOTION Court determine outside the presence of the jury whether Wallace Clark will assert a Fifth Amendment Privilege by DAVID WILSON. (Proctor, Gary) (Entered: 06/16/2007) |
| 06/16/2007 | 1002 | TRIAL BRIEF by DESMOND THURSTON (Zucker, Jonathan) (Entered: 06/16/2007) |
| 06/17/2007 | 1003 | SUPPLEMENT by DAVID WILSON re 986 MOTION for a Mistrial (Attachments: # 1 Exhibit 3 - Damien Green Grand Jury from Edelin case)(Wicks, Jenifer) (Entered: 06/17/2007) |
| 06/18/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/19/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/18/2007) |
| 06/18/2007 | 1007 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on June 11, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 06/19/2007) |
| 06/18/2007 | 1008 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on June 12, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (zcp, ) (Entered: 06/19/2007) |
| 06/18/2007 | 1009 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on June 13, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 06/19/2007) |
| 06/18/2007 | 1010 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on June 14, 2007. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 06/19/2007) |
| 06/18/2007 | 1017 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Trial Transcripts through the conclusion of the trial. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/18/07. (mlp) (Entered: 06/25/2007) |
| 06/18/2007 | 1018 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Trial Transcript - Witness Examination. Special Authorizations: daily copies and jury instructions. Signed by Judge Richard W. Roberts on 6/18/07. (mlp) (Entered: 06/25/2007) |
| 06/18/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts : Jury Trial resumed on 6/18/07 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. Same jury of 12 and 2 alternates. Jury trial continued to 6/19/07 at 9:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: all defendants committed/commitments issued; Court Reporter: Scott Wallace and Rebecca Stonestreet Defense Attorney: all attorneys present;Government Attorneys: Glenn Leon; Ann Petelas; and Gilberto Guerrero;Witnesses: Tanikia Gray; Marie Louis; and Brittany O'Brien (cp, ) (Entered: 06/25/2007) |
| 06/19/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 6/20/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 06/19/2007) |
| 06/19/2007 | 1011 | ENTERED IN ERROR.....MOTION to Compel MPD to allow Defendant's Expert Access to Ballistics Evidence by DAVID WILSON. (Attachments: # 1 Exhibit A - Subpoena served on MPD# 2 Text of Proposed Order)(Proctor, Gary) Modified on 7/11/2007 (mlp) (Entered: 06/19/2007) |
| 06/19/2007 | 1013 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/18/07 Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (gdf) (Entered: 06/20/2007) |

0130

| | | |
|---|---|---|
| 06/19/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial resumed on 6/19/2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. Same jury of 12 and 2 alternates. Jury trial continued to 6/20/2007 at 9:15 AM in Courtroom #9 before Judge Richard W. Roberts. Bond Status of Defendant: all defendants committed/commitments issued; Court Reporter: Scott Wallace and Rebecca Stonestreet Defense Attorney: John Carney; Steven Tabackman; Jenifer Wicks; Gary Proctor; James Beane; Jonoathan Zucker; Anthony Martin; Anthony Arnold; Eduardo Balarezo; and William Purpura; US Attorney: Glenn Leon; Ann Petelas; and Gilberto Guerrero; Witnesses: Brittany O'Brien (cp, ) (Entered: 06/25/2007) |
| 06/20/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, DOMINIC SAMUELS Jury Trial set to resume on 6/21/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 06/20/2007) |
| 06/20/2007 | 1012 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/14/07 Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (gdf) (Entered: 06/20/2007) |
| 06/20/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 6/20/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,43sss,44sss,45sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 6/21/07 at 9:15 A.M. in Courtroom 9. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero.Witnesses: Brittany O'Brien, Charlotte O'Brien, George Hendrix and Brian Hargrove. (mlp) (Entered: 06/25/2007) |
| 06/21/2007 | 1014 | ENTERED IN ERROR.....MOTION to Quash SUBPOENA SERVED ON METROPOLITAN POLICE DEPARTMENT ("MPD") SEEKING UNRELATED HOMICIDE BALLISTICS EVIDENCE by USA as to DAVID WILSON. (Guerrero, Gilberto) Modified on 7/11/2007 (mlp) (Entered: 06/21/2007) |
| 06/21/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS unable to resume on 6/21/2007 due to illness of defense counsel; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 6/25/07 at 9:15 A.M. in Courtroom 9. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. (mlp) (Entered: 06/25/2007) |
| 06/21/2007 | 1021 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/19/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/25/2007) |
| 06/21/2007 | 1022 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/20/07. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 06/25/2007) |

0131

| | | |
|---|---|---|
| 06/22/2007 | 1015 | RESPONSE by USA as to DAVID WILSON re 1001 MOTION Court determine outside the presence of the jury whether Wallace Clark will assert a Fifth Amendment Privilege Government's Opposition to Defendant David Wilson's Motion (Attachments: # 1 Attachment A)(Leon, Glenn) (Entered: 06/22/2007) |
| 06/24/2007 | 1016 | TRIAL BRIEF by DAVID WILSON (Proctor, Gary) (Entered: 06/24/2007) |
| 06/25/2007 | 1023 | SUPPLEMENT TO 1016 TRIAL BRIEF by DAVID WILSON (Attachment: # 1 Dr Nada Roche letter 6-25-07)(Proctor, Gary) Modified on 6/26/2007 (mlp) (Entered: 06/25/2007) |
| 06/25/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 6/25/2007, regarding illness of defense attorney Jenifer Wicks. (Case called to resume trial, but not held.) Oral motion by defendant Wilson for severance or mistrial. Defendant Gregory Bell joined in motion for severance or mistrial. Motion for severance of defendant Wilson granted for the reasons stated in open court. Oral motion by U.S.A. to reconsider heard and taken under advisement. Status Conference set for 6/27/2007 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: Steven Tabackmsn, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) Modified on 7/3/2007 (mlp) (Entered: 07/02/2007) |
| 06/26/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Status Conference set for 6/27/2007 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 06/26/2007) |
| 06/26/2007 | 1024 | RESPONSE by USA as to DAVID WILSON re 1023 Trial Brief, 1016 Trial Brief Government's Supplemental Opposition to Defendant David Wilson's Trial Brief Regarding the Appropriate Remedy in Light of Counsel Wicks' Poor Health (Leon, Glenn) (Entered: 06/26/2007) |
| 06/27/2007 | 1025 | RESPONSE by USA as to DAVID WILSON re 986 MOTION for a Mistrial GOVERNMENTS RESPONSE TO DEFENDANT WILSONS MOTION FOR MISTRIAL (Guerrero, Gilberto) (Entered: 06/27/2007) |
| 06/27/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 6/27/2007. Oral motion of the U.S.A. to reconsider ruling granting severance of David Wilson, granted; order to sever is rescinded. New counsel to be appointed for David Wilson. Status call set for 6/28/07 at 9:15 A.M. Trial to resume on 7/9/07 at 9:15 A.M. and to adjourn at conclusion of the U.S.A.'s case, until 8/21/07 at 9:15 A.M. Motion Hearing set for 8/1/2007 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 07/02/2007) |
| 06/28/2007 | 1026 | TRANSCRIPT of Jury Trial Proceedings (Morning Session) as to ANTWUAN BALL (1), DAVID WILSON (2), GREGORY BELL (3), DESMOND THURSTON (13), JOSEPH JONES (16) and DOMINIC SAMUELS (17) before Judge Richard W. Roberts held on 6/18/07 (pages 15741-15914); Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (kk) (Entered: 06/29/2007) |
| 06/28/2007 | 1027 | TRANSCRIPT of Jury Trial Proceedings (Afternoon Session) as to ANTWUAN BALL (1), DAVID WILSON (2), GREGORY BELL (3), DESMOND THURSTON (13), JOSEPH JONES (16) and DOMINIC SAMUELS (17) before Judge Richard W. Roberts held on 6/19/07 (pages 16151-16269); Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (kk) Modified on 6/29/07 (kk). (Entered: 06/29/2007) |
| 06/28/2007 | 1028 | TRANSCRIPT of Jury Trial Proceedings (Afternoon Session) as to ANTWUAN BALL (1), DAVID WILSON (2), GREGORY BELL (3), DESMOND THURSTON (13), JOSEPH JONES (16) and DOMINIC SAMUELS (17) before Judge Richard W. Roberts held on 6/20/07 (pages 16389-16509); Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (kk) (Entered: 06/29/2007) |
| 06/28/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 6/28/2007. Jurors informed of adjournment of trial until 7/9/07. Matthew Davies appointed as counsel for DAVID WILSON. Jury Trial set to resume 7/9/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: |

|            |      | defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreetl Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo and William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 07/02/2007) |
|------------|------|-------------|
| 06/28/2007 |      | Attorney update in case as to DAVID WILSON. Attorney Matthew F. Davies for DAVID WILSON added. (mlp) (Entered: 07/02/2007) |
| 06/28/2007 | 1029 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial proceedings beginning 2/13/07 through the conclusion of the trial. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/28/07. (mlp) Modified on 7/5/2007 (mlp) (Entered: 07/03/2007) |
| 06/28/2007 | 1030 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of witness examinations during jury trial. Special authorizations: daily copies, e-mails, jury instructions. Signed by Judge Richard W. Roberts on 6/28/07. (mlp) (Entered: 07/03/2007) |
| 06/28/2007 | 1031 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial proceedings held between 6/18/07 through 6/20/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 6/28/07. (mlp) (Entered: 07/03/2007) |
| 06/28/2007 | 1032 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of witness examinations during jury trial proceedings held 6/18/07 through 6/20/07. Special authorizations: daily copies, e-mails, jury instructions. Signed by Judge Richard W. Roberts on 6/28/07. (mlp) (Entered: 07/03/2007) |
| 06/28/2007 | 1033 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial proceedings held 6/18/07 through 6/21/07. Special authorizations: daily copies, e-mails. Signed by Judge Richard W. Roberts on 6/28/07. (mlp) (Entered: 07/03/2007) |
| 06/28/2007 | 1034 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial witness examinations held 6/18/07 through 6/21/07. Signed by Judge Richard W. Roberts on 6/28/07. (mlp) (Entered: 07/03/2007) |
| 07/08/2007 | 1035 | RESPONSE by DAVID WILSON re 893 MOTION to Introduce Summary Exhibits (Proctor, Gary) (Entered: 07/08/2007) |
| 07/09/2007 |      | Minute Entry for proceedings resumed before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 7/9/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 7/10/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Charlotte O'Brien, Steve Casper and Natasha Pettus. (mlp) Modified on 7/12/2007 (mlp) (Entered: 07/11/2007) |
| 07/09/2007 | 1037 | ORDER as to DAVID WILSON appointing Matthew F. Davies, Esq. as additional counsel to represent the defendant in this case. Signed by Judge Richard W. Roberts on 7/6/07. (mlp) (Entered: 07/11/2007) |
| 07/10/2007 | 1038 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 71, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/21/07. Pages 16510-16518. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/12/2007 (mlp) (Entered: 07/11/2007) |
| 07/10/2007 | 1039 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 72, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/25/07. Pages 16519-16589. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/12/2007 (mlp) (Entered: |

07/11/2007)

| 07/10/2007 | 1040 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 73, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/27/07. Pages 16590-16647. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/12/2007 (mlp) (Entered: 07/11/2007) |
|---|---|---|
| 07/10/2007 | 1041 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 74, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 6/28/07. Pages 16648-16682. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/12/2007 (mlp) (Entered: 07/11/2007) |
| 07/10/2007 | 1042 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 75, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/9/07. Pages 16683-16809. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/12/2007 (mlp) (Entered: 07/11/2007) |
| 07/10/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 7/10/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,17sss,24sss,41sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 7/11/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Natasha Pettus, Todd Williams, Elbert Griffin, Mary Turner. (mlp) (Entered: 07/12/2007) |
| 07/11/2007 | 1036 | MEMORANDUM OF LAW regarding witness Pete Clark asserting fifth amendment privilege by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Petalas, Ann) Modified on 7/12/2007 (mlp) (Entered: 07/11/2007) |
| 07/11/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DAVID WILSON re 1014 MOTION to Quash SUBPOENA SERVED ON METROPOLITAN POLICE DEPARTMENT ("MPD") SEEKING UNRELATED HOMICIDE BALLISTICS EVIDENCE, 1011 MOTION to Compel MPD to allow Defendant's Expert Access to Ballistics Evidence were entered in error and were filed correctly as a miscellaneous case. The case number is 07-MS-285-AK. (mlp) (Entered: 07/11/2007) |
| 07/11/2007 | 1043 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 76, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/10/07. Pages 17073-17144. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/12/2007 (mlp) (Entered: 07/12/2007) |
| 07/11/2007 | 1044 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 75, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/9/07. Pages 16810-16936. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/12/2007 (mlp) (Entered: 07/12/2007) |
| 07/11/2007 | | ORAL MOTION to bar testimony of Wallace Clark by ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (mlp) (Entered: 07/13/2007) |
| 07/11/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial unable to resume due to illness of juror. Motion Hearing as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 7/11/2007 regarding defendants' oral motion to bar testimony of Wallace Clark. Motion heard and granted. Jury Trial to resume on 7/12/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond |

0134

|            |      | Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witness: Wallace Clark (mlp) (Entered: 07/13/2007) |
|------------|------|---|
| 07/12/2007 |      | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 1036 Notice (Other) was modified by the clerk to indicate correct title of document.(mlp) (Entered: 07/12/2007) |
| 07/12/2007 |      | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 7/12/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 7/16/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Trina Bruce, Keith Slaughter, Robert Lockhart, Nicholas Christiansen. (mlp) (Entered: 07/17/2007) |
| 07/13/2007 | 1045 | Second MOTION for Reconsideration re 729 MOTION for Reconsideration filed by USA Ann H. Petalas by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Petalas, Ann) (Entered: 07/13/2007) |
| 07/15/2007 | 1046 | RESPONSE by DAVID WILSON re 1045 MOTION for Reconsideration as to Congress Park Crew Sheet (Proctor, Gary) (Entered: 07/15/2007) |
| 07/16/2007 |      | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 7/17/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 07/16/2007) |
| 07/16/2007 |      | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 7/16/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury. Jury trial respited to 7/17/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Nicholas Christiansen and Donna Brown. (mlp) (Entered: 07/18/2007) |
| 07/17/2007 | 1047 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 76, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/10/07. Pages 16937-17072. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/18/2007 (mlp) (Entered: 07/18/2007) |
| 07/17/2007 | 1048 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 77, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/11/07. Pages 17145-17272. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 07/18/2007) |
| 07/17/2007 | 1049 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 78, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/12/07. Pages 17361-17471. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 07/18/2007) |

| | | |
|---|---|---|
| 07/17/2007 | 1050 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 79, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/16/07. Pages 17584-17718. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 07/18/2007) |
| 07/17/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 7/17/2007. DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counst 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss-7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 8/21/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilbert Gurerro. Witness: Donna Brown (mlp) (Entered: 07/18/2007) |
| 07/18/2007 | | MINUTE ORDER as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Motions for judgment of acquittal due by 7/23/2007. Responses due by 7/27/2007 Ordered by Judge Richard W. Roberts on 7/18/07. (lin, ) (Entered: 07/18/2007) |
| 07/19/2007 | 1052 | MEMORANDUM IN OPPOSITION by USA as to DAVID WILSON re 956 Notice of Intent to Ask for Missing Evidence Instruction. (Leon, Glenn) Modified on 7/20/2007 (hsj, ). (Entered: 07/19/2007) |
| 07/19/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document 1052 as to DAVID WILSON was Modified to add correct name of document and counsel was instructed not to refile said pleading. (hsj, ) (Entered: 07/20/2007) |
| 07/19/2007 | 1053 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/11/07. (PAGES 1-87). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 07/23/2007) |
| 07/19/2007 | 1054 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/12/07. (PAGES 1-111). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 07/23/2007) |
| 07/23/2007 | 1055 | MOTION for Acquittal by DESMOND THURSTON. (Zucker, Jonathan) (Entered: 07/23/2007) |
| 07/23/2007 | 1056 | MOTION for Judgment of Acquittal by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) Modified on 7/24/2007 (mlp) (Entered: 07/23/2007) |
| 07/23/2007 | 1057 | MOTION for Acquittal pursuant to Rule 29 by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Proctor, Gary) (Entered: 07/23/2007) |
| 07/23/2007 | 1058 | ENTERED IN ERROR.....MOTION for Acquittal by JOSEPH JONES. (Attachments: # 1 Supplement Points and Authorities# 2 Text of Proposed Order)(Martin, Anthony) Modified on 7/24/2007 (mlp) (Entered: 07/23/2007) |
| 07/23/2007 | 1059 | MOTION for Acquittal by ANTWUAN BALL. (Tabackman, Steven) (Entered: 07/23/2007) |
| 07/23/2007 | 1061 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial proceedings held on 7/9/07-7/12/07. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 7/23/07. (mlp) (Entered: 07/24/2007) |
| 07/23/2007 | 1062 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of witness examinations during jury trial proceedings. Special authorizations: daily copies and e-mails and jury instructions. held Signed by Judge Richard W. Roberts on 7/23/07. (mlp) (Entered: 07/24/2007) |
| 07/23/2007 | 1063 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of jury trial proceedings. Special authorizations: daily copies and e-mails. Signed by |

Judge Richard W. Roberts on 7/23/07. (mlp) (Entered: 07/24/2007)

| 07/24/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to JOSEPH JONES re 1058 MOTION for Acquittal was entered in error and counsel was instructed to refile said pleading indicating the correct case number (CR 05-100-16-RWR). (mlp) (Entered: 07/24/2007) |
| 07/24/2007 | 1060 | MOTION for Acquittal by JOSEPH JONES. (Attachments: # 1 Supporting Memorandum and # 2 Text of Proposed Order)(Martin, Anthony) Modified on 7/24/2007 (mlp) (Entered: 07/24/2007) |
| 07/24/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to JOSEPH JONES re 1058 MOTION for Acquittal was originally filed by counsel on 7/23/07, indicating an incorrect defendant number as part of the case number. At the request of the clerk, the motion 1060 was refiled indicating the correct defendant number (#16) as part of the case number. (mlp) (Entered: 07/24/2007) |
| 07/24/2007 | 1065 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 79, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/16/07. Pages 17719-17900) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/25/2007 (mlp) (Entered: 07/25/2007) |
| 07/24/2007 | 1066 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 80, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/17/07. Pages 17901-18604) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) Modified on 7/25/2007 (mlp) (Entered: 07/25/2007) |
| 07/24/2007 | 1067 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 80, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 7/17/07. Pages 18605-18554. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 07/25/2007) |
| 07/26/2007 | 1068 | Proposed Supplement to the Parties' Previously-Submitted Jury Instructions by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Leon, Glenn) Modified on 7/26/2007 (mlp) (Entered: 07/26/2007) |
| 07/26/2007 | 1069 | REQUEST for Judicial Notice by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (See Docket entry 1068 to view document) (mlp) (Entered: 07/26/2007) |
| 07/27/2007 | 1070 | Memorandum in Opposition by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 1055 , 1056 , 1057 , 1059 , 1060 , MOTIONS for Judgment of Acquittal. (Leon, Glenn) Modified on 7/30/2007 (zmlp, ). (Entered: 07/27/2007) |
| 07/30/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS re 1070 Memorandum in Opposition to Motions for Judgment of Acquittal was modified by the clerk to link the document to all motions for judgment of acquittal filed by the defendants. (mlp) (Entered: 07/30/2007) |
| 07/31/2007 | 1071 | ENTERED IN ERROR.....MOTION for Extension of Time to File Motion for Judgment of Acquittal by GREGORY BELL. (Attachments: # 1 Text of Proposed Order # 2 Exhibit Motion for Judgment of Acquittal)(Beane, James) Modified on 8/1/2007 (mlp) (Entered: 07/31/2007) |
| 08/01/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to GREGORY BELL re 1071 MOTION for Extension of Time to File Motion for Judgment of Acquittal was entered in error and counsel was instructed to refile a corrected version of the motion, replacing the first sentence of the document with different wording. (mlp) (Entered: 08/01/2007) |
| 08/01/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Motions Hearing as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 8/1/2007 re 1055 , 1056 , 1057 , 1059 , 1060 MOTIONS for Judgment of Acquittal filed by ANTWUAN BALL, DAVID WILSON, DESMOND THURSTON, JOSEPH JONES AND DOMINIC SAMUELS. Motion granted as to DAVID WILSON on Count 7sss. Motion granted as to DESMOND THURSTON on Counts 41sss, 42sss, 43sss, 44sss, 45sss, 46sss, 51sss, 52sss and 53sss. Motions denied as to Counts 1, 2, 3-28, 30, 38, 40, 48, 54, 55, 56 and 57. Overt Acts 21, 23, 24, 25, 42, 43, 46, 81, 85 and 92 are stricken from Count 1. Racketeering Acts 6 and 42 are stricken from Count 2. Bond Status of Defendant: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo, William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberton Guerrero. (mlp) (Entered: 08/02/2007) |

0137

| | | |
|---|---|---|
| 08/02/2007 | | MINUTE ORDER: Given the testimony that appears on pages 10556-10558 of the transcript, defendant Gregory Bell's request to strike overt acts 69 and 84 and rackateering act 44 is DENIED Issued by Judge Richard W. Roberts on 8/1/07. (lin, ) (Entered: 08/02/2007) |
| 08/15/2007 | 1072 | MOTION to Exclude Transcript Excerpt Exhibits by ANTWUAN BALL. (Tabackman, Steven) (Entered: 08/15/2007) |
| 08/16/2007 | 1073 | NOTICE of Filing Proposed Order by ANTWUAN BALL re 1072 MOTION to Exclude Transcript Excerpt Exhibits (Attachments: # 1 Text of Proposed Order)(Tabackman, Steven) (Entered: 08/16/2007) |
| 08/17/2007 | 1074 | MOTION in Limine TO REQUIRE THE DEFENDANTS TO LIST THE PURPOSE, SCOPE, AND NATURE OF THEIR ANTICIPATED CHARACTER WITNESS by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Attachments: # 1)(Leon, Glenn) (Entered: 08/17/2007) |
| 08/20/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set TO RESUME ON 8/21/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 08/20/2007) |
| 08/21/2007 | 1075 | ENTERED IN ERROR.....Memorandum in Opposition by USA as to ANTWUAN BALL re 1072 MOTION to Exclude Transcript Excerpt Exhibits OF OUT-OF-COURT TESTIMONY USED IN WITNESS EXAMINATIONS DURING TRIAL (Leon, Glenn) Modified on 8/22/2007 (mlp) (Entered: 08/21/2007) |
| 08/21/2007 | 1076 | RESPONSE IN OPPOSITION by USA as to ANTWUAN BALL re 1072 MOTION to Exclude From Jury Deliberation All Transcript Excerpts of Out-of-Court Testimony Used in Witness Examinations During Trial (Leon, Glenn) Modified on 8/22/2007 (mlp) (Entered: 08/21/2007) |
| 08/21/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 8/22/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 08/21/2007) |
| 08/21/2007 | 1077 | MOTION in Limine to Limit Scope of Government's Cross-Examination of Martina Bentley by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 08/21/2007) |
| 08/21/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 8/21/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with the same jury and alternates. Jury Trial respited to 8/22/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin and Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Amanda Marshall, Aqueelah Talley, Thomasina Hewlett and Aidian Bushee. (mlp) (Entered: 08/24/2007) |
| 08/21/2007 | | On Count 7sss as to DAVID WILSON and Counts 41sss,42sss,43sss,44sss,45sss,46sss,51sss,52sss,53sss as to DESMOND THURSTON Judgments of Acquittal were entered by the Court. Due to a clerical error by the clerk, the docket entries between 8/21/07 and 10/15/07 mistakenly indicated that these counts were included in the jury trial proceedings. (mlp) Modified on 11/13/2007 (mlp) (Entered: 11/13/2007) |
| 08/22/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL re 1075 Memorandum in Opposition was entered in error and was refiled by counsel as docket entry 1076 . (mlp) (Entered: 08/22/2007) |
| 08/22/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 8/23/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 08/22/2007) |
| 08/22/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 8/22/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss- |

27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 8/23/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin and Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Amanda Marshall, Frances D'Antuono, Raymont Owens, Constantino Giannakoulias and Antony Lemons. (mlp) (Entered: 08/24/2007)

| 08/23/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 8/23/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon and Ann Petalas and Gilberto Guerrera. Witnesses: Antony Lemons, Xavia Elmore and Sidney Davis. (mlp) (Entered: 08/28/2007) |
| 08/24/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 8/27/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 08/24/2007) |
| 08/24/2007 | 1078 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 82 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 8/21/07. (Pages 18887-19028) Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 08/27/2007) |
| 08/24/2007 | 1079 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 83, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 8/22/07. (Pages 19164-19297) Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 08/27/2007) |
| 08/24/2007 | 1080 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 84, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 8/23/07. (Pages 19428-19548) Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 08/27/2007) |
| 08/24/2007 | 1082 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of proceedings held on 7/9/07 through 7/12/07; (witness examinations). Special authorizations: copy and e-mail, daily copies, jury instructions. Signed by Judge Richard W. Roberts on 8/24/07. (mlp) (Entered: 08/28/2007) |
| 08/24/2007 | 1083 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of proceeding held on 7/9/07 through 7/12/07. Special authorization: daily copies. Signed by Judge Richard W. Roberts on 8/24/07. (mlp) (Entered: 08/28/2007) |
| 08/27/2007 | 1081 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 83, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 8/22/07. (Pages 19029-19163) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 08/28/2007) |
| 08/27/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 8/27/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and |

0139

|  |  | GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with the ame jury and alternates. Jury trial respited to 8/28/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin and Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero. Witnesses: Edgar Cahn, Sidney Davis and Linda Sweet. (mlp) (Entered: 08/28/2007) |
| 08/27/2007 | 1084 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 8/23/07 (PAGES 19298-19427). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 08/28/2007) |
| 08/28/2007 | 1085 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of hearing proceeding held 10/16/06. Special authorizations: e-mail and daily copies. Signed by Judge Richard W. Roberts on 8/28/07, nunc pro tunc to 10/16/06. (mlp) (Entered: 08/30/2007) |
| 08/28/2007 | 1087 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of trial proceeding starting 8/21/07. Special authorizations: e-mail daily copy, prosecution/defense opening statement, prosecution/defense argument, prosecution rebuttal. Signed by Judge Richard W. Roberts on 8/28/07. (mlp) (Entered: 08/30/2007) |
| 08/28/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 8/28/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 9/5/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas and Gilberto Guerrero.Witnesses: Eric Coffen and Holly Williams. (mlp) (Entered: 09/04/2007) |
| 08/28/2007 | 1090 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial proceedings held on (no date indicated). Special authorizations: daily copy and e-mail and jury instructions. Signed by Judge Richard W. Roberts on 8/28/07. (mlp) (Entered: 09/06/2007) |
| 08/28/2007 | 1091 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcripts of jury trial proceedings held on (no date indicated). Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 8/28/07. (mlp) (Entered: 09/06/2007) |
| 08/30/2007 | 1086 | RESPONSE by USA as to DOMINIC SAMUELS re 1077 MOTION in Limine to Limit Scope of Government's Cross-Examination of Martina Bentley Government's Opposition to Defendant Samuels' Motion to Limit Scope of Government's Cross Examination of Martina Bentley (Leon, Glenn) (Entered: 08/30/2007) |
| 08/30/2007 | 1096 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on August 27, 2007 (Afternoon Session)(Pages 19650-19743). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 09/11/2007) |
| 08/30/2007 | 1098 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on August 28, 2007 (Afternoon Session) (Pages 19862-19968). Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 09/11/2007) |

| 09/03/2007 | 1088 | MOTION for Reconsideration of the Court's Ruling Precluding Recross Examination when a witness mentions the defendant for the first time during cross by the United States by DAVID WILSON. (Proctor, Gary) (Entered: 09/03/2007) |
|---|---|---|
| 09/05/2007 | 1089 | TRIAL BRIEF by ANTWUAN BALL (Attachments: # 1 Exhibit)(Tabackman, Steven) (Entered: 09/05/2007) |
| 09/05/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 9/5/2007. Jurors informed of adjournment until Monday, 9/10/07. Jury Trial set to resume on 9/10/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 09/10/2007) |
| 09/06/2007 | 1095 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on August 27, 2007 (Morning Session) (Pages 19549-19649). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 09/11/2007) |
| 09/06/2007 | 1097 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on August 28, 2007 (Morning Session) (Pages 19744-19861). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 09/11/2007) |
| 09/06/2007 | 1099 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on September 5, 2007 (Morning Session) (Pages 19969-20024). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (cp, ) (Entered: 09/11/2007) |
| 09/07/2007 | 1092 | SUPPLEMENTAL OPPOSITION to Defendant ANTWUAN BALL's (1) Memorandum 1089 Regarding Defendant's Personal Conduct from 2002-2004 by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Guerrero, Gilberto) Modified on 9/10/2007 (mlp) (Entered: 09/07/2007) |
| 09/07/2007 | 1093 | NOTICE of Filing Case Authority by ANTWUAN BALL (Attachments: # 1 Exhibit Court Opinion) (Tabackman, Steven) (Entered: 09/07/2007) |
| 09/10/2007 | 1094 | TRIAL BRIEF by ANTWUAN BALL (Tabackman, Steven) (Entered: 09/10/2007) |
| 09/10/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS 1092 Supplemental Motion was entered in error and the Clerk modified the entry to indicate the title of the document as "Supplemental Opposition."(mlp) (Entered: 09/10/2007) |
| 09/10/2007 | 1100 | ORDER denying 1088 Motion for Reconsideration as to DAVID WILSON (2). Signed by Judge Richard W. Roberts on 9/7/07. (lin, ) (Entered: 09/11/2007) |
| 09/10/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/10/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1sss,2sss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Count 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 9/11/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witness: Jane Jeffers. (mlp) (Entered: 09/25/2007) |
| 09/11/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 9/12/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/11/2007) |
| 09/11/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN |

0141

|            |      | BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/11/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 9/12/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Rebecca O'Brien, Shanay Glenn, Bonnie Williams, Ettereteen Craven, William McEwen. (mlp) (Entered: 09/25/2007) |
| 09/12/2007 |      | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 9/13/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/12/2007) |
| 09/12/2007 | 1101 | TRANSCRIPT of Jury Trial Proceedings (Morning Session) as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts, held on 9/10/07 pages 20025-20140. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hs,) . (Entered: 09/14/2007) |
| 09/12/2007 | 1102 | TRANSCRIPT; of Jury Trial Proceedings (Morning Session) as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts, held on 9/11/07 pages 20141-20261. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hs,) (Entered: 09/14/2007) |
| 09/12/2007 |      | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/12/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 9/13/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: William McEwen, Raymond Bell, Michael Kimsey, Bruce Faison, Dale Vaughan. (mlp) (Entered: 09/25/2007) |
| 09/13/2007 | 1104 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/12/07 (Pages 20402-20552). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 09/19/2007) |
| 09/13/2007 | 1105 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/13/07 (Pages 20704-20843). Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 09/19/2007) |
| 09/13/2007 |      | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/13/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with |

0142

same jury and alternates. Jury trial respited to 9/17/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Dominique Thurston, Martina Bentley, Tawana Gross, Mia Drummond, Jennifer Glover and Elarka Nixon. (mlp) (Entered: 09/25/2007)

| Date | No. | Description |
|---|---|---|
| 09/14/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 9/17/2007 09:00 AM in Courtroom 9 before Judge Richard W. Roberts. COUNSEL ARE ADVISED THAT THE COURT WILL NOT RECONVENE AT 3:00 P.M. AS HAD BEEN PREVIOUSLY SCHEDULED.(lin, ) (Entered: 09/14/2007) |
| 09/15/2007 | 1103 | MOTION Preclude Agent Lockhart from Making Gestures in the Presence of the Jury by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Proctor, Gary) (Entered: 09/15/2007) |
| 09/17/2007 | 1108 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding held on 2/13/07; Signed by Judge Richard W. Roberts on 9/17/07, Daily. (erd) (Entered: 09/24/2007) |
| 09/17/2007 | 1109 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding held for trial testimony; Signed by Judge Richard W. Roberts on 9/17/07, Daily. (erd) (Entered: 09/24/2007) |
| 09/17/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/17/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 9/18/07 at 11:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet' Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Elarka Nixon, Melvin Givens. (mlp) (Entered: 09/25/2007) |
| 09/19/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 9/20/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/19/2007) |
| 09/19/2007 | 1110 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of proceeding held on 2/13/07, 8/27/07, 8/28/07, 9/11/07, 9/12/07, 9/13/07 through the conclusion of the trial; Daily Signed by Judge Richard W. Roberts on 9/19/07. (erd) (Entered: 09/24/2007) |
| 09/19/2007 | 1111 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of proceeding held on testimony 8/27/07, 8/28/07, 9/11/07, 9/12/07, 9/13/07; Signed by Judge Richard W. Roberts on 9/19/07, Daily. (erd) (Entered: 09/24/2007) |
| 09/19/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/19/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,6sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss, 47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 9/20/07 at 11:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Melvin Givens, Shontie Morris, Kevin Ashby, Laverne Wilson, Corey Jenifer. (mlp) (Entered: 09/25/2007) |
| 09/20/2007 | 1106 | MOTION by U.S.A. to Amend A Clerical Error In The Superceding Indictment and Request For |

|   |   |   |
|---|---|---|
| | | Judicial Notice re 1070 Memorandum in Opposition, 1068 Proposed Jury Instructions by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (Leon, Glenn) Modified on 9/21/2007 (mlp) (Entered: 09/20/2007) |
| 09/20/2007 | 1107 | RESPONSE by ANTWUAN BALL re 1106 MOTION to Amend Clerical Error (Carney, John) Modified on 9/21/2007 (mlp) (Entered: 09/20/2007) |
| 09/20/2007 | 1112 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/11/07 Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (erd) (Entered: 09/24/2007) |
| 09/20/2007 | 1113 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/12/07 Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (erd) (Entered: 09/24/2007) |
| 09/20/2007 | 1114 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/13/07 Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (erd) (Entered: 09/24/2007) |
| 09/20/2007 | 1115 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/17/07 Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (erd) (Entered: 09/24/2007) |
| 09/20/2007 | 1116 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/19/07 Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (erd) (Entered: 09/24/2007) |
| 09/20/2007 | 1117 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/19/07 at 2:10 p.m. Court Reporter: Rebecca Stonestreet. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (erd) (Entered: 09/24/2007) |
| 09/20/2007 | 1118 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/20/07 Court Reporter: Scott Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (erd) (Entered: 09/24/2007) |
| 09/20/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS held on 9/20/2007. Trial unable to resume due to illness of juror. Jury trial continued to 9/24/07 at 10:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 09/25/2007) |
| 09/21/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 9/24/2007 10:00 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/21/2007) |
| 09/24/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 9/25/2007 01:00 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/24/2007) |
| 09/24/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/24/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, |

0144

35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial resited to 9/25/07 at 9:15 a.m. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Corey Jenifer, Terri Bowe, Mary Woods, James Fenimore. (mlp) Modified on 10/1/2007 (mlp) (Entered: 10/01/2007)

| | | |
|---|---|---|
| 09/25/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 9/26/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 09/25/2007) |
| 09/25/2007 | 1119 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 95, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/24/07. (Pages 21371-21470) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/26/2007) |
| 09/25/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/25/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,3ss-49sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial resited to 9/26/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: James Fenimore, Kanisha West. (mlp) (Entered: 10/01/2007) |
| 09/26/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 9/27/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/26/2007) |
| 09/26/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/26/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial resited to 9/27/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witnesses: Kanisha West, Kevin Stoddard, Loraine Tynan, Elbert Griffin. (mlp) (Entered: 10/01/2007) |
| 09/27/2007 | 1120 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/26/07. (Pages 21831-21995) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 09/28/2007) |
| 09/27/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 9/27/2007 DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, |

35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial resited to 10/1/07 at 1:30 P.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. Witness: Todd Williams. (mlp) Modified on 10/1/2007 (mlp) (Entered: 10/01/2007)

| 09/28/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 10/1/2007 01:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/28/2007) |
| --- | --- | --- |
| 09/29/2007 | 1121 | NOTICE of Defendant Antwon Ball's Request for Instruction on Theory of the Case by ANTWUAN BALL (Carney, John) (Entered: 09/29/2007) |
| 10/01/2007 | 1122 | NOTICE of Requested Instruction by ANTWUAN BALL (Attachments: # 1 Exhibit Proposed Instruction)(Tabackman, Steven) (Entered: 10/01/2007) |
| 10/01/2007 | 1123 | Proposed Jury Instructions by DOMINIC SAMUELS (Balarezo, A.) (Entered: 10/01/2007) |
| 10/01/2007 | 1124 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 98, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 9/27/07. (Pages 22106-22226) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/02/2007) |
| 10/01/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial (Jury Charge Conference) as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS begun on 10/1/2007. Jury not present. Respited to 10/2/07 at 10:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/09/2007) |
| 10/02/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 10/3/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 10/02/2007) |
| 10/02/2007 | 1125 | MOTION for Admission of Portions of Grand Jury Transcripts by GREGORY BELL. (Attachment: # 1 Text of Proposed Order)(Beane, James) Modified on 10/3/2007 (mlp) (Entered: 10/02/2007) |
| 10/02/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial (Jury Charge Conference) as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/2/07. Jury not present. Respited to 10/3/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/09/2007) |
| 10/03/2007 | | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 10/4/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 10/03/2007) |
| 10/03/2007 | 1126 | ORDER denying 1125 Motion to admit portions of grand jury transcripts as to GREGORY BELL (3). Signed by Judge Richard W. Roberts on 10/3/07. (lin, ) Modified on 10/5/2007 (mlp) (Entered: 10/04/2007) |
| 10/03/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/3/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial resited to 10/4/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, |

0146

Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/09/2007)

| 10/03/2007 | 1137 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of proceedings, witness examinations. Special authorizations: daily copy and e-mails, jury instructions. Signed by Judge Richard W. Roberts on 10/3/07. zm, ) (Entered: 10/10/2007) |
|---|---|---|
| 10/03/2007 | 1138 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of trial proceedings 2/13/07 through the conclusion of the trial. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 10/3/07. (mlp) (Entered: 10/10/2007) |
| 10/03/2007 | 1139 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of trial proceedings. Authorizations: daily copies, prosecution and defense opening statements, prosecution rebuttal. Signed by Judge Richard W. Roberts on 10/3/07. (mlp) (Entered: 10/10/2007) |
| 10/03/2007 | 1141 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of trial proceedings beginning 2/13/07. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 10/3/07. (mlp) (Entered: 10/10/2007) |
| 10/03/2007 | 1143 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of trial proceedings. Special authorizations: daily copies, prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal. Signed by Judge Richard W. Roberts on 10/3/07. (mlp) (Entered: 10/10/2007) |
| 10/04/2007 | 1127 | Proposed Jury Instructions by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Attachments: # 1 Verdict Form) (Leon, Glenn) (Entered: 10/04/2007) |
| 10/04/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/4/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss,35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury Trial respited to 10/9/2007 01:15 PM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilbert Guerrero. (mlp) (Entered: 10/09/2007) |
| 10/05/2007 | 1129 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of proceedings held on 9/24/07 through 9/27/07. Special authorization: daily copies. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1130 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of proceedings held on 9/24/07 through 9/27/07. Special authorization: daily copies plus e-mail. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1131 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for transcript of proceedings held on 9/10/07 through 9/13/07, 9/17/07, 9/19/07. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1132 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of proceedings held on 9/20/07, 9/24/07, 9/26/07, 9/27/07. Special Authorizations: daily copies and e-mail. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1133 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of proceedings held on 9/24/07 through 9/27/07. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1134 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of proceedings held on 9/24/07 through 9/27/07. Special authorizations: daily copies and e-mail; jury instructions. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) |

0147

(Entered: 10/10/2007)

| 10/05/2007 | 1135 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of trial proceedings held 2/13/07 through the conclusion of the trial. Special authorizations: daily copies plus e-mails. Signed by Judge Richard W. Roberts on 5/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1136 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of witness examination during trial. Special authorizations: daily copies and e-mails and jury instructions. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1146 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of trial proceedings held 9/24/07 through 9/27/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1148 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of trial proceedings. Special authorizations: daily copies, prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal, e-mails. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1153 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of trial proceedings beginning 2/13/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1154 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of trial proceedings beginning 2/13/07. Special authorizations: daily copies and e-mails, prosecution and defense opening statements and prosecution rebuttal. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/05/2007 | 1155 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of trial proceedings held 9/24/07 through 9/27/07. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 10/5/07. (mlp) (Entered: 10/10/2007) |
| 10/09/2007 | 1128 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on September 24, 2007, Afternoon Session; Court Reporter: Rebecca Stonestreet. Pages 21471-21651. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) Modified on 10/10/2007 (ks, ). (Entered: 10/10/2007) |
| 10/09/2007 | 1140 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on September 25, 2007, Afternoon Session; Court Reporter: Rebecca Stonestreet. Pages 21652-21830. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, (Entered: 10/10/2007) |
| 10/09/2007 | 1142 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on September 26, 2007; Afternoon Session; Court Reporter: Rebecca Stonestreet. Pages 21996 - 22105. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) M (Entered: 10/10/2007) |
| 10/09/2007 | 1144 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on September 27, 2007, Afternoon Session; Court Reporter: Rebecca Stonestreet. Pages 22227 - 22359. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) (Entered: 10/10/2007) |
| 10/09/2007 | 1145 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on October 1, 2007, Morning Session; Court Reporter: Scott L. Wallace. Pages 22360 - 22456. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) (Entered: 10/10/2007) |
| 10/09/2007 | 1147 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on October 2, 2007, Morning Session; Court Reporter: Scott L. Wallace. Pages 22457 - 22560. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) (Entered: 10/10/2007) |
| 10/09/2007 | 1149 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, |

0148

|  |  | DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on October 2, 2007, Afternnon Session; Court Reporter: Scott L. Wallace. Pages 22561 - 22630. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) (Entered: 10/10/2007) |
|---|---|---|
| 10/09/2007 | 1150 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on October 3, 2007, Afternoon Session; Court Reporter: Scott L. Wallace. Pages 22726 - 22819. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) (Entered: 10/10/2007) |
| 10/09/2007 | 1151 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on October 4, 2007, Morning Session; Court Reporter: Scott L. Wallace. Pages 22820 - 22910. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) (Entered: 10/10/2007) |
| 10/09/2007 | 1152 | TRANSCRIPT of Jury Trial Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on October 4, 2007, Afternoon Session; Court Reporter: Scott L. Wallace. Pages 22911 - 23015. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (ks, ) (Entered: 10/10/2007) |
| 10/09/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/9/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 10/10/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/11/2007) |
| 10/10/2007 |  | NOTICE OF HEARING as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS Jury Trial set to resume on 10/11/2007 01:00 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 10/10/2007) |
| 10/10/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/10/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,15sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 10/11/07 at 1:15 P.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonthan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/11/2007) |
| 10/11/2007 | 1156 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 103 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/9/07. (Pages 23016-23110) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/12/2007) |
| 10/11/2007 | 1157 | TRANSCRIPT of Jury Trial Proceedings, morning session, Volume 104, as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/10/07. (Pages 23111-23206) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/12/2007) |
| 10/11/2007 | 1158 | TRANSCRIPT of Jury Trial Proceedings, afternoon session, Volume 104, as to ANTWUAN BALL, |

0149

|  |  |  |
|---|---|---|
|  |  | DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/10/07. (Pages 23207-23324) Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (mlp) (Entered: 10/12/2007) |
| 10/11/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/11/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Jury trial respited to 10/15/07 at 9:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/23/2007) |
| 10/15/2007 |  | MINUTE ORDER QUASHING WRIT of Delmar Whitley; directing that he be returned to his designated facility directed by Judge Richard W. Roberts. (lin, ) (Entered: 10/15/2007) |
| 10/15/2007 | 1159 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/11/07 (PAGE 23325-23439). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 10/16/2007) |
| 10/15/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Trial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed and concluded on 10/15/2007; DESMOND THURSTON (13) Counts 1sss,2sss,3sss,11sss,17sss,24sss,41sss,42sss,43sss,44sss,45sss,46sss,51sss-53sss and GREGORY BELL (3) Counts 1sss,2sss,5sss,9sss,12sss-13sss,25sss,26sss-27sss,28sss,56sss-57sss and DAVID WILSON (2) Counts 1sss,2sss,3sss-4sss,6sss,7sss,11sss,16sss,18sss,19sss-21sss,31sss,32sss,33sss,34sss, 35sss,36sss,47sss,48sss,49sss,54sss,55sss and DOMINIC SAMUELS (17) Counts 1ss,2ss,23ss,37ss,38ss,50ss and JOSEPH JONES (16) Counts 1ss,2ss,10ss,14ss,39ss,40ss and ANTWUAN BALL (1) Counts 1sss,2sss,8sss,22sss,29sss,30sss,47sss,48sss,54sss,58sss with same jury and alternates. Alternate jurors were discharged. Deliberations begun and respited to 10/16/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/23/2007) |
| 10/15/2007 |  | On Count 7ss as to DAVID WILSON and Counts 41sss,42sss,43sss,44sss,45sss,46sss,51sss,52sss,53sss as to DESMOND THURSTON Judgments of Acquittal were entered by the Court on 8/1/07. Due to a clerical error by the clerk, the docket entries between 8/21/07 and 10/15/07 mistakenly indicated that these counts were included in the jury trial proceedings. (mlp) Modified on 11/13/2007 (mlp) (Entered: 11/13/2007) |
| 10/16/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/16/2007 with same jury and are respited to 10/17/07 at 11:15 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/23/2007) |
| 10/17/2007 | 1160 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/15/07 (PAGE 23440-23538). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 10/19/2007) |
| 10/17/2007 | 1161 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/15/07 p.m. (PAGES 23539-23636). Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (hsj, ) (Entered: 10/19/2007) |

0150

| | | |
|---|---|---|
| 10/17/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/17/2007 with same jury and are respited to 10/18/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorney: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/23/2007) |
| 10/18/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/18/2007 with same jury. Deliberations respited to 10/22/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Ed Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/29/2007) |
| 10/19/2007 | 1167 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial testimony (no dates indicated). Special authorizations: copy and e-mail, daily, jury instructions. Signed by Judge Richard W. Roberts on 10/19/07. (mlp) (Entered: 11/02/2007) |
| 10/19/2007 | 1168 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceedings beginning 2/13/07. Special authorizations: daily and e-mail. Signed by Judge Richard W. Roberts on 10/19/07. (mlp) (Entered: 11/02/2007) |
| 10/19/2007 | 1169 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceeding beginning 2/13/07 until conclusion. Special authorizations: daily copies and e-mails. Signed by Judge Richard W. Roberts on 10/19/07. (mlp) (Entered: 11/02/2007) |
| 10/19/2007 | 1170 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of trial proceedings beginning 8/26/07. Special authorizations: daily copies, prosecution and defense opening statements, prosecution and defense argument, prosecution rebuttal. Signed by Judge Richard W. Roberts on 10/19/07. (mlp) (Entered: 11/02/2007) |
| 10/19/2007 | 1171 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceedings beginning 2/13/07. Special authorizations: daily copy and e-mails. Signed by Judge Richard W. Roberts on 10/19/07. (mlp) (Entered: 11/02/2007) |
| 10/19/2007 | 1172 | CJA 24 as to DOMINIC SAMUELS: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of trial proceedings beginning 2/13/07. Special authorizations: daily copies, e-mails, prosecution and defense opening statements, prosecution rebuttal. Signed by Judge Richard W. Roberts on 10/19/07. (mlp) (Entered: 11/02/2007) |
| 10/21/2007 | 1162 | MOTION FOR A NOTE TO OR RE-INSTRUCTION OF THE JURY REGARDING PUBLICITY by DAVID WILSON. (Attachments: # 1 Exhibit Washington Post Article# 2 Text of Proposed Order)(Wicks, Jenifer) (Entered: 10/21/2007) |
| 10/22/2007 | 1163 | RESPONSE by USA as to DAVID WILSON re 1162 MOTION FOR A NOTE TO OR RE-INSTRUCTION OF THE JURY REGARDING PUBLICITY (Guerrero, Gilberto) (Entered: 10/22/2007) |
| 10/22/2007 | 1164 | REPLY TO OPPOSITION to Motion by DAVID WILSON re 1162 MOTION FOR A NOTE TO OR RE-INSTRUCTION OF THE JURY REGARDING PUBLICITY (Wicks, Jenifer) (Entered: 10/22/2007) |
| 10/22/2007 | 1165 | MOTION for Hearing To Discuss What Remedial Action, If Any, Should Be Taken To Address Recent Publicity by DESMOND THURSTON. (Attachments: # 1 Exhibit)(Zucker, Jonathan) (Entered: 10/22/2007) |
| 10/22/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/22/2007 with same jury. Jury Deliberation respited to 10/23/2007 and 10/24/07, but not held due to illness of juror. Jury deliberations to resume 10/30/07 09:00 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendant committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorney: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 10/29/2007) |
| 10/23/2007 | 1166 | Proposed Voir Dire by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (Petalas, Ann) (Entered: 10/23/2007) |
| 10/26/2007 | 1173 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding held 6/23/05. Special authorization: daily. Signed by Judge Richard W. Roberts on 10/26/07. (mlp) (Entered: 11/02/2007) |

0151

| | | |
|---|---|---|
| 10/30/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/30/2007 with same jury. Jury deliberations respited to 10/31/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 11/01/2007) |
| 10/31/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 10/31/2007 with same jury. Jury deliberations respited to 11/1/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 11/01/2007) |
| 11/01/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 11/1/2007, with same jury. Deliberations respited to 11/5/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporters: Scott Wallace and Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) Modified on 11/14/2007 (mlp) (Entered: 11/14/2007) |
| 11/05/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Deliberations suspended on 11/5/07 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. Jury deliberations to resume on 11/6/07 at 10:00 A.M. Bond Status of Defendant: defendants committed/commitments issued; Court Reporter: Scott Wallace;Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 11/14/2007) |
| 11/06/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 11/6/2007 with the same jury. Jury deliberations respited to 11/7/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Rebecca Stonestreet; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 11/14/2007) |
| 11/07/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS suspended on 11/7/2007. Jury deliberations to resume 11/8/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 11/14/2007) |
| 11/08/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 11/8/2007 with same jury. Jury deliberations respited to 11/13/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: Jennifer Wicks, Steven Tabackman, Gary Proctor, Matt Davies, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 11/14/2007) |
| 11/13/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury Deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 11/13/2007 with the same jury. Jury deliberations respited to 11/14/07 at 9:00 A.M. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, James Beane, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 11/15/2007) |
| 11/16/2007 | 1174 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of proceedings held throughout the trial; witness testimony. Special authorizations: daily copy and e-mail and jury instructions. Signed by Judge Richard W. Roberts on 11/16/07. (mlp) (Entered: 11/20/2007) |

0152

| | | |
|---|---|---|
| 11/16/2007 | 1175 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of proceedings held 2/13/07 through the conclusion of the trial. Special authorizations: daily copies and e-mail. Signed by Judge Richard W. Roberts on 11/16/07. (mlp) (Entered: 11/20/2007) |
| 11/20/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury DeliberationsTrial as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 11/20/2007 with same jury. and Jury Deliberations respited to 11/26/2007 09:00 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 11/26/2007) |
| 11/21/2007 | 1176 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding starting with 8/24/07. Signed by Judge Richard W. Roberts on 11/21/07. (mlp) (Entered: 11/27/2007) |
| 11/27/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed on 11/27/2007 with same jury. Jury deliberations respited to 11/28/07 at 9:00 A.M.Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Jenifer Wicks, Gary Proctor, James Beane, Jonathan Zucker, Anthony Martin, Anthony Arnold, Eduardo Balarezo, William Purpura; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 12/06/2007) |
| 11/27/2007 | 1190 | RETYPED INDICTMENT as to ANTWUAN BALL (1): Former count 1sss is now count 1rsss. Former count 2sss is now count 2rsss. Former count 8sss is now count 8rsss. Former count 22sss is now count 22rsss. Former count 29sss is now count 29rsss. Former count 30sss is now count 30rsss. Former count 47sss is now count 47rsss. Former count 48sss is now count 48rsss. Former count 54sss is now count 54rsss. Former count 58sss is now count 58rsss. DAVID WILSON (2): Former count 3sss is now count 3rsss. Former count 4sss is now count 4rsss. Former count 19sss is now count 19rsss. Former count 20sss is now count 20rsss. Former count 21sss is now count 21rsss. Former count 1sss is now count 1rsss. Former count 2sss is now count 2rsss. Former count 11sss is now count 11rsss. Former count 16sss is now count 16rsss. Former count 18sss is now count 18rsss. Former count 31sss is now count 31rsss. Former count 32sss is now count 32rsss. Former count 33sss is now count 33rsss. Former count 34sss is now count 34rsss. Former count 35sss is now count 35rsss. Former count 36sss is now count 36rsss. Former count 47sss is now count 47rsss. Former count 48sss is now count 48rsss. Former count 49sss is now count 49rsss. Former count 54sss is now count 54rsss. Former count 55sss is now count 55rsss. Former count 6sss is now count 6rsss. GREGORY BELL (3): Former count 12sss is now count 12rsss. Former count 13sss is now count 13rsss. Former count 26sss is now count 26rsss. Former count 27sss is now count 27rsss. Former count 56sss is now count 56rsss. Former count 57sss is now count 57rsss. Former count 1sss is now count 1rsss. Former count 2sss is now count 2rsss. Former count 5sss is now count 5rsss. Former count 9sss is now count 9rsss. Former count 15sss is now count 15rsss. Former count 25sss is now count 25rsss. Former count 28sss is now count 28rsss. DESMOND THURSTON (13): Former count 1sss is now count 1rsss. Former count 2sss is now count 2rsss. Former count 3sss is now count 3rsss. Former count 11sss is now count 11rsss. Former count 17sss is now count 17rsss. Former count 24sss is now count 24rsss. JOSEPH JONES (16): Former count 1ss is now count 1rss. Former count 2ss is now count 2rss. Former count 10ss is now count 10rss. Former count 14ss is now count 14rss. Former count 39ss is now count 39rss. Former count 40ss is now count 40rss. DOMINIC SAMUELS (17): Former count 1ss is now count 1rss. Former count 2ss is now count 2rss. Former count 23ss is now count 23rss. Former count 37ss is now count 37rss. Former count 38ss is now count 38rss. Former count 50ss is now count 50rss. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | 1177 | Jury Note as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (1) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | 1178 | Jury Notes of October 16, 2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (6) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | 1179 | Jury Notes of October 17, 2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (5) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | 1180 | Jury Notes of October 18, 2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (3) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | 1181 | Jury Notes of October 22, 2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (5) (lin, ) (Entered: 12/04/2007) |

0153

| | | |
|---|---|---|
| 11/28/2007 | 1182 | Jury Notes of November 8, 2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (3) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | 1183 | Jury Notes of November 15, 2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (2) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | 1184 | Jury Notes of November 20, 2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (2) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | 1185 | Jury Notes of November 27, 2007 as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (5) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | 1186 | Jury Notes of November 28, 2007 as to ANTWUAN BALL, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS (6) (lin, ) (Entered: 12/04/2007) |
| 11/28/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Jury deliberations as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS resumed and concluded on 11/28/2007 with same jury. JURY VERDICTS RENDERED as to ANTWUAN BALL: Guilty on count 22rsss and Not Guilty on counts 1rsss, 2rsss, 8rsss, 29rsss, 30rsss, 47rsss, 48rsss, 54rsss, 58rrrs; as to DAVID WILSON: Guilty on counts 4rsss, 6rsss, 11rsss, 16rsss, 18rsss, 19rsss, 20rsss, 21rsss, 31rsss, 33rsss, 55rsss and Not Guilty on counts 1rsss, 2rsss, 3rsss, 32rsss, 34rsss, 35rsss, 36rsss, 47rsss, 48rsss, 49rsss, 54rsss; as to GREGORY BELL: Guilty on counts 5rsss, 9rsss, 12rsss and Not Guilty on counts 1rsss, 2rsss, 13rsss, 15rsss, 25rsss, 26rsss, 27rsss, 28rsss, 56rsss, 57rsss; as to DESMOND THURSTON: Guilty on counts 11rsss, 24rsss and Not Guilty on counts 1rsss, 2rsss, 3rsss, 17rsss; as to JOSEPH JONES: Guilty on counts 10rss, 14rss and Not Guilty on counts 1rss, 2rss, 39rss, 40rss; as to DOMINIC SAMUELS: Not Guilty on counts 1rss, 2rss, 23rss, 38rss and jury unable to reach unanimous verdicts on counts 37rss and 50rss. Jury discharged. Defendants BALL, WILSON, BELL, THURSTON and JONES are referred for presentence investigation reports. Sentencing set for defendant BALL for 2/22/08 at 3:30 p.m., for defendant BELL for 2/29/08 at 3:30 p.m., for defendant THURSTON for 2/8/08 at 3:30 p.m., for defendant JONES for 2/15/08 at 3:30 p.m. A sentencing date for defendant WILSON is not set at this time. Defendant WILSON's Rule 33 and 29 motions are due 3/7/08. A status conference for defendant SAMUELS is set for 12/13/07 at 9:15 a.m. Bond Status of Defendants: defendants committed/commitments issued; Court Reporter: Scott Wallace; Defense Attorneys: John Carney, Steven Tabackman, Gary Proctor, Matt Davies, Jenifer Wicks, Jonathan Zucker, Anthony Martin, Eduardo Balarezo; US Attorneys: Glenn Leon, Ann Petalas, Gilberto Guerrero. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | Set Hearing as to ANTWUAN BALL: Sentencing set for 2/22/2008 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | Set Deadline as to DAVID WILSON: Rules 33 and 29 motions due by 3/7/2008. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | Set Hearing as to GREGORY BELL: Sentencing set for 2/29/2008 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | Set Hearing as to DESMOND THURSTON: Sentencing set for 2/8/2008 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | Set Hearing as to JOSEPH JONES: Sentencing set for 2/15/2008 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | Set Hearing as to DOMINIC SAMUELS: Status Conference set for 12/13/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | 1191 | VERDICT FORM as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, DOMINIC SAMUELS. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | JURY VERDICT as to ANTWUAN BALL (1) Guilty on Count 22rsss; Not Guilty on Counts 1rsss,2rsss,8rsss,29rsss,30rsss,47rsss,48rsss,54rsss,58rsss. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | JURY VERDICT as to DAVID WILSON (2): Guilty on Counts 4rsss,6rsss,11rsss,16rsss,18rsss,19rsss,20rsss,21rsss,31rsss,33rsss,55rsss; Not Guilty on Counts 1rsss,2rsss,3rsss,32rsss,34rsss,35rsss,36rsss,47rsss,48rsss,49rsss,54rsss. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | JURY VERDICT as to GREGORY BELL (3): Guilty on Counts 5rsss,9rsss,12rsss; Not Guilty on Counts 1rsss,2rsss,13rsss,15rsss,25rsss,26rsss,27rsss,28rsss,56rsss,57rsss. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | JURY VERDICT as to DESMOND THURSTON (13): Guilty on Counts 11rsss,24rsss; Not Guilty on Counts 1rsss,2rsss,3rsss,17rsss. (mlp) (Entered: 12/06/2007) |
| 11/28/2007 | | JURY VERDICT as to JOSEPH JONES (16): Guilty on Counts 10rss,14rss; Not Guilty on Counts |

0154

|  |  | 1rss,2rss,39rss,40rss. (mlp) (Entered: 12/06/2007) |
|---|---|---|
| 11/28/2007 |  | JURY VERDICT as to DOMINIC SAMUELS (17): Not Guilty on Counts 1rss,2rss,23rss,38rss; jury unable to reach a unanimous verdict on counts 37rss and 50rss. (zmlp, ) (Entered: 12/06/2007) |
| 12/05/2007 | 1187 | MOTION for Judgment NOV by JOSEPH JONES. (Attachments: # 1 Text of Proposed Order) (Martin, Anthony) (Entered: 12/05/2007) |
| 12/05/2007 | 1188 | MOTION for Acquittal by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order Judgment of Acquittal)(Carney, John) (Entered: 12/05/2007) |
| 12/06/2007 | 1189 | MOTION for Release from Custody Pending Sentencing by ANTWUAN BALL. (Attachments: # 1 Exhibit The Community Foundation# 2 Text of Proposed Order)(Tabackman, Steven) (Entered: 12/06/2007) |
| 12/07/2007 | 1192 | RESPONSE by USA as to ANTWUAN BALL re 1189 MOTION for Release from Custody Pending Sentencing Government's Opposition To Defendant Antwan Ball's Motion For Release Pending Sentencing (Leon, Glenn) (Entered: 12/07/2007) |
| 12/07/2007 | 1193 | RESPONSE by USA as to JOSEPH JONES re 1187 MOTION for Judgment NOV Government's Opposition to Defendant Joseph Jones' Motion for Judgment of Acquittal, New Trial and Arrest of Judgment (Leon, Glenn) (Entered: 12/07/2007) |
| 12/07/2007 | 1197 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of proceedings held on 10/16/07-10/18/07, 10/22/07, 10/30/07, 11/08/07, 11/15/07, 11/20/07, 11/27/07, 11/28/07. Signed by Judge Richard W. Roberts on 12/7/07. (mlp) (Entered: 12/12/2007) |
| 12/07/2007 | 1198 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Jackie Sullivan for Transcript of proceeding held on 11/27/07, morning session. Signed by Judge Richard W. Roberts on 12/7/07. (mlp) (Entered: 12/12/2007) |
| 12/10/2007 | 1194 | RESPONSE by USA as to ANTWUAN BALL re 1188 MOTION for Acquittal Government's Opposition to Defendant Antwan Ball's Reviewed Motion for Judgment of Acquittal (Leon, Glenn) (Entered: 12/10/2007) |
| 12/12/2007 | 1195 | MOTION for Bond Modification of Conditions of Detention by DOMINIC SAMUELS. (Attachments: # 1 Text of Proposed Order)(Balarezo, A.) (Entered: 12/12/2007) |
| 12/12/2007 | 1196 | MOTION for Bond Review by DESMOND THURSTON. (Attachments: # 1 Text of Proposed Order) (Zucker, Jonathan) (Entered: 12/12/2007) |
| 12/13/2007 |  | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to DOMINIC SAMUELS held on 12/13/2007, Defendant was not present, Proposed Voir Dire due by 1/30/2008, Proposed Jury Instructions due by 1/30/2008, Government's Objection to the Bond Review Motion due by 12/21/2007, Jury Trial set for 2/6/2008 at 09:15 AM in Courtroom 9 before Judge Richard W. Roberts, Bond Status of Defendant: Defendant remains Committed. (Court Reporter: Scott Wallace; Defense Attorney: Eduardo Balarezo; US Attorney: Glenn Leon) (tnr, ) (Entered: 12/14/2007) |
| 12/14/2007 | 1199 | Memorandum in Opposition by USA as to DESMOND THURSTON re 1196 MOTION for Bond Review GOVERNMENTS OPPOSITION TO DEFENDANT DESMOND THURSTONS MOTION FOR MODIFICATION OF CONDITIONS OF DETENTION (Leon, Glenn) (Entered: 12/14/2007) |
| 12/17/2007 | 1200 | NOTICE of Filing by USA as to DOMINIC SAMUELS (Attachments: # 1 Attachment A)(Leon, Glenn) (Entered: 12/17/2007) |
| 12/19/2007 | 1201 | MOTION for Release from Custody by JOSEPH JONES. (Attachments: # 1 Text of Proposed Order)(Martin, Anthony) (Entered: 12/19/2007) |
| 12/20/2007 | 1202 | RESPONSE by USA as to JOSEPH JONES re 1201 MOTION for Release from Custody Government's Opposition to Defendant Joseph Jones' Motion for Release to Third Party Custodian Pending Sentencing (Leon, Glenn) (Entered: 12/20/2007) |
| 12/20/2007 | 1203 | RESPONSE by USA as to DOMINIC SAMUELS re 1195 MOTION for Bond Modification of Conditions of Detention Government's Opposition to Defendant Samuels' Motion for Modification of Conditions of Detention (Leon, Glenn) (Entered: 12/20/2007) |
| 01/09/2008 |  | NOTICE OF HEARING as to ANTWUAN BALL Status Conference set for 1/11/2008 04:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 01/09/2008) |
| 01/09/2008 |  | NOTICE OF HEARING as to GREGORY BELL Sentencing reset for 3/21/2008 09:45 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 01/09/2008) |
| 01/09/2008 |  | NOTICE OF HEARING as to DESMOND THURSTON Sentencing set for 3/7/2008 11:30 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 01/09/2008) |

| | | |
|---|---|---|
| 01/09/2008 | | NOTICE OF HEARING as to JOSEPH JONES Sentencing set for 3/21/2008 12:00 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 01/09/2008) |
| 01/10/2008 | 1204 | Second MOTION for Bond Review by DESMOND THURSTON. (Zucker, Jonathan) (Entered: 01/10/2008) |
| 01/10/2008 | 1205 | MOTION to Reduce Sentence Pursuant to 18:3582(c)(2) by PHILLIP WALLACE, pro se. (Defendant's address is Registration No. 26926-016, Federal Correctional Institution Ray Brook, P. O. Box 9005, Ray Brook, N.Y. 12977. (mlp) (Entered: 01/11/2008) (Entered: 01/22/2008) |
| 01/11/2008 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Entry as to ANTWUAN BALL held on 1/11/2008; Defendant not present; Sentencing reset for 3/14/2008 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: JAIL; Court Reporter: Cathryn Jones Defense Attorney: Steven Tabackman; US Attorney: Ann Petalas, Gilbert Guerrero; (zlin, ) (Entered: 01/11/2008) |
| 01/22/2008 | | NOTICE OF HEARING as to DOMINIC SAMUELS Plea Agreement Hearing set for 1/24/2008 10:45 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 01/22/2008) |
| 01/24/2008 | 1207 | WAIVER of Right to Trial by Jury as to DOMINIC SAMUELS. Approved by Judge Richard W. Roberts on 1/24/08. (mlp) (Entered: 01/29/2008) |
| 01/24/2008 | 1208 | FACTUAL PROFFER by DOMINC SAMUELS and U.S.A. (mlp) Modified on 1/30/2008 (mlp) (Entered: 01/29/2008) |
| 01/24/2008 | 1209 | PLEA AGREEMENT as to DOMINIC SAMUELS. (mlp) (Entered: 01/29/2008) |
| 01/24/2008 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Plea Agreement Hearing as to DOMINIC SAMUELS held on 1/24/2008. Plea not guilty withdrawn as to count 37rss. Plea entered by DOMINIC SAMUELS (17) Guilty of Lesser Offense on Count 37rss. Case referred to Probation for Report. Sentencing Memorandum due by 4/18/2008. Sentencing set for 4/21/2008 10:00 AM in Courtroom 9 before Judge Richard W. Roberts. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Scott Wallace) (Defense Attorney: Eduardo Balerezo; US Attorney: Ann Petalas) (hsj, ) (Entered: 01/29/2008) |
| 01/25/2008 | | NOTICE OF HEARING as to GREGORY BELL Sentencing reset for 4/2/2008 10:00 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 01/25/2008) |
| 01/29/2008 | 1210 | ORDER denying 1195 Motion for Bond as to DOMINIC SAMUELS (17). Signed by Judge Richard W. Roberts on 1/28/08. (lin, ) (Entered: 01/29/2008) |
| 01/30/2008 | 1211 | ORDER denying 1201 Motion for Release from Custody as to JOSEPH JONES (16). Signed by Judge Richard W. Roberts on 1/29/08. (lin, ) (Entered: 01/30/2008) |
| 01/31/2008 | 1212 | ORDER (Supplemental memorandum due by 2/20/2008), as to JOSEPH JONES Signed by Judge Richard W. Roberts on 1/30/08. (lin, ) Modified on 2/20/2008 (erd). (Entered: 01/31/2008) |
| 01/31/2008 | 1213 | ORDER denying 1196 Motion for Bond as to DESMOND THURSTON (13); denying 1204 Motion for Bond as to DESMOND THURSTON (13). Signed by Judge Richard W. Roberts on 1/30/08. (lin, ) (Entered: 01/31/2008) |
| 02/07/2008 | 1214 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/16/07 (Page Numbers: 1-40) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/07/2008 | 1215 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/17/07 (Page Numbers: 1-22) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/07/2008 | 1216 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/18/07 (Page Numbers: 1-15) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/07/2008 | 1217 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/22/07 (Page Numbers: 1-29) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/07/2008 | 1218 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND |

0156

|  |  | THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 10/30/07 (Page Numbers: 1-35) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
|---|---|---|
| 02/07/2008 | 1219 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 11/8/07 (Page Numbers: 1-15) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/07/2008 | 1220 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 11/15/07 (Page Numbers: 1-9) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/07/2008 | 1221 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 11/20/07 (Page Numbers: 1-27) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/07/2008 | 1222 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 11/27/07 (Page Numbers: 1-19) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/07/2008 | 1223 | TRANSCRIPT of Proceedings as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES and DOMINIC SAMUELS before Judge Richard W. Roberts held on 11/28/07 (Page Numbers: 1-71) Court Reporter: Scott L. Wallace, RDR, CRR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/08/2008) |
| 02/12/2008 |  | NOTICE OF HEARING as to JOSEPH JONES Sentencing reset for 4/4/2008 11:30 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 02/12/2008) |
| 02/13/2008 | 1224 | NOTICE of Change of Address by Steven R. Kiersh (Kiersh, Steven) (Entered: 02/13/2008) |
| 02/19/2008 | 1225 | SUPPLEMENT by USA as to JOSEPH JONES re 1187 MOTION for Judgment NOV Government's Supplemental 1193 Opposition To Defendant Joseph Jones' Motion For Judgment of Acquittal, New Trial and Arrest of Judgment (Leon, Glenn) Modified on 2/20/2008 (mlp) (Entered: 02/19/2008) |
| 02/20/2008 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to JOSEPH JONES re 1225 Supplement to any document was modified by the clerk to link the document to USA's original response 1193 to defendant's motion for judgment NOV. (mlp) (Entered: 02/20/2008) |
| 02/20/2008 | 1226 | SENTENCING MEMORANDUM by USA as to DESMOND THURSTON (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E, # 6 EXHIBIT F, # 7 EXHIBIT G, # 8 EXHIBIT H, # 9 EXHIBIT I, # 10 EXHIBIT J, # 11 EXHIBIT K, # 12 EXHIBIT L, # 13 EXHIBIT M, # 14 EXHIBIT N, # 15 EXHIBIT O, # 16 EXHIBIT P)(Leon, Glenn) (Entered: 02/20/2008) |
| 02/29/2008 | 1228 | SENTENCING MEMORANDUM by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH)(Leon, Glenn) (Entered: 02/29/2008) |
| 03/03/2008 | 1229 | SENTENCING MEMORANDUM by DESMOND THURSTON (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Zucker, Jonathan) (Entered: 03/03/2008) |
| 03/05/2008 | 1230 | REPLY re 1229 by USA as to DESMOND THURSTON Memorandum In Aid of Sentencing For Desmond Thurston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Leon, Glenn) |

| | | |
|---|---|---|
| | | Modified link on 3/6/2008 (nmw, ). (Entered: 03/05/2008) |
| 03/06/2008 | 1231 | REPLY by DESMOND THURSTON re 1226 Government's SENTENCING MEMORANDUM (Zucker, Jonathan) Modified on 3/7/2008 (hsj, ). (Entered: 03/06/2008) |
| 03/06/2008 | 1232 | REPLY by USA as to DESMOND THURSTON re 1229 Sentencing Memorandum Revised Government's Reply to Memorandum In Aid of Sentencing for Desmond Thurston (Leon, Glenn) (Entered: 03/06/2008) |
| 03/06/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Document 1231 as to DESMOND THURSTON was Modified to add correct name of docket entry and counsel was instructed not to refile said pleading. (hsj, ) (Entered: 03/07/2008) |
| 03/07/2008 | 1233 | MOTION FOR CONSIDERATION OF STILL PENDING MOTIONS, FOR A NEW TRIAL AND FOR A JUDGMENT OF ACQUITTAL by DAVID WILSON. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Wicks, Jenifer) (Entered: 03/07/2008) |
| 03/13/2008 | | Terminate Hearing as to ANTWUAN BALL: (lin, ) (Entered: 03/13/2008) |
| 03/14/2008 | 1234 | Memorandum in Opposition by USA as to DAVID WILSON re 1233 MOTION FOR CONSIDERATION OF STILL PENDING MOTIONS, FOR A NEW TRIAL AND FOR A JUDGMENT OF ACQUITTAL (Leon, Glenn) (Entered: 03/14/2008) |
| 03/17/2008 | 1235 | MOTION for Extension of Time to File Objections to Presentence Report by GREGORY BELL. (Attachments: # 1 Text of Proposed Order)(Beane, James) (Entered: 03/17/2008) |
| 03/17/2008 | 1236 | First MOTION to Continue Sentencing by JOSEPH JONES. (Attachments: # 1 Text of Proposed Order)(Martin, Anthony) (Entered: 03/17/2008) |
| 03/18/2008 | 1237 | SENTENCING MEMORANDUM by USA as to DOMINIC SAMUELS (Attachments: # 1 Exhibit Exhibit A)(Leon, Glenn) (Entered: 03/18/2008) |
| 03/19/2008 | 1238 | ORDER as to PHILLIP WALLACE, ( Response due by 3/28/2008) Signed by Judge Richard W. Roberts on 3/17/08. (lin, ) (Entered: 03/19/2008) |
| 03/20/2008 | 1239 | ORDER: Upon consideration of defendant 1235 Motion for Extension of Time to File as to GREGORY BELL (3); it is hereby ordered that the defendant's 04/02/08 sentencing be, and hereby VACATED. It is further ordered that the parties shall confer and file joint status report by 03/26/08 suggesting three mutually agreeable alternative dates for rescheduling the sentencing. Signed by Judge Richard W. Roberts on 03/20/08. (tb, ) Modified on 3/21/2008 (tb, ). (Entered: 03/20/2008) |
| 03/20/2008 | 1241 | SENTENCING MEMORANDUM by USA as to GREGORY BELL (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Leon, Glenn) Modified on 3/21/2008 (mlp) (Entered: 03/20/2008) |
| 03/21/2008 | | Terminate Deadlines and Hearings as to GREGORY BELL:, Set/Reset Deadlines as to GREGORY BELL: Status Report due by 3/26/2008 (tb, ) (Entered: 03/21/2008) |
| 03/21/2008 | 1242 | STATUS REPORT by USA as to GREGORY BELL (Attachments: # 1 Text of Proposed Order)(Leon, Glenn) (Entered: 03/21/2008) |
| 03/24/2008 | 1243 | ORDER granting 1236 Motion to Continue as to JOSEPH JONES (16). Signed by Judge Richard W. Roberts on 3/24/2008. (alr, ) (zmlp, ). (Entered: 03/24/2008) |
| 03/24/2008 | | Reset Hearing as to JOSEPH JONES: Sentencing reset for 5/1/2008 10:00 AM in Courtroom 23A before Judge Richard W. Roberts. (alr, ) (Entered: 03/24/2008) |
| 03/24/2008 | 1244 | ORDER as to GREGORY BELL. Sentencing set for 5/6/2008 at 10:00 a.m. before Judge Richard W. Roberts. Signed by Judge Richard W. Roberts on 3/22/2008. (alr, ) (zmlp, ). (Entered: 03/24/2008) |
| 03/24/2008 | | Reset Hearings as to GREGORY BELL: Sentencing set for 5/6/2008 10:00 AM in Courtroom 9 before Judge Richard W. Roberts. (alr, ) (Entered: 03/24/2008) |
| 03/25/2008 | 1245 | SENTENCING MEMORANDUM by DOMINIC SAMUELS (Balarezo, A.) (Entered: 03/25/2008) |
| 03/26/2008 | 1246 | SENTENCING MEMORANDUM by USA as to JOSEPH JONES (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V)(Leon, Glenn) (Entered: 03/26/2008) |
| 03/28/2008 | 1247 | RESPONSE by USA as to PHILLIP WALLACE re 1205 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 Government's Opposition To Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. Section 3582(c)(2) (Leon, Glenn) (Entered: 03/28/2008) |

| | | |
|---|---|---|
| 03/31/2008 | | NOTICE OF HEARING as to JOSEPH JONES Sentencing reset for 5/1/2008 11:00 AM (Previously set for 10:00)in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/31/2008) |
| 04/15/2008 | | NOTICE OF HEARING as to DOMINIC SAMUELS Sentencing reset for 4/24/2008 03:00 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/15/2008) |
| 04/17/2008 | | DISMISSAL OF COUNTS on Government Motion as to MARY MCCLENDON (15). (tnr, ) (Entered: 04/18/2008) |
| 04/21/2008 | 1248 | ORDER as to GREGORY BELL directing execution of receipt and acknowledgment of presentence investigation report Signed by Judge Richard W. Roberts on 4/18/08. (lin, ) (Entered: 04/21/2008) |
| 04/24/2008 | | Minute Entry for proceedings held before Judge Richard W. Roberts:sentencing held on 4/24/2008 as to DOMINIC SAMUELS (17). Counts 1, 1s, 2, 23rss, 2s, 36, 38rss, 3s-49s, 50rss, 62, 62s, 63, 63s, 74s-81s, 77, 1rss. 2rss: dismissed by the Court. Count 37rss: sentenced to Eighty-Four (84) months incarceration with credit for time served in D.C. Superior Court Case No. 7920-02 from 12/10/02 to 5/14/04. Sixty (60) months supervised release. A $100.00 special assessment is imposed. Bond Status of Defendant: defendant commitment/commitment issued; Court Reporter: Scott Wallace; Defense Attorneys: Eduardo Balarezo and William Purpura; US Attorney: Glenn Leon; Prob Officer: Kelly Kraemer-Soares. (mlp) (Entered: 04/28/2008) |
| 04/24/2008 | 1261 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to DOMINIC SAMUELS (lin, ) (Entered: 05/20/2008) |
| 04/24/2008 | 1262 | Receipt and Acknowledgment of Presentence Investigation Report by DOMINIC SAMUELS. (lin, ) (Entered: 05/20/2008) |
| 04/25/2008 | 1249 | SENTENCING MEMORANDUM by JOSEPH JONES (Attachments: # 1 Exhibit ABA Resolution, # 2 Exhibit Article on Criminal Witnesses, # 3 Exhibit Prison Population Statistics, # 4 Exhibit Prison Drug Offender Population)(Martin, Anthony) (Entered: 04/25/2008) |
| 04/25/2008 | 1250 | SUPPLEMENTAL SENTENCING MEMORANDUM with additional attachments by JOSEPH JONES (Attachments: # 1 Exhibit TrialTx01Mar07, # 2 Exhibit Trial Tx, # 3 Exhibit Trial Tx, # 4 Exhibit Trial Tx, # 5 Exhibit Trial Tx, # 6 Exhibit Trial Tx, # 7 Exhibit Trial Tx, # 8 Exhibit Trial Tx, # 9 Exhibit Trial Tx, # 10 Exhibit Trial Tx, # 11 Exhibit Trial Tx, # 12 Exhibit ABA Proposed Resolution, # 13 Exhibit Criminal Witnesses, # 14 Exhibit Prison Population Statistics, # 15 Exhibit Drug Offender Population Statistics)(Martin, Anthony) Modified on 4/28/2008 (mlp) (Entered: 04/25/2008) |
| 04/29/2008 | 1251 | REPLY by USA as to JOSEPH JONES re 1249 Sentencing Memorandum Government's Reply Memorandum In Aid of Sentencing for Joseph Jones (Leon, Glenn) (Entered: 04/29/2008) |
| 05/01/2008 | 1252 | SENTENCING MEMORANDUM by ANTWUAN BALL (Tabackman, Steven) (Entered: 05/01/2008) |
| 05/01/2008 | 1253 | SENTENCING MEMORANDUM by GREGORY BELL (Beane, James) (Entered: 05/01/2008) |
| 05/01/2008 | | Minute Entry for proceedings held before Judge Richard W. Roberts:Sentencing held on 5/1/2008 as to JOSEPH JONES (16). Count 10rss: Defendant sentenced to One Hundred and Eighty (180) Months Incarceration to run concurrent with Count 14rss followed by Seventy-Two (72) Months of Supervised Release to run concurrent with Count 14rss. Count 14rss: Defendant sentenced to One Hundred and Eighty (180) Months Incarceration to run concurrent with Count 10rss followed by Seventy-Two (72) Months of Supervised Release to run concurrent with Count 10rss. Special Assessment of $100.00 imposed on each count for a total of $200.00. Bond Status of Defendant: Defendant committed; commitment issued. (Court Reporter: Scott Wallace; Defense Attorney: Anthony Martin; US Attorney: Glenn Leon; Prob Officer: Michael Penders) (tnr, ) (Entered: 05/05/2008) |
| 05/01/2008 | 1263 | Receipt and Acknowledgment of Presentence Investigation Report by JOSEPH JONES. (lin, ) (Entered: 05/20/2008) |
| 05/01/2008 | 1264 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to JOSEPH JONES (lin, ) (Entered: 05/20/2008) |
| 05/02/2008 | 1254 | NOTICE OF APPEAL - Final Judgment filed 5/1/08 by JOSEPH JONES Fee Status: No Fee Paid. Parties have been notified. (Martin, Anthony) Modified on 5/5/2008 (mlp) (The final judgment has not be docketed) (Entered: 05/02/2008) |
| 05/05/2008 | | Transmission of Notice of Appeal and Docket Sheet as to JOSEPH JONES to US Court of Appeals re 1254 Notice of Appeal - Final Judgment. (mlp) (Entered: 05/05/2008) |
| 05/05/2008 | 1255 | SUPPLEMENTAL 1253 SENTENCING MEMORANDUM by GREGORY BELL (Beane, James) Modified on 5/6/2008 (mlp) Modified on 5/6/2008 (zmlp) (Entered: 05/05/2008) |
| 05/07/2008 | 1256 | REPLY MEMORANDUM IN AID OF SENTENCING by USA as to GREGORY BELL (Attachments: # 1 |

0159

|  |  |  |
|---|---|---|
| | | Exhibit)(Leon, Glenn) Modified on 5/7/2008 (mlp) (Entered: 05/07/2008) |
| 05/07/2008 | | NOTICE OF HEARING as to GREGORY BELL Sentencing set for 5/8/2008 02:30 PM before Judge Richard W. Roberts. (lin, ) (Entered: 05/07/2008) |
| 05/07/2008 | | USCA Case Number as to JOSEPH JONES: 08-3033, for 1254 Notice of Appeal - Final Judgment filed by JOSEPH JONES. (mlp) (Entered: 05/08/2008) |
| 05/08/2008 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Sentencing held on 5/8/2008 as to GREGORY BELL (3). Sentenced to One Hundred Ninety-Two (192) months incarceration on Counts 5rsss, 9rsss, 12rsss, to run concurrently with each other; followed by Thirty-Six (36) months supervised release on each count, to run concurrently with each other. A $100.00 special assessment is imposed on each count for a total of $300.00. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace; Defense Attorney: James Beane; US Attorneys: Glenn Leon and Ann Petalas; Prob Officer: Michael Penders. (mlp) Modified on 5/12/2008 (mlp) (Entered: 05/12/2008) |
| 05/08/2008 | 1258 | Receipt and Acknowledgment of Presentence Investigation Report by GREGORY BELL. (mlp) (Entered: 05/12/2008) |
| 05/08/2008 | 1259 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to GREGORY BELL. (mlp) (Entered: 05/12/2008) |
| 05/12/2008 | 1257 | NOTICE OF APPEAL from sentence imposed on 5/8/08 and docketed on 5/12/08 by GREGORY BELL. Fee Status: No Fee Paid. Docketing Statement not submitted. Parties have been notified. (Beane, James) Modified on 5/13/2008 (mlp) (Entered: 05/12/2008) |
| 05/12/2008 | 1260 | REPLY in Support by PHILLIP WALLACE, pro se, re 1205 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (mlp) (Entered: 05/15/2008) |
| 05/13/2008 | | Transmission of Notice of Appeal and Docket Sheet as to GREGORY BELL to US Court of Appeals re 1257 Notice of Appeal from sentence imposed on 5/8/08. (mlp) (Entered: 05/13/2008) |
| 05/16/2008 | | Receipt and Acknowledgment by US Court of Appeals as to GREGORY BELL re 1257 Notice of Appeal - Final Judgment. Appeal Case Number: 08-3037. Receipt of documents: 5/16/08. (tnr, ) (Entered: 05/19/2008) |
| 05/20/2008 | 1265 | NOTICE OF ATTORNEY APPEARANCE: Jensen Egerton Barber appearing for NEWETT VINCENT FORD (Barber, Jensen) (Entered: 05/20/2008) |
| 05/22/2008 | 1266 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding held on 5/1/08 as to Joseph Jones. Signed by Judge Richard W. Roberts on 5/22/08. (mlp) (Entered: 05/22/2008) |
| 05/22/2008 | 1267 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding held on 5/8/08 as to Gregory Bell. Signed by Judge Richard W. Roberts on 5/22/08. (mlp) (Entered: 05/22/2008) |
| 05/23/2008 | 1268 | RESPONSE by USA as to ANTWUAN BALL 1252 Memo in Aid of Sentencing (Attachments: # 1 Exhibit)(Leon, Glenn) Modified on 5/27/2008 (mlp) (Entered: 05/23/2008) |
| 05/30/2008 | 1269 | JUDGMENT as to JOSEPH JONES. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 5/23/08. (mlp) (Entered: 06/02/2008) |
| 05/30/2008 | 1270 | STATEMENT OF REASONS as to JOSEPH JONES re 1269 Judgment. Not for public disclosure per Judicial Conference Policy. Signed by Judge Richard W. Roberts on 5/23/08. (mlp) (Entered: 06/02/2008) |
| 05/30/2008 | 1271 | JUDGMENT as to DOMINIC SAMUELS. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 5/29/08. (mlp) (Entered: 06/02/2008) |
| 06/10/2008 | 1272 | JUDGMENT as to GREGORY BELL. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 6/9/08. (tnr, ) (Entered: 06/18/2008) |
| 06/10/2008 | 1273 | STATEMENT OF REASONS as to GREGORY BELL re 1272 Judgment; Not for public disclosure per Judicial Conference Policy signed by Judge Richard W. Roberts on 6/9/08. (tnr, ) (Entered: 06/18/2008) |
| 06/18/2008 | | Transmitted Supplemental Record, copy of 1272 Judgment signed by Judge Richard W. Roberts on 6/9/08, to USCA as to GREGORY BELL re 1257 Notice of Appeal - Final Judgment (USCA # 08-3037). (tnr, ) (Entered: 06/18/2008) |
| 06/23/2008 | | Receipt and Acknowledgment of Supplemental Record, copy of 1272 Judgment signed by Judge Richard W. Roberts on 6/9/08, by USCA as to GREGORY BELL re 1257 Notice of Appeal - Final Judgment. Appeal Case Number: 08-3037. Receipt of documents: 6/19/08. (tnr, ) (Entered: 06/24/2008) |

| 06/23/2008 | 1274 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by MARCUS SMITH, pro se. (mlp) (Entered: 07/10/2008) |
| 06/23/2008 | 1275 | MOTION to Appoint Counsel to assist defendant in connection with his 18:3582 motion by MARCUS SMITH, pro se. (mlp) (Entered: 07/10/2008) |
| 08/01/2008 | 1276 | MOTION to Appoint Counsel by PHILLIP WALLACE, pro se. (mlp) (Entered: 08/05/2008) |
| 08/11/2008 | 1277 | Unopposed MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENTS OPPOSITION TO MOTION FOR NEW TRIAL by DAVID WILSON. (Attachments: # 1 Exhibit Reply, # 2 Text of Proposed Order)(Wicks, Jenifer) (Entered: 08/11/2008) |
| 08/13/2008 | 1279 | ORDER granting 1277 Motion for leave to file reply as to DAVID WILSON (2). Signed by Judge Richard W. Roberts on 8/12/08. (lin, ) (Entered: 08/13/2008) |
| 08/13/2008 | 1280 | REPLY by DAVID WILSON re 1234 Memorandum in Opposition to 1233 Motion for New Trial. (mlp) (Entered: 08/14/2008) |
| 08/29/2008 | 1281 | TRANSCRIPT OF PROCEEDINGS in case as to JOSEPH JONES before Judge James Robertson of proceedings held on 05/01/2008; Page Numbers: 1-58. Date of Issuance:8/29/2208. Court Reporter/Transcriber Scott Wallace, Telephone number 202-354-3196, Court Reporter Email Address : Scottlyn01@aol.com.For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 9/19/2008. Redacted Transcript Deadline set for 9/29/2008. Release of Transcript Restriction set for 11/28/2008.(Wallace, Scott) (Entered: 08/29/2008) |
| 08/29/2008 | 1282 | TRANSCRIPT OF PROCEEDINGS in case as to GREGORY BELL before Judge Richard W. Roberts of proceedings held on 05/08/2008; Page Numbers: 1-72. Date of Issuance:8/29/08. Court Reporter/Transcriber Scott Wallace, Telephone number 202-354-3196, Court Reporter Email Address : Scottlyn01@aol.com.For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 9/19/2008. Redacted Transcript Deadline set for 9/29/2008. Release of Transcript Restriction set for 11/28/2008.(Wallace, Scott) (Entered: 08/29/2008) |
| 09/09/2008 | 1283 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Cathryn Jones for Transcript of proceeding held on 1/11/08. Special authorizations: prosecution and defense opening statement, prosecution and defense argument, prosecution rebuttal, voir dire, jury instructions. "ASCII files in Summation/Amicus format, not RealLegal executable." Signed by Judge Richard W. Roberts on 9/9/08. (mlp) (Entered: 09/23/2008) |
| 09/09/2008 | 1284 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Theresa Sorensen for Transcript of proceeding held on 1/16/07. Special authorizations: prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal, voir dire, jury instructions. "ASCII files in Summation/Amicus format, not RealLegal executable." Signed by Judge Richard W. Roberts on 9/9/08. (mlp) (Entered: 09/23/2008) |
| 09/09/2008 | 1285 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of proceedings held; four and one half pages of paper listing dates of proceedings. Special authorizations: prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal, voir dire, jury instructions. "ASCII files in Summation/Amicus format, not RealLegal executable." Signed by Judge Richard W. Roberts on 9/9/08. (mlp) (Entered: 09/23/2008) |
| 09/09/2008 | 1286 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter William McAllister for transcript of proceeding held on 6/10/05. Special authorizations: prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal, voir dire, jury instructions. "ASCII files in Summation/Amicus format, not RealLegal executable." Signed by Judge Richard W. Roberts on 9/9/08. (mlp) Modified on 9/23/2008 (mlp) (Entered: 09/23/2008) |

0161

| 09/09/2008 | 1287 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for transcripts of proceedings,on one page of paper listing dates of proceedings. Special authorizations: prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal, voir dire, jury instructions. "ASCII files in Summation/Amicus format, not RealLegal executable" Signed by Judge Richard W. Roberts on 9/9/08. (mlp) Modified on 9/23/2008 (mlp) (Entered: 09/23/2008) |
| --- | --- | --- |
| 09/09/2008 | 1288 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Edward Hawkins for transcripts of proceedings held on 11/6/06 and 1/3/07. Special authorizations: prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal, voir dire, jury instructions. "ASCII files in Summation/Amicus format, not RealLegal executable." Signed by Judge Richard W. Roberts on 9/9/08. (mlp) (Entered: 09/23/2008) |
| 09/09/2008 | 1289 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of proceedings; two and one half pages of paper listing dates of proceedings. Special authorizations: prosecution and defense opening statements, prosecution and defense arguments, prosecution rebuttal, voir dire, jury instructions. "ASCII files in Summation/Amicus format, not RealLegal executable." Signed by Judge Richard W. Roberts on 9/9/08. (mlp) (Entered: 09/23/2008) |
| 09/23/2008 | | Transmitted Supplemental Record on Appeal, consisting of copies of seven CJA 24 vouchers ordering transcripts on appeal, to USCA as to GREGORY BELL re 1257 Notice of Appeal - Final Judgment. (USCA No. 08-3037) (mlp) (Entered: 09/23/2008) |
| 09/24/2008 | 1290 | Unopposed MOTION for Hearing for Sentencing by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Tabackman, Steven) (Entered: 09/24/2008) |
| 09/24/2008 | 1291 | ORDER denying 1276 Motion to Appoint Counsel as to PHILLIP WALLACE (14). Signed by Judge Richard W. Roberts on 9/23/08. (lin, ) (Entered: 09/24/2008) |
| 09/25/2008 | 1292 | ORDER denying the 1275 motion for appointment of counsel as to defendant MARCUS SMITH. (12)(Signed by Judge Richard W. Roberts on 9/24/08). (tj ) (Entered: 09/25/2008) |
| 09/25/2008 | | Receipt and Acknowledgment of Supplemental Record on Appeal as to GREGORY BELL re 1257 Notice of Appeal. Appeal Case Number: 08-3037. Receipt of documents: copies of seven CJA 24 vouchers ordering transcripts on appeal. (mlp) (Entered: 10/01/2008) |
| 09/29/2008 | 1293 | TRANSCRIPT OF PROCEEDINGS in case as to ANTWUAN BALL before Judge Richard W. Roberts of proceedings held on January 11, 2008; Page Numbers: 1- 6. Court Reporter Email Address : cjjones10@verizon.net.For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.(Jones, Cathryn) (Entered: 09/29/2008) |
| 10/16/2008 | 1294 | TRANSCRIPT OF Emergency Hearing on Magistrate Judge's Ruling PROCEEDINGS in case as to DAVID WILSON before Judge Richard W. Roberts held on 6/10/05; Page Numbers: 1-42. Date of Issuance:10/16/08. Court Reporter/Transcriber John Hundley, Miller Reporting Company. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 11/6/2008. Redacted Transcript Deadline set for 11/17/2008. Release of Transcript Restriction set for 1/14/2009. (mlp) (Entered: 10/20/2008) |
| 12/30/2008 | 1297 | Second MOTION to Modify 1213 Pretrial Order Holding Defendant Without Bond or Alternatively for Speedy Stentencing by DESMOND THURSTON. (Attachments: # 1 Text of Proposed Order) (Zucker, Jonathan) Modified on 12/31/2008 (mlp) (Entered: 12/30/2008) |
| 01/08/2009 | 1298 | RESPONSE by USA as to DESMOND THURSTON re 1297 Second MOTION to Modify Pretrial Order Holding Defendant Without Bond or Alternatively for Speedy Sentencing. (Leon, Glenn) Modified on 1/9/2009 (mlp) (Entered: 01/08/2009) |
| 01/23/2009 | 1299 | TRANSCRIPT OF PROCEEDINGS in case as to DOMINIC SAMUELS before Judge Richard W. Roberts of proceedings held on 4-24-08; Page Numbers: 1-11. Date of Issuance:1-16-09. Court |

0162

Reporter/Transcriber Scott Wallace, Telephone number 202-354-3196, Court Reporter Email Address : swallace.reporter@gmail.com.For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 2/13/2009. Redacted Transcript Deadline set for 2/23/2009. Release of Transcript Restriction set for 4/23/2009.(Wallace, Scott) Modified on 1/26/2009 (mlp) Modified on 7/13/2009 to reflect that the transcript refers to defendant Samuels(jeb, ). (Entered: 01/23/2009)

| 01/23/2009 | 1300 | TRANSCRIPT OF PROCEEDINGS in case as to DOMINIC SAMUELS before Judge Richard W. Roberts of proceedings held on 01-24-08; Page Numbers: 1-30. Date of Issuance:1-16-09. Court Reporter/Transcriber Scott Wallace, Telephone number 202-354-3196, Court Reporter Email Address : swallace.reporter@gmail.com.For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 2/13/2009. Redacted Transcript Deadline set for 2/23/2009. Release of Transcript Restriction set for 4/23/2009.(Wallace, Scott) Modified on 1/26/2009 (mlp) Modified on 7/13/2009 to reflect that the transcript refers to defendant Samuels only(jeb, ). (Entered: 01/23/2009) |

| 01/23/2009 | 1301 | TRANSCRIPT OF PROCEEDINGS in case as to DOMINIC SAMUELS before Judge Richard W. Roberts of proceedings held on 12-13-07; Page Numbers: 1-20. Date of Issuance:1-16-09. Court Reporter/Transcriber Scott Wallace, Telephone number 202-354-3196, Court Reporter Email Address : swallace.reporter@gmail.com.For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 2/13/2009. Redacted Transcript Deadline set for 2/23/2009. Release of Transcript Restriction set for 4/23/2009.(Wallace, Scott) Modified on 1/26/2009 (mlp) Modified on 7/13/2009 to reflect that the transcript refers to defendant Samuels only(jeb) (Entered: 01/23/2009) |

| 01/23/2009 | 1302 | TRANSCRIPT OF PROCEEDINGS in case as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, and DOMINIC SAMUELS before Judge Richard W. Roberts of proceedings held on 02-15-07; Page Numbers: 1-309. Date of Issuance:1-16-09. Court Reporter/Transcriber Scott Wallace, Telephone number 202-354-3196, Court Reporter Email Address : swallace.reporter@gmail.com.For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 2/13/2009. Redacted Transcript Deadline set for 2/23/2009. Release of Transcript Restriction set for 4/23/2009.(Wallace, Scott) Modified on 1/26/2009 (mlp) Modified on 7/13/2009 to reflect that the transcript refers only to defendants ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, and DOMINIC SAMUELS (jeb, ). (Entered: 01/23/2009) |

| 01/23/2009 | 1303 | TRANSCRIPT OF PROCEEDINGS in case as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, and DOMINIC SAMUELS before Judge Richard W. Roberts of proceedings held on 02-14-07; Page Numbers: 1-260. Date of Issuance:1-16-09. Court Reporter/Transcriber Scott Wallace, Telephone number 202-364-3196, Court Reporter Email Address : swallace.reporter@gmail.com.For the first 90 days after this filing date, the |

0163

transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 2/13/2009. Redacted Transcript Deadline set for 2/23/2009. Release of Transcript Restriction set for 4/23/2009.(Wallace, Scott) Modified on 1/26/2009 (mlp) Modified on 7/13/2009 to reflect that the transcript to the proper defendants as ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, and DOMINIC SAMUELS(jeb, ). (Entered: 01/23/2009)

| | | |
|---|---|---|
| 01/23/2009 | 1304 | TRANSCRIPT OF PROCEEDINGS in case as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, and DOMINIC SAMUELS, before Judge Richard W. Roberts of proceedings held on 02-13-08; Page Numbers: 1-198. Date of Issuance:1-16-09. Court Reporter/Transcriber Scott Wallace, Telephone number 202-354-3196, Court Reporter Email Address : swallace.reporter@gmail.com.For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 2/13/2009. Redacted Transcript Deadline set for 2/23/2009. Release of Transcript Restriction set for 4/23/2009.(Wallace, Scott) Modified on 1/26/2009 (mlp) Modified on 7/13/2009 to reflect that the transcript applies to the following defendants, ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, and DOMINIC SAMUELS (jeb, ). (Entered: 01/23/2009) |
| 01/26/2009 | | NOTICE OF ERROR re 1299 Transcript; emailed to swallace.reporter@gmail.com, cc'd 15 associated attorneys -- The PDF file you docketed contained errors: 1. Please refile document, 2. Entries 1299 through 1304 should be linked only to defendants to whom proceedings apply. (mlp, ) (Entered: 01/26/2009) |
| 02/12/2009 | 1306 | ORDER as to DAVID WILSON, ( supplemental memorandum due by 3/30/2009.). Signed by Judge Richard W. Roberts on 2/11/09. (zlin, ) (Entered: 02/12/2009) |
| 02/13/2009 | 1307 | MOTION for Extension of Time re transcript 1303 , 1302 , 1301 , 1304 , 1299 , 1300 Within Which to File Its Transcript Redactions by USA as to ANTWUAN BALL, DAVID WILSON, GREGORY BELL, BURKE JOHNSON, JOE LANGLEY, GERALD BAILEY, JASMINE BELL, RAYMOND BELL, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH, DESMOND THURSTON, PHILLIP WALLACE, MARY MCCLENDON, JOSEPH JONES, DOMINIC SAMUELS, DANIEL COLLINS. (Attachments: # 1 Text of Proposed Order)(Leon, Glenn) (Entered: 02/13/2009) |
| 03/02/2009 | 1308 | TRANSCRIPT OF PROCEEDINGS in case as to DAVID WILSON before Magistrate Judge Deborah A. Robinson of proceedings held on 4/12/05; Page Numbers: 1-12. Date of Issuance:1/20/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009) |
| 03/02/2009 | 1309 | TRANSCRIPT OF PROCEEDINGS in case as to ANTWUAN BALL before Magistrate Judge Deborah A. Robinson of proceedings held on 4/6/05; Page Numbers: 1-17. Date of Issuance:1/20/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The |

0164

parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1310    TRANSCRIPT OF PROCEEDINGS in case as to DANIEL COLLINS before Magistrate Judge John M. Facciola of proceedings held on 12/1/05; Page Numbers: 1-9. Date of Issuance:2/27/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1311    TRANSCRIPT OF PROCEEDINGS in case as to JOSEPH JONES before Magistrate Judge John M. Facciola of proceedings held on 12/5/05; Page Numbers: 1-24. Date of Issuance:2/28/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1312    TRANSCRIPT OF PROCEEDINGS in case as to DANIEL COLLINS before Magistrate Judge John M. Facciola of proceedings held on 12/12/05; Page Numbers: 1-15. Date of Issuance:2/27/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1313    TRANSCRIPT OF PROCEEDINGS in case as to DOMINIC SAMUELS before Magistrate Judge John M. Facciola of proceedings held on 12/13/05; Page Numbers: 1-9. Date of Issuance:2/28/09. Court Reporter/Transcriber Bowles Reporting Company, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1314    TRANSCRIPT OF PROCEEDINGS in case as to DOMINIC SAMUELS before Magistrate Judge John M. Facciola of proceedings held on 12/14/05; Page Numbers: 1-4. Date of Issuance:2/28/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The

0165

parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009      1315      TRANSCRIPT OF PROCEEDINGS in case as to JOE LANGLEY before Magistrate Judge Alan Kay of proceedings held on 5/26/05; Page Numbers: 1-6. Date of Issuance:1/19/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009      1316      TRANSCRIPT OF PROCEEDINGS in case as to DAVID WILSON before Magistrate Judge Deborah A. Robinson of proceedings held on 5/27/05; Page Numbers: 1-26. Date of Issuance:1/29/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009      1317      TRANSCRIPT OF PROCEEDINGS in case as to DAVID WILSON before Magistrate Judge Deborah A. Robinson of proceedings held on 6/10/05; Page Numbers: 1-33. Date of Issuance:1/20/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009      1318      TRANSCRIPT OF PROCEEDINGS in case as to ANTWUAN BALL before Magistrate Judge John M. Facciola of proceedings held on 6/24/05; Page Numbers: 1-6. Date of Issuance:2/27/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009      1319      TRANSCRIPT OF PROCEEDINGS in case as to JOSEPH JONES before Magistrate Judge Alan Kay of proceedings held on 11/30/05; Page Numbers: 1-10. Date of Issuance:2/27/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The

parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1320    TRANSCRIPT OF PROCEEDINGS in case as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson of proceedings held on 4/11/05; Page Numbers: 1-15. Date of Issuance:1/20/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1321    TRANSCRIPT OF PROCEEDINGS in case as to DAVID WILSON before Magistrate Judge Deborah A. Robinson of proceedings held on 4/14/05; Page Numbers: 1-45. Date of Issuance: 1/21/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1322    TRANSCRIPT OF PROCEEDINGS in case as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson of proceedings held on 4/25/05; Page Numbers: 1-10. Date of Issuance:1/20/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1323    TRANSCRIPT OF PROCEEDINGS in case as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson of proceedings held on 4/27/05; Page Numbers: 1-8. Date of Issuance:1/20/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

03/02/2009    1324    TRANSCRIPT OF PROCEEDINGS in case as to RAYMOND BELL before Magistrate Judge John M. Facciola of proceedings held on 3/31/05; Page Numbers: 1-18. Date of Issuance: 1/20/09. Court Reporter/Transcriber Bowles Reporting Company, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The

|  |  | parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj) (Entered: 03/02/2009) |
| 03/02/2009 | 1325 | TRANSCRIPT OF PROCEEDINGS in case as to JOE LANGLEY before Magistrate Judge Alan Kay of proceedings held on 5/24/05; Page Numbers: 1-7. Date of Issuance:1/19/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj) (Entered: 03/02/2009) |
| 03/02/2009 | 1326 | TRANSCRIPT OF PROCEEDINGS in case as to BURKE JOHNSON, LUCIOUS FOWLER, ARTHUR HANDON, MARCUS SMITH before Magistrate Judge John M. Facciola of proceedings held on 3/23/05; Page Numbers: 1-15. Date of Issuance:1/18/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009) |
| 03/02/2009 | 1327 | TRANSCRIPT OF PROCEEDINGS in case as to GREGORY BELL, GERALD BAILEY, DESMOND THURSTON, MARY MCCLENDON before Magistrate Judge John M. Facciola of proceedings held on 3/23/05; Page Numbers: 1-15. Date of Issuance:1/18/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009) |
| 03/02/2009 | 1328 | TRANSCRIPT OF PROCEEDINGS in case as to MARCUS SMITH before Magistrate Judge John M. Facciola of proceedings held on 3/23/05; Page Numbers: 1-15. Date of Issuance:1/18/09. Court Reporter/Transcriber Bowles Reporting Company, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009) |
| 03/02/2009 | 1329 | TRANSCRIPT OF PROCEEDINGS in case as to ANTWUAN BALL, DAVID WILSON, PHILLIP WALLACE before Magistrate Judge John M. Facciola of proceedings held on 3/24/05; Page Numbers: 1-14. Date of Issuance:1/18/09. Court Reporter/Transcriber Bowles Reporting Services, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court |

0168

reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009)

| | | |
|---|---|---|
| 03/02/2009 | 1330 | TRANSCRIPT OF PROCEEDINGS in case as to RAYMOND BELL before Magistrate Judge Alan Kay of proceedings held on 3/28/05; Page Numbers: 1-8. Date of Issuance:1/18/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009) |
| 03/02/2009 | 1331 | TRANSCRIPT OF PROCEEDINGS in case as to GREGORY BELL, GERALD BAILEY, LUCIOUS FOWLER, ARTHUR HANDON, DESMOND THURSTON, MARY MCCLENDON before Magistrate Judge John M. Facciola of proceedings held on 3/29/05; Page Numbers: 1-75. Date of Issuance:1/19/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/02/2009) |
| 03/02/2009 | 1332 | TRANSCRIPT OF PROCEEDINGS in case as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson of proceedings held on 4/1/05; Page Numbers: 1-8. Date of Issuance:1/19/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/03/2009) |
| 03/02/2009 | 1333 | TRANSCRIPT OF PROCEEDINGS in case as to ANTWUAN BALL before Magistrate Judge Deborah A. Robinson of proceedings held on 4/4/05; Page Numbers: 1-55. Date of Issuance:1/21/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/03/2009) |
| 03/02/2009 | 1334 | TRANSCRIPT OF PROCEEDINGS in case as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson of proceedings held on 4/7/05; Page Numbers: 1-29. Date of Issuance:1/20/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number |

(860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/03/2009)

| 03/02/2009 | 1335 | TRANSCRIPT OF PROCEEDINGS in case as to NEWETT VINCENT FORD before Magistrate Judge Deborah A. Robinson of proceedings held on 4/8/05; Page Numbers: 1-10. Date of Issuance:1/20/09. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464-1083, For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. Redaction Request due 3/23/2009. Redacted Transcript Deadline set for 4/2/2009. Release of Transcript Restriction set for 6/1/2009. (hsj, ) (Entered: 03/03/2009) |
| 03/04/2009 | 1336 | ORDER granting 1307 Motion for Extension of Time re Transcript 1304 , 1300 , 1301 , 1302 , 1299 , 1303 as to ANTWUAN BALL (1), DAVID WILSON (2), GREGORY BELL (3), BURKE JOHNSON (4), JOE LANGLEY (5), GERALD BAILEY (6), JASMINE BELL (7), RAYMOND BELL (8), NEWETT VINCENT FORD (9), ARTHUR HANDON (11), MARCUS SMITH (12), DESMOND THURSTON (13), PHILLIP WALLACE (14), MARY MCCLENDON (15), JOSEPH JONES (16), DOMINIC SAMUELS (17), DANIEL COLLINS (18)( Redaction Request due 3/13/2009. Signed by Judge Richard W. Roberts on 3/3/09. (mlp) (Entered: 03/04/2009) |
| 03/13/2009 | 1337 | MOTION to Redact re: Transcript 1335 by USA as to NEWETT VINCENT FORD. (Leon, Glenn) (Entered: 03/13/2009) |
| 03/16/2009 | | NOTICE OF ERROR re 1337 Motion to Redact Transcript; emailed to glenn.s.leon@usdoj.gov, cc'd 12 associated attorneys -- The PDF file you docketed contained errors: 1. Proposed Order is to be submitted by counsel. (mlp, ) (Entered: 03/16/2009) |
| 03/30/2009 | 1338 | SUPPLEMENT by USA as to DAVID WILSON re 1234 Memorandum in Opposition Government's Supplemental Memorandum Supporting Its Opposition To Defendant David Wilson's Motion For Judgment Of Acquittal (Leon, Glenn) (Entered: 03/30/2009) |
| 06/10/2009 | 1339 | ENTERED IN ERROR.....REPLY TO OPPOSITION to Motion by PHILLIP WALLACE re 1205 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Heslep, Thomas) Modified on 6/11/2009 (ad, ). (Entered: 06/10/2009) |
| 10/13/2009 | 1341 | CJA 24 as to JOSEPH JONES: Order Authorizing Payment to Court Reporter Scott Wallace for transcript of sentencing proceeding held on 05/01/08. Signed by Judge Richard W. Roberts on 10/13/09. (mlp) (Entered: 10/15/2009) |
| 10/14/2009 | 1340 | MOTION for Hearing Regarding Speedy Sentencing by DESMOND THURSTON. (Zucker, Jonathan) (Entered: 10/14/2009) |
| 10/15/2009 | | Transmitted Supplemental Record on Appeal and Docket Sheet to USCA; Copy of CJA 24 voucher ordering a transcript on appeal attached; as to JOSEPH JONES re 1254 Notice of Appeal. USCA Case Number 08-3033. (mlp) (Entered: 10/15/2009) |
| 10/26/2009 | 1342 | SUPPLEMENT by ANTWUAN BALL re 1290 Unopposed MOTION for Hearing for Sentencing (Tabackman, Steven) (Entered: 10/26/2009) |
| 10/27/2009 | 1343 | MOTION FOR LEAVE TO FILE SUPPLEMENT TO MOTION FOR NEW TRIAL re 1233 MOTION FOR CONSIDERATION OF STILL PENDING MOTIONS, FOR A NEW TRIAL AND FOR A JUDGMENT OF ACQUITTAL by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) (Entered: 10/27/2009) |
| 10/27/2009 | 1344 | RESPONSE by USA as to DESMOND THURSTON re 1340 MOTION for Hearing Regarding Speedy Sentencing (Petalas, Ann) (Entered: 10/27/2009) |
| 10/28/2009 | 1345 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by NEWETT VINCENT FORD. (mlp) (Entered: 10/30/2009) |
| 11/05/2009 | 1346 | MOTION to Modify orders sealing transcripts of ex parte proceedings by GREGORY BELL. |

0170

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order To unseal transcripts)(Becker, Robert) (Entered: 11/05/2009) |
| 11/05/2009 | 1347 | NOTICE OF ATTORNEY APPEARANCE: Robert Saul Becker appearing for GREGORY BELL. (tnr, ) (Entered: 11/05/2009) |
| 11/05/2009 | | MINUTE ORDER: It is hereby ORDERED that the government file a response to defendant's motion 1346 to unseal transcripts by November 27, 2009. Signed by Judge Richard W. Roberts on 11/5/09. (lcrwr1) (Entered: 11/05/2009) |
| 11/06/2009 | | Set/Reset Deadlines as to GREGORY BELL: Government's Response due by 11/27/2009. (hs) (Entered: 11/06/2009) |
| 11/24/2009 | 1349 | RESPONSE by USA as to GREGORY BELL re 1346 MOTION to Modify orders sealing transcripts of ex parte proceedings (Leon, Glenn) (Entered: 11/24/2009) |
| 12/04/2009 | 1350 | ORDER as to defendant Bell's motion to unseal transcripts. Government's supplemental memorandum due by January 19, 2010. Defendant's response due by January 29, 2010. Signed by Judge Richard W. Roberts on 12/4/09. (lcrwr1) (Entered: 12/04/2009) |
| 12/07/2009 | | Entered in Error..... Set/Reset Deadlines as to , Jasmine Bell, Raymond Bell: Government's Supplemental Memorandum due by 1/19/2010. Defendant's Response due by 1/29/2010. (hs) Modified on 12/7/2009 (hs). Modified on 12/8/2010 (ad, ). (Entered: 12/07/2009) |
| 12/07/2009 | | Set/Reset Deadlines as to GREGORY BELL: Government's Supplemental Memorandum due by 1/19/2010, Defendant's Reply due by 1/29/2010 as to Gregory Bell only. (hs) (Entered: 12/07/2009) |
| 12/09/2009 | 1351 | ORDER; granting 1343 Defendant's Motion For Leave to File Supplement to Motion for New Trial as to DAVID WILSON. Set Deadlines as to DAVID WILSON: Any Supplements due by 1/1/2010, Signed by Judge Richard W. Roberts on 12/9/09. (hs) (zhs, ). (Entered: 12/09/2009) |
| 12/30/2009 | 1352 | SUPPLEMENT by DAVID WILSON re 947 MOTION for Declaration of Mistrial on the basis of repeated and profound Brady violations, 1233 MOTION FOR CONSIDERATION OF STILL PENDING MOTIONS, FOR A NEW TRIAL AND FOR A JUDGMENT OF ACQUITTAL, 986 MOTION for a Mistrial (Attachments: # 1 Exhibit 4 - WACIIS Report, # 2 Exhibit 5 - May 13, 1999 Interview of Bobby Capies, # 3 Exhibit 6 - Notes, # 4 Exhibit 7 - Running Resume, # 5 Exhibit 8 - Statement of James Craig, # 6 Exhibit 9 - Statement of L. West, # 7 Exhibit 10 - Maurice Doleman Case Summary)(Wicks, Jenifer) (Entered: 12/30/2009) |
| 01/08/2010 | 1355 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott L. Wallace for Transcript of proceeding held (See Attached Order). Signed by Judge Richard W. Roberts on 1/8/2010. (hsj, ) (Entered: 01/13/2010) |
| 01/08/2010 | 1356 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of proceeding held, See Attached Order. Signed by Judge Richard W. Roberts on 1/8/2010. (hsj, ) (Entered: 01/13/2010) |
| 01/13/2010 | | Transmitted Supplemental Record on Appeal and Docket Sheet to USCA, CJA 24 Voucher Ordering Transcript on Appeal as to GREGORY BELL re 1257 Notice of Appeal - Final Judgment. (hsj, ) (Entered: 01/13/2010) |
| 01/13/2010 | | Transmitted Supplemental Record on Appeal and Docket Sheet to USCA, CJA 24 Voucher Ordering Transcript on Appeal as to GREGORY BELL re 1257 Notice of Appeal - Final Judgment. (hsj, ) (Entered: 01/13/2010) |
| 01/15/2010 | 1357 | MOTION to Dismiss Case by DESMOND THURSTON. (Zucker, Jonathan) (Entered: 01/15/2010) |
| 01/15/2010 | | Receipt and Acknowledgment of Supplemental Record on Appeal as to GREGORY BELL re 1257 Notice of Appeal - Final Judgment. Copy of CJA 24 Voucher Ordering Transcript on Appeal. Appeal Case Number: 08-3037. (hsj, ) (Entered: 01/20/2010) |
| 01/15/2010 | | Receipt and Acknowledgment of Supplemental Record on Appeal as to GREGORY BELL re 1257 Notice of Appeal - Final Judgment. Copy of CJA 24 Voucher Ordering Transcript on Appeal. Appeal Case Number: 08cr3037. (hsj, ) (Entered: 01/20/2010) |
| 01/21/2010 | 1358 | RESPONSE by USA as to DAVID WILSON re 1352 Supplement to any document,, (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Leon, Glenn) (Entered: 01/21/2010) |
| 01/24/2010 | 1359 | MOTION for Joinder by ANTWUAN BALL. (Attachments: # 1 Text of Proposed Order)(Carney, John) (Entered: 01/24/2010) |
| 01/29/2010 | 1360 | Consent MOTION for Extension of Time to File Response/Reply to government's supplemental memorandum by GREGORY BELL. (Attachments: # 1 Text of Proposed Order)(Becker, Robert) (Entered: 01/29/2010) |
| 02/02/2010 | 1361 | Memorandum in Opposition by USA as to ANTWUAN BALL, DESMOND THURSTON re 1357 |

| | | |
|---|---|---|
| | | MOTION to Dismiss Case, 1359 MOTION for Joinder (Leon, Glenn) (Entered: 02/02/2010) |
| 02/09/2010 | | MINUTE ORDER: It is hereby ORDERED that defendant Gregory N. Bell's consent motion 1360 to enlarge time to file supplemental pleadings regarding sealed transcripts be, and hereby is, GRANTED. Defendant shall file his response to the government's memorandum by March 5, 2010. Signed by Judge Richard W. Roberts on 2/9/10. (lcrwr1) (Entered: 02/09/2010) |
| 02/12/2010 | | Set/Reset Deadlines as to GREGORY BELL: Defendant's Response due by 3/5/2010. (hs) (Entered: 02/12/2010) |
| 02/17/2010 | 1362 | REPLY TO OPPOSITION to Motion by DESMOND THURSTON re 1357 MOTION to Dismiss Case (Zucker, Jonathan) (Entered: 02/17/2010) |
| 02/26/2010 | 1363 | ORDER ;granting 1346 Motion to Modify as to GREGORY BELL (3), Signed by Judge Richard W. Roberts on 2/24/10. (hs) (Entered: 02/26/2010) |
| 03/08/2010 | 1364 | ORDER; as to NEWETT VINCENT FORD, Government's Response due by 4/5/2010, Signed by Judge Richard W. Roberts on 3/5/10. (hs) (Entered: 03/08/2010) |
| 03/17/2010 | | Receipt and Acknowledgment of Supplemental Record on Appeal as to JOSEPH JONES re 1254 Notice of Appeal. Appeal Case Number: 08-3033. Receipt of document: a copy of a CJA 24 voucher ordering a transcript on appeal.(mlp) (Entered: 03/18/2010) |
| 04/02/2010 | 1365 | NOTICE OF ATTORNEY APPEARANCE Thomas Anthony Quinn appearing for USA. (Quinn, Thomas) (Entered: 04/02/2010) |
| 04/02/2010 | 1366 | MOTION for Extension of Time to File Response/Reply as to 1345 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by USA as to NEWETT VINCENT FORD. (Attachments: # 1 Text of Proposed Order)(Quinn, Thomas) (Entered: 04/02/2010) |
| 04/12/2010 | 1367 | ORDER; granting 1366 Motion for Extension of Time to File Response/Reply as to NEWETT VINCENT FORD. Government's Response due by 4/30/2010, Signed by Judge Richard W. Roberts on 4/9/10. (hs) (Entered: 04/12/2010) |
| 04/15/2010 | 1368 | NOTICE OF ATTORNEY APPEARANCE: H. Heather Shaner appearing for NEWETT VINCENT FORD (Shaner, H.) (Entered: 04/15/2010) |
| 04/29/2010 | 1369 | CJA 24 as to NEWETT VINCENT FORD: Order Authorizing Payment to Court Reporter Scott Wallace for Transcripts of proceedings held on 9/1/06, 9/9/06, 9/20/06. Signed by Judge Richard W. Roberts on 4/23/10. (mlp) (Entered: 04/29/2010) |
| 04/30/2010 | 1370 | Memorandum in Opposition by USA as to NEWETT VINCENT FORD re 1345 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Quinn, Thomas) (Entered: 04/30/2010) |
| 05/27/2010 | 1372 | ENTERED IN ERROR.....Supplemental MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by NEWETT VINCENT FORD. (Shaner, H.) Modified on 5/28/2010 (znmw, ). (Entered: 05/27/2010) |
| 05/27/2010 | 1373 | REPLY TO OPPOSITION to Motion by NEWETT VINCENT FORD re 1345 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (znmw, ) (Entered: 05/28/2010) |
| 05/28/2010 | | NOTICE OF CORRECTED DOCKET ENTRY: as to NEWETT VINCENT FORD Docket Entry 1372 Supplemental MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 was entered in error as a motion and has been refiled as Docket Entry 1373 Reply to Opposition. (znmw, ) (Entered: 05/28/2010) |
| 07/02/2010 | 1374 | MANDATE of USCA (certified copy) as to NEWETT VINCENT FORD re 459 Notice of Appeal - Final Judgment, affirming the judgment of the District Court. (ad) (Entered: 07/02/2010) |
| 07/02/2010 | 1375 | ORDER ;denying 1357 Motion to Dismiss Case as to DESMOND THURSTON (13) Sentencing set for 8/4/2010 at 10:30 AM in Courtroom 9 before Judge Richard W. Roberts on 7/1/10. (hs) (zhs, ). (Entered: 07/02/2010) |
| 07/02/2010 | 1376 | ORDER; as to GREGORY BELL, Supplemental Memorandums due by 7/16/2010., Signed by Judge Richard W. Roberts on 7/1/10. (hs) (Entered: 07/02/2010) |
| 07/02/2010 | 1379 | ORDER granting 1359 Motion for Joinder as to ANTWUAN BALL (1) signed by Judge Richard W. Roberts on 7/01/10. (ad) (Main Document 1379 replaced on 7/6/2010) (zad, ). (Entered: 07/06/2010) |
| 07/03/2010 | 1377 | MEMORANDUM OPINION AND ORDER granting in part and denying in part the defendant's motion 1233 for consideration of still pending motions, for a new trial, and for a judgment of acquittal. Signed by Judge Richard W. Roberts on 7/3/10. (lcrwr1) (Entered: 07/03/2010) |

0172

| 07/03/2010 | 1378 | ORDER referring matter for completion of a presentence investigation and setting sentencing for October 29, 2010 at 10:30 a.m. Signed by Judge Richard W. Roberts on 7/3/10. (lcrwr1) (Entered: 07/03/2010) |
| 07/06/2010 | | Set Deadlines/Hearings as to DAVID WILSON: Sentencing Memorandum due by 10/8/2010. Sentencing set for 10/29/2010 at 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. (hs) (Entered: 07/06/2010) |
| 07/12/2010 | 1380 | ORDER; denying 1205 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to PHILLIP WALLACE (14), Signed by Judge Richard W. Roberts on 7/9/10. (hs) (Entered: 07/12/2010) |
| 07/21/2010 | 1381 | Consent MOTION for Leave to File Motion To Enlarge Time by GREGORY BELL. (Attachments: # 1 Exhibit Consent Motion To Enlarge Time, # 2 Text of Proposed Order Order Granting Motion To Enlarge Time)(Becker, Robert) (Entered: 07/21/2010) |
| 07/22/2010 | 1384 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for Transcript of proceeding held on 4/22/07; 6/14/07 and 7/11/07. Signed by Judge Richard W. Roberts on 7/22/10. (ad) (Entered: 07/23/2010) |
| 07/22/2010 | 1385 | CJA 24 as to GREGORY BELL: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding held on 4/30/07; 5/31/07; 6/11/07; 6/13/07; 7/11/07; 9/11/07 and 11/27/07 signed by Judge Richard W. Roberts on 7/22/10. (ad) (Entered: 07/23/2010) |
| 07/23/2010 | 1382 | ORDER; granting 1381 Motion for Leave to File as to GREGORY BELL; Supplemental Memorandum due by 8/30/2010, Signed by Judge Richard W. Roberts on 7/22/10. (hs) (zhs, ). (Entered: 07/23/2010) |
| 07/23/2010 | 1383 | MOTION to Enlarge Time to File Supplemental Response to Order Unsealing Transcripts by GREGORY BELL. (Attachment: # 1 Text of Proposed Order)(tnr, ) (Entered: 07/23/2010) |
| 07/26/2010 | 1386 | Mail Returned; as undeliverable as to PHILLIP WALLACE. Type of Document Returned: Order; denying Defendant's Motion to Reduce Sentence; Resent at new address: FCI Cumberland, P.O.Box 1000, Cumberland, Md. 21501. (hs) (Entered: 07/26/2010) |
| 07/27/2010 | 1387 | Order; to Unseal Documents as to GREGORY BELL.,Signed by Judge Richard W. Roberts on 7/27/10. (hs) (Entered: 07/27/2010) |
| 08/02/2010 | | MINUTE ORDER: In light of defense counsel's representation that he is scheduled to be in trial on August 4, 2010, it is hereby ORDERED that defendant Desmond Thurston's sentencing be, and hereby is, CONTINUED sine die. Signed by Judge Richard W. Roberts on 8/2/10. (lcrwr1) (Entered: 08/02/2010) |
| 08/03/2010 | | MINUTE ORDER: It is hereby ORDERED that this matter be, and hereby is, REFERRED for an updated presentence investigation as to DESMOND THURSTON. Signed by Judge Richard W. Roberts on 8/3/10. (lcrwr1) (Entered: 08/03/2010) |
| 09/12/2010 | 1388 | SENTENCING MEMORANDUM by ANTWUAN BALL (Carney, John) (Entered: 09/12/2010) |
| 09/12/2010 | 1389 | Pursuant to Minute Order dated 10/7/10.....Supplement to Sentencing Memorandum to Raise Applicability of Fair Sentencing Act by ANTWUAN BALL (See docket entry 1388 to view document. Counsel is reminded to docket all parts of the filing in the future.) (tnr, ) Modified on 10/8/2010 (mlp) (Entered: 09/13/2010) |
| 09/28/2010 | 1390 | MOTION to Withdraw as Attorney by Matthew F. Davies. by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Davies, Matthew) (Entered: 09/28/2010) |
| 10/06/2010 | 1392 | ORDER ;granting 1390 Motion to Withdraw as Attorney; Matthew F. Davies withdrawn from case as to DAVID WILSON, Signed by Judge Richard W. Roberts on 9/28/10. (hs) (Entered: 10/06/2010) |
| 10/07/2010 | 1393 | Joint MOTION FOR ENLARGEMENT OF TIME TO FILE SENTENCING MEMORANDA AND TO CONVERT SENTENCING HEARING TO STATUS HEARING re 1378 Order, 1391 Draft Presentence Investigation Report by DAVID WILSON. (Attachments: # 1 Text of Proposed Order)(Wicks, Jenifer) Modified on 10/8/2010 (mlp) (Entered: 10/07/2010) |
| 10/07/2010 | | MINUTE ORDER: It is hereby ORDERED that the defendant's motion 1389 to supplement his sentencing memorandum be, and hereby is, GRANTED as to ANTWUAN BALL (1). The Clerk's Office is directed to docket the motion as defendant's supplemental sentencing memorandum. Signed by Judge Richard W. Roberts on 10/7/10. (lcrwr1) Modified on 10/8/2010 (mlp) (Entered: 10/07/2010) |
| 10/07/2010 | 1394 | JOINT MOTION to convert sentencing hearing to a status hearing by DAVID WILSON. (See Docket Entry 1393 to view document) (mlp) (Entered: 10/08/2010) |
| 10/13/2010 | 1395 | ORDER; granting 1393 Motion to Convert Sentencing date to a Status Hearing Date as to DAVID |

0173

|  |  |  |
|---|---|---|
|  |  | WILSON (2). Status Conference set for 10/29/2010 at 11:30 AM in Courtroom 9 before Judge Richard W. Roberts, Signed by Judge Richard W. Roberts on 10/11/10. (hs) (Entered: 10/13/2010) |
| 10/15/2010 | 1396 | ORDER; as to DESMOND THURSTON, Sentencing set for 10/29/2010 at 10:30 AM in Courtroom 9 before Judge Richard W. Roberts, Signed by Judge Richard W. Roberts on 10/15/10. (hs) (Entered: 10/15/2010) |
| 10/22/2010 | 1398 | Recommendation of PSI Report as to DESMOND THURSTON. re 1397 Final Presentence Investigation Report Not for public disclosure per Judicial Conference Policy.(Shaffer, Brian) (Entered: 10/22/2010) |
| 10/28/2010 | 1399 | SUPPLEMENTAL 1229 SENTENCING MEMORANDUM by DESMOND THURSTON (Zucker, Jonathan) Modified on 10/29/2010 (mlp) (Entered: 10/28/2010) |
| 10/29/2010 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to DESMOND THURSTON re 1399 Sentencing Memorandum was modified by the clerk to indicate the correct title of the document (Supplemental Sentencing Memorandum) and to link the entry to 1229 defendant's sentencing memorandum. (mlp) (Entered: 10/29/2010) |
| 10/29/2010 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Sentencing held on 10/29/2010 as to DESMOND THURSTON (13). Count(s) 11rss, Verdict of Guilty rendered. Defendant sentenced to One Hundred Ninety-Four (194) months incarceration on Count 11rss to run concurrent to sentence imposed in Count 24rsss; followed by Thirty-Six (36) months of supervised release on Count 11rsss to run concurrent to supervised release imposed in Count 24rsss. Count(s) 24rsss, Verdict of Guilty rendered. Defendant sentenced to One Hundred Ninety-Four (194) months incarceration on Count 24rsss to run concurrent to sentence imposed in Count 11rsss; followed by Thirty-Six (36) months of supervised release on Count 24rsss to run concurrent to supervised release imposed in Count 11rsss. $100.00 special assessment imposed on each count for a total amount of $200.00 due immediately and payable to the Clerk of the Court for the U.S. District Court for the District of Columbia; fine waived. Appeal rights given. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace Defense Attorney: Jonathan Zucker; US Attorney: Glenn Leon; Prob Officer: Michael Penders; Witnesses: Vereta Taylor (cp) (Entered: 10/29/2010) |
| 10/29/2010 |  | Minute Entry for proceedings held before Judge Richard W. Roberts: Status Conference as to DAVID WILSON held on 10/29/2010. Objections to PSI Report due by 1/31/2011. PSI Report due by 2/14/2011. Sentencing Memorandum due by 2/28/2011. Any Motions due by 2/28/2011. Sentencing set for 3/11/2011 at 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Scott Wallace Defense Attorney: Jenifer Wicks; US Attorney: Glenn Leon; Prob Officer: Michael Penders; (cp, ) (Entered: 10/29/2010) |
| 11/03/2010 |  | MINUTE ORDER: It is hereby ORDERED that this matter be, and hereby is, REFERRED for an updated presentence investigation as to ANTWUAN BALL. Signed by Judge Richard W. Roberts on 11/3/10. (lcrwr1) (Entered: 11/03/2010) |
| 11/08/2010 | 1402 | NOTICE OF APPEAL from sentence imposed on 10/29/10 by DESMOND THURSTON Fee Status: No Fee Paid. Parties have been notified. (Zucker, Jonathan) Modified on 11/9/2010 (mlp) (Entered: 11/08/2010) |
| 11/09/2010 | 1403 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals as to DESMOND THURSTON re 1402 Notice of Appeal from sentence imposed on 10/29/10. (C.J.A. counsel filed the Notice of Appeal. An in forma pauperis application was forwarded to the defendant this date.) (mlp) (Entered: 11/09/2010) |
| 11/16/2010 |  | USCA Case Number as to DESMOND THURSTON: 10-3108, for 1402 Notice of Appeal - Final Judgment filed by DESMOND THURSTON. (Preliminary record received by USCA on 11/16/10) (mlp) (Entered: 11/16/2010) |
| 11/19/2010 | 1404 | MOTION for Leave to Appeal In Forma Pauperis by DESMOND THURSTON. (Attached inmate financial records from D.C. Jail are unavailable due to Government Privacy Act.) (mlp) (Entered: 11/23/2010) |
| 11/19/2010 | 1405 | JUDGMENT as to DESMOND THURSTON. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 11/19/10. (mlp) (Entered: 11/23/2010) |
| 11/19/2010 | 1406 | STATEMENT OF REASONS as to DESMOND THURSTON re 1405 Judgment. Not for public disclosure per Judicial Conference Policy. Signed by Judge Richard W. Roberts on 11/19/10. (mlp) (Entered: 11/23/2010) |
| 11/23/2010 | 1407 | Transmitted Supplemental Record on Appeal and Docket Sheet to USCA as to DESMOND THURSTON re 1405 Judgment and 1404 MOTION for Leave to Appeal In Forma Pauperis. (In forma pauperis application with attachment of financial records forwarded to USCA in paper |

0174

| | | |
|---|---|---|
| | | form.) USCA Case Number 10-3108. (mlp) (Entered: 11/23/2010) |
| 11/23/2010 | 1409 | Revised, Recommendation of PSI Report as to ANTWUAN BALL. re 1408 Final Presentence Investigation Report Not for public disclosure per Judicial Conference Policy.(Shaffer, Brian) (Entered: 11/23/2010) |
| 11/27/2010 | 1410 | MOTION for New Trial by DAVID WILSON. (Attachments: # 1 Exhibit 11 - Affidavit of Dorian Holt, # 2 Exhibit 12 - Affidavit of Matthew Davies, # 3 Text of Proposed Order)(Wicks, Jenifer) (Entered: 11/27/2010) |
| 11/29/2010 | 1412 | CJA 24 as to DESMOND THURSTON: Order Authorizing Payment to Court Reporter Scott Wallace for Transcript of proceeding held on 10/29/2010. Signed by Judge Richard W. Roberts on 11/29/2010. (hsj, ) (Entered: 12/03/2010) |
| 12/03/2010 | 1411 | ORDER; granting 1404 Motion for Leave to Appeal In Forma Pauperis as to DESMOND THURSTON (13), Signed by Judge Richard W. Roberts on 12/1/10. (hs) (Entered: 12/03/2010) |
| 12/06/2010 | 1413 | Transmitted Supplemental Record on Appeal and Docket Sheet, indicating defendant's in forma pauperis application was granted on 12/3/10, to USCA as to DESMOND THURSTON re 1402 Notice of Appeal. USCA Case Number 10-3108. (mlp) (Entered: 12/06/2010) |
| 12/10/2010 | 1414 | Memorandum in Opposition by USA as to DAVID WILSON re 1410 MOTION for New Trial (Leon, Glenn) (Entered: 12/10/2010) |
| 12/17/2010 | 1415 | REPLY TO 1414 OPPOSITION to Motion by DAVID WILSON re 1410 MOTION for New Trial (Wicks, Jenifer) Modified on 12/20/2010 (mlp) (Entered: 12/17/2010) |
| 01/10/2011 | 1417 | ORDER; REGARDING PROBATION REQUEST for Course of Action as to PHILLIP WALLACE Defendant to perform 50 hours of Community Service as directed by the U.S. Probation Office, Signed by Judge Richard W. Roberts on 1/7/11. (hs) (Entered: 01/10/2011) |
| 01/27/2011 | | Set Hearings as to ANTWUAN BALL: Sentencing set for 3/17/2011 at 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. (hs) (Entered: 01/27/2011) |
| 02/14/2011 | 1420 | Recommendation of PSI Report as to DAVID WILSON. re 1419 Final Presentence Investigation Report Not for public disclosure per Judicial Conference Policy.(Shaffer, Brian) (Entered: 02/14/2011) |
| 02/23/2011 | 1421 | MEMORANDUM OPINION AND ORDER denying defendant's motion 1410 for a new trial as to DAVID WILSON. Signed by Judge Richard W. Roberts on 2/23/11. (lcrwr1) (Entered: 02/23/2011) |
| 02/28/2011 | 1422 | SENTENCING MEMORANDUM by USA as to DAVID WILSON (Attachments: # 1 Exhibit A)(Leon, Glenn) (Entered: 02/28/2011) |
| 02/28/2011 | 1423 | SENTENCING MEMORANDUM by DAVID WILSON (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Wicks, Jenifer) (Entered: 02/28/2011) |
| 03/02/2011 | | MINUTE ORDER: It is hereby ORDERED that the parties file by March 10, 2011 any supplemental sentencing memoranda as to ANTWUAN BALL. Signed by Judge Richard W. Roberts on 3/2/11. (lcrwr1) (Entered: 03/02/2011) |
| 03/02/2011 | | Set/Reset Deadlines as to ANTWUAN BALL: Sentencing Memoranda due by 3/10/2011 (hs) (Entered: 03/02/2011) |
| 03/04/2011 | 1424 | SUPPLEMENT by DAVID WILSON re 1423 Sentencing Memorandum (Attachments: # 1 Exhibit 6)(Wicks, Jenifer) (Entered: 03/04/2011) |
| 03/09/2011 | 1425 | SECOND SUPPLEMENT by DAVID WILSON re 1423 Sentencing Memorandum. (Attachments: # 1 Exhibit 7)(Wicks, Jenifer) Modified on 3/10/2011 (mlp) (Entered: 03/09/2011) |
| 03/10/2011 | 1426 | SUPPLEMENT by ANTWUAN BALL re 1388 Sentencing Memorandum, 1252 Sentencing Memorandum (Attachments: # 1 Exhibit DC Jail Records, # 2 Exhibit Letter from Professor Edgar Cahn, # 3 Exhibit Nomination for Antwuan Ball, Memorandum of Understanding, Kimsy Foundation Letter, # 4 Exhibit Letter from janie Jeffers, # 5 Exhibit Letter from Curtis Watkins, # 6 Exhibit Letter from DC Coalition Against Drugs and Violence, # 7 Exhibit Declaration of Robert Boulter and Attachments, # 8 Exhibit Letter from Tyieka Lovitt)(Carney, John) (Entered: 03/10/2011) |
| 03/11/2011 | | MINUTE ORDER: It is hereby ORDERED that the defendant's motion 1188 for acquittal and motion 1189 for release from custody be, and hereby are, DENIED as to ANTWUAN BALL (1). Signed by Judge Richard W. Roberts on 3/11/11. (lcrwr1) (Entered: 03/11/2011) |
| 03/11/2011 | | Minute Entry; for proceedings held before Judge Richard W. Roberts:Sentencing held on 3/11/2011 as to DAVID WILSON (2). Counts 1, 14s, 15, 19s, 1s, 1ss, 2, 22s, 24, 27, 27s, 2s, 2ss, 31s, 33s, 34, 38, 3s, 3ss-49ss, 4, 40, 52s, 52ss, 53s, 53ss, 54s, 54ss, 55s, 55ss, 58s, 58ss, 59s, 59ss, 5s, 6, 60, 7, 72s, 72ss, 73s, 73ss, 74s, 74ss-81ss, 7s-8s, 81s, 82ss-89ss, 83s, |

|  |  | Dismissed on oral motion of USA. Sentenced to One Hundred and Eighty-Eight (188) Months incarceration on each of counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss; and Forty-Eight (48) Months incarceration on Count 55rsss; said sentences are to run concurrently with each other. A Supervised Release Term of Thirty-Six (36) Months is imposed on each of Counts 4rsss,6rsss,19rsss,20rsss and 21rsss; Sixty (60) Months on Counts 16rsss and 18rsss; and Twelve (12) Months on Count 55rsss; to run concurrently with each other. A Special Assessment of $100 is imposed on each of Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss, for a total of $800.00. Sentenced to a term of Three Hundred and Sixty (360) Months to LIFE incarceration of each of Counts 31rsss and 33rsss, to run concurrently with each other, and consecutively to the terms of incarceration on Counts 4rsss,6rsss,16rsss,18rsss,19rsss,20rsss and 21rsss and 55rsss. Credit is to be given for Time Served since 4/16/04. A Victims of Violent Crimes Compensation Fund payment of $100.00 on each of Counts 31rsss and 33rsss is imposed, for a total of $200.00. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Scott L Wallace; Defense Attorney: Jenifer Wicks; US Attorneys:Glenn Leon, Gilberto Guerrero, Ann Petalas; Prob Officer: Michael Penders. (hs) (Entered: 03/15/2011) |
| 03/17/2011 |  | Minute Entry; for proceedings held before Judge Richard W. Roberts:Sentencing held on 3/17/2011 as to ANTWUAN BALL (1). Counts 1, 1rsss, 1s, 2s, 2ss, 34s, 3ss-49ss, 41, 50s, 50ss, 51ss, 69, 72s, 72ss, 73s, 73ss, 74ss-81ss, 81s, 9, 90s, 90ss, 9s, Dismissed on Oral Motion of the Government. Count 22rsss, Defendant sentenced to Two Hundred and Twenty-Five (225) Months incarceration with credit for time served since 4/15/2004, followed by a Supervised Release Term of Sixty (60) Months and a Special Assessment of $100.00. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Scott L. Wallace; Defense Attorney: John J. Carney; US Attorneys: Glenn Leon, Gilberto Guerrero, Jr., Ann Petalas; Prob Officer: Michael Penders; Witnesses: Edgar Cahn, Curtis A. Watkins, Janie N. Jeffers. (hs) (Entered: 03/17/2011) |
| 03/18/2011 | 1432 | NOTICE OF APPEAL from sentence imposed on 3/17/11 and docketed on 3/17/11, with attached docketing statement, by ANTWUAN BALL. Fee Status: No fee paid - CJA attorney. Parties have been notified. (mlp) (Main Document 1432 replaced on 3/21/2011) (zmlp, ). (Entered: 03/21/2011) |
| 03/18/2011 | 1433 | APPLICATION and AFFIDAVIT for Leave to Appeal In Forma Pauperis by ANTWUAN BALL. (mlp) (Main Document 1433 replaced on 3/21/2011) (zmlp, ). (Entered: 03/21/2011) |
| 03/21/2011 | 1435 | Transmission of the Notice of Appeal, Docketing Statement, Application and Affidavit to Appeal In Forma Pauperis, and Docket Sheet re 1432 Notice of Appeal from sentence imposed on 3/17/11 as to ANTWUAN BALL (01). CJA - no fee paid. (mlp) (Entered: 03/21/2011) |
| 03/21/2011 | 1436 | NOTICE OF APPEAL - Final Judgment by DAVID WILSON Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit Docketing Statement)(Wicks, Jenifer) (Entered: 03/21/2011) |
| 03/22/2011 | 1437 | Transmission of the Notice of Appeal, Docketing Statement and Docket Sheet to US Court of Appeals as to DAVID WILSON re 1436 Notice of Appeal of Sentence. No fees paid - CJA counsel. In forma pauperis application forwarded to the defendant on 3/22/11. (mlp) (Entered: 03/22/2011) |
| 03/22/2011 |  | USCA Case Number as to ANTWUAN BALL: 11-3031, for 1432 Notice of Appeal filed by ANTWUAN BALL. (Transmittal of a copy of the notice of appeal, application and affidavit to proceed on appeal in forma pauperis, and docket sheet received by the U.S.C.A. on 3/21/11) (mlp) (Entered: 03/22/2011) |
| 03/22/2011 |  | USCA Case Number as to DAVID WILSON: 11-3032, for 1436 Notice of Appeal - Final Judgment filed by DAVID WILSON. (Transmittal of copy of the notice of appeal and docket sheet received by the U.S.C.A. on 3/22/11) (mlp) (Entered: 03/22/2011) |
| 03/22/2011 | 1443 | JUDGMENT as to ANTWUAN BALL. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 3/22/11. (mlp) (Entered: 04/12/2011) |
| 03/22/2011 | 1444 | STATEMENT OF REASONS as to ANTWUAN BALL re 1443 Judgment. Not for public disclosure per Judicial Conference Policy. Signed by Judge Richard W. Roberts on 3/22/11. (mlp) (Entered: 04/12/2011) |
| 03/22/2011 | 1445 | JUDGMENT as to DAVID WILSON. Statement of Reasons Not Included. Signed by Judge Richard W. Roberts on 3/22/11. (mlp) (Entered: 04/12/2011) |
| 03/22/2011 | 1446 | STATEMENT OF REASONS as to DAVID WILSON re 1445 Judgment. Not for public disclosure per Judicial Conference Policy. Signed by Judge Richard W. Roberts on 3/22/11. (mlp) (Entered: 04/12/2011) |
| 03/23/2011 | 1438 | ORDER granting defendant's motion 1433 for leave to appeal in forma pauperis as to ANTWUAN BALL (1). Signed by Judge Richard W. Roberts on 3/23/11. (lcrwr1) (Entered: 03/23/2011) |

0176

| 03/24/2011 | 1439 | Transmitted Supplemental Record on Appeal, consisting of a copy of the order granting application to proceed in forma pauperis and Docket Sheet, to USCA as to ANTWUAN BALL re 1432 Notice of Appeal. USCA Case Number 11-3031. (mlp) (Entered: 03/24/2011) |
|---|---|---|
| 03/28/2011 | 1440 | MOTION to proceed informa pauperis on appeal re 1436 Notice of Appeal - Final Judgment by DAVID WILSON. (Wicks, Jenifer) (Entered: 03/28/2011) |
| 03/29/2011 | 1441 | ORDER granting motion 1440 for leave to appeal in forma pauperis as to DAVID WILSON (2). Signed by Judge Richard W. Roberts on 3/28/11. (lcrwr1) (Entered: 03/29/2011) |
| 03/29/2011 | 1442 | Transmitted Supplemental Record on Appeal and Docket Sheet to USCA as to DAVID WILSON re 1440 MOTION to proceed informa pauperis on appeal re 1436 Notice of Appeal - Final Judgment, 1441 Order on Motion for Miscellaneous Relief.USCA Case Number 11-3032. (znmw, ) (Entered: 03/29/2011) |
| 04/27/2011 | 1447 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of proceedings held on 3/17/11 for defendant Ball and 3/11/11 for defendant Wilson. Signed by Judge Richard W. Roberts on 4/25/11. (mlp) (Entered: 05/03/2011) |
| 05/03/2011 | 1448 | Transmitted Supplemental Record on Appeal consisting of the Judgment and Commitment Order and Docket Sheet to USCA as to ANTWUAN BALL re 1432 Notice of Appeal - Final Judgment. USCA Case Number 11-3031. (mlp) (Entered: 05/03/2011) |
| 05/03/2011 | | Transmitted Supplemental Record on Appeal, consisting of a copy of a CJA 24 voucher ordering a transcript on appeal, to USCA as to ANTWUAN BALL re 1432 Notice of Appeal - Final Judgment. USCA Case Number 11-3031. (mlp) (Entered: 05/03/2011) |
| 05/16/2011 | 1449 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of proceedings held on 2/21/07, 3/6/07, 4/16/07, 4/23/07, 5/21/07, 6/11/07, 6/12/07, 7/11/07, 8/28/07, 9/11/07, 9/12/07, 9/13/07, 9/19/07, 9/24/07, 9/25/07. Signed by Judge Richard W. Roberts on 5/13/11. (mlp) (Entered: 05/17/2011) |
| 05/16/2011 | | Transmitted Supplemental Record on Appeal, consisting of a copy of a CJA 24 voucher ordering transcripts on appeal, to USCA as to ANTWUAN BALL re 1432 Notice of Appeal - Final Judgment. USCA Case Number 11-3031. (mlp) (Entered: 05/17/2011) |
| 05/16/2011 | 1451 | CJA 24 as to ANTWUAN BALL: Order Authorizing Payment to Court Reporter Scott Wallace for transcripts of proceedings held on 6/20/06, 6/22/06, 6/23/06, 12/18/06, 12/19/06, 2/14/07, 2/15/07, 2/20/07, 2/21/07, 3/8/07, 3/13/07, 3/14/07, 4/3/07, 4/16/07, 5/3/07, 5/7/07, 5/22/07, 5/24/07, 5/30/07, 5/31/07, 6/11/07, 6/12/07, 7/11/07, 8/1/07, 9/10/07, 9/11/07, 9/12/07, 9/13/07, 9/17/07, 9/19/07, 9/24/07, 9/11/07, 9/26/07. Signed by Judge Richard W. Roberts on 5/16/11. (mlp) (Entered: 05/18/2011) |
| 05/17/2011 | 1450 | Transmitted Supplemental Record on Appeal, Judgment and Commitment and Docket Sheet to USCA as to ANTWUAN BALL re 1432 Notice of Appeal - Final Judgment. USCA Case Number 11-3031. (mlp) (Entered: 05/17/2011) |
| 05/18/2011 | | Transmitted Supplemental Record on Appeal, consisting of a copy of a CJA 24 voucher ordering transcripts on appeal, to USCA as to ANTWUAN BALL re 1432 Notice of Appeal - Final Judgment. USCA Case Number 11-3031. (mlp) (Entered: 05/18/2011) |
| 05/19/2011 | 1452 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Jon Hundley for transcript of proceeding held on 6/10/05. Signed by Judge Richard W. Roberts on 5/13/11. (mlp) (Entered: 05/19/2011) |
| 05/19/2011 | 1453 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Pro-Typists, Inc. for transcripts of proceedings held on 3/24/05, 4/12/05, 4/14/05, 5/27/05, 6/10/05 and 6/22/05. Signed by Judge Richard W. Roberts on 5/16/11. (mlp) (Entered: 05/19/2011) |
| 05/19/2011 | 1454 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Edward Hawkins for transcript of proceeding held on 11/6/06. Signed by Judge Richard W. Roberts on 5/16/11. (mlp) (Entered: 05/19/2011) |
| 05/19/2011 | 1455 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Rebecca Stonestreet for transcripts of proceedings held on 9/25/07, 10/31/07, 11/1/07, 11/6/07. Signed by Judge Richard W. Roberts on 5/16/11. (mlp) (Entered: 05/19/2011) |
| 05/19/2011 | 1456 | CJA 24 as to DAVID WILSON: Order Authorizing Payment to Court Reporter Scott Wallace for transcript of proceeding held on 8/15/05, 4/28/06, 10/27/06, 12/18/06, 12/20/06, 1/4/07, 1/23/07, 2/13/07, 2/14/07, 2/15/07, 2/20/07, 9/25/07, 10/3/07, 10/31/07, 11/1/07, 11/5/07, 11/7/07, 11/13/07, 10/29/10, 3/11/11. Signed by Judge Richard W. Roberts on 5/16/11. (mlp) (Entered: 05/19/2011) |
| 05/19/2011 | | Transmitted Supplemental Record on Appeal, consisting of copies of five CJA 24 vouchers ordering transcripts on appeal, to USCA as to DAVID WILSON re 1436 Notice of Appeal - Final Judgment. (USCA No. 11-3032)(mlp) (Entered: 05/19/2011) |

0177

| 05/19/2011 | 1457 | Transmitted Supplemental Record on Appeal, Judgment and Commitment and Docket Sheet to USCA as to DAVID WILSON re 1436 Notice of Appeal - Final Judgment. USCA Case Number 11-3032. (mlp) (Entered: 05/19/2011) |
| 06/20/2011 | | PROBATION MINUTE ORDER: Concur with the recommendation of the Probation Office(1) as to PHILLIP WALLACE to issue a summons and schedule a hearing on violation. The hearing shall be held before a magistrate judge for the preparation of a report and recommendation. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered. Signed by Judge Richard W. Roberts on 6/20/11. (lcrwr1) (Entered: 06/20/2011) |
| 06/21/2011 | | Set/Reset Hearings as to PHILLIP WALLACE: Hearing on Violations of Supervised Release set for 6/29/2011 at 01:45 PM in Courtroom 7 before Magistrate Judge John M. Facciola. (hs) (Entered: 06/21/2011) |
| 06/28/2011 | | Set/Reset Hearings as to PHILLIP WALLACE: Preliminary Revocation Hearing set for 6/29/2011 01:45 PM in Courtroom 7 before Magistrate Judge Alan Kay. (ldc, ) (Entered: 06/28/2011) |
| 06/29/2011 | | ORAL MOTION to Continue Preliminary Revocation Hearing by PHILLIP WALLACE. (ldc, ) (Entered: 06/29/2011) |
| 06/29/2011 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Preliminary Revocation Hearing as to PHILLIP WALLACE held on 6/29/2011. Defendant remains in the Outpatient Treatment Program as directed by the United States Probation Office. Defendant is in full compliance with supervised release conditions. Oral Motion to Continue Preliminary Revocation Hearing by PHILLIP WALLACE (14) heard and granted. Preliminary Revocation Hearing continued to 8/4/2011 10:00 AM in Courtroom 7 before Magistrate Judge Alan Kay. Bond Status of Defendant: Defendant remains on Supervised Release; Court Reporter: Bowles Reporting Services: Defense Attorney: Thomas Heslop; US Attorney: Angela George; Prob Officer: Tennille Losche; (ldc, ) Modified on 6/29/2011 (ldc, ). (Entered: 06/29/2011) |
| 07/06/2011 | 1460 | SUPERVISED RELEASE VIOLATION Summons Returned Executed on 6/28/11 as to PHILLIP WALLACE. (Summons issued on 6/21/11) (mlp) (Entered: 07/07/2011) |
| 08/01/2011 | | PROBATION MINUTE ORDER regarding 1461 U.S. Probation Office Petition (Additional Alleged Violations) as to PHILLIP WALLACE (14) : Concurring with the recommendation of the Probation Office to consider the additional alleged violations at the Preliminary Revocation Hearing presently set for 8/4/11 at 10:00 AM; approved by Magistrate Judge Alan Kay on 8/1/11. (kk) (Entered: 09/15/2011) |
| 08/03/2011 | | Set/Reset Hearings as to PHILLIP WALLACE : Preliminary Hearing on Violation of Supervised Release set for 8/4/11 at 10:00 AM in Courtroom 7 before Magistrate Judge Alan Kay. (kk) (Entered: 08/03/2011) |
| 08/03/2011 | | Terminate Deadlines and Hearings as to PHILLIP WALLACE. (kk) (Entered: 08/03/2011) |
| 08/04/2011 | | Minute Entry for Final Preliminary Hearing on Violation of Supervised Release as to PHILLIP WALLACE (14) held before Magistrate Judge Alan Kay on 8/4/11 : The Defendant concedes Violations 1, 2 and 3. The Court finds that the defendant violated his conditions of supervised release. Report and Recommendation to be submitted to Judge Roberts. Bond Status of Defendant: Defendant Held Without Bond. Defendant committed/commitment issued. Court Reporter: Bowles Reporting Service. Defense Attorney: Thomas Heslep; U.S. Attorney: Angela George; Probation Officer: Tennille Losch. (kk) (Entered: 08/04/2011) |
| 08/05/2011 | 1462 | REPORT AND RECOMMENDATION as to PHILLIP WALLACE (14), signed by Magistrate Judge Alan Kay on 8/5/11. (kk) (Entered: 08/11/2011) |
| 09/15/2011 | 1463 | NOTICE OF ATTORNEY APPEARANCE Rikki DeVaughn McCoy appearing for USA. (McCoy, Rikki) (Entered: 09/15/2011) |
| 09/19/2011 | | MINUTE ORDER: It is hereby ORDERED that a Final Hearing on Violation of Supervised Release as to defendant PHILLIP WALLACE shall take place on October 4, 2011 at 10:30 a.m. Signed by Judge Richard W. Roberts on 9/19/11. (lcrwr1) Modified on 9/20/2011 (hs). (Entered: 09/19/2011) |
| 09/20/2011 | | Set/Reset Hearings as to PHILLIP WALLACE:Hearing on Violation of Supervised Release set for 10/4/2011 at 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. (hs) (Entered: 09/20/2011) |
| 10/04/2011 | | Minute Entry for proceedings held before Judge Richard W. Roberts: Hearing on Violation of Supervised Release as to PHILLIP WALLACE held on 10/4/2011. Count 2ss: Supervised Release Revoked. Defendant sentenced to Three (3) months incarceration, followed by Three (3) years of Supervised Release. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Scott L. Wallace; Defense Attorney: Thomas T. Heslep; US Attorney: Rikki McCoy; Prob Officer: Tennille Losche; (hs) (Entered: 10/04/2011) |

| 10/07/2011 | 1464 | JUDGMENT ON REVOCATION OF SUPERVISED RELEASE as to PHILLIP WALLACE. Signed by Judge Richard W. Roberts on 10/6/11. (mlp) (Entered: 10/11/2011) |
| 12/22/2011 | 1465 | ORDER; granting 1345 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 for NEWETT VINCENT FORD (9) as to Counts 1rss, 2rss and 3rss, Signed by Judge Richard W. Roberts on 10/21/2011. (hs) (Entered: 12/22/2011) |
| 02/10/2012 | 1466 | MOTION to Vacate under 28 U.S.C. 2255. NO DOCUMENTS ARE TO BE FILED IN THE CIVIL 2255 ACTION. ALL DOCUMENTS ARE TO BE FILED IN THIS CRIMINAL CASE by JASMINE BELL. (hsj, ) Civil case 1:12-cv-00270-RWR opened. (Entered: 02/17/2012) |
| 03/05/2012 | | MINUTE ORDER: In light of the petitioner's motion 1466 to vacate as to JASMINE BELL, the Clerk is hereby DIRECTED to mail a copy of petitioner's motion to the Chief of the Special Proceedings Division of the U.S. Attorney's Office for the District of Columbia for appropriate response. Signed by Judge Richard W. Roberts on 3/5/2012. (lcrwr1) (Entered: 03/05/2012) |
| 03/12/2012 | 1467 | NOTICE OF ATTORNEY APPEARANCE Sherri Lee Berthrong appearing for USA. (Berthrong, Sherri) (Entered: 03/12/2012) |
| 03/12/2012 | 1468 | PROPOSED SCHEDULE by United States For Filing A Response To Defendant's Nunc Pro Tunc Motion re 1466 MOTION to Vacate under 28 U.S.C. 2255 as to JASMINE BELL. (Attachment: # 1 Text of Proposed Order)(Berthrong, Sherri) Modified on 3/14/2012 (mlp) (Entered: 03/12/2012) |
| 03/14/2012 | | NOTICE OF CORRECTED DOCKET ENTRY: as to JASMINE BELL 1468 MOTION United States' Proposed Schedule For Filing A Response To Defendant's Nunc Pro Tunc Motion re 1466 MOTION to Vacate under 28 U.S.C. 2255 was modified by the clerk by deleting the word "Motion" at the front of the docket entry. (mlp) (Entered: 03/14/2012) |
| 04/09/2012 | | MINUTE ORDER: In light of the government's proposed schedule 1468 as to JASMINE BELL, it is hereby ORDERED that the government shall have until May 11, 2012 to file a response to the defendant's nunc pro tunc motion 1466 under 28 U.S.C. 2255. Signed by Judge Richard W. Roberts on 4/9/2012. (lcrwr1) (Entered: 04/09/2012) |
| 04/10/2012 | | Set/Reset Deadlines as to JASMINE BELL: Government's Response due by 5/11/2012. (hs) (Entered: 04/10/2012) |
| 05/08/2012 | 1469 | MOTION for Extension of Time to File Response/Reply as to 1466 MOTION to Vacate under 28 U.S.C. 2255 as to JASMINE BELL. (Attachment: # 1 Text of Proposed Order)(Berthrong, Sherri) Modified on 5/9/2012 (mlp) (Entered: 05/08/2012) |
| 05/09/2012 | 1470 | MOTION For An Order Finding Waiver of Attorney-Client Privilege With Respect To The Claims Of Ineffective Assistance Of Counsel Raised In Defendant's Nunc Pro Tunc Motion Pursuant to 28 U.S.C. 2255 To Vacate, Set Aside Or Correct Sentence by USA as to JASMINE BELL. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B)(Berthrong, Sherri) Modified on 5/10/2012 (mlp) (Entered: 05/09/2012) |
| 06/22/2012 | | MINUTE ORDER: It is hereby ORDERED that the United States' unopposed motion 1469 for extension of time be, and hereby is, GRANTED. The United States' response to the defendant's motion to vacate under 28 U.S.C. 2255 is due July 10, 2012. Signed by Judge Richard W. Roberts on 6/22/2012. (lcrwr1) (Entered: 06/22/2012) |
| 06/25/2012 | | Set/Reset Deadlines as to JASMINE BELL: Goverment's Response due by 7/10/2012. (hs) (Entered: 06/25/2012) |
| 06/26/2012 | 1471 | ORDER; granting 1470 Motion for Waiver of Attorney Client Privilege as to JASMINE BELL (7), Signed by Judge Richard W. Roberts on 6/22/2012. (hs) (Entered: 06/26/2012) |
| 06/26/2012 | 1472 | MOTION United States' Motion To Dismiss Defendant's Nunc Pro Tunc Motion re 1466 MOTION to Vacate under 28 U.S.C. 2255 by USA as to JASMINE BELL. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Berthrong, Sherri) Modified on 6/27/2012 (mlp) (Entered: 06/26/2012) |
| 08/03/2012 | 1473 | REPLY by JASMINE BELL re 1472 United States' Motion To Dismiss Defendant's Nunc Pro Tunc Motion re 1466 MOTION to Vacate under 28 U.S.C. 2255. (Attachment: # 1 Exhibit A)(mlp) (Entered: 08/06/2012) |
| 09/06/2012 | 1474 | PROBATION PETITION as to PHILLIP WALLACE(Carter, Ricardo) (Entered: 09/06/2012) |
| 09/13/2012 | | SEALED MINUTE ORDER regarding U.S. Probation Office Petition 1474 as to PHILLIP WALLACE (14) : Concurring with the recommendation of the Probation Office to issue a warrant for the defendant; approved by Magistrate Judge Alan Kay on 9/13/12. (zkk) (Entered: 09/14/2012) |
| 09/14/2012 | | Supervised Release Warrant Issued for PHILLIP WALLACE (14) by Magistrate Judge Alan Kay. (zkk) (Entered: 09/14/2012) |

0179

| | | |
|---|---|---|
| 11/05/2012 | | Arrest of PHILLIP WALLACE (14). (kk) (Entered: 11/07/2012) |
| 11/05/2012 | 1475 | Supervised Release Warrant, dated 9/14/12, returned executed on 11/5/12 as to PHILLIP WALLACE (14). (kk) (Entered: 11/07/2012) |
| 11/05/2012 | | Minute Entry for Initial Hearing on Violation of Supervised Release as to PHILLIP WALLACE (14) held before Magistrate Judge Alan Kay on 11/5/12 : Preliminary Hearing on Violation of Supervised Release set for 11/14/12 at 1:45 PM before Magistrate Judge Alan Kay in Courtroom 7. Bond Status of Defendant: Defendant Released to Continue on Supervised Release. Release issued. Court Reporter: Bowles Reporting Service - Ctrm. 7. Defense Attorney: Lara Quint for Thomas Heslep; U.S. Attorney: Angela George; Probation Officer: Andre Wilson. (kk) (Entered: 11/07/2012) |
| 11/14/2012 | | ORAL MOTION by Defendant PHILLIP WALLACE (14) to Trail his D.C. Superior Court Charge. (kk) (Entered: 11/14/2012) |
| 11/14/2012 | | Minute Entry for Preliminary Hearing on Violation of Supervised Release as to PHILLIP WALLACE (14) held before Magistrate Judge Deborah A. Robinson on 11/14/12 : The defendant is scheduled to see a therapist. Oral Motion by Defendant to Trail his D.C. Superior Court Charge, heard and granted. Further Preliminary Hearing on Violation of Supervised Release set for 1/10/13 at 10:00 AM in Courtroom 7 before Magistrate Judge Alan Kay. Bond Status of Defendant: Defendant continued on Supervised Release. Court Reporter: Bowles Reporting Service - Ctrm. 7. Defense Attorney: Thomas Heslep; U.S. Attorney: Angela George; Probation Officer: Andre Wilson. (kk) (Entered: 11/14/2012) |
| 01/10/2013 | | ORAL MOTION by the Probation Office to Continue Trailing the D.C. Superior Court Case for Defendant PHILLIP WALLACE (14). (kk) (Entered: 01/10/2013) |
| 01/10/2013 | | Minute Entry for Preliminary Hearing on Violation of Supervised Release as to PHILLIP WALLACE (14) held before Magistrate Judge Alan Kay on 1/10/13 : Oral Motion by the Probation Office to Continue Trailing the D.C. Superior Court Case for the defendant, heard and granted. Further Preliminary Hearing on Violation of Supervised Release set for 2/22/13 at 10:15 AM in Courtroom 7 before Magistrate Judge Alan Kay. Bond Status of Defendant: Defendant continued on Supervised Release. Court Reporter: Bowles Reporting Service. Defense Attorney: Thomas Heslep; U.S. Attorney: Angela George; Probation Officer: Andre Wilson. (kk) (Entered: 01/10/2013) |
| 02/01/2013 | 1476 | ENTERED IN ERROR.....Joint MOTION for Release from Custody Pending Appeal by DESMOND THURSTON. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Zucker, Jonathan) Modified on 2/4/2013 (mlp) (Entered: 02/01/2013) |
| 02/04/2013 | 1477 | ENTERED IN ERROR.....NOTICE OF ATTORNEY APPEARANCE Stratton Christopher Strand appearing for USA. (Strand, Stratton) Modified on 2/5/2013 (mlp) (Entered: 02/04/2013) |
| 02/04/2013 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DESMOND THURSTON, JOSEPH JONES re 1476 Joint MOTION for Release from Custody Pending Appeal was entered in error and counsel was instructed to refile said pleading. All three defendants should be selected as the filers and the entry should be linked to all three defendants. A proposed order should be an attachment to the entry. (mlp) (Entered: 02/04/2013) |
| 02/04/2013 | 1478 | MOTION for Release from Custody by ANTWUAN BALL, DESMOND THURSTON, JOSEPH JONES. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Zucker, Jonathan) (Entered: 02/04/2013) |
| 02/05/2013 | | NOTICE OF CORRECTED DOCKET ENTRY: as to ANTWUAN BALL, DESMOND THURSTON, JOSEPH JONES re 1477 Notice of Attorney Appearance - USA. The entry was entered in error and counsel was instructed to refile said pleading indicating defendant Thurston's case number as "05-CR-100-13-RWR," and indicating counsel's correct telephone number "252-6754." (mlp) (Entered: 02/05/2013) |
| 02/05/2013 | 1479 | NOTICE OF ATTORNEY APPEARANCE Stratton Christopher Strand appearing for USA. CORRECTED (Strand, Stratton) (Main Document 1479 replaced on 2/6/2013) (dr) (Entered: 02/05/2013) |
| 02/14/2013 | 1480 | Consent MOTION for Extension of Time to File Response/Reply as to 1478 MOTION for Release from Custody by USA as to ANTWUAN BALL, DESMOND THURSTON, JOSEPH JONES. (Attachments: # 1 Text of Proposed Order)(Strand, Stratton) (Entered: 02/14/2013) |
| 02/15/2013 | 1481 | ORDER granting 1480 Motion for Extension of Time to File Oppositon as to ANTWUAN BALL (1), DESMOND THURSTON (13), JOSEPH JONES (16). FURTHER ORDERED that the United States opposition to defendants' 1478 motion for release on conditions shall be filed by 3/1/2013. Signed by Judge Richard W. Roberts on 2/14/13. (rje) Modified on 2/19/2013 (mlp) (Entered: 02/15/2013) |
| 02/15/2013 | | Set/Reset Deadlines as to ANTWUAN BALL, DESMOND THURSTON, JOSEPH JONES: United |

0180

|  |  | States Opposition due by 3/1/2013. (rje) (Entered: 02/15/2013) |
|---|---|---|
| 02/22/2013 |  | ORAL MOTION by Defendant PHILLIP WALLACE (14) to Continue to Trail the Disposition of Defendant's Case in D.C. Superior Court. (kk) (Entered: 02/26/2013) |
| 02/22/2013 |  | Minute Entry for Preliminary Hearing on Violation of Supervised Release as to PHILLIP WALLACE (14) held before Magistrate Judge Alan Kay on 2/22/13 : Oral Motion by Defendant, with concurrence by the Probation Office and the Government, to Continue to Trail the Disposition of Defendant's Case in D.C. Superior Court, heard and granted. Further Preliminary Hearing on Violation of Supervised Release set for 5/1/13 at 10:00 AM in Courtroom 7 before Magistrate Judge Alan Kay. Bond Status of Defendant: Defendant continued on Supervised Release. Court Reporter: Bowles Reporting Service - Ctrm. 7. Defense Attorney: Thomas Heslep; U.S. Attorney: Angela George; Probation Officer: Andre Wilson. (kk) (Entered: 02/26/2013) |
| 03/01/2013 | 1482 | RESPONSE by USA as to ANTWUAN BALL, DESMOND THURSTON, JOSEPH JONES re 1478 MOTION for Release from Custody (Attachments: # 1 5/1/08 Sentencing Hearing (Jones), # 2 10/29/10 Sentencing Hearing (Thurston), # 3 3/17/11 Sentencing Hearing (Ball), # 4 Text of Proposed Order)(Strand, Stratton) (Entered: 03/01/2013) |
| 03/08/2013 | 1483 | REPLY TO 1483 OPPOSITION to Motion by ANTWUAN BALL, DESMOND THURSTON, JOSEPH JONES re 1478 MOTION for Release from Custody (Zucker, Jonathan) Modified on 3/11/2013 (mlp) (Entered: 03/08/2013) |
| 05/01/2013 |  | Set/Reset Hearings as to PHILLIP WALLACE (14) : Preliminary Hearing on Violation of Supervised Release set for 6/18/13 at 10:15 AM in Courtroom 7 before Magistrate Judge Alan Kay. (Note: Case was not called on 5/1/13 for Preliminary Hearing on Violation of Supervised Release, as the defendant was late arriving to court. The defendant later appeared and signed notice for the next court date of 6/18/13.) (kk) (Entered: 05/01/2013) |
| 05/16/2013 | 1485 | NOTICE OF ATTORNEY APPEARANCE Kathleen Ann Connolly appearing for USA. (Connolly, Kathleen) (Entered: 05/16/2013) |
| 05/17/2013 | 1486 | RESPONSE by USA as to DOMINIC SAMUELS 1484 Probation Petition. (Connolly, Kathleen) Modified on 5/17/2013 (zhsj, ). (Entered: 05/17/2013) |
| 06/07/2013 |  | PROBATION MINUTE ORDER: The court will concur with the Probation Office's recommendation to approve defendant Dominic Samuels' request to travel to Punta Cana, Dominican Republic from August 2, 2013 to August 9, 2013. Given the extreme gravity of the underlying offense of conviction, however, the court will be on high alert for any hint of any violations of his conditions of release. Signed by Judge Richard W. Roberts on 6/7/13. (lcrwr1) (Entered: 06/07/2013) |
| 06/18/2013 |  | Minute Entry for Preliminary Hearing on Violation of Supervised Release as to PHILLIP WALLACE (14) held before Magistrate Judge Alan Kay on 6/18/13 : This case is trailing the Defendant's D.C. Superior Court case set for 7/23/13. Further Preliminary Hearing on Violation of Supervised Release set for 8/5/13 at 10:00 AM in Courtroom 7 before Magistrate Judge Alan Kay. Bond Status of Defendant: Defendant continued on Supervised Release. Court Reporter: Bowles Reporting Service - Ctrm. 7. Defense Attorney: Thomas Heslep; U.S. Attorney: Angela George; Probation Officer: Andre Wilson. (kk) (Entered: 06/19/2013) |

Copyright © 2013 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANTWUAN BALL, | : | VIOLATIONS: |
| also known as "Twan," | : | 21 U.S.C. §846 |
| also known as "Big Ant," | : | (Conspiracy to Distribute and Possess With |
| DAVID WILSON, | : | Intent to Distribute Five Kilograms or More of |
| also known as "Cool Wop," | : | Cocaine, and 50 Grams or More of Cocaine |
| GREGORY BELL, | : | Base); |
| also known as "Boy-Boy," | : | 21 U.S.C. §843(b) |
| BURKE JOHNSON, | : | (Unlawful Use of a Communications Facility); |
| JOE LANGLEY, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| GERALD BAILEY | : | (Unlawful Possession With Intent to Distribute, |
| also known as "Chow Wow," | : | or Distribution, of 5 Grams or More of Cocaine |
| also known as "Charlie," | : | Base); |
| JASMINE BELL, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| also known as "Jazz," | : | (Unlawful Possession With Intent to Distribute, |
| RAYMOND BELL, | : | or Distribution, of Cocaine or Cocaine Base); |
| also known as "Santuce," | : | 18 U.S.C. §922(g)(1) |
| NEWETT VINCENT FORD, | : | (Unlawful Possession of a Firearm and |
| LUCIOUS FOWLER, | : | Ammunition by a Person Convicted of a Crime |
| ARTHUR HANDON, | : | Punishable by Imprisonment for a Term |
| also known as "Jay," | : | Exceeding One Year); |
| MARCUS SMITH, | : | 18 U.S.C. §924(c)(1) |
| also known as "Mick," | : | (Using, Carrying and Possessing a Firearm |
| DESMOND THURSTON, | : | During a Drug Trafficking Offense); |
| also known as "Dazz," | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| PHILLIP WALLACE, | : | (Unlawful Distribution of Phencyclidine); |
| also known as "Phil," | : | 18 U.S.C. §2 |
| MARY McCLENDON, | : | (Aiding and Abetting). |
| also known as "Nooney," | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

0182

## COUNT ONE

### NARCOTICS CONSPIRACY

### A.  THE CONSPIRACY

From on or about sometime in at least 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including March 2005, within the District of Columbia, and elsewhere, the defendants, ANTWUAN BALL, also known as "Twan," also known as "Big Ant"; DAVID WILSON, also known as "Cool Wop"; GREGORY BELL, also known as "Boy-Boy"; BURKE JOHNSON; JOE LANGLEY; GERALD BAILEY, also known as "Chow Wow," also known as "Charlie"; JASMINE BELL, also known as "Jazz"; RAYMOND BELL, also known as "Santuce"; NEWETT VINCENT FORD; LUCIOUS FOWLER; ARTHUR HANDON, also known as "Jay"; MARCUS SMITH, also known as "Mick"; DESMOND THURSTON, also known as "Dazz"; PHILLIP WALLACE, also known as "Phil"; and MARY McCLENDON, also known as "Nooney," and co-conspirators not indicted herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a)  mixtures and substances containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was five (5) kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

(b)  mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures

and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## B.  GOALS OF THE CONSPIRACY

(1) It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendants and co-conspirators acquired cocaine and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2)  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

## C.  WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

The ways, manner and means by which the co-conspirators operated their illegal drug trafficking organization, include, but are not limited to the following:

(1)    The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute cocaine, and cocaine base, also known as crack cocaine.  The principal location at which members of the conspiracy conducted their illegal drug business was in and around the Congress Park Public Housing Complex neighborhood, which includes but is not limited to: the 1300 block of Congress Street, S.E., the 3400 block of 13th Place, S.E., the 1300 block of Savannah Street, S.E., the 3400 block of 14th Place, S.E., the 1300 block of Savannah Place, S.E., the 3300 block of 14th Place, S.E., the 3300 block of 13th Street, S.E., and the blocks and alleys surrounding this area, within the District of Columbia.  The conspiracy maintained dominion and control over this area by making it known to customers of the conspiracy and rival distributors, that only co-conspirators and their associates could distribute cocaine and cocaine base in Congress Park.

(2)    It was part of the conspiracy that the defendants would, and did, play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization

0184

through various criminal acts. The defendants made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the illegal drug distribution operation. The roles assumed by some defendants were interchangeable at various times throughout the conspiracy. Some of the roles assumed and carried out by the defendants included, among others, leader, supplier of drugs, broker, packager, deliverer, holder, intermediary, helper, and street seller.

(3)     The conspiracy primarily involved the sale of small wholesale and retail quantities of cocaine base, also known as crack cocaine, to customers who requested it, and in some years, the conspiracy expanded and included the distribution of larger quantities of cocaine and cocaine base. In order to facilitate the sale of cocaine, and maintain customers in Congress Park, members of the conspiracy would obtain cocaine from other members of the conspiracy, as well as from other sources, both known and unknown to the Grand Jury.

(4)     It was further part of the conspiracy that the defendants and co-conspirators used land line and cellular telephones to facilitate their illegal drug business; that is, making telephone calls to communicate with each other, suppliers, and customers, and to protect against the detection of the conspiracy by law enforcement officials. It was further part of the conspiracy that when using telephones, the defendants used nicknames and code words to identify co-conspirators and describe quantities of narcotics and money.

(5)     It was further part of the conspiracy that the defendants and co-conspirators possessed, carried and used firearms to protect their drug trafficking operation from theft, robbery, and competition from rival sellers. These weapons were possessed, carried and used for various reasons, including but not limited to: to protect the organization's narcotics and the proceeds of drug distribution; to ensure that drug distribution activities were controlled by the defendants and co-

0185

conspirators; to intimidate others from distributing cocaine, and cocaine base, also known as crack cocaine, in Congress Park; and to ensure the personal safety of the members of the organization. It was further part of the conspiracy that members of the conspiracy, both known and unknown to the Grand Jury, knowingly and intentionally perpetrated acts of violence, including murder, against individuals who disrupted, or threatened to disrupt, the operation of the conspiracy, and in retaliation against individuals who perpetrated acts of violence against members of the conspiracy.

(6)     It was further part of the conspiracy that cocaine and cocaine base, also known as crack cocaine, were processed, cut, packaged, and stored prior to distribution to members of the conspiracy and/or customers of the conspiracy, in safe locations, known as stash houses, located in Congress Park and elsewhere in the District of Columbia. The defendants, and unindicted co-conspirators used these stash houses to store cocaine and cocaine base, also known as crack cocaine, as well as firearms, in order to avoid their detection.

(7)     It was further part of the conspiracy that its members sought to avoid detection and investigation by law enforcement authorities by shifting their areas of selling within the members' selling territory in response to the presence of law enforcement. Members of the conspiracy also shifted their areas of selling within the members' selling territory in response to threats from a rival drug conspiracy operating in the adjoining neighborhood of 10th Place/Trenton Place, Southeast, Washington, D.C.

## D.    OVERT ACTS

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendants, and co-conspirators not indicted herein, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1.  On or about October 30, 1992, in the unit block of Galveston Place, in Southwest, Washington, D.C., **ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** possessed a loaded Arminus .38 caliber revolver.

2.  On or about September 22, 1993, in the 1500 block of Erie Street, in Southeast, Washington, D.C., **BURKE JOHNSON** possessed a loaded Taurus .9mm semi-automatic pistol.

3.  On or about August 1, 1995, in the 2300 block of Alabama Avenue, and in the 2700 block of Reynolds Place, in Southeast, Washington, D.C., **ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** possessed a loaded Ruger .9mm semi-automatic pistol.

4.  On or about June 14, 1996, in the 1300 block of Southwest Freeway, in Southeast, Washington, D.C., **ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** possessed a loaded Lorcin .9mm semi-automatic pistol.

5.  On or about August 2, 1996, in the 2300 block of Irving Street, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

6.  On or about August 2, 1996, in the 2300 block of Irving Street, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy,"** possessed a loaded Highpoint .9 mm semi-automatic pistol.

7.  On or about October 18, 1997, in the 1300 block of Congress Street, S.E., within the District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

8.  On or about December 9, 1997, in the 1300 block of Savannah Place, S.E., within the

District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

9.  On or about October 26, 1998, in the 3200 block of 15th Place, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

10.  On or about November 9, 1998, in the 1300 block of Savannah Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

11.  On or about August 16, 1999, in the 1300 block of Congress Street, S.E., within the District of Columbia, **RAYMOND BELL, also known as "Santuce,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

12.  On or about August 16, 1999, in the 1300 block of Congress Street, S.E., within the District of Columbia, **GERALD BAILEY, also known as "Chow Wow," also known as "Charlie,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

13.  On or about September 20, 1999, in the 1300 block of Congress Street, S.E., within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

14.  On or about May 16, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop,"** and DESMOND THURSTON,

also known as "Dazz," distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

15. On or about May 16, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, JASMINE BELL, also known as "Jazz," distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

16. On or about May 25, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, DAVID WILSON, also known as "Cool Wop," and PHILLIP WALLACE, also known as "Phil," distributed a mixture and substance *purporting* to be cocaine base, also known as crack cocaine.

17. On or about May 25, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, DAVID WILSON, also known as "Cool Wop," distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

18. On or about June 5, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, GREGORY BELL, also known as "Boy-Boy," distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

19. On or about June 14, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

20. On or about June 28, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, two unindicted co-conspirators offered to supply quantities of cocaine base, also

known as crack cocaine, to a cooperating witness in the future.

21. On or about June 28, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

22. On or about July 7, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

23. On or about July 12, 2000, in the 3200 block of 13th Street, S.E., within the District of Columbia, **ARTHUR HANDON, also known as "Jay,"** possessed a Smith & Wesson .22 caliber pistol.

24. On or about July 13, 2000, in the 3400 block of 13th Place, S.E., within the District of Columbia, **JASMINE BELL, also known as "Jazz,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

25. On or about July 18, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **BURKE JOHNSON** told a cooperating witness that **JOHNSON** had provided quantities of cocaine base, also known as crack cocaine, to **DAVID WILSON, also known as "Cool Wop," RAYMOND BELL, also known as "Santuce,"** and to an unindicted co-conspirator.

26. On or about July 18, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **BURKE JOHNSON** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and **JOHNSON** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future, and instructed the cooperating witness to page **JOHNSON** using a numeric code in order to arrange obtaining

specified quantities of cocaine base.

27. On or about July 18, 2000, in the 3400 block of 13th Place, S.E., within the District of Columbia, **ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, to an unindicted co-conspirator.

28. On or about July 27, 2000, in the 3400 block of 13th Place, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

29. On or about August 23, 2000, **JASMINE BELL, also known as "Jazz,"** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

30. On or about August 23, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **JASMINE BELL, also known as "Jazz,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

31. On or about August 24, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **BURKE JOHNSON** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

32. On or about August 24, 2000, a cooperating witness paged **BURKE JOHNSON,** using a numeric code as **JOHNSON** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, S.E., within the District of Columbia, **BURKE JOHNSON** then distributed a mixture and substance containing a detectable amount of cocaine

0191

base, also known as crack cocaine.

33. On or about August 29, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

34. On or about August 30, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

35. On or about September 21, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

36. On or about September 21, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, another unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

37. On or about October 12, 2000, in the 1300 block of Savannah Street, S.E., within the District of Columbia, **JOSEPH LANGLEY** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

38. On or about October 17, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop," and DESMOND THURSTON, also known as "Dazz,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and **THURSTON**, together with **JASMINE BELL, also known as "Jazz,"** offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

39. On or about October 17, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

40. On or about October 23, 2000, in the 1300 block of Savannah Street, S.E., within the District of Columbia, **JOSEPH LANGLEY** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

41. On or about November 16, 2000, in the 1300 block of Congress Street, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

42. On or about November 17, 2000, in the 1300 block of Savannah Street, S.E., within the District of Columbia, **JOSEPH LANGLEY** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

43. On or about November 29, 2000, in the 1300 block of Savannah Street, S.E., within the District of Columbia, **JOSEPH LANGLEY** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

44. On or about December 1, 2000, in the 1300 block of Savannah Street, S.E., within the District of Columbia, **JOSEPH LANGLEY** distributed a mixture and substance containing a

detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

45.  On or about January 3, 2001, in the 3400 block of 13th Place, S.E., within the District of Columbia, **BURKE JOHNSON** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

46.  On or about January 3, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

47.  On or about January 9, 2001, a cooperating witness paged **GREGORY BELL, also known as "Boy-Boy,"** using a numeric code as **BELL** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy,"** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

48.  On or about January 18, 2001, a cooperating witness paged **GREGORY BELL, also known as "Boy-Boy,"** using a numeric code as **BELL** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy," and GERALD BAILEY, also known as "Chow Wow," also known as "Charlie,"** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

49.  On or about January 18, 2001, in the 3400 block of 13th Place, S.E., within the District

0194

of Columbia, an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

50. On or about January 24, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop,"** and **PHILLIP WALLACE, also known as "Phil,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

51. On or about January 26, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop,"** informed a cooperating witness that his supply of cocaine base, also known as crack cocaine, was temporarily depleted because **WILSON** had distributed it to his co-conspirators, including **RAYMOND BELL, also known as "Santuce,"and DESMOND THURSTON, also known as "Dazz;"** and agreed to distribute ounce quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

52. On or about January 26, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DESMOND THURSTON, also known as "Dazz,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

53. On or about January 26, 2001, **JOSEPH LANGLEY** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

54. On or about February 12, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

55. On or about February 14, 2001, **DAVID WILSON, also known as "Cool Wop,"** used

a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

56. On or about February 14, 2001, **DAVID WILSON, also known as "Cool Wop,"** used a telephone to arrange for a co-conspirator to cook his supply of cocaine into cocaine base, also known as crack cocaine.

57. On or about February 14, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

58. On or about February 20, 2001, in the 3500 block of Wheeler Road, S.E., within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

59. On or about February 20, 2001, in the 3200 block of 13th Street, S.E., within the District of Columbia, **ARTHUR HANDON, also known as "Jay,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

60. On or about February 21, 2001, in the 3400 block of 13th Place, S.E., within the District of Columbia, **MARY McCLENDON, also known as "Nooney,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

61. On or about March 8, 2001, in the 3200 block of 13th Street, S.E., within the District of Columbia, **ARTHUR HANDON, also known as "Jay,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

62. On or about March 9, 2001, in the 3400 block of 13th Place, S.E., within the District of Columbia, **MARY McCLENDON, also known as "Nooney,"** and an unindicted co-conspirator

0196

distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

63.  On or about March 15, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

64.  On or about March 20, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool Wop,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

65.  On or about March 20, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **GERALD BAILEY, also known as "Chow Wow," also known as "Charlie,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

66.  On or about March 22, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

67.  On or about March 26, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

68.  On or about March 26, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

69.  On or about April 5, 2001, in the 3400 block of 13th Place, S.E., and in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, also known as "Cool**

0197

Wop," distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

70. On or about April 11, 2001, in the 3300 block of 13th Street, S.E., within the District of Columbia, NEWETT VINCENT FORD distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

71. On or about April 26, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, DAVID WILSON, also known as "Cool Wop," distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

72. On or about April 30, 2001, in the 3500 block of 7th Street, in Southeast, Washington, D.C., JASMINE BELL, also known as "Jazz," possessed a loaded Baikal .380 caliber semi-automatic pistol.

73. On or about July 3, 2001, in the 3400 block of 13th Place, S.E., Washington, D.C., ANTWUAN BALL, also known as "Twan," also known as "Big Ant," and an unindicted co-conspirator possessed two loaded assault rifles, a Thompson semi-automatic carbine and a 7.62 assault rifle.

74. On or about July 14, 2001, in the 1300 block of Southern Avenue, S.E., Washington, D.C., RAYMOND BELL, also known as "Santuce," possessed a loaded Glock 22 .40 caliber semi-automatic pistol.

75. On or about July 20, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, ANTWUAN BALL, also known as "Twan," also known as "Big Ant," agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

76. On or about July 26, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, ANTWUAN BALL, also known as "Twan," also known as "Big Ant," distributed

0198

a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

77. On or about October 23, 2001, in the 1300 block of Congress Street, S.E., within the District of Columbia, ANTWUAN BALL, also known as "Twan," also known as "Big Ant," agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

78. On or about November 9, 2001, in the 3400 block of 13th Place, S.E., within the District of Columbia, BURKE JOHNSON possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

79. On or about November 15, 2001, in the 3300 block of 10th Place, S.E., within the District of Columbia, JASMINE BELL, also known as "Jazz," and an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

80. On or about November 21, 2001, in the 3300 block of 10th Place, S.E., within the District of Columbia, JASMINE BELL, also known as "Jazz," possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

81. On or about November 28, 2001, in the 3300 block of 10th Place, S.E., within the District of Columbia, RAYMOND BELL, also known as "Santuce," and an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

82. On or about November 28, 2001, in the 3300 block of 10th Place, S.E., within the District of Columbia, RAYMOND BELL, also known as "Santuce," possessed a loaded Intertec .9 mm

semi-automatic pistol, also known as a Tek-9.

83.  On or about February 9, 2002, in the 4300 block of 4th Street, in Southeast, Washington, D.C., **PHILLIP WALLACE, also known as "Phil,"** possessed a loaded Davis Industries .380 caliber semi-automatic pistol.

84.  On or about March 19, 2002, in the 3400 block of 13th Place, S.E., within the District of Columbia, an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

85.  On or about May 8, 2002, in the 3400 block of 13th Place, S.E., within the District of Columbia, **MARCUS SMITH, also known as "Mick,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

86.  On or about August 11, 2003, at or around the intersection of 14th Place and Savannah Place Street, S.E., within the District of Columbia, **DESMOND THURSTON, also known as "Dazz,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

87.  On or about November 18, 2003, in the 1300 block of Congress Street, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy," DESMOND THURSTON, also known as "Dazz,"** and an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

88.  On or about April 21, 2004, in the 1300 block of Congress Street, S.E., within the District of Columbia, **LUCIOUS FOWLER** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

89.  On or about August 4, 2004, **RAYMOND BELL, also known as "Santuce,"** used a

telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

90. On or about August 4, 2004, in the 1300 block of Congress Street, S.E., within the District of Columbia, **RAYMOND BELL, also known as "Santuce,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

91. On or about August 11, 2004, **RAYMOND BELL, also known as "Santuce,"** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

92. On or about August 11, 2004, in the 1300 block of Congress Street, S.E., within the District of Columbia, **RAYMOND BELL, also known as "Santuce,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

93. On or about August 23, 2004, **RAYMOND BELL, also known as "Santuce,"** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

94. On or about August 23, 2004, in the 1300 block of Congress Street, S.E., within the District of Columbia, **RAYMOND BELL, also known as "Santuce,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

95. On or about August 30, 2004, **GREGORY BELL, also known as "Boy-Boy,"** and **RAYMOND BELL, also known as "Santuce,"** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

96.  On or about August 30, 2004, in the 1300 block of Congress Street, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy," and RAYMOND BELL, also known as "Santuce,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

97.  On or about September 1, 2004, in the 1300 block of Congress Street, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy," and RAYMOND BELL, also known as "Santuce,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

98.  On or about October 1, 2004, in the 3400 block of 13th Place, S.E., within the District of Columbia, **GERALD BAILEY, also known as "Chow Wow," also known as "Charlie,"** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

99.  On or about October 4, 2004, **GREGORY BELL, also known as "Boy-Boy," and MARY McCLENDON, also known as "Nooney,"** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

100.  On or about October 4, 2004, in the 3400 block of 13th Place, S.E., within the District of Columbia, **GREGORY BELL, also known as "Boy-Boy," and MARY McCLENDON, also known as "Nooney,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and **McCLENDON** and agreed to distribute in the future to a cooperating witness a quantity of cocaine base, also known as crack cocaine.

101.  On or about October 8, 2004, in the 3400 block of 13th Place, S.E., within the District of Columbia, **MARY McCLENDON, also known as "Nooney,"** distributed a mixture and

substance containing a detectable amount of cocaine base, also known as crack cocaine.

102. On or about November 5, 2004, **MARY McCLENDON, also known as "Nooney,"** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

103. On or about November 5, 2004, in the 3400 block of 13th Place, S.E., within the District of Columbia, **BURKE JOHNSON and MARY McCLENDON, also known as "Nooney,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

104. On or about January 17, 2005, **BURKE JOHNSON and MARY McCLENDON, also known as "Nooney,"** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

105. On or about January 17, 2005, in the 3400 block of 13th Place, S.E., within the District of Columbia, **BURKE JOHNSON and MARY McCLENDON, also known as "Nooney,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

106. On or about January 26, 2005, in the 3400 block of 13th Place, S.E., within the District of Columbia, **BURKE JOHNSON and MARY McCLENDON, also known as "Nooney,"** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

107. On or about January 26, 2005, **MARCUS SMITH, also known as "Mick," and MARY McCLENDON, also known as "Nooney,"** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

108. On or about January 26, 2005, in the 3400 block of 13th Place, S.E., within the District

of Columbia, **MARCUS SMITH**, also known as "Mick," and **MARY McCLENDON**, also known as "Nooney," distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

109. On or about February 10, 2005, in the 1300 block of Congress Place, S.E., within the District of Columbia, **PHILLIP WALLACE**, also known as "Phil," possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

(Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Section 846)

### COUNTS TWO TO SIXTY-THREE

### DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE

On or about the dates set forth below, within the District of Columbia, the defendants named below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2:

### COCAINE BASE, ALSO KNOWN AS CRACK COCAINE

A.    unlawfully, knowingly and intentionally distributed, or possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was a detectable amount, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

B.    unlawfully, knowingly and intentionally distribute cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount

0204

of said mixture and substance was 5 grams or more, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii);

as set forth in the specified Counts set forth below and in the specified Overt Acts of Count One,

which are realleged and incorporated by reference herein:

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 2<br>OA: 14 | DAVID WILSON<br>and<br>DESMOND THURSTON | Dist. Cocaine Base<br>5/16/2000 | 21 U.S.C. §841(a)(1); |
| 3<br>OA: 15 | JASMINE BELL | Dist. Cocaine Base<br>5/16/2000 | 21 U.S.C. §841(a)(1); |
| 4<br>OA: 17 | DAVID WILSON | Dist. Cocaine Base<br>5/25/2000 | 21 U.S.C. §841(a)(1); |
| 5<br>OA: 18 | GREGORY BELL | Dist. Cocaine Base<br>6/5/00 | 21 U.S.C. §841(a)(1); |
| 6<br>OA: 21 | DAVID WILSON | Dist. Cocaine Base<br>6/28/00 | 21 U.S.C. §841(a)(1); |
| 7<br>OA: 22 | DAVID WILSON | Dist. Cocaine Base<br>7/7/00 | 21 U.S.C. §841(a)(1); |
| 8<br>OA: 26 | BURKE JOHNSON | Dist. Cocaine Base<br>7/18/00 | 21 U.S.C. §841(a)(1); |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 9<br>OA: 27 | ANTWUAN BALL | Dist. Cocaine Base<br>7/18/00 | 21 U.S.C. §841(a)(1); |
| 10<br>OA: 28 | GREGORY BELL | Dist. Cocaine Base<br>7/27/00 | 21 U.S.C. §841(a)(1); |
| 11<br>OA: 30 | JASMINE BELL | Dist. Cocaine Base<br>8/23/00 | 21 U.S.C. §841(a)(1); |
| 12<br>OA: 31 | BURKE JOHNSON | Dist. Cocaine Base<br>8/24/00 | 21 U.S.C. §841(a)(1); |
| 13<br>OA: 32 | BURKE JOHNSON | Dist. Cocaine Base<br>8/24/00 | 21 U.S.C. §841(a)(1); |
| 14<br>OA: 37 | JOSEPH LANGLEY | Dist. of 5 Grams or More of Cocaine Base<br>10/12/00 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 15<br>OA: 38 | DAVID WILSON<br>and<br>DESMOND THURSTON | Dist. Cocaine Base<br>10/17/00 | 21 U.S.C. §841(a)(1); |
| 16<br>OA: 40 | JOSEPH LANGLEY | Dist. of 5 Grams or More of Cocaine Base<br>10/23/00 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 17<br>OA: 41 | GREGORY BELL | Dist. Cocaine Base<br>11/16/00 | 21 U.S.C. §841(a)(1); |

0206

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 18 OA: 42 | JOSEPH LANGLEY | Dist. of 5 Grams or More of Cocaine Base 11/17/00 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 19 OA: 43 | JOSEPH LANGLEY | Dist. of 5 Grams or More of Cocaine Base 11/29/00 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 20 OA: 44 | JOSEPH LANGLEY | Dist. of 5 Grams or More of Cocaine Base 12/1/00 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 21 OA: 45 | BURKE JOHNSON | Dist. Cocaine Base 1/3/01 | 21 U.S.C. §841(a)(1); |
| 22 OA: 47 | GREGORY BELL | Dist. Cocaine Base 1/9/01 | 21 U.S.C. §841(a)(1); |
| 23 OA: 48 | GREGORY BELL and GERALD BAILEY | Dist. Cocaine Base 1/18/01 | 21 U.S.C. §841(a)(1); |
| 24 OA: 50 | DAVID WILSON and PHILLIP WALLACE | Dist. of 5 Grams or More of Cocaine Base 1/24/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 25 OA: 52 | DESMOND THURSTON | Dist. Cocaine Base 1/26/01 | 21 U.S.C. §841(a)(1); |

0207

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 26 OA: 54 | LUCIOUS FOWLER | Dist. Cocaine Base 2/12/01 | 21 U.S.C. §841(a)(1); |
| 27 OA: 57 | DAVID WILSON | Dist. of 5 Grams or More of Cocaine Base 2/14/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 28 OA: 58 | LUCIOUS FOWLER | Dist. Cocaine Base 2/20/01 | 21 U.S.C. §841(a)(1); |
| 29 OA: 59 | ARTHUR HANDON | Dist. Cocaine Base 2/20/01 | 21 U.S.C. §841(a)(1); |
| 30 OA: 60 | MARY Mc-CLENDON | Dist. Cocaine Base 2/21/01 | 21 U.S.C. §841(a)(1); |
| 31 OA: 61 | ARTHUR HANDON | Dist. Cocaine Base 3/8/01 | 21 U.S.C. §841(a)(1); |
| 32 OA: 62 | MARY Mc-CLENDON | Dist. Cocaine Base 3/9/01 | 21 U.S.C. §841(a)(1); |
| 33 OA: 63 | LUCIOUS FOWLER | Dist. Cocaine Base 3/15/01 | 21 U.S.C. §841(a)(1); |
| 34 OA: 64 | DAVID WILSON | Dist. Cocaine Base 3/20/01 | 21 U.S.C. §841(a)(1); |
| 35 OA: 65 | GERALD BAILEY | Dist. Cocaine Base 3/20/01 | 21 U.S.C. §841(a)(1); |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 36 OA: 66 | NEWETT V. FORD | Dist. Cocaine Base 3/22/01 | 21 U.S.C. §841(a)(1); |
| 37 OA: 67 | LUCIOUS FOWLER | Dist. Cocaine Base 3/26/01 | 21 U.S.C. §841(a)(1); |
| 38 OA: 69 | DAVID WILSON | Dist. Cocaine Base 4/5/01 | 21 U.S.C. §841(a)(1); |
| 39 OA: 70 | NEWETT V. FORD | Dist. Cocaine Base 4/11/01 | 21 U.S.C. §841(a)(1); |
| 40 OA: 71 | DAVID WILSON | Dist. Cocaine Base 4/26/01 | 21 U.S.C. §841(a)(1); |
| 41 OA: 76 | ANTWUAN BALL | Dist. of 5 Grams or More of Cocaine Base 7/26/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 42 OA: 78 | BURKE JOHNSON | PWID Cocaine Base 11/9/01 | 21 U.S.C. §841(a)(1); |
| 43 OA: 81 | RAYMOND BELL | PWID Cocaine Base 11/28/01 | 21 U.S.C. §841(a)(1); |
| 44 OA: 87 | GREGORY BELL and DESMOND THURSTON | Dist. Cocaine Base 11/18/03 | 21 U.S.C. §841(a)(1); |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 45 OA: 88 | LUCIOUS FOWLER | PWID Cocaine Base 4/21/04 | 21 U.S.C. §841(a)(1); |
| 46 OA: 90 | RAYMOND BELL | Dist. of 5 Grams or More of Cocaine Base 8/4/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 47 OA: 92 | RAYMOND BELL | Dist. of 5 Grams or More of Cocaine Base 8/11/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 48 OA: 94 | RAYMOND BELL | Dist. of 5 Grams or More of Cocaine Base 8/23/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 49 OA: 96 | GREGORY BELL and RAYMOND BELL | Dist. of 5 Grams or More of Cocaine Base 8/30/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 50 OA: 97 | GREGORY BELL and RAYMOND BELL | PWID. Cocaine Base 9/1/04 | 21 U.S.C. §841(a)(1); |
| 51 OA: 98 | GERALD BAILEY | PWID Cocaine Base 10/1/04 | 21 U.S.C. §841(a)(1); |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 52 OA: 100 | GREGORY BELL and MARY Mc-CLENDON | Dist. Cocaine Base 10/4/04 | 21 U.S.C. §841(a)(1); |
| 53 OA: 101 | MARY Mc-CLENDON | Dist. Cocaine Base 10/8/04 | 21 U.S.C. §841(a)(1); |
| 54 OA: 103 | BURKE JOHNSON and MARY Mc-CLENDON | Dist. Cocaine Base 11/5/04 | 21 U.S.C. §841(a)(1); |
| 55 OA: 105 | BURKE JOHNSON and MARY Mc-CLENDON | Dist. Cocaine Base 1/17/05 | 21 U.S.C. §841(a)(1); |
| 56 OA: 106 | BURKE JOHNSON and MARY Mc-CLENDON | Dist. Cocaine Base 1/26/05 | 21 U.S.C. §841(a)(1); |

| Count/<br>Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 57<br><br>OA: 108 | MARCUS SMITH<br><br>and<br><br>MARY Mc-CLENDON | Dist. Cocaine Base<br><br>1/26/05 | 21 U.S.C. §841(a)(1); |
| 58<br><br>OA: 109 | PHILLIP WALLACE | PWID Cocaine Base<br><br>2/10/05 | 21 U.S.C. §841(a)(1). |

## COUNTS FIFTY-NINE TO SIXTY-EIGHT
## USE OF A COMMUNICATION FACILITY TO
## FACILITATE A DRUG TRAFFICKING OFFENSE

On or about the dates set forth below, within the District of Columbia, the defendants named below did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, to facilitate the conspiracy to unlawfully distribute or possess with intent to distribute cocaine and cocaine base, also known as crack cocaine, in violation of Title 21, United States Code, Section 846. The overt acts identified below are realleged and incorporated by reference herein:

| Count | Date | Defendant | Overt Act |
|---|---|---|---|
| 59 | 8/23/00 | JASMINE BELL | 29 |
| 60 | 2/14/01 | DAVID WILSON | 55 |
| 61 | 8/4/04 | RAYMOND BELL | 89 |
| 62 | 8/11/04 | RAYMOND BELL | 91 |
| 63 | 8/23/04 | RAYMOND BELL | 93 |

| 64 | 8/30/04 | GREGORY BELL<br>RAYMOND BELL | 95 |
|----|---------|------------------------------|-----|
| 65 | 10/4/04 | GREGORY BELL<br>MARY McCLENDON | 99 |
| 66 | 11/05/04 | MARY McCLENDON | 102 |
| 67 | 1/17/05 | BURKE JOHNSON<br>MARY McCLENDON | 104 |
| 68 | 1/26/05 | MARCUS SMITH<br>MARY McCLENDON | 107 |

(**Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT SIXTY-NINE

On or about July 3, 2001, in the 3400 block of 13th Place, S.E., within the District of Columbia, **ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia case number F-6268-95, did unlawfully and knowingly receive and possess a firearm, that is a loaded Thompson semi-automatic carbine, and did unlawfully and knowingly receive and possess another firearm, that is a loaded 7.62 assault rifle, which had been possessed, shipped and transported in and effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of Title 18, United States Code, Section 922(g)(1))

0213

### COUNT SEVENTY

On or about July 14, 2001, in the 1300 block of Southern Avenue, S.E., within the District of Columbia, **RAYMOND BELL, also known as, "Santuce,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia case number F-5955-99, did unlawfully and knowingly receive and possess a firearm, that is a loaded Glock 22 .40 caliber semi-automatic pistol, which had been possessed, shipped and transported in and effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SEVENTY-ONE

On or about November 28, 2001, in the 3300 block of 10th Place, S.E., within the District of Columbia, **RAYMOND BELL, also known as, "Santuce,"** did unlawfully and knowingly use and carry, during and in relation to, a drug trafficking offense for which he may be prosecuted in a court of the United States, that is Count Forty-Three of this Indictment which is incorporated herein, a firearm, that is a loaded Intertec .9mm semi-automatic pistol, also known as a Tek-9.

(**Using and Carrying a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

### COUNT SEVENTY-TWO

On or about November 28, 2001, in the 3300 block of 10th Place, S.E., within the District of Columbia, **RAYMOND BELL, also known as, "Santuce,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia case number F-5955-99, did unlawfully and knowingly receive and possess a firearm, that is a loaded Intertec .9mm semi-automatic pistol, also known as a Tek-9, which had been possessed, shipped and transported in

0214

and effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SEVENTY-THREE

On or about November 29, 2000, within the District of Columbia, **JOE LANGLEY** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a schedule II controlled substance.

(**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C))

A TRUE BILL:

FOREPERSON.

*Kenneth L. Wainstein*

Attorney of the United States in
and for the District of Columbia.

0215

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 225 of 500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.** |
| | **:** | |
| **v.** | **:** | **VIOLATIONS: 21 U.S.C. §846** |
| | **:** | **(Conspiracy to Distribute and Possess With** |
| **MARY McCLENDON,** | **:** | **Intent to Distribute Cocaine Base)** |
| **also known as "Nooney,"** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | **UNDER SEAL** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

From in or about sometime in 1999 and continuing up to and through March 2005, within the District of Columbia and elsewhere, **MARY McCLENDON**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was 50 grams or

more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base** in violation of Title 21, United States Code, Section 846)

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


_____
M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551821
555 4th Street, N.W., Room 10-846
Washington, DC 20530

0217

Case 1:05-cr-00307-RWR    Document 6    Filed 08/19/05    Page 1 of 4



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**



AUG **1 9** 2005

UNITED STATES OF AMERICA :

v.                        :

MARY McCLENDON,           :
    also known as "Nooney,"   :

            Defendant.   :
_____ :

**CRIMINAL NO. 05-307 (RWR)** NANCY MAYER WHITTINGTON, CLERK
                                   U.S. DISTRICT COURT

**VIOLATIONS: 21 U.S.C. §846**
**(Conspiracy to Distribute and Possess With**
**Intent to Distribute Cocaine Base)**


**UNDER SEAL**

### PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1.    From in or about sometime in 1999 and continuing up to and through March 2005, within the District of Columbia, the defendant, MARY McCLENDON, also known as Nooney, knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute a mixture and substance containing more than fifty (50) grams of cocaine base, commonly known as crack cocaine.

2.    The principal object of the conspiracy was to make money and illicit profits for its leaders, members and associates from the distribution and the possession with the intent to distribute cocaine base, commonly known as crack cocaine. McCLENDON used a large percentage of her own profits to obtain crack cocaine for personal use, or she would be paid a small quantity of crack cocaine for brokering drug transactions for other members of the conspiracy.

3.    During the course of the conspiracy, and to effect its object, McCLENDON did commit, among others, the following overt acts:  Beginning in 1999, McCLENDON regularly purchased wholesale quantities of crack cocaine in and about the 3400 block of 13th Place,

0218



Southeast., Washington, D.C. Working primarily out of two apartments. one located at 3408 13th Place. Apartment #204, and another located at 3406 13th Place, Apartment #101, McCLENDON then redistributed the crack cocaine she had obtained. McCLENDON would most often broker drug transactions between members of the conspiracy obtaining larger quantities of cocaine and cocaine base, and customers of the conspiracy. Through her participation in the conspiracy McCLENDON assisted in the distribution of at least 500 grams of cocaine base, also known as crack cocaine, to customers in the District of Columbia.

4.    McCLENDON regularly purchased wholesale quantities (usually in amounts ranging between ten and twenty zip locks of crack cocaine at an approximate cost of $100) from GREGORY BELL. a/k/a Boy Boy. McCLENDON arranged for customers of the conspiracy to purchase these wholesale quantities of crack cocaine from GREGORY BELL on hundreds of occasions. McCLENDON also purchased wholesale quantities of crack cocaine, or arranged for customers of the conspiracy to purchase such quantities, from an individual known to McCLENDON as "Mick," from an individual known to McCLENDON as "Burke," from an individual known to McCLENDON as "Chow Wow." from an individual known to McCLENDON as "EB." from an individual known to McCLENDON as "Wop," from an individual known to McCLENDON as "JT." and from an individual known to McCLENDON as "Doo-Doo," all of whose true identities are known to the Government. McCLENDON purchased wholesale quantities from a number of other members of the conspiracy as well.

### Limited Nature of Proffer

5.    This proffer of evidence is not intended to constitute a complete statement of all facts known by McCLENDON but is a minimum statement of facts intended to provide the necessary

-2-

0219

factual predicate for the guilty plea. McCLENDON has provided additional information about the conspiracy to the United States, which is not contained herein. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged conspiracy to distribute and possess with intent to distribute a mixture and substance containing more than fifty (50) grams of cocaine base, commonly known as crack cocaine.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551821
555 4th Street, N.W., Room 4106
Washington, DC 20530
(202) 353-8831

-3-

0220

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have discussed this proffer fully with my attorney, Joseph Virgilio, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 8-19-05

Mary McClendon
MARY McCLENDON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have reviewed the entire proffer with my client and have discussed it with her fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 8.19.05

JOSEPH VIRGILIO, Esquire
Counsel for MARY McCLENDON

-4-

0221





United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

August 3, 2005

**FILED**

**AUG 1 9 2005**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Joseph Virgilio
1000 Connecticut Avenue NW
No. 1, Suite 613
Washington, DC 20036

Re:    United States v. **Mary McClendon**
Criminal Number 05-307 (RWR)

Dear Mr. Virgilio:

This letter confirms the agreement between your client, **Mary McClendon**, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**Mary McClendon's** Obligations, Acknowledgments and Waivers:

1. Your client, **Mary McClendon**, agrees to admit guilt and enter a plea of guilty to a criminal Information, a copy of which is attached, charging your client with conspiracy to distribute and possess with intent to distribute cocaine base, in violation of 21 U.S.C. § 846. Your client understands that pursuant to 21 U.S.C. § 841(b)(1)(A)(iii), and 846 the charge carries a term of imprisonment of not less than ten years or more than life, a fine not exceeding the greater of that permitted by Title 18 of the United States Code or $4,000,000 and a term of supervised release of at least five years. In addition, your client agrees to pay a special assessment of $100 per felony conviction to the Clerk of the United States District Court for the District of Columbia prior to the date of sentencing. Your client further understands that your client will be sentenced according to 18 U.S.C. Sections 3553(a) and 3553(c) through (f), upon consideration of the United States Sentencing Guidelines Manual ("Sentencing Guidelines"), which will apply to determine your client's guideline range. Your client further understands that pursuant to 18 U.S.C. Section 3571 and Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation. Further, your client understands that if your client has two or more convictions for a

guideline penalties provided for in the career offender statutes and provisions of the Sentencing Guidelines.

2. Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for at least 500 grams but less than 1.5 kilograms of cocaine base, also known as crack, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute.

3. The Government agrees that it will not seek any increases in your client's base offense level other than those which are agreed to by your client in this paragraph. The Government further agrees that it will not seek an upward departure from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the terms of this paragraph apply only to conduct that occurred prior to the execution of this agreement. Should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's base offense level or justify an upward departure (examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to any law enforcement agent, probation officer or Court) the Government is free under this agreement to seek an increase in the base offense level or an upward departure based on that post-agreement conduct.

4. In view of the cooperation which your client agrees to provide and the expected investigation(s) which will be based on this cooperation, the United States will agree to request your client's release pending sentencing for a limited time period and solely for the purpose of engaging in investigative activity under the direction of law enforcement authorities. Your client and the Government agree that pursuant to 18 U.S.C. § Section 3145(c), the fact of your client's cooperation in investigation(s) constitutes "exceptional reasons" justifying your client's release for a limited time period and solely for the purpose of engaging in investigative activity under the direction of law enforcement authorities and the Government. The exceptional reasons justifying your client's release for a limited time period and solely for the purpose of engaging in investigative activity include, but are not limited to: his/her promise to maintain regular contact either in person or by telephone with FBI Special Agent Robert Lockhart, and any other law enforcement agent/officer designated by the FBI or the Government; your client's promise and agreement not to engage in any criminal conduct; and his promise and agreement to abide by any and all release conditions imposed by the Court. Your client understands that the Court is not bound to accept the Government's recommendation regarding release pending sentencing and may impose whatever conditions it deems appropriate pending sentencing, to include ordering that your client be held without bond. Your client understands and agrees that at any time the Government can ask that your client be detained pending sentencing, and your client agrees not to oppose such a request for detention. Your client further agrees that the termination of your client's involvement in any investigation is a matter committed to the sole discretion of the Government and that this decision is not judicially reviewable. Your client understands and agrees that the United States does not waive its position as to your client's dangerousness or risk of flight by agreeing to afford your client the opportunity to be released for a limited time period solely for the purpose of engaging in investigative activity under the direction of law enforcement authorities and the Government. Your client also agrees that any violation of your client's release conditions, any misconduct by your client, or any inability or

0223

USCA Case the part of your client to continue the cooperation with the Government about that of 500 in the Government filing an ex parte motion with the Court requesting that a bench warrant be issued for your client's arrest and that your client be detained without bond while pending sentence in this case.

5. Your client agrees to cooperate with the Office of the United States Attorney for the District of Columbia on the following terms and conditions:

(a) Your client shall cooperate fully. truthfully, completely and forthrightly with this Office and other Federal, state and local law enforcement authorities identified by this Office in any and all matters as to which the Government deems the cooperation relevant. Your client acknowledges that your client's cooperation may include. but will not necessarily be limited to: answering questions: providing sworn written statements: taking government administered polygraph examination(s); and participating in covert law enforcement activities. Any refusal by your client to cooperate fully, truthfully, completely and forthrightly as directed by this Office and other Federal, state and local law enforcement authorities identified by this Office in any and all matters in which the Government deems your client's assistance relevant will constitute a breach of this agreement by your client, and will relieve the Government of its obligations under this agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Federal Sentencing Guidelines and/or 18 U.S.C. § 3553(e). Your client agrees, however, that such breach by your client will not constitute a basis for withdrawal of your client's plea of guilty or otherwise relieve your client of his/her obligations under this agreement.

(b) Your client shall promptly turn over to the Government or other law enforcement authorities or direct such law enforcement authorities to any and all evidence of crime; all contraband and proceeds of crime; and all assets traceable to such proceeds of crime. Your client agrees to the forfeiture of all assets which are proceeds of crime or traceable to such proceeds of crime.

(c) Your client shall submit a full and complete accounting of all your client's financial assets, whether such assets are in your client's name or in the name of a third party.

(d) Your client shall testify fully, completely and truthfully before any and all Grand Jury(ies) in the District of Columbia, and elsewhere. and at any and all trials of cases or other court proceedings in the District of Columbia and elsewhere, at which your client's testimony may be deemed relevant by the Government.

(e) Your client understands and acknowledges that nothing in this agreement allows your client to commit any criminal violation of local. state or federal law during the period of your client's cooperation with law enforcement authorities or at any time prior to the sentencing in this case. The commission of a criminal offense during the period of your client's cooperation or at any time prior to sentencing will constitute a breach of this plea agreement and will relieve the Government of all of its obligations under this agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e). However, your client acknowledges and agrees that such a breach of this agreement will not entitle your client to withdraw your client's plea of guilty or relieve your client of his/her obligations under this agreement. Your client further understands that. to establish a breach of this agreement, the Government need only prove your client's commission of a criminal offense by a

0224

preponderance of the evidence.

6.  Your client understands that the determination of whether your client has provided substantial assistance pursuant to either Section 5K1.1 of the Sentencing Guidelines or 18 U.S.C. § 3553(e), as more fully explained later in this agreement, is within the sole discretion of the United States Attorney's Office for the District of Columbia and is not reviewable by the Court. Your client understands that if the Government does not file a motion for downward departure, the Court may not grant a downward departure pursuant to Section 5K1.1 of the Sentencing Guidelines or 18 U.S.C. § 3553(e). In any event, your client specifically agrees not to seek a downward departure, without Government motion, based on any assistance provided in the investigation(s) or prosecution(s) of another person(s) who has committed a federal, state, local or any other offense. Your client agrees and acknowledges that the failure of this Office to file a substantial assistance departure motion shall not be grounds for your client to move to withdraw your client's plea of guilty in this case or otherwise relieve your client of his/her obligations under this agreement.

7.  Your client acknowledges and understands that during the course of the cooperation outlined in this agreement your client will be interviewed by law enforcement agents and/or Government attorneys and that your client has the right to have defense counsel present during these interviews. After consultation with you, and with your concurrence, your client knowingly and voluntarily waives this right and agrees to meet with law enforcement agents and Government prosecutors outside of the presence of counsel. If at some future point you or your client desire to have counsel present during interviews by law enforcement agents and/or Government attorneys, and you communicate this decision in writing to this Office, the Government will honor this request, and this change will have no effect on any other terms and conditions of this agreement.

8.  (a)  In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

(b)  Your client also knowingly and voluntarily waives or gives up all constitutional and statutory rights to a speedy sentence, and agrees that the plea of guilty pursuant to this agreement will be entered at a time decided upon by the Government with the concurrence of the Court. Your client also agrees that the sentencing in this case may be delayed until your client's cooperation has been completed, as determined by the Government, so that the Court will have the benefit of all relevant information before a sentence is imposed. Your client understands that the date for sentencing will be set by the Court.

9.  Your client understands that the sentence in this case will be imposed in accordance with 18 U.S.C. Sections 3553(a) and 3553(c) through (e), upon consideration of the United States Sentencing Commission's Guidelines Manual. Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the

Case 1:05-cr-00307-RWR    Document 9    Filed 08/19/05    Page 5 of 9

Court is not obligated to follow any recommendation of the Government at the time of sentencing or to grant a downward departure based on your client's substantial assistance to the Government, even if the Government files a motion pursuant to 18 U.S.C. §3553(e) and/or Section 5K1.1 of the Sentencing Guidelines.

10. Your client understands that even if this Office informs the Court of the nature and extent of your client's cooperation, this Office reserves its full right of allocution for purposes of sentencing in this matter. In particular, the United States reserves its right to recommend a specific period of incarceration and fine up to the maximum sentence of incarceration and fine allowable by law. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11. Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. Such a motion to withdraw shall constitute a breach of this agreement.

12. Your client acknowledges discussing with you Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410, rules which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. Your client knowingly and voluntarily waives the rights which arise under these rules. As a result of this waiver, your client understands and agrees that any statements which are made in the course of your client's guilty plea or in connection with your client's cooperation pursuant to this plea agreement will be admissible against your client for any purpose in any criminal or civil proceeding if your client's guilty plea is subsequently withdrawn. Moreover, in the event your client's guilty plea is withdrawn, your client agrees that the Government will be free to use against your client in any criminal or civil proceeding any statements made during the course of any debriefing conducted in anticipation of this agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

13. Your client further agrees to waive all rights, claims or interest in any witness fee that your client may be eligible to receive pursuant to 28 U.S.C. § 1821 for your client's appearance at any grand jury, witness conference(s) or court proceeding(s) during the course of your client's cooperation pursuant to this agreement or any term of your client's incarceration.

14. Your client understands and agrees that if your client should fail to specifically perform and to fulfill fully and completely each and every one of your client's obligations under this plea agreement, then: (a) the Government will be free from its obligations under the agreement, including

0226

Case 1:05-cr-00307-RWR    Document 9    Filed 08/19/05    Page 6 of 9

but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e); (b) your client will not be allowed to withdraw your client's guilty plea; (c) your client shall be fully subject to criminal prosecution for any other crimes which your client has committed or might commit, if any, including perjury and obstruction of justice: (d) no motion for downward departure will be filed or sought and your client will be sentenced upon consideration of the applicable Sentencing Guidelines range; and (e) the Government will be free to use against your client, directly and indirectly, in any criminal or civil proceeding any of the information or materials provided by your client pursuant to this agreement or during the course of debriefings conducted in anticipation of this agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

## THE GOVERNMENT'S OBLIGATIONS, ACKNOWLEDGMENTS AND WAIVERS:

15. This Office will file the above-mentioned criminal Information with the United States District Court for the District of Columbia for the purpose of your client entering a plea of guilty to the charge(s) contained therein and will dismiss the indictment currently pending against your client – which otherwise contains substantially the same drug conspiracy charge – at the time of sentencing. This action is being taken in the interests of safety and to make sure that this plea agreement, related pleadings, and the guilty plea, are properly sealed. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

16. This Office will bring to the Court's attention at the time of sentencing the nature and extent of your client's cooperation or lack of cooperation.

17. This Office will inform the Departure Guideline Committee of the United States Attorney's Office for the District of Columbia about the nature and extent of your client's cooperation.

18. If the Departure Guideline Committee of the United States Attorney's Office for the District of Columbia, after evaluating the full nature and extent of your client's cooperation, determines that your client has provided substantial assistance, then this Office will file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines in order to afford your client an opportunity to persuade the Court that your client should be sentenced to a lesser period of incarceration and/or fine than indicated by the Sentencing Guidelines. However, notwithstanding a determination by the Departure Guideline Committee of the United States Attorney's Office for the District of Columbia that your client has provided substantial assistance, in the event your client should fail to specifically perform and fulfill completely each and every one of your client's obligations under this plea agreement, then, the Government will be free from its obligations under the agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e).

19. The Government and your client agree, in accordance with Section 1B1.8 of the Sentencing Guidelines, that the Government will be free to use against your client for any purpose at the sentencing in this case any self-incriminating information provided by your client pursuant to this agreement or during the course of debriefings conducted in anticipation of this agreement,

0227

regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

20. The Government agrees that the base offense level for the crime to which your client is pleading guilty should be decreased by three levels based upon your client's acceptance of responsibility and will file a motion with the Court, pursuant to Section 3E1.1, provided that your client cooperates and is truthful and candid during the pre-sentence investigation. and does not attempt to obstruct justice, deceive. withhold or otherwise mislead the Court, the Probation Office or the Government concerning any issue relevant to the imposition of sentence. Your client agrees not to seek any decreases in your client's base offense level other than those which are agreed to by the Government in this paragraph. Your client further agrees not to seek a downward departure for any reason from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the position of the Government with respect to your client's base offense level, like any other recommendation made by the United States Attorney's Office at the time of sentencing, is not binding on the Probation Office or the Court, neither of which are parties to this agreement. Your client understands and acknowledges that the failure of the Court to sentence your client in accordance with the terms of this paragraph shall not be grounds for your client to withdraw his/her plea of guilty in this case.

21. After the entry of your client's plea of guilty to the offense(s) identified in paragraph number one above, your client will not be charged with any non-violent criminal offense in violation of Federal or District of Columbia law which was committed within the District of Columbia by your client prior to the execution of this agreement and about which the United States Attorney's Office for the District of Columbia was made aware by your client prior to the execution of this agreement. However. the United States expressly reserves its right to prosecute your client for any crime of violence. as defined in 18 U.S.C. § 16 and/or 22 D.C. Code § 4501. if in fact your client committed or commits such a crime of violence prior to or after the execution of this agreement.

22. The United States agrees, subject to the reservations in the remainder of this paragraph. that so long as your client does not move to withdraw your client's plea of guilty and is in full compliance with each and every provision of this agreement, the United States will not use against your client, directly or indirectly, in any criminal or in any civil proceeding. any of the information or materials provided to the United States by your client during the course of your client's cooperation pursuant to this agreement or during the course of any debriefing conducted in anticipation of this agreement. However. the United States expressly reserves its right to use self-incriminating information provided by your client at the sentencing in this case, if such use has otherwise been reserved in this agreement. Moreover. the United States also expressly reserves its right to use against your client in any criminal or civil proceeding. directly or indirectly. any information and materials provided by your client, during the course of your client's cooperation. concerning crimes of violence, as defined in 18 U.S.C. § 16 and/or 22 D.C. Code § 4501.

23. The United States agrees that if requested by your client, and if appropriate in the sole discretion of this Office in order to provide for the protection and security of your client, the United States Attorney's Office for the District of Columbia will sponsor your client for acceptance into the Witness Security Program of the United States Department of Justice. It is understood, however.

Rev. 1/18/05 daj                    7

0228

that the decision to accept your client into the Witness Security Program is at the sole discretion of the United States Department of Justice and not this Office. It is further understood that once accepted into the Program, the continued participation of the your client will be governed exclusively by the standard rules and regulations which have been promulgated by the United States Department of Justice to administer the Program.

General Conditions

24.  It is further agreed that the United States and your client shall request the Court to place under seal this plea agreement and other relevant proceedings and documents entered into the record in this matter. Both parties agree that this is necessary in order to protect the personal safety of your client and the law enforcement agents/officers working your client. Both parties further agree that if the record is sealed in this matter, it shall remain under seal, subject to Court approval, until your client is sentenced or such other time as the Court might direct in response to a motion made by the United States.

25.  This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

26.  This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

27.  There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

M. JEFFREY BEATRICE
Assistant United States Attorney

Rev. 1/18/05 daj                    8

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Joseph Virgilio, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 8-19-05

MARY McCLENDON

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty and cooperate with the Government as set forth in this agreement.

Date: 8.19.05

JOSEPH VIRGILIO, Esquire
Attorney for the Defendant Mary McClendon

0230

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA :** | **CRIMINAL NO.** 0 5 - 3 2 8 |
| : | |
| v. : | **VIOLATIONS: 21 U.S.C. §846** |
| : | **(Conspiracy to Distribute and Possess With** |
| **BURKE JOHNSON,** : | **Intent to Distribute Cocaine Base)** |
| **Defendant.** : | |
| : | **UNDER SEAL** |

**FILED**

RICHARD W. ROBERTS

### INFORMATION

SEP 0 1 2005

The United States Attorney charges that:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A

### COUNT ONE

From on or about sometime in 1985 to on or about March of 2005, within the District of

Columbia and elsewhere, **BURKE JOHNSON,** did knowingly and willfully combine, conspire,

confederate and agree with other persons both known and unknown to the government, to

unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture

and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II

narcotic drug controlled substance and the amount of said mixture and substance was fifty (50)

grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base,** in
violation of Title 21, United States Code, Section 846)

Rev. 1/18/05 daj

Case Related To   05-100

0231

Case 1:05-cr-00328-RWR   Document 2   Filed 09/01/05   Page 2 of 2

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551-821
555 4th Street, N.W., Room 4108
Washington, DC 20530
(202) 353-8831

GLENN S. LEON
Assistant United States Attorney
555 4th Street, N.W., Room 4112
Washington, DC 20530
(202) 305-0174

Rev. 1/18/05 daj

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. Cr.-05-328** |
| | : | |
| **v.** | : | **VIOLATIONS: 21 U.S.C. §846** |
| | : | **(Conspiracy to Distribute and Possess With** |
| **BURKE JOHNSON,** | : | **Intent to Distribute Cocaine Base)** |
| **Defendant.** | : | |
| | : | **UNDER SEAL** |

**FILED**

OCT 0 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1.      From on or about 1988 and continuing up to on or about March 2005, within the District of Columbia, the defendant, BURKE JOHNSON, knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute a mixture and substance containing fifty (50) grams or more of cocaine base, commonly known as crack cocaine.

2.      It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the leaders, members and associates of the conspiracy, including JOHNSON, acquired cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

3.      During the course of the conspiracy, and to effect its object, JOHNSON did commit, among others, the following overt acts:  Beginning in on or about 1988 and continuing through approximately June of 1995, JOHNSON was supplied with quantities of cocaine and cocaine base, also known as crack cocaine, from the following individuals: individuals known to JOHNSON as

Rev. 1/18/05 daj

"The Miamis", an individual known to JOHNSON as "Pablo" and Brian West (also known as

"Turtle"). From on or about 1988 through on or about 1992, JOHNSON would regularly purchase

three to four ounces of crack cocaine from "The Miamis" per week. From on or about 1992 through

on or about June of 1995, JOHNSON would purchase approximately one to two ounces of crack

cocaine from both "Pablo" and Brian West per week. JOHNSON would break down all of the crack

cocaine he purchased from these suppliers and redistribute it in smaller amounts to co-conspirators,

known and unknown to the government.

4    From on or about 1997 through and until on or about March 2005, JOHNSON was

supplied with quantities of crack cocaine from the following individuals: Keith McGill. Keith

Washington, "Pablo" and Sean Anderson. From on or about 1997 through on or about 1999,

JOHNSON would usually purchase one to two ounces of crack cocaine from Keith McGill and Keith

Washington at least once a week. From on or about 1999 through on or about 2003, JOHNSON

would usually purchase one or two ounces of crack cocaine every week from "Pablo." From on or

about 2003 through on or about March of 2005, JOHNSON would usually purchase at least an ounce

of crack cocaine every week from Sean Anderson. JOHNSON would break down all of the crack

cocaine he purchased from these suppliers and redistributed it in smaller amounts to co-conspirators,

known and unknown to the government.

5.    While JOHNSON was purchasing crack cocaine from "Pablo" from on or about 1999

through on or about 2003. JOHNSON would also purchase at least an additional ounce of crack

cocaine from "Pablo" every month. JOHNSON would make these additional purchases for members

of the conspiracy (or other drug dealers, or both) who did not have direct access to "Pablo."

JOHNSON would resell amounts of crack cocaine at the same price that he purchased them from

"Pablo." JOHNSON served as middleman in this manner for, among other people. indicted co-

Rev. 1/18/05 daj

conspirator David Wilson, also known as "Cool Wop."

6.     During the course of the conspiracy. JOHNSON would also distribute large wholesale quantities of cocaine base (e.g. half ounces (14 grams), ounces (28 grams). thirty-one's (31 grams), sixty-two's (62 grams), and eighth's (125 grams) of crack cocaine) to other members of the conspiracy. known and unknown to the government. who then redistributed the cocaine base at the retail level to other sellers and users of cocaine base located primarily in the Congress Park neighborhood of Southeast, Washington. D.C. JOHNSON also distributed smaller – but still wholesale – quantities of cocaine base (e.g. eight balls (3.5 grams) and quarter ounces (7 grams)) to members of the conspiracy. both known and unknown to the government.     Throughout his participation in the conspiracy, JOHNSON was responsible for the distribution of numerous kilograms of cocaine base (or crack cocaine) to other members of the conspiracy including but not limited to: ANTWAUN BALL, also known as "Twan"and "Big Ant", DAVID WILSON, also known as "Cool Wop". GREGORY BELL. also known as "Boy-Boy". JOSEPH LANGLEY, JASMINE BELL. also known as "Jazz". NEWETT FORD, PHIL WALLACE. also known as "Phil". DESMOND THURSTON. also known as "Dazz", and MARY McCLENDON, also known as "Nooney". These co-conspirators then redistributed the crack cocaine to other members of the conspiracy as well as to customers of the conspiracy, as well as other co-conspirators. known and unknown to the government.

## Limited Nature of Proffer

7. This proffer of evidence is not intended to constitute a complete statement of all facts known by JOHNSON but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. JOHNSON has provided additional information about the conspiracy to the United States, which is not contained herein. The limited purpose of this proffer is to

Rev. 1/18/05 daj

demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged

conspiracy to distribute and possess with intent to distribute a mixture and substance containing one

and one-half (1.5) kilograms or more of cocaine base, commonly known as crack cocaine.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551-821
555 4th Street, N.W., Room 4108
Washington, DC 20530
(202) 353-8831

GLENN S. LEON
Assistant United States Attorney
555 4th Street, N.W., Room 4112
Washington, DC 20530
(202) 305-0174

Rev. 1/18/05 daj

0236

### DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21. United States Code, Sections 841(a)(1). 841(b)(1)(A)(iii), and 846. I have discussed this proffer fully with my attorney, Thomas J. Saunders, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.


Date: _10/3/05_

_Burke Johnson_
BURKE JOHNSON
Defendant


### ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base and five (5) kilograms or more of cocaine. in violation of Title 21, United States Code. Sections 841(a)(1). 841(b)(1)(A)(iii), and 846. I have reviewed the entire proffer with my client and have discussed it with him fully.


Date: _10/03/05_

_Thomas J. Saunders_
Thomas J. Saunders, Esquire
Counsel for BURKE JOHNSON


Rev. 1/18/05 daj

0237



United States Attorney



*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

October 3, 2005

**FILED**

Thomas J. Saunders, Esquire
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211

OCT 0 3 2005

**Under Seal**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: <u>United States v. Burke Johnson, Cr.-05-328</u>

Dear Mr. Saunders:

This letter confirms the agreement between your client, **Burke Johnson,** and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**Burke Johnson's** Obligations, Acknowledgments and Waivers:

1. Your client, **Burke Johnson**, agrees to admit guilt and enter a plea of guilty to a criminal Information, a copy of which is attached, charging your client with conspiracy to distribute and possess with intent to distribute cocaine base, in violation of 21 U.S.C. § 846. Your client understands that pursuant to 21 U.S.C. §§ 841(b)(1)(A)(iii), and 846 the charge carries a term of imprisonment of not less than ten years or more than life imprisonment without release, a fine not exceeding the greater of that permitted by Title 18 of the United States Code or $4,000,000 and a term of supervised release of at least five years. In addition, your client agrees to pay a special assessment of $100 per felony conviction to the Financial Litigation Unit of this Office prior to the date of sentencing. Your client further understands that your client will be sentenced according to 18 U.S.C. Sections 3553(a) and 3553(c) through (f), upon consideration of the United States Sentencing Guidelines Manual ("Sentencing Guidelines"), which will apply to determine your client's guideline range. Your client further understands that pursuant to 18 U.S.C. Section 3571 and Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation. Further, your client understands that if your client has two or more convictions for a crime of violence or felony drug offense, your client may be subject to the substantially higher guideline penalties provided for in the career offender statutes and provisions of the Sentencing Guidelines.

Rev. 1/18/05 daj

0238

Case 1:05-cr-00328-RWR    Document 7    Filed 10/03/05    Page 2 of 9

2. Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for more than 1.5 kilograms of cocaine base, also known as crack, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute

3. The Government agrees that it will not seek any increases in your client's base offense level other than those which are agreed to by your client in this paragraph. The Government further agrees that it will not seek an upward departure from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the terms of this paragraph apply only to conduct that occurred prior to the execution of this agreement. Should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's base offense level or justify an upward departure (examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to any law enforcement agent, probation officer or Court) the Government is free under this agreement to seek an increase in the base offense level or an upward departure based on that post-agreement conduct.

4. Your client agrees not to object to the Government's recommendation to the Court at the time of the plea of guilty in this case that, pursuant to 18 U.S.C. § 3143, your client be detained without bond pending your client's sentencing in this case.

5. Your client agrees to cooperate with the Office of the United States Attorney for the District of Columbia on the following terms and conditions:

(a) Your client shall cooperate fully, truthfully, completely and forthrightly with this Office and other Federal, state and local law enforcement authorities identified by this Office in any and all matters as to which the Government deems the cooperation relevant. Your client acknowledges that your client's cooperation may include, but will not necessarily be limited to: answering questions; providing sworn written statements; taking government administered polygraph examination(s); and participating in covert law enforcement activities. Any refusal by your client to cooperate fully, truthfully, completely and forthrightly as directed by this Office and other Federal, state and local law enforcement authorities identified by this Office in any and all matters in which the Government deems your client's assistance relevant will constitute a breach of this agreement by your client, and will relieve the Government of its obligations under this agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Federal Sentencing Guidelines and/or 18 U.S.C. § 3553(e). Your client agrees, however, that such breach by your client will not constitute a basis for withdrawal of your client's plea of guilty or otherwise relieve your client of his/her obligations under this agreement.

(b) Your client shall promptly turn over to the Government or other law enforcement authorities or direct such law enforcement authorities to any and all evidence of crime; all contraband

Rev. 1/18/05 daj

Case 1:05-cr-00328-RWR    Document 7    Filed 10/03/05    Page 3 of 9

and proceeds of crime: and all assets traceable to such proceeds of crime. Your client agrees to the forfeiture of all assets which are proceeds of crime or traceable to such proceeds of crime.

(c)    Your client shall submit a full and complete accounting of all your client's financial assets, whether such assets are in your client's name or in the name of a third party.

(d)    Your client shall testify fully, completely and truthfully before any and all Grand Jury(ies) in the District of Columbia, and elsewhere, and at any and all trials of cases or other court proceedings in the District of Columbia and elsewhere, at which your client's testimony may be deemed relevant by the Government.

(e) Your client understands and acknowledges that nothing in this agreement allows your client to commit any criminal violation of local, state or federal law during the period of your client's cooperation with law enforcement authorities or at any time prior to the sentencing in this case. The commission of a criminal offense during the period of your client's cooperation or at any time prior to sentencing will constitute a breach of this plea agreement and will relieve the Government of all of its obligations under this agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e). However, your client acknowledges and agrees that such a breach of this agreement will not entitle your client to withdraw your client's plea of guilty or relieve your client of his/her obligations under this agreement. Your client further understands that, to establish a breach of this agreement, the Government need only prove your client's commission of a criminal offense by a preponderance of the evidence.

6.    Your client understands that the determination of whether your client has provided substantial assistance pursuant to either Section 5K1.1 of the Sentencing Guidelines or 18 U.S.C. § 3553(e), as more fully explained later in this agreement, is within the sole discretion of the United States Attorney's Office for the District of Columbia and is not reviewable by the Court. Your client understands that if the Government does not file a motion for downward departure. the Court may not grant a downward departure pursuant to Section 5K1.1 of the Sentencing Guidelines or 18 U.S.C. § 3553(e). In any event, your client specifically agrees not to seek a downward departure, without Government motion, based on any assistance provided in the investigation(s) or prosecution(s) of another person(s) who has committed a federal, state, local or any other offense. Your client agrees and acknowledges that the failure of this Office to file a substantial assistance departure motion shall not be grounds for your client to move to withdraw your client's plea of guilty in this case or otherwise relieve your client of his/her obligations under this agreement.

7.    Your client acknowledges and understands that during the course of the cooperation outlined in this agreement your client will be interviewed by law enforcement agents and/or Government attorneys and that your client has the right to have defense counsel present during these interviews. After consultation with you, and with your concurrence, your client knowingly and voluntarily waives this right and agrees to meet with law enforcement agents and Government prosecutors outside of the presence of counsel. If at some future point you or your client desire to have counsel present during interviews by law enforcement agents and/or Government attorneys, and

Rev. 1/18/05 daj

0240

Case 1:05-cr-00328-RWR    Document 7    Filed 10/03/05    Page 4 of 9

you communicate this decision in writing to this Office, the Government will honor this request, and this change will have no effect on any other terms and conditions of this agreement.

8.    (a)  In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment: the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial: and the right to confront and cross-examine witnesses.

(b)  Your client also knowingly and voluntarily waives or gives up all constitutional and statutory rights to a speedy sentence. and agrees that the plea of guilty pursuant to this agreement will be entered at a time decided upon by the Government with the concurrence of the Court. Your client also agrees that the sentencing in this case may be delayed until your client's cooperation has been completed, as determined by the Government. so that the Court will have the benefit of all relevant information before a sentence is imposed. Your client understands that the date for sentencing will be set by the Court.

9.  Your client understands that the sentence in this case will be imposed in accordance with 18 U.S.C. Sections 3553(a) and 3553(c) through (e), upon consideration of the United States Sentencing Commission's Guidelines Manual. Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing or to grant a downward departure based on your client's substantial assistance to the Government. even if the Government files a motion pursuant to 18 U.S.C. §3553(e) and/or Section 5K1.1 of the Sentencing Guidelines.

10.  Your client understands that even if this Office informs the Court of the nature and extent of your client's cooperation. this Office reserves its full right of allocution for purposes of sentencing in this matter. In particular, the United States reserves its right to recommend a specific period of incarceration and fine up to the maximum sentence of incarceration and fine allowable by law. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition. your client acknowledges that the Government is not obligated and does not intend to file any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11.  Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. Such a motion to withdraw shall constitute a breach of this agreement.

Rev. 1/18/05 daj

Case 1:05-cr-00328-RWR    Document 7    Filed 10/03/05    Page 5 of 9

12. Your client acknowledges discussing with you Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410, rules which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. Your client knowingly and voluntarily waives the rights which arise under these rules. As a result of this waiver, your client understands and agrees that any statements which are made in the course of your client's guilty plea or in connection with your client's cooperation pursuant to this plea agreement will be admissible against your client for any purpose in any criminal or civil proceeding if your client's guilty plea is subsequently withdrawn. Moreover, in the event your client's guilty plea is withdrawn, your client agrees that the Government will be free to use against your client in any criminal or civil proceeding any statements made during the course of any debriefing conducted in anticipation of this agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

13. Your client further agrees to waive all rights, claims or interest in any witness fee that your client may be eligible to receive pursuant to 28 U.S.C. § 1821 for your client's appearance at any grand jury, witness conference(s) or court proceeding(s) during the course of your client's cooperation pursuant to this agreement or any term of your client's incarceration.

14. Your client understands and agrees that if your client should fail to specifically perform and to fulfill fully and completely each and every one of your client's obligations under this plea agreement, then: (a) the Government will be free from its obligations under the agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e); (b) your client will not be allowed to withdraw your client's guilty plea; (c) your client shall be fully subject to criminal prosecution for any other crimes which your client has committed or might commit, if any, including perjury and obstruction of justice; (d) no motion for downward departure will be filed or sought and your client will be sentenced upon consideration of the applicable Sentencing Guidelines range; and (e) the Government will be free to use against your client, directly and indirectly, in any criminal or civil proceeding any of the information or materials provided by your client pursuant to this agreement or during the course of debriefings conducted in anticipation of this agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

## THE GOVERNMENT'S OBLIGATIONS, ACKNOWLEDGMENTS AND WAIVERS:

15. This Office will file the above-mentioned criminal information with the United States District Court for the District of Columbia for the purpose of your client entering a plea of guilty to the charge(s) contained therein and will dismiss the indictment currently pending against your client at the time of sentencing. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

16. This Office will bring to the Court's attention at the time of sentencing the nature and extent of your client's cooperation or lack of cooperation.

17. This Office will inform the Departure Guideline Committee of the United States

Rev. 1/18/05 daj

0242

Case 1:05-cr-00328-RWR    Document 7    Filed 10/03/05    Page 6 of 9

Attorney's Office for the District of Columbia about the nature and extent of your client's cooperation.

18. If the Departure Guideline Committee of the United States Attorney's Office for the District of Columbia, after evaluating the full nature and extent of your client's cooperation, determines that your client has provided substantial assistance, then this Office will file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines in order to afford your client an opportunity to persuade the Court that your client should be sentenced to a lesser period of incarceration and/or fine than indicated by the Sentencing Guidelines. However, notwithstanding a determination by the Departure Guideline Committee of the United States Attorney's Office for the District of Columbia that your client has provided substantial assistance, in the event your client should fail to specifically perform and fulfill completely each and every one of your client's obligations under this plea agreement, then, the Government will be free from its obligations under the agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e).

19. The Government and your client agree, in accordance with Section 1B1.8 of the Sentencing Guidelines, that the Government will be free to use against your client for any purpose at the sentencing in this case any self-incriminating information provided by your client pursuant to this agreement or during the course of debriefings conducted in anticipation of this agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

20. The Government agrees that the base offense level for the crime to which your client is pleading guilty should be decreased by three levels based upon your client's acceptance of responsibility, pursuant to Section 3E1.1, provided that your client cooperates and is truthful and candid during the pre-sentence investigation, and does not attempt to obstruct justice, deceive, withhold or otherwise mislead the Court, the Probation Office or the government concerning any issue relevant to the imposition of sentence. Your client agrees not to seek any decreases in your client's base offense level other than those which are agreed to by the Government in this paragraph. Your client further agrees not to seek a downward departure for any reason from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the position of the Government with respect to your client's base offense level, like any other recommendation made by the United States Attorney's Office at the time of sentencing, is not binding on the Probation Office or the Court, neither of which are parties to this agreement. Your client understands and acknowledges that the failure of the Court to sentence your client in accordance with the terms of this paragraph shall not be grounds for your client to withdraw his/her plea of guilty in this case.

21. After the entry of your client's plea of guilty to the offense(s) identified in paragraph number one above, your client will not be charged with any non-violent criminal offense in violation of Federal or District of Columbia law which was committed within the District of Columbia by your client prior to the execution of this agreement and about which the United States Attorney's Office for the District of Columbia was made aware by your client prior to the execution of this agreement. However, the United States expressly reserves its right to prosecute your client for any crime of violence, as defined in 18 U.S.C. § 16 and/or 22 D.C. Code § 4501, if in fact your client committed

Case 1:05-cr-00328-RWR    Document 7    Filed 10/03/05    Page 7 of 9

or commits such a crime of violence prior to or after the execution of this agreement.

22. The United States agrees, subject to the reservations in the remainder of this paragraph, that so long as your client does not move to withdraw your client's plea of guilty and is in full compliance with each and every provision of this agreement, the United States will not use against your client, directly or indirectly, in any criminal or in any civil proceeding, any of the information or materials provided to the United States by your client during the course of your client's cooperation pursuant to this agreement or during the course of any debriefing conducted in anticipation of this agreement. However, the United States expressly reserves its right to use self-incriminating information provided by your client at the sentencing in this case, if such use has otherwise been reserved in this agreement. Moreover, the United States also expressly reserves its right to use against your client in any criminal or civil proceeding, directly or indirectly, any information and materials provided by your client, during the course of your client's cooperation, concerning crimes of violence, as defined in 18 U.S.C. § 16 and/or 22 D.C. Code § 4501.

23. The United States agrees that if requested by your client, and if appropriate in the sole discretion of this Office in order to provide for the protection and security of your client, the United States Attorney's Office for the District of Columbia will sponsor your client for acceptance into the Witness Security Program of the United States Department of Justice. It is understood, however, that the decision to accept your client into the Witness Security Program is at the sole discretion of the United States Department of Justice and not this Office. It is further understood that once accepted into the Program, the continued participation of the your client will be governed exclusively by the standard rules and regulations which have been promulgated by the United States Department of Justice to administer the Program.

General Conditions

24. It is further agreed that the United States and your client shall request the Court to place under seal this plea agreement and other relevant proceedings and documents entered into the record in this matter. Both parties agree that this is necessary in order to protect the personal safety of your client and the law enforcement agents/officers working your client. Both parties further agree that if the record is sealed in this matter, it shall remain under seal, subject to Court approval, until your client is sentenced or such other time as the Court might direct in response to a motion made by the United States.

25. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

26. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

Rev. 1/18/05 daj

0244

27. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551-821
555 4th Street, N.W., Room 4106
Washington, DC 20530
(202) 353-8831

GLENN S. LEON
Assistant United States Attorney
555 4th Street, N.W., Room 4112
Washington, DC 20530
(202) 305-0174

Rev. 1/18/05 daj

0245

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Thomas J. Saunders. Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense identified in paragraph one.

I reaffirm that absolutely no promises. agreements, understandings. or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 10/3/05

BURKE JOHNSON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement. reviewed them with my client. and discussed the provisions of the agreement with my client, fully. These pages accurately and completely set forth the entire plea agreement. I concur in my client's desire to plead guilty and cooperate with the Government as set forth in this agreement.

Date: 10/3/05

THOMAS J. SAUNDERS
Attorney for the Defendant

Rev. 1/18/05 daj

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | **CRIMINAL NO.** |
| : | | |
| **v.** : | | **VIOLATIONS: 21 U.S.C. §846** |
| : | | **(Conspiracy to Distribute and Possess With** |
| **JOSEPH A. LANGLEY,** : | | **Intent to Distribute Cocaine Base)** |
| **also known as "Joe,"** : | | |
| : | | |
| **Defendant.** : | | |
| _____ : | | **UNDER SEAL** |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

From in or about sometime in 1995 and continuing up to and through 2005, within the District of Columbia and elsewhere, **JOSEPH A. LANGLEY**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base** in violation of Title 21, United States Code, Section 846)

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____
M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551821
555 4th Street, N.W., Room 4106
Washington, DC 20530
(202) 353-8831

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | | Criminal Action No. 05-**416** (RWR) |
| | : | |
| v. | : | **VIOLATIONS:** 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **JOSEPH A. LANGLEY** | : | Intent to Distribute Cocaine Base) |
| also known as Joe, | : | |
| | : | |
| Defendant. | : | **UNDERSEAL** |
| | : | |

**FILED**

NOV 2 2 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1.      From on or about sometime in 1994 and continuing up to and through March 2005, within the District of Columbia and elsewhere, the defendant, **JOSEPH A. LANGLEY, aka Joe**, knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute a mixture and substance containing fifty (50) grams or more of cocaine base, commonly known as crack cocaine.

2.      The principal object of the conspiracy was to make money and illicit profits for its leaders, members and associates from the distribution and the possession with the intent to distribute cocaine base, commonly known as crack cocaine.

3.      During the course of the conspiracy, and to effect its object, **LANGLEY** did commit, among others, the following overt acts:  Beginning in the mid-1990's, **LANGLEY** regularly purchased wholesale quantities of cocaine base, otherwise known as crack cocaine, and distributed it in and around the 1300 block of Congress Street, SE, within the District of Columbia, in a neighborhood known as Congress Park, as well as in other neighborhoods in Washington, D.C.

0248

Case 1:05-cr-00416-RWR    Document 5    Filed 11/22/05    Page 2 of 4

**LANGLEY** regularly obtained up to 62 gram quantities of cocaine base from his distributors. who included an individual known to **LANGLEY** as C.C. and an individual known to **LANGLEY** as Fats. For a period of time in the mid-1990's, **LANGLEY** also obtained half ounce quantities of cocaine base from an individual known to **LANGLEY** as Roadie. This continued off and on through 2005. **LANGLEY**'s drug dealing activities ceased for several long periods of time in the intervening years, primarily because **LANGLEY** at times resided in South Carolina.

4.    **LANGLEY** broke down the larger quantities of crack cocaine into smaller amounts and redistributed them to customers located in Congress Park, including but not limited to the following individuals known to **LANGLEY** as Season. Kevin, Walt, Newett. Keith B., Santuce, Love, Little Kairi, Lucious, Nooney, Mick, Jay, Jo-Jo, Kina, Don, Geeka. Doo-Doo, Ikie, and Little Terrance. On just five occasions alone, **LANGLEY** distributed more than 70 grams of crack cocaine to an individual known to **LANGLEY** as Season.

5.    During his participation in the conspiracy, **LANGLEY** was responsible for the distribution of at least 500 grams but less than 1.5 kilograms of cocaine base within the District of Columbia.

## Limited Nature of Proffer

6.    This proffer of evidence is not intended to constitute a complete statement of all facts known by **LANGLEY**, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. **LANGLEY** has provided additional information about the conspiracy (and his role in it) to the United States, which is not contained herein. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea

-2-

0249

Case 1:05-cr-00416-RWR    Document 5    Filed 11/22/05    Page 3 of 4

of guilty to the charged conspiracy to distribute and possess with intent to distribute a mixture and

substance containing fifty (50) grams or more of cocaine base, also known as crack cocaine.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551821
555 4th Street, N.W., Room 4106
Washington, DC 20530
(202) 353-8831

0250

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have discussed this proffer fully with my attorney, James W. Rudasill, Jr., Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: Nov. 22, 2005

JOSEPH A. LANGLEY
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have reviewed the entire proffer with my client and have discussed it with him fully.

Date: Mar 22, 2005

JAMES W. RUDASILL, JR., Esquire
Counsel for Joseph A. Langley

– 4 –

0251



U.S. Department of Justice

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

October 20, 2005

James W. Rudasill, Jr.
601 Indiana Avenue, NW
Suite 500
Washington, DC 20004

**FILED**

**NOV 2 2 2005**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:    United States v. **Joseph A. Langley**
       Criminal Number 05-**4 1 6**  (RWR)

Dear Mr. Rudasill:

This letter confirms the agreement between your client, **Joseph A. Langley**, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**Joseph A. Langley's** Obligations, Acknowledgments and Waivers:

1. Your client, **Joseph A. Langley**, agrees to admit guilt and enter a plea of guilty to a criminal Information, a copy of which is attached, charging your client with conspiracy to distribute and possess with intent to distribute cocaine base, in violation of 21 U.S.C. § 846. Your client understands that pursuant to 21 U.S.C. § 841(b)(1)(A)(iii), and 846 the charge carries a term of imprisonment of not less than ten years or more than life, a fine not exceeding the greater of that permitted by Title 18 of the United States Code or $4,000,000 and a term of supervised release of at least five years. In addition, your client agrees to pay a special assessment of $100 per felony conviction to the Clerk of the United States District Court for the District of Columbia prior to the date of sentencing. Your client further understands that your client will be sentenced according to 18 U.S.C. Sections 3553(a) and 3553(c) through (f), upon consideration of the United States Sentencing Guidelines Manual ("Sentencing Guidelines"), which will apply to determine your client's guideline range. Your client further understands that pursuant to 18 U.S.C. Section 3571 and Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation. Further, your client understands that if your client has two or more convictions for a

Rev. 1/18/05 daj

0252

crime of violence or felony drug offense your client may be subject to the substantially higher guideline penalties provided for in the career offender statutes and provisions of the Sentencing Guidelines.

2. Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for at least 500 grams but less than 1.5 kilograms of cocaine base, also known as crack, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute.

3. The Government agrees that it will not seek any increases in your client's base offense level other than those which are agreed to by your client in this paragraph. The Government further agrees that it will not seek an upward departure from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the terms of this paragraph apply only to conduct that occurred prior to the execution of this agreement. Should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's base offense level or justify an upward departure (examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to any law enforcement agent, probation officer or Court) the Government is free under this agreement to seek an increase in the base offense level or an upward departure based on that post-agreement conduct.

4. Your client agrees not to object to the Government's recommendation to the Court at the time of the plea of guilty in this case that, pursuant to 18 U.S.C. § 3143, your client be detained without bond pending your client's sentencing in this case.

5. Your client agrees to cooperate with the Office of the United States Attorney for the District of Columbia on the following terms and conditions:

(a) Your client shall cooperate fully, truthfully, completely and forthrightly with this Office and other Federal, state and local law enforcement authorities identified by this Office in any and all matters as to which the Government deems the cooperation relevant. Your client acknowledges that your client's cooperation may include, but will not necessarily be limited to: answering questions; providing sworn written statements; taking government administered polygraph examination(s); and participating in covert law enforcement activities. Any refusal by your client to cooperate fully, truthfully, completely and forthrightly as directed by this Office and other Federal, state and local law enforcement authorities identified by this Office in any and all matters in which the Government deems your client's assistance relevant will constitute a breach of this agreement by your client, and will relieve the Government of its obligations under this agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Federal Sentencing Guidelines and/or 18 U.S.C. § 3553(e). Your client agrees, however, that such breach by your client will not constitute a basis for withdrawal of your client's plea of guilty or otherwise relieve your client of his/her obligations under this agreement.

(b) Your client shall promptly turn over to the Government or other law enforcement authorities or direct such law enforcement authorities to any and all evidence of crime; all contraband and proceeds of crime; and all assets traceable to such proceeds of crime. Your client agrees to the

0253

(c)  Your client shall submit a full and complete accounting of all your client's financial assets, whether such assets are in your client's name or in the name of a third party.

(d)  Your client shall testify fully, completely and truthfully before any and all Grand Jury(ies) in the District of Columbia, and elsewhere, and at any and all trials of cases or other court proceedings in the District of Columbia and elsewhere, at which your client's testimony may be deemed relevant by the Government.

(e)  Your client understands and acknowledges that nothing in this agreement allows your client to commit any criminal violation of local, state or federal law during the period of your client's cooperation with law enforcement authorities or at any time prior to the sentencing in this case.  The commission of a criminal offense during the period of your client's cooperation or at any time prior to sentencing will constitute a breach of this plea agreement and will relieve the Government of all of its obligations under this agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e). However, your client acknowledges and agrees that such a breach of this agreement will not entitle your client to withdraw your client's plea of guilty or relieve your client of his/her obligations under this agreement.  Your client further understands that, to establish a breach of this agreement, the Government need only prove your client's commission of a criminal offense by a preponderance of the evidence.

6.  Your client understands that the determination of whether your client has provided substantial assistance pursuant to either Section 5K1.1 of the Sentencing Guidelines or 18 U.S.C. § 3553(e), as more fully explained later in this agreement, is within the sole discretion of the United States Attorney's Office for the District of Columbia and is not reviewable by the Court.  Your client understands that if the Government does not file a motion for downward departure, the Court may not grant a downward departure pursuant to Section 5K1.1 of the Sentencing Guidelines or 18 U.S.C. § 3553(e).  In any event, your client specifically agrees not to seek a downward departure, without Government motion, based on any assistance provided in the investigation(s) or prosecution(s) of another person(s) who has committed a federal, state, local or any other offense.  Your client agrees and acknowledges that the failure of this Office to file a substantial assistance departure motion shall not be grounds for your client to move to withdraw your client's plea of guilty in this case or otherwise relieve your client of his/her obligations under this agreement.

7.  Your client acknowledges and understands that during the course of the cooperation outlined in this agreement your client will be interviewed by law enforcement agents and/or Government attorneys and that your client has the right to have defense counsel present during these interviews.  After consultation with you, and with your concurrence, your client knowingly and voluntarily waives this right and agrees to meet with law enforcement agents and Government prosecutors outside of the presence of counsel.  If at some future point you or your client desire to have counsel present during interviews by law enforcement agents and/or Government attorneys, and you communicate this decision in writing to this Office, the Government will honor this request, and this change will have no effect on any other terms and conditions of this agreement.

8.  (a)  In entering this plea of guilty, your client understands and agrees to waive certain

0254

rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

(b) Your client also knowingly and voluntarily waives or gives up all constitutional and statutory rights to a speedy sentence, and agrees that the plea of guilty pursuant to this agreement will be entered at a time decided upon by the Government with the concurrence of the Court. Your client also agrees that the sentencing in this case may be delayed until your client's cooperation has been completed, as determined by the Government, so that the Court will have the benefit of all relevant information before a sentence is imposed. Your client understands that the date for sentencing will be set by the Court.

9. Your client understands that the sentence in this case will be imposed in accordance with 18 U.S.C. Sections 3553(a) and 3553(c) through (e), upon consideration of the United States Sentencing Commission's Guidelines Manual. Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing or to grant a downward departure based on your client's substantial assistance to the Government, even if the Government files a motion pursuant to 18 U.S.C. §3553(e) and/or Section 5K1.1 of the Sentencing Guidelines.

10. Your client understands that even if this Office informs the Court of the nature and extent of your client's cooperation, this Office reserves its full right of allocution for purposes of sentencing in this matter. In particular, the United States reserves its right to recommend a specific period of incarceration and fine up to the maximum sentence of incarceration and fine allowable by law. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11. Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. Such a motion to withdraw shall constitute a breach of this agreement.

12. Your client acknowledges discussing with you Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410, rules which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. Your client knowingly and voluntarily waives the rights which arise under these rules.

4

As a result of this waiver, your client understands and agrees that any statements which are made in the course of your client's guilty plea or in connection with your client's cooperation pursuant to this plea agreement will be admissible against your client for any purpose in any criminal or civil proceeding if your client's guilty plea is subsequently withdrawn. Moreover, in the event your client's guilty plea is withdrawn, your client agrees that the Government will be free to use against your client in any criminal or civil proceeding any statements made during the course of any debriefing conducted in anticipation of this agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

13. Your client further agrees to waive all rights, claims or interest in any witness fee that your client may be eligible to receive pursuant to 28 U.S.C. § 1821 for your client's appearance at any grand jury, witness conference(s) or court proceeding(s) during the course of your client's cooperation pursuant to this agreement or any term of your client's incarceration.

14. Your client understands and agrees that if your client should fail to specifically perform and to fulfill fully and completely each and every one of your client's obligations under this plea agreement, then: (a) the Government will be free from its obligations under the agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e); (b) your client will not be allowed to withdraw your client's guilty plea; (c) your client shall be fully subject to criminal prosecution for any other crimes which your client has committed or might commit, if any, including perjury and obstruction of justice; (d) no motion for downward departure will be filed or sought and your client will be sentenced upon consideration of the applicable Sentencing Guidelines range; and (e) the Government will be free to use against your client, directly and indirectly, in any criminal or civil proceeding any of the information or materials provided by your client pursuant to this agreement or during the course of debriefings conducted in anticipation of this agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

THE GOVERNMENT'S OBLIGATIONS, ACKNOWLEDGMENTS AND WAIVERS:

15. This Office will file the above-mentioned criminal Information with the United States District Court for the District of Columbia for the purpose of your client entering a plea of guilty to the charge(s) contained therein and will dismiss the indictment currently pending against your client – which otherwise contains substantially the same drug conspiracy charge – at the time of sentencing. This action is being taken in the interests of safety and to make sure that this plea agreement, related pleadings, and the guilty plea, are properly sealed. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

16. This Office will bring to the Court's attention at the time of sentencing the nature and extent of your client's cooperation or lack of cooperation.

17. This Office will inform the Departure Guideline Committee of the United States Attorney's Office for the District of Columbia about the nature and extent of your client's

0256

cooperation.

18. If the Departure Guideline Committee of the United States Attorney's Office for the District of Columbia, after evaluating the full nature and extent of your client's cooperation, determines that your client has provided substantial assistance, then this Office will file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines in order to afford your client an opportunity to persuade the Court that your client should be sentenced to a lesser period of incarceration and/or fine than indicated by the Sentencing Guidelines. However, notwithstanding a determination by the Departure Guideline Committee of the United States Attorney's Office for the District of Columbia that your client has provided substantial assistance, in the event your client should fail to specifically perform and fulfill completely each and every one of your client's obligations under this plea agreement, then, the Government will be free from its obligations under the agreement, including but not limited to its obligation to file a departure motion pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e).

19. The Government and your client agree, in accordance with Section 1B1.8 of the Sentencing Guidelines, that the Government will be free to use against your client for any purpose at the sentencing in this case any self-incriminating information provided by your client pursuant to this agreement or during the course of debriefings conducted in anticipation of this agreement, regardless of whether those debriefings were previously covered by an "off the record" agreement by the parties.

20. The Government agrees that the base offense level for the crime to which your client is pleading guilty should be decreased by three levels based upon your client's acceptance of responsibility and will file a motion with the Court, pursuant to Section 3E1.1, provided that your client cooperates and is truthful and candid during the pre-sentence investigation, and does not attempt to obstruct justice, deceive, withhold or otherwise mislead the Court, the Probation Office or the Government concerning any issue relevant to the imposition of sentence. Your client agrees not to seek any decreases in your client's base offense level other than those which are agreed to by the Government in this paragraph. Your client further agrees not to seek a downward departure for any reason from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the position of the Government with respect to your client's base offense level, like any other recommendation made by the United States Attorney's Office at the time of sentencing, is not binding on the Probation Office or the Court, neither of which are parties to this agreement. Your client understands and acknowledges that the failure of the Court to sentence your client in accordance with the terms of this paragraph shall not be grounds for your client to withdraw his/her plea of guilty in this case.

21. After the entry of your client's plea of guilty to the offense(s) identified in paragraph number one above, your client will not be charged with any non-violent criminal offense in violation of Federal or District of Columbia law which was committed within the District of Columbia by your client prior to the execution of this agreement and about which the United States Attorney's Office for the District of Columbia was made aware by your client prior to the execution of this agreement. The Government also agrees, under the terms and conditions enumerated earlier in this paragraph, not to pursue any additional charges against your client based on or related to his flight to South

Case 1:05-cr-00416-RWR    Document 6    Filed 11/22/05    Page 7 of 9

Carolina and/or his status as a fugitive from justice. However, the United States expressly reserves its right to prosecute your client for any crime of violence, as defined in 18 U.S.C. § 16 and/or 22 D.C. Code § 4501, if in fact your client committed or commits such a crime of violence prior to or after the execution of this agreement.

22. The United States agrees, subject to the reservations in the remainder of this paragraph, that so long as your client does not move to withdraw your client's plea of guilty and is in full compliance with each and every provision of this agreement, the United States will not use against your client, directly or indirectly, in any criminal or in any civil proceeding, any of the information or materials provided to the United States by your client during the course of your client's cooperation pursuant to this agreement or during the course of any debriefing conducted in anticipation of this agreement. However, the United States expressly reserves its right to use self-incriminating information provided by your client at the sentencing in this case, if such use has otherwise been reserved in this agreement. Moreover, the United States also expressly reserves its right to use against your client in any criminal or civil proceeding, directly or indirectly, any information and materials provided by your client, during the course of your client's cooperation, concerning crimes of violence, as defined in 18 U.S.C. § 16 and/or 22 D.C. Code § 4501.

23. The United States agrees that if requested by your client, and if appropriate in the sole discretion of this Office in order to provide for the protection and security of your client, the United States Attorney's Office for the District of Columbia will sponsor your client for acceptance into the Witness Security Program of the United States Department of Justice. It is understood, however, that the decision to accept your client into the Witness Security Program is at the sole discretion of the United States Department of Justice and not this Office. It is further understood that once accepted into the Program, the continued participation of the your client will be governed exclusively by the standard rules and regulations which have been promulgated by the United States Department of Justice to administer the Program.

## General Conditions

24. It is further agreed that the United States and your client shall request the Court to place under seal this plea agreement and other relevant proceedings and documents entered into the record in this matter. Both parties agree that this is necessary in order to protect the personal safety of your client and the law enforcement agents/officers working your client. Both parties further agree that if the record is sealed in this matter, it shall remain under seal, subject to Court approval, until your client is sentenced or such other time as the Court might direct in response to a motion made by the United States.

25. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

26. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency

of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

27. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

M. JEFFREY BEATRICE
Assistant United States Attorney

0259

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, James W. Rudasill, Jr., Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: Nov. 4. 2005                    JOSEPH A. LANGLEY

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty and cooperate with the Government as set forth in this agreement.

Date: Nov. 4, 2005                    JAMES W. RUDASILL, JR., Esquire
                                      Attorney for the Defendant Joseph A. Langley

Rev. 1/18/05 daj                    9

0260

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | CRIMINAL NO.  **05-0100 (RWR)** |
| | : | |
| **v.** | : | VIOLATIONS: |
| | : | 21 U.S.C. §846 |
| **ANTWUAN BALL,** | : | (Conspiracy to Distribute and Possess With |
| **also known as Twan,** | : | Intent to Distribute Five Kilograms or More of |
| **also known as Big Ant,** | : | Cocaine, and 50 Grams or More of Cocaine |
| **DAVID WILSON,** | : | Base); |
| **also known as Cool Wop,** | : | 18 U.S.C. §1962(d) |
| **also known as Cootie,** | : | (Conspiracy to Participate in a Racketeer |
| **GREGORY BELL,** | : |  Influenced Corrupt Organization); |
| **also known as Boy-Boy,** | : | 21 U.S.C. §843(b) |
| **also known as Bunga,** | : | (Unlawful Use of a Communications Facility); |
| **GERALD BAILEY** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| **also known as Chow Wow,** | : | (Unlawful Possession With Intent to Distribute, |
| **also known as Charlie,** | : | or Distribution, of 5 Grams or More of Cocaine |
| **JASMINE BELL,** | : | Base); |
| **also known as Jazz,** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| **RAYMOND BELL,** | : | (Unlawful Possession With Intent to Distribute, |
| **also known as Santuce,** | : | or Distribution, of Cocaine or Cocaine Base); |
| **NEWETT VINCENT FORD,** | : | 18 U.S.C. §922(g)(1) |
| **LUCIOUS FOWLER,** | : | (Unlawful Possession of a Firearm and |
| **ARTHUR HANDON,** | : | Ammunition by a Person Convicted of a Crime |
| **also known as Jay,** | : | Punishable by Imprisonment for a Term |
| **MARCUS SMITH,** | : | Exceeding One Year); |
| **also known as Mick,** | : | 18 U.S.C. §924(c)(1) |
| **DESMOND THURSTON,** | : | (Using, Carrying and Possessing a Firearm |
| **also known as Dazz,** | : | During a Drug Trafficking Offense); |
| **PHILLIP WALLACE,** | : | 18 U.S.C. §2 |
| **also known as Phil,** | : | (Aiding and Abetting); |
| **JOSEPH JONES,** | : | 22 D.C. Code §§2101, 4502 |
| **also known as Jo-Jo,** | : | (First Degree Murder While Armed); |
| **DOMINIC SAMUELS,** | : | 18 U.S.C. §1959(a)(1) |
| **also known as Don,** | : | (Violent Crime in Aid of |
| **also known as Dom,** | : | Racketeering Activity); |
| **DANIEL COLLINS,** | : | 22 D.C. Code §§401, 4502 |
| **also known as DC,** | : | (Assault with Intent to Kill While Armed); |
| **Defendants.** | : | 22 D.C. Code §§403, 4502 |

0261

(Assault with Intent to Murder While Armed);
18 U.S.C. §1959(a)(5)
(Violent Crime in Aid of Racketeering
 Activity);
22 D.C. Code §402
(Assault with a Dangerous Weapon);
18 U.S.C. §1959(a)(3)
(Violent Crime in Aid of Racketeering
 Activity);
 22 D.C. Code. § 1805
Aiding and Abetting)

## S U P E R S E D I N G    I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

## NARCOTICS CONSPIRACY

### A.  THE CONSPIRACY

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and

continuing thereafter up to and including at least March 2005, within the District of Columbia, and

elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka  Big Ant; DAVID WILSON, aka**

**Cool Wop, aka Cootie; GREGORY BELL, aka Boy-Boy, aka Bunga; JOSEPH JONES, aka**

**Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom; GERALD BAILEY, aka Chow Wow, aka**

**Charlie; JASMINE BELL, aka Jazz; RAYMOND BELL, aka Santuce; NEWETT VINCENT**

**FORD; LUCIOUS FOWLER; ARTHUR HANDON, aka Jay; MARCUS SMITH, aka Mick;**

**DESMOND THURSTON, aka Dazz; PHILLIP WALLACE, aka Phil;  and DANIEL**

**COLLINS, aka DC,** and co-conspirators not indicted herein, did unlawfully, knowingly and

intentionally combine, conspire, confederate and agree together, with each other, and with others

2

known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a)  mixtures and substances containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was five (5) kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

(b)  mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## B.  GOALS OF THE CONSPIRACY

(1)  It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendants and co-conspirators acquired cocaine and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2)  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

0263

## C.   WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

        The ways, manner and means by which the co-conspirators operated their illegal drug trafficking organization, include, but are not limited to the following:

    (1)    The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute cocaine, and cocaine base, also known as crack cocaine.  The principal location at which members of the conspiracy conducted their illegal drug business was in and around the Congress Park Public Housing Complex neighborhood, which includes but is not limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300 block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks and alleys surrounding this area, within the District of Columbia.  The conspiracy maintained dominion and control over this area by making it known to customers of the conspiracy and rival distributors, that only co-conspirators and their associates could distribute cocaine and cocaine base in Congress Park.

    (2)    It was part of the conspiracy that the defendants would, and did, play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization through various criminal acts.  The defendants made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the illegal drug distribution operation.  The roles assumed by some defendants were interchangeable at various times throughout the conspiracy. Some of the roles assumed and carried out by the defendants included, among others, leader, supplier of drugs, broker, packager, deliverer, holder, intermediary, helper, and street seller.

    (3)    The conspiracy primarily involved the sale of small wholesale and retail quantities

of cocaine base, also known as crack cocaine, to customers who requested it, and in some years, the conspiracy expanded and included the distribution of larger quantities of cocaine and cocaine base. In order to facilitate the sale of cocaine, and maintain customers in Congress Park, members of the conspiracy would obtain cocaine from other members of the conspiracy, as well as from other sources, both known and unknown to the Grand Jury.

(4)     It was further part of the conspiracy that the defendants and co-conspirators used land line and cellular telephones to facilitate their illegal drug business; that is, making telephone calls to communicate with each other, suppliers, and customers, and to protect against the detection of the conspiracy by law enforcement officials.  It was further part of the conspiracy that when using telephones, the defendants used nicknames and code words to identify co-conspirators and describe quantities of narcotics and money.

(5)     It was further part of the conspiracy that the defendants and co-conspirators possessed, carried and used firearms to protect their drug trafficking operation from theft, robbery, and competition from rival sellers.  These weapons were possessed, carried and used for various reasons, including but not limited to: to protect the organization's narcotics and the proceeds of drug distribution; to ensure that drug distribution activities were controlled by the defendants and co-conspirators; to intimidate others from distributing cocaine, and cocaine base, also known as crack cocaine, in Congress Park; and to ensure the personal safety of the members of the organization.  It was further part of the conspiracy that members of the conspiracy, both known and unknown to the Grand Jury, knowingly and intentionally perpetrated acts of violence, including murder, against individuals who disrupted, or threatened to disrupt, the operation of the conspiracy, and in retaliation against individuals who perpetrated acts of violence against members of the conspiracy.

(6)     It was further part of the conspiracy that cocaine and cocaine base, also

known as crack cocaine, were processed, cut, packaged, and stored prior to distribution to members

of the conspiracy and/or customers of the conspiracy, in safe locations, known as stash houses,

located in Congress Park and elsewhere in the District of Columbia.  The defendants and unindicted

co-conspirators used these stash houses to store cocaine and cocaine base, also known as crack

cocaine, as well as firearms, in order to avoid their detection.

(7)     It was further part of the conspiracy that its members sought to avoid detection and

investigation by law enforcement authorities by shifting their areas of selling within the members'

selling territory in response to the presence of law enforcement.  Members of the conspiracy also

shifted their areas of selling within the members' selling territory in response to threats from a rival

drug conspiracy operating in the adjoining neighborhood of 10th Place/Trenton Place, Southeast,

Washington, D.C.

## D.     OVERT ACTS

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendants, and

co-conspirators not indicted herein, in various combinations, directly and indirectly, within the

District of Columbia and elsewhere, committed overt acts, including, but not limited to, the

following:

1.     On or about October 30, 1992, in the unit block of Galveston Place, in Southwest,

Washington, D.C., **ANTWUAN BALL, aka Twan, aka Big Ant,** possessed a loaded Arminus .38

caliber revolver.

2.     On or about September 22, 1993, in the 1500 block of Erie Street, in SE, within the

District of Columbia, a co-conspirator not indicted herein possessed a loaded Taurus .9mm semi-

0266

automatic pistol.

3.   On or about November 20, 1993, in the 1300 block of Savannah Street, SE, within the District of Columbia **LUCIOUS FOWLER**, while armed with a firearm, assaulted Ernest Rawles with the intent to murder him because of a dispute over a drug sale, and to maintain and enhance the reputation of the organization.

4.   On or about February 20, 1994, in the 2300 block of Southern Avenue, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **JOSEPH JONES, aka Jo-Jo**, and Kairi Ball, a co-conspirator now deceased, while armed with firearms, assaulted Bradley Carter and other members and associates of the 1-5 Mob, whose identities are known to the grand jury, with the intent to murder them, because leaders of the 1-5 Mob had directed an associate of theirs, Ronnie Middleton, aka Squid, to kill an associate of the Congress Park Crew, Maurice Doleman, aka Reesy.

5.   In or about late 1994 or early 1995, in or around the 1400 block of Congress Street, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and Andre Wilson, aka Boubie, a co-conspirator now deceased, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

6.   In or about late 1994 or early 1995, in or around Robinson Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and another individual who is now deceased and whose identity is known to the Grand Jury, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

7.   On or about August 1, 1995, in the 2300 block of Alabama Avenue, and in the 2700 block of Reynolds Place, in Southeast, Washington, D.C., **ANTWUAN BALL, aka Twan, also known as Big Ant,** possessed a loaded Ruger .9mm semi-automatic pistol.

8.  On or about January 23, 1996, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a firearm, shot and killed Troy Lewis in order to maintain and enhance his reputation in the organization.

9.  In or about June 1996, in or about the 3400 block of 10th Place, SE, within the District of Columbia, David Scott, aka Head, a co-conspirator now deceased, and Jamel Sills, aka Black, a co-conspirator now deceased, assaulted James Davis, a member of the 10th Place/Trenton Place Crew, with the intent to rob him and to enrich the organization.

10.  On or about June 14, 1996, in the 1300 block of Southwest Freeway, in Southeast, Washington, D.C., **ANTWUAN BALL, aka Twan, aka Big Ant,** possessed a loaded Lorcin .9mm semi-automatic pistol.

11.  On or about August 2, 1996, in the 2300 block of Irving Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

12.  On or about August 2, 1996, in the 2300 block of Irving Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed a loaded Highpoint .9 mm semi-automatic pistol.

13.  On or about January 18, 1997, in 3324 6th Street, SE, Apartment 301, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** and **DANIEL COLLINS, aka DC,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

14.  On or about January 18, 1997, in 3324 6th Street, SE, Apartment 301, within the District

0268

of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** and **DANIEL COLLINS, aka DC,**

possessed a loaded Ruger .9 mm semi-automatic pistol, a loaded Intertec .9 mm Luger semi-

automatic pistol, and a .22 caliber Marlin semi-automatic rifle.

15.  On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District

of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-

conspirator now deceased, while armed with firearms, assaulted James Faison, aka Jay-Jay, and John

Ewing, members of the 1-5 Mob, with the intent to murder them.

16.  On or about October 18, 1997, in the 1300 block of Congress Street, SE, within the

District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity

of a mixture and substance containing a detectable amount of cocaine base, also known as crack

cocaine.

17.  On or about December 9, 1997, in the 1300 block of Savannah Place, SE, within the

District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity

of a mixture and substance containing a detectable amount of cocaine base, also known as crack

cocaine.

18.  On or about January 19, 1998, **DAVID WILSON, aka Cool Wop, aka Cootie,** Antonio

Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein, met in

an alley in the area of the 1300 block of Congress Street, SE, in the District of Columbia, and

decided to murder Jack Davis, aka Twin and Devar Chandler, aka D-Lock, and other members and

associates of the 10th Place/Trenton Place Crew, because Davis had killed Congress Park Crew

member David Scott, aka Head, and Chandler had killed Congress Park Crew member Darryl

Gibson, aka Meatball.

USCA Case #11-3031     Document #1445852     Filed: 07/10/2013     Page 279 of 500

19.  On or about January 19, 1998, within the District of Columbia, a co-conspirator not indicted herein supplied another co-conspirator not indicted herein a Ruger .9 millimeter semi-automatic handgun to use to shoot and kill Jack Davis, aka Twin and Devar Chandler, aka D-Lock, and other members and associates of the 10th Place/Trenton Place Crew.

20.  On or about January 19, 1998, in the 1100 block of Trenton Place, SE, in the District of Columbia, Antonio Roberson, aka LT, a co-conspirator now deceased, and two other co-conspirators not indicted herein, while armed with firearms, shot and killed Devar Chandler, aka D-Lock.

21.  On or about January 19, 1998, in the 1100 block of Trenton Place, SE, in the District of Columbia, while armed with firearms, Antonio Roberson, aka LT, a co-conspirator now deceased, and two other co-conspirators not indicted herein, assaulted Jack Davis, aka Twin, with the intent to murder him.

22.  On or about March 24, 1998, in the 100 block of Forrester Street, SW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, while armed with firearms, assaulted Linwood Carpenter, a member of the 10th Place/Trenton Place Crew, with the intent to murder him.

23.  On or about August 17, 1998, in the 1500 block of Congress Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, shot and killed Ronnie Middleton, aka Squid, and Sabrina Bradley.

24.  On or about August or September 1998, in or about the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** directed a co-conspirator not indicted herein to provide law enforcement with a false alibi as to **WILSON's**

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 280 of 500

whereabouts at the time of the murder of Ronnie Middleton, aka Squid, and Sabrina Bradley.

25.  On or about October 26, 1998, in the 3200 block of 15th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

26.  On or about November 9, 1998, in the 1300 block of Savannah Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

27.  On or about December 1998, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, RAYMOND BELL, aka Santuce,** and Antonio Roberson, aka LT, a co-conspirator now deceased, for the purpose of maintaining and enhancing the reputation of the organization, allowed a co-conspirator not indicted herein and whose identity is known to the Grand Jury, to retaliate against Jimmy Cottingham, aka Poobie, who the co-conspirator mistakenly believed was responsible for the theft of his stash of drugs, even though **WILSON**, **BELL** and Roberson knew Cottingham had not stolen the co-conspirator's drugs because **WILSON**, **BELL**, and Roberson had stolen the drugs.

28.  On or about December 26, 1998, in the 3400 block of 13th Place, SE, within the District of Columbia, a co-conspirator not indicted herein, and whose identity is known to the Grand Jury, while armed with a firearm, shot and killed Jimmy Cottingham, aka Poobie, because he mistakenly believed Cottingham was responsible for the theft of his stash of drugs.

29.  On or about August 2, 1999, in the area of Suitland Parkway and Fifth Street, SE, within

0271

the District of Columbia, **JOSEPH JONES,  aka Jo-Jo**, possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

30.  On or about August 16, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

31.   On or about August 16, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

32.  On or about September 20, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

33.  In or about sometime in late 1999 or early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a knife, assaulted a co-conspirator not indicted herein, with the intent to rob him of an Avirex leather coat, and in order to maintain and reinforce his position of leadership within the organization.

34.  In or about sometime in January 2000, John-John Cottingham, an associate of the organization, informed **ANTWUAN BALL, aka Twan, aka Big Ant,** that **DAVID WILSON, aka Cool Wop, aka Cootie,** and another co-conspirator not indicted herein, planned to murder **BALL**.

35.  In or about sometime in early 2000, in or around the 1300 block of Congress Street, SE,

within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed a co-conspirator not indicted herein, that **DAVID WILSON, aka Cool Wop, aka Cootie,** and another co-conspirator not indicted herein, planned to murder **BALL**.

36.  In or about sometime in early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed an individual whose identity is known to the Grand Jury that **DAVID WILSON, aka Cool Wop, aka Cootie,** a co-conspirator not indicted herein, and others, planned to murder **BALL**.

37.  On or about January 29, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, Arnell Johnson, aka Sad Ball, an associate of the organization, shot and killed John Cottingham, aka John-John, an associate of the organization.

38.  On or about January 29, 2000, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed a co-conspirator not indicted herein, that **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein, had persuaded Arnell Johnson, aka Sad Ball, to kill John Cottingham, aka John-John, because Cottingham had told **BALL** about **WILSON's** and the co-conspirator's plan to kill **BALL**.

39.  On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a firearm, assaulted **DAVID WILSON, aka Cool Wop, aka Cootie, PHILLIP WALLACE, aka Phil,** and another co-conspirator not indicted herein, with the intent to rob them of approximately $4,200, approximately two ounces of crack cocaine, and a **Ruger .9 mm semi-automatic pistol**, and in order to maintain and reinforce his position of leadership within the organization.

40.  In or about March 2000, in or around the 1300 block of Congress Street, SE, within the

District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** sold to a co-conspirator not indicted herein the **Ruger .9 mm semi-automatic pistol** that he had taken from **DAVID WILSON, aka Cool Wop, aka Cootie,** during the March 3, 2000 robbery.

41.  On or about sometime in early-to-mid 2000, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** while armed with a firearm, assaulted Anthony Van Scott, aka Cat Eye Tony, with the intent to murder him, over a drug dispute within the organization.

42.  On or about sometime in 2000, in and around 6th Street and Florida Avenue, NW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and a co-conspirator not indicted herein, while armed with a .357 revolver, robbed an individual of his drugs in order to enrich the organization.

43.  On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

44.  On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

45.  On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie and PHILLIP WALLACE, aka Phil,** distributed a mixture and substance purporting to be cocaine base, also known as crack cocaine.

46.  On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District

of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

47.  On or about June 5, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

48.  On or about June 28, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

49.  In or about July 2000, **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein, burglarized a large scale marijuana dealer, who resided in Maryland, of numerous pounds of marijuana, and redistributed it for the purpose of enriching the organization and purchasing larger quantities of cocaine and cocaine base.

50.  On or about July 7, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

51.  On or about July 12, 2000, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** possessed a Smith & Wesson .22 caliber pistol.

52.  On or about July 13, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed with intent to distribute a quantity of a mixture

and substance containing a detectable amount of cocaine base, also known as crack cocaine.

53.  On or about July 18, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, a co-conspirator not indicted herein told a cooperating witness that the co-conspirator had provided quantities of cocaine base, also known as crack cocaine, to **DAVID WILSON, aka Cool Wop, aka Cootie, RAYMOND BELL, aka Santuce,** and to an unindicted co-conspirator.

54.  On or about July 18, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, to an unindicted co-conspirator.

55.  On or about July 27, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

56.  On or about August 23, 2000, **JASMINE BELL, aka Jazz,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

57.  On or about August 23, 2000,  in the 1300 block of Congress Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

58.  On or about August 24, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

59.   On or about August 30, 2000, in the 1300 block of Congress Street and the 1300 block of Savannah Street, SE, within the District of Columbia, **JOSEPH JONES,  aka Jo-Jo,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

60.   On or about September 8, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

61.   On or about October 17, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and **THURSTON**, together with **JASMINE BELL, aka Jazz,** offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

62.   On or about October 26, 2000, in the 1300 block of Savannah Street, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** while armed with a firearm, assaulted Jason Bernard Hall, aka Country's Little Brother, with the intent to murder him, for the purpose of robbing him of his drugs or money, or both.

63.   On or about November 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

64. On or about January 9, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining

17

specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

65.   On or about January 9, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **JOSEPH JONES,  aka Jo-Jo,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

66.   On or about January 18, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and GERALD BAILEY, aka Chow Wow, aka Charlie,** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

67.   On or about January 24, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and PHILLIP WALLACE, aka Phil,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

68.   On or about January 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** informed a cooperating witness that his supply of cocaine base, also known as crack cocaine, was temporarily depleted because **WILSON** had distributed it to his co-conspirators, including **RAYMOND BELL, aka Santuce, and DESMOND THURSTON, aka Dazz;** and agreed to distribute ounce quantities of

0278

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 288 of 500

cocaine base, also known as crack cocaine, to a cooperating witness in the future.

69.  On or about January 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

70.  On or about February 12, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

71.  On or about February 14, 2001, **DAVID WILSON, aka Cool Wop, aka Cootie,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

72.  On or about February 14, 2001, **DAVID WILSON, aka Cool Wop, aka Cootie,** used a telephone to arrange for a co-conspirator to cook his supply of cocaine into cocaine base, also known as crack cocaine.

73.  On or about February 14, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

74.  On or about February 20, 2001, in the 3500 block of Wheeler Road, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

75.  On or about February 20, 2001, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** distributed a mixture and substance containing a

USCA Case #11-3031     Document #1445852        Filed: 07/10/2013      Page 289 of 500

detectable amount of cocaine base, also known as crack cocaine.

76.  On or about March 8, 2001, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

77.  On or about March 15, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

78.  On or about March 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

79.  On or about March 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

80.  On or about March 22, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

81.  On or about March 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

82.  On or about April 5, 2001, in the 3400 block of 13th Place, SE, and in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also

0280

known as crack cocaine.

83.  On or about April 11, 2001, in the 3300 block of 13th Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

84.  On or about April 21, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** while armed with a firearm, assaulted Quentin Milstead, because of a dispute over a drug sale, and to maintain and enhance the reputation of the organization.

85.  On or about April 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

86.  On or about April 30, 2001, in the 3500 block of 7th Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed a loaded Balkal .380 caliber semi-automatic pistol.

87.  On or about June 22, 2001, in 3405 13th Place, SE, Apartment 201, within the District of Columbia, **DANIEL COLLINS, aka DC,** possessed a loaded .9 mm semi-automatic pistol.

88.  On or about July 3, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** and an unindicted co-conspirator possessed two loaded assault rifles, a Thompson semi-automatic carbine and a 7.62 assault rifle.

89.  On or about July 14, 2001, in the 1300 block of Southern Avenue, SE, Washington, D.C., **RAYMOND BELL, aka Santuce,** possessed a loaded Glock 22  .40 caliber semi-automatic pistol.

90.  On or about July 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

91.  On or about July 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

92.  On or about September 5, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** while armed with a firearm, assaulted Keith Barnett over a gambling and money dispute within the organization.

93.  On or about October 23, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

94.  On or about November 15, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** and an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

95.  On or about November 21, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

96.  On or about November 28, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** and an unindicted co-conspirator possessed with

intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine

base, also known as crack cocaine.

97.  On or about November 28, 2001, in the 3300 block of 10th Place, SE, within the District

of Columbia, **RAYMOND BELL, aka Santuce,** possessed a loaded Intertec .9 mm semi-automatic

pistol, also known as a Tek-9.

98.  On or about December 19, 2001, in the 3400 block of 13th Place, SE, within the District

of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** distributed a mixture and substance

containing a detectable amount of cocaine base, also known as crack cocaine.

99.  On or about December 20, 2001, in the 3400 block of 13th Place, SE, within the District

of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing a

detectable amount of cocaine base, also known as crack cocaine.

100.  In or about 2002, in or around the 1300 block of Hobart Street, NW, in the District of

Columbia, Antonio Roberson, aka LT, a co-conspirator now deceased, and two co-conspirators not

indicted herein, while armed with a .9 mm semi-automatic pistol and a Glock .9 mm semi-automatic

pistol, robbed individuals of their money and drugs in order to further enrich the organization.

101.  On or about January 4, 2002, in the in the 3400 block of 13th Place, SE, within the

District of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing

a detectable amount of cocaine base, also known as crack cocaine.

102.  In or about sometime in 2002, in or around the 1300 block of Congress Street, SE,

within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **GREGORY**

**BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo,** and co-conspirators not indicted

herein, agreed to kill any member or associate of the conspiracy cooperating with law enforcement

against any other member or associate the conspiracy.

103.  On or about February 9, 2002, in the 4300 block of 4th Street, in Southeast, Washington, D.C., **PHILLIP WALLACE, aka Phil,** possessed a loaded Davis Industries .380 caliber semi-automatic pistol.

104.  On or about May 8, 2002, in the 3400 block of 13th Place, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

105.  In or about August 2002, **DANIEL COLLINS, aka DC,** supplied **DOMINIC SAMUELS, aka Don, aka Dom,** with a firearm that was subsequently used to shoot and kill Jamel Sills, aka Black.

106.  On or about August 27, 2002, in the 3400 block of 13th Place, SE, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** while armed with a firearm, shot and killed Jamel Sills, aka Black, because Sills had stolen **SAMUELS'** firearm.

107.  In or about sometime between August 27, 2002 and September 14, 2002, **DANIEL COLLINS, aka, DC** retrieved the firearm **DOMINIC SAMUELS, aka Don, aka Dom,** used to shoot and kill Jamel Sills, aka Black, and hid the firearm at 3401 Congress Place, Apartment 101, SE, within the District of Columbia.

108.  In or about December 2002, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, directed, threatened, intimidated, or persuaded Witnesses ## 1-3 to the murder of Jamel Sills, aka Black, in the D.C. Superior Court Case of United States v. Jamal Sills, F-7902-02, not to cooperate with law enforcement.

109.  In or about January 2003, **ANTWUAN BALL, aka Twan, aka Big Ant**, threatened

0284

to kill a co-conspirator not indicted herein because he was cooperating with law enforcement as a witness to the murder of Jamel Sills, aka Black, in the D.C. Superior Court Case of United States v. Jamal Sills, F-7902-02.

110.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant,** directed **JOSEPH JONES, aka Jo-Jo** to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

111.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant** directed a co-conspirator not indicted herein to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

112.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant** directed a co-conspirator not indicted herein to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

113.  On or about June 18, 2003, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, provided false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

114.  On or about August 11, 2003, at or around the intersection of 14th Place and Savannah Place Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of

0285

cocaine base, also known as crack cocaine.

115.   On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant, and JOSEPH JONES, aka Jo-Jo**, while armed with a knife, assaulted Michael Smallwood, a member of the rival 14th Street Crew, with the intent to murder him.

116.   On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, co-conspirators known and unknown to the grand jury, retrieved firearms from **DESMOND THURSTON's, aka Dazz,** vehicle, and while armed with firearms, assaulted Travon Shaw, Monte Owens, and Anthony Owens, members of the rival 14th Street Crew, with the intent to murder them.

117.   On or about November 18, 2003, in the 1300 block of Congress Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** and an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

118.   On or about April 3, 2004, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie,** while armed with firearms, shot and killed Travon Shaw, because Shaw had previously attempted to kill **BALL**.

119.   On or about April 4, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** directed, threatened, intimidated, or persuaded Witness #4, a witness to the murder of Travon Shaw, not to cooperate with law enforcement.

120.  On or about April 21, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

121.  Sometime after April 2004, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** apologized to **ANTWUAN BALL, aka Twan, aka Big Ant,** for killing Jamel Sills, aka Black, without **SAMUELS** having received permission from **BALL** to commit the murder.

122.  On or about August 4, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

123.  On or about August 4, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

124.  On or about August 11, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

125.  On or about August 11, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

126.  On or about August 23, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

127.  On or about August 23, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance

0287

containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

128.  On or about August 30, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

129.  On or about August 30, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

130.  On or about September 1, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

131.  On or about October 1, 2004, in the 3400 block of 13th Place, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

132.  On or about October 4, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

133.  On or about October 4, 2004, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted

0288

herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the co-conspirator agreed to distribute in the future to a cooperating witness a quantity of cocaine base, also known as crack cocaine.

134.  On or about January 26, 2005, **MARCUS SMITH, aka Mick,** and a co-conspirator not indicted herein used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

135.  On or about January 26, 2005, in the 3400 block of 13th Place, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** and a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

136.  On or about February 10, 2005, in the 1300 block of Congress Place, SE, within the District of Columbia, **PHILLIP WALLACE, aka Phil,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

137.  On or about June 5, 2005, in the District of Columbia Jail, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** attempted to distribute a quantity of a mixture and substance containing a detectable amount of heroin to **DAVID WILSON, aka Cool Wop, aka Cootie,** in order to enrich the organization.

(**Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

0289

## COUNT TWO

## RICO CONSPIRACY

A.   **THE ENTERPRISE**

1.      From in or about sometime in 1992, up through and including at least sometime in March

2005, defendants **ANTWUAN BALL, aka Twan, aka Big Ant** and **DAVID WILSON, aka**

**Cool Wop, aka Cootie,** headed a criminal organization which was based in the District of

Columbia and which operated in various locations including, but not limited to, in and

around the Congress Park Public Housing Complex neighborhood, which includes but is not

limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300

block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah

Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks

and alleys surrounding this area, all in the District of Columbia.  The organization, including

its leadership, membership, and associates, constituted an enterprise, as defined by Title 18,

United States Code, Section 1961(4), that is a group of individuals associated in fact.  The

enterprise constituted an ongoing organization whose members functioned as a continuing

unit for a common purpose of achieving the objectives of the enterprise.  The enterprise was

engaged in, and its activities affected interstate and foreign commerce.  The enterprise

operated in the District of Columbia, the State of Maryland, and elsewhere.

2.      A principal goal of the organization was to obtain money and other things of value.  It was

a further goal of the organization to traffic in controlled substances, including cocaine and

cocaine base, also known as crack cocaine, and to commit acts of murder, burglary, robbery,

assaults and other acts of violence for the following purposes, among others: to enrich the enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to prevent and retaliate against acts of violence perpetrated against the enterprise and its members; to promote and enhance the reputation and standing of the enterprise and its members.

B.   **ROLES OF THE DEFENDANTS**

The enterprise members included, but were not limited to:

3.       **ANTWUAN BALL, aka Twan, aka Big Ant and DAVID WILSON, aka Cool Wop, aka Cootie,** were the leaders of the organization.   Beginning sometime in 1992, **ANTWUAN BALL, aka Twan, aka Big Ant,** together with friends, family members and individuals known to him from the organization's area distributed controlled substances, including cocaine and cocaine base, also known as crack cocaine, in Congress Park.

4.       Sometime in the mid 1990s, **DAVID WILSON, aka Cool Wop, aka Cootie,** became a leader in the distribution of cocaine and cocaine base in Congress Park. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** obtained quantities of cocaine and cocaine base from varying sources and redistributed that cocaine and cocaine base, to other members of the organization to distribute and sold it directly to customers of the organization. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** and other members of the organization distributed cocaine and crack cocaine in the Congress Park area that the organization controlled, and

0291

they at times assisted each other in controlling the Congress Park neighborhood to promote the drug distribution venture, and at other times competed with each other for leadership positions within the organization.

5.      **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** directed, procured and participated in acts of violence in order to further the purposes of the organization. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** personally committed murders and assaults to further the purposes of the organization. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** also solicited other co-conspirators to commit murder, assaults, robberies, and other acts of violence to further the organization's purposes.

6.      **GREGORY BELL, aka Boy-Boy, aka Bunga,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **GREGORY BELL, aka Boy-Boy, aka Bunga,** at times functioned as a 'lieutenant' for **ANTWUAN BALL, aka Twan, aka Big Ant,** and committed and aided and abetted several specific acts of violence committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and other members of the organization in order to further the goals of the organization. **GREGORY BELL, aka Boy-Boy, aka Bunga,** also acted to obstruct the investigations of law enforcement into violent acts committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and other members of the organization. **GREGORY BELL, aka Boy-Boy, aka Bunga,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public

0292

housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

7.      **JOSEPH JONES, aka Jo-Jo,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **JOSEPH JONES, aka Jo-Jo,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.  **JOSEPH JONES, aka Jo-Jo,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

8.      **DOMINIC SAMUELS, aka Don, aka Dom,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **DOMINIC SAMUELS, aka Don, aka Dom,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.  **DOMINIC SAMUELS, aka Don, aka Dom,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

9.      **GERALD BAILEY, aka Chow Wow, aka Charlie,** was a member of the organization,

0293

and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia.

10. **JASMINE BELL, aka Jazz,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **JASMINE BELL, aka Jazz,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **JASMINE BELL, aka Jazz,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

11. **RAYMOND BELL, aka Santuce,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **RAYMOND BELL, aka Santuce,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **RAYMOND BELL, aka Santuce,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

12. **NEWETT VINCENT FORD,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in

0294

the Congress Park area of the District of Columbia.

13.      **LUCIOUS FOWLER**, was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia.

14.      **ARTHUR HANDON, aka Jay,** was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **ARTHUR HANDON, aka Jay,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

15.      **MARCUS SMITH, aka Mick,** was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **MARCUS SMITH, aka Mick,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

16.      **DESMOND THURSTON, aka Dazz,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **DESMOND THURSTON, aka Dazz,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **DESMOND THURSTON, aka Dazz,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress

Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

17.      **PHILLIP WALLACE, aka Phil,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **PHILLIP WALLACE, aka Phil,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **PHILLIP WALLACE, aka Phil,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

18.      **DANIEL COLLINS, aka DC**, was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **DANIEL COLLINS, aka DC,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

C.   THE RICO CONSPIRACY

19.  From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia and elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow Wow, aka Charlie, JASMINE BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT VINCENT**

**FORD, LUCIOUS FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH, aka Mick, DESMOND THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil,** and **DANIEL COLLINS, aka DC,** being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5).

20.     It was further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

D.     THE PATTERN OF RACKETEERING ACTIVITY

21.     The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisted of the following acts:

Racketeering Act 1: Acts Involving Dealing in a Controlled Substance (Conspiracy)

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow Wow, aka Charlie, JASMINE BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH, aka Mick, DESMOND**

0297

**THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil,** and **DANIEL COLLINS, aka DC,**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with

each other, with co-conspirators not indicted herein, and with others known and unknown to the

Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to

distribute narcotic controlled substances, in violation of Title 21, United States Code, Sections

841(a)(1) and 846, as set forth more fully in Count One of this Indictment, which is realleged and

incorporated by reference herein.

Racketeering Acts 2-43:  Acts Involving Dealing in a Controlled Substance (Distribution)

On or about the dates set forth below, in the District of Columbia, the defendants named

below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States

Code, Section 2, unlawfully, knowingly and intentionally distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic

drug controlled substance, as more fully set forth in the specified Counts set forth below and in the

specified Overt Acts of Count One, which are realleged and incorporated by reference herein:

| Act | Defendant or Co-Conspirator | Nature of Offense/Date | Count or Overt Act | Violation |
|-----|------------------------------|-------------------------|---------------------|-----------|
| 2   | **DAVID WILSON & DESMOND THURSTON** | Dist. Cocaine Base (5/16/2000) | Ct. 3 | 21 U.S.C. §841(a)(1) |
| 3   | **JASMINE BELL** | Dist. Cocaine Base (5/16/2000) | Ct. 4 | 21 U.S.C. §841(a)(1) |
| 4   | **DAVID WILSON** | Dist. Cocaine Base (5/25/2000) | Ct. 5 | 21 U.S.C. §841(a)(1) |

0298

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 308 of 500

| 5 | **GREGORY BELL** | Dist. Cocaine Base (6/5/2000) | Ct. 6 | 21 U.S.C. §841(a)(1) |
| 6 | **DAVID WILSON** | Dist. Cocaine (6/28/2000) | Ct. 7 | 21 U.S.C. §841(a)(1) |
| 7 | **DAVID WILSON** | Dist. Cocaine (7/7/2000) | Ct. 8 | 21 U.S.C. §841(a)(1) |
| 8 | **ANTWUAN BALL** | Dist. Cocaine Base (7/18/2000) | Ct. 9 | 21 U.S.C. §841(a)(1) |
| 9 | **GREGORY BELL** | Dist. Cocaine Base (7/27/2000) | Ct. 10 | 21 U.S.C. §841(a)(1) |
| 10 | **JASMINE BELL** | Dist. Cocaine Base (8/23/2000) | Ct. 11 | 21 U.S.C. §841(a)(1) |
| 11 | **JOSEPH JONES** | Dist. Cocaine Base (8/30/2000) | Ct. 12 | 21 U.S.C. §841(a)(1) |
| 12 | **DANIEL COLLINS** | Dist. Cocaine Base (9/8/00) | Ct. 13 | 21 U.S.C. §841(a)(1) |
| 13 | **DAVID WILSON & DESMOND THURSTON** | Dist. Cocaine Base (10/17/2000) | Ct. 14 | 21 U.S.C. §841(a)(1) |
| 14 | **GREGORY BELL** | Dist. Cocaine Base (11/16/2000) | Ct. 15 | 21 U.S.C. §841(a)(1) |
| 15 | **GREGORY BELL** | Dist. Cocaine Base (1/9/01) | Ct. 16 | 21 U.S.C. §841(a)(1) |

0299

| 16 | **JOSEPH JONES** | Dist. Cocaine Base (1/9/01) | Ct. 17 | 21 U.S.C. §841(a)(1) |
| 17 | **GREGORY BELL & GERALD BAILEY** | Dist. Cocaine Base (1/18/2001) | Ct. 18 | 21 U.S.C. §841(a)(1) |
| 18 | **DAVID WILSON & PHILLIP WALLACE** | Dist. Cocaine Base (1/24/2001) | Ct. 19 | 21 U.S.C. §841(a)(1) |
| 19 | **DESMOND THURSTON** | Dist. Cocaine Base (1/26/2001) | Ct. 20 | 21 U.S.C. §841(a)(1) |
| 20 | **LUCIOUS FOWLER** | Dist. Cocaine Base (2/12/2001) | Ct. 21 | 21 U.S.C. §841(a)(1) |
| 21 | **DAVID WILSON** | Dist. Cocaine Base (2/14/01) | Ct. 22 | 21 U.S.C. §841(a)(1) |
| 22 | **LUCIOUS FOWLER** | Dist. Cocaine Base (2/20/2001) | Ct. 23 | 21 U.S.C. §841(a)(1) |
| 23 | **ARTHUR HANDON** | Dist. Cocaine Base (2/20/2001) | Ct. 24 | 21 U.S.C. §841(a)(1) |
| 24 | **ARTHUR HANDON** | Dist. Cocaine Base (3/8/2001) | Ct. 25 | 21 U.S.C. §841(a)(1) |
| 25 | **LUCIOUS FOWLER** | Dist. Cocaine Base (3/15/2001) | Ct. 26 | 21 U.S.C. §841(a)(1) |
| 26 | **DAVID WILSON** | Dist. Cocaine Base (3/20/2001) | Ct. 27 | 21 U.S.C. §841(a)(1) |

0300

USCA Case #11-3031   Document #1445852   Filed: 07/10/2013   Page 310 of 500

| 27 | **GERALD BAILEY** | Dist. Cocaine Base (3/20/2001) | Ct. 28 | 21 U.S.C. §841(a)(1) |
| 28 | **NEWETT V. FORD** | Dist. Cocaine Base (3/22/2001) | Ct. 29 | 21 U.S.C. §841(a)(1) |
| 29 | **LUCIOUS FOWLER** | Dist. Cocaine Base (3/26/2001) | Ct. 30 | 21 U.S.C. §841(a)(1) |
| 30 | **DAVID WILSON** | Dist. Cocaine Base (4/5/2001) | Ct. 31 | 21 U.S.C. §841(a)(1) |
| 31 | **NEWETT V. FORD** | Dist. Cocaine Base (4/11/2001) | Ct. 32 | 21 U.S.C. §841(a)(1) |
| 32 | **DAVID WILSON** | Dist. Cocaine Base (4/26/2001) | Ct. 33 | 21 U.S.C. §841(a)(1) |
| 33 | **ANTWUAN BALL** | Dist. Cocaine Base (7/26/2001) | Ct. 34 | 21 U.S.C. §841(a)(1) |
| 34 | **DOMINIC SAMUELS** | Dist. Cocaine Base (12/19/2001) | Ct. 36 | 21 U.S.C. §841(a)(1) |
| 35 | **DANIEL COLLINS** | Dist. Cocaine Base (12/20/2001) | Ct. 37 | 21 U.S.C. §841(a)(1) |
| 36 | **DANIEL COLLINS** | Dist. Cocaine Base (1/4/2002) | Ct. 38 | 21 U.S.C. §841(a)(1) |

0301

USCA Case #11-3031      Document #1445852        Filed: 07/10/2013      Page 311 of 500

| 37 | **DESMOND THURSTON** | Dist. Cocaine Base (11/18/2003) | Ct. 39 | 21 U.S.C. §841(a)(1) |
| 38 | **RAYMOND BELL** | Dist. Cocaine Base (8/4/20004) | Ct. 41 | 21 U.S.C. §841(a)(1) |
| 39 | **RAYMOND BELL** | Dist. Cocaine Base (8/11/2004) | Ct. 42 | 21 U.S.C. §841(a)(1) |
| 40 | **RAYMOND BELL** | Dist. Cocaine Base (8/23/2004) | Ct. 43 | 21 U.S.C. §841(a)(1) |
| 41 | **GREGORY BELL & RAYMOND BELL** | Dist. Cocaine Base (8/30/2004) | Ct. 44 | 21 U.S.C. §841(a)(1) |
| 42 | **GREGORY BELL** | Dist. Cocaine Base (10/4/2004) | Ct. 47 | 21 U.S.C. §841(a)(1) |
| 43 | **MARCUS SMITH** | Dist. Cocaine Base (1/26/2005) | Ct. 48 | 21 U.S.C. §841(a)(1) |

Racketeering Acts 44-50:        Acts Involving Dealing in a Controlled Substance
                                (Possession with Intent to Distribute)

On or about the dates set forth below, in the District of Columbia, and elsewhere, the

defendants named below, in violation of Title 21, United States Code, Section 841(a)(1), and Title

18, United States Code, Section 2, unlawfully, knowingly and intentionally did possess with intent

to distribute a mixture and substance containing a detectable amount of cocaine base, also known

as crack cocaine, a Schedule II narcotic drug controlled substance, as more fully set forth below in

the specified Counts set forth below and in the specified Overt Acts of Count One, which are

0302

realleged and incorporated by reference herein:

| Act | Defendant or Co-Conspirator | Nature of Offense/Date | Count or Overt Act | Violation |
|-----|------------------------------|-------------------------|---------------------|-----------|
| 44 | **GREGORY BELL** | PWID Cocaine Base 8/2/1996 | Overt 11 Act | 21 U.S.C.841 (a)(1) |
| 45 | **DOMINIC SAMUELS & DANIEL COLLINS** | PWID Cocaine Base (1/18/1997) | Overt 13 Act | 21 U.S.C. §841(a)(1) |
| 46 | **RAYMOND BELL** | PWID Cocaine Base (11/28/2001) | Ct. 35 | 21 U.S.C. §841 (a)(1) |
| 47 | **LUCIOUS FOWLER** | PWID Cocaine Base (4/21/2004) | Ct. 40 | 21 U.S.C. §841(a)(1) |
| 48 | **GREGORY BELL & RAYMOND BELL** | PWID Cocaine Base (9/1/2004) | Ct. 45 | 21 U.S.C.§841(a)(1) |
| 49 | **GERALD BAILEY** | PWID Cocaine Base (10/1/2004) | Ct. 46 | 21 U.S.C.§841(a)(1) |
| 50 | **PHILLIP WALLACE** | PWID Cocaine Base (2/10/2005) | Ct. 49 | 21 U.S.C.§841 (a)(1) |

0303

Racketeering Acts 51-71:        Acts Involving Murder

Racketeering Act 51

Conspiracy to Murder Ronnie Middleton, aka Squid,
and other Members and Associates of the 1-5 Mob

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 51:

(a)      From on or about November 21, 1993 to on or about August 17, 1998 in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **DAVID WILSON, aka Cool Wop, aka Cootie, JOSEPH JONES, aka Jo-Jo, DESMOND THURSTON, aka Dazz,** Kairi Ball, a co-conspirator now deceased, Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to murder Ronnie Middleton, aka Squid, Bradley Carter, and other members and associates of the 1-5 Mob, in violation of 22 D.C. Code §§ 2101, 2103, 4502.

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to murder Ronnie Middleton, aka Squid, and other members and associates of the 1-5 Mob, in order to seek revenge for the November 21, 1993 murder of Maurice Dolman, aka Reesy, an associate of the Congress Park Crew, and to retaliate for armed assaults against the defendants, and other members and associates of their organization.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt

acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are

realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 4, 5, 6, 15, 23.

(Conspiracy to Commit Murder, in violation of Title 22, D.C. Code, Section 1805(a))

Racketeering Act 52

Assault with Intent to Murder Bradley Carter

_____On or about February 20, 1994, in the 2300 block of Southern Avenue, SE, in the District

of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **JOSEPH JONES, aka Jo-Jo**, and

Kairi Ball, a co-conspirator now deceased, did commit an act involving murder, that is, while armed

with firearms, assaulted Bradley Carter with the intent to murder him, in violation of 22 D.C. Code

Sections 403, 4502, and 1805.

Racketeering Act 53

January 23, 1996 Murder of Troy Lewis

On or about January 23, 1996, in the District of Columbia, **ANTWUAN BALL, aka Twan,
aka Big Ant,** while armed with a firearm, purposely and with deliberate and premeditated malice,

killed Troy Lewis, by shooting him with a firearm on or about January 23, 1996, thereby causing

injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code

Sections 2101 and 4502.

Racketeering Act 54

Conspiracy to Murder Jack Davis and Devar Chandler and other
Members and Associates of the 10th Place/Trenton Place Crew

From in or about sometime in September 1996 to at least June 16, 1998, in the District of

Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka**

**Cootie, DESMOND THURSTON, aka Dazz,** Antonio Roberson, aka LT, a co-conspirator now

deceased, and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine,

conspire, confederate, and agree together to murder Jack Davis, a/k/a Twin, Devar M. Chandler,

a/k/a D-Lock, and other members and associates of the 10th Place/Trenton Place Crew, in violation

of 22 D.C. Code §§ 2101 and 4502.

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted

herein, to murder members and associates of the 10th Place/Trenton Place Crew, including Jack

Davis, a/k/a Twin, and Devar M. Chandler, a/k/a D-Lock, in order to retaliate for armed assaults of

the defendants and their associates, and for the murders of David Scott, aka Head and Darryl Gibson,

aka Meatball, aka Little Darryl, who were members of the Congress Park Crew.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and

co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt

acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are

realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 18, 19, 20, 21, 22.

(Conspiracy to Commit Murder, in violation of Title 22, D.C. Code, Section 1805(a))

Racketeering Act 55

### Assaults with Intent to Murder James Faison and John Ewing

_____The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 55:_

(a) On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted James Faison, aka Jay-Jay, with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

_____(b) On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted John Ewing with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 56

### Assault with Intent to Murder Linwood Carpenter

_____On or about March 24, 1998, in an alley in the 100 block of Forrester Street, SW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms,

assaulted Linwood Carpenter with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 57

August 17, 1998 Murder of Sabrina Bradley

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Bradley, by shooting her with firearms on or about August 16, 1998, thereby causing injuries from which Sabrina Bradley, died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Act 58

August 17, 1998 Murder of Ronnie Middleton

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Ronnie Middleton, aka Squid, by shooting him with firearms on or about August 17, 1998, thereby causing injuries from which Ronnie Middleton, died on or about August 17, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

0308

Racketeering Act 59

### Assault with Intent to Murder Anthony Van Scott

_____On or about sometime in early 2000, in the 3200 block of 13th Street, SE, in the District of Columbia, **ARTHUR HANDON, aka Jay**, did commit an act involving murder, that is, while armed with a firearm, assaulted Anthony Van Scott, aka Cat Eye Tony, with the intent to murder him, in violation of 22 D.C. Code Sections 403 and 4502.

Racketeering Act 60

### Assault with Intent to Murder Jason Hall

_____On or about October 26, 2000, in the 1300 block of Savannah Street, SE, in the District of Columbia, **MARCUS SMITH, aka Mick**, did commit an act involving murder, that is, while armed with a firearm, assaulted Jason Hall, with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 61

### Assault with Intent to Murder Quentin Milstead

_____On or about April 21 2001, in the 1300 block of Congress Street, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, did commit an act involving murder, that is, while armed with a firearm, assaulted Quentin Milstead with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 62

### August 27, 2002 Murder of Jamel Sills

On or about August 27, 2002, in the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed

Jamel Sills, aka Black, by shooting him with a firearm on or about August 27, 2002, thereby causing injuries from which Jamel Sills, aka Black, died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

Racketeering Act 63

Assault with Intent to Murder Michael Smallwood

_____On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, **JOSEPH JONES, aka Jo-Jo**,  did commit an act involving murder, that is, while armed with a knife, assaulted Michael Smallwood with the intent to murder him, in violation of 22 D.C. Code Sections 403 and 4502.

Racketeering Act 64

Assault with Intent to Murder
Trevon Shaw, Monte Owens, and Anthony Owens

_____The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 64:

_____(a) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Trevon Shaw with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

(b) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Monte Owens with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

50

(c) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators, known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Anthony Owens with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 65

### April 3, 2004 Murder of Travon Shaw

_____On or about April 3, 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Travon Shaw, by shooting him with a firearm on or about April 3, 2004, thereby causing injuries from which Travon Shaw, died on or about April 3, 2004, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Acts 66-68:       Acts Involving Witness Tampering

Racketeering Act 66

### Conspiracy to Tamper With Witnesses

From July 30, 2002 to in or about at least April 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **GREGORY BELL, aka Boy-Boy, aka Bunga**, **JOSEPH JONES, aka Jo-Jo,** and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to knowingly use intimidation and physical force, and to threaten and corruptly persuade witnesses to the murder of Jamel Sills, aka Black, and Travon Shaw, with intent to influence, delay, or prevent the testimony of the witnesses in an official proceeding, and to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible

51

0311

commission of a Federal offense, in violation of Title 18, United States Code, Sections 1512(b)(1) and 1512(b)(3).

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to tamper with witnesses to the murders of Jamel Sills, aka Black, committed by **DOMINIC SAMUELS, aka Don, aka Dom,** to tamper with witnesses to the murder of Travon Shaw, committed by **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie**, and to tamper with witnesses to other criminal acts committed by members and associates of the organization, in order to prevent the arrest and conviction of the defendants and co-conspirators not indicted herein, for engaging in an illegal enterprise and conspiracy that they suspected they were being investigated.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 108, 109, 110, 111, 112, 113, 119.

(**Conspiracy to Tamper with a Witness, Victim, or an Informant**, in violation of Title 18, United States Code, Section 1512(k))

0312

Racketeering Act 67

Tampering with Witnesses to Murder of Jamel Sills, aka Black

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 67:

_____(a) In or about December, 2002, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded Witnesses ##1-3, witnesses to the murder of Jamel Sills, aka Black, with intent to influence, delay, or prevent the testimony of Witnesses ##1-3 in an official proceeding in violation of Title 18, United States Code, Section 1512(b)(1).

(b)  In or about December, 2002, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded Witnesses ##1-3, witnesses to the murder of Jamel Sills, aka Black, with intent to prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

Racketeering Act 68

Tampering with Witnesses to Murder of Jamel Sills, aka Black

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 68:

_____(a)       In or about January 2003, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded a co-conspirator not indicted herein, witness to the murder of Jamel Sills, aka Black, with

intent to influence, delay, or prevent the testimony of the co-conspirator in an official proceeding in violation of Title 18, United States Code, Section 1512(b)(1).

_____(b)      In or about January 2003, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded a co-conspirator not indicted herein, witness to the murder of Jamel Sills, aka Black, with intent to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

Racketeering Act 69:   Act Involving Robbery

Armed Robbery of David Wilson and an Unindicted Co-Conspirator

The defendant named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 69:

(a) On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a pistol, committed an act involving robbery, in that he, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of **DAVID WILSON, aka Cool Wop, aka Cootie**, property of value belonging to that person, consisting of cocaine base, also known as crack cocaine, U.S. Currency, and a firearm, in violation of 22 D.C. Code Sections 2801 and 4502.

_____(b) On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a pistol, committed an act involving robbery, in that he, by force and violence, against resistance and by putting in fear,

USCA Case #11-3031      Document #1445852        Filed: 07/10/2013      Page 324 of 500

stole and took from the person and from the immediate actual possession of a co-conspirator not

indicted herein, property of value belonging to that person, consisting of cocaine base, also known

as crack cocaine, U.S. currency, and a firearm, in violation of 22 D.C. Code Sections 2801 and 4502.

(**Conspiracy to Participate in Racketeer Influenced Corrupt  Organization**, in violation
of Title 18, United States Code, Section 1962(d))

### COUNTS THREE TO FORTY-NINE

### DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE

On or about the dates set forth below, within the District of Columbia, the defendants named

below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States

Code, Section 2:

### COCAINE BASE, ALSO KNOWN AS CRACK COCAINE

(a)     unlawfully, knowingly and intentionally distributed, or possessed with intent

to distribute a mixture and substance containing a detectable amount of

cocaine base, also known as crack cocaine, a Schedule II narcotic controlled

substance, and the amount of said mixtures and substances was a detectable

amount, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C);

(b)      unlawfully, knowingly and intentionally distribute cocaine base, also known

as crack cocaine, a Schedule II narcotic controlled substance, and the amount

of said mixture and substance was 5 grams or more, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii);

as set forth in the specified Counts set forth below and in the specified Overt Acts of Count One,

which are realleged and incorporated by reference herein:

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 3<br><br>OA: 43 | **DAVID WILSON**<br><br>**and**<br><br>**DESMOND THURSTON** | Dist. Cocaine Base<br><br>5/16/2000 | 21 U.S.C. §841(a)(1); |
| 4<br><br>OA: 44 | **JASMINE BELL** | Dist. Cocaine Base<br><br>5/16/2000 | 21 U.S.C. §841(a)(1); |
| 5<br><br>OA: 46 | **DAVID WILSON** | Dist. Cocaine Base<br><br>5/25/2000 | 21 U.S.C. §841(a)(1); |
| 6<br><br>OA: 47 | **GREGORY BELL** | Dist. Cocaine Base<br><br>6/5/00 | 21 U.S.C. §841(a)(1); |
| 7<br><br>OA: 48 | **DAVID WILSON** | Dist. Cocaine Base<br><br>6/28/00 | 21 U.S.C. §841(a)(1); |
| 8<br><br>OA: 50 | **DAVID WILSON** | Dist. Cocaine Base<br><br>7/7/00 | 21 U.S.C. §841(a)(1); |
| 9<br><br>OA: 54 | **ANTWUAN BALL** | Dist. Cocaine Base<br><br>7/18/00 | 21 U.S.C. §841(a)(1); |
| 10<br><br>OA: 55 | **GREGORY BELL** | Dist. Cocaine Base<br><br>7/27/00 | 21 U.S.C. §841(a)(1); |

0316

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 11<br><br>OA: 57 | **JASMINE BELL** | Dist. Cocaine Base<br><br>8/23/00 | 21 U.S.C. §841(a)(1); |
| 12<br><br>OA: 59 | **JOSEPH JONES** | Dist. Cocaine Base<br><br>8/30/00 | 21 U.S.C. §841(a)(1); |
| 13<br><br>OA: 60 | **DANIEL COLLINS** | Dist. Cocaine Base<br><br>9/8/00 | 21 U.S.C. §841(a)(1); |
| 14<br><br>OA: 61 | **DAVID WILSON**<br><br>**and**<br><br>**DESMOND THURSTON** | Dist. Cocaine Base<br><br>10/17/00 | 21 U.S.C. §841(a)(1); |
| 15<br><br>OA: 63 | **GREGORY BELL** | Dist. Cocaine Base<br><br>11/16/00 | 21 U.S.C. §841(a)(1); |
| 16<br><br>OA: 64 | **GREGORY BELL** | Dist. Cocaine Base<br><br>1/9/01 | 21 U.S.C. §841(a)(1); |
| 17<br><br>OA: 65 | **JOSEPH JONES** | Dist. Cocaine Base<br><br>1/9/01 | 21 U.S.C. §841(a)(1); |
| 18<br><br>OA: 66 | **GREGORY BELL**<br><br>**and**<br><br>**GERALD BAILEY** | Dist. Cocaine Base<br><br>1/18/01 | 21 U.S.C. §841(a)(1); |

0317

| Count/<br>OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 19<br><br>OA: 67 | **DAVID WILSON**<br><br>**and**<br><br>**PHILLIP WALLACE** | Dist. of 5 Grams or More of Cocaine Base<br><br>1/24/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 20<br><br>OA: 69 | **DESMOND THURSTON** | Dist. Cocaine Base<br><br>1/26/01 | 21 U.S.C. §841(a)(1); |
| 21<br><br>OA: 70 | **LUCIOUS FOWLER** | Dist. Cocaine Base<br><br>2/12/01 | 21 U.S.C. §841(a)(1); |
| 22<br><br>OA: 73 | **DAVID WILSON** | Dist. of 5 Grams or More of Cocaine Base<br><br>2/14/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 23<br><br>OA: 74 | **LUCIOUS FOWLER** | Dist. Cocaine Base<br><br>2/20/01 | 21 U.S.C. §841(a)(1); |
| 24<br><br>OA: 75 | **ARTHUR HANDON** | Dist. Cocaine Base<br><br>2/20/01 | 21 U.S.C. §841(a)(1); |
| 25<br><br>OA: 76 | **ARTHUR HANDON** | Dist. Cocaine Base<br><br>3/8/01 | 21 U.S.C. §841(a)(1); |
| 26<br><br>OA: 77 | **LUCIOUS FOWLER** | Dist. Cocaine Base<br><br>3/15/01 | 21 U.S.C. §841(a)(1); |
| 27<br><br>OA: 78 | **DAVID WILSON** | Dist. Cocaine Base<br><br>3/20/01 | 21 U.S.C. §841(a)(1); |

0318

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 328 of 500

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 28<br><br>OA: 79 | **GERALD BAILEY** | Dist. Cocaine Base<br><br>3/20/01 | 21 U.S.C. §841(a)(1); |
| 29<br><br>OA: 80 | **NEWETT V. FORD** | Dist. Cocaine Base<br><br>3/22/01 | 21 U.S.C. §841(a)(1); |
| 30<br><br>OA: 81 | **LUCIOUS FOWLER** | Dist. Cocaine Base<br><br>3/26/01 | 21 U.S.C. §841(a)(1); |
| 31<br><br>OA: 82 | **DAVID WILSON** | Dist. Cocaine Base<br><br>4/5/01 | 21 U.S.C. §841(a)(1); |
| 32<br><br>OA: 83 | **NEWETT V. FORD** | Dist. Cocaine Base<br><br>4/11/01 | 21 U.S.C. §841(a)(1); |
| 33<br><br>OA: 85 | **DAVID WILSON** | Dist. Cocaine Base<br><br>4/26/01 | 21 U.S.C. §841(a)(1); |
| 34<br><br>OA: 91 | **ANTWUAN BALL** | Dist. of 5 Grams or More of Cocaine Base<br><br>7/26/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 35<br><br>OA: 96 | **RAYMOND BELL** | PWID Cocaine Base<br><br>11/28/01 | 21 U.S.C. §841(a)(1); |
| 36<br><br>OA: 98 | **DOMINIC SAMUELS** | Dist. Cocaine Base<br><br>12/19/01 | 21 U.S.C. §841(a)(1); |
| 37<br><br>OA: 99 | **DANIEL COLLINS** | Dist. Cocaine Base<br><br>12/20/01 | 21 U.S.C. §841(a)(1); |

0319

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 38<br><br>OA: 101 | **DANIEL COLLINS** | Dist. Cocaine Base<br><br>1/4/02 | 21 U.S.C. §841(a)(1); |
| 39<br><br>OA: 117 | **DESMOND THURSTON** | Dist. Cocaine Base<br><br>11/18/03 | 21 U.S.C. §841(a)(1); |
| 40<br><br>OA: 120 | **LUCIOUS FOWLER** | PWID Cocaine Base<br><br>4/21/04 | 21 U.S.C. §841(a)(1); |
| 41<br><br>OA: 123 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base<br><br>8/4/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 42<br><br>OA: 125 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base<br><br>8/11/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 43<br><br>OA: 127 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base<br><br>8/23/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 44<br><br>OA: 129 | **GREGORY BELL**<br><br>**and**<br><br>**RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base<br><br>8/30/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 45<br><br>OA: 130 | **GREGORY BELL**<br><br>**and**<br><br>**RAYMOND BELL** | PWID. Cocaine Base<br><br>9/1/04 | 21 U.S.C. §841(a)(1); |

0320

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 46 OA: 131 | **GERALD BAILEY** | PWID Cocaine Base 10/1/04 | 21 U.S.C. §841(a)(1); |
| 47 OA: 133 | **GREGORY BELL** | Dist. Cocaine Base 10/4/04 | 21 U.S.C. §841(a)(1); |
| 48 OA: 135 | **MARCUS SMITH** | Dist. Cocaine Base 1/26/05 | 21 U.S.C. §841(a)(1); |
| 49 OA: 136 | **PHILLIP WALLACE** | PWID Cocaine Base 2/10/05 | 21 U.S.C. §841(a)(1). |

## COUNT FIFTY

## FIRST DEGREE MURDER OF TROY LEWIS

On or about January 23, 1996, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Troy Lewis, by shooting him with a firearm on or about January 23, 1996, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101 and 4502)

61

0321

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 331 of 500

<u>**COUNT FIFTY-ONE**</u>

**MURDER IN AID OF RACKETEERING ACTIVITY OF TROY LEWIS**

(1)      At all times relevant to this Indictment, the racketeering enterprise, as more fully described in paragraphs of 1-18 of Count Two of this Indictment, which are realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.

(2)      At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in  violation of Title 21, United States Code, Sections 841 and 846;  acts involving murder, in violation of Title 22, D.C. Code, Sections 1803, 1805, 1805a, 403, 2101, and 4502; and acts involving robbery, in violation of D.C. Code Sections 2801 and 4502.

(3)      On or about January 23, 1996, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **ANTWUAN BALL, aka**

**Twan, aka Big Ant** unlawfully, willfully, and knowingly murdered Troy Lewis, that is, while armed with a firearm, killed Troy Lewis, by shooting him with a firearm, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

## COUNT FIFTY-TWO

## FIRST DEGREE MURDER OF SABRINA BRADLEY

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Bradley, by shooting her with firearms on or about August 17, 1998, thereby causing injuries from which Sabrina Bradley died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT FIFTY-THREE

## MURDER IN AID OF RACKETEERING ACTIVITY OF SABRINA BRADLEY

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 17, 1998, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool**

0323

**Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, unlawfully, willfully, and knowingly murdered Sabrina Bradley, that is,  while armed with a firearm, killed Sabrina Bradley, by shooting her with firearms, thereby causing injuries from which Sabrina Bradley died on or about August 18, 1998, in violation of  22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT FIFTY-FOUR

### FIRST DEGREE MURDER OF RONNIE MIDDLETON

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Ronnie Middleton, by shooting him with firearms on or about August 17, 1998, thereby causing injuries from which Ronnie Middleton died on or about August 17, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT FIFTY-FIVE

### MURDER IN AID OF RACKETEERING ACTIVITY OF RONNIE MIDDLETON

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 17, 1998, in the District of Columbia,  as consideration for the

64

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 334 of 500

receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, unlawfully, willfully, and knowingly murdered Ronnie Middleton, that is, while armed with firearms, killed Ronnie Middleton, by shooting him with a firearm, thereby causing injuries from which Ronnie Middleton died on or about August 17, 1998, in violation of  22 D.C. Code Sections 2101, 4502 and 1805.

>(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

**COUNT FIFTY-SIX**

**ASSAULT WITH INTENT TO KILL WHILE ARMED OF ANTHONY VAN SCOTT**

In or about early 2000, within the District of Columbia, **ARTHUR HANDON, aka Jay**, while armed with a dangerous weapon, that is, a firearm, assaulted Anthony Van Scott, with intent to kill him.

>(**Assault with Intent to Kill While Armed**, in violation of 22 D.C. Code Sections 401 and 4502)

<u>COUNT FIFTY-SEVEN</u>

<u>ASSAULT WITH INTENT TO KILL WHILE ARMED OF JASON HALL</u>

<u>         </u>On or about October 26, 2000, within the District of Columbia, **MARCUS SMITH, aka**

**Mick**, while armed with a dangerous weapon, that is, a firearm, assaulted Jason Hall with intent to kill

him.

      (**Assault with Intent to Kill While Armed**, in violation of 22 D.C. Code Sections 401 and
4502)

<u>COUNT FIFTY-EIGHT</u>

<u>ASSAULT WITH INTENT TO MURDER WHILE ARMED OF QUENTIN MILSTEAD</u>

<u>         </u>On or about April 21, 2001, in the District of Columbia, **DAVID WILSON, aka Cool Wop,**

**aka Cootie**, while armed with a firearm, assaulted Quentin Milstead with the intent to murder him.

      (**Assault with Intent to Murder While Armed**, in violation of 22 D.C. Code Sections 403
and 4502)

<u>COUNT FIFTY-NINE</u>

<u>ASSAULT WITH A DANGEROUS WEAPON</u>

(1)      Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and

incorporated by reference as though fully set forth herein.

(2)      On or about April 21, 2001, in the District of Columbia, as consideration for the receipt

of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the

enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the

enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool Wop, aka**

**Cootie**, unlawfully, willfully, and knowingly committed an assault with a dangerous weapon, that is,

0326

a firearm, against Quentin Milstead in violation of 22 D.C. Code Sections 403 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3))

## COUNT SIXTY

## ASSAULT WITH A DANGEROUS WEAPON

_____On or about September 5, 2001, within the District of Columbia, **JASMINE BELL, aka Jazz**, assaulted Keith Barnett with a dangerous weapon, that is, a firearm.

(**Assault with a Dangerous Weapon**, in violation of 22 D.C. Code Section 402)

## COUNT SIXTY-ONE

## ASSAULT WITH A DANGEROUS WEAPON

(1)      Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)      On or about September 5, 2001, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **JASMINE BELL, aka Jazz**, unlawfully, willfully, and knowingly committed an assault with a dangerous weapon, that is, a firearm, against Keith Barnett in violation of 22 D.C. Code Section 403.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3))

0327

**COUNT SIXTY-TWO**

**FIRST DEGREE MURDER OF JAMEL SILLS**

On or about August 27, 2002, in the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Jamel Sills, aka Black, by shooting him with a firearm on or about August 27, 2002, thereby causing injuries from which Jamel Sills died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101 and 4502)

**COUNT SIXTY-THREE**

**MURDER IN AID OF RACKETEERING ACTIVITY OF JAMEL SILLS**

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 27, 2002, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DOMINIC SAMUELS, aka Don, aka Dom**, unlawfully, willfully, and knowingly murdered Jamel Sills, that is, while armed with a firearm, killed Jamel Sills, aka Black, by shooting him with a firearm, thereby causing injuries from which Jamel Sills, aka Black, died on or about August 27, 2002, in violation of  22 D.C. Code Sections 2101 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

0328

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 338 of 500

## COUNT SIXTY-FOUR

## ASSAULT WITH INTENT TO MURDER WHILE ARMED OF MICHAEL SMALLWOOD

On or about September 5, 2003, in the District of Columbia, **JOSEPH JONES, aka Jo-Jo**, while armed with a knife, assaulted Michael Smallwood with the intent to murder him.

(**Assault with Intent to Murder While Armed**, in violation of 22 D.C. Code Sections 403 and 4502)

## COUNT SIXTY-FIVE

## ATTEMPTED MURDER IN AID OF
## RACKETEERING ACTIVITY OF MICHAEL SMALLWOOD

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **JOSEPH JONES, aka Jo-Jo**, unlawfully, willfully, and knowingly attempted to murder Michael Smallwood by shooting him with a firearm, in violation of  22 D.C. Code Sections 403 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(5))

0329

### COUNT SIXTY-SIX

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF TREVON SHAW

On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Trevon Shaw with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)

### COUNT SIXTY-SEVEN

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF TREVON SHAW

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Travon Shaw by shooting him with firearms in violation of  22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

70

0330

## COUNT SIXTY-EIGHT

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF MONTE OWENS

_____On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Monte Owens with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)

## COUNT SIXTY-NINE

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF MONTE OWENS

(1)      Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)      On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Monte Owens by shooting him with firearms in violation of  22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

71

0331

**COUNT SEVENTY**

**ASSAULT WITH INTENT TO MURDER WHILE ARMED OF ANTHONY OWENS**

_____On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Anthony Owens with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)

**COUNT SEVENTY-ONE**

**ATTEMPTED MURDER IN AID OF
RACKETEERING ACTIVITY OF ANTHONY OWENS**

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Anthony Owens by shooting him with firearms in violation of 22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

72

0332

## COUNT SEVENTY-TWO

### FIRST DEGREE MURDER OF TREVON SHAW

On or about April 3, 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with firearms, purposely and with deliberate and premeditated malice, killed Trevon Shaw, by shooting him with firearms on or about April 3, 2004, thereby causing injuries from which Trevon Shaw died on or about April 3, 2004, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT SEVENTY-THREE

### MURDER IN AID OF RACKETEERING ACTIVITY OF TREVON SHAW

(1)      Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)      On or about April 3, 2004, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie,** unlawfully, willfully, and knowingly murdered Trevon Shaw, that is, while armed with firearms, killed Trevon Shaw, by shooting him with

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 343 of 500

a firearm, thereby causing injuries from which Trevon Shaw died on or about April 3, 2004, in violation of  22 D.C. Code Sections 2101, 4502 and 1805.

> (**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNTS SEVENTY-FOUR TO EIGHTY-ONE

### USE OF A FIREARM

On or about the dates set forth below, in the District of Columbia, the defendants named below did knowingly, willfully and unlawfully use and carry a firearm during and in relation to a crime of violence and a drug trafficking crime, which are felonies prosecutable in a court of the United States, as set forth below and as further described in the specified counts of this indictment which are realleged and incorporated as if fully set forth herein:

| CT | DATE | DEFENDANTS | PREDICATE OFFENSE | COUNT NO. |
|----|------|-----------|-------------------|-----------|
| 74 | 04/21/01 | **DAVID WILSON** | Att. RICO Murder 18 U.S.C. §1959 (a)(5) (Quinton Milstead: Victim) | 58 |
| 75 | 09/05/01 | **JASMINE BELL** | RICO ADW 18 U.S.C. §1959 (a)(3) (Keith Barnett: Victim) | 61 |
| 76 | 11/28/01 | **RAYMOND BELL** | Conspiracy to Dist. and PWID Narcotics 21 U.S.C. §846. | 1 |
| 77 | 08/27/02 | **DOMINIC SAMUELS** | RICO Murder 18 U.S.C. §1959(a)(1) (Jamel Sills: Decedent) | 63 |
| 78 | 09/05/03 | **DESMOND THURSTON RAYMOND BELL** | Att. RICO Murder 18 U.S.C. §1959 (a)(5) (Travon Shaw: Victim) | 67 |

0334

| | | | | |
|---|---|---|---|---|
| 79 | 09/05/03 | **DESMOND THURSTON RAYMOND BELL** | Att. RICO Murder 18 U.S.C. §1959 (a)(5) (Monte Owens: Victim) | 69 |
| 80 | 09/05/03 | **DESMOND THURSTON RAYMOND BELL** | Att. RICO Murder 18 U.S.C. §1959 (a)(5) (Anthony Owens: Victim) | 71 |
| 81 | 04/03/04 | **ANTWUAN BALL DAVID WILSON** | RICO Murder 18 U.S.C. §1959(a)(1) (Travon Shaw: Decedent) | 73 |

(**Use of a Firearm and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c) and 2)

### COUNTS EIGHTY-TWO TO EIGHTY-NINE
### USE OF A COMMUNICATION FACILITY TO
### FACILITATE A DRUG TRAFFICKING OFFENSE

On or about the dates set forth below, within the District of Columbia, the defendants named below did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, to facilitate the conspiracy to unlawfully distribute or possess with intent to distribute cocaine and cocaine base, also known as crack cocaine, in violation of Title 21, United States Code, Section 846. The overt acts identified below are realleged and incorporated by reference herein:

| **Count** | **Date** | **Defendant** | **Overt Act** |
|---|---|---|---|
| 82 | 8/23/00 | **JASMINE BELL** | 56 |
| 83 | 2/14/01 | **DAVID WILSON** | 71 |
| 84 | 8/4/04 | **RAYMOND BELL** | 122 |
| 85 | 8/11/04 | **RAYMOND BELL** | 124 |
| 86 | 8/23/04 | **RAYMOND BELL** | 126 |
| 87 | 8/30/04 | **GREGORY BELL** **RAYMOND BELL** | 128 |

0335

USCA Case #11-3031      Document #1445852         Filed: 07/10/2013      Page 345 of 500

| 88 | 10/4/04 | **GREGORY BELL** | 132 |
| 89 | 1/26/05 | **MARCUS SMITH** | 134 |

(**Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT NINETY

On or about July 3, 2001, in the 3400 block of 13th Place, S.E., within the District of Columbia,

**ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** having been convicted of

a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia case

number F-6268-95, did unlawfully and knowingly receive and possess a firearm, that is a loaded

Thompson semi-automatic carbine, and did unlawfully and knowingly receive and possess another

firearm, that is a loaded 7.62 assault rifle, which had been possessed, shipped and transported in and

effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of
Title 18, United States Code, Section 922(g)(1))

## COUNT NINETY-ONE

On or about July 14, 2001, in the 1300 block of Southern Avenue, S.E., within the District of

Columbia, **RAYMOND BELL, also known as, "Santuce,"** having been convicted of a crime

punishable by imprisonment for a term exceeding one year, in the District of Columbia case number

F-5955-99, did unlawfully and knowingly receive and possess a firearm, that is a loaded Glock 22 .40

0336

caliber semi-automatic pistol, which had been possessed, shipped and transported in and effecting

interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of
Title 18, United States Code, Section 922(g)(1))


## COUNT NINETY-TWO

On or about November 28, 2001, in the 3300 block of 10th Place, S.E., within the District of

Columbia, **RAYMOND BELL, also known as, "Santuce,"** having been convicted of a crime

punishable by imprisonment for a term exceeding one year, in the District of Columbia case number

F-5955-99, did unlawfully and knowingly receive and possess a firearm, that is a loaded Intertec .9mm

semi-automatic pistol, also known as a Tek-9, which had been possessed, shipped and transported in

and effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of
Title 18, United States Code, Section 922(g)(1))


A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | CRIMINAL NO.  **05-0100 (RWR)** |
| | : | |
| **v.** | : | VIOLATIONS: |
| | : |  21 U.S.C. §846 |
| **ANTWUAN BALL,** | : | (Conspiracy to Distribute and Possess With |
| **also known as Twan,** | : | Intent to Distribute Five Kilograms or More of |
| **also known as Big Ant,** | : | Cocaine, and 50 Grams or More of Cocaine |
| **DAVID WILSON,** | : | Base); |
| **also known as Cool Wop,** | : | 18 U.S.C. §1962(d) |
| **also known as Cootie,** | : | (Conspiracy to Participate in a Racketeer |
| **GREGORY BELL,** | : |  Influenced Corrupt Organization); |
| **also known as Boy-Boy,** | : | 21 U.S.C. §843(b) |
| **also known as Bunga,** | : | (Unlawful Use of a Communications Facility); |
| **GERALD BAILEY** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| **also known as Chow Wow,** | : | (Unlawful Possession With Intent to Distribute, |
| **also known as Charlie,** | : | or Distribution, of 5 Grams or More of Cocaine |
| **JASMINE BELL,** | : | Base); |
| **also known as Jazz,** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| **RAYMOND BELL,** | : | (Unlawful Possession With Intent to Distribute, |
| **also known as Santuce,** | : | or Distribution, of Cocaine or Cocaine Base); |
| **NEWETT VINCENT FORD,** | : | 18 U.S.C. §922(g)(1) |
| **LUCIOUS FOWLER,** | : | (Unlawful Possession of a Firearm and |
| **ARTHUR HANDON,** | : | Ammunition by a Person Convicted of a Crime |
| **also known as Jay,** | : | Punishable by Imprisonment for a Term |
| **MARCUS SMITH,** | : | Exceeding One Year); |
| **also known as Mick,** | : | 18 U.S.C. §924(c)(1) |
| **DESMOND THURSTON,** | : | (Using, Carrying and Possessing a Firearm |
| **also known as Dazz,** | : | During a Drug Trafficking Offense); |
| **PHILLIP WALLACE,** | : | 18 U.S.C. §2 |
| **also known as Phil,** | : | (Aiding and Abetting); |
| **JOSEPH JONES,** | : | 22 D.C. Code §§2101, 4502 |
| **also known as Jo-Jo,** | : | (First Degree Murder While Armed); |
| **DOMINIC SAMUELS,** | : | 18 U.S.C. §1959(a)(1) |
| **also known as Don,** | : | (Violent Crime in Aid of |
| **also known as Dom,** | : | Racketeering Activity); |
| **DANIEL COLLINS,** | : | 22 D.C. Code §§401, 4502 |
| **also known as DC,** | : | (Assault with Intent to Kill While Armed); |
| **Defendants.** | : | 22 D.C. Code §§403, 4502 |

(Assault with Intent to Murder While Armed);
18 U.S.C. §1959(a)(5)
(Violent Crime in Aid of Racketeering
 Activity);
22 D.C. Code §402
(Assault with a Dangerous Weapon);
18 U.S.C. §1959(a)(3)
(Violent Crime in Aid of Racketeering
 Activity);
 22 D.C. Code. § 1805
Aiding and Abetting)
Criminal Forfeiture

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

## NARCOTICS CONSPIRACY

### A.  THE CONSPIRACY

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, within the District of Columbia, and elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant; DAVID WILSON, aka Cool Wop, aka Cootie; GREGORY BELL, aka Boy-Boy, aka Bunga; JOSEPH JONES, aka Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom; GERALD BAILEY, aka Chow Wow, aka Charlie; JASMINE BELL, aka Jazz; RAYMOND BELL, aka Santuce; NEWETT VINCENT FORD; LUCIOUS FOWLER; ARTHUR HANDON, aka Jay; MARCUS SMITH, aka Mick; DESMOND THURSTON, aka Dazz; PHILLIP WALLACE, aka Phil; and DANIEL COLLINS, aka DC,** and co-conspirators not indicted herein, did unlawfully, knowingly and

2

0339

intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a)  mixtures and substances containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was five (5) kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

(b)  mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## B.  GOALS OF THE CONSPIRACY

(1)  It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendants and co-conspirators acquired cocaine and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2)  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

### C.   WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

The ways, manner and means by which the co-conspirators operated their illegal drug trafficking organization, include, but are not limited to the following:

(1)   The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute cocaine, and cocaine base, also known as crack cocaine.  The principal location at which members of the conspiracy conducted their illegal drug business was in and around the Congress Park Public Housing Complex neighborhood, which includes but is not limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300 block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks and alleys surrounding this area, within the District of Columbia.  The conspiracy maintained dominion and control over this area by making it known to customers of the conspiracy and rival distributors, that only co-conspirators and their associates could distribute cocaine and cocaine base in Congress Park.

(2)   It was part of the conspiracy that the defendants would, and did, play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization through various criminal acts.  The defendants made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the illegal drug distribution operation.  The roles assumed by some defendants were interchangeable at various times throughout the conspiracy.  Some of the roles assumed and carried out by the defendants included, among others, leader, supplier of drugs, broker, packager, deliverer, holder, intermediary, helper, and street seller.

(3)   The conspiracy primarily involved the sale of small wholesale and retail quantities

4

of cocaine base, also known as crack cocaine, to customers who requested it, and in some years, the conspiracy expanded and included the distribution of larger quantities of cocaine and cocaine base. In order to facilitate the sale of cocaine, and maintain customers in Congress Park, members of the conspiracy would obtain cocaine from other members of the conspiracy, as well as from other sources, both known and unknown to the Grand Jury.

(4)     It was further part of the conspiracy that the defendants and co-conspirators used land line and cellular telephones to facilitate their illegal drug business; that is, making telephone calls to communicate with each other, suppliers, and customers, and to protect against the detection of the conspiracy by law enforcement officials.  It was further part of the conspiracy that when using telephones, the defendants used nicknames and code words to identify co-conspirators and describe quantities of narcotics and money.

(5)     It was further part of the conspiracy that the defendants and co-conspirators possessed, carried and used firearms to protect their drug trafficking operation from theft, robbery, and competition from rival sellers.  These weapons were possessed, carried and used for various reasons, including but not limited to: to protect the organization's narcotics and the proceeds of drug distribution; to ensure that drug distribution activities were controlled by the defendants and co-conspirators; to intimidate others from distributing cocaine, and cocaine base, also known as crack cocaine, in Congress Park; and to ensure the personal safety of the members of the organization.  It was further part of the conspiracy that members of the conspiracy, both known and unknown to the Grand Jury, knowingly and intentionally perpetrated acts of violence, including murder, against individuals who disrupted, or threatened to disrupt, the operation of the conspiracy, and in retaliation against individuals who perpetrated acts of violence against members of the conspiracy.

5

(6)    It was further part of the conspiracy that cocaine and cocaine base, also known as crack cocaine, were processed, cut, packaged, and stored prior to distribution to members of the conspiracy and/or customers of the conspiracy, in safe locations, known as stash houses, located in Congress Park and elsewhere in the District of Columbia.  The defendants and unindicted co-conspirators used these stash houses to store cocaine and cocaine base, also known as crack cocaine, as well as firearms, in order to avoid their detection.

(7)    It was further part of the conspiracy that its members sought to avoid detection and investigation by law enforcement authorities by shifting their areas of selling within the members' selling territory in response to the presence of law enforcement.  Members of the conspiracy also shifted their areas of selling within the members' selling territory in response to threats from a rival drug conspiracy operating in the adjoining neighborhood of 10th Place/Trenton Place, Southeast, Washington, D.C.

## D.    OVERT ACTS

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendants, and co-conspirators not indicted herein, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1.    On or about October 30, 1992, in the unit block of Galveston Place, in Southwest, Washington, D.C., **ANTWUAN BALL, aka Twan, aka Big Ant,** possessed a loaded Arminus .38 caliber revolver.

2.    On or about September 22, 1993, in the 1500 block of Erie Street, in SE, within the District of Columbia, a co-conspirator not indicted herein possessed a loaded Taurus .9mm semi-

automatic pistol.

3.   On or about November 20, 1993, in the 1300 block of Savannah Street, SE, within the District of Columbia **LUCIOUS FOWLER**, while armed with a firearm, assaulted Ernest Rawles with the intent to murder him because of a dispute over a drug sale, and to maintain and enhance the reputation of the organization.

4.   On or about February 20, 1994, in the 2300 block of Southern Avenue, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **JOSEPH JONES, aka Jo-Jo**, and Kairi Ball, a co-conspirator now deceased, while armed with firearms, assaulted Bradley Carter and other members and associates of the 1-5 Mob, whose identities are known to the grand jury, with the intent to murder them, because leaders of the 1-5 Mob had directed an associate of theirs, Ronnie Middleton, aka Squid, to kill an associate of the Congress Park Crew, Maurice Doleman, aka Reesy.

5.   In or about late 1994 or early 1995, in or around the 1400 block of Congress Street, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and Andre Wilson, aka Boubie, a co-conspirator now deceased, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

6.   In or about late 1994 or early 1995, in or around Robinson Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and another individual who is now deceased and whose identity is known to the Grand Jury, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

7.   On or about August 1, 1995, in the 2300 block of Alabama Avenue, and in the 2700 block of Reynolds Place, in Southeast, Washington, D.C., **ANTWUAN BALL, aka Twan, also known as Big Ant,** possessed a loaded Ruger .9mm semi-automatic pistol.

0344

USCA Case #11-3031     Document #1445852     Filed: 07/10/2013     Page 354 of 500

8.  In or about 1996, in or around Congress Place and Stanton Road, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and another individual who is now deceased and whose identity is known to the Grand Jury, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

9.  On or about January 23, 1996, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a firearm, shot and killed Troy Lewis in order to maintain and enhance his reputation in the organization.

10.  In or about June 1996, in or about the 3400 block of 10th Place, SE, within the District of Columbia, David Scott, aka Head, a co-conspirator now deceased, and Jamel Sills, aka Black, a co-conspirator now deceased, assaulted James Davis, a member of the 10th Place/Trenton Place Crew, with the intent to rob him and to enrich the organization.

11.  On or about June 14, 1996, in the 1300 block of Southwest Freeway, in Southeast, Washington, D.C., **ANTWUAN BALL, aka Twan, aka Big Ant,** possessed a loaded Lorcin .9mm semi-automatic pistol.

12.  On or about August 2, 1996, in the 2300 block of Irving Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

13.  On or about August 2, 1996, in the 2300 block of Irving Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed a loaded Highpoint .9 mm semi-automatic pistol.

14.  On or about January 18, 1997, in 3324 6th Street, SE, Apartment 301, within the District

0345

of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** and **DANIEL COLLINS, aka DC,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

15.  On or about January 18, 1997, in 3324 6th Street, SE, Apartment 301, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** and **DANIEL COLLINS, aka DC,** possessed a loaded Ruger .9 mm semi-automatic pistol, a loaded Intertec .9 mm Luger semi-automatic pistol,  and a .22 caliber Marlin semi-automatic rifle.

16.  On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, while armed with firearms, assaulted James Faison, aka Jay-Jay, and John Ewing, members of the 1-5 Mob, with the intent to murder them.

17.  On or about October 18, 1997, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

18.  On or about December 9, 1997, in the 1300 block of Savannah Place, SE, within the District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

19.  On or about January 19, 1998, **DAVID WILSON, aka Cool Wop, aka Cootie,** Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein, met in an alley in the area of the 1300 block of Congress Street, SE, in the District of Columbia, and

decided to murder Jack Davis, aka Twin and Devar Chandler, aka D-Lock, and other members and associates of the 10th Place/Trenton Place Crew, because Davis had killed Congress Park Crew member David Scott, aka Head, and Chandler had killed Congress Park Crew member Darryl Gibson, aka Meatball.

20.   On or about January 19, 1998, within the District of Columbia, a co-conspirator not indicted herein supplied another co-conspirator not indicted herein a Ruger .9 millimeter semi-automatic handgun to use to shoot and kill Jack Davis, aka Twin and Devar Chandler, aka D-Lock, and other members and associates of the 10th Place/Trenton Place Crew.

21.   On or about January 19, 1998, in the 1100 block of Trenton Place, SE, in the District of Columbia, Antonio Roberson, aka LT, a co-conspirator now deceased, and two other co-conspirators not indicted herein, while armed with firearms, shot and killed Devar Chandler, aka D-Lock.

22.   On or about January 19, 1998, in the 1100 block of Trenton Place, SE, in the District of Columbia, while armed with firearms, Antonio Roberson, aka LT, a co-conspirator now deceased, and two other co-conspirators not indicted herein, assaulted Jack Davis, aka Twin, with the intent to murder him.

23.   On or about March 24, 1998, in the 100 block of Forrester Street, SW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, while armed with firearms, assaulted Linwood Carpenter, a member of the 10th Place/Trenton Place Crew, with the intent to murder him.

24.   On or about August 17, 1998, in the 1500 block of Congress Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while

armed with firearms, shot and killed Ronnie Middleton, aka Squid, and Sabrina Bradley.

25. On or about August or September 1998, in or about the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** directed a co-conspirator not indicted herein to provide law enforcement with a false alibi as to **WILSON's** whereabouts at the time of the murder of Ronnie Middleton, aka Squid, and Sabrina Bradley.

26. On or about October 26, 1998, in the 3200 block of 15th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

27. On or about November 9, 1998, in the 1300 block of Savannah Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

28. On or about December 1998, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, RAYMOND BELL, aka Santuce,** and Antonio Roberson, aka LT, a co-conspirator now deceased, for the purpose of maintaining and enhancing the reputation of the organization, allowed a co-conspirator not indicted herein and whose identity is known to the Grand Jury, to retaliate against Jimmy Cottingham, aka Poobie, who the co-conspirator mistakenly believed was responsible for the theft of his stash of drugs, even though **WILSON**, **BELL** and Roberson knew Cottingham had not stolen the co-conspirator's drugs because **WILSON**, **BELL**, and Roberson had stolen the drugs.

29. On or about December 26, 1998, in the 3400 block of 13th Place, SE, within the District

11

0348

of Columbia, a co-conspirator not indicted herein, and whose identity is known to the Grand Jury, while armed with a firearm, shot and killed Jimmy Cottingham, aka Poobie, because he mistakenly believed Cottingham was responsible for the theft of his stash of drugs.

30.  On or about August 2, 1999, in the area of Suitland Parkway and Fifth Street, SE, within the District of Columbia, **JOSEPH JONES,   aka Jo-Jo**, possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

31.  On or about August 16, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

32.   On or about August 16, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

33.  On or about September 20, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

34.  In or about sometime in late 1999 or early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a knife, assaulted a co-conspirator not indicted herein, with the intent to rob him of an Avirex leather coat, and in order to maintain and reinforce his position of leadership within the organization.

35.   In or about sometime in January 2000, John-John Cottingham, an associate of the organization, informed **ANTWUAN BALL, aka Twan, aka Big Ant,** that **DAVID WILSON, aka Cool Wop, aka Cootie,** and another co-conspirator not indicted herein, planned to murder **BALL**.

36.   In or about sometime in early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed a co-conspirator not indicted herein, that **DAVID WILSON, aka Cool Wop, aka Cootie,** and another co-conspirator not indicted herein, planned to murder **BALL**.

37.   In or about sometime in early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed an individual whose identity is known to the Grand Jury that **DAVID WILSON, aka Cool Wop, aka Cootie,** a co-conspirator not indicted herein, and others, planned to murder **BALL**.

38.   On or about January 29, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, Arnell Johnson, aka Sad Ball, an associate of the organization, shot and killed John Cottingham, aka John-John, an associate of the organization.

39.   On or about January 29, 2000, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed a co-conspirator not indicted herein, that **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein, had persuaded Arnell Johnson, aka Sad Ball, to kill John Cottingham, aka John-John, because Cottingham had told **BALL** about **WILSON's** and the co-conspirator's plan to kill **BALL**.

40.   On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a firearm, assaulted **DAVID WILSON, aka Cool Wop, aka Cootie, PHILLIP WALLACE, aka Phil,** and another co-

13

conspirator not indicted herein, with the intent to rob them of approximately $4,200, approximately two ounces of crack cocaine, and a **Ruger .9 mm semi-automatic pistol**, and in order to maintain and reinforce his position of leadership within the organization.

41.  In or about March 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** sold to a co-conspirator not indicted herein the **Ruger .9 mm semi-automatic pistol** that he had taken from **DAVID WILSON, aka Cool Wop, aka Cootie,** during the March 3, 2000 robbery.

42.  On or about sometime in early-to-mid 2000, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** while armed with a firearm, assaulted Anthony Van Scott, aka Cat Eye Tony, with the intent to murder him, over a drug dispute within the organization.

43.  On or about sometime in 2000, in and around 6th Street and Florida Avenue, NW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and a co-conspirator not indicted herein, while armed with a .357 revolver, robbed an individual of his drugs in order to enrich the organization.

44.  On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

45.  On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

46. On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie and PHILLIP WALLACE, aka Phil,** distributed a mixture and substance purporting to be cocaine base, also known as crack cocaine.

47. On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

48. On or about June 5, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

49. On or about June 28, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

50. In or about July 2000, **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein, burglarized a large scale marijuana dealer, who resided in Maryland, of numerous pounds of marijuana, and redistributed it for the purpose of enriching the organization and purchasing larger quantities of cocaine and cocaine base.

51. On or about July 7, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

15

52.  On or about July 12, 2000, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** possessed a Smith & Wesson .22 caliber pistol.

53.  On or about July 13, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

54.  On or about July 18, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, a co-conspirator not indicted herein told a cooperating witness that the co-conspirator had provided quantities of cocaine base, also known as crack cocaine, to **DAVID WILSON, aka Cool Wop, aka Cootie, RAYMOND BELL, aka Santuce,** and to an unindicted co-conspirator.

55.  On or about July 18, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, to an unindicted co-conspirator.

56.  On or about July 27, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

57.  On or about August 23, 2000, **JASMINE BELL, aka Jazz,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

58.  On or about August 23, 2000,  in the 1300 block of Congress Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** distributed a mixture and substance containing

a detectable amount of cocaine base, also known as crack cocaine.

59.  On or about August 24, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

60.  On or about August 30, 2000, in the 1300 block of Congress Street and the 1300 block of Savannah Street, SE, within the District of Columbia, **JOSEPH JONES,  aka Jo-Jo,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

61.  On or about September 8, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

62.  On or about October 17, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and **THURSTON**, together with **JASMINE BELL, aka Jazz,** offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

63.  On or about October 26, 2000, in the 1300 block of Savannah Street, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** while armed with a firearm, assaulted Jason Bernard Hall, aka Country's Little Brother, with the intent to murder him, for the purpose of robbing him of his drugs or money, or both.

64.  On or about November 16, 2000, in the 1300 block of Congress Street, SE, within the

17

0354

District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

65.  On or about January 9, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

66.  On or about January 9, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **JOSEPH JONES,  aka Jo-Jo,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

67.  On or about January 18, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and GERALD BAILEY, aka Chow Wow, aka Charlie,** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

68.  On or about January 24, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and PHILLIP WALLACE, aka Phil,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

69.  On or about January 26, 2001, in the 1300 block of Congress Street, SE, within the

District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** informed a cooperating witness that his supply of cocaine base, also known as crack cocaine, was temporarily depleted because **WILSON** had distributed it to his co-conspirators, including **RAYMOND BELL, aka Santuce, and DESMOND THURSTON, aka Dazz;** and agreed to distribute ounce quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

70.   On or about January 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

71.   On or about February 12, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

72.   On or about February 14, 2001, **DAVID WILSON, aka Cool Wop, aka Cootie,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

73.   On or about February 14, 2001, **DAVID WILSON, aka Cool Wop, aka Cootie,** used a telephone to arrange for a co-conspirator to cook his supply of cocaine into cocaine base, also known as crack cocaine.

74.   On or about February 14, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

75.   On or about February 20, 2001, in the 3500 block of Wheeler Road, SE, within the

0356

District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

76.  On or about February 20, 2001, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

77.  On or about March 8, 2001, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

78.  On or about March 15, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

79.  On or about March 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

80.  On or about March 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

81.  On or about March 22, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

82.  On or about March 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a

detectable amount of cocaine base, also known as crack cocaine.

83.  On or about April 5, 2001, in the 3400 block of 13th Place, SE, and in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

84.  On or about April 11, 2001, in the 3300 block of 13th Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

85.  On or about April 21, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** while armed with a firearm, assaulted Quentin Milstead, because of a dispute over a drug sale, and to maintain and enhance the reputation of the organization.

86.  On or about April 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

87.  On or about April 30, 2001, in the 3500 block of 7th Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed a loaded Balkal .380 caliber semi-automatic pistol.

88.  On or about June 22, 2001, in 3405 13th Place, SE, Apartment 201, within the District of Columbia, **DANIEL COLLINS, aka DC,** possessed a loaded .9 mm semi-automatic pistol.

89.  On or about July 3, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** and an unindicted co-conspirator

0358

USCA Case #11-3031    Document #1445852       Filed: 07/10/2013    Page 368 of 500

possessed two loaded assault rifles, a Thompson semi-automatic carbine and a 7.62 assault rifle.

90.   On or about July 14, 2001, in the 1300 block of Southern Avenue, SE, Washington, D.C., **RAYMOND BELL, aka Santuce,** possessed a loaded Glock 22  .40 caliber semi-automatic pistol.

91.   On or about July 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

92.   On or about July 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

93.   On or about September 5, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** while armed with a firearm, assaulted Keith Barnett over a gambling and money dispute within the organization.

94.   On or about October 23, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

95.   On or about November 15, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** and an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

96.   On or about November 21, 2001, in the 3300 block of 10th Place, SE, within the District

of Columbia, **JASMINE BELL, aka Jazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

97.  On or about November 28, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** and an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

98.  On or about November 28, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** possessed a loaded Intertec .9 mm semi-automatic pistol, also known as a Tek-9.

99.  On or about December 19, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

100.  On or about December 20, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

101.  In or about 2002, in or around the 1300 block of Hobart Street, NW, in the District of Columbia, Antonio Roberson, aka LT, a co-conspirator now deceased, and two co-conspirators not indicted herein, while armed with a .9 mm semi-automatic pistol and a Glock .9 mm semi-automatic pistol, robbed individuals of their money and drugs in order to further enrich the organization.

102.  On or about January 4, 2002, in the in the 3400 block of 13th Place, SE, within the District of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

0360

103.   In or about sometime in 2002, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo,** and co-conspirators not indicted herein, agreed to kill any member or associate of the conspiracy cooperating with law enforcement against any other member or associate the conspiracy.

104.   On or about February 9, 2002, in the 4300 block of 4th Street, in Southeast, Washington, D.C., **PHILLIP WALLACE, aka Phil,** possessed a loaded Davis Industries .380 caliber semi-automatic pistol.

105.   On or about May 8, 2002, in the 3400 block of 13th Place, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

106.   In or about August 2002, **DANIEL COLLINS, aka DC,** supplied **DOMINIC SAMUELS, aka Don, aka Dom,** with a firearm that was subsequently used to shoot and kill Jamel Sills, aka Black.

107.   On or about August 27, 2002, in the 3400 block of 13th Place, SE, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, shot and killed Jamel Sills, aka Black, because Sills and **SAMUELS** had a prior dispute over a stolen firearm.

108.   In or about sometime between August 27, 2002 and September 14, 2002, **DANIEL COLLINS, aka, DC** retrieved the firearm **DOMINIC SAMUELS, aka Don, aka Dom,** used to shoot and kill Jamel Sills, aka Black, and hid the firearm at 3401 Congress Place, Apartment 101, SE, within the District of Columbia.

109.   In or about December 2002, within the District of Columbia, **ANTWUAN BALL, aka**

**Twan, aka Big Ant**, directed, threatened, intimidated, or persuaded Witnesses ## 1-3 to the murder

of Jamel Sills, aka Black, in the D.C. Superior Court Case of United States v. Jamal Sills, F-7902-02,

not to cooperate with law enforcement.

110.  In or about January 2003, **ANTWUAN BALL, aka Twan, aka Big Ant**, threatened

to kill a co-conspirator not indicted herein because he was cooperating with law enforcement as a

witness to the murder of Jamel Sills, aka Black, in the D.C. Superior Court Case of United States

v. Jamal Sills, F-7902-02.

111.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant,** directed

**JOSEPH JONES, aka Jo-Jo** to provide false information to a law enforcement officer about the

murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom**

from prosecution.

112.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant** directed a

co-conspirator not indicted herein to provide false information to a law enforcement officer about

the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom**

from prosecution.

113.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant** directed a

co-conspirator not indicted herein to provide false information to a law enforcement officer about

the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom**

from prosecution.

114.  On or about June 18, 2003, within the District of Columbia, **ANTWUAN BALL, aka

Twan, aka Big Ant**, provided false information to a law enforcement officer about the murder of

Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from

0362

prosecution.

115. On or about August 11, 2003, at or around the intersection of 14th Place and Savannah Place Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

116. On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant, and JOSEPH JONES, aka Jo-Jo**, while armed with a knife, assaulted Michael Smallwood, a member of the rival 14th Street Crew, with the intent to murder him.

117. On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, co-conspirators known and unknown to the grand jury, retrieved firearms from **DESMOND THURSTON's, aka Dazz,** vehicle, and while armed with firearms, assaulted Trevon Shaw, Monte Owens, and Anthony Owens, members of the rival 14th Street Crew, with the intent to murder them.

118. On or about November 18, 2003, in the 1300 block of Congress Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** and an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

119. On or about April 3, 2004, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie,** while armed with firearms, shot and killed Trevon Shaw, because Shaw had previously attempted to kill **BALL**.

26

120.  On or about April 4, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia **GREGORY BELL, aka Boy-Boy, aka Bunga,** directed, threatened, intimidated, or persuaded Witness #4, a witness to the murder of Trevon Shaw, not to cooperate with law enforcement.

121.  On or about April 21, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

122.  Sometime after April 2004, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** apologized to **ANTWUAN BALL, aka Twan, aka Big Ant,** for killing Jamel Sills, aka Black, without **SAMUELS** having received permission from **BALL** to commit the murder.

123.  On or about August 4, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

124.  On or about August 4, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

125.  On or about August 11, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

126.  On or about August 11, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

27

USCA Case #11-3031      Document #1445852         Filed: 07/10/2013      Page 374 of 500

127.  On or about August 23, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

128.  On or about August 23, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

129.  On or about August 30, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

130.  On or about August 30, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

131.  On or about September 1, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

132.  On or about October 1, 2004, in the 3400 block of 13th Place, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

133.  On or about October 4, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a

0365

co-conspirator not indicted herein used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

134.  On or about October 4, 2004, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the co-conspirator agreed to distribute in the future to a cooperating witness a quantity of cocaine base, also known as crack cocaine.

135.  On or about January 26, 2005, **MARCUS SMITH, aka Mick,** and a co-conspirator not indicted herein used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

136.  On or about January 26, 2005, in the 3400 block of 13th Place, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** and a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

137.  On or about February 10, 2005, in the 1300 block of Congress Place, SE, within the District of Columbia, **PHILLIP WALLACE, aka Phil,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

0366

138.   On or about June 5, 2005, in the District of Columbia Jail, within the District of

Columbia, **DESMOND THURSTON, aka Dazz,** attempted to distribute a quantity of a mixture and

substance containing a detectable amount of heroin to **DAVID WILSON, aka Cool Wop, aka**

**Cootie,** in order to enrich the organization.

(**Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

## RICO CONSPIRACY

A.   **THE ENTERPRISE**

1.       From in or about sometime in 1992, up through and including at least sometime in March

2005, defendants **ANTWUAN BALL, aka Twan, aka Big Ant** and **DAVID WILSON, aka**

**Cool Wop, aka Cootie,** headed a criminal organization which was based in the District of

Columbia and which operated in various locations including, but not limited to, in and

around the Congress Park Public Housing Complex neighborhood, which includes but is not

limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300

block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah

Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks

and alleys surrounding this area, all in the District of Columbia.  The organization, including

its leadership, membership, and associates, constituted an enterprise, as defined by Title 18,

United States Code, Section 1961(4), that is a group of individuals associated in fact.  The

enterprise constituted an ongoing organization whose members functioned as a continuing

unit for a common purpose of achieving the objectives of the enterprise.  The enterprise was engaged in, and its activities affected interstate and foreign commerce.  The enterprise operated in the District of Columbia, the State of Maryland, and elsewhere.

2.      A principal goal of the organization was to obtain money and other things of value.  It was a further goal of the organization to traffic in controlled substances, including cocaine and cocaine base, also known as crack cocaine, and to commit acts of murder, burglary, robbery, assaults and other acts of violence for the following purposes, among others:  to enrich the enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to prevent and retaliate against acts of violence perpetrated against the enterprise and its members; to promote and enhance the reputation and standing of the enterprise and its members.

B.      **ROLES OF THE DEFENDANTS**

The enterprise members included, but were not limited to:

3.      **ANTWUAN BALL, aka Twan, aka Big Ant and DAVID WILSON, aka Cool Wop, aka Cootie,** were the leaders of the organization.   Beginning sometime in 1992, **ANTWUAN BALL, aka Twan, aka Big Ant,** together with friends, family members and individuals known to him from the organization's area distributed controlled substances, including cocaine and cocaine base, also known as crack cocaine, in Congress Park.

4.      Sometime in the mid 1990s, **DAVID WILSON, aka Cool Wop, aka Cootie,** became a leader in the distribution of cocaine and cocaine base in Congress Park. **ANTWUAN BALL,**

0368

**aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** obtained quantities of cocaine and cocaine base from varying sources and redistributed that cocaine and cocaine base, to other members of the organization to distribute and sold it directly to customers of the organization. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** and other members of the organization distributed cocaine and crack cocaine in the Congress Park area that the organization controlled, and they at times assisted each other in controlling the Congress Park neighborhood to promote the drug distribution venture, and at other times competed with each other for leadership positions within the organization.

5.    **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** directed, procured and participated in acts of violence in order to further the purposes of the organization.  **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** personally committed murders and assaults to further the purposes of the organization.  **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** also solicited other co-conspirators to commit murder, assaults, robberies, and other acts of violence to further the organization's purposes.

6.    **GREGORY BELL, aka Boy-Boy, aka Bunga,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **GREGORY BELL, aka Boy-Boy, aka Bunga,** at times functioned as a 'lieutenant' for **ANTWUAN BALL, aka Twan, aka Big Ant,** and committed and aided and abetted several specific acts of violence

32

committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and other members of the organization in order to further the goals of the organization.  **GREGORY BELL, aka Boy-Boy, aka Bunga,** also acted to obstruct the investigations of law enforcement into violent acts committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and other members of the organization.  **GREGORY BELL, aka Boy-Boy, aka Bunga,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

7.       **JOSEPH JONES, aka Jo-Jo,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **JOSEPH JONES, aka Jo-Jo,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.  **JOSEPH JONES, aka Jo-Jo,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

8.       **DOMINIC SAMUELS, aka Don, aka Dom,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **DOMINIC SAMUELS, aka Don, aka Dom,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were

committed to further the above-described purposes or goals of the organization.  **DOMINIC SAMUELS, aka Don, aka Dom,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

9.      **GERALD BAILEY, aka Chow Wow, aka Charlie,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia.

10.     **JASMINE BELL, aka Jazz,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **JASMINE BELL, aka Jazz,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.  **JASMINE BELL, aka Jazz,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

11.     **RAYMOND BELL, aka Santuce,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **RAYMOND BELL, aka Santuce,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further

34

USCA Case #11-3031   Document #1445852   Filed: 07/10/2013   Page 381 of 500

the above-described purposes or goals of the organization. **RAYMOND BELL, aka Santuce,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

12.     **NEWETT VINCENT FORD,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia.

13.     **LUCIOUS FOWLER**, was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia.

14.     **ARTHUR HANDON, aka Jay,** was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **ARTHUR HANDON, aka Jay,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

15.     **MARCUS SMITH, aka Mick,** was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **MARCUS SMITH, aka Mick,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

16.     **DESMOND THURSTON, aka Dazz,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in

0372

the Congress Park area of the District of Columbia. **DESMOND THURSTON, aka Dazz,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **DESMOND THURSTON, aka Dazz,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

17.    **PHILLIP WALLACE, aka Phil,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **PHILLIP WALLACE, aka Phil,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **PHILLIP WALLACE, aka Phil,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

18.    **DANIEL COLLINS, aka DC**, was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **DANIEL COLLINS, aka DC,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

C.    THE RICO CONSPIRACY

19. From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia and elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow Wow, aka Charlie, JASMINE BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH, aka Mick, DESMOND THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil,** and **DANIEL COLLINS, aka DC,** being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5).

20. It was further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

D.    THE PATTERN OF RACKETEERING ACTIVITY

21. The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5),  consisted of the following acts:

Racketeering Act 1: Acts Involving Dealing in a Controlled Substance (Conspiracy)

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and

0374

continuing thereafter up to and including at least March 2005, in the District of Columbia, the

defendants, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka**

**Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC**

**SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow Wow, aka Charlie, JASMINE**

**BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT VINCENT FORD, LUCIOUS**

**FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH, aka Mick, DESMOND**

**THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil,** and **DANIEL COLLINS, aka DC,**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with

each other, with co-conspirators not indicted herein, and with others known and unknown to the

Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to

distribute narcotic controlled substances, in violation of Title 21, United States Code, Sections

841(a)(1) and 846, as set forth more fully in Count One of this Indictment, which is realleged and

incorporated by reference herein.

Racketeering Acts 2-43:  Acts Involving Dealing in a Controlled Substance (Distribution)

On or about the dates set forth below, in the District of Columbia, the defendants named

below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States

Code, Section 2, unlawfully, knowingly and intentionally distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic

drug controlled substance, as more fully set forth in the specified Counts set forth below and in the

specified Overt Acts of Count One, which are realleged and incorporated by reference herein:

| Act | Defendant or Co-Conspirator | Nature of Offense/Date | Count or Overt Act | Violation |
|-----|------------------------------|-------------------------|---------------------|-----------|

38

0375

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 385 of 500

| 2 | **DAVID WILSON & DESMOND THURSTON** | Dist. Cocaine Base (5/16/2000) | Ct. 3 | 21 U.S.C. §841(a)(1) |
|---|---|---|---|---|
| 3 | **JASMINE BELL** | Dist. Cocaine Base (5/16/2000) | Ct. 4 | 21 U.S.C. §841(a)(1) |
| 4 | **DAVID WILSON** | Dist. Cocaine Base (5/25/2000) | Ct. 5 | 21 U.S.C. §841(a)(1) |
| 5 | **GREGORY BELL** | Dist. Cocaine Base (6/5/2000) | Ct. 6 | 21 U.S.C. §841(a)(1) |
| 6 | **DAVID WILSON** | Dist. Cocaine (6/28/2000) | Ct. 7 | 21 U.S.C. §841(a)(1) |
| 7 | **DAVID WILSON** | Dist. Cocaine (7/7/2000) | Ct. 8 | 21 U.S.C. §841(a)(1) |
| 8 | **ANTWUAN BALL** | Dist. Cocaine Base (7/18/2000) | Ct. 9 | 21 U.S.C. §841(a)(1) |
| 9 | **GREGORY BELL** | Dist. Cocaine Base (7/27/2000) | Ct. 10 | 21 U.S.C. §841(a)(1) |
| 10 | **JASMINE BELL** | Dist. Cocaine Base (8/23/2000) | Ct. 11 | 21 U.S.C. §841(a)(1) |
| 11 | **JOSEPH JONES** | Dist. Cocaine Base (8/30/2000) | Ct. 12 | 21 U.S.C. §841(a)(1) |
| 12 | **DANIEL COLLINS** | Dist. Cocaine Base (9/8/00) | Ct. 13 | 21 U.S.C. §841(a)(1) |
| 13 | **DAVID WILSON** | Dist. Cocaine | Ct. 14 | 21 U.S.C. §841(a)(1) |

0376

USCA Case #11-3031     Document #1445852      Filed: 07/10/2013     Page 386 of 500

|  | **&** **DESMOND THURSTON** | Base (10/17/2000) |  |  |
|---|---|---|---|---|
| 14 | **GREGORY BELL** | Dist. Cocaine Base (11/16/2000) | Ct. 15 | 21 U.S.C. §841(a)(1) |
| 15 | **GREGORY BELL** | Dist. Cocaine Base (1/9/01) | Ct. 16 | 21 U.S.C. §841(a)(1) |
| 16 | **JOSEPH JONES** | Dist. Cocaine Base (1/9/01) | Ct. 17 | 21 U.S.C. §841(a)(1) |
| 17 | **GREGORY BELL** **&** **GERALD BAILEY** | Dist. Cocaine Base (1/18/2001) | Ct. 18 | 21 U.S.C. §841(a)(1) |
| 18 | **DAVID WILSON** **&** **PHILLIP WALLACE** | Dist. Cocaine Base (1/24/2001) | Ct. 19 | 21 U.S.C. §841(a)(1) |
| 19 | **DESMOND THURSTON** | Dist. Cocaine Base (1/26/2001) | Ct. 20 | 21 U.S.C. §841(a)(1) |
| 20 | **LUCIOUS FOWLER** | Dist. Cocaine Base (2/12/2001) | Ct. 21 | 21 U.S.C. §841(a)(1) |
| 21 | **DAVID WILSON** | Dist. Cocaine Base (2/14/01) | Ct. 22 | 21 U.S.C. §841(a)(1) |
| 22 | **LUCIOUS FOWLER** | Dist. Cocaine Base (2/20/2001) | Ct. 23 | 21 U.S.C. §841(a)(1) |
| 23 | **ARTHUR HANDON** | Dist. Cocaine Base (2/20/2001) | Ct. 24 | 21 U.S.C. §841(a)(1) |

0377

| 24 | **ARTHUR HANDON** | Dist. Cocaine Base (3/8/2001) | Ct. 25 | 21 U.S.C. §841(a)(1) |
| 25 | **LUCIOUS FOWLER** | Dist. Cocaine Base (3/15/2001) | Ct. 26 | 21 U.S.C. §841(a)(1) |
| 26 | **DAVID WILSON** | Dist. Cocaine Base (3/20/2001) | Ct. 27 | 21 U.S.C. §841(a)(1) |
| 27 | **GERALD BAILEY** | Dist. Cocaine Base (3/20/2001) | Ct. 28 | 21 U.S.C. §841(a)(1) |
| 28 | **NEWETT V. FORD** | Dist. Cocaine Base (3/22/2001) | Ct. 29 | 21 U.S.C. §841(a)(1) |
| 29 | **LUCIOUS FOWLER** | Dist. Cocaine Base (3/26/2001) | Ct. 30 | 21 U.S.C. §841(a)(1) |
| 30 | **DAVID WILSON** | Dist. Cocaine Base (4/5/2001) | Ct. 31 | 21 U.S.C. §841(a)(1) |
| 31 | **NEWETT V. FORD** | Dist. Cocaine Base (4/11/2001) | Ct. 32 | 21 U.S.C. §841(a)(1) |
| 32 | **DAVID WILSON** | Dist. Cocaine Base (4/26/2001) | Ct. 33 | 21 U.S.C. §841(a)(1) |
| 33 | **ANTWUAN BALL** | Dist. Cocaine Base (7/26/2001) | Ct. 34 | 21 U.S.C. §841(a)(1) |
| 34 | **DOMINIC SAMUELS** | Dist. Cocaine Base (12/19/2001) | Ct. 36 | 21 U.S.C. §841(a)(1) |

0378

| 35 | **DANIEL COLLINS** | Dist. Cocaine Base (12/20/2001) | Ct. 37 | 21 U.S.C. §841(a)(1) |
| 36 | **DANIEL COLLINS** | Dist. Cocaine Base (1/4/2002) | Ct. 38 | 21 U.S.C. §841(a)(1) |
| 37 | **DESMOND THURSTON** | Dist. Cocaine Base (11/18/2003) | Ct. 39 | 21 U.S.C. §841(a)(1) |
| 38 | **RAYMOND BELL** | Dist. Cocaine Base (8/4/20004) | Ct. 41 | 21 U.S.C. §841(a)(1) |
| 39 | **RAYMOND BELL** | Dist. Cocaine Base (8/11/2004) | Ct. 42 | 21 U.S.C. §841(a)(1) |
| 40 | **RAYMOND BELL** | Dist. Cocaine Base (8/23/2004) | Ct. 43 | 21 U.S.C. §841(a)(1) |
| 41 | **GREGORY BELL & RAYMOND BELL** | Dist. Cocaine Base (8/30/2004) | Ct. 44 | 21 U.S.C. §841(a)(1) |
| 42 | **GREGORY BELL** | Dist. Cocaine Base (10/4/2004) | Ct. 47 | 21 U.S.C. §841(a)(1) |
| 43 | **MARCUS SMITH** | Dist. Cocaine Base (1/26/2005) | Ct. 48 | 21 U.S.C. §841(a)(1) |

Racketeering Acts 44-50:    Acts Involving Dealing in a Controlled Substance
(Possession with Intent to Distribute)

0379

On or about the dates set forth below, in the District of Columbia, and elsewhere, the

defendants named below, in violation of Title 21, United States Code, Section 841(a)(1), and Title

18, United States Code, Section 2, unlawfully, knowingly and intentionally did possess with intent

to distribute a mixture and substance containing a detectable amount of cocaine base, also known

as crack cocaine, a Schedule II narcotic drug controlled substance, as more fully set forth below in

the specified Counts set forth below and in the specified Overt Acts of Count One, which are

realleged and incorporated by reference herein:

| Act | Defendant or Co-Conspirator | Nature of Offense/Date | Count or Overt Act | Violation |
|-----|------------------------------|------------------------|--------------------|-----------|
| 44 | **GREGORY BELL** | PWID Cocaine Base 8/2/1996 | Overt 12 Act | 21 U.S.C.841 (a)(1) |
| 45 | **DOMINIC SAMUELS & DANIEL COLLINS** | PWID Cocaine Base (1/18/1997) | Overt 14 Act | 21 U.S.C. §841(a)(1) |
| 46 | **RAYMOND BELL** | PWID Cocaine Base (11/28/2001) | Ct. 35 | 21 U.S.C. §841 (a)(1) |
| 47 | **LUCIOUS FOWLER** | PWID Cocaine Base (4/21/2004) | Ct. 40 | 21 U.S.C. §841(a)(1) |
| 48 | **GREGORY BELL & RAYMOND BELL** | PWID Cocaine Base (9/1/2004) | Ct. 45 | 21 U.S.C.§841(a)(1) |
| 49 | **GERALD BAILEY** | PWID Cocaine Base (10/1/2004) | Ct. 46 | 21 U.S.C.§841(a)(1) |
| 50 | **PHILLIP WALLACE** | PWID Cocaine Base | Ct. 49 | 21 U.S.C.§841 (a)(1) |

0380

(2/10/2005)

Racketeering Acts 51-66:          Acts Involving Murder

Racketeering Act 51

Conspiracy to Murder Ronnie Middleton, aka Squid,
and other Members and Associates of the 1-5 Mob

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 51:

(a)        From on or about November 21, 1993 to on or about August 17, 1998 in the District of Columbia **ANTWUAN BALL, aka Twan, aka Big Ant**, **DAVID WILSON, aka Cool Wop, aka Cootie, JOSEPH JONES, aka Jo-Jo**, **DESMOND THURSTON, aka Dazz,** Kairi Ball, a co-conspirator now deceased, Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to murder Ronnie Middleton, aka Squid, Bradley Carter, and other members and associates of the 1-5 Mob, in violation of 22 D.C. Code §§ 2101, 2103, 4502.

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to murder Ronnie Middleton, aka Squid, and other members and associates of the 1-5 Mob, in order to seek revenge for the November 21, 1993 murder of Maurice Dolman, aka Reesy, an associate of the Congress Park Crew, and to retaliate for armed assaults against the defendants, and other members and associates of their organization.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and

co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt

acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are

realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 4, 5, 6, 16, 24.

(Conspiracy to Commit Murder, in violation of Title 22, D.C. Code, Section 1805(a))

Racketeering Act 52

### Assault with Intent to Murder Bradley Carter

_____On or about February 20, 1994, in the 2300 block of Southern Avenue, SE, in the District

of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **JOSEPH JONES, aka Jo-Jo**, and

Kairi Ball, a co-conspirator now deceased, did commit an act involving murder, that is, while armed

with firearms, assaulted Bradley Carter with the intent to murder him, in violation of 22 D.C. Code

Sections 403, 4502, and 1805.

Racketeering Act 53

### Assault with Intent to Murder James Faison

_____On or about 1996,  in or around Congress Place and Stanton Road, SE, in the District of

Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and another individual who is now

deceased and whose identity is known to the Grand Jury, did commit an act involving murder, that

is, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent

to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 54

### January 23, 1996 Murder of Troy Lewis

45

0382

On or about January 23, 1996, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Troy Lewis, by shooting him with a firearm on or about January 23, 1996, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

Racketeering Act 55

Conspiracy to Murder Jack Davis and Devar Chandler and other
Members and Associates of the 10th Place/Trenton Place Crew

From in or about sometime in September 1996 to at least June 16, 1998, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, DESMOND THURSTON, aka Dazz,** Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to murder Jack Davis, a/k/a Twin, Devar M. Chandler, a/k/a D-Lock, and other members and associates of the 10th Place/Trenton Place Crew, in violation of 22 D.C. Code §§ 2101 and 4502.

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to murder members and associates of the 10th Place/Trenton Place Crew, including Jack Davis, a/k/a Twin, and Devar M. Chandler, a/k/a D-Lock, in order to retaliate for armed assaults of the defendants and their associates, and for the murders of David Scott, aka Head and Darryl Gibson, aka Meatball, aka Little Darryl, who were members of the Congress Park Crew.

II. Overt Acts

0383

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 19, 20, 21, 22, 23.

(Conspiracy to Commit Murder, in violation of Title 22, D.C. Code, Section 1805(a))

Racketeering Act 56

### Assaults with Intent to Murder James Faison and John Ewing

_____The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 56:_

(a) On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted James Faison, aka Jay-Jay, with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

_____(b) On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted John Ewing with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 57

### Assault with Intent to Murder Linwood Carpenter

47

0384

_____On or about March 24, 1998, in an alley in the 100 block of Forrester Street, SW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted Linwood Carpenter with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 58

### August 17, 1998 Murder of Sabrina Bradley

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Bradley, by shooting her with firearms on or about August 16, 1998, thereby causing injuries from which Sabrina Bradley, died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Act 59

### August 17, 1998 Murder of Ronnie Middleton

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Ronnie Middleton, aka Squid, by shooting him with firearms on or about August 17, 1998, thereby causing injuries from which Ronnie Middleton, died on or about August 17, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

48

Racketeering Act 60

## Assault with Intent to Murder Anthony Van Scott

_____On or about sometime in early 2000, in the 3200 block of 13th Street, SE, in the District of Columbia, **ARTHUR HANDON, aka Jay**, did commit an act involving murder, that is, while armed with a firearm, assaulted Anthony Van Scott, aka Cat Eye Tony, with the intent to murder him, in violation of 22 D.C. Code Sections 403 and 4502.

Racketeering Act 61

## Assault with Intent to Murder Jason Hall

_____On or about October 26, 2000, in the 1300 block of Savannah Street, SE, in the District of Columbia, **MARCUS SMITH, aka Mick**, did commit an act involving murder, that is, while armed with a firearm, assaulted Jason Hall, with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 62

## Assault with Intent to Murder Quentin Milstead

_____On or about April 21 2001, in the 1300 block of Congress Street, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, did commit an act involving murder, that is, while armed with a firearm, assaulted Quentin Milstead with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 63

## August 27, 2002 Murder of Jamel Sills

On or about August 27, 2002, in the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed

Jamel Sills, aka Black, by shooting him with a firearm on or about August 27, 2002, thereby causing injuries from which Jamel Sills, aka Black, died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

Racketeering Act 64

Assault with Intent to Murder Michael Smallwood

_____On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, **JOSEPH JONES, aka Jo-Jo**, did commit an act involving murder, that is, while armed with a knife, assaulted Michael Smallwood with the intent to murder him, in violation of 22 D.C. Code Sections 403 and 4502.

Racketeering Act 65

Assault with Intent to Murder
Trevon Shaw, Monte Owens, and Anthony Owens

_____The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 65:

_____(a) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Trevon Shaw with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

(b) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Monte Owens with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

50

0387

(c) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators, known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Anthony Owens with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 66

### April 3, 2004 Murder of Trevon Shaw

_____On or about April 3, 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Trevon Shaw, by shooting him with a firearm on or about April 3, 2004, thereby causing injuries from which Trevon Shaw, died on or about April 3, 2004, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Acts 67-69:      Acts Involving Witness Tampering

Racketeering Act 67

### Conspiracy to Tamper With Witnesses

From July 30, 2002 to in or about at least April 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **GREGORY BELL, aka Boy-Boy, aka Bunga**, **JOSEPH JONES, aka Jo-Jo,** and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to knowingly use intimidation and physical force, and to threaten and corruptly persuade witnesses to the murder of Jamel Sills, aka Black, and Trevon Shaw, with intent to influence, delay, or prevent the testimony of the witnesses in an official proceeding, and to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible

51

commission of a Federal offense, in violation of Title 18, United States Code, Sections 1512(b)(1) and 1512(b)(3).

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to tamper with witnesses to the murders of Jamel Sills, aka Black, committed by **DOMINIC SAMUELS, aka Don, aka Dom,** to tamper with witnesses to the murder of Trevon Shaw, committed by **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie**, and to tamper with witnesses to other criminal acts committed by members and associates of the organization, in order to prevent the arrest and conviction of the defendants and co-conspirators not indicted herein, for engaging in an illegal enterprise and conspiracy that they suspected they were being investigated.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 109, 110, 111, 112, 113, 114, 120.

(**Conspiracy to Tamper with a Witness, Victim, or an Informant**, in violation of Title 18, United States Code, Section 1512(k))

Racketeering Act 68

### Tampering with Witnesses to Murder of Jamel Sills, aka Black

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 68:

_____(a) In or about December, 2002, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded Witnesses ##1-3, witnesses to the murder of Jamel Sills, aka Black, with intent to influence, delay, or prevent the testimony of Witnesses ##1-3 in an official proceeding in violation of Title 18, United States Code, Section 1512(b)(1).

(b) In or about December, 2002, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded Witnesses ##1-3, witnesses to the murder of Jamel Sills, aka Black, with intent to prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

Racketeering Act 69

### Tampering with Witnesses to Murder of Jamel Sills, aka Black

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 69:

_____(a)      In or about January 2003, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded a co-conspirator not indicted herein, witness to the murder of Jamel Sills, aka Black, with

0390

intent to influence, delay, or prevent the testimony of the co-conspirator in an official proceeding in violation of Title 18, United States Code, Section 1512(b)(1).

_____(b)   In or about January 2003, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded a co-conspirator not indicted herein, witness to the murder of Jamel Sills, aka Black, with intent to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

Racketeering Act 70:   Act Involving Robbery

Armed Robbery of David Wilson and an Unindicted Co-Conspirator

The defendant named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 70:

(a) On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a pistol, committed an act involving robbery, in that he, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of **DAVID WILSON, aka Cool Wop, aka Cootie**, property of value belonging to that person, consisting of cocaine base, also known as crack cocaine, U.S. Currency, and a firearm, in violation of 22 D.C. Code Sections 2801 and 4502.

_____(b) On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a pistol, committed an act involving robbery, in that he, by force and violence, against resistance and by putting in fear,

stole and took from the person and from the immediate actual possession of a co-conspirator not

indicted herein, property of value belonging to that person, consisting of cocaine base, also known

as crack cocaine, U.S. currency, and a firearm, in violation of 22 D.C. Code Sections 2801 and 4502.

(**Conspiracy to Participate in Racketeer Influenced Corrupt Organization**, in violation
of Title 18, United States Code, Section 1962(d))

## COUNTS THREE TO FORTY-NINE

## DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE

On or about the dates set forth below, within the District of Columbia, the defendants named

below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States

Code, Section 2:

## COCAINE BASE, ALSO KNOWN AS CRACK COCAINE

(a)     unlawfully, knowingly and intentionally distributed, or possessed with intent

to distribute a mixture and substance containing a detectable amount of

cocaine base, also known as crack cocaine, a Schedule II narcotic controlled

substance, and the amount of said mixtures and substances was a detectable

amount, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C);

(b)      unlawfully, knowingly and intentionally distribute cocaine base, also known

as crack cocaine, a Schedule II narcotic controlled substance, and the amount

of said mixture and substance was 5 grams or more, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii);

as set forth in the specified Counts set forth below and in the specified Overt Acts of Count One, which are realleged and incorporated by reference herein:

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 3<br><br>OA: 44 | **DAVID WILSON**<br><br>**and**<br><br>**DESMOND THURSTON** | Dist. Cocaine Base<br><br>5/16/2000 | 21 U.S.C. §841(a)(1); |
| 4<br><br>OA: 45 | **JASMINE BELL** | Dist. Cocaine Base<br><br>5/16/2000 | 21 U.S.C. §841(a)(1); |
| 5<br><br>OA: 47 | **DAVID WILSON** | Dist. Cocaine Base<br><br>5/25/2000 | 21 U.S.C. §841(a)(1); |
| 6<br><br>OA: 48 | **GREGORY BELL** | Dist. Cocaine Base<br><br>6/5/00 | 21 U.S.C. §841(a)(1); |
| 7<br><br>OA: 49 | **DAVID WILSON** | Dist. Cocaine Base<br><br>6/28/00 | 21 U.S.C. §841(a)(1); |
| 8<br><br>OA: 51 | **DAVID WILSON** | Dist. Cocaine Base<br><br>7/7/00 | 21 U.S.C. §841(a)(1); |
| 9<br><br>OA: 55 | **ANTWUAN BALL** | Dist. Cocaine Base<br><br>7/18/00 | 21 U.S.C. §841(a)(1); |
| 10<br><br>OA: 56 | **GREGORY BELL** | Dist. Cocaine Base<br><br>7/27/00 | 21 U.S.C. §841(a)(1); |

0393

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 11 OA: 58 | **JASMINE BELL** | Dist. Cocaine Base 8/23/00 | 21 U.S.C. §841(a)(1); |
| 12 OA: 60 | **JOSEPH JONES** | Dist. Cocaine Base 8/30/00 | 21 U.S.C. §841(a)(1); |
| 13 OA: 61 | **DANIEL COLLINS** | Dist. Cocaine Base 9/8/00 | 21 U.S.C. §841(a)(1); |
| 14 OA: 62 | **DAVID WILSON** **and** **DESMOND THURSTON** | Dist. Cocaine Base 10/17/00 | 21 U.S.C. §841(a)(1); |
| 15 OA: 64 | **GREGORY BELL** | Dist. Cocaine Base 11/16/00 | 21 U.S.C. §841(a)(1); |
| 16 OA: 65 | **GREGORY BELL** | Dist. Cocaine Base 1/9/01 | 21 U.S.C. §841(a)(1); |
| 17 OA: 66 | **JOSEPH JONES** | Dist. Cocaine Base 1/9/01 | 21 U.S.C. §841(a)(1); |
| 18 OA: 67 | **GREGORY BELL** **and** **GERALD BAILEY** | Dist. Cocaine Base 1/18/01 | 21 U.S.C. §841(a)(1); |

57

USCA Case #11-3031   Document #1445852   Filed: 07/10/2013   Page 404 of 500

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 19<br><br>OA: 68 | **DAVID WILSON**<br><br>**and**<br><br>**PHILLIP WALLACE** | Dist. of 5 Grams or More of Cocaine Base<br><br>1/24/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 20<br><br>OA: 70 | **DESMOND THURSTON** | Dist. Cocaine Base<br><br>1/26/01 | 21 U.S.C. §841(a)(1); |
| 21<br><br>OA: 71 | **LUCIOUS FOWLER** | Dist. Cocaine Base<br><br>2/12/01 | 21 U.S.C. §841(a)(1); |
| 22<br><br>OA: 74 | **DAVID WILSON** | Dist. of 5 Grams or More of Cocaine Base<br><br>2/14/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 23<br><br>OA: 75 | **LUCIOUS FOWLER** | Dist. Cocaine Base<br><br>2/20/01 | 21 U.S.C. §841(a)(1); |
| 24<br><br>OA: 76 | **ARTHUR HANDON** | Dist. Cocaine Base<br><br>2/20/01 | 21 U.S.C. §841(a)(1); |
| 25<br><br>OA: 77 | **ARTHUR HANDON** | Dist. Cocaine Base<br><br>3/8/01 | 21 U.S.C. §841(a)(1); |
| 26<br><br>OA: 78 | **LUCIOUS FOWLER** | Dist. Cocaine Base<br><br>3/15/01 | 21 U.S.C. §841(a)(1); |
| 27<br><br>OA: 79 | **DAVID WILSON** | Dist. Cocaine Base<br><br>3/20/01 | 21 U.S.C. §841(a)(1); |

0395

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 28 OA: 80 | **GERALD BAILEY** | Dist. Cocaine Base 3/20/01 | 21 U.S.C. §841(a)(1); |
| 29 OA: 81 | **NEWETT V. FORD** | Dist. Cocaine Base 3/22/01 | 21 U.S.C. §841(a)(1); |
| 30 OA: 82 | **LUCIOUS FOWLER** | Dist. Cocaine Base 3/26/01 | 21 U.S.C. §841(a)(1); |
| 31 OA: 83 | **DAVID WILSON** | Dist. Cocaine Base 4/5/01 | 21 U.S.C. §841(a)(1); |
| 32 OA: 84 | **NEWETT V. FORD** | Dist. Cocaine Base 4/11/01 | 21 U.S.C. §841(a)(1); |
| 33 OA: 86 | **DAVID WILSON** | Dist. Cocaine Base 4/26/01 | 21 U.S.C. §841(a)(1); |
| 34 OA: 92 | **ANTWUAN BALL** | Dist. of 5 Grams or More of Cocaine Base 7/26/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 35 OA: 97 | **RAYMOND BELL** | PWID Cocaine Base 11/28/01 | 21 U.S.C. §841(a)(1); |
| 36 OA: 99 | **DOMINIC SAMUELS** | Dist. Cocaine Base 12/19/01 | 21 U.S.C. §841(a)(1); |
| 37 OA: 100 | **DANIEL COLLINS** | Dist. Cocaine Base 12/20/01 | 21 U.S.C. §841(a)(1); |

0396

| Count/ OverAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 38 OA: 102 | **DANIEL COLLINS** | Dist. Cocaine Base 1/4/02 | 21 U.S.C. §841(a)(1); |
| 39 OA: 118 | **DESMOND THURSTON** | Dist. Cocaine Base 11/18/03 | 21 U.S.C. §841(a)(1); |
| 40 OA: 121 | **LUCIOUS FOWLER** | PWID Cocaine Base 4/21/04 | 21 U.S.C. §841(a)(1); |
| 41 OA: 124 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base 8/4/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 42 OA: 126 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base 8/11/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 43 OA: 128 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base 8/23/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 44 OA: 130 | **GREGORY BELL** and **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base 8/30/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 45 OA: 131 | **GREGORY BELL** and **RAYMOND BELL** | PWID. Cocaine Base 9/1/04 | 21 U.S.C. §841(a)(1); |

0397

| Count/ OverAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 46 OA: 132 | **GERALD BAILEY** | PWID Cocaine Base 10/1/04 | 21 U.S.C. §841(a)(1); |
| 47 OA: 134 | **GREGORY BELL** | Dist. Cocaine Base 10/4/04 | 21 U.S.C. §841(a)(1); |
| 48 OA: 136 | **MARCUS SMITH** | Dist. Cocaine Base 1/26/05 | 21 U.S.C. §841(a)(1); |
| 49 OA: 137 | **PHILLIP WALLACE** | PWID Cocaine Base 2/10/05 | 21 U.S.C. §841(a)(1). |

## COUNT FIFTY

## FIRST DEGREE MURDER OF TROY LEWIS

On or about January 23, 1996, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Troy Lewis, by shooting him with a firearm on or about January 23, 1996, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101 and 4502)

61

## COUNT FIFTY-ONE

### MURDER IN AID OF RACKETEERING ACTIVITY OF TROY LEWIS

(1)     At all times relevant to this Indictment, the racketeering enterprise, as more fully described in paragraphs of 1-18 of Count Two of this Indictment, which are realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.

(2)     At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in  violation of Title 21, United States Code, Sections 841 and 846;  acts involving murder, in violation of Title 22, D.C. Code, Sections 1803, 1805, 1805a, 403, 2101, and 4502; and acts involving robbery, in violation of D.C. Code Sections 2801 and 4502.

(3)     On or about January 23, 1996, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **ANTWUAN BALL, aka**

**Twan, aka Big Ant** unlawfully, willfully, and knowingly murdered Troy Lewis, that is, while armed with a firearm, killed Troy Lewis, by shooting him with a firearm, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

## COUNT FIFTY-TWO

### FIRST DEGREE MURDER OF SABRINA BRADLEY

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Bradley, by shooting her with firearms on or about August 17, 1998, thereby causing injuries from which Sabrina Bradley died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT FIFTY-THREE

### MURDER IN AID OF RACKETEERING ACTIVITY OF SABRINA BRADLEY

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 17, 1998, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool**

USCA Case #11-3031    Document #1445852    Filed: 07/10/2013    Page 410 of 500

**Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, unlawfully, willfully, and knowingly murdered Sabrina Bradley, that is, while armed with a firearm, killed Sabrina Bradley, by shooting her with firearms, thereby causing injuries from which Sabrina Bradley died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT FIFTY-FOUR

### FIRST DEGREE MURDER OF RONNIE MIDDLETON

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Ronnie Middleton, by shooting him with firearms on or about August 17, 1998, thereby causing injuries from which Ronnie Middleton died on or about August 17, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT FIFTY-FIVE

### MURDER IN AID OF RACKETEERING ACTIVITY OF RONNIE MIDDLETON

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 17, 1998, in the District of Columbia, as consideration for the

receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, unlawfully, willfully, and knowingly murdered Ronnie Middleton, that is, while armed with firearms, killed Ronnie Middleton, by shooting him with a firearm, thereby causing injuries from which Ronnie Middleton died on or about August 17, 1998, in violation of  22 D.C. Code Sections 2101, 4502 and 1805.

　　　　(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT FIFTY-SIX

## ASSAULT WITH INTENT TO KILL WHILE ARMED OF ANTHONY VAN SCOTT

　　　　In or about early 2000, within the District of Columbia, **ARTHUR HANDON, aka Jay**, while armed with a dangerous weapon, that is, a firearm, assaulted Anthony Van Scott, with intent to kill him.

　　　　(**Assault with Intent to Kill While Armed**, in violation of 22 D.C. Code Sections 401 and 4502)

0402

## COUNT FIFTY-SEVEN

### ASSAULT WITH INTENT TO KILL WHILE ARMED OF JASON HALL

On or about October 26, 2000, within the District of Columbia, **MARCUS SMITH, aka Mick**, while armed with a dangerous weapon, that is, a firearm, assaulted Jason Hall with intent to kill him.

(**Assault with Intent to Kill While Armed**, in violation of 22 D.C. Code Sections 401 and 4502)

## COUNT FIFTY-EIGHT

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF QUENTIN MILSTEAD

On or about April 21, 2001, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with a firearm, assaulted Quentin Milstead with the intent to murder him.

(**Assault with Intent to Murder While Armed**, in violation of 22 D.C. Code Sections 403 and 4502)

## COUNT FIFTY-NINE

### ASSAULT WITH INTENT TO MURDER WHILE ARMED

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about April 21, 2001, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool Wop, aka Cootie**, unlawfully, willfully, and knowingly committed an assault with intent to murder against

0403

Quentin Milstead by shooting him with a firearm, in violation of 22 D.C. Code Sections 403 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3))

## COUNT SIXTY

### ASSAULT WITH A DANGEROUS WEAPON

_____On or about September 5, 2001, within the District of Columbia, **JASMINE BELL, aka Jazz**, assaulted Keith Barnett with a dangerous weapon, that is, a firearm.

(**Assault with a Dangerous Weapon**, in violation of 22 D.C. Code Section 402)

## COUNT SIXTY-ONE

### ASSAULT WITH A DANGEROUS WEAPON

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2001, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **JASMINE BELL, aka Jazz**, unlawfully, willfully, and knowingly committed an assault with a dangerous weapon, that is, a firearm, against Keith Barnett in violation of 22 D.C. Code Section 403.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3))

0404

## COUNT SIXTY-TWO

### FIRST DEGREE MURDER OF JAMEL SILLS

On or about August 27, 2002, in the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Jamel Sills, aka Black, by shooting him with a firearm on or about August 27, 2002, thereby causing injuries from which Jamel Sills died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101 and 4502)

### COUNT SIXTY-THREE

### MURDER IN AID OF RACKETEERING ACTIVITY OF JAMEL SILLS

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 27, 2002, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DOMINIC SAMUELS, aka Don, aka Dom**, unlawfully, willfully, and knowingly murdered Jamel Sills, that is, while armed with a firearm, killed Jamel Sills, aka Black, by shooting him with a firearm, thereby causing injuries from which Jamel Sills, aka Black, died on or about August 27, 2002, in violation of  22 D.C. Code Sections 2101 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

0405

## COUNT SIXTY-FOUR

## ASSAULT WITH INTENT TO MURDER WHILE ARMED OF MICHAEL SMALLWOOD

On or about September 5, 2003, in the District of Columbia, **JOSEPH JONES, aka Jo-Jo**, while armed with a knife, assaulted Michael Smallwood with the intent to murder him.

(**Assault with Intent to Murder While Armed**, in violation of 22 D.C. Code Sections 403 and 4502)

## COUNT SIXTY-FIVE

## ATTEMPTED MURDER IN AID OF
## RACKETEERING ACTIVITY OF MICHAEL SMALLWOOD

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **JOSEPH JONES, aka Jo-Jo**, unlawfully, willfully, and knowingly attempted to murder Michael Smallwood by stabbing him with a knife, in violation of  22 D.C. Code Sections 403 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(5))

69

0406

## COUNT SIXTY-SIX

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF TREVON SHAW

On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Trevon Shaw with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)

## COUNT SIXTY-SEVEN

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF TREVON SHAW

(1)    Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)    On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Trevon Shaw by shooting him with firearms in violation of  22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

70

## COUNT SIXTY-EIGHT

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF MONTE OWENS

On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Monte Owens with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)

## COUNT SIXTY-NINE

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF MONTE OWENS

(1)      Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)      On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Monte Owens by shooting him with firearms in violation of  22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

71

## COUNT SEVENTY

## ASSAULT WITH INTENT TO MURDER WHILE ARMED OF ANTHONY OWENS

On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Anthony Owens with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)


## COUNT SEVENTY-ONE

## ATTEMPTED MURDER IN AID OF
## RACKETEERING ACTIVITY OF ANTHONY OWENS

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Anthony Owens by shooting him with firearms in violation of 22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

0409

## COUNT SEVENTY-TWO

## FIRST DEGREE MURDER OF TREVON SHAW

On or about April 3, 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with firearms, purposely and with deliberate and premeditated malice, killed Trevon Shaw, by shooting him with firearms on or about April 3, 2004, thereby causing injuries from which Trevon Shaw died on or about April 3, 2004, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT SEVENTY-THREE

## MURDER IN AID OF RACKETEERING ACTIVITY OF TREVON SHAW

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about April 3, 2004, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie**, unlawfully, willfully, and knowingly murdered Trevon Shaw, that is, while armed with firearms, killed Trevon Shaw, by shooting him with

a firearm, thereby causing injuries from which Trevon Shaw died on or about April 3, 2004, in violation

of  22 D.C. Code Sections 2101, 4502 and 1805.

>(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of
>Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNTS SEVENTY-FOUR TO EIGHTY-ONE

### USE OF A FIREARM

On or about the dates set forth below, in the District of Columbia, the defendants named below

did knowingly, willfully and unlawfully use and carry a firearm during and in relation to a crime of

violence and a drug trafficking crime, which are felonies prosecutable in a court of the United States,

as set forth below and as further described in the specified counts of this indictment which are realleged

and incorporated as if fully set forth herein:

| CT | DATE | DEFENDANTS | PREDICATE OFFENSE | COUNT NO. |
|----|------|------------|-------------------|-----------|
| 74 | 04/21/01 | **DAVID WILSON** | Att. RICO Murder<br>18 U.S.C. §1959 (a)(5)<br>(Quinton Milstead: Victim) | 58 |
| 75 | 09/05/01 | **JASMINE BELL** | RICO ADW<br>18 U.S.C. §1959 (a)(3)<br>(Keith Barnett: Victim) | 61 |
| 76 | 11/28/01 | **RAYMOND BELL** | Conspiracy to Dist.<br>and PWID Narcotics<br>21 U.S.C. §846. | 1 |
| 77 | 08/27/02 | **DOMINIC SAMUELS** | RICO Murder<br>18 U.S.C. §1959(a)(1)<br>(Jamel Sills: Decedent) | 63 |
| 78 | 09/05/03 | **DESMOND THURSTON**<br>**RAYMOND BELL** | Att. RICO Murder<br>18 U.S.C. §1959 (a)(5)<br>(Trevon Shaw: Victim) | 67 |

| 79 | 09/05/03 | **DESMOND THURSTON**<br>**RAYMOND BELL** | Att. RICO Murder<br>18 U.S.C. §1959 (a)(5)<br>(Monte Owens: Victim) | 69 |
| 80 | 09/05/03 | **DESMOND THURSTON**<br>**RAYMOND BELL** | Att. RICO Murder<br>18 U.S.C. §1959 (a)(5)<br>(Anthony Owens: Victim) | 71 |
| 81 | 04/03/04 | **ANTWUAN BALL**<br>**DAVID WILSON** | RICO Murder<br>18 U.S.C. §1959(a)(1)<br>(Trevon Shaw: Decedent) | 73 |

(**Use of a Firearm and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c) and 2)

### COUNTS EIGHTY-TWO TO EIGHTY-NINE
### USE OF A COMMUNICATION FACILITY TO
### FACILITATE A DRUG TRAFFICKING OFFENSE

On or about the dates set forth below, within the District of Columbia, the defendants named below did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, to facilitate the conspiracy to unlawfully distribute or possess with intent to distribute cocaine and cocaine base, also known as crack cocaine, in violation of Title 21, United States Code, Section 846. The overt acts identified below are realleged and incorporated by reference herein:

| **Count** | **Date** | **Defendant** | **Overt Act** |
|---|---|---|---|
| 82 | 8/23/00 | **JASMINE BELL** | 57 |
| 83 | 2/14/01 | **DAVID WILSON** | 72 |
| 84 | 8/4/04 | **RAYMOND BELL** | 123 |
| 85 | 8/11/04 | **RAYMOND BELL** | 125 |
| 86 | 8/23/04 | **RAYMOND BELL** | 127 |
| 87 | 8/30/04 | **GREGORY BELL**<br>**RAYMOND BELL** | 129 |

0412

| 88 | 10/4/04 | **GREGORY BELL** | 133 |
|----|---------|------------------|-----|
| 89 | 1/26/05 | **MARCUS SMITH** | 135 |

(**Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

### COUNT NINETY

On or about July 3, 2001, in the 3400 block of 13th Place, S.E., within the District of Columbia,

**ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** having been convicted of

a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia case

number F-6268-95, did unlawfully and knowingly receive and possess a firearm, that is a loaded

Thompson semi-automatic carbine, and did unlawfully and knowingly receive and possess another

firearm, that is a loaded 7.62 assault rifle, which had been possessed, shipped and transported in and

effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT NINETY-ONE

On or about July 14, 2001, in the 1300 block of Southern Avenue, S.E., within the District of

Columbia, **RAYMOND BELL, also known as, "Santuce,"** having been convicted of a crime

punishable by imprisonment for a term exceeding one year, in the District of Columbia case number

F-5955-99, did unlawfully and knowingly receive and possess a firearm, that is a loaded Glock 22 .40

76

caliber semi-automatic pistol, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT NINETY-TWO

On or about November 28, 2001, in the 3300 block of 10th Place, S.E., within the District of Columbia, **RAYMOND BELL, also known as, "Santuce,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia case number F-5955-99, did unlawfully and knowingly receive and possess a firearm, that is a loaded Intertec .9mm semi-automatic pistol, also known as a Tek-9, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of Title 18, United States Code, Section 922(g)(1))

0414

## RICO FORFEITURE

1.  The allegations contained in Count Two of this Indictment are hereby repeated, realleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1963.  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1963 in the event of any defendant's conviction under Count Two of this Indictment.

2.  The defendants, **ANTWUAN BALL, aka Twan, aka  Big Ant; DAVID WILSON, aka Cool Wop, aka Cootie; GREGORY BELL, aka Boy-Boy, aka Bunga; JOSEPH JONES, aka Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom; GERALD BAILEY, aka Chow Wow, aka Charlie; JASMINE BELL, aka Jazz; RAYMOND BELL, aka Santuce; NEWETT VINCENT FORD; LUCIOUS FOWLER; ARTHUR HANDON, aka Jay; MARCUS SMITH, aka Mick; DESMOND THURSTON, aka Dazz; PHILLIP WALLACE, aka Phil; and DANIEL COLLINS, aka DC,**

      i.  have acquired and maintained interests in violation of Title 18, United States Code, Section 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1);

      ii.  have an interest in, security of, claims against, and property and contractual rights which afford a source of influence over, the enterprise named and described herein which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, securities, claims, and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963 (a)(2);

      iii.  have property constituting and derived from proceeds obtained, directly and

0415

indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962, which property is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(3),

3. The interests of the defendants subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1), (a)(2), and (a)(3), include but are not limited to:

a. at least $250,000.

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of a defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value;  or

(5) has been commingled with other property which cannot be divided without difficulty;

the court shall order the forfeiture of any other property of the defendants up to the value of any property set forth in paragraphs 2 and 3 above.

5.     The above-named defendants, and each of them, are jointly and severally liable for the forfeiture obligations as alleged above.

All pursuant to Title 18, United States Code, Section 1963.


A TRUE BILL:



FOREPERSON.


Attorney of the United States in

and for the District of Columbia.

0417

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal No.: 05-100-09 (RWR)** |
| | : | |
| **NEWETT FORD** | : | |
| | : | |
| Defendants. | : | |

FILED

JUN 1 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the ~~defendant's~~ government's unopposed motion to dismiss count two of the

superceding indictment against defendant Newett Ford only, and for good cause having been

shown, it is hereby

ORDERED that the ~~defendant's~~ government's motion to dismiss count two of the superceding

indictment against defendant Newett Ford only is hereby GRANTED on this ___31 st___ day

of ___May___, 2006.

_____
Judge Richard W. Roberts

0418

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | **:** | CRIMINAL NO. **05-0100-09 (RWR)** |
| | **:** | |
| **v.** | **:** | VIOLATIONS: |
| | **:** | 21 U.S.C. §846 |
| **NEWETT VINCENT FORD,** | **:** | (Conspiracy to Distribute and Possess With |
| **Defendant.** | **:** | Intent to Distribute Five Kilograms or More of |
| | **:** | Cocaine, and 50 Grams or More of Cocaine |
| | **:** | Base); |
| | **:** | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | **:** | (Unlawful Possession With Intent to Distribute, |
| | **:** | or Distribution, of Cocaine or Cocaine Base); |

### RETYPED AND RENUMBERED SUPERCEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

### NARCOTICS CONSPIRACY

## A.  THE CONSPIRACY

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and

continuing thereafter up to and including at least March 2005, within the District of Columbia, and

elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant; DAVID WILSON, aka**

**Cool Wop, aka Cootie; GREGORY BELL, aka Boy-Boy, aka Bunga; JOSEPH JONES, aka**

**Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom; GERALD BAILEY, aka Chow Wow, aka**

**Charlie; JASMINE BELL, aka Jazz; RAYMOND BELL, aka Santuce; NEWETT VINCENT**

**FORD; LUCIOUS FOWLER; ARTHUR HANDON, aka Jay; MARCUS SMITH, aka Mick;**

**DESMOND THURSTON, aka Dazz; PHILLIP WALLACE, aka Phil;  and DANIEL**

**COLLINS, aka DC,** and co-conspirators not indicted herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a)  mixtures and substances containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was five (5) kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

(b)  mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## B.  GOALS OF THE CONSPIRACY

(1)  It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendants and co-conspirators acquired cocaine and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2)  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

## C.  WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

The ways, manner and means by which the co-conspirators operated their illegal drug trafficking organization, include, but are not limited to the following:

(1)  The members of the conspiracy knowingly and intentionally distributed and possessed

2

with intent to distribute cocaine, and cocaine base, also known as crack cocaine.  The principal location at which members of the conspiracy conducted their illegal drug business was in and around the Congress Park Public Housing Complex neighborhood, which includes but is not limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300 block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks and alleys surrounding this area, within the District of Columbia.  The conspiracy maintained dominion and control over this area by making it known to customers of the conspiracy and rival distributors, that only co-conspirators and their associates could distribute cocaine and cocaine base in Congress Park.

(2)     It was part of the conspiracy that the defendants would, and did, play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization through various criminal acts.  The defendants made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the illegal drug distribution operation.  The roles assumed by some defendants were interchangeable at various times throughout the conspiracy. Some of the roles assumed and carried out by the defendants included, among others, leader, supplier of drugs, broker, packager, deliverer, holder, intermediary, helper, and street seller.

(3)     The conspiracy primarily involved the sale of small wholesale and retail quantities of cocaine base, also known as crack cocaine, to customers who requested it, and in some years, the conspiracy expanded and included the distribution of larger quantities of cocaine and cocaine base. In order to facilitate the sale of cocaine, and maintain customers in Congress Park, members of the conspiracy would obtain cocaine from other members of the conspiracy, as well as from other

sources, both known and unknown to the Grand Jury.

(4)     It was further part of the conspiracy that the defendants and co-conspirators used land line and cellular telephones to facilitate their illegal drug business; that is, making telephone calls to communicate with each other, suppliers, and customers, and to protect against the detection of the conspiracy by law enforcement officials.  It was further part of the conspiracy that when using telephones, the defendants used nicknames and code words to identify co-conspirators and describe quantities of narcotics and money.

(5)     It was further part of the conspiracy that the defendants and co-conspirators possessed, carried and used firearms to protect their drug trafficking operation from theft, robbery, and competition from rival sellers.  These weapons were possessed, carried and used for various reasons, including but not limited to: to protect the organization's narcotics and the proceeds of drug distribution; to ensure that drug distribution activities were controlled by the defendants and co-conspirators; to intimidate others from distributing cocaine, and cocaine base, also known as crack cocaine, in Congress Park; and to ensure the personal safety of the members of the organization.  It was further part of the conspiracy that members of the conspiracy, both known and unknown to the Grand Jury, knowingly and intentionally perpetrated acts of violence, including murder, against individuals who disrupted, or threatened to disrupt, the operation of the conspiracy, and in retaliation against individuals who perpetrated acts of violence against members of the conspiracy.

(6)     It was further part of the conspiracy that cocaine and cocaine base, also known as crack cocaine, were processed, cut, packaged, and stored prior to distribution to members of the conspiracy and/or customers of the conspiracy, in safe locations, known as stash houses, located in Congress Park and elsewhere in the District of Columbia.  The defendants and unindicted

co-conspirators used these stash houses to store cocaine and cocaine base, also known as crack cocaine, as well as firearms, in order to avoid their detection.

(7)     It was further part of the conspiracy that its members sought to avoid detection and investigation by law enforcement authorities by shifting their areas of selling within the members' selling territory in response to the presence of law enforcement.  Members of the conspiracy also shifted their areas of selling within the members' selling territory in response to threats from a rival drug conspiracy operating in the adjoining neighborhood of 10th Place/Trenton Place, Southeast, Washington, D.C.

**D.    OVERT ACTS**

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendant, in barious combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1.  On or about October 18, 1997, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

2.  On or about December 9, 1997, in the 1300 block of Savannah Place, SE, within the District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

3.  On or about September 20, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing

5

USCA Case #11-3031   Document #1445852   Filed: 07/10/2013   Page 433 of 500

a detectable amount of cocaine base, also known as crack cocaine.

4.  On or about March 22, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

5.  On or about April 11, 2001, in the 3300 block of 13th Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

> (**Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about March 22, 2001, within the District of Columbia, **NEWETT VINCENT FORD,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

0424

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 434 of 500

## COUNT THREE

On or about April 11, 2001, within the District of Columbia, **NEWETT VINCENT FORD,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

0425

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



FILED

JUN 15 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

UNITED STATES OF AMERICA,  :
                                :

          v.               :

                                :     CRIMINAL NO. 05-100-09 (RWR)

NEWETT VINCENT FORD       :

                                :

              Defendant.   :

---

**VERDICT FORM**

<u>COUNT ONE</u>

With respect to conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base, also known as crack, from in or about sometime in 1992 to at least March 2005, we the jury unanimously find Newett Vincent Ford:

      **Not Guilty** _____              **Guilty** _X_

If you find the defendant guilty of Count One, proceed to Counts Two and Three, and do not consider the Lesser Included Offenses below.  If you find the defendant not guilty of Count One, proceed to the First Lesser Included Offense below.

<u>First Lesser Included Offense</u>

With respect to conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 5 grams or more of cocaine base, also known as crack, from in or about sometime in 1992 to at least March 2005, we the jury unanimously find Newett Vincent Ford:

      **Not Guilty** _____              **Guilty** _____

If you find the defendant guilty of the First Lesser Included Offense, proceed to Counts Two and Three, and do not consider the Second Lesser Included Offense below.  If you find the defendant not guilty of the First Lesser Included Offense, proceed to the Second Lesser Included Offense below.

0426

-2-

<u>Second Lesser Included Offense</u>

With respect to conspiracy to distribute and possess with intent to distribute detectable amounts of cocaine and cocaine base, also known as crack, from in or about sometime in 1992 to at least March 2005, we the jury unanimously find Newett Vincent Ford:

**Not Guilty** _____        **Guilty** _____

<u>COUNT TWO</u>

With respect to distribution of cocaine base on or about March 22, 2001, we the jury unanimously find Newett Vincent Ford:

**Not Guilty** _____        **Guilty** __X_____

<u>COUNT THREE</u>

With respect to distribution of cocaine base on or about April 11, 2001, we the jury unanimously find Newett Vincent Ford:

**Not Guilty** _____        **Guilty** __X_____

Signed:    _Emily Bahha_____     _10/15/06_____
                      Foreperson                                    Date

0427



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 26, 2006

**FILED**

**AUG 4 - 2006**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph Conte
400 Seventh Street, Suite 400
Washington, D.C.  20004
(Attorney for Raymond Bell)

Re:   United States v. Raymond Bell,
Criminal Number, 05-100-8(RWR)

Dear Mr. Conte:

This letter confirms the agreement between your client, Raymond Bell, also known as
Santuce, and the Office of the United States Attorney for the District of Columbia (hereinafter also
referred to as "the Government" or "this Office").  If your client accepts the terms and conditions of
this offer, please have your client execute this document in the space provided below.  Upon receipt
of the executed document, this letter will become the plea agreement.  The terms of the offer are as
follows:

**Defendant's Obligations, Acknowledgments and Waivers:**

1.   Your client, Raymond Bell, agrees to admit guilt and enter a factual plea of guilty to
Count Two of the May 30, 2006, superseding indictment (hereinafter, the "Indictment"), as set forth
below.

a.   Your client agrees to plead guilty to Count Two of the Indictment, which charges
conspiracy to engage in racketeering in violation of 18 U.S.C. §1962(d).  The count charges your
client with conspiring with others to commit and participate in the commission of a number of
crimes described in the indictment as Racketeering Acts, including violent crimes to further a
racketeering enterprise.  Your client understands that pursuant to 18 U.S.C. §1963(a), the offense
of conspiracy to engage in racketeering carries a statutory maximum sentence of up to life in prison,
a maximum fine of $250,000 or twice the value of the gross proceeds generated by the racketeering
enterprise, whichever is greater, and a period of supervised release following any period of
imprisonment.  Count Two charges your client with participation in seven (7) racketeering acts: (1)
conspiracy to distribute and possess with intent to distribute mixtures and substances containing

more than five kilograms of cocaine, and more than 50 grams of cocaine base, in the form of crack cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(I) and 841 (b)(1)(A)(iii); (2) two acts of Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2; and (3) four acts of Distribution of Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2.

     b.  In addition, your client agrees to pay a special assessment, pursuant to 18 U.S.C. §3013, of $100 for the felony conviction, to the clerk of the U.S. District Court.  Your client further understands that the United States Sentencing Guidelines Manual ("Sentencing Guidelines") will apply to determine your client's guideline range.  Your client further understands that pursuant to Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

    2.  Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for at least 1.5 kilograms of cocaine base, also known as crack cocaine, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute and amounts distributed or possessed with intent to distribute by co-conspirators which was jointly undertaken criminal activity that was reasonably foreseeable by your client and within the scope of your client's conspiratorial agreement.

    3.  If the terms of this agreement are accepted by each and every defendant listed below, the Government agrees to sponsor this agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

**Defendant**

Jasmine Bell

Raymond Bell

Marcus Smith

Arthur Handon

Lucious Fowler

Phillip Wallace

Gerald Bailey

**Rule 11(c)(1(C) Justification**.

    4.  These plea agreements serve the ends of justice by holding each defendant accountable for the criminal conduct that each committed.  In addition, the pleas of guilty by all seven defendants eliminate the necessity of a jury trial for all of the defendants included in this group.

    5.  Consequently, this offer is contingent upon each and every one of the seven defendants listed above accepting the terms of the agreement, and the court accepting each defendant's guilty

plea.

6.  Your client and the Government agree that a sentence of 135-168 months incarceration, followed by five years of supervised release, is the appropriate sentence for the offense to which your client is pleading guilty.  The Government also agrees, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, to present this plea agreement between the parties to the Court for its approval.  If the Court accepts the plea agreement and the specific sentence agreed upon by the parties, then the Court will embody in the judgment and sentence the disposition provided for in this plea agreement, pursuant to Rule 11(c)(4) of the Federal Rules of Criminal Procedure.  The parties understand, however, that the Court may reject the plea agreement pursuant to Rule 11(c)(5) of the Federal Rules of Criminal Procedure.  Your client understands that if this happens, the Court, in accordance with the requirements of Rule 11(c)(5), will inform the parties of its rejection of the plea agreement, and will afford your client an opportunity to withdraw the plea, or if your client persists in the guilty plea will inform your client that a final disposition may be less favorable to your client than that contemplated by this agreement.  In addition, should the court reject the terms of the plea agreement for any one or more of the seven defendants, specifically Jasman Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey, then the plea agreement and offer is withdrawn as to all seven defendants.

7.  Your client also agrees that if any illegal contraband were seized by any law enforcement agency from the possession of or the direct or indirect control of your client, then your client consents to the administrative forfeiture, official use and/or destruction of said contraband by any law enforcement agency involved in the seizure of these items.

8.  Your client agrees not to object to the Government's recommendation to the Court at the time of the plea of guilty in this case that, pursuant to 18 U.S.C. § 3143, your client be detained without bond pending your client's sentencing in this case.

9.  In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

10.  Your client understands that this Office reserves its full right of allocution for purposes of sentencing in this matter, except that it is limited by the period of incarceration and supervised release as set forth in paragraph 6.  In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues.  Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons.  In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward

departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11.   Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. A motion to withdraw shall constitute a breach of this agreement. Further, since this is a "wired" plea agreement, a motion to withdraw the plea by any single defendant of the above-listed seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey constitutes a motion to withdraw for all of the defendants.

**The Government's Obligations, Acknowledgments and Waivers:**

12.   This Office will request that the Court dismiss as to your client the remaining counts of the indictment in this case at the time of sentencing.   Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

13.   The Government will not file any notices of enhancement pursuant to 21 U.S.C. §851 where applicable to any of the above-listed seven defendants.

**General Conditions**

14.   This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia.   This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

15.   This agreement only binds the United States Attorney's Office for the District of Columbia.   It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor.   These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

16.   There are no other agreements, promises, understandings or undertakings between your client and this Office.  Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

_____/s/_____

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____

GLENN LEON
Assistant United States Attorney

_____/s/_____

ANN H. PETALAS
Assistant United States Attorney

### DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Joseph Conte, Esquire.  I fully understand this agreement and agree to it without reservation.  I do this voluntarily and of my own free will, intending to be legally bound.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement.  I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date:_____        _____

Raymond Bell
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully.  These pages accurately and completely sets forth the entire plea agreement.

Date:  8/4/06

Joseph Conte, Esquire
Attorney for Raymond Bell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA    :    CRIMINAL NO. **05-0100-8 (RWR)**

                **v.**    :

RAYMOND BELL,    :

   also known as Santuce,    :

           **Defendant.**    :

FILED

AUG − 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

The defendant, **RAYMOND BELL, aka Santuce**, agrees that if the Government were to go to trial on count two of the superseding indictment, dated May 30, 2006, the Government's evidence, as to the essential elements of these offenses, would show:

1.    The defendant **RAYMOND BELL, aka Santuce**, was a member of an enterprise whose members and associates engaged in illegal drug trafficking principally in and around the Congress Park Public Housing Complex neighborhood in the District of Columbia, and the metropolitan vicinity, including the State of Maryland. From at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere. This organization, including its leadership, members and associates constituted a group of individuals associated in fact. The racketeering enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

2.    The principal goal of the racketeering enterprise was to obtain money and other things of value. It was a further goal of the enterprise to engage in various unlawful activities in the District of Columbia, Maryland and elsewhere. These activities were intended to make money and illicit profits for its leaders, members and associates, from acts involving, but not limited to: trafficking in controlled substances, including cocaine base, in the form of crack cocaine, and acts of violence, including robbery, assaults and murder.

3.    The purposes of the enterprise included: enriching the members of the enterprise through trafficking in controlled substances, namely cocaine base, also known as crack cocaine; creating, maintaining and controlling marketplaces for the distribution of controlled substances; enriching the members of the enterprise by committing acts of violence, including murder; enforcing discipline among its members; protecting the enterprise and its members from

0434

detection, investigation and apprehension by law enforcement, and from conviction for criminal charges; and promoting and enhancing the reputation and standing of the enterprise and its members.

      4.     The assorted activities of the enterprise affected interstate and foreign commerce and were conducted in the District of Columbia, Maryland and elsewhere.

      5.     During the same time, in the District of Columbia, Maryland and elsewhere, Defendant **BELL**, together with persons known and unknown to the government, being persons employed by and associated with the racketeering enterprise, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other to conduct and to participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity. The pattern of racketeering activity which **BELL** conducted and participated in the conduct of the affairs of the enterprise consisted of the racketeering acts as set forth below.

      6.     <u>Racketeering Act One -- Illegal Drug Conspiracy</u>: From at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere, the defendant **REYMOND BELL, aka Santuce**, and other members of the conspiracy did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other and with others, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances.

      a.     It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the leaders, members and associates of the conspiracy, including **RAYMOND BELL, aka Santuce**, acquired cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere. It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

      b.     Members of the conspiracy often worked together in various smaller groups, by, among other things: negotiating the sale, or agreeing to share the sale, or pooling their money for a purchase, or referring the buyer to another dealer associated with the conspiracy, or working together hand-in-hand to get a buyer his/her cocaine, or asking a buyer to come to him for his next sale. One example of how the members of the conspiracy cooperated with each other and shared resources and profits was the conspiracy's use of the term, "doors." If a potential customer approached one of the co-conspirators to buy drugs, when a second co-conspirator was also nearby, the second co-conspirator might yell "doors." This would mean that the second co-conspirator would share the sale with the first co-conspirator by getting a small portion of the sale for himself. Members of the conspiracy used this system in order to share profits and sales and enrich each other.

      7.     During the course of the conspiracy, and to effect its object, **RAYMOND BELL, aka Santuce**, did commit, among others, the following overt acts, some of which also constitute separate racketeering acts, as noted:

   a. On or about August 16, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santue,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

   b. <u>Racketeering Act Forty-Six -- Possession with Intent to DistributeCocaine Base, also known as Crack</u>: On or about November 28, 2001, in 3339 10th Place, SE, Apartment 201, within the District of Columbia, **RAYMOND BELL, aka Santue,** and an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

   c. On or about November 28, 2001, in 3339 10th Place, SE, Apartment 201, within the District of Columbia, **RAYMOND BELL, aka Santue,** possessed a loaded Intertec .9 mm semi-automatic pistol, also known as a Tek-9.

   d. On or about August 4, 2004, **RAYMOND BELL, aka Santue,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

   e. <u>Racketeering Act Thirty-Eight-- Distribution of Cocaine Base, also known as Crack</u>: On or about August 4, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santue,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more. **BELL** sold a half-ounce of crack cocaine to a cooperating witness in exchange for $600. The substance was later analyzed and determine to be 7.0 grams of cocaine base in the form of crack.

   f. On or about August 11, 2004, **RAYMOND BELL, aka Santue,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

   g. <u>Racketeering Act Thirty-Nine -- Distribution of Cocaine Base, also known as Crack</u>: On or about August 11, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santue,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more. **BELL** sold a half-ounce of crack cocaine to a cooperating witness in exchange for $550. The substance was later analyzed and determine to be 8.1 grams of cocaine base in the form of crack.

   h. On or about August 23, 2004, **RAYMOND BELL, aka Santue,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

i.      Racketeering Act Forty -- Distribution of Cocaine Base, also known as Crack: On or about August 23, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more. **BELL** sold a half-ounce of crack cocaine to a cooperating witness in exchange for $575. The substance was later analyzed and determine to be 8.0 grams of cocaine base in the form of crack.

j.      On or about August 30, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

k.      Racketeering Act Forty-One -- Distribution of Cocaine Base, also known as Crack: On or about August 30, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more. On that date, a cooperating witness arranged to meet **RAYMOND and GREGORY BELL** for the purpose of purchasing cocaine base in the form of crack from them. The cooperating witness met with them, and **GREGORY BELL** handed the cooperating witness a rock-like substance in exchange for $575. The substance was later analyzed and determined to be 8.0 grams of cocaine base in the form of crack. While the sale was being conducted, **RAYMOND and GREGORY BELL** were observed going to a parked 1986 black Jaguar in order to get crack cocaine to sell.

l.      Racketeering Act Forty-Eight -- Possession with Intent to Distribute Cocaine Base, also known as Crack: On or about September 1, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. On September 1, 2004, the 1986 black Jaguar used by **RAYMOND and GREGORY BELL** during the August 30, 2004 distribution was seized pursuant to a search warrant. A knotted plastic baggie with chunks of a rock-like substance was recovered from underneath the floor mat in front of the driver's seat. The substance was analyzed and determined to be 2.8 grams of cocaine base, in the form of crack.

8.      In addition, **RAYMOND BELL, aka Santuce**, has reviewed all of the allegations in the May 30, 2006 superseding indictment that relate to other defendants, whether relating to violent acts, gun possessions, narcotics charges, or any other charges set forth in the indictment. **RAYMOND BELL, aka Santuce**, admits that the allegations are true, or does not have information to dispute or disprove those allegations set forth in the superseding indictment.

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence setting forth the facts as to my participation in a racketeering influenced and corrupt organization conspiracy. I have discussed this proffer fully with my attorney, Joseph Conte. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date:_____          _Raymond Bell_____
                                        RAYMOND BELL
                                        Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to participate in a racketeer influenced and corrupt organization. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date:___8/4/06_____          _Joseph Conte_____
                                    Joseph Conte, Esquire
                                    Counsel for Raymond Bell



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*



---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 26, 2006



Joanne Slaight
717 5th Street, NW
Washington, D.C. 20001
(Attorney for Gerald Bailey)

FILED

AUG 4 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   United States v. Gerald Bailey,
        Criminal Number, 05-100-6(RWR)

Dear Ms. Slaight:

This letter confirms the agreement between your client, Gerald Bailey, also known as Chow Wow, also known as Charlie, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**Defendant's Obligations, Acknowledgments and Waivers:**

1.   Your client, Gerald Bailey, agrees to admit guilt and enter a factual plea of guilty to a Count Two of the May 30, 2006, superseding indictment (hereinafter, the "Indictment"), as set forth below.

a.   Your client agrees to plead guilty to Count Two of the Indictment, which charges conspiracy to engage in racketeering in violation of 18 U.S.C. §1962(d). The count charges your client with conspiring with others to commit and participate in the commission of a number of crimes described in the indictment as Racketeering Acts, including violent crimes to further a racketeering enterprise. Your client understands that pursuant to 18 U.S.C. §1963(a), the offense of conspiracy to engage in racketeering carries a statutory maximum sentence of up to life in prison, a maximum fine of $250,000 or twice the value of the gross proceeds generated by the racketeering enterprise, whichever is greater, and a period of supervised release following any period of imprisonment. Your client admits to partnership in three (3) racketeering acts: (i) conspiracy to distribute and possess with intent to distribute mixtures and substances containing more than five kilograms of cocaine, and more than 50 grams of cocaine base, in the form of crack cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(I) and

0439

841(b)(1)(A)(iii); and (ii) two acts of Distribution of Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2.

b.   In addition, your client agrees to pay a special assessment, pursuant to 18 U.S.C. §3013, of $100 for the felony conviction, to the clerk of the U.S. District Court.  Your client further understands that the United States Sentencing Guidelines Manual ("Sentencing Guidelines") will apply to determine your client's guideline range. Your client further understands that pursuant to Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

2.   Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the U.S. Sentencing Guidelines, your client is accountable for at least 1.5 kilograms of cocaine base, also known as crack cocaine, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute and amounts distributed or possessed with intent to distribute by co-conspirators which was jointly undertaken criminal activity that was reasonably foreseeable by your client and within the scope of your client's conspiratorial agreement.

3.   If the terms of this agreement are accepted by each and every defendant listed below, the Government agrees to sponsor this agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

**Defendant**
Jasmine Bell
Raymond Bell
Marcus Smith
Arthur Handon
Lucious Fowler
Phillip Wallace
Gerald Bailey

**Rule 11(c)(1(C) Justification**.

4.   These plea agreements serve the ends of justice by holding each defendant accountable for the criminal conduct that each committed.  In addition, the pleas of guilty by all seven defendants eliminate the necessity of a jury trial for all of the defendants included in this group.

5.   Consequently, this offer is contingent upon each and every one of the seven defendants listed above accepting the terms of the agreement, and the court accepting each defendant's guilty plea.

6.   Your client and the Government agree that a sentence of 51-63 months incarceration, followed by five years of supervised release, is the appropriate sentence for the offense to which your client is pleading guilty.  The Government also agrees, pursuant to Rule 11(c)(1)(C) of the Federal

Rules of Criminal Procedure, to present this plea agreement between the parties to the Court for its approval. If the Court accepts the plea agreement and the specific sentence agreed upon by the parties, then the Court will embody in the judgment and sentence the disposition provided for in this plea agreement, pursuant to Rule 11(c)(4) of the Federal Rules of Criminal Procedure. The parties understand, however, that the Court may reject the plea agreement pursuant to Rule 11(c)(5) of the Federal Rules of Criminal Procedure. Your client understands that if this happens, the Court, in accordance with the requirements of Rule 11(c)(5), will inform the parties of its rejection of the plea agreement, and will afford your client an opportunity to withdraw the plea, or if your client persists in the guilty plea will inform your client that a final disposition may be less favorable to your client than that contemplated by this agreement. In addition, should the court reject the terms of the plea agreement for any one or more of the seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Luscious Fowler, Phillip Wallace and Gerald Bailey, then the plea agreement and offer is withdrawn as to all seven defendants.

7.  Your client also agrees that if any illegal contraband were seized by any law enforcement agency from the possession of or the direct or indirect control of your client, then your client consents to the administrative forfeiture, official use and/or destruction of said contraband by any law enforcement agency involved in the seizure of these items.

8.  In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

9.  Your client understands that this Office reserves its full right of allocution for purposes of sentencing in this matter, except that it is limited by the period of incarceration as set forth in paragraph 6. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

10.  Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. A motion to withdraw shall constitute a breach of this agreement. Further, since this is a "wired" plea agreement, a motion to withdraw the plea by any single defendant of the above-listed seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey constitutes a motion to withdraw for all of the defendants.

**The Government's Obligations, Acknowledgments and Waivers:**

11. This Office will request that the Court dismiss as to your client the remaining counts of the indictment in this case at the time of sentencing. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

12. The Government will not file any notices of enhancement pursuant to 21 U.S.C. §851 where applicable to any of the above-listed seven defendants.

13. Provided that your client remains in full compliance with his conditions of release, the Government will not oppose your client's request that he remain on release with those conditions pending your client's sentencing in this case.

**General Conditions**

14. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

15. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

16. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

_____/s/_____

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____

GLENN LEON
Assistant United States Attorney

_____/s/_____

ANN H. PETALAS
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Joanne Slaight, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 8/4/06                                  _____

Gerald Bailey
Defendant

0443

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement.

Date: ___8/4/06___          _____

Joanne Slaight, Esquire
Attorney for Gerald Bailey

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | **CRIMINAL NO. 05-0100-6 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| **GERALD BAILEY** | : | |
| **also known as Chow Wow** | : | |
| **also known as Charlie,** | : | |
| | : | |
| Defendant. | : | |

FILED

AUG - 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

The defendant, **GERALD BAILEY, aka Chow Wow, aka Charlie**, agrees that if the Government were to go to trial on Count Two of the superseding indictment, dated May 30, 2006, the Government's evidence, as to the essential elements of these offenses, would show:

1.      The defendant **GERALD BAILEY, aka Chow Wow, aka Charlie**, was a member of an enterprise that existed from at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere, whose members and associates engaged in illegal drug trafficking principally in and around the Congress Park Public Housing Complex neighborhood in the District of Columbia, and the metropolitan vicinity, including the State of Maryland. This organization, including its leadership, members and associates constituted a group of individuals associated in fact. The racketeering enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

2.      The principal goal of the racketeering enterprise was to obtain money and other things of value. It was a further goal of the enterprise to engage in various unlawful activities in the District of Columbia, and elsewhere. These activities were intended to make money and illicit profits for its leaders, members and associates, from acts involving, but not limited to: trafficking in controlled substances, including cocaine base, in the form of crack cocaine, and acts of violence, including robbery, assaults and murder.

3.      The purposes of the enterprise included: enriching the members of the enterprise through trafficking in controlled substances, namely cocaine base, also known as crack cocaine; creating, maintaining and controlling marketplaces for the distribution of controlled substances; enriching the members of the enterprise by committing acts of violence, including murder; enforcing discipline among its members; protecting the enterprise and its members from

detection, investigation and apprehension by law enforcement, and from conviction for criminal charges; and promoting and enhancing the reputation and standing of the enterprise and its members.

4.     The assorted activities of the enterprise affected interstate and foreign commerce and were conducted in the District of Columbia, Maryland and elsewhere.

5.     During the same time, in the District of Columbia, Maryland and elsewhere, Defendant **BAILEY**, together with persons known and unknown to the government, being persons employed by and associated with the racketeering enterprise, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other to conduct and to participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity. The pattern of racketeering activity which **BAILEY** conducted and participated in the conduct of the affairs of the enterprise consisted of the racketeering acts as set forth below.

6.     <u>Racketeering Act One -- Illegal Drug Conspiracy</u>: From at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere, the defendant **GERALD BAILEY, aka Chow Wow, aka Charlie**, and other members of the conspiracy did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other and with others, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances.

a.     It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the leaders, members and associates of the conspiracy, including **GERALD BAILEY, aka Chow Wow, aka Charlie**, acquired cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere. It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

b.     Members of the conspiracy, including, **GERALD BAILEY, aka Chow Wow, aka Charlie**, often worked together in various smaller groups, by, among other things: negotiating the sale, or agreeing to share the sale, or pooling their money for a purchase, or referring the buyer to another dealer associated with the conspiracy, or working together hand-in-hand to get a buyer his/her cocaine, or asking a buyer to come to him for his next sale. One example of how the members of the conspiracy cooperated with each other and shared resources and profits was the conspiracy's use of the term, "doors." If a potential customer approached one of the co-conspirators to buy drugs, when a second co-conspirator was also nearby, the second co-conspirator might yell "doors." This would mean that the second co-conspirator would share the sale with the first co-conspirator by getting a small portion of the sale for himself. Members of the conspiracy, including **GERALD BAILEY, aka Chow Wow, aka Charlie**, used this system in order to share profits and sales and enrich each other.

7.     During the course of the conspiracy, and to effect its object, **GERALD BAILEY, aka Chow Wow, aka Charlie**, did commit, among others, the following overt acts, some of which also constitute separate racketeering acts, as noted:

0446

a.      On or about August 16, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

b.      Racketeering Act Seventeen -- Distribution of Cocaine Base, also known as crack: On or about January 18, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** responded to the page and distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. **BAILEY** sold a cooperating witness fifteen clear ziplocks of a rock-like substance in exchange for $150. That substance was then analyzed and determined to be .85 grams of cocaine base in the form of crack.

c.      Racketeering Act Twenty-Seven -- Distribution of Cocaine Base, also known as crack: On or about March 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. **BAILEY** sold a cooperating witness seven clear ziplocks of a rock-like substance in exchange for $80. That substance was then analyzed and determined to be .42 grams of cocaine base in the form of crack.

8.      In addition, **GERALD BAILEY, aka Chow Wow, aka Charlie,** has reviewed all of the allegations in the May 30, 2006 superseding indictment that relate to other defendants, whether relating to violent acts, gun possessions, narcotics charges, or any other charges set forth in the indictment. **GERALD BAILEY, aka Chow Wow, aka Charlie,** admits that the allegations are true, or does not have information to dispute or disprove those allegations set forth in the superseding indictment.

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence setting forth the facts as to my participation in a racketeering influenced and corrupt organization conspiracy. I have discussed this proffer fully with my attorney, Joanne Slaight. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 8/4/06

_____
GERALD BAILEY
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to participate in a racketeer influenced and corrupt organization. I have reviewed the entire proffer with my client and have discussed it with him fully.

Date: 8/4/06

_____
Joanne Slaight, Esquire
Counsel for GERALD BAILEY

0448

 U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*



---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 26, 2006



Joseph Beshouri, Esq.
419 7th Street, NW
Suite 201
Washington, DC 20004
(Attorney for Jasmine Bell)

Re:   United States v. Jasmine Bell,
        Criminal Number, 05-100-7(RWR)

Dear Mr. Beshouri:

This letter confirms the agreement between your client, Jasmine Bell, also known as Jazz, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**Defendant's Obligations, Acknowledgments and Waivers:**

1. Your client, Jasmine Bell, agrees to admit guilt and enter a factual plea of guilty to Count Two of the May 30, 2006, superseding indictment (hereinafter, the "Indictment"), as set forth below.

    a. Your client agrees to plead guilty to Count Two of the Indictment, which charges conspiracy to engage in racketeering in violation of 18 U.S.C. §1962(d). The count charges your client with conspiring with others to commit and participate in the commission of a number of crimes described in the indictment as Racketeering Acts, including violent crimes to further a racketeering enterprise. Your client understands that pursuant to 18 U.S.C. §1963(a), the offense of conspiracy to engage in racketeering carries a statutory maximum sentence of up to life in prison, a maximum fine of $250,000 or twice the value of the gross proceeds generated by the racketeering enterprise, whichever is greater, and a period of supervised release following any period of imprisonment. Count Two charges your client with participation in three (3) racketeering acts: (1) conspiracy to distribute and possess with intent to distribute mixtures and substances containing more than five kilograms of cocaine, and more than 50 grams of cocaine base, in the form of crack cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(I) and

841(b)(1)(A)(iii); and (2) two acts of Distribution of Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2.

b.   In addition, your client agrees to pay a special assessment, pursuant to 18 U.S.C. §3013, of $100 for the felony conviction, to the clerk of the U.S. District Court. Your client further understands that the United States Sentencing Guidelines Manual ("Sentencing Guidelines") will apply to determine your client's guideline range. Your client further understands that pursuant to Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

2.   Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for at least 1.5 kilograms of cocaine base, also known as crack cocaine, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute and amounts distributed or possessed with intent to distribute by co-conspirators which was jointly undertaken criminal activity that was reasonably foreseeable by your client and within the scope of your client's conspiratorial agreement.

3.   If the terms of this agreement are accepted by each and every defendant listed below, the Government agrees to sponsor this agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

**Defendant**
Jasmine Bell
Raymond Bell
Marcus Smith
Arthur Handon
Lucious Fowler
Phillip Wallace
Gerald Bailey

**Rule 11(c)(1(C) Justification**.

4.   These plea agreements serve the ends of justice by holding each defendant accountable for the criminal conduct that each committed. In addition, the pleas of guilty by all seven defendants eliminate the necessity of a jury trial for all of the defendants included in this group.

5.   Consequently, this offer is contingent upon each and every one of the seven defendants listed above accepting the terms of the agreement, and the court accepting each defendant's guilty plea.

6.   Your client and the Government agree that a sentence of 135-168 months incarceration, followed by five years of supervised release, is the appropriate sentence for the offense to which your client is pleading guilty. The Government also agrees, pursuant to Rule 11(c)(1)(C) of the Federal

Rules of Criminal Procedure, to present this plea agreement between the parties to the Court for its approval. If the Court accepts the plea agreement and the specific sentence agreed upon by the parties, then the Court will embody in the judgment and sentence the disposition provided for in this plea agreement, pursuant to Rule 11(c)(4) of the Federal Rules of Criminal Procedure. The parties understand, however, that the Court may reject the plea agreement pursuant to Rule 11(c)(5) of the Federal Rules of Criminal Procedure. Your client understands that if this happens, the Court, in accordance with the requirements of Rule 11(c)(5), will inform the parties of its rejection of the plea agreement, and will afford your client an opportunity to withdraw the plea, or if your client persists in the guilty plea will inform your client that a final disposition may be less favorable to your client than that contemplated by this agreement. In addition, should the court reject the terms of the plea agreement for any one or more of the seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey, then the plea agreement and offer is withdrawn as to all seven defendants.

7. Your client also agrees that if any illegal contraband were seized by any law enforcement agency from the possession of or the direct or indirect control of your client, then your client consents to the administrative forfeiture, official use and/or destruction of said contraband by any law enforcement agency involved in the seizure of these items.

8. Your client agrees not to object to the Government's recommendation to the Court at the time of the plea of guilty in this case that, pursuant to 18 U.S.C. § 3143, your client be detained without bond pending your client's sentencing in this case.

9. In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

10. Your client understands that this Office reserves its full right of allocution for purposes of sentencing in this matter, except that it is limited by the period of incarceration and supervised release as set forth in paragraph 6. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11. Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. A motion to withdraw shall constitute a breach of this agreement. Further, since this is a

0451

"wired" plea agreement, a motion to withdraw the plea by any single defendant of the above-listed seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey constitutes a motion to withdraw for all of the defendants.

## The Government's Obligations, Acknowledgments and Waivers:

12.  This Office will request that the Court dismiss as to your client the remaining counts of the indictment in this case at the time of sentencing. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

13.  The Government will not file any notices of enhancement pursuant to 21 U.S.C. §851 where applicable to any of the above-listed seven defendants.

## General Conditions

14.  This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia.  This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

15.  This agreement only binds the United States Attorney's Office for the District of Columbia.  It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury, or any state or local prosecutor.  These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

16.   There are no other agreements, promises, understandings or undertakings between your client and this Office.  Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

_____/s/_____
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
GLENN LEON
Assistant United States Attorney

_____/s/_____
ANN H. PETALAS
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Joseph Beshouri, Esquire.  I fully understand this agreement and agree to it without reservation.  I do this voluntarily and of my own free will, intending to be legally bound.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement.  I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 8/4/06 JB                    _Jasmine Bell_____
                                    Jasmine Bell
                                    Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully.  These pages accurately and completely sets forth the entire plea agreement.

Date: _____8/4/06_____          _____

                                     Joseph Beshouri, Esquire
                                     Attorney for Jasmine Bell

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0100-7 (RWR) |
| | : | |
| v. | : | |
| | : | |
| JASMINE BELL, | : | |
| also known as Jazz, | : | |
| | : | |
| Defendant. | : | |
| | : | |

FILED

AUG - 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

The defendant, **JASMINE BELL, aka Jazz,** agrees that if the Government were to go to trial on count two of the superseding indictment, dated May 30, 2006, the Government's evidence, as to the essential elements of these offenses, would show:

1.      The defendant **JASMINE BELL, aka Jazz,** was a member of an enterprise whose members and associates engaged in illegal drug trafficking principally in and around the Congress Park Public Housing Complex neighborhood in the District of Columbia, and the metropolitan vicinity, including the State of Maryland from at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere. This organization, including its leadership, members and associates constituted a group of individuals associated in fact. The racketeering enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

2.      The principal goal of the racketeering enterprise was to obtain money and other things of value. It was a further goal of the enterprise to engage in various unlawful activities in the District of Columbia and Maryland, and elsewhere, which activities were intended to make money and illicit profits for its leaders, members and associates, from acts involving, but not limited to: trafficking in controlled substances, including cocaine base, in the form of crack cocaine, and acts of violence, including robbery, assaults, and murder.

3.      The purposes of the enterprise included: enriching the members of the enterprise through trafficking in controlled substances, namely cocaine base, also known as crack cocaine; creating, maintaining and controlling marketplaces for the distribution of controlled substances; enriching the members of the enterprise by committing acts of violence, including murder; enforcing discipline among its members; protecting the enterprise and its members from detection, investigation and apprehension by law enforcement, and from conviction for criminal charges; and promoting and enhancing the reputation and standing of the enterprise and its members.

0455

4.      The assorted activities of the enterprise affected interstate and foreign commerce and were conducted in the District of Columbia, Maryland, and elsewhere.

5.      During the same time, in the District of Columbia, Maryland, and elsewhere, Defendant **BELL**, together with persons known and unknown to the government, being persons employed by and associated with the racketeering enterprise, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other to conduct and to participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity. The pattern of racketeering activity which **BELL** conducted and participated in the conduct of the affairs of the enterprise consisted of the racketeering acts as set forth below.

6.      Racketeering Act One -- Illegal Drug Conspiracy: From at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere, the defendant **JASMINE BELL, aka Jazz**, and other members of the conspiracy did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other and with others, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances.

a.      It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the leaders, members and associates of the conspiracy, including **JASMINE BELL, aka Jazz**, acquired cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere. It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

b.      Members of the conspiracy, including, **JASMINE BELL, aka Jazz**, often worked together in various smaller groups, by, among other things:  negotiating the sale, or agreeing to share the sale, or pooling their money for a purchase, or referring the buyer to another dealer associated with the conspiracy, or working together hand-in-hand to get a buyer his/her cocaine, or asking a buyer to come to him for his next sale.  One example of how the members of the conspiracy cooperated with each other and shared resources and profits was the conspiracy's use of the term, "doors." If a potential customer approached one of the co-conspirators to buy drugs, when a second co-conspirator was also nearby, the second co-conspirator might yell "doors." This would mean that the second co-conspirator would share the sale with the first co-conspirator by getting a small portion of the sale for himself.  Members of the conspiracy, including **JASMINE BELL, aka Jazz**, used this system in order to share profits and sales and enrich each other.

7.      During the course of the conspiracy, and to effect its object, **JASMINE BELL, aka Jazz**, did commit, among others, the following overt acts, some of which also constitute separate racketeering acts, as noted:

a.      Racketeering Act Three-- Distribution of Cocaine Base, also known as crack: On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.  On that date, **BELL** sold a

cooperating witness an "eight-ball" consisting of a rock-like substance in exchange for $150. The substance was analyzed and determined to be 1.2 grams of cocaine base, in the form of crack.

   b.  On or about July 13, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

   c.  On or about August 23, 2000, **JASMINE BELL, aka Jazz,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

   d.  <u>Racketeering Act Ten-- Distribution of Cocaine Base, also known as crack</u>: On or about August 23, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. On that date, **BELL** sold a cooperating witness twenty-seven ziplocks containing a rock-like substance in exchange for $300. The substance was analyzed and determined to be 1.5 grams of cocaine base, in the form of crack.

   e.  On or about October 17, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, co-conspirators David Wilson, aka Cool Wop, aka Cootie, and Desmond Thurston, aka Dazz, distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and Thurston, together with **JASMINE BELL, aka Jazz,** offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

   f.  On or about November 15, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** and an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

   g.  On or about November 21, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

  8.  In addition, **JASMINE BELL, aka Jazz,** has reviewed all of the allegations in the May 30, 2006 superseding indictment that relate to other defendants, whether relating to violent acts, gun possessions, narcotics charges, or any other charges set forth in the indictment. **JASMINE BELL, aka Jazz,** admits that the allegations are true, or does not have information to dispute or disprove those allegations set forth in the superseding indictment.

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence setting forth the facts as to my participation in a racketeering influenced and corrupt organization conspiracy. I have discussed this proffer fully with my attorney, Joseph Beshouri. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 8/4/06

JASMINE BELL, aka Jazz
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to participate in a racketeer influenced and corrupt organization. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 8/4/06

Joseph Beshouri, Esquire
Counsel for JASMINE BELL, aka Jazz





U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 26, 2006

**FILED**

AUG 4 – 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

David Woll, Esquire
11501 Georgia Avenue, Suite 201
Wheaton, MD 20902
(Attorney for Marcus Smith)

Re: <u>United States v. Marcus Smith</u>,
Criminal Number, 05-100-12 (RWR)

Dear Mr. Woll:

This letter confirms the agreement between your client, Marcus Smith, also known as Mick, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**<u>Defendant's Obligations, Acknowledgments and Waivers:</u>**

1. Your client, Marcus Smith, agrees to admit guilt and enter a factual plea of guilty to Count Two of the May 30, 2006 superseding indictment (hereinafter, the "Indictment"), as set forth below.

a. Your client agrees to plead guilty to Count Two of the Indictment, which charges conspiracy to engage in racketeering in violation of 18 U.S.C. §1962(d). The count charges your client with conspiring with others to commit and participate in the commission of a number of crimes described in the indictment as Racketeering Acts, including violent crimes to further a racketeering enterprise. Your client understands that pursuant to 18 U.S.C. §1963(a), the offense of conspiracy to engage in racketeering carries a statutory maximum sentence of up to life in prison, a maximum fine of $250,000 or twice the value of the gross proceeds generated by the racketeering enterprise, whichever is greater, and a period of supervised release following any period of imprisonment. Your client admits to participation in two (2) racketeering acts: (i) conspiracy to distribute and possess with intent to distribute mixtures and substances containing more than five kilograms of cocaine, and more than 50 grams of cocaine base, in the form of crack cocaine, in

violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(iii); and (ii) Distribution of Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2.

   b.  In addition, your client agrees to pay a special assessment, pursuant to 18 U.S.C. §3013, of $100 for the felony conviction, to the clerk of the U.S. District Court.  Your client further understands that the United States Sentencing Guidelines Manual ("Sentencing Guidelines") will apply to determine your client's guideline range.  Your client further understands that pursuant to Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

  2.   Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for at least 1.5 kilograms of cocaine base, also known as crack cocaine, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute and amounts distributed or possessed with intent to distribute by co-conspirators which was jointly undertaken criminal activity that was reasonably foreseeable by your client and within the scope of your client's conspiratorial agreement.

  3.  If the terms of this agreement are accepted by each and every defendant listed below, the Government agrees to sponsor this agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

   <u>Defendant</u>
   Jasmine Bell
   Raymond Bell
   Marcus Smith
   Arthur Handon
   Lucious Fowler
   Phillip Wallace
   Gerald Bailey

### <u>Rule 11(c)(1(C) Justification</u>.

  4.  These plea agreements serve the ends of justice by holding each defendant accountable for the criminal conduct that each committed.  In addition, the pleas of guilty by all seven defendants eliminate the necessity of a jury trial for all of the defendants included in this group.

  5.  Consequently, this offer is contingent upon each and every one of the seven defendants listed above accepting the terms of the agreement, and the Court accepting each defendant's guilty plea.

  6.  Your client and the Government agree that a sentence of 121-151 months incarceration, followed by five years of supervised release, is the appropriate sentence for the offense to which your

client is pleading guilty. The Government also agrees, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, to present this plea agreement between the parties to the Court for its approval. If the Court accepts the plea agreement and the specific sentence agreed upon by the parties, then the Court will embody in the judgment and sentence the disposition provided for in this plea agreement, pursuant to Rule 11(c)(4) of the Federal Rules of Criminal Procedure. The parties understand, however, that the Court may reject the plea agreement pursuant to Rule 11(c)(5) of the Federal Rules of Criminal Procedure. Your client understands that if this happens, the Court, in accordance with the requirements of Rule 11(c)(5), will inform the parties of its rejection of the plea agreement, and will afford your client an opportunity to withdraw the plea, or if your client persists in the guilty plea will inform your client that a final disposition may be less favorable to your client than that contemplated by this agreement. In addition, should the court reject the terms of the plea agreement for any one or more of the seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey, then the plea agreement and offer is withdrawn as to all seven defendants.

7.   Your client also agrees that if any illegal contraband were seized by any law enforcement agency from the possession of or the direct or indirect control of your client, then your client consents to the administrative forfeiture, official use and/or destruction of said contraband by any law enforcement agency involved in the seizure of these items.

8.   Your client agrees not to object to the Government's recommendation to the Court at the time of the plea of guilty in this case that, pursuant to 18 U.S.C. § 3143, your client be detained without bond pending your client's sentencing in this case.

9.   In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

10.   Your client understands that this Office reserves its full right of allocution for purposes of sentencing in this matter, except that it is limited by the period of incarceration as set forth in paragraph 6.   In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11.    Your client understands and agrees that  your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. A motion to withdraw shall constitute a breach of this agreement. Further, since this is a "wired" plea agreement, a motion to withdraw the plea by any single defendant of the above-listed seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey constitutes a motion to withdraw for all of the defendants.

**The Government's Obligations,  Acknowledgments, and Waivers:**

12.    This Office will request that the Court dismiss as to your client  the remaining counts of the indictment in this case at the time of sentencing.   Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

13.    The Government will not file any notices of enhancement pursuant to 21 U.S.C. §851 where applicable to any of the above-listed seven defendants.

**General Conditions**

14.    This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia.    This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

15.    This agreement only binds the United States Attorney's Office for the District of Columbia.  It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

16.   There are no other agreements, promises, understandings or undertakings between your client and this Office.  Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

_____
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
GLENN LEON
Assistant United States Attorney

_____
ANN H. PETALAS
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, David Woll, Esquire. I fully understand this agreement and agree to it without reservation.  I do this voluntarily and of my own free will, intending to be legally bound.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully.  I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement.  I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 8/2/06

_____
Marcus Smith
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully.  These pages accurately and completely sets forth the entire plea agreement.

Date: _8/2/06_ 

_David Carey Woll_

David Woll, Esquire
Attorney for Marcus Smith



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0100-12 (RWR) |
|  | : |  |
| v. | : |  |
|  | : |  |
| **MARCUS SMITH,** | : |  |
| **also known as Mick,** | : | **FILED** |
|  | : |  |
| **Defendant.** | : | AUG 4 - 2006 |
|  | : |  |

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PROFFER OF EVIDENCE

The defendant, **MARCUS SMITH, aka Mick**, agrees that if the Government were to go to trial on count two of the superseding indictment, dated May 30, 2006, the Government's evidence, as to the essential elements of these offenses, would show:

1.      The defendant **MARCUS SMITH, aka Mick**, was a member of an enterprise whose members and associates engaged in illegal drug trafficking principally in and around the Congress Park Public Housing Complex neighborhood in the District of Columbia, and the metropolitan vicinity, including the State of Maryland from at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere. This organization, including its leadership, members and associates constituted a group of individuals associated in fact. The racketeering enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

2.      The principal goal of the racketeering enterprise was to obtain money and other things of value. It was a further goal of the enterprise to engage in various unlawful activities in the District of Columbia and elsewhere, which activities were intended to make money and illicit profits for its leaders, members and associates, from acts involving, but not limited to: trafficking in controlled substances, including cocaine base, in the form of crack cocaine, and acts of violence, including robbery, assaults, and murder.

3.      The purposes of the enterprise included: enriching the members of the enterprise through trafficking in controlled substances, namely cocaine base, also known as crack cocaine; creating, maintaining and controlling marketplaces for the distribution of controlled substances; enriching the members of the enterprise by committing acts of violence, including murder; enforcing discipline among its members; protecting the enterprise and its members from detection, investigation and apprehension by law enforcement, and from conviction for criminal

charges; and promoting and enhancing the reputation and standing of the enterprise and its members.

4.      The assorted activities of the enterprise affected interstate and foreign commerce and were conducted in the District of Columbia, Maryland, and elsewhere.

5.      During the same time, in the District of Columbia, Maryland, and elsewhere, Defendant **SMITH**, together with persons known and unknown to the government, being persons employed by and associated with the racketeering enterprise, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other to conduct and to participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity. The pattern of racketeering activity which **SMITH** conducted and participated in the conduct of the affairs of the enterprise consisted of the racketeering acts as set forth below.

6.      Racketeering Act One -- Illegal Drug Conspiracy: From at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere, members of the conspiracy did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other and with others, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances. The defendant **MARCUS SMITH, aka Mick**, was a member of this narcotics conspiracy since 1998.

a.      It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the leaders, members and associates of the conspiracy, including **MARCUS SMITH, aka Mick**, acquired cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere. It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

b.      Members of the conspiracy, including, **MARCUS SMITH, aka Mick**, often worked together in various smaller groups, by, among other things:  negotiating the sale, or agreeing to share the sale, or pooling their money for a purchase, or referring the buyer to another dealer associated with the conspiracy, or working together hand-in-hand to get a buyer his/her cocaine, or asking a buyer to come to him for his next sale.  One example of how the members of the conspiracy cooperated with each other and shared resources and profits was the conspiracy's use of the term, "doors."  If a potential customer approached one of the co-conspirators to buy drugs, when a second co-conspirator was also nearby, the second co-conspirator might yell "doors."  This would mean that the second co-conspirator would share the sale with the first co-conspirator by getting a small portion of the sale for himself.  Members of the conspiracy used this system in order to share profits and sales and enrich each other.

7.      During the course of the conspiracy, and to effect its object, **MARCUS SMITH, aka Mick**, did commit the following overt acts, some of which also constitute separate racketeering acts, as noted:

a.    On or about May 8, 2002, in the 3400 block of 13th Place, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

b.    On or about January 26, 2005, **MARCUS SMITH, aka Mick,** and co-conspirator Mary McClendon used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

c.    Racketeering Act Forty-Three -- Distribution of Cocaine Base, also known as Crack: On or about January 26, 2005, in the 3400 block of 13th Place, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** and Mary McClendon knowingly distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. **SMITH** sold eleven ziplocks of a white rock-like substance to another person in exchange for $100. The substance was later analyzed and determine to be .7 grams of cocaine base. **SMITH** then gave an additional ziplock of cocaine base, in the form of crack, to McClendon in exchange for McClendon having arranged the sale.

8.    In addition, **MARCUS SMITH, aka Mick,** has reviewed all of the allegations in the May 30, 2006 superseding indictment that relate to other defendants, whether relating to violent acts, gun possessions, narcotics charges, or any other charges set forth in the indictment. **MARCUS SMITH, aka Mick,** admits that the allegations are true, or does not have information to dispute or disprove those allegations set forth in the superseding indictment.

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence setting forth the facts as to my participation in a racketeering influenced and corrupt organization conspiracy. I have discussed this proffer fully with my attorney, David Woll. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 8/2/06

_Marcus Smith_
MARCUS SMITH
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to participate in a racketeer influenced and corrupt organization. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: _Aug 2, 2006_

_David Corey Woll_
DAVID WOLL, Esquire
Counsel for MARCUS SMITH

CF EX
13

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 26, 2006

Tom Heslep
419 7th Street, NW Suite 401
Washington, D.C. 20001
(Attorney for Phillip Wallace)

**FILED**

**AUG 4 - 2006**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:     United States v. Phillip Wallace,
        Criminal Number, 05-100-12 (RWR)
                                14

Dear Mr. Heslep:

        This letter confirms the agreement between your client, Phillip Wallace, also known as Phil, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**Defendant's Obligations, Acknowledgments and Waivers:**

        1. Your client, Phillip Wallace, agrees to admit guilt and enter a factual plea of guilty to Count Two of the May 30, 2006, superseding indictment (hereinafter, the "Indictment"), as set forth below.

                a. Your client agrees to plead guilty to Count Two of the Indictment, which charges conspiracy to engage in racketeering in violation of 18 U.S.C. §1962(d). The count charges your client with conspiring with others to commit and participate in the commission of a number of crimes described in the indictment as Racketeering Acts, including violent crimes to further a racketeering enterprise. Your client understands that pursuant to 18 U.S.C. §1963(a), the offense of conspiracy to engage in racketeering carries a statutory maximum sentence of up to life in prison, a maximum fine of $250,000 or twice the value of the gross proceeds generated by the racketeering enterprise, whichever is greater, and a period of supervised release following any period of imprisonment. Count Two charges your client with participation in three (3) racketeering acts: (1) conspiracy to distribute and possess with intent to distribute mixtures and substances containing more than five kilograms of cocaine, and more than 50 grams of cocaine base, in the form of crack cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(I) and

0469

841 (b)(1)(A)(iii); (2) Distribution of Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2; and 3) Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2.

      b.  In addition, your client agrees to pay a special assessment, pursuant to 18 U.S.C. §3013, of $100 for the felony conviction, to the clerk of the U.S. District Court.  Your client further understands that the United States Sentencing Guidelines Manual ("Sentencing Guidelines") will apply to determine your client's guideline range. Your client further understands that pursuant to Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

      2.   Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for at least 1.5 kilograms of cocaine base, also known as crack cocaine, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute and amounts distributed or possessed with intent to distribute by co-conspirators which was jointly undertaken criminal activity that was reasonably foreseeable by your client and within the scope of your client's conspiratorial agreement.

      3.  If the terms of this agreement are accepted by each and every defendant listed below, the Government agrees to sponsor this agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

### Defendant
Jasmine Bell
Raymond Bell
Marcus Smith
Arthur Handon
Lucious Fowler
Phillip Wallace
Gerald Bailey

### Rule 11(c)(1(C) Justification.

      4.  These plea agreements serve the ends of justice by holding each defendant accountable for the criminal conduct that each committed.  In addition, the pleas of guilty by all seven defendants eliminate the necessity of a jury trial for all of the defendants included in this group.

      5.  Consequently, this offer is contingent upon each and every one of the seven defendants listed above accepting the terms of the agreement, and the court accepting each defendant's guilty plea.

      6.  Your client and the Government agree that a sentence of 70-87 months incarceration, followed by five years of supervised release, is the appropriate sentence for the offense to which your

client is pleading guilty.  The Government also agrees, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, to present this plea agreement between the parties to the Court for its approval.  If the Court accepts the plea agreement and the specific sentence agreed upon by the parties, then the Court will embody in the judgment and sentence the disposition provided for in this plea agreement, pursuant to Rule 11(c)(4) of the Federal Rules of Criminal Procedure.  The parties understand, however, that the Court may reject the plea agreement pursuant to Rule 11(c)(5) of the Federal Rules of Criminal Procedure.  Your client understands that if this happens, the Court, in accordance with the requirements of Rule 11(c)(5), will inform the parties of its rejection of the plea agreement, and will afford your client an opportunity to withdraw the plea, or if your client persists in the guilty plea will inform your client that a final disposition may be less favorable to your client than that contemplated by this agreement.  In addition, should the court reject the terms of the plea agreement for any one or more of the seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey, then the plea agreement and offer is withdrawn as to all seven defendants.

7.  Your client also agrees that if any illegal contraband were seized by any law enforcement agency from the possession of or the direct or indirect control of your client, then your client consents to the administrative forfeiture, official use and/or destruction of said contraband by any law enforcement agency involved in the seizure of these items.

8.  Your client agrees not to object to the Government's recommendation to the Court at the time of the plea of guilty in this case that, pursuant to 18 U.S.C. § 3143, your client be detained without bond pending your client's sentencing in this case.

9.  In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

10.  Your client understands that this Office reserves its full right of allocution for purposes of sentencing in this matter, except that it is limited by the period of incarceration and supervised release as set forth in paragraph 6.  In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues.  Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons.  In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11.  Your client understands and agrees that  your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence

imposed. A motion to withdraw shall constitute a breach of this agreement. Further, since this is a "wired" plea agreement, a motion to withdraw the plea by any single defendant of the above-listed seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey constitutes a motion to withdraw for all of the defendants.

**The Government's Obligations, Acknowledgments and Waivers:**

12.   This Office will request that the Court dismiss as to your client the remaining counts of the indictment in this case at the time of sentencing. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

13.   The Government will not file any notices of enhancement pursuant to 21 U.S.C. §851 where applicable to any of the above-listed seven defendants.

**General Conditions**

14.   This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

15.   This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

16.   There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

/s/
_____
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
GLENN LEON
Assistant United States Attorney

/s/
_____
ANN H. PETALAS
Assistant United States Attorney

### DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Tom Heslep, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: ___8/4/06___          _____
                            Phillip Wallace
                            Defendant

<u>ATTORNEY'S ACKNOWLEDGMENT</u>

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement.

Date: _____8/4/06_____                  _____

                                            Tom Heslep, Esquire
                                            Attorney for Phillip Wallace

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA     :     CRIMINAL NO.  05-0100-12 (RWR)
                                                                14
                              v.                      :

                                                      :

PHILLIP WALLACE                       :
  also known as Phil,                   :              FILED

                                                      :              AUG - 4 2006
            Defendant.              :
                                                      :              NANCY MAYER WHITTINGTON, CLERK
                                                                     U.S. DISTRICT COURT

PROFFER OF EVIDENCE

The defendant, **PHILLIP WALLACE, aka Phil**, agrees that if the Government were to go
to trial on count two of the superseding indictment, dated May 30, 2006, the Government's evidence,
as to the essential elements of these offenses, would show:

1.      The defendant **PHILLIP WALLACE, aka Phil**, was a member of an
enterprise whose members and associates engaged in illegal drug trafficking principally in and
around the Congress Park Public Housing Complex neighborhood in the District of Columbia, and
the metropolitan vicinity, including the State of Maryland. From at least 1992, and continuing
thereafter up to and including March of 2005 in the District of Columbia, and elsewhere. This
organization, including its leadership, members and associates constituted a group of individuals
associated in fact. The racketeering enterprise constituted an ongoing organization whose members
functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.
This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

2.      The principal goal of the racketeering enterprise was to obtain money and
other things of value.  It was a further goal of the enterprise to engage in various unlawful activities
in the District of Columbia, Maryland and elsewhere.  These activities were intended to make money
and illicit profits for its leaders, members and associates, from acts involving, but not limited to:
trafficking in controlled substances, including cocaine base, in the form of crack cocaine, and acts
of violence, including robbery, assaults and murder.

3.      The purposes of the enterprise included: enriching the members of the
enterprise through trafficking in controlled substances, namely cocaine base, also known as crack
cocaine; creating, maintaining and controlling marketplaces for the distribution of controlled
substances; enriching the members of the enterprise by committing acts of violence, including
murder; enforcing discipline among its members; protecting the enterprise and its members from
detection, investigation and apprehension by law enforcement, and from conviction for criminal
charges; and promoting and enhancing the reputation and standing of the enterprise and its members.

0475

4.     The assorted activities of the enterprise affected interstate and foreign commerce and were conducted in the District of Columbia, Maryland and elsewhere.

5.     During the same time, in the District of Columbia, Maryland and elsewhere, Defendant **WALLACE**, together with persons known and unknown to the government, being persons employed by and associated with the racketeering enterprise, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other to conduct and to participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity. The pattern of racketeering activity which **WALLACE** conducted and participated in the conduct of the affairs of the enterprise consisted of the racketeering acts as set forth below.

6.     <u>Racketeering Act One -- Illegal Drug Conspiracy</u>: From at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere, the defendant **PHILLIP WALLACE, aka Phil**, and other members of the conspiracy did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other and with others, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances.

a.     It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the leaders, members and associates of the conspiracy, including **PHILLIP WALLACE, aka Phil**, acquired cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere. It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

b.     Members of the conspiracy, including **PHILLIP WALLACE, aka Phil**, often worked together in various smaller groups, by, among other things: negotiating the sale, or agreeing to share the sale, or pooling their money for a purchase, or referring the buyer to another dealer associated with the conspiracy, or working together hand-in-hand to get a buyer his/her cocaine, or asking a buyer to come to him for his next sale. One example of how the members of the conspiracy cooperated with each other and shared resources and profits was the conspiracy's use of the term, "doors." If a potential customer approached one of the co-conspirators to buy drugs, when a second co-conspirator was also nearby, the second co-conspirator might yell "doors." This would mean that the second co-conspirator would share the sale with the first co-conspirator by getting a small portion of the sale for himself. Members of the conspiracy, including **PHILLIP WALLACE, aka Phil**, used this system in order to share profits and sales and enrich each other.

7.     During the course of the conspiracy, and to effect its object, **PHILLIP WALLACE, aka Phil**, did commit, among others, the following overt acts, some of which also constitute separate racketeering acts, as noted:

a.     On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, DAVID WILSON, aka Cool Wop, aka Cootie and **PHILLIP WALLACE, aka Phil**, distributed a mixture and substance purporting to be cocaine base, also

known as crack cocaine. On that date, a cooperating witness approached Wilson and asks him about buying an "eight-ball" of crack cocaine.  Wilson then directed the cooperating witness to **WALLACE.  WALLACE** then gives the individual a rock-like substance in exchange for $150.

   b. <u>Racketeering Act Eighteen-- Distribution of Cocaine Base, also known</u> <u>as crack</u>: On or about January 24, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and PHILLIP WALLACE, aka Phil,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more. On that date, a cooperating witness met with Wilson and **WALLACE** to purchase four eight-balls of crack cocaine. **WALLACE** handed Wilson four eightballs, consisting of a rock-like substance. Wilson then handed the eightballs to the cooperating witness in exchange for $500. The substance was analyzed and determined to be 10.9 grams of cocaine base, in the form of crack.

   c. On or about February 9, 2002, in the 4300 block of 4th Street, in Southeast, Washington, D.C., **PHILLIP WALLACE, aka Phil,** possessed a loaded Davis Industries .380 caliber semi-automatic pistol.

   d. <u>Racketeering Act Fifty-- Possession with Intent to Distribute Cocaine Base,</u> <u>also known as crack</u>: On or about February 10, 2005, in the 1300 block of Congress Place, SE, within the District of Columbia, **PHILLIP WALLACE, aka Phil,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. On that date, officers with the U.S. Park Police attempted to initiate a traffic stop on a red Mercury Cougar in the 600 block of Alabama Avenue, S.E., Washington, D.C. **WALLACE** was driving the car. Instead of pulling over, he drove away at a high rate of speed. **WALLACE** was eventually apprehended in the 1300 block of Congress Place, SE. The police recovered from **WALLACE** a plastic bag containing twenty-three ziplocks of a rock-like substance. The substance was analyzed and determined to be cocaine base, in the form of crack cocaine

   8. In addition, **PHILLIP WALLACE, aka Phil**, has reviewed all of the allegations in the May 30, 2006 superseding indictment that relate to other defendants, whether relating to violent acts, gun possessions, narcotics charges, or any other charges set forth in the indictment. **PHILLIP WALLACE, aka Phil,** admits that the allegations are true, or does not have information to dispute or disprove those allegations set forth in the superseding indictment.

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence setting forth the facts as to my participation in a racketeering influenced and corrupt organization conspiracy. I have discussed this proffer fully with my attorney, Tom Heslep. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: _8/4/06_                                    _____
                                                 PHILLIP WALLACE
                                                 Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to participate in a racketeer influenced and corrupt organization. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: _8/4/06_                                    _____
                                                 Tom Heslep, Esquire
                                                 Counsel for PHILLIP WALLACE



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*



---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 26, 2006

Cary Clennon
P.O. Box 29302
Washington, D.C., 20017-0302
(Attorney for Lucious Fowler)

**FILED**

**AUG 4 - 2006**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

      Re:   <u>United States v. Lucious Fowler</u>,
             Criminal Number, 05-100-10 (RWR)

Dear Mr. Clennon:

    This letter confirms the agreement between your client, Lucious Fowler, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**<u>Defendant's Obligations, Acknowledgments and Waivers</u>:**

    1.  Your client, Lucious Fowler, agrees to admit guilt and enter a factual plea of guilty to Count Two of the May 30, 2006, superseding indictment (hereinafter, the "Indictment"), as set forth below.

          a.  Your client agrees to plead guilty to Count Two of the Indictment, which charges conspiracy to engage in racketeering in violation of 18 U.S.C. §1962(d). The count charges your client with conspiring with others to commit and participate in the commission of a number of crimes described in the indictment as Racketeering Acts, including violent crimes to further a racketeering enterprise. Your client understands that pursuant to 18 U.S.C. §1963(a), the offense of conspiracy to engage in racketeering carries a statutory maximum sentence of up to life in prison, a maximum fine of $250,000 or twice the value of the gross proceeds generated by the racketeering enterprise, whichever is greater, and a period of supervised release following any period of imprisonment. Count Two charges your client with participation in six (6) racketeering acts: (1) conspiracy to distribute and possess with intent to distribute mixtures and substances containing more than five kilograms of cocaine, and more than 50 grams of cocaine base, in the form of crack cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(I) and

0479

841(b)(1)(A)(iii); (2) four acts of Distribution of Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2; and (3) Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. § 2.

   b.   In addition, your client agrees to pay a special assessment, pursuant to 18 U.S.C. §3013, of $100 for the felony conviction, to the clerk of the U.S. District Court.  Your client further understands that the United States Sentencing Guidelines ("Sentencing Guidelines") will apply to determine your client's guideline range.  Your client further understands that pursuant to Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

   2.   Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for at least 1.5 kilograms of cocaine base, also known as crack cocaine, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute and amounts distributed or possessed with intent to distribute by co-conspirators which was jointly undertaken criminal activity that was reasonably foreseeable by your client and within the scope of your client's conspiratorial agreement.

   3.   If the terms of this agreement are accepted by each and every defendant listed below, the Government agrees to sponsor this agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

   **Defendant**
   Jasmine Bell
   Raymond Bell
   Marcus Smith
   Arthur Handon
   Lucious Fowler
   Phillip Wallace
   Gerald Bailey

   **Rule 11(c)(1(C) Justification**.

   4.   These plea agreements serve the ends of justice by holding each defendant accountable for the criminal conduct that each committed.  In addition, the pleas of guilty by all seven defendants eliminate the necessity of a jury trial for all of the defendants included in this group.

   5.   Consequently, this offer is contingent upon each and every one of the seven defendants listed above accepting the terms of the agreement, and the court accepting each defendant's guilty plea.

   6.   Your client and the Government agree that a sentence of 121-151 months incarceration, followed by five years of supervised release, is the appropriate sentence for the offense to which your

client is pleading guilty. The Government also agrees, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, to present this plea agreement between the parties to the Court for its approval. If the Court accepts the plea agreement and the specific sentence agreed upon by the parties, then the Court will embody in the judgment and sentence the disposition provided for in this plea agreement, pursuant to Rule 11(c)(4) of the Federal Rules of Criminal Procedure. The parties understand, however, that the Court may reject the plea agreement pursuant to Rule 11(c)(5) of the Federal Rules of Criminal Procedure. Your client understands that if this happens, the Court, in accordance with the requirements of Rule 11(c)(5), will inform the parties of its rejection of the plea agreement, and will afford your client an opportunity to withdraw the plea, or if your client persists in the guilty plea will inform your client that a final disposition may be less favorable to your client than that contemplated by this agreement. In addition, should the court reject the terms of the plea agreement for any one or more of the seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey, then the plea agreement and offer is withdrawn as to all seven defendants.

7. Your client also agrees that if any illegal contraband were seized by any law enforcement agency from the possession of or the direct or indirect control of your client, then your client consents to the administrative forfeiture, official use and/or destruction of said contraband by any law enforcement agency involved in the seizure of these items.

8. Your client agrees not to object to the Government's recommendation to the Court at the time of the plea of guilty in this case that, pursuant to 18 U.S.C. § 3143, your client be detained without bond pending your client's sentencing in this case.

9. In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

10. Your client understands that this Office reserves its full right of allocution for purposes of sentencing in this matter, except that it is limited by the period of incarceration and supervised release as set forth in paragraph 6. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11. Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence

imposed. A motion to withdraw shall constitute a breach of this agreement. Further, since this is a "wired" plea agreement, a motion to withdraw the plea by any single defendant of the above-listed seven defendants, specifically Jasmine Bell, Raymond Bell, Marcus Smith, Arthur Handon, Lucious Fowler, Phillip Wallace and Gerald Bailey constitutes a motion to withdraw for all of the defendants.

## The Government's Obligations, Acknowledgments and Waivers:

12. This Office will request that the Court dismiss as to your client the remaining counts of the indictment in this case at the time of sentencing. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

13. The Government will not file any notices of enhancement pursuant to 21 U.S.C. §851 where applicable to any of the above-listed seven defendants.

## General Conditions

14. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

15. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

0482

16.   There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

/s/

_____
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
GLENN LEON
Assistant United States Attorney

/s/

_____
ANN H. PETALAS
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Cary Clennon, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 8/4/06 _____     _____
                                  Lucious Fowler
                                  Defendant

0483

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully.  These pages accurately and completely sets forth the entire plea agreement.

Date: _8/4/06_           _Cary Cle_

Cary Clennon, Esquire
Attorney for Lucious Fowler

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-0100-10 (RWR) |
| | : | |
| v. | : | |
| | : | |
| LUCIOUS FOWLER | : | FILED |
| | : | |
| Defendant. | : | AUG – 4 2006 |
| | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## PROFFER OF EVIDENCE

The defendant, **LUCIOUS FOWLER,** agrees that if the Government were to go to trial on Count Two of the superseding indictment, dated May 30, 2006, the Government's evidence, as to the essential elements of these offenses, would show:

1.      From at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere, the defendant **LUCIOUS FOWLER,** was a member of an enterprise whose members and associates engaged in illegal drug trafficking principally in and around the Congress Park Public Housing Complex neighborhood in the District of Columbia, and the metropolitan vicinity, including the State of Maryland. This organization, including its leadership, members and associates constituted a group of individuals associated in fact. The racketeering enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

2.      The principal goal of the racketeering enterprise was to obtain money and other things of value. It was a further goal of the enterprise to engage in various unlawful activities in the District of Columbia, Maryland and elsewhere. These activities were intended to make money and illicit profits for its leaders, members and associates, from acts involving, but not limited to: trafficking in controlled substances, including cocaine base, in the form of crack cocaine, and acts of violence, including robbery, assaults and murder.

3.      The purposes of the enterprise included: enriching the members of the enterprise through trafficking in controlled substances, namely cocaine base, also known as crack cocaine; creating, maintaining and controlling marketplaces for the distribution of controlled substances; enriching the members of the enterprise by committing acts of violence, including murder; enforcing discipline among its members; protecting the enterprise and its members from detection, investigation and apprehension by law enforcement, and from conviction for criminal charges; and promoting and enhancing the reputation and standing of the enterprise and its members.

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 495 of 500

4.    The assorted activities of the enterprise affected interstate and foreign commerce and were conducted in the District of Columbia, Maryland and elsewhere.

5.    During the same time, in the District of Columbia, Maryland, and elsewhere, Defendant **FOWLER**, together with persons known and unknown to the government, being persons employed by and associated with the racketeering enterprise, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other to conduct and to participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity. The pattern of racketeering activity which **FOWLER** conducted and participated in the conduct of the affairs of the enterprise consisted of the racketeering acts as set forth below.

6.    Racketeering Act One -- Illegal Drug Conspiracy: From at least 1992, and continuing thereafter up to and including March of 2005 in the District of Columbia, and elsewhere, the defendant **LUCIOUS FOWLER**, and other members of the conspiracy did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other and with others, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances.

a.    It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the leaders, members and associates of the conspiracy, including **LUCIOUS FOWLER,** acquired cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

b.    Members of the conspiracy, including, **LUCIOUS FOWLER,** often worked together in various smaller groups, by, among other things: negotiating the sale, or agreeing to share the sale, or pooling their money for a purchase, or referring the buyer to another dealer associated with the conspiracy, or working together hand-in-hand to get a buyer his/her cocaine, or asking a buyer to come to him for his next sale.

7.    During the course of the conspiracy, and to effect its object, **LUCIOUS FOWLER**, did commit, among others, the following overt acts, some of which also constitute separate racketeering acts, as noted:

a.    On or about November 20, 1993, in the 1300 block of Savannah Street, SE, within the District of Columbia, **LUCIOUS FOWLER**, while armed with a firearm, assaulted Ernest Rawles with the intent to murder him because of a dispute over a drug sale, and to maintain and enhance the reputation of the organization.

b.    Racketeering Act Twenty-- Distribution of Cocaine Base, also known as crack: On or about February 12, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. On that date, **FOWLER** gave an individual an apple ziplock bag containing 18 small dark ziplocks filled with a rock-like substance

in exchange for $200. The substance was later analyzed and determined to be 1.6 grams of cocaine base, in the form of crack.

      c.    Racketeering Act Twenty-Two-- Distribution of Cocaine Base, also known as crack: On or about February 20, 2001, in the 3500 block of Wheeler Road, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. On that date, **FOWLER** gave an individual a rock-like substance wrapped in plastic in exchange for $100. The substance was later analyzed and determined to be 1.1 grams of cocaine base, in the form of crack.

      d.    Racketeering Act Twenty-Five-- Distribution of Cocaine Base, also known as crack: On or about March 15, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. On that date, **FOWLER** gave an individual 42 ziplocks filled with a rock-like substance in exchange for $400. The substance was later analyzed and determined to be 3.3 grams of cocaine base, in the form of crack.

      e.    Racketeering Act Twenty-Nine-- Distribution of Cocaine Base, also known as crack: On or about March 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. On that date, **FOWLER** gave an individual 20 ziplocks filled with a rock-like substance in exchange for $200. The substance was later analyzed and determined to be 1.6 grams of cocaine base, in the form of crack.

      f.    Racketeering Act Forty-Seven-- Possession with Intent to Distribute Cocaine Base, also known as crack: On or about April 21, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine. On that date, officers of the Metropolitan Police Department executed a search warrant at 1309 Congress Street, SE, Apartment 2, where **FOWLER** resided. Police recovered a film canister containing a rock-like substance and $1,599. The substance was analyzed and determined to be cocaine base, in the form of crack cocaine

      8.    In addition, **LUCIOUS FOWLER,** has reviewed all of the allegations in the May 30, 2006 superseding indictment that relate to other defendants, whether relating to violent acts, gun possessions, narcotics charges, or any other charges set forth in the indictment. **LUCIOUS FOWLER,** admits that the allegations are true, or does not have information to dispute or disprove those allegations set forth in the superseding indictment.

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence setting forth the facts as to my participation in a racketeering influenced and corrupt organization conspiracy. I have discussed this proffer fully with my attorney, Cary Clennon. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: _8/04/06_

_____
LUCIOUS FOWLER
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to participate in a racketeer influenced and corrupt organization. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: _8/04/06_

_____
Cary Clennon, Esquire
Counsel for LUCIOUS FOWLER

USCA Case #11-3031      Document #1445852         Filed: 07/10/2013      Page 498 of 500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| **v.** | : | VIOLATION: |
| | : | |
| **ARTHUR HANDON,** | : | 18 U.S.C. §1962(d) |
| **also known as Jay,** | : | (Conspiracy to Participate in a Racketeer |
| | : | Influenced Corrupt Organization) |
| **Defendant.** | : | |
| | : | |
| | : | |

### CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE

### RICO CONSPIRACY

A.   **THE ENTERPRISE**

1.        From in or about sometime in 1992, up through and including at least sometime in

March 2005, defendants ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID

WILSON, aka Cool Wop, aka Cootie, headed a criminal organization which was based in

the District of Columbia and which operated in various locations including, but not

limited to, in and around the Congress Park Public Housing Complex neighborhood,

which includes but is not limited to: the 1300 block of Congress Street, SE, the 3400

block of 13th Place, SE, the 1300 block of Savannah Street, SE, the 3400 block of 14th

Place, SE, the 1300 block of Savannah Place, SE, the 3300 block of 14th Place, SE, the

3300 block of 13th Street, SE, and the blocks and alleys surrounding this area, all in the

District of Columbia.  The organization, including its leadership, membership, and

1

0489

associates, constituted an enterprise, as defined by Title 18, United States Code, Section

1961(4), that is a group of individuals associated in fact.  The enterprise constituted an

ongoing organization whose members functioned as a continuing unit for a common

purpose of achieving the objectives of the enterprise.  The enterprise was engaged in, and

its activities affected interstate and foreign commerce.  The enterprise operated in the

District of Columbia, the State of Maryland, and elsewhere.

2.        A principal goal of the organization was to obtain money and other things of value.  It

was a further goal of the organization to traffic in controlled substances, including

cocaine and cocaine base, also known as crack cocaine, and to commit acts of murder,

burglary, robbery, assaults and other acts of violence for the following purposes, among

others:  to enrich the enterprise and its members; to create, maintain and control a market

place for the distribution of its controlled substances; to enforce discipline among

members of the enterprise; to protect the enterprise and its members from detection,

apprehension and prosecution by law enforcement; to prevent and retaliate against acts of

violence perpetrated against the enterprise and its members; to promote and enhance the

reputation and standing of the enterprise and its members.

B.     **MEMBERS OF THE CONSPIRACY**

1.        The enterprise members included, but were not limited to:  ANTWUAN BALL,

aka Twan, aka  Big Ant; DAVID WILSON, aka Cool Wop, aka Cootie; GREGORY BELL, aka

Boy-Boy, aka Bunga; JOSEPH JONES, aka Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom;

GERALD BAILEY, aka Chow Wow, aka Charlie; JASMINE BELL, aka Jazz; RAYMOND

BELL, aka Santuce; NEWETT VINCENT FORD; LUCIOUS FOWLER; ARTHUR HANDON,

0490

aka Jay; MARCUS SMITH, aka Mick; DESMOND THURSTON, aka Dazz; PHILLIP

WALLACE, aka Phil; and DANIEL COLLINS, aka DC.

      2.     ARTHUR HANDON, aka Jay, was a member of the organization, and distributed

quantities of crack cocaine to various co-conspirators and customers for the organization located

in the Congress Park area of the District of Columbia. ARTHUR HANDON, aka Jay, committed

and aided and abetted several acts of violence which were committed to further the above-

described purposes or goals of the organization.

C.      **THE RICO CONSPIRACY**

      1.     Frrom in or about sometime in 1992, the exact date being unknown to the Grand

Jury, and continuing thereafter up to and including at least March 2005, in the District of

Columbia and elsewhere, the defendants, ANTWUAN BALL, aka Twan, aka Big Ant, DAVID

WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH

JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow

Wow, aka Charlie, JASMINE BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT

VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH,

aka Mick, DESMOND THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil, and DANIEL

COLLINS, aka DC, being persons employed by and associated with the enterprise described

above, which enterprise was engaged in, and the activities of which affected, interstate and

foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate

and agree with each other, and with persons known and unknown to the Grand Jury, to violate

Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and

indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity,