# DC COALITION AGAINST DRUGS AND VIOLENCE

May 9, 2003

Mr. Torrey Lee
Juvenile Justice Summer Program
Justice Grants Administration
1350 Pennsylvania Avenue, NW
Suite 327
Washington, DC 20004

Dear Mr. Lee,

The DC Coalition Against Drugs and Violence is pleased to support the application of the Time Dollar Institute, on behalf of the Time Dollar Youth Court, to the Juvenile Justice Summer Program to plan and implement a coordinated and structured summer youth employment program for youth at greatest risk of delinquent or PINS behavior.

Established in 1994 to combat the use of illegal drugs and the incidence of related violence in the District of Columbia with a special emphasis on juveniles and youth, the Coalition designated the Time Dollar Youth Court as its lead agency in 1999 as the cornerstone and starting point of a multi-year community-wide intervention strategy targeting drug and violence prevention. The Youth Court and its "offspring," the Youth Grand Jury, supply a two pronged approach: one focuses on providing intervention, services, and a new peer culture to at-risk youth while the other enlists, organizes, and empowers youth to mobilize the community around areas of concern for teens through systematic inquiry into what the DC Government is and is not doing and what youth themselves could do about problems that concerned them.

We understand that this project will provide the opportunity for some of the District's most at-risk youth to engage in a summer program that is designed to impart valuable job readiness skills along with a LifeSkills curriculum that has been proven to drastically reduce levels of marijuana, tobacco, and alcohol use. In addition, we see this proposal providing crucial first steps toward the development of the Congress Heights community, one of DC's most underprivileged neighborhoods. Both these efforts are critical in the continued work of the Coalition to address and reduce the incidence of substance abuse and violence among youth in DC.

We are partners in the effort to create meaningful, safe summer activities for youth in the District of Columbia, and we are confident that this proposal will offer a unique opportunity for the participating youth and their families. We are fully behind this effort and this proposal to the Juvenile Justice Summer Program.

Sincerely,

Ronald Machen
Coalition Co-Chair

Adam Rosman
Coalition Co-Chair

2492

Exhibit 7 -  Declaration of Robert Boulter and Faithworks attachments

## DECLARATION OF ROBERT O. BOULTER

Robert O. Boulter, pursuant to the provisions of 28 U.S.C. § 1746, providing for the use of unsworn declarations in federal courts, hereby declare:

1. I am the President of Faithworks, Inc., a non-profit corporation dedicated to "transforming neighborhoods and lives through faith-based community development." I have attached as Exhibit 1 to this declaration several pages from our website (www.faithworksinc.org) describing the organization and its work.

2. Exhibit 2 to this declaration is a letter I wrote on December 28, 2005, and gave to the legal counsel for Antwuan Ball. In writing this, I understood that it would be used as Mr. Ball's counsel deemed appropriate. I have personal knowledge of the facts and circumstances set forth in Exhibit 2.

3. Exhibit 3 is a letter I wrote on September 13, 2008, after I was contacted by Mr. Ball's legal counsel, who informed me of Mr. Ball's pending sentence hearing. My purpose in writing this second letter was to provide additional detail regarding matters I discussed in Exhibit 2 and to inform Mr. Ball's counsel and the Court of additional information concerning Antwuan Ball. I have personal knowledge of the facts and circumstances set forth in Exhibit 3.

4. Exhibit 4 are materials from the former website of MANN, Inc., that were created by Mr. Ball on or about the date of April 9, 2003, the date on which the materials were downloaded from the Internet as reflected on the documents. I have personal knowledge that the printed materials which comprise Exhibit 4 were retrieved from files maintained at Faithworks, which files were created on or about the date the information was downloaded from the Internet and which have been maintained at Faithworks since that time.

I declare under penalty of perjury that the foregoing is true and correct

Robert O. Boulter

Date:  9 -23- 08

2494

# FaithWorks

transforming neighborhoods and lives
through faith-based community development

December 28, 2005

To whom it may concern:

This letter is to express my sincere concern for Mr. Antwuan Ball, DC # 257265, who has been incarcerated for an extended period without adequate opportunity to present his case. I have been an officer and director of non-profit organizations since 1978. My experience includes serving as Vice President of Jubilee Housing, founding President of Jubilee Enterprise of Greater Washington and founding President of Faithworks, Inc. In these capacities I have had many close relationships with individuals and grass roots leaders from low-income neighborhoods and extensive experience with neighborhoods blighted by drug-related violence.

Mr. Ball and I met in March 2003 when a mutual friend referred him for advice about his non-profit community work. We began a series of monthly meetings in which I was deeply impressed with Mr. Ball's personal transparency and his clarity of understanding difficult community issues. He had founded and operated a security business and was launching a non-profit organization, MANN, Inc., to improve neighborhoods and change the lives of young men and women.

Our conversations about his community service activities and security business, which he had conducted over an extended period and the fact that we knew persons in common, meant that we discussed substantial information. I never found Mr. Ball to misrepresent or exaggerate a situation in his favor. He consistently spoke with candor and conviction about his experiences and reasons for helping other members of the community.

We have stayed in contact following our series of eight meetings during 2003. I respect Mr. Ball and encourage anyone who is able to help him attain a just resolution to his incarceration and the serious charges that have been brought against him. Please do not hesitate to contact me if I can be of any assistance.

Sincerely,

Robert O. Boulter

Robert O. Boulter
President

1459 Columbia Road, N.W. • Suite 201 • Washington D.C. 20009
Phone: (202) 328-1625 • Fax: (202) 328-1129

2495

# FaithWorks

transforming neighborhoods and lives
through faith-based community development

Mr. Steven Tabackman                               September 13, 2008
Tigue Patton
1747 Pennsylvania Ave. NW Suite 300
Washington, DC 20006

Dear Mr. Tabackman,

Thank you for your recent communication about the important issues facing Mr.
Antwaun Ball and for asking me to provide additional information about my relationship
with him. I am enclosing a copy of my letter dated December 28, 2005 and will add detail
here to some of the points I made in it.

Antwaun and I have remained in touch by occasional phone calls, through friends who
have relayed information and by one visit I made to him at the jail. A friend of mine who
is a volunteer Chaplain has also visited recently with Antwaun. All of this contact has
served to update and validate the impressions of several years ago when we were in
regular face-to-face communication.

I refer you to my letter of December 2005 in which I mention meeting Antwaun on
March 23, 2003 and a series of meetings that followed. Some of the dates for these were
April 9, April 30, May 30, June 27, July 24, August 22, September 26, October 24, and
November 21, 2003. We communicated by phone on other dates during this period and
our contact continued during early 2004. A friend of mine who grew up "on the streets"
of Chicago and earned higher education degrees and significant experience with life
transforming programs joined Antwaun and me several times because Antwaun sought
guidance and collaborative partners for his non-profit organization, Mann, Inc.

To date, nothing has changed my favorable impression of Antwaun Ball's character or
conduct since we met. I did not know him before 2003, however, he has shared many
earlier experiences candidly and I have not detected inconsistency in anything he shared.

I sincerely believe, that an extreme prison sentence would not serve justice or benefit the
community.  It would certainly destroy any opportunity for Antwaun to make a positive
contribution in society, which I believe he would pursue if given his freedom to do so.

