Public Appendix – Sealed Material in Separate Supplement

ORAL ARGUMENT NOT YET SCHEDULED

JOINT APPENDIX VOLUME II OF III (PUBLIC VERSION)

_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 08-3033
(Consolidated with Nos. 10-3108 & 11-3031)

_____

UNITED STATES OF AMERICA,                                          Appellee,

v.

JOSEPH LEON JONES, *et al.*,                                       Appellants.

_____

APPEALS FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| Stephen C. Leckar, #281691 | Jonathan Zucker, #384629 |
| 1850 M St., NW | Patricia A. Daus, #412174 |
| Suite 240 | 1350 Connecticut Ave., NW |
| Washington, D.C. 20036 | Suite 202 |
| 202.742.4242 | Washington, D.C. 20036 |
| *Counsel for Antwuan Ball* | 202.624.0784 |
| | *Counsel for Desmond Thurston* |
| Anthony D. Martin, #362537 | |
| Maryland Trade Center, III | Stratton C. Strand, #464992 |
| 7501 Greenway Center Drive | Assistant United States Attorney |
| Suite 460 | 555 Fourth Street, NW |
| Greenbelt, MD 20770 | Washington, D.C. 20530 |
| 301.220.3700 | 202.252.6829 |
| *Counsel for Joseph Jones* | *Counsel for the United States* |

Crim. No. 05-100 (RWR)

Public Appendix – Sealed Material in Separate Supplement

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 08-3033
(Consolidated with Nos. 10-3108 & 11-3031)

———————————

UNITED STATES OF AMERICA,                              Appellee,

    v.

JOSEPH LEON JONES, *et al.*,                           Appellants.

———————————

APPEALS FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

———————————

JOINT APPENDIX
———————————

In accordance with D.C. Circuit Rule 30, appellants and appellee hereby submit the following appendix materials on which they rely:

VOLUME II

PAGE

Sealed Material

02/05/08   Presentence Report for Defendant Thurston ................... 2548

03/07/08   Presentence Report for Defendant Ball ........................... 2577

Public Appendix – Sealed Material in Separate Supplement

03/28/08    Presence Report for Defendant Jones ......................... 2627

11/05/10    Amended Presentence Report for Defendant Thurston ... 2654

11/23/10    Amended Presentence Report for Defendant Ball .......... 2687

Respectfully submitted,

/s/  Stephen C. Leckar                   /s/  Jonathan Zucker
Stephen C. Leckar, #281691         Jonathan Zucker, #384629
1850 M St., NW                            Patricia A. Daus, #412174
Suite 240                                      1350 Connecticut Ave., NW
Washington, D.C. 20036              Suite 202
202.742.4242                                Washington, D.C. 20036
*Counsel for Antwuan Ball*             202.624.0784
                                                    *Counsel for Desmond Thurston*


/s/  Anthony D. Martin                  /s/  Stratton C. Strand
Anthony D. Martin, #362537        Stratton C. Strand, #464992
Maryland Trade Center, III           Assistant United States Attorney
7501 Greenway Center Drive      555 Fourth Street, NW
Suite 460                                      Washington, D.C. 20530
Greenbelt, MD 20770                    202.252.6829
301.220.3700                                *Counsel for the United States*
*Counsel for Joseph Jones*

2

Public Appendix – Sealed Material in Separate Supplement

# Contents of this volume are sealed in their entirety.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2013, I caused a copy of the foregoing Joint Appendix Volume II of III (Public Version) to be served by electronic means, through the Court's CM/ECF system, upon counsel for the parties and the *amici*:

    Anthony D. Martin (appellant Joseph Jones)
    Jonathan Zucker (appellant Desmond Thurston)
    Stephen C. Leckar (appellant Antwuan Ball)
    Jeffrey T. Green (*amici*).

    /s/ Stratton C. Strand
    Stratton C. Strand, #464992
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, D.C. 20530
    202.252.6829
    *Counsel for the United States*