ORAL ARGUMENT SCHEDULED FOR NOVEMBER 13, 2013

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

————————————

No. 08-3033
(Consolidated with Nos. 10-3108 & 11-3031)

————————————

UNITED STATES OF AMERICA, Appellee,

v.

JOSEPH LEON JONES, *et al.*, Appellants.

## JOINT PROPOSAL REGARDING ARGUMENT FORMAT

Pursuant to the Court's letter of August 26, 2013, the parties respectfully submit this joint proposal regarding oral argument.

The parties propose that, of the six issues identified in appellants' Statement of Issues, Issues I and II (acquitted-conduct claims), V (procedural-unreasonableness claim), and VI (sentencing-delay claim) be presented at oral argument. The parties propose that the issues be presented in that order, with each issue being fully argued -- appellants' argument, appellee's argument, appellants' rebuttal argument -- before the Court turns to the next issue. The parties propose a total argument

time of 30 minutes per side divided as follows among the following counsel:

    I.-II.  Acquitted-Conduct Claims

        Appellants: 15 minutes (Stephen Leckar -- Ball)

        Appellee: 15 minutes (Stratton Strand -- United States)

    V.  Procedural-Unreasonableness Claim

        Appellants: 10 minutes (Anthony Martin -- Jones)

        Appellee: 10 minutes (Stratton Strand -- United States)

    VI.  Sentencing-Delay Claim

        Appellants: 5 minutes (Jonathan Zucker -- Thurston)

        Appellee: 5 minutes (Stratton Strand -- United States)

    Respectfully submitted,

    RONALD C. MACHEN JR.
    United States Attorney

    ELIZABETH TROSMAN
    Assistant United States Attorney

        /s/
    STRATTON C. STRAND
    D.C. Bar #464992
    Assistant United States Attorney
    555 Fourth Street, NW, Room 8104
    Washington, D.C. 20530
    (202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 30th day of September, 2013, I caused the foregoing Joint Proposal Regarding Argument Format to be served by electronic means, through the Court's CM/ECF system, upon counsel for the parties and the *amici*:

Anthony D. Martin (appellant Joseph Jones)
Jonathan Zucker (appellant Desmond Thurston)
Stephen C. Leckar (appellant Antwuan Ball)
Jeffrey T. Green (*amici*)

                              /s/
                              STRATTON C. STRAND
                              Assistant United States Attorney