# United States Court of Appeals
### For The District of Columbia Circuit

**No. 08-3033**                                                 September Term, 2013

1:05-cr-00100-RWR-1
1:05-cr-00100-RWR-13
1:05-cr-00100-RWR-16

**Filed On:** October 10, 2013

United States of America,

    Appellee

  v.

Joseph Jones, also known as Jo Jo,

    Appellant

------------------------------
Consolidated with 10-3108, 11-3031

**BEFORE:** Griffith and Kavanaugh, Circuit Judges; Williams, Senior Circuit Judge

## O R D E R

Upon consideration of the joint proposal regarding argument format it is

**ORDERED** that the following argument format apply in these consolidated cases, which are scheduled for oral argument at 9:30 a.m. on Wednesday, November 13, 2013:

| Issue | Time Allotted | Counsel |
|---|---|---|
| I & II | 15 min. | Stephen Leckar for Appellants |
|  | 15 min. | Stratton Strand for Appellee |
| V | 10 min. | Anthony Martin for Appellants |
|  | 10 min. | Stratton Strand for Appellee |
| VI | 5 min. | Jonathan Zucker for Appellants |
|  | 5 min. | Stratton Strand for Appellee |

Argument on these issues will be conducted separately and in the order listed. Form 72 should be completed and submitted by Wednesday, November 6, 2013.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Michael C. McGrail
    Deputy Clerk