Sincerely,

Robert O. Boulter
President

1459 Columbia Road, N.W. • Suite 201 • Washington D.C. 20009
Phone: (202) 328-1625 • Fax: (202) 328-1129

2496

MANN Inc. aboutUS
USCA Case #11-3031        Document #1445852        Filed: 07/10/2013    Page 6 of 57    Page 1 of 1



## Making A NeighborHOOD Network

**Come Here for Free Email ...**

About US

Programs

Neighborhood

Contact US

Help US

Site Map

### About US

MANN Inc. is a non-profit organization founded by Antwuan Ball. The organization name came from the vision Antwuan has in "Making A Neighborhood Network". This vision was realized when he started to apply his talents and potentials to the overall improvement of his neighborhood. By doing so, Antwuan wants to duplicate himself with other individuals that have talents and potential within the neighborhood to become productive with their lives.

The plan is to put together various programs to get individuals within the neighborhood involved by providing training, guidance and opportunities to work with each other in the overall development of the neighborhood. These programs are either existing or needed to start the networking process. The outcome is to become self sufficient in a positive and productive manner, thus eliminating the necessity to seek other means of survival that ultimately leads to violence, jail or even worse, death.

©2002 MANN Inc. All Rights Reserved

Powered By  WEB TECH

Version 3.0.0



## Making A Neighbor**HOOD** Network!

**Come Here for Free Email ...**

**About US**

**Programs**

**Neighborhood**

**Contact US**

**Help US**

**Site Map**

### Inspiration

My name is Antwuan Ball (aka: Big Ant) and I was born in Omaha, Nebraska in 1970 where my father was stationed in the Air Force. I moved to Washington, D.C. in 1972. I never really had a chance to be a kid. At the age of 12, my father left the home; so I became the man of the house and at the age of 15 my mother went to jail for 10 years and I became the provider of the house where me and my 5 brothers and sisters were left all alone in an apartment that days after her being locked up had no electricity, so now we are living in the dark with no food or heat, and me being the big brother had no other choice but to go out and do what I had to do to take care of my family, and that's when the streets kicked in.



I remember when I first got into the streets, back in the late part of 1985. I couldn't believe people could make that much money by basically hanging outside with their friends. Well, that's what you could see from the outside looking in. I never knew the sacrifices that came with the streets. And by not knowing, later on down that same street that I knew nothing about, I ended up suffering from a gunshot wound to my face, my sister, a gunshot wound to her leg, one of my brothers, a gunshot wound to the upper part of his chest and my other brother was killed all on different occasions. Now, I've had a look at the streets from the inside and I am disgusted with the pain and suffering me and my family had to go through all because we didn't have a way out or the skills to make a way out.

Now; through the volunteer work I've been doing with the STEP Foundation, The Time Dollar Institute along with the Kimsey Foundation, Edgewood Management Mid City Developers and last but definitely not least, Model Practices Collaborative, I decided to put a non-profit business together so that the young people who is now going through what me and my family went through now have not only a way out, but something positive to bring back in.

©2002 MANN Inc. All Rights Reserved



**Powered By** **WEB TECH**

**Version 3.0.0**

2498



## Making A NeighborHOOD Network

**Come Here for Free Email ...**

**Programs**

**About US**

YOUTH COURT

**Programs**

Mann Inc. is collaborating with the Time Dollar Institute and The STEP Foundation to come together to form the Youth Court where a jury of their peers can judge kids with non-violent crimes. And by attending and completing this hearing with their legal guarding present, the youth doesn't receive an arrest record.

**Neighborhood**

**Contact US**

Kids Cafe

**Help US**

MANN INC. is collaborating with the Time Dollar Institute and the Thurgood Marshall charter to provide meals for kids after school. The food is prepared by senior citizens and delivered by MANN Inc., in exchange for computers provided by Time Dollar Institute. MANN INC. also provides social events for senior citizens to compensate for their time.

**Site Map**

Kids Club

MANN Inc. is currently collaborating with the Time Dollar Institute in setting up a club to teach kids skills for desktop publishing, computer refurbishing and web site developing. The program intends to create greeting cards, which can be sold within the neighborhood to raise money for other development programs.

MANN Inc. is also currently renovating four units in the neighborhood at Congress Park Plaza to facilitate the Youth Court, Youth Club and the telecommunications-training program run by the Dare To Dream organization.

©2002 MANN Inc. All Rights Reserved

Powered By **WEB TECH**

Version 3.0.0

2499

**MANN Inc.**

**Making A NeighborHOOD Network**

**Come Here for Free Email ...**

|  | **NeighborHOOD** |
|---|---|
| **About US** | |
| **Programs** | Helping to release the minds of our young people by removing the mental dome that fathers the so-called Neighbor**HOOD**. This is the message that we want to pass on to our visitors. |
| **Neighborhood** | As you stroll down our streets, take time to notice the beauty in our minds, body and souls. Amidst all of the violence that is portrayed through the media and misconceptions, you will be surprised at the calmness and acceptance you will receive through our expressions. You will be greeted with poetic dialogue. You will witness an extravagant display of beauty through style, fashion and rhythm. You will also be entertained with outstanding athletic abilities performed on our playgrounds day and night all year long. The violence you heard of is hidden behind the brick walls and the American flag that covers them. You are welcome to appreciate, participate and communicate all we have to offer in our hood. The choice you make is the only dividing line. We only ask that you avoid what lies behind our walls that are covered with the American flag that gives us hope. |
| **Contact US** | |
| **Help US** | |
| **Site Map** | |

For those who are not fortunate enough to come to our hood, we will take you on a safe tour and show you what lies on the other side of the brick wall. Please sit back, relax, and go to the left, you will see the streets in our Neighbor**HOOD**. Enter with an open mind, a warm heart and a lot of soul.

©2002 MANN Inc. All Rights Reserved

Powered By ⊞ **WEB TECH**

**Version 3.0.0**

2500



# Faithworks, Inc.

| Home | Who We Are | What We Do | Our Partners | Resources | Finding Us | Donate Now! |

*"transforming neighborhoods and lives
through faith-based community development"*

Faithworks partners with faith-based organizations to renew
communities and transform lives.

Faithworks accomplishes the above mission by:

- Developing affordable housing and community facilities.
- Building a network of faith-based organizations, churches and
  ministries committed to neighborhood renewal.
- Marshaling the human and financial resources of churches and
  ministries to create affordable housing and community facilities.
- Providing thought leadership on faith-based development and
  community renewal.

Login



**Faithworks, Inc.   1459 Columbia Rd., NW   Washington, D.C.
20009
(202) 328-1625    Fax: (202) 328-1129**


Powered by
**ForMinistry.com**

Web tools and hosting powered by ForMinistry, a service of the American Bible Society.
The content of this website is the responsibility of this website's editor and
does not necessarily reflect the views of the American Bible Society.
© 2006

2501

Case 1:05-cr-00100-RWR   Document 1426-7   Filed 03/10/11   Page 10 of 14   s/...

OurPartners - Faithworks, Inc.

USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 11 of 57

Mount Carmel's seeks to expand its ministry to neighborhoods in Southeast, DC, to include housing, worship, and social services, such as education, job training, and health care. Faithworks has analyzed the amount of space Mount Carmel needs to achieve this vision and is assisting Mount Carmel in identifying properties for purchase. Once Mount Carmel has acquired the properties, Faithworks will manage all aspect of the development process.

### Southeast DC Partners

Southeast DC Partners serves the children and families of the Randle Heights neighborhood. SEDCP owns a formerly derelict apartment building that it will convert into a community center to include activities such as classes, workshops, and community events. Faithworks is coordinating the development process, monitoring the status of permit review, and upon permit approval will manage the rehabilitation project.

### The Gatepost

The Gatepost assists at-risk youth ages 14 - 21 in developing life and job skills through classroom instruction and hands-on experience. The Gatepost offers classes in the culinary arts, dance, photography, and computer proficiency. It is currently renovating the kitchen in its building on Good Hope Road into a fully functioning commercial kitchen. Plans are progessing on converting a formerly derelict nightclub next door into a cyber cafe where youth can showcase their skills in a variety of areas. Faithworks is helping The Gatepost manage the kitchen renovation, being completed by volunteer groups from several area ministries. Faithworks is also creating a development plan for the cyber cafe to include financing, construction, and asset management.

### Washington East Community Land Trust

The Washington East Community Land Trust focuses on the communities of Wards 7 & 8. It mitigates the risk of displacement and gentrification by investing in developments that preserve and create affordable housing for individuals and families with incomes at or below 120% of area median family income. Faithworks helped create a framework on how WECLT should operate and how the land trust should invest its funds. Faithworks will continue to assist WECLT in identifying investment opportunities and may act as the land trust's developer in any future project.



Web tools and hosting powered by ForMinistry, a service of the American Bible Society.
The content of this website is the responsibility of this website's editor and
does not necessarily reflect the views of the American Bible Society.
© 2006



2 of 2

OurPartnersOl-Faithworks, Inc.  USCA Case #11-3031      Document #1445852      Filed: 07/10/2013      Page 12 of 57




# Faithworks, Inc.

| Home | Who We Are | What We Do | Our Partners | Resources | Finding Us | Donate Now! |

*"transforming neighborhoods and lives
through faith-based community development"*

### Our Current Partners

Bethany, Inc.
Bridges
Central Union Mission
Community Research and Learning Network (CoRAL)
Faith Temple / Urban Soulutions
Holy Comforter-St. Cyprian Community Action Group (CAG)
Mount Carmel Christian Faith Center
One Economy
Southeast DC Partners
The Festival Center
The Gatepost
The Salvation Army
Washington East Community Land Trust (WECLT)



Login





### Bethany, Inc.

Bethany owns an 8-unit apartment building called Good Hope House that is home for women reuniting with their children. Most of the women are dual-diagnosed with mental illness and some type of substance abuse. The women can stay up to a certain period of time before they must find permanent housing elsewhere. Faithworks is in the process of purchasing the building with the intention of continuing Good Hope House as affordable housing for these women.

### Bridges

Bridges operates a 30-day residential and outpatient program for former prostitutes. Currently, Bridges has agreements with other faith-based organizations to house the women. Faithworks is now helping the group identify property that it can rent or own where the women can live, receive outpatient services, and attend classes.

### Faith Temple / Urban Soulutions

Faith Temple provides ministry and programs to families of Potomac Gardens. It also provides activities and recreational opportunities for youth ages 13 - 18. Currently, Faith Temple hosts its worship at the The Hope Center; however, Faithworks has been analyzing a range of options for Faith Temple to purchase and occupy its own space, and assisting Faith Temple in increasing its organizational capacity to achieve this vision.

### Mount Carmel Christian Faith Center



# Faithworks, Inc.

| Home | Who We Are | What We Do | Our Partners | Resources | Finding Us | Donate Now! |

*"transforming neighborhoods and lives
through faith-based community development"*

### Core Functions

Professional services – supplying strategic planning consultation, program development, and resource development.

Development services – bringing considerable real estate development experience to local faith-based organizations in neighborhoods where the existing capacity is low.

Real-estate industry partnerships – linking faith-based organizations to larger real-estate firms for projects that require tremendous resources and capacity.

### Services

Through its services, Faithworks enables faith-based entities to develop and appropriate systematic approaches to community development that will benefit the neighborhoods they serve.

- Organizational Development and Training
- Project Planning and Management
- Feasibility Analysis
- Financial Packaging
- Assembly of Land and Financial Resources
- Asset Management
- Research and Evaluation
- Information and Referral

Login



**Faithworks, Inc.   1459 Columbia Rd., NW   Washington, D.C. 20009**
**(202) 328-1625     Fax: (202) 328-1129**



Web tools and hosting powered by ForMinistry, a service of the American Bible Society.
The content of this website is the responsibility of this website's editor and
does not necessarily reflect the views of the American Bible Society.
© 2006

1 of 1

affordable housing field since 1989 and in real estate development since 2006. He has experience overseeing regional policies and programs related to community development issues, including housing vouchers and homeless services.

**Othello Mahone**, Director of Real Estate Development, guides our partners through the full development process, from initial conception to construction to building operation. He works with them to select the best framework for developing their properties based on their vision and what type of development they desire whether housing, program, and ministry space, a commercial entity, or a mixed-use facility. He has been working in the affordable housing field since 1981 in a variety of positions in the public, private, and nonprofit sectors. He has been responsible for planning and financing the development of 1,000s of rental and homeownership units and has particular experience with limited-equity housing cooperatives.

**Greg Prioleau**, Director of Construction Management and General Contracting Services, assists our partners in determining which model of construction management is the most efficient and cost effective given their resources. He coordinates the responsibilities of all parties involved in the construction process, including architects, general contractors, subcontractors, and specialty trades. He has over 35 years of experience in the construction industry, managing a variety of residential and commerical projects.



**Faithworks, Inc.   1459 Columbia Rd., NW   Washington, D.C. 20009**
**(202) 328-1625   Fax: (202) 328-1129**



Web tools and hosting powered by ForMinistry, a service of the American Bible Society. The content of this website is the responsibility of this website's editor and does not necessarily reflect the views of the American Bible Society.
© 2006



# Faithworks, Inc.

| Home | Who We Are | What We Do | Our Partners | Resources | Finding Us | Donate Now! |

*"transforming neighborhoods and lives
through faith-based community development"*

## Board of Directors

| Name | Title | Occupation |
|------|-------|-----------|
| Bob Boulter | Director | President, Faithworks, Inc. |
| Deborah Holmes | Director | Vice President & COO, Innovative Study Techniques |
| Regina Hopkins | Director | Project Director, DC Bar Pro Bono Program |
| Clark Jones | Director | Former Executive Director, World Vision DC |
| Susan Newton-Rhodes | Director | Former President, Enterprise Housing Financial Services |
| Barbara Perkins | Director | Site Manager, Howard Hill Apartments |
| Ed Quinn | Director | Independent Consultant, Former Senior Vice President, Enterprise Community Partners, Inc. |
| Rey Ramsey | Chair of the Board | Chairman & CEO, One Economy Corporation |





Login

### Leadership Team

**Bob Boulter**, President, focuses on working with community partners to envision how their real estate assets can become a tool for effective ministry. He has been working in the housing field since 1970 and in faith-based community development since 1978. He has managed and guided the development of over 1,600 units of multifamily housing and a number of related commercial and social service projects. Through his excellent working relationships with a diverse group of professionals, he has the ability to find and direct resources to development projects.

**LaCharla Figgs**, Director of Operations, assists our partners in determining the most efficient and effective approach to operating their organizations and real estate assets. She has over 25 years of experience in the government and nonprofit sectors. She is skilled in fundraising, board development and training, financial management systems, and the administration and management of organizations of varying sizes.

**Keith Fleury**, Senior Development Director, provides project planning and development assistance to our community partners. He assesses the development capacity of property and manages the preconstruction and construction phases of development. He has been working in the

Exhibit 8 -  Letter from Tyieka Lovitt

USCA Case #11-3031        Document #1445852        Filed: 07/10/2013        Page 17 of 57

March 8, 2011

Dear Judge Richard Roberts:

I, Tyieka Lovitt share a 13-year daughter with Antwaun Ball.  Although Antwaun is incarcerated he plays a very important role in her life.  We co-parent together to keep her focus with school and life lessons.  She has been having quite a difficult time with school and all the levels of peer pressure.  Antwaun speaks with her almost everyday to keep up with her about the different challenges that she faces with peer pressure. We have had many conversations on how to deal with the new age pressures that comes with today's youth.  He has assisted me with information to make contact with youth counselors and mentors as well as programs that can assist with some of the behavior problems of our daughter.  I've noticed that since they have been in constant contact, some of her ways has changed for the better. She has become more of a daddy's girl always pushing herself for the better, with hopes of keeping her dad approvingly impressed.  She sends him copies of her report cards and patiently awaits for his response on how proud he is of her or how he thinks that she can do better in certain areas, and suggesting ways to help her in getting ahead with studying tactics.  He always tell her how she should be a leader and teach/guide her friends to make better decisions before getting into positions where it can harm their chances of having a difficult life.  He has also told her that he wants to meet all of her friends to see what they want out of life, because a life in prison is no life at all! He knows because he speaks from experience.  When she gets into trouble at school or at home he takes the scared straight approach with her which seems to work most often. Antwaun is definitely a force that she listens to, I believe that he has a strong position in her life and having him home will only improve what accomplishments she has already started.  He also gives her constant compliments of how appreciative he is of having a daughter like her in which she truly adores.  I thank you for this opportunity for allowing me to give you a glimpse of the effective and influential ways that Antwaun has helped with our daughter in this next stage of her life "the teen years".  I hope that this letter reaches you in a way where you take in consideration to give a man, dad, parent, and

friend the chance to be apart of his kid(s) lives as they grow up in this life of many opportunities and plenty of distractions. He will be a great guidance in leading them on a straighter path with his words of encouragement, strengths, empowerment, and experiences. He can arm them with his knowledge of where he's been from his up-bringing, and give them inspiration from the goals he has set ahead for himself, giving him a stronger and brighter future.

Thank you,

Jyieka Scott

FILED

%AO 245B    (Rev 06/05) (Rev DC 12/15/05) Judgment in a Criminal Case
            Sheet 1

MAR 2 - 2011

# UNITED STATES DISTRICT COURT
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
## for the District of Columbia

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |
| ANTWUAN DEJON BALL | Case Number:  CR 05-100-01 |
| | USM Number:  01433-748 |
| | JOHN J.CARNEY, ESQUIRE |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)    TWENTY-TWO (22) OF THE SUPERSEDING INDICTMENT
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 841(a)(1)and (b)(1)(B)(iii) | DISTRIBUTION OF 5 GRAMS OR MORE OF CRACK COCAINE. | 07/26/01 | 22 |

The defendant is sentenced as provided in pages 2 through ___9___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)    1,2,8,29,30,47,48,54,58.

☐ Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

MARCH 17, 2011
Date of Imposition of Judgment

Signature of Judge

| RICHARD W. ROBERTS | US DISTRICT JUDGE |
|---|---|
| Name of Judge | Title of Judge |

3 - 2 2 - 11
Date



AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page  2  of  9

DEFENDANT:  ANTWUAN DEJON BALL
CASE NUMBER:  CR 05-100-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

TWO HUNDRED AND TWENTY-FIVE (225) MONTHS ON COUNT - 22, WITH CREDIT FOR TIME SERVED SINCE 4/15/2004.

☑ The court makes the following recommendations to the Bureau of Prisons:

PLACEMENT AT A FACILITY NEAR WASHINGTON, D.C.
ENROLLMENT IN THE 500 HOUR DRUG TREATMENT PROGRAM

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

2511

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page   3   of   9

DEFENDANT:  ANTWUAN DEJON BALL
CASE NUMBER:  CR 05-100-01

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

SIXTY (60) MONTHS ON COUNT - 22.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

2512

AO 245B    (Rev 06/05) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___9___

DEFENDANT:  ANTWUAN DEJON BALL
CASE NUMBER:  CR 05-100-01

## ADDITIONAL SUPERVISED RELEASE TERMS

THE COURT FINDS that you do not have the ability to pay a fine and therefore waives imposition of a fine.

The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, District of Columbia. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full. You shall make payments on the special assessment through your participation in the Bureau of Prisons' Inmate Financial Responsibility Program.

Within 72 hours of release from custody, you shall report in person to the probation office in the district to which you are released. While on supervision, you shall not possess a firearm or other dangerous weapon, you shall not use or possess an illegal controlled substance, and you shall not commit another federal, state, or local crime. You shall also abide by the general conditions of supervision adopted by the U.S. Probation Office, as well as the following special conditions:

DNA Sample Requirement - Pursuant to 42 USC § 14135a, you shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the Probation Office.

Substance Abuse Treatment - You shall participate in, and successfully complete, a residential and/or out-patient substance abuse treatment program, which may include drug testing and detoxification service, as approved and directed by the Probation Office.

Education/Vocational Training - You shall participate in an educational/vocational skills training program, as approved and directed by the Probation Office.

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the probation office upon the defendant's completion or termination from treatment.

NOTICE OF APPEAL -You have a right to appeal the sentence imposed by this Court. If you choose to appeal, you must file an appeal within 14 days after the Court enters judgment. If you are unable to afford the cost of an appeal, you may ask the Court for permission to file an appeal at no cost to you.

2513

AO 245B    (Rev  06/05) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

|  | Judgment — Page | 5 | of | 9 |

DEFENDANT:  ANTWUAN DEJON BALL
CASE NUMBER:  CR 05-100-01

## CRIMINAL MONETARY PENALTIES

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0 | $ 0 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $  0.00 | $  0.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the    ☐  fine   ☐  restitution.

    ☐  the interest requirement for the    ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

2514

AO 245B (Rev. 06/05) (Rev. DC 12/13/05) Judgment in a Criminal Case
Sheet 1

FILED

MAR 22 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

**V.**

DAVID DARMAINE WILSON

### JUDGMENT IN A CRIMINAL CASE

Case Number:  CR 05-100-02

USM Number:  01503-748

JENIFER WICKS, ESQUIRE
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☑ was found guilty on count(s)   4,6,16,18,19,20,21,31,33 & 55 OF THE SUPERSEDING INDICTMENT
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 841(a)(1) and (b)(1)(C) | DISTRIBUTION OF CRACK COCAINE | 5/25/00<br>6/28/00<br>3/20/01 | 4,6, &19 |

   The defendant is sentenced as provided in pages 2 through ___11___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)   1,2,3,11,32,34,35,36,47,48,49, & 54

☐ Count(s)    is/are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

MARCH 11, 2011
Date of Imposition of Judgment

*[signature]*

Signature of Judge

RICHARD W. ROBERTS        US DISTRICT JUDGE
Name of Judge              Title of Judge

3-22-11
Date



AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1A

DEFENDANT: DAVID DARMAINE WILSON

CASE NUMBER:  CR 05-100-02

| | Judgment—Page | 2 | of | 11 |

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 841(a)(1) and (b)(1)(C) | DISTRIBUTION OF CRACK COCAINE | 4/5/01 4/26/01 | 20 & 21 |
| 21 USC § 841(a)(1) and (b)(1)(B)(iii) | DISTRIBUTION OF 5 GRAMS OR MORE OF CRACK COCAINE | 1/24/01 2/14/01 | 16 & 18 |
| 22 DC § § 2101, 4502 and 1805 [1998 ED.] | MURDER WHILE ARMED AND AIDING AND ABETTING | 8/17/98 8/17/98 | 31 & 33 |
| 21 USC § 843(b) | UNLAWFUL USE OF A COMMUNICATION FACILITY | 2/14/01 | 55 |

AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page   3   of   11

DEFENDANT:  DAVID DARMAINE WILSON
CASE NUMBER:  CR 05-100-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

ONE HUNDRED AND EIGHTY-EIGHT (188) MONTHS ON EACH OF COUNTS - 4,6,16,18,19,20,21 AND  FORTY-EIGHT (48) MONTHS ON COUNT-55 TO RUN CONCURRENTLY WITH EACH OTHER.

☑  The court makes the following recommendations to the Bureau of Prisons:

PLACMENT AT A FACILITY NEAR WASHINGTON, DC SUCH AS U.S.P. ALLENWOOD.
ENROLLMENT IN THE 500 HOUR DRUG PROGRAM AND A G.E.D. PROGRAM.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

2517

.AO 245B     (Rev  06/05) Judgment in a Criminal Case
             Sheet 2A — Imprisonment

Judgment—Page   4   of   11

DEFENDANT:  DAVID DARMAINE WILSON
CASE NUMBER:  CR 05-100-02

## ADDITIONAL IMPRISONMENT TERMS

THREE HUNDRED AND SIXTY (360) MONTHS TO LIFE ON EACH OF COUNTS - 31 & 33 TO RUN CONCURRENTLY
WITH EACH OTHER AND CONSECUTIVELY TO COUNTS - 4,6,16,18,19,20,21 & 55 WITH CREDIT FOR TIME
SERVED SINCE 4/16/04.

AO 245B   (Rev 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page  5  of  11

DEFENDANT:   DAVID DARMAINE WILSON
CASE NUMBER:   CR 05-100-02

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

THIRTY-SIX (36) MONTHS ON EACH OF COUNTS - 4,6,19,20 & 21; SIXTY (60) MONTHS ON EACH OF COUNTS -16 & 18; AND TWELVE (12) MONTHS ON COUNT-55 TO RUN CONCURRENTLY WITH EACH OTHER.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev 06/05) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 6 of 11

DEFENDANT: DAVID DARMAINE WILSON
CASE NUMBER: CR 05-100-02

## ADDITIONAL SUPERVISED RELEASE TERMS

THE COURT FINDS that you do not have the ability to pay a fine and waives imposition of a fine.

You are to pay $100.00 on each of counts - 31 and 33 for a total of $200 to the Victims of Violent Crime Compensation Fund (VVCC).

The special assessment and VVCC payment are immediately payable to the Clerk of the Court for the U.S. District Court, District of Columbia and the Clerk of the Court for the DC Superior Court, respectively. Within 30 days of any change of address, you shall notify the Clerk of each Court of the change until such time as the financial obligation is paid in full. You shall make payments on the special assessments and VVCC payment through your participation in the Bureau of Prisons' Inmate Financial Responsibility Program.

Within 72 hours of your release from custody, you shall report in person to the probation office in the district to which you are released. While on supervision, you shall not possess a firearm or other dangerous weapon, you shall not use or possess an illegal controlled substance, and you shall not commit another federal, state, or local crime. You shall also abide by the general conditions of supervision adopted by the U.S. Probation Office, as well as the following special conditions:

DNA Sample Requirement - Pursuant to 42 USC § 14135a, for all felony offenses, you shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

Substance Abuse Treatment - You shall participate in, and successfully complete, a residential and/or out-patient substance abuse treatment program, which may include drug testing and detoxification service, as approved and directed by the Probation Office.

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the probation office upon the defendant's completion or termination from treatment.

NOTICE OF APPEAL - You have a right to appeal the sentence imposed by this Court. If you choose to appeal, you must file an appeal within 14 days after the Court enters judgment. If you are unable to afford the cost of an appeal, you may ask the Court to for permission to file an appeal at no cost to you.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Judgment — Page  7  of  11

DEFENDANT:  DAVID DARMAINE WILSON
CASE NUMBER:  CR 05-100-02

## CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 800.00 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

2521



# US v Antwuan Ball, et. al.
## CR. 05-100 (RWR)



CASE NO. 05-100 (RWR) Exhibit

## No. 100.1

US v. ANTWUAN BALL, ET AL

Prepared by USAO on 02-06-2007

0    0.04 Miles





# US v. Antwuan Ball, et.al.
## CR. 05-100 (RWR)





CASE NO. 05-100 (RWR) Exhibit

**No. 101.1**

US v. ANTWUAN BALL, ET AL

0.008 Miles

Prepared by USAO on 01-09-2007 : Antwuan.Ball.ph

2523



# US v Antwuan Ball, et. al.
## CR. 05-100 (RWR)



CASE NO. 05-100 (RWR) Exhibit

## No. 103.1

US v. ANTWUAN BALL, ET AL

0          0.08 Miles

2524





US v Antwuan Ball, et. al.

CR. 05-100 (RWR)

0    0.04 Miles



CASE NO. 05-100 (RWR) Exhibit

No. 105.1

US v. ANTWUAN BALL, ET AL

2525



CASE NO. 05-100 (RWR) Exhibit

No. 108.14

US v. ANTWUAN BALL, ET AL

0000004159

2526

0000004303



CASE NO. 05-100 (RWR) Exhibit

No. 108.27

US v. ANTWUAN BALL, ET AL



00000004573

CASE NO. 05-100 (RWR) Exhibit
No. 108.95
US v. ANTWUAN BALL, ET AL.

2528



CASE NO. 05-100 (RWR) Exhibit

No. 108.106

US v. ANTWUAN BALL, ET AL

0000004640

2529

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES
OFFICE OF THE CHIEF MEDICAL EXAMINER
1910 Massachusetts Avenue, S.E. Building #27
Washington, D.C. 20003

## AUTOPSY REPORT     Case NO. 96-0107

Name: __LEWIS, TROY RICARDO__  Age: __25__  Race: __BLACK__  Sex: __MALE__

Address: __3445 23RD STREET SOUTHEAST, WASHINGTON, D.C.__

Date and Time of Death: __JANUARY 23, 1996 AT 10:52 P.M.__  Found ☐

Date and Time of Autopsy: __JANUARY 24, 1996 AT 9:45 A.M.__


**CAUSE OF DEATH:**     **MULTIPLE GUNSHOT WOUNDS**


**MANNER OF DEATH:**

| | |
|---|---|
| Natural Causes | ☐ |
| Accident | ☐ |
| Suicide | ☐ |
| Homicide | XX |
| Undetermined | ☐ |


Date 3 18 96
($igned)

LUIS A. SÁNCHEZ, M.D.
Deputy Medical Examiner

CASE NO. 05-100 (RWR) Exhibit
No. 1008
US v. ANTWUAN BALL, 2530

96-0107
LEWIS, TROY RICARDO                                                      PAGE 2

---

## EXTERNAL EXAMINATION:

The body is that of a 6 foot 2 inch, 180 pound, well developed, black male appearing slightly older the stated age of 25 years. The scalp is atraumatic and covered by a 1/4 inch dark brown tightly curled hair. The brown eyes have equal pupils and the conjunctivae are free of petechiae. The nasal septum is intact. The nares are patent. The mouth has natural dentition and the buccal mucosa is free of lacerations or contusions. The external auditory canals are unremarkable. Facial hair consists of a mustache and beard.

The upper extremities are free of tattoos. No needle tracks are present. Three hyperpigmented scars are present over the left upper arm.   A 1-1/2 inch slightly round abrasion is over the left posterior upper arm.   In addition, a squared-shaped superficial cut is over the left deltoid muscle.

The lower extremities are remarkable for a 6 inch vertically located well healed surgical scar on the posterolateral aspect of the right thigh. In addition, 1 inch hypopigmented macule is present over the right knee.

The back is remarkable for a 5 inch, vertically located well healed surgical scar lateral to the right buttock.

## EVIDENCE OF MEDICAL INTERVENTION:

An endotracheal tube is in place and subsequently appears to be properly inserted. A triple lumen left subclavian catheter is in place.   Electrocardiographic pads are on the chest and anterior left thigh. A 9 inch, sutured, thoracotomy incision is present on the left chest wall. In addition a vertically located sutured, 11 inch, surgical incision is present on the anterior midline of the abdominal wall.

A foley catheter is in place.

A 5 inch sutured surgical incision is in the right groin region.

A hospital ID tag is around the left toe.

Iatrogenic needle punctures are present in the left antecubital fossa.

96-0107
LEWIS, TROY RICARDO

---

## EVIDENCE OF INJURY:

Nine penetrating gunshot wounds and one perforating gunshot wound are observed to the body. The wounds are labeled "A" through "J" for purposes of identification without reference to a chronological sequence.

## GUNSHOT WOUND A:

An entrance gunshot wound is the upper left back region, 17 inches, below the top of the head and 9 inches left of the posterior midline. The wound itself is a 0.5 cm circular defect with a 0.4 cm marginal abrasion slightly more pronounced on the lateral margin. The entrance gunshot wound is not associated with soot or gunpowder deposition. However, 3 small dot like cuts surround the entrance wound. The projectile pathway involves the skin, subcutaneous tissue and left deltoid muscle. It grazes the shoulder blade (acromion) enter the shoulder joint and grazes the head of the left humerus bone. A moderately deformed, non-jacketed, lead alloy is retrieved from the left shoulder joint. No external exit gunshot wound is present. **The overall pathway is back to front, slightly left to right and slightly upwards.**

## GUNSHOT WOUND B:

An entrance gunshot wound is in the left posterior axillary line, 20-1/2 inches below the top of the head and 9-1/4 inch left of the posterior midline. The entrance which is partially obliterated by the thoracotomy surgical incision measures approximately 1 cm in diameter. The marginal abrasion is evident. No soot or gunpowder stippling is associated with the entrance gunshot wound. The projectile pathway involves the skin, subcutaneous tissue and muscles of the region. The inferior angle of the scapula is perforated in the costal surface, at the level of the 4th rib. A markedly deformed, medium caliber, lead alloy is retrieved. No external exit gunshot wound is present. **The overall pathway is back to front.**

## GUNSHOT WOUND I:

A entrance gunshot wound is in the upper outer quadrant of the left chest region near the left shoulder, 11-1/2 inches below the top of the head, 3 inches below the crest of the left shoulder and 6 inches left of the anterior midline. The entrance gunshot wound is a slightly irregular 0.7 cm skin defect with grazing type-tail abrasion measuring 3.5 cms in the lateral margin. The entrance gunshot wound is not associated with soot or gunpowder stippling. A 1-1/2 inch abrasion, at the 10 o'clock position to the entrance gunshot wound is evident. The projectile

96-0107
LEWIS, TROY RICARDO

PAGE 4

pathway involves the skin, subcutaneous tissue, perforates the pectoralis muscle and fractures the left clavicle. A markedly deformed medium caliber, lead alloy is retrieved from the left supraclavicular fossa. The small arteries of this region are severed. The left subclavian vein is contused, however, intact. No external exit gunshot wound is present. **The overall pathway is left to right and slightly upwards.**

## GUNSHOT WOUND C:

An entrance gunshot wound is in the lateral aspect of the left buttocks, 35-1/2 inches below the top of the head, 41-1/2 above the left heel, 7-1/2 inches left of the posterior midline. The wound is a 1.2 cms circular defect with conspicuous marginal abrasion which is less pronounced on the medial margin. The entrance gunshot wound is not associated with soot or gunpowder stippling. The projectile pathway involves the skin, subcutaneous tissue and travels through the gluteus muscles. It travels through the pelvic inlet and continues towards the right. The pathway ends within the anterior muscle of the right thigh. No projectile is found at the time of autopsy, however, Dr. McGhee from D.C General Hospital stated by a telephone conversation that a projectile was retrieved from this site. **The overall pathway is left to right and back to front.**

## GUNSHOT WOUND D:

An entrance gunshot wound is in the left buttock, 35-1/5 inches below the top of the head, 41-1/2 inches above the left heel. The entrance gunshot wound is a 0.8 cm circular defect with marginal abrasion which is most pronounced in the lateral margin ( 0.9 cm ). The entrance gunshot wound is not associated with soot or gunpowder stippling. The projectile pathway involves the skin, subcutaneous tissue, and gluteus muscle. The projectile penetrates the sacrum, close to the right sacroiliac joint. Embedded in the bone is a copper jacketed, medium caliber, markedly deformed projectile which has adhered to the deformed lead, a piece of blue to gray fabric. No external exit gunshot wound is present. **The overall pathway is left to right, back to front and slightly upwards.**

## GUNSHOT WOUND E:

An entrance gunshot wound is in the left buttocks below GSW D, 36 inches below the top of the head and 39 inches above the left heel. The entrance gunshot wound is a 0.8 cm circular skin defect with circumferential marginal abrasion most pronounced on the lateral margin (0.5 cm). The entrance gunshot wound is not associated with soot or gunpowder stippling. The projectile pathway involves the skin, subcutaneous tissue and gluteus muscles. Enters the pelvic cavity

96-0107
LEWIS, TROY RICARDO                                                          PAGE 5

---

through the pelvic inlet and perforates the wall of the urinary bladder. Seven loops of small bowel has been previously perforated and they appear sutured at the time of autopsy. These perforations appear to be associated with gunshot wound "E", however, gunshot wound "C" might have also contributed to these perforations. The right external iliac vein and artery are ligated at the site of perforation. Also some of the tributary of the inferior mesentery arteries are also severed. Blood is present in the abdominal and retroperitoneal cavities. A medium caliber non-jacketed, lead alloyed is retrieved from the right abdominal wall, 28 inches below the top of the head and 3 inches right of the anterior midline. **The projectile pathway is back to front, left to right and upwards.**

## GUNSHOT WOUND F:

An entrance gunshot wound is in the left buttock close to the inferior gluteus fold, 38-1/2 inches below the top of the head and 37 inches above the left heel. The entrance gunshot wound is a round 1.0 cm skin defect with circumferential marginal abrasion most pronounced in the superolateral aspect ( 1.2 cms ). The entrance gunshot wound is not associated with soot or gunpowder stippling. The projectile briefly travels through the left gluteus exits the left gluteus in the inter gluteal fold and re-enters the right gluteus. It travels through the pelvis inlet and a lead alloy core, and separated copper jacketed are retrieved from the anterior aspect of the right thigh. The moderately deformed lead alloy is slightly superficial to the copper jacket. The bullet is found 33-1/2 inches below the top of the head and 4 inches right of the anterior midline. **The projectile pathway is back to front, left to right and slightly upwards.**

## GUNSHOT WOUND G:

An entrance gunshot wound is on the posterior aspect of the left thigh close to the gluteal fold, 40 inches below the top of the head and 35-1/2 inches above the left heel. The entrance gunshot wound is associated with marginal abrasion and consist of a 1.0 cm circular skin defect. No soot or gunpowder stippling is associated with entrance gunshot wound. The projectile pathway involves involve the skin, subcutaneous tissue and posterior thigh muscle. It continues upwards and grazes the left ischial tuberosity of the pelvic bone. No external exit gunshot wound is present. A medium caliber, moderately deformed, lead alloy is retrieved from the left groin region. The pathway is back to front, left to right and upwards.

## GUNSHOT WOUND H:

An entrance gunshot wound is on the posterior lateral aspect of the left thigh, 43 inches below the top of the head and 33-1/2 inches above the left heel. The wound itself is a 1.2 cms round

96-0107
LEWIS, TROY RICARDO

---

skin defect with circumferential marginal abrasion. Half inch from the entrance wound at the 7 o'clock position is semi-circular patterned abrasion. The entrance gunshot is not associated with soot or gunpowder stippling. The projectile pathway involve the skin, subcutaneous tissue and posterior thigh muscles. It exits the medial aspect of the left thigh and a 1.3 cms irregular skin defect is evident 35-1/2 inches above the left heel and 41 inches below the top of the head. A re-entry gunshot wound is present in the left lateral wall of the scrotal sac aligning with the exit gunshot the re-entry wound is slightly irregular however it contains focal marginal abrasion. The re-entry wound is 1.3 cms. An exits gunshot wound is present in the right lateral wall of the scrotal sac. The exit wound is 0.8 cm and aligned with the previously described exit and entrance gunshot wounds. A 1.5 cms abrasion is on the medial aspect of the right thigh aligning the with the exit gunshot wound. Within the scrotal sac 2 fragments of copper jacket are present. No core is present. **The pathway is back to front, left to right and upwards.**

GUNSHOT WOUND J:

A slightly irregular entrance gunshot wound is present on the superior aspect of the left wrist, 36-1/2 inches below the top of the head and 25-3/4 inch below the crest of the left shoulder. The entrance gunshot wound is 1.2 cms associated with marginal abrasion which is most pronounced on the lateral margin. An exit gunshot wound is present on the anterior aspect of the left wrist, 37 inches below the top of the head and 26-1/4 inch below the crest of the left shoulder. The exit gunshot wound is 1.5 cms and is associated with irregular parchment like patterned abrasions. Between the entrance and exit gunshot wounds ia patterned abrasion. The copal bones are palpated and some appears to be superficially grazed by the bullet. **The overall pathway is back to front.**

2-1/2 inches above Gunshot Wound J is a cube-like cut of the forearm with focal marginal abrasion, no projectile or fragments are found after dissection.

INCIDENTAL FINDING:

A copper jacketed medium caliber, markedly deformed projectile is retrieved from the posterior aspect of the left arm embedded within the left triceps muscle. The projectile is encased in a fibrous sac containing a small amount of pus. No fresh entrance gunshot wound is associated with this projectile. The surrounding soft tissue are non-hemorrhagic.

96-0107
LEWIS, TROY RICARDO

---

## INTERNAL EXAMINATION

The anterior chest wall and abdominal wall are free of extravasated blood and has a dark, red, well-hydrated musculature. The ribs, sternum and clavicles are intact. The left chest cavities contain 660 cubic centimeters of blood.

The 380 gram heart has a smooth epicardial surface and a normal amount of subepicardial fat. The coronary arteries arise from the aorta in a normal fashion. The coronary ostia are patent. The right coronary artery supplies the posterior interventricular septum and is patent. The left coronary circulation is also patent. The myocardium of both ventricles is soft, red-brown and homogeneous. The left ventricular myocardium is a measured 1.4 cms thick and the right ventricular myocardium is a measured 0.2 cm thick. The endocardium is smooth and free of mural thrombi. The valve cusps and leaflets are thin, pliable and free of vegetations or fenestrations. The chordae tendineae are thin and delicate. The papillary muscles are soft and red-brown. The thoracic and abdominal aorta is intact and free of atherosclerosis. Periaortic lymph nodes are inconspicuous.

The right and left lungs are 460 grams and 310 grams, respectively. Both lungs have smooth pleural surfaces with mild to moderate anthracotic stippling. The parenchyma of both lungs is congested only in the dependent areas. No suppuration is visible nor induration palpable in either lung. No focal lesions or granulomas are present. The bronchi are unremarkable. The pulmonary and hilar lymph nodes are unremarkable.

The 1850 gram liver has a smooth capsule and a sharp anterior margin. The hepatic parenchyma is firm, red-brown and homogeneous. The gallbladder is not distended and contains green viscid bile and no calculi. The cystic and common bile ducts are normal in course and caliber. The hepatoduodenal ligament is free of lymphadenopathy. The hepatic artery and portal vein are patent and unremarkable.

The spleen has been previously surgically removed.

The right and left kidneys are 180 grams and 230 grams, respectively. Both have smooth cortical surfaces. The renal parenchyma of both kidneys is firm, red-brown and has good corticomedullary definition. The cortical thickness is within normal limits. The pelvicalyceal systems are unremarkable. The ureters are normal in course and caliber and lead to a injured urinary bladder. The soft, tan prostate is not enlarged. The seminal vesicles are not remarkable. The testes have a soft, tan, homogeneous parenchyma free of contusion foci.

The adrenal glands have a thin, yellow, friable cortices and inconspicuous gray-brown medullae.

96-0107
LEWIS, TROY RICARDO

PAGE 8

The esophagus has a smooth, gray-white mucosa free of ulcers. The stomach has a smooth tan serosal surface and a smooth, tan mucosa with normal rugal folds. The stomach contains 575 mls of well masticated solid food particles in which corn kernels are visible. The duodenum has a smooth, tan, bile-stained mucosa free of ulcers. The pancreas has a soft, tan parenchyma with normal lobular architecture. The small and large bowel are unremarkable externally and along the mucosal surface except for the aforementioned injuries. The cecum and vermiform appendix are present in the right lower quadrant. The rectum has a smooth, tan mucosa and is free of trauma. The anus is also free of trauma. The mesenteric lymph nodes are inconspicuous.

The strap muscles of the neck are soft, red-brown and free of injury. No extravasation of blood is present. The thyroid gland has a firm, red-brown, uniform parenchyma and is not enlarged. The thyroid cartilage and the hyoid bone are pliable and intact. The cricoid cartilage is also intact. The epiglottis, larynx and trachea have a pink-tan mucosa. The nasopharynx is free of foreign bodies. The cervical spinal column is free of injury. The cervical lymph nodes are inconspicuous.

The reflected scalp is free of trauma. The calvarium and dura matter are intact. The epidural and subdural spaces are free of blood. The 1420 gram brain has symmetric cerebral and cerebellar hemispheres covered by mildly congested, transparent leptomeninges.
The cerebral cortex is tan, uniform and free of contusion foci. The cerebral white matter is uniform throughout. The caudate nuclei, basal ganglia, and thalami are tan, uniform and symmetric. The ventricles are not dilated or compressed and contain clear spinal fluid and unremarkable choroid plexus. The mid-brain, cerebellum, pons, and the medulla oblongata are free of any internal or external abnormalities. The cerebral vasculature is translucent, patent and intact. The anterior, middle and posterior cranial fossae are free of fractures. The pituitary gland and cranial nerves are unremarkable. The proximal cervical spinal cord is firm, symmetric and grossly normal. The spine is free of fractures or deformities.


CAUSE OF DEATH:        MULTIPLE GUNSHOT WOUNDS


MANNER OF DEATH:       HOMICIDE


LAS/JH

2537

USCA Case #11-5051    Document #1444882    Filed 07/10/2013    Page 47 of 57

Name _Lewis, Tray R_____    Case No. _96 - 0107_

Color _B_    Age _25_    Date _1/24/96_



¼" Dark brown hair curley

Brown eyes

Pupils 0.5cm
Native dentition

Short moustache & beard

Petechiae

Ext Ear canals & face free of trauma

Nasal septum - intact

∅ trauma buccal mucosa  1½" abrasion

ET tube in place
R triple lumen cath Rt

¼" hyperpigmented & hyperflat scars

9"
Sutured

11" sutured

1" Distorceamuscle pato Roto

1 x ½" abrasion

L          R

1 x ½" abrasion

∅ median arches bruise & copper adelphia
∅ anti biceps muscle

3 by 11"

) inguinal region partially haired

5" sutured

Folex Circumcised

Enter nails -
trimmed

1" hypo pigmented macule

Knuckles
free of trauma

S"
W - B
LSS

6"
WHLS

Knuckles
free of trauma

drig blood

thickened

hospital id tag

Hx MVA 1992 — s/p splenectomy
Shooting 1994 → rodding - 1
Rt femur

# Department of Human Resources
## OFFICE OF THE CHIEF MEDICAL EXAMINER

Name _Lewis, Troy R_    Case No _96-0107_

Color _B_    Age _25_    Date _1/24/96_



GSW I

GSW "A"

GSW "B"

GSW "C"

GSW "D"

GSW "E"

GSW "I"

GSW "F"

GSW "G"

GSW "H"

Legend

O Entrance GSW

★ Exit

● re-entry wound

X bullet

2539

Department of Human Resources

# OFFICE OF THE CHIEF MEDICAL EXAMINER

Name _Lewis, Troy R_____    Case No _96-0107_

Color __B__  Age _25_____    Date _1/24/96_



13cm sup. col.

Ent GSWB in posterior axillary line
appx 1.0cm
TOH 20½"
LOPM 9¼"

Partially obliterated by
surgical incision.

Ent GSSC
1.2cm
TOH 35½"
ALH 41½
LOPH 7½"

.7cm
.5cm / abrasion

**L. Arm**        **R. Arm**

DHR-312                    - 2 -                    2540  7/71

Government of the District of Columbia
Department of Human Resources

# OFFICE OF THE CHIEF MEDICAL EXAMINER

Name _Lewis, Troy R_  Case No _96-0107_

Color _B_  Age _25_  Date _1/24/96_



• TOLS 23"
TOH 34"
2⅛ inches from
GSW

• 1.5 × 1.1cm
abrasion

Ent "J" 1.5cm
TOH 37"
TOLS 26¼"

abrasion
1.1 × .85

Ent GSW "J"
1-2cm
TOH 36½"
TOLS 25¾"

Ent & exit ground by
an abrasion

DHR-312

- 1 -

7/71

2541

Department of Human Resources

# OFFICE OF THE CHIEF MEDICAL EXAMINER

Name _Lewis, Troy R_     Case No. _96-0107_

Color _B_     Age _25_     Date _1/24/96_



L    R

1½" abrasion

Ent GSW A
.5cm ≈ .4 cm
marg. abrasion
-3 pseudostippling
TOH - 17"
LOPM - 9"

GSW B

GSW C

D
E
"F"
G
H

1 abrasion

1.0 cm
1.2 cm

GSW "D" 0.8cm c̄ marg abrasion
most pronounced @ lateral
aspect, 0.9 cm
LOPM
ALH 41½
TOH 35½"

GSW "E" 0.8cm c̄ circum. marg. abrasion
most pronounced @ lat marginal
0.5 cm
TOH 36"
ALH 39"

GSW "H" 1.2 cm c̄ CMA
TOH 43"
ALH 33½"
1" serum abrasion

GSW "F" 1.0 cm c̄ CMA, superolat 1.2 cm
TOH 38½"
ALH 37"

GSW "G" 1.0 cm c̄ CMA
TOH 40"
ALH 35½"

DHR-312

- 1 -

Government of the District of Columbia
### Department of Human Resources
# OFFICE OF THE CHIEF MEDICAL EXAMINER

Name _Lewis, Troy R._    Case No _96-0107_

Color _B_    Age _25_    Date _1/24/96_



1½ abrasion

7cm Ent GSW "I"
3.5cm lat abrasion
TOH 11½"
TOLS 🗙 3"
LOAM 6"

OH 28" "E"
AIM 3"

bullet a.00 E
5cm abrasion
OH 33½"
AIM 4"

DHR-312    - 1 -

USCA Case #11-3001   Document #1404281   Filed: 11/10/2012   Page 53 of 57

Name _Lewis, Troy R._   Case No _96-0107_

Color _B_   Age _25_   Sex _M_   Date _1/24/96_



Exit "H" 1.3cm
ALH 35½"
TOH 41"

Re-Ent - 1.3cm

Exit - 15cm abrasion

Exit

Ent

Exit - 0.8cm

## FORENSIC SCIENCE LABORATORY
### OFFICE OF THE CHIEF MEDICAL EXAMINER
### 1910 Massachusetts Avenue, S.E. Building #27
### Washington, D.C.  20003

### CERTIFICATE OF ANALYSIS

**May 17, 1996**

To:     Luis A. Sanchez, M.D.
        Deputy Medical Examiner

Case #:             96-0107
Name:               John Doe #95-15
Date of Autopsy:    01-24-96

### Results:

Blood:

No ethanol, methanol, isopropanol or acetone detected.
Cocaine metabolite not detected.
Opiates not detected.
Phencyclidine not detected.

Unless otherwise requested, specimens will be destroyed six months after date of this report.

Ashraf Mozayani, Ph.D., DABFT
Laboratory Director

2545





**DEPARTMENT OF THE ARMY**
ARMED FORCES INSTITUTE OF PATHOLOGY
WASHINGTON, DC 20306-6000

REPLY TO
ATTENTION OF

AFIP-CME-T

**PATIENT IDENTIFICATION**

TO:

| | |
|---|---|
| AFIP Accessions Number | Sequence |
| 2574834 | 00 |
| Name | SSAN |

OFFICE OF THE CHIEF MEDICAL EXAMINER
19th STREET AND MASSACHUSETTS AVENUE, S.E.
WASHINGTON, DC 20003

LEWIS, TROY (96-107)

Toxicology Accession #     970487

FEBRUARY 24, 1997

## CONSULTATION REPORT ON CONTRIBUTOR MATERIAL

AFIP DIAGNOSIS     REPORT OF TOXICOLOGICAL EXAMINATION

**Specimens Received**: BLOOD
**Condition of Specimens**: GOOD
**Date of Incident**: 1/24/96     **Date Received**: 2/18/97

**VOLATILES**: The **BLOOD** was examined for the presence of ethanol at a cutoff of 20 mg/dL. No ethanol was detected.

**DRUGS**: The **BLOOD** was screened for amphetamine, barbiturates, benzodiazepines, cocaine, opiates and phencyclidine by immunoassay. The following drugs were detected:

None were found.

GARY W. KUNSMAN, PhD, DABFT
Deputy Chief, Forensic Toxicology Laboratory
Division of Forensic Toxicology

BARRY LEVINE. PhD, DABFT
Chief, Forensic Toxicology Laboratory
Division of Forensic Toxicology

Printed on Recycled Paper

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE FILED IN THE VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA, DEPARTMENT OF HEALTH.

WARNING: IT IS UNLAWFUL TO MAKE A COPY OF THIS DOCUMENT AND PRESENT IT AS AN ORIGINAL CERTIFICATE OR COPY OF A VITAL RECORD.

September 4, 2007

DATE ISSUED

JULIA DAVIDSON-RANDALL
REGISTRAR

2547

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2013, I caused

a copy of the foregoing Joint Appendix Volume I of III to be served by

electronic means, through the Court's CM/ECF system, upon counsel for

the parties and the *amici*:

Anthony D. Martin (appellant Joseph Jones)
Jonathan Zucker (appellant Desmond Thurston)
Stephen C. Leckar (appellant Antwuan Ball)
Jeffrey T. Green (*amici*).

/s/  *Stratton C. Strand*
Stratton C. Strand, #464992
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
202.252.6829
*Counsel for the United States